

# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

July 29, 2016

Box 1 of 3

Clerk, United States District Court
Northern District, Dallas Division
1100 Commerce Street, Room 1452
Dallas, TX 75242



Re: *Gary Green v Lorie Davis, Dir., TDCJ-CID*
Civil Action No. **3:15-cv-02197-M-BH**

Dear Clerk,

Enclosed please find a copy of the petitioner's state court records for the above referenced case, which consists of seven volumes of direct appeal records, seven volumes of state writ records, and seventeen exhibit CDs (all contained in three boxes), as well as one complete copy on one CD.

Please indicate the date of filing of these records on the enclosed copy of the letter and return it in the postage-paid envelope provided.

Sincerely yours,

/S/ Ellen Stewart-Klein

ELLEN STEWART-KLEIN
Assistant Attorney General
Criminal Appeals Division
(512) 936-1400

ESK/ebk
Enclosure

CC:  Michael Mowla                  Lydia Brandt
     Michael Mowla PLLC             Brandt Law Firm
     P.O. Box 868                   P.O. Box 326
     Cedar Hill, TX 75106           Farmersville, TX 75442
     (LETTER ONLY)                  (LETTER ONLY)

Post Office Box 12548, Austin, Texas 78711-2548 • (512) 463-2100 • www.texasattorneygeneral.gov