REPORTER'S RECORD

VOLUME 54 OF 57 VOLUMES


TRIAL COURT CAUSE NO. F09-59380-S

CASE NO. AP-76,458


THE STATE OF TEXAS          :          IN THE 282ND JUDICIAL

VS.                         :          DISTRICT COURT OF

GARY GREEN                  :          DALLAS COUNTY, TEXAS




EXHIBIT VOLUME

(STATE'S EXHIBITS 1 THROUGH STATE'S EXHIBITS 118A)


FILED IN
COURT OF CRIMINAL APPEALS

MAR 23 2011

* * * * * * * * * * *

Louise Pearson, Clerk

On the 29th day of September, 2009, through the 5th day of
November, 2010, the following proceedings came on to be heard
in the above-entitled and numbered cause before the Honorable
Andy Chatham, Judge Presiding, held in Dallas, Dallas County,
Texas:

Proceedings reported by machine shorthand computer
assisted transcription.

ORIGINAL

1

2

3

4

5

6

7

8

9

10              State's Exhibit Number 1

11                    Photograph

12                  (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE'S
EXHIBIT

1
2
3
4
5
6
7
8
9
10          State's Exhibit Number 2
11                Photograph
12             (Copy Attached)
13
14
15
16
17
18
19
20
21
22
23
24
25



STATE'S
EXHIBIT
2

PENGAD 800-631-6989

1
2
3
4
5
6
7
8
9
10          State's Exhibit Number 3
11                 Photograph
12             (Copy Attached)
13
14
15
16
17
18
19
20
21
22
23
24
25



1

2

3

4

5

6

7

8

9

10            State's Exhibit Number 4

11                 Photograph

12              (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE'S
EXHIBIT
4

PENGAD 800-631-6989

1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 5

11                       Lovetta's Letter

12                       (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

STATE'S
EXHIBIT
5
PENGAD 800-531-6989

From, Loletta, 09/31/08/7:30

Gary, I know you think that this was all some kind of plot to get revenge on you and because of me you have no back-up plans or as you say no other bridges. As much as I want to believe we can work I know we can't. I know you love me and I love you but Its time we part. I think you were right when you said the timing wasn't right. I want you to get on your feet were you can have your own place and aint gotta depend on no woman. I want alot of things to change in my life as well. I want to love me more and be a better mama. So I don't have to depend on nobody else 4 my happiness. Love Always, Loretta.

1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 6

11                      Lovetta's Letter

12                      (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

STATE'S
EXHIBIT
10

Gary.                              09/21/09
                                   12.45pm

Okay I didn't want to put this o[ut]
there like this because I was try[ing]
to keep the peace. I understand [where]
you coming from and you're righ[t]
because the truth of the matter i[s]
I should've let you stayed gone.
Not for the reasons you feel but
because I already had doubts abo[ut]
us but I thought if we got marr[ied]
it would erase those doubts it di[dn't]
   I am not trying to hurt you but
I have to do what's best for m[e]
just like all those times you pla[yed]
me you were doing what you fe[lt]
was best for you. Just like when y[ou]
went and spent the rent mone[y]
on a truck that you put in anoth[er]
womens name you did what yo[u]
had to do even though it left
me stuck out. So now its tim[e]
for me to do what I have to d[o]
and thats be by my damn sel[f]
so I can heal. I love you
but you gotta go 2day !!!

T. cant get sucked back in J[?]

1

2

3

4

5

6

7

8

9

10                        State's Exhibit Number 7

11                        Defendant's Letter

12                          (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

STATE'S
EXHIBIT
FENGUO 800-626-3889

September 2, 20

Loretta,

you made me lose everything! when we had broke up and I moved before you; the kids went up state. You said, if or you let me come back home I'll have to marry you so we did two weeks later. I lost me truck behind being with you when someone else (another woman) helped me get it! But I didn't care about that so much because I knew we had each other but all alone you had other plans. You see you make all of this bullshit we been through is on me but you are the reason(s) why I am homeless you you had made plans to divore me behind my back and plus we haven't been married (90) days Loretta 40 telling me to get out you house in we are marri. at that time for only 1 month. I was working get me a truck because you said you was going out of town which you popped on me at the last minute. Saying we are going out of town for a week yourself & the kids. So I would have to find me a way to work & back for a week. You see you could just leave me without no transportation and let your cousin drive all the way down here from Houston, her & her son to get in the car with you and your kids. Which is bullshit! Bullshit! when I marrie you I didn't no wrong by you for you to act this way by me. Well, was a woman who really did love me uncondionally and you take that from me because you said you loved me and as my wife you would be a better person and wife. In truthfully I really believe you! But no matter how you try to keep the truth

When they become sick I be the one who take care
of them.
I have knew you I have gave you my last (money). You
some money you slug as if you don't have any money.
Lowetha, after we got married you called Ledtail (?) tell
her to let her know we had got married why? To
set in motion the fucking you had planned to pull
me. How? You knew you didn't want me so you
made it where she didn't also. When I married
you I knew the (?) your Ledtail, would get but
I married you and (?) ? You left me homeless because
you don't want me (?) where no one else (?).

Know I don't have no where to live, because of your
backward ass thinking. You never had planned on getting
your last name changed at all because you was and is
on some bullshit. Yn you have the nerve to say that
I'm the problem in our family. The kids don't
think I like them and all other bullshit. Well they
are bad kids the reasons why you don't deal with them
and never have. Here, I am today at your house with your
9 year old son because the school said he can't come back
until Wednesday. Now keep in mind you come to pick
me up yesterday last night. But when I get here
I find out I had to keep him which don't get me
wrong I don't have a problem with it. But, I'm just
making a point. The point being people you too have made
out to be the bad guy. When something happens at the
schools with these kids I was the one who went to the
schools when you was home with me when the schools called
at just one time but all the times!

Lowetha, I am tired of you making me out to
be the bad guys when you and your kids are backward
because if you you don't have no endurance because your
mama, gave it to you because she like to run the streets

There was a woman who was a [3900] cash just to give her some which she know I had a woman at home. I told you about it and Ruth you said, you don't k...w no woman to give you nothing but you wouldn't help me or give me nothing. But I told you I would use the money to make a better life for all of us. Ruth said in so many ways I was crazy she would have got that me anyway. You was setting when kiss? got together hundreds of dollars every 90 days from the colleges a refund check Loretta, you wouldn't do anything positive with money. You played me and now the game is up. I play that if the Lord allows my soul to enter heaven or not I will burn in Hell forever. You know I was behind on my child support years before we became married but you was so much in a rush to marry me. But as soon as you did you talking to all these bitches about me and our relationship you allowed the church in and to destroy us!

But your kids to fuck everyday in some type of way and you look the other way as if it didn't happen. All your so called and family all they do is fuck over and you always look the other way. But the one people in your life who really one to look out for us all me look how you fuck me. I payed my money to get all of us some life Insurance. What men in your life ever did that for you and yours? NO. Because we were a family so I got us insured. Even you turns around and say this or that. You know Loretta, you never tell the truth. Just like when you was try to go out when I you knew I was going so you wanted to leave the kids here at home by theirselves. But I wouldn't let you. I'm I had to go through all this bullshit with Ruth over it I shit. She saying she would to shot me over me try to stop you from leaving them here alone which they I the kids was at that time was 5, 8, 10 years old. So you see people calling me crazy all these...I...I...am...was meth behind you and family.

1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 8

11              Translation of State's Exhibit 7

12                     (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

September 21, 2009

Lovetta,

you made me lose everything! When we had broke up and I moved before you & the kids went up state. Lou said, if I or you let me come back home I'll have to marry you so [ILLEGIBLE—we] did two weeks later. I lost me truck behind being with you when someone else (another woman) [ILLEGIBLE—get it or get at]! But I didn't care about that so much because I knew we had each other but all alone you had other plans. You see you make all of this bullshit we been through is on me but you are the reason(s) why I am homeless you [ILLEGIBLE] had made plans to divorce me behind my back and plus we haven't been married (90) days. Lovetta you telling me to get out you house [ILLEGIBLE—in or an] we are marrie at that time for only 1 month. I was working get me a truck because you said you was going out of town which you popped on me at the last minute. Saying we are going out of town for a week (yourself & the kids). So I would have to find me a way to work & back for a week. You see you could just [ILLEGIBLE—leave] me without no transportation and let your cousin drive all the way down there from Houston, [ILLEGIBLE—his] & her son to get in the car with you and your kids! Which is bullshit! Bullshit! When I married you I didn't no wrong by you for you to act this way be me. LeNell, was a woman who really did love me unconditionally and you [ILLEGIBLE—take or toke] that from me because you said you loved me and as my wife you would be a better person and wife. I'm truthfully I really believed you! But no matter how you try to keep the truth [PAGE 2] covered up you can't because is the light truth. In the truth about you is you was setting me up from the start secretes, yes, I said with your secrets live you was against me all alone. Listening to you momma who is a woman that doesn't know anything [ILLEGIBLE] about relationships. She is married and always lived her life as a single woman. She doesn't know if she like men or women or for that matter can't stay devoted to anybody. [ILLEGIBLE—In or Is] all your so called friends putting me down. [ILLEGIBLE—In or Is] no ne of the people you talk to about me or our relationship is right in their relationship they cheat around and the one's who don't have a man is just women of the world out there [ILLEGIBLE] fucking & sucking and you take what these type of people say to heart. The Pastor, said at

3

STATE'S EXHIBIT

PENGAD 800-631-6989

church a couple of weeks ago that the people in the world are backward evil life is the same word but our is backward. There are backward people in this world. Lovetta, I be here with your kids more than you do one on one. I am around you and your family 24-7 and all they try to do is knife me in the back. Lovetta, I'm no the best man in the world but I was the best for you and I thought you was the best for me. When I lost me job I talked it over with you (3) times the days before I walked away from the job. I started my paper work for my SSI & Disability and said that's cool by you three different times. But so after another [ILLEGIBLE—said or side] of you came out! You never did enter into our marriage being a [ILLEGIBLE—devoted] wife you became worst with you tring to control me but you don't never try to control these little monster ass kids of yours once. [PAGE 3] When they became sick I be the one who take care of them not you me everytime. Lovetta, since I have know you I have gave you my last money. You get some money you play as if you don't have any money. Lovetta, after we got married you called [ILLEGIBLE] [ILLEGIBLE] her to let her know we had got married, why? To set in motion the fucking you had planned to [ILLEGIBLE] me. How? You knew you didn't want me so you made it where she [ILLEGIBLE—bloodstain] didn't also. When I married you I knew the type of money [ILLEGIBLE] would get but I married you and for what? You left me homeless because you don't want me and made where no one else would!

Know I don't have [ILLEGIBLE—bloodstain] here to live because of your backward ass thinking. You never had planned on getting your last name changed at all because you was and is on some bullshit. In you have the nerve to say that I am the problem in our family. The kids don't think I like them and all other bullshit. Hell, they are bad things the reasons why you don't fool with them and never have. Here, I am today at your house with your 9 year old son because the school said he can't come back until Wednesday. Now keep in mind you come to pick me up yesterday last night. But when I get here I find out I had to keep him which don't get me wrong I don't have a problem with it. But I'm just making a point. The point being people you too have made out to be the bad guy when something happen at the schools with these kids. I was the one who went to the

schools when you was home with me when the schools called at just one time but all the times!

Lovetta, I am tried of you making me out to be the bad guys when you and your kids or backward because of you you don't have no guidance because your moma, didn't give it to you. Because she like to run the streets [PAGE 4] your sister at home now with your mother. your mother don't be a devoted mother to her because it's about what she want to do comes first running the streets drinking & partys, as you do. I am so tired of this bullshit that I can't take it no more. So you say fuck me I say fuck you! So I am going to end it all you or not going to fuck me like that and just walk away. So you think I wish to die? No! But the fucking you have placed on me I can't look look the other way on this shit, Lovetta. All the shit I had to put up with for the last almost 3 years. No more Lovetta, no more. You have made my life a living hell on earth. I am up to my neck with this shit. Everytime my back is turned you and your kids talking about me when I am the one who takes care of them. You yourself is a big a baby who thinks everything suppose to go your way. Lovetta, you killed us all it is what it is. Every-time I tried to talk to you your the victim. I am the fucking victim. When I got my truck after you said you would be gone for a whole week. I was the bad guy because of that let you tell it. But how many times you have waited to pay a bill or two to get your hair done and shit? Numerous times. Over $300.00 a pop. But when you I did at to get me some transportation because you was going to leave me here with anyway to or from work. That's why I got the truck. You wanted me to pay bills which I did and work which I did but at the price of showing me no respect as a man or as a person.

You asked to see the monster so here he is the monster you made me! Bitch. They will be 5 lives taken today me being the 5th! Because I can't go back to prison I 8 months on parole to try to get my life back after all those years but no you wish to believe you can continue to play these games with me. [PAGE 5] There was a woman who was going to give me $3,500 cash just to give her some [ILLEGIBLE] she knew I had a woman at home. I told you about it and Ruth. You said, you don't need no woman to give you nothing but you wouldn't help me or give me nothing. I told you I would use the money to make a better life for all of

us. Ruth said in so many ways I was crazy she would have got that me anyway. You was getting when we first got together thousands of dollars every (90) days from the colleges a refund check. Lovetta, you wouldn't do anything [ILLEGIBLE] with money. You played me and now the game is up! I play that the <u>Lord</u> allows my soul to enter Heaven if not I will burn in <u>Hell</u> forever. You knew I was behind on my child support years before we became married but you was so much in a rush to marry me. But as soon as you did you talking to all these bitches about me and our relationship you allowed the [ILLEGIBLE—devil] in to destroy us!

But your kids to fuck everyday in some type of way and you look the other way as if it didn't happen. All your so called [ILLEGIBLE] family all they do is fuck over and you always look the other way. But the one people in your life who really tried to look out for us was all me look how you fuck me. I payed my money to get all of us some <u>life insurance</u>. What man in your life ever did that for you and yours? No. Because we were a family so I got us insurance. The you turn around in say this or that. You know Lovetta, you never tell the truth. Just like when you was  tring to go out when you knew I was going so you wanted to leave the kids here at home by theirselves. But I wouldn't let you. In I had to go through all this bullshit with Ruth over that shit. She saying she wanted to shoot me over me trying to stop you from leaving them here alone which they was the kids was at that time was 5, 8 & 10 years old. So you see people calling me crazy all I had to put up with behind you and family. [PAGE 6] Your own family didn't want to kept your kids because you never had time to teach them anything because you was a mother is was all about herself. Im here today, you telling me I have to get out today when you come home as if I had made your life a living <u>Hell</u> which in fact, it was you & you who [ILLEGIBLE] I never tried to hurt you but only help you and yours. When I first started working I should have walked away then when I had a chance too but I didn't because I didn't want to do that. When I got a job walk away from you but to stay due to two working could make it together but all alone you was working in secret against me. In then you just flipped the script on me and without giving me no time to find me home to live just get out without nothing. I worked hard in this relationship to be fucked over from the bullshit you created behind my back.

God please have mercy on my soul. I am at my breaking point which is my finally breaking point.

P.S. Why the kids because they were a big part of the secret plot against by always talking behind my back that Gary is this or that. When mama (you) never had time for them and must go too.

1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 9

11                    Crime Scene Diagram

12                       (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



SEIZURE ITEMS:
1) DNA SWAB
2) DNA SWAB
3) DAN SWAB
4) DNA SWAB
5) KNIFE
6) KNIFE
6A) KNIFE BLOCK W/ (9) KNIVES
7) PATCH OF COUCH MATERIAL
8) KNIFE
9) PAIR OF K-SWISS TENNIS SHOES
10) COMFORTER AND BEDSHEETS
11) HANDWRITTEN NOTE
12 ) GREEN TOWEL
13) KNIFE AND A KNIFE BLADE
14) BLUE HEATING PAD
15) PILLOW W/ PILLOWCASE
16) LAPTOP COMPUTER
17) ROLL OF DUCT TAPE
18) ORANGE T-SHIRT
19) KNIFE BLADE
20) (2) KNIFE HANDLES
21) PIECES OF BROKEN TOILET TANK COVER
22) GREEN TOWEL
23) SILVEWARE HANDLE OR BLADE
24) KNIFE HANDLE W/ BROKEN BLADE
25) PATCH OF SHOWER CURTAIN MATERIAL

STATE'S EXHIBIT 9
PENGAD 800-631-6989

1

2

3

4

5

6

7

8

9

10              State's Exhibit Number 10

11                    Photograph

12                  (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE'S
EXHIBIT

PENGAD 800-631-6989

1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 11

11                          Photograph

12                        (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE'S
EXHIBIT

PENGAD 800-631-6989

1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 12

11                          Photograph

12                       (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25





1
2
3
4
5
6
7
8
9
10       State's Exhibit Number 13
11              Photograph
12           (Copy Attached)
13
14
15
16
17
18
19
20
21
22
23
24
25



1

2

3

4

5

6

7

8

9

10              State's Exhibit Number 14

11                    Photograph

12                  (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE'S
EXHIBIT

PENGAD 800-631-6989

1

2

3

4

5

6

7

8

9

10              State's Exhibit Number 15

11                    Photograph

12                 (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

STATE'S EXHIBIT
15
PENGAD 800-631-6989



1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 16

11                           Photograph

12                        (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



1

2

3

4

5

6

7

8

9

10          State's Exhibit Number 17

11                  Photograph

12              (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE'S EXHIBIT

1
2
3
4
5
6
7
8
9
10          State's Exhibit Number 18
11                 Photograph
12              (Copy Attached)
13
14
15
16
17
18
19
20
21
22
23
24
25



STATE'S
EXHIBIT

PENGAD 800-631-6989

1

2

3

4

5

6

7

8

9

10          State's Exhibit Number 19

11             Medical Records

12             (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

NO. _____

|  | IN THE DISTRICT COURT OF |
| VS. | DALLAS COUNTY, TEXAS |
|  | _____JUDICIAL DISTRICT |

STATE OF TEXAS

KNOW ALL MEN BY THESE PRESENTS:

COUNTY OF <u>DALLAS</u>

## AFFIDAVIT

BEFORE ME, the undersigned authority, personally appeared
_Sheri Kitts_____, who, being by me duly
sworn, deposed as follows:

My name is _Sheri Kitts_____ I am of sound mind, capable of
making this affidavit, and personally acquainted with the facts herein stated:

I am the custodian of records of <u>Children's Medical Center of Dallas.</u>  Attached
hereto are _132_ pages of records from <u>Children's Medical Center of Dallas.</u>
These said _132_ pages of records are kept by <u>Children's Medical Center of Dallas</u>
in the regular course of business, and it was the regular course of business of <u>Children's</u>
<u>Medical Center of Dallas</u> for an employee or representative of <u>Children's Medical Center of</u>
<u>Dallas</u> with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make
the record or to transmit information thereof to be included in such record; and the record was
make at or near the time or reasonably soon thereafter. The records attached hereto are
the original or exact duplicates of the original.

_Sheri Kitts_____
Affiant

SUBSCRIBED AND SWORN TO ME by the above name
Affiant this _6th_ day of _January_, 20 _10_ to certify which, witness
my hand and seal of office.

(SEAL)

_Letitia A. Sammons_____
Notary Public, State of Texas

LETITIA A. SAMMONS
Notary Public, State of Texas
My Commission Expires
February 26, 2012

STATE'S
EXHIBIT
19
NGAD-00-631-6989

THE STATE OF TEXAS

TO ANY SHERIFF OR ANY CONSTABLE OR ANY PEACE OFFICER
OF THE STATE OF TEXAS - GREETINGS:

YOU ARE HEREBY COMMANDED to summon

CUSTODIAN OF RECORDS OR DESIGNATE FOR CHILDREN'S MEDICAL CENTER

to be and appear before the **282ND JUDICIAL DISTRICT COURT** of Dallas County, Texas, at the Courthouse of said County, in the City of Dallas, on the **29TH day of JANUARY, 2010**, at 9:00A.M, then and there to testify as a witness in behalf of the State in a Criminal action pending in said Court, wherein **THE STATE OF TEXAS** is plaintiff and **GARY GREEN**, Defendant, No. F0959380

**DUCES TECUM** ☐ NOT APPLICABLE

and there remain from day to day and from term to term until discharged by the Court.

**HEREIN FAIL NOT.** But of this Writ make due return, showing how you have executed the same.

**OUT OF COUNTY** ☐ NOT APPLICABLE

A DISOBEDIENCE OF this Subpoena is punishable by a fine not exceeding $500, to be collected as fines and costs in other criminal cases.

WITNESS MY OFFICIAL SIGNATURE, THIS 29TH day of DECEMBER, 2009.

GARY FITZSIMMONS
CLERK, DISTRICT COURTS
DALLAS COUNTY, TEXAS

By _____ , Deputy

and that she/he bring with her/him and produce in said Court, at said time and place: CERTIFIED COPIES OF ANY AND ALL RECORDS PERTAINING TO ANY MEDICAL TREATMENT OF JARRET ARMSTEAD B/M 06/02/00.

☒ **In the alternative**, such information may be provided to INV. JIM SPURGER DALLAS CO. D.A. 214.653.3897

desired as evidence in said Criminal action, to-wit: in a certain suit pending in said court.

---

NO. F0959380

**282ND JUDICIAL DISTRICT COURT**

**DALLAS COUNTY, TEXAS**

STATE of TEXAS

VS.

GARY GREEN

**SUBPOENA**

This 29TH day of DECEMBER, 2009

ISSUED

By _____ , Deputy

GARY FITZSIMMONS
Clerk, District Courts
Dallas County, Texas

ATTORNEY:   ANDY BEACH
Assistant District Attorney
Dallas Criminal District Attorney
133 N. Industrial Blvd., LB-19
Dallas, Texas 75207
(214)653-3897

REC'D JAN 0 4 2010

CAUSE NO. F0959380

| STATE OF TEXAS | § | IN THE 282ND JUDICIAL |
| VS. | § | DISTRICT COURT OF |
| GARY GREEN | § | DALLAS COUNTY, TEXAS |

**ORDER FOR MEDICAL / THERAPEUTIC / PSYCHIATRIC
RECORD RELEASE**

On this the **29TH** day of **DECEMBER, 2009** the Court has reviewed the attached subpoena application for ANY AND ALL medical / therapy records of any kind from, **CHILDREN'S MEDICAL CENTER** pertaining to **JARRET ARMSTEAD** and good cause has been shown for the issuance of the attached subpoena to further the prosecution of a criminal matter pending before this court.

**IT IS HEREBY ORDERED** that the health care provider named in the subpoena release all records designated therein.

SIGNED **DECEMBER 29, 2009**

_____
**The Honorable Judge Presiding**

JUDICIAL District Court #282ND

☒ **INVESTIGATOR WILL SERVE**   ☐ **CONSTABLE WILL SERVE**



DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## Jerret Armstead
**9/21/2009 10:02 PM   Hospital Encounter**

Description: **9 year old male**
Department: **Dal C4**

### Patient Demographics

| Name | Patient ID | SSN | Sex | Birthdate |
|---|---|---|---|---|
| Armstead, Jerret | 1082807 | xxx-xx-1763 | Male | 06/02/00 (9 yrs) |

| Address | Phone | EMail | Employer |
|---|---|---|---|
| 2426 moffatt ave<br>DALLAS, TX 75216 | 972-480-2566 (H) | | |

| Reg Status | PCP |
|---|---|
| Verified | |

Emergency Contact 1
Armstead,Amanda (Aunt)
2426 moffatt ave
DALLAS, TX 75216
US
972-480-2566 (H)

Emergency Contact 2

Alias

### Patient PCP Information
None on File

### Private Encounter
Private Encounter
Yes [1]

### Contact Serial Number
CSN
61732439

### Hospital Account

| Name | Acct ID | Class | Status | Primary Coverage |
|---|---|---|---|---|
| ARMSTEAD,JERRET | 70502094 | Inpatient | Closed | MEDICAID - TRADITIONAL<br>MEDICAID |

### Guarantor Account (for Hospital Account #70502094)

| Name | Relation to Pt | Service Area | Active? | Acct Type |
|---|---|---|---|---|
| ARMSTEAD,AMANDA | Aunt | CMC | Yes | Personal/Family |

| Address | Phone |
|---|---|
| 2426 moffatt<br>aveDALLAS, TX 75216 | 972-480-2566(H)999-<br>999-9999(O) |

Printed on 01/06/2010 10:23 AM


**chidren's**
MEDICAL CENTER

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## Coverage Information (for Hospital Account #70502094)

| F/O Payor/Plan | | Precert # |
|---|---|---|
| 1. MEDICAID/TRADITIONAL MEDICAID | | Not Req. |

| Subscriber | Relation to Pt | Subscriber # |
|---|---|---|
| ARMSTEAD,JERRET | Self | 521096727 |

Grp #
13

| Address | Phone |
|---|---|
| PO Box 200555Austin, TX 78720-0555 | 800-252-8263 |

Effective Date
07/01/09

## Patient Medical Information

### Allergies as of 9/22/2009
No Known Allergies

### Problem List

| Problem | Noted | Resolved | Priority | Class |
|---|---|---|---|---|
| **Stab Wound of the Abdomen [879.2J]** | 9/22/2009 by Kathleen Frances Corcoran | No | | |

### All Immunizations as of 9/22/2009

| Name | Date | Dose | VIS Date | Route |
|---|---|---|---|---|
| **DTAP** | 9/22/09 04:27 PM (9 y.o.) | 0.5 mL | 7/30/01 | Intramuscular |

Site: Left arm
Given By: Jenny M Pawlewicz
Documented By: Jenny M Pawlewicz
Manufacturer: GlaxoSmithKline
**Lot:** ac14b066aa

## Encounter Information

### Admission Information - Hospital Account/Patient Record

| Arrival Date/Time: | 10:02 PM | Admit Date/Time: | 09/21/2009 10:16 PM | IP Adm. Date/Time: | 09/22/2009 12:26 AM |
|---|---|---|---|---|---|
| Admission Type: | Emergency | Admission Source: | Emergency Room | Admit Category: | Main Ed |
| Means of Arrival: | Dallas Fire Rescue Ems | Primary Service: | Trauma | Secondary Service: | None |
| Transfer Source: | None | Service Area: | Children's Medical Center | Unit: | Dal C4 |
| Admit Provider: | Joseph T. Murphy, MD | Attending Provider: | Joseph T. Murphy, MD | Referring Provider: | None |

### Discharge Information - Hospital Account/Patient Record



MEDICAL CENTER

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD, JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## Encounter Information (continued)

### Discharge Information - Hospital Account/Patient Record (continued)

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 09/22/2009  4:30 PM | Home Or Self Care | 1 Home | Joseph T. Murphy, MD | Dal C4 |

### Reason for Admission

**Stab Wound of the Abdomen**  [879.2J]

### Patient Instructions

Armstead, Jerret (MR # 1082807)

| Date | Status | User | User Type | Discharge Note |
|---|---|---|---|---|
| 09/22/09 1253 | Reviewed | Kathleen Frances Corcoran, RN,PNP | Nurse Practitioner | Original |

Note:

Date of admission: 9/21/2009

Date of discharge: 9/22/2009

Mechanism of Injury: Penetrating

Diagnosis: stab wound
[]

Procedures:  laparoscopy

Diet: regular

Discharge to: per CPS

Follow-up: 10/19/09 at 0830 with Dr. Murphy

Wound Care: Keep them dry for the first two days after injury unless otherwise directed.  After the second day, wash wounds daily with mild soap and water.  Be sure to wash your hands before caring for the wound and use clean towels and washcloths.  Watch the wound for signs of infection: redness, swelling, drainage, separation of wound edges, or temperature of 101.5 or higher.  Apply antibiotic ointment as directed.  Wound care sheet provided at discharge.
**IF THERE ARE ANY CONCERNS PLEASE CALL THE TRAUMA OFFICE AT (214) 456-8160.**

Activity: as tolerated. No swimming or soaking wounds until the skin is healed and instructed by physician

Return to school: on Monday the 28th. No recess or PE until cleared by physician.



**Children's**
M E D I C A L   C E N T E R

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## Patient Education

### Title: Pain Management (Resolved)

Topic: Pain Assessment & Evaluation (Resolved)

**Point: Pain Scales (Resolved)**

| Learner | Readiness | Method | Learning Progress Summary Response | Comment | Given by | Status |
|---|---|---|---|---|---|---|
| Family Member | Acceptance | Explanation, Handout | Verbalizes Understanding | all DC teaching reviewed with Grandma, all questions answered | JP 09/22/09 1636 | Done |

**Point: S/S of Pain (Resolved)**

| Learner | Readiness | Method | Learning Progress Summary Response | Comment | Given by | Status |
|---|---|---|---|---|---|---|
| Family Member | Acceptance | Explanation, Handout | Verbalizes Understanding | all DC teaching reviewed with Grandma, all questions answered | JP 09/22/09 1636 | Done |

Topic: Pharmacologic Interventions (Resolved)

**Point: Analgesics (Resolved)**

| Learner | Readiness | Method | Learning Progress Summary Response | Comment | Given by | Status |
|---|---|---|---|---|---|---|
| Family Member | Acceptance | Explanation, Handout | Verbalizes Understanding | all DC teaching reviewed with Grandma, all questions answered | JP 09/22/09 1636 | Done |

**Point: Anesthetics (Resolved)**

| Learner | Readiness | Method | Learning Progress Summary Response | Comment | Given by | Status |
|---|---|---|---|---|---|---|
| Family Member | Acceptance | Explanation, Handout | Verbalizes Understanding | all DC teaching reviewed with Grandma, all questions answered | JP 09/22/09 1636 | Done |

### Title: Infection Control (Resolved)

Topic: Cleanliness/ Asepsis (Resolved)

**Point: Definitions (Resolved)**

| Learner | Readiness | Method | Learning Progress Summary Response | Comment | Given by | Status |
|---|---|---|---|---|---|---|
| Family Member | Acceptance | Explanation, Handout | Verbalizes Understanding | all DC teaching reviewed with Grandma, all questions answered | JP 09/22/09 1636 | Done |

**Point: Hand Washing (Resolved)**



**Children's**
MEDICAL CENTER

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## Patient Education (continued)

### Title: Infection Control (Resolved) (continued)

| Learner | Readiness | Method | Learning Progress Summary Response | Comment | Given by | Status |
|---|---|---|---|---|---|---|
| Family Member | Acceptance | Explanation, Handout | Verbalizes Understanding | all DC teaching reviewed with Grandma, all questions answered | JP 09/22/09 1636 | Done |

#### Point: Sanitizers (Resolved)

| Learner | Readiness | Method | Learning Progress Summary Response | Comment | Given by | Status |
|---|---|---|---|---|---|---|
| Family Member | Acceptance | Explanation, Handout | Verbalizes Understanding | all DC teaching reviewed with Grandma, all questions answered | JP 09/22/09 1636 | Done |

### Title: Incisions / Wounds / Ostomies (Resolved)
Topic: Surgical Incisions (Resolved)
#### Point: Sutures/Staples/Steri Strips (Resolved)

| Learner | Readiness | Method | Learning Progress Summary Response | Comment | Given by | Status |
|---|---|---|---|---|---|---|
| Family Member | Acceptance | Explanation, Handout | Verbalizes Understanding | all DC teaching reviewed with Grandma, all questions answered | JP 09/22/09 1636 | Done |

#### Point: Indications (Resolved)

| Learner | Readiness | Method | Learning Progress Summary Response | Comment | Given by | Status |
|---|---|---|---|---|---|---|
| Family Member | Acceptance | Explanation, Handout | Verbalizes Understanding | all DC teaching reviewed with Grandma, all questions answered | JP 09/22/09 1636 | Done |

#### Point: Care & Maintenance (Resolved)

| Learner | Readiness | Method | Learning Progress Summary Response | Comment | Given by | Status |
|---|---|---|---|---|---|---|
| Family Member | Acceptance | Explanation, Handout | Verbalizes Understanding | all DC teaching reviewed with Grandma, all questions answered | JP 09/22/09 1636 | Done |

### Title: Injury Prevention (Resolved)
Topic: Fall Prevention (Resolved)

Printed on 01/06/2010 10:23 AM

**Children's**
MEDICAL CENTER

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## Patient Education (continued)

**Title: Injury Prevention (Resolved) (continued)**

### Point: Indications and Interventions (Resolved)

| Learner | Readiness | Method | Learning Progress Summary Response | Comment | Given by | Status |
|---|---|---|---|---|---|---|
| Family Member | Acceptance | Explanation, Handout | Verbalizes Understanding | all DC teaching reviewed with Grandma, all questions answered | JP 09/22/09 1636 | Done |

**Title: Lines / Drains / Tubes (Resolved)**

Topic: Lines - Peripheral, Central, Arterial (Resolved)

### Point: Indications (Resolved)

| Learner | Readiness | Method | Learning Progress Summary Response | Comment | Given by | Status |
|---|---|---|---|---|---|---|
| Family Member | Acceptance | Explanation, Handout | Verbalizes Understanding | all DC teaching reviewed with Grandma, all questions answered | JP 09/22/09 1636 | Done |

**Title: Fluid/Electrolytes/Nutrition (Resolved)**

Topic: Diet & Nutrition (Resolved)

### Point: Prescribed/ Recommended Diets (Resolved)

| Learner | Readiness | Method | Learning Progress Summary Response | Comment | Given by | Status |
|---|---|---|---|---|---|---|
| Family Member | Acceptance | Explanation, Handout | Verbalizes Understanding | all DC teaching reviewed with Grandma, all questions answered | JP 09/22/09 1636 | Done |

Topic: Intravenous Fluids (Resolved)

### Point: Indications (Resolved)

| Learner | Readiness | Method | Learning Progress Summary Response | Comment | Given by | Status |
|---|---|---|---|---|---|---|
| Family Member | Acceptance | Explanation, Handout | Verbalizes Understanding | all DC teaching reviewed with Grandma, all questions answered | JP 09/22/09 1636 | Done |

### Point: Administration (Resolved)

| Learner | Readiness | Method | Learning Progress Summary Response | Comment | Given by | Status |
|---|---|---|---|---|---|---|
| Family Member | Acceptance | Explanation, Handout | Verbalizes Understanding | all DC teaching reviewed with Grandma, all | JP 09/22/09 1636 | Done |



**MEDICAL CENTER**

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## Patient Education (continued)

### Title: Fluid/Electrolytes/Nutrition (Resolved) (continued)

questions
answered

### Point: Measuring I&O (Resolved)

| Learner | Readiness | Method | Learning Progress Summary Response | Comment | Given by | Status |
|---|---|---|---|---|---|---|
| Family Member | Acceptance | Explanation, Handout | Verbalizes Understanding | all DC teaching reviewed with Grandma, all questions answered | JP 09/22/09 1636 | Done |

Topic: Output (Resolved)

### Point: Measuring I&O (Resolved)

| Learner | Readiness | Method | Learning Progress Summary Response | Comment | Given by | Status |
|---|---|---|---|---|---|---|
| Family Member | Acceptance | Explanation, Handout | Verbalizes Understanding | all DC teaching reviewed with Grandma, all questions answered | JP 09/22/09 1636 | Done |

### User Key

| Initials | Effective Dates | Name | Provider Type | Discipline |
|---|---|---|---|---|
| JP | 06/07/09 - | Jenny M Pawlewicz, RN | Registered Nurse | Nurse |

### Education Notes

**No notes present for this patient.**

### Learning Assessment Questions

** None **

### Discharge Summaries

D/C Summaries signed by Kathleen Frances Corcoran, RN,PNP                                         09/22/09 1312

| Author: | Kathleen Frances Corcoran, RN,PNP | Specialty: | Nurse Practitioner | Author Type: | Nurse Practitioner |
|---|---|---|---|---|---|

Filed:    09/22/09 1312          Note Time: 09/22/09 1253
Related  Cosigned by Joseph T. Murphy, MD at 09/27/09 0011



**DALLAS**
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## Ancillary Notes

Consults signed by Bradley A Chamberlain, LMSW at 09/22/09 1410

| | | | | | |
|---|---|---|---|---|---|
| Author: | Bradley A Chamberlain, LMSW | Service: | (none) | Author Type: | Social Worker |
| Filed: | 09/22/09 1410 | Note Time: | 09/22/09 1400 | | |
| Related Notes: | Original note by Bradley A Chamberlain, LMSW at 09/22/09 1407 | | | | |

Social worker received voicemail and reports regarding patient admission and current family who is in room with patient. Detective who was waiting this morning told social worker that Jessie Gonzales (214-818-2623) with Child Advocacy Center was coming around 8am to meet with children and obtain interview.

Social worker liason between DISD Community Liason Mechelle McAlinster-Ware 972-794-6406 who is also teacher for patient's brother Jerome. Jerome's father also showed up today, Kerry L King dob 11/24/78. He met with Jerome and was with him while they were in the play room, along with DISD liason. Mechelle stated that DISD school counselors are already involved at the two schools were the patient and patient's brother go to school and are available for assitance. Social worker was paged several times throughout the day today as various family members on both sides of the family showed up. Marguerita, grandmother of Jerret arrived as well. She was very tearful and anxious.

Contacted CPS as children Jerome and Jerret are asking to go with Jerome's father home upon d/c. CPS worker Jaime Johnson stated she is staffed on case. Updated her on patient's current condition as well as current family dynamics and who is here at the hospital. Jaime will assign case out as we do not have parents to discharge to, and unsure who has been approved by CPS at this time for d/c. Social worker spoke later with Dimple Patel 214-929-2922 who also arrived on site and has been interviewing several family members at this point to determine dispostion for d/c. Escorted patients back and forth from art/child life room to room and back and forth, along with grandmother and Jerome's father.

Social worker later paged by Child Life Jill Bringhurst that there was over 30 people in the art therapy room. Social worker went to art room, but only a few family members were still there with both patient and patient's brother. Asked family to please wait in the family area outside the art therapy room. CPS is continuing their investigation this afternoon.

Social worker paged that a Christina Armstead in KY had been called by DPD - 270-691-1808. Provided same information CPS worker for family.

Mother was also a substitute teacher at the same school from the DISD liason. She had just been either recently married or filed for divorce, possible last name of Green. Also received call from Mary Oliver with DISD who spoke directly with DISD liason for coordination at the school.

Please page social worker at 18578 for any ongoing needs, thanks.

09/22/09 1407 Consults Signed by: Bradley A Chamberlain, LMSW



| | DALLAS | ARMSTEAD, JERRET |
|---|---|---|
| | 1935 Medical District Drive | MRN: 1082807 |
| | Dallas, TX 75235 | DOB: 06/02/2000, Sex: M |
| | | Adm: 09/21/2009, D/C: 09/22/2009 |

**Ancillary Notes (continued)**

Consults signed by Bradley A Chamberlain, LMSW at 09/22/09 1407

| Author: | Bradley A Chamberlain, LMSW | Service: | (none) | Author Type: | Social Worker |
|---|---|---|---|---|---|
| Filed: | 09/22/09 1407 | Note Time: | 09/22/09 1400 | Note Status: | Revised |
| Related Notes: | Addendum by Bradley A Chamberlain, LMSW at 09/22/09 1410 | | | | |

Social worker received voicemail and reports regarding patient admission and current family who is in room with patient.  Detective who was waiting this morning told social worker that Jessie Gonzales (214-818-2623) with Child Advocacy Center was coming around 8am to meet with children and obtain interview.

Social worker liason between DISD Community Liason Mechelle McAlinster-Ware 972-794-6406 who is also teacher for patient's brother Jerome.  Jerome's father also showed up today, Kerry L King dob 11/24/78.  He met with Jerome and was with him while they were in the play room, along with DISD liason.  Mechelle stated that DISD school counselors are already involved at the two schools were the patient and patient's brother go to school and are available for assitance. Social worker was paged several times throughout the day today as various family members on both sides of the family showed up.  Marguerita, grandmother of Jerret arrived as well.  She was very tearful and anxious.

Contacted CPS as children Jerome and Jerret are asking to go with Jerome's father home upon d/c.  CPS worker Jaime Johnson stated she is staffed on case.  Updated her on patient's current condition as well as current family dynamics and who is here at the hospital.  Jaime will assign case out as we do not have parents to discharge to, and unsure who has been approved by CPS at this time for d/c.  Social worker spoke later with Dimple Patel 214-929-2922 who also arrived on site and has been interviewing several family members at this point to determine dispostion for d/c.  Escorted patients back and forth from art/child life room to room and back and forth, along with grandmother and Jerome's father.

Social worker later paged by Child Life Jill Bringhurst that there was over 30 people in the art therapy room.  Social worker went to art room, but only a few family members were still there with both patient and patient's brother.  Asked family to please wait in the family area outside the art therapy room.  CPS is continuing their investigation this afternoon.

Please page social worker at 18578 for any ongoing needs, thanks.

Progress Notes signed by Bradley A Chamberlain, LMSW at 09/22/09 0830

| Author: | Bradley A Chamberlain, LMSW | Service: | (none) | Author Type: | Social Worker |
|---|---|---|---|---|---|
| Filed: | 09/22/09 0830 | Note Time: | 09/22/09 0827 | | |

Met with sibling and patient directly very briefly  - discussed breakfast orders and that patient's sibling was bored and wanted a video game.  Case has been referred to REACH by Kathleen Corcoran - discussed this with REACH social worker Ann Sivley.  Paged child life regarding video



| | | DALLAS<br>1935 Medical District Drive<br>Dallas, TX 75235 | ARMSTEAD,JERRET<br>MRN: 1082807<br>DOB: 06/02/2000, Sex: M<br>Adm: 09/21/2009, D/C: 09/22/2009 |

**Ancillary Notes (continued)**

games.

Progress Notes signed by Suzanne S Wong, LMSW at 09/22/09 0449

| Author: | Suzanne S Wong,<br>LMSW | Service: | (none) | Author Type: | Social Worker |
| Filed: | 09/22/09 0449 | Note Time: 09/22/09 0443 | | | |

Social Work
Report received by this social worker from previous social work staff.  Provided grief support to
extended family.  Dallas County CPS worker, Chance Hendrix responded to CMC to meet with
family.  Staff from Dallas County Advocacy Center present as requested by Detective Reyes with
DPD to interview Patient and sibling.  Per Dallas County Advocacy Center and Detective Reyes,
family informed not to question Patient about events that occurred.  Maternal Uncle and Patient's
12 year old sibling present at Patient's bedside and understand request to not question Patient.
Message left for trauma social work staff to continue to assist.

Suzanne Wong, LMSW

ED Notes signed by Elizabeth O Marston, LMSW at 09/21/09 2336

| Author: | Elizabeth O Marston,<br>LMSW | Service: | (none) | Author Type: | Social Worker |
| Filed: | 09/21/09 2336 | Note Time: 09/21/09 2312 | | | |

Social Worker responded to trauma stat page.  Patient (pt) arrived with 12 year old sibling (Jerome),
uncle, and Dallas Police Officer K.A. Williams (Badge 9110).  Per Officer, pt was stabbed by his step-
father Gary Green, age 37.  Social work provided emotional support to sibling, uncle and other family
members as they arrived.

Dallas Police Report number is 282496-W.

Made referral to CPS worker Lori 1291, call ID 47581285.

Gave information to overnight social worker, Suzanne Wong, who will assist pt family tonight.  Will leave
message for day social worker for follow-up.

**ED Provider Notes**

ED Provider Notes signed by Sing-Yi Feng, MD                                                                09/21/09 2229

| Author: | Sing-Yi Feng, MD | Specialty: | (none) | Author Type: | Physician |
| Filed: | 09/21/09 2229 | Note Time: 09/21/09 2229 | | | |

Please see paper chart for H and P

Printed on 01/06/2010 10:23 AM



**DALLAS**
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## Surgery Information

### General Information

| | | |
|---|---|---|
| Date: 9/21/2009 | Time: 2300 | Status: Posted |
| Location: DAL MAIN OR | Room: DAL OR 07 | Service: General |
| Patient class: Hospital Ambulatory Surgery | Case classification: E0 - STAT | |

### Case Tracking Events

| Event | Time In |
|---|---|
| Patient In - Facility (Arrived) | |
| Registration Started | |
| Registration Complete | |
| Patient in Periop Dept | |
| NP In Room | |
| NP Out of Room | |
| Patient In - Pre-op/Holding Area | |
| Patient Ready for OR | |
| Patient Out - Pre-op/Holding Area | |
| Send For Patient | |
| Patient In - OR | Mon Sep 21, 2009 2253 |
| Incision Start | Mon Sep 21, 2009 2315 |
| Patient Out - OR | Mon Sep 21, 2009 2335 |
| Patient In - PACU | Mon Sep 21, 2009 2336 |
| Care Complete - PACU | Tue Sep 22, 2009 0025 |
| Patient Out - PACU | Tue Sep 22, 2009 0030 |
| Patient In - Phase II | |
| Care Complete - Phase II | |
| Patient Out - Phase II | |
| Patient Return to PACU | |
| End Return to PACU | |
| 2nd Time in Phase II | |
| 2nd End Time in Phase II | |
| Patient Education Complete | |
| Patient Tolerates Liquids | |
| Patient Voided | |
| Discharged Periop | Tue Sep 22, 2009 0040 |

### Event Tracking

Panel 1

| Event | Start Time | End Time | Time Elapsed |
|---|---|---|---|
| Incision Start | 2315 | | |
| Incision Close | | | |



**MEDICAL CENTER**

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD, JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## Surgery Information (continued)

### Event Tracking (continued)

Procedure : LAPAROTOMY ABDOMINAL

| Event | Start Time | End Time | Time Elapsed |
|---|---|---|---|
| **Procedure Start** | 2253 | | |
| **Procedure End** | | | |

Procedure : LAPAROSCOPY DIAGNOSTIC

| Event | Start Time | End Time | Time Elapsed |
|---|---|---|---|
| **Procedure Start** | | | |
| **Procedure End** | 2335 | | |

## Panel Information

Panel 1

| Surgeon | Role | Service |
|---|---|---|
| **MURPHY, JOSEPH T.** | Primary | General |
| **PEREZ, EDUARDO ALFONSO** | Fellow | General |

Procedure: LAPAROTOMY ABDOMINAL

| Laterality | Wound Class | Anesthesia | Op Region |
|---|---|---|---|
| N/A | I - Clean | General | Abdomen |

**LAPAROTOMY ABDOMINAL (N/A) - Position 1**

Body: **Supine**
Strap Safety Across
Thighs, Mattress
Eggcrate

Left Arm: **Tucked at Side**
Foam Padding To Bony
Prominences

Right Arm: **Tucked at Side**
Foam Padding To Bony
Prominences

Head: **Aligned**          Left Leg: **Straight**          Right Leg: **Straight**

Procedure: LAPAROSCOPY DIAGNOSTIC

| Laterality | Wound Class | Anesthesia | Op Region |
|---|---|---|---|
| N/A | | General | |

**LAPAROSCOPY DIAGNOSTIC (N/A) - Position 1**

Body:          Left Arm:          Right Arm:
Head:          Left Leg:          Right Leg:

## Anesthesiologist

| Anesthesiologist | Role |
|---|---|
| **ZHONG, JOHN W.** | AFC Anesthesia for Children Member |

## Staff Info

| Staff Type | Staff Member | Start | End | OT |
|---|---|---|---|---|
| Nurse Circulator | **NEDUVELIL, ROSE** | 2253 | 2335 | No |
| Surgical Technologist | **FISHER, LEON** | 2253 | 2335 | No |

**Children's**
MEDICAL CENTER

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD, JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## Surgery Information (continued)

### Staff Info (continued)

| Staff Type | Staff Member | Start | End | OT |
|---|---|---|---|---|
| Primary | | | | |
| Perioperative Surgical Assistant | **MARTINEZ, TERESA** | 2253 | 2335 | No |
| Respiratory Care Practitioner | **PHILLIPS, JOCELYN E** | 2253 | 2335 | No |
| Nurse Circulator | **BEAR-GARCIA, TOMI** | 2253 | 2317 | No |

### Questionnaire Data

#### OR ASA LEVEL

| Question | Answer | Comment |
|---|---|---|
| **ASA Level** | ASA I  Normal/Healthy Patient | Emergency |

#### OR COMMUNICATION WITH FAMILY

| Question | Answer | Comment |
|---|---|---|
| **Communication with Family Pre-operatively** | Yes | |
| **Communication with Family Intra-operatively** | | |
| **Time of Communication** | | |
| **Translator Needed?** | No | |
| **Name of Translator** | | |

### Patient Preparation

#### Patient Preparation

| Area | Laterality | Scrub | Paint | Hair Removal |
|---|---|---|---|---|
| **Abdomen** nipple line to pubis, table to table | N/A | Betadine Scrub | Betadine Paint | |

#### Skin Condition

| Skin Site | Condition |
|---|---|
| Other-see nursing notes | **Other (see notes)** |

### Nursing Notes

PANICKER, RAMA P on 9/22/2009 at 0100

2336 : PATIENT ADMITTED TO PACU, ASLEEP, EASILY AROUSED, VITAL SIGNS STABLE, RESPIRATIONS REGULAR AND UNLABOURED, BLOW BY 01 PER FACE MASK IN USE, 02 SAT 100%. BREATH SOUNDS CLEAR BILATERALLY WITH CCCASSIONAL SNORING WHEN ASLEEP.

0000; patient arouses easily, no complaints of pain. Grand mom and aunt at bedside, updated and reviewed plan of care, verbalized understanding.

0025 : PATIENT REMAINS STABLE, RESPIRATIONS UNLABOURED, 02 SAT 98% ON ROOM



**Children's**
MEDICAL CENTER

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## Surgery Information (continued)

### Nursing Notes (continued)

AIR. REPORT GIVEN TO CINDY SHATT,RN ON C4 AND PATIENT TRANSPORTED TO FLOOR.

NEDUVELIL, ROSE E on 9/21/2009 at 2322

2310hrs; pt has 1" lac to right lower quadrant, abrasion to right shoulder area scratch to neck, bruise to right cheek area.................................................................R Neduvelil RN BSN CNOR

NEDUVELIL, ROSE E on 9/21/2009 at 2304

2245 - received patient from Trauma Bay in ER with Auntie, brother and Childlife Specialist at bedside. Transported from ER with monitors and IV intact. Auntie and brother stated "I don't know of any allergies". Noted abrasion to left side of neck. Patient responds to verbal commands and questions appropriately. Patient remains alert and oriented to name, date and place. Brother states " we ate before church" and patient states "I had some water at church" - T. Bear-Garcia, RN

## Blood Products

| Blood Product | Estimated Amount | Units Used | UOM |
|---|---|---|---|
| **Yes** | 0.00 | 0.00 | |

## Equipment

| Equipment Type | Equipment | Start | End |
|---|---|---|---|
| Camera Box Laparoscopic | | | |
| Warmer Irrigation | | | |
| Electrosurgical Unit | **ESU-FORCEFX-VALLEYLAB-42914** | | |

## Electro Surgery Units

| ESU Type | ESU | Blend Setting | Mode | Pad Loc | Later ality | Coag Set | Cut Set | Applied By |
|---|---|---|---|---|---|---|---|---|
| Electrosurgical Unit | **ESU-FORCEFX-VALLEYLAB-42914** | Pure | Monop olar | Thigh Anterior | Right | 20.00 | 20.00 | NEDUVELIL, ROSE |

## Lasers

## Instruments

| Instrument Type | Instrument | Start | End |
|---|---|---|---|
| DR. MURPHY'S | | | |

**Children's**
MEDICAL CENTER

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## Surgery Information (continued)

### Instruments (continued)

| Instrument Type Instrument | Start | End |
|---|---|---|
| INSTRUMENTS - GEN | | |
| GEN - ABDOMINAL LONG INSTRUMENTS | | |
| GEN - ABDOMINAL SET | | |
| GEN - BASIC LAPAROSCOPIC INSTRUMENTS #1 | | |
| GEN - TELESCOPE 5MM 0 DEGREE (LONG) | | |

## Post-op Skin Information

| Skin Site | Condition |
|---|---|
| Other-see nursing notes | **Other (see notes)** |

## Counts

| Type | Which? | Correct? | X-Ray? | MD Notif? | Counted By | Verified By |
|---|---|---|---|---|---|---|
| **Sponge** | Initial | Yes | | | FISHER, LEON | NEDUVELIL, ROSE |
| **Needles/Sharps** | Initial | Yes | | | FISHER, LEON | NEDUVELIL, ROSE |
| **Instruments** | Initial | Yes | | | FISHER, LEON | NEDUVELIL, ROSE |
| **Needles/Sharps** | Final | Yes | | Yes | FISHER, LEON | NEDUVELIL, ROSE |
| **Sponge** | Final | Yes | | Yes | FISHER, LEON | NEDUVELIL, ROSE |

## PNDS Information

### Outcomes - General

| Used? | Description (Code) |
|---|---|
| | The patient is free from signs and symptoms of infection. (O10) |
| | Administers prescribed prophylactic treatments. (I10) |
| | Assesses susceptibility for infection. (I21) |
| | Classifies surgical wound. (I22) |
| | Establishes IV access. (I34) |
| | Implements aseptic technique. (I70) |
| | Monitors for signs and symptoms of infection. (I88) |
| | Performs skin preparations. (I94) |
| | Protects from cross-contamination. (I98) |
| | The patient has wound/tissue perfusion consistent with or improved from baseline levels established preoperatively. (O11) |



DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD, JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## Surgery Information (continued)

### PNDS Information (continued)

Assesses factors related to risks for ineffective tissue perfusion. (I15)
Evaluates postoperative tissue perfusion. (I46)
The patient's fluid, electrolyte, and acid-base balances are consistent with or improved from baseline levels established preoperatively. (O13)
Identifies factors associated with an increased risk for hemorrhage or fluid and electrolyte loss. (I132)
Evaluates response to administration of fluids and electrolytes. (I153)
Administers blood product therapy as prescribed. (I2)
Collaborates in fluid and electrolyte management. (I23)
Administers electrolyte therapy as prescribed. (I5)
The patient's respiratory function is consistent with or improved from baseline levels established preoperatively. (O14)
Uses monitoring equipment to assess respiratory status. (I121)
Encourages deep breathing and coughing exercises. (I33)
Evaluates postoperative respiratory status. (I45)
Monitors changes in respiratory status. (I87)
The patient's cardiovascular status is consistent with or improved from baseline levels established preoperatively. (O15)
Uses monitoring equipment to assess cardiac status. (I120)
Evaluates postoperative cardiac status. (I44)
The patient demonstrates and/or reports adequate pain control throughout the perioperative period. (O29)
Assesses pain control. (I16)
Collaborates in initiating patient-controlled analgesia. (I24)
Evaluates response to pain management interventions. (I54)
Identifies cultural and value components related to pain. (I61)
Implements pain guidelines. (I71)
The patient's neurological status is consistent with or improved from baseline levels established preoperatively. (O30)
Assesses baseline neurological status. (I144)
Implements protective measures during neurosurgical procedures. (I145)
Evaluates postoperative neurological status. (I146)
The patient demonstrates knowledge of the expected responses to the operative or invasive procedure. (O31)
Provides instruction about prescribed medications (I104)
Determines knowledge level. (I135)
Assesses readiness to learn. (I136)
Develops individualized plan of care. (I30)
Elicits perceptions of surgery. (I32)
Evaluates response to instruction about prescribed medications. (I48)
Evaluates response to instructions. (I50)
Explains expected sequence of events. (I56)
Identifies and reports philosophical, cultural, and spiritual beliefs and values. (I57)
Identifies individual values and wishes concerning care. (I63)
Includes family members in preoperative teaching. (I79)
Includes patient and family members in discharge planning. (I80)

### Outcomes - Pre-op

| Used? | Description (Code) |
|---|---|
| | The patient receives appropriate medication(s), safely administered during the perioperative period. (O9) |



DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## Surgery Information (continued)
## PNDS Information (continued)

The patient's care is consistent with the individualized perioperative plan of care. (O24)
Verifies allergies. (I123)
Implements protective measures prior to operative or invasive procedure. (I138)
Implements latex allergy precautions as needed. (I139)
The patient's right to privacy is maintained. (O25)
The patient is the recipient of competent and ethical care within legal standards of practice. (O26)
The patient receives consistent and comparable care regardless of the setting. (O27)
The patient's value system, lifestyle, ethnicity, and culture are considered, respected, and incorporated in the perioperative plan of care. (O28)

### Outcomes - Intra-op

| Used? | Description (Code) |
|---|---|
| Yes | The patient is free from signs and symptoms of injury related to positioning. (O5) |
| | pt on eggcrate mattress, well padded all prominent areas |
| | Verifies presence of prosthetics or corrective devices. (I127) |
| | Evaluates for signs and symptoms of injury as a result of positioning. (I38) |
| | Identifies physical alterations that require additional precautions for procedure-specific positioning. (I64) |
| | Positions the patient. (I96) |
| | The patient is free from signs and symptoms of laser injury. (O6) |
| | Applies safety devices. (I11) |
| | Uses supplies and equipment within safe parameters. (I122) |
| | Evaluates for signs and symptoms of laser injury. (I40) |
| | Implements protective measures to prevent injury due to laser sources. (I73) |
| | The patient is free from signs and symptoms of radiation injury. (O7) |
| | Applies safety devices. (I11) |
| | Assesses history of previous radiation exposure. (I142) |
| | Evaluates for signs of radiation injury to skin and tissue. (I43) |
| | Implements protective measures to prevent injury due to radiation sources. (I74) |
| Yes | The patient is free from signs and symptoms of injury related to transfer/transport. (O8) |
| | Transports according to individual needs. (I118) |
| | Evaluates for signs and symptoms of skin and tissue injury as a result of transfer or transport. (I42) |
| Yes | The patient receives appropriate medication(s), safely administered during the perioperative period. (O9) |
| Yes | The patient has wound/tissue perfusion consistent with or improved from baseline levels established preoperatively. (O11) |
| | Assesses factors related to risks for ineffective tissue perfusion. (I15) |
| | Evaluates postoperative tissue perfusion. (I46) |
| Yes | The patient's fluid, electrolyte, and acid-base balances are consistent with or improved from baseline levels established preoperatively. (O13) |
| | Identifies factors associated with an increased risk for hemorrhage or fluid and electrolyte loss. (I132) |
| | Evaluates response to administration of fluids and electrolytes. (I153) |
| | Administers blood product therapy as prescribed. (I2) |
| | Collaborates in fluid and electrolyte management. (I23) |
| | Administers electrolyte therapy as prescribed. (I5) |
| Yes | The patient's respiratory function is consistent with or improved from baseline levels established preoperatively. (O14) |
| | Uses monitoring equipment to assess respiratory status. (I121) |
| | Encourages deep breathing and coughing exercises. (I33) |
| | Evaluates postoperative respiratory status. (I45) |



DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## Surgery Information (continued)

### PNDS Information (continued)

| | |
|---|---|
| | Monitors changes in respiratory status. (I87) |
| Yes | The patient's cardiovascular status is consistent with or improved from baseline levels established preoperatively. (O15) |
| | Uses monitoring equipment to assess cardiac status. (I120) |
| | Evaluates postoperative cardiac status. (I44) |
| Yes | The patient's neurological status is consistent with or improved from baseline levels established preoperatively. (O30) |
| | Assesses baseline neurological status. (I144) |
| | Implements protective measures during neurosurgical procedures. (I145) |
| | Evaluates postoperative neurological status. (I146) |

### Outcomes - Post-op

| Used? | Description (Code) |
|---|---|
| Yes | The patient is free from signs and symptoms of infection. (O10) |
| | Administers prescribed prophylactic treatments. (I10) |
| Yes | Assesses susceptibility for infection. (I21) |
| Yes | Classifies surgical wound. (I22) |
| | Establishes IV access. (I34) |
| | Implements aseptic technique. (I70) |
| | Monitors for signs and symptoms of infection. (I88) |
| | Performs skin preparations. (I94) |
| Yes | Protects from cross-contamination. (I98) |
| Yes | The patient has wound/tissue perfusion consistent with or improved from baseline levels established preoperatively. (O11) |
| Yes | Assesses factors related to risks for ineffective tissue perfusion. (I15) |
| Yes | Evaluates postoperative tissue perfusion. (I46) |
| Yes | The patient is at or returning to normothermia at the conclusion of the immediate postoperative period. (O12) |
| | Assesses risk for inadvertent hypothermia. (I131) |
| Yes | Evaluates response to thermoregulation measures. (I55) |
| Yes | Implements thermoregulation measures. (I78) |
| Yes | Monitors body temperature. (I86) |
| Yes | The patient's fluid, electrolyte, and acid-base balances are consistent with or improved from baseline levels established preoperatively. (O13) |
| | Identifies factors associated with an increased risk for hemorrhage or fluid and electrolyte loss. (I132) |
| Yes | Evaluates response to administration of fluids and electrolytes. (I153) |
| | Administers blood product therapy as prescribed. (I2) |
| Yes | Collaborates in fluid and electrolyte management. (I23) |
| Yes | Administers electrolyte therapy as prescribed. (I5) |
| Yes | The patient's respiratory function is consistent with or improved from baseline levels established preoperatively. (O14) |
| Yes | Uses monitoring equipment to assess respiratory status. (I121) |
| Yes | Encourages deep breathing and coughing exercises. (I33) |
| Yes | Evaluates postoperative respiratory status. (I45) |
| Yes | Monitors changes in respiratory status. (I87) |
| Yes | The patient's cardiovascular status is consistent with or improved from baseline levels established preoperatively. (O15) |
| Yes | Uses monitoring equipment to assess cardiac status. (I120) |



DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## Surgery Information (continued)

### PNDS Information (continued)

| | |
|---|---|
| Yes | Evaluates postoperative cardiac status. (I44) |
| Yes | The patient demonstrates and/or reports adequate pain control throughout the perioperative period. (O29) |
| Yes | Assesses pain control. (I16) |
| | Collaborates in initiating patient-controlled analgesia. (I24) |
| | Evaluates response to pain management interventions. (I54) |
| | Identifies cultural and value components related to pain. (I61) |
| Yes | Implements pain guidelines. (I71) |
| Yes | The patient's neurological status is consistent with or improved from baseline levels established preoperatively. (O30) |
| Yes | Assesses baseline neurological status. (I144) |
| | Implements protective measures during neurosurgical procedures. (I145) |
| Yes | Evaluates postoperative neurological status. (I146) |
| Yes | The patient demonstrates knowledge of the expected responses to the operative or invasive procedure. (O31) |
| | Provides instruction about prescribed medications (I104) |
| | Determines knowledge level. (I135) |
| | Assesses readiness to learn. (I136) |
| Yes | Develops individualized plan of care. (I30) |
| | Elicits perceptions of surgery. (I32) |
| Yes | Evaluates response to instruction about prescribed medications. (I48) |
| | Evaluates response to instructions. (I50) |
| | Explains expected sequence of events. (I56) |
| | Identifies and reports philosophical, cultural, and spiritual beliefs and values. (I57) |
| | Identifies individual values and wishes concerning care. (I63) |
| | Includes family members in preoperative teaching. (I79) |
| Yes | Includes patient and family members in discharge planning. (I80) |

### Outcomes - Phase II

| Used? | Description (Code) |
|---|---|
| | The patient is free from signs and symptoms of infection. (O10) |
| | Administers prescribed prophylactic treatments. (I10) |
| | Assesses susceptibility for infection. (I21) |
| | Classifies surgical wound. (I22) |
| | Establishes IV access. (I34) |
| | Implements aseptic technique. (I70) |
| | Monitors for signs and symptoms of infection. (I88) |
| | Performs skin preparations. (I94) |
| | Protects from cross-contamination. (I98) |
| | The patient has wound/tissue perfusion consistent with or improved from baseline levels established preoperatively. (O11) |
| | Assesses factors related to risks for ineffective tissue perfusion. (I15) |
| | Evaluates postoperative tissue perfusion. (I46) |
| | The patient is at or returning to normothermia at the conclusion of the immediate postoperative period. (O12) |
| | Assesses risk for inadvertent hypothermia. (I131) |
| | Evaluates response to thermoregulation measures. (I55) |
| | Implements thermoregulation measures. (I78) |
| | Monitors body temperature. (I86) |



**DALLAS**
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## Surgery Information (continued)

### PNDS Information (continued)

The patient's fluid, electrolyte, and acid-base balances are consistent with or improved from baseline levels established preoperatively. (O13)
Identifies factors associated with an increased risk for hemorrhage or fluid and electrolyte loss. (I132)
Evaluates response to administration of fluids and electrolytes. (I153)
Administers blood product therapy as prescribed. (I2)
Collaborates in fluid and electrolyte management. (I23)
Administers electrolyte therapy as prescribed. (I5)
The patient's respiratory function is consistent with or improved from baseline levels established preoperatively. (O14)
Uses monitoring equipment to assess respiratory status. (I121)
Encourages deep breathing and coughing exercises. (I33)
Evaluates postoperative respiratory status. (I45)
Monitors changes in respiratory status. (I87)
The patient's cardiovascular status is consistent with or improved from baseline levels established preoperatively. (O15)
Uses monitoring equipment to assess cardiac status. (I120)
Evaluates postoperative cardiac status. (I44)
The patient demonstrates and/or reports adequate pain control throughout the perioperative period. (O29)
Assesses pain control. (I16)
Collaborates in initiating patient-controlled analgesia. (I24)
Evaluates response to pain management interventions. (I54)
Identifies cultural and value components related to pain. (I61)
Implements pain guidelines. (I71)
The patient's neurological status is consistent with or improved from baseline levels established preoperatively. (O30)
Assesses baseline neurological status. (I144)
Implements protective measures during neurosurgical procedures. (I145)
Evaluates postoperative neurological status. (I146)
The patient demonstrates knowledge of the expected responses to the operative or invasive procedure. (O31)
Provides instruction about prescribed medications (I104)
Determines knowledge level. (I135)
Assesses readiness to learn. (I136)
Develops individualized plan of care. (I30)
Elicits perceptions of surgery. (I32)
Evaluates response to instruction about prescribed medications. (I48)
Evaluates response to instructions. (I50)
Explains expected sequence of events. (I56)
Identifies and reports philosophical, cultural, and spiritual beliefs and values. (I57)
Identifies individual values and wishes concerning care. (I63)
Includes family members in preoperative teaching. (I79)
Includes patient and family members in discharge planning. (I80)

### Diagnoses

| Present? | Description (Code) |
|---|---|
| | Anxiety (X4) |
| | Decreased cardiac output (X8) |
| | Risk for fluid volume imbalance (X20) |

children's
MEDICAL CENTER

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## Nursing Notes

Progress Notes signed by Jenny M Pawlewicz, RN at 09/22/09 1643

| Author: | Jenny M Pawlewicz, RN | Service: | (none) | Author Type: | Registered Nurse |
| Filed: | 09/22/09 1643 | Note Time: 09/22/09 1639 | | | |

DTaP given to pt in the LUE per orders, pt tolerated well. Pt escorted off the floor, DC'd in Grandma's custody per CPS recommendations. NO distress observed, pt ambulated off floor with all belongings and family at side.

D/C Summaries signed by Myesha D Jones, RN at 09/22/09 1602

| Author: | Myesha D Jones, RN | Service: | (none) | Author Type: | Registered Nurse |
| Filed: | 09/22/09 1602 | Note Time: 09/22/09 1559 | | | |
| Related Notes: | Original note by Myesha D Jones, RN at 09/22/09 1602 | | | | |

D/C instructions given to grandmother including wound care and abdominal surgery handout, diet, activity, pain meds, and school note provided. Grandmother verbalized understanding and ha no questions.

09/22/09 1602 D/C Summaries Signed by: Myesha D Jones, RN
D/C Summaries signed by Myesha D Jones, RN at 09/22/09 1602

| Author: | Myesha D Jones, RN | Service: | (none) | Author Type: | Registered Nurse |
| Filed: | 09/22/09 1602 | Note Time: 09/22/09 1559 | Note Status: | Revised |
| Related Notes: | Addendum by Myesha D Jones, RN at 09/22/09 1602 | | | | |

D/C instructions given to grandmother including wound care and abdominal handout, diet, activity, pain meds, and school note provided. Grandmother verbalized understanding and ha no questions.

Progress Notes signed by Jenny M Pawlewicz, RN at 09/22/09 1303

| Author: | Jenny M Pawlewicz, RN | Service: | (none) | Author Type: | Registered Nurse |
| Filed: | 09/22/09 1303 | Note Time: 09/22/09 1000 | | | |

Pt called out c/o pain with urination. Upon further assessment, pt states burning to his penis when he voids. Paged Kathleen Corcoran, CPNP, after speaking with Kathleen, she was not alarmed at this complaint. She explained that pt had a f/c the night before during his surgery. Informed pt that he would probably feel burning for a little while longer and encouraged him to drink lots of fluids per Kathleen's recommendation. Explained to family in room. All verbalized understanding.

OR Nursing signed by Rama Panicker at 09/22/09 0100

| Author: | Rama Panicker | Service: | (none) | Author Type: | Registered Nurse |
| Filed: | 09/22/09 0100 | Note Time: 09/22/09 0054 | | | |

2336 : PATIENT ADMITTED TO PACU, ASLEEP, EASILY AROUSED, VITAL SIGNS STABLE, RESPIRATIONS REGULAR AND UNLABOURED, BLOW BY O1 PER FACE MASK IN USE, O2

**Children's**
MEDICAL CENTER

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

---

## Nursing Notes (continued)

SAT 100%. BREATH SOUNDS CLEAR BILATERALLY WITH CCCASSIONAL SNORING WHEN ASLEEP.
0000; patient arouses easily, no complaints of pain. Grand mom and aunt at bedside, updated and reviewed plan of care, verbalized understanding.
0025 : PATIENT REMAINS STABLE, RESPIRATIONS UNLABOURED, 02 SAT 98% ON ROOM AIR. REPORT GIVEN TO CINDY SHATT,RN ON C4 AND PATIENT TRANSPORTED TO FLOOR.

---

OR Nursing signed by Rose Neduvelil at 09/21/09 2322

| Author: | Rose Neduvelil | Service: | (none) | Author Type: | Registered Nurse |
|---|---|---|---|---|---|
| Filed: | 09/21/09 2322 | Note Time: 09/21/09 2319 | | | |

2310hrs; pt has 1" lac to right lower quadrant, abrasion to right shoulder area scratch to neck, bruise to right cheek area................................................................R Neduvelil RN BSN CNOR

---

OR Nursing signed by Rose Neduvelil at 09/21/09 2304

| Author: | Rose Neduvelil | Service: | (none) | Author Type: | Registered Nurse |
|---|---|---|---|---|---|
| Filed: | 09/21/09 2304 | Note Time: 09/21/09 2258 | | | |

2245 - received patient from Trauma Bay in ER with Auntie, brother and Childlife Specialist at bedside. Transported from ER with monitors and IV intact. Auntie and brother stated "I don't know of any allergies". Noted abrasion to left side of neck. Patient responds to verbal commands and questions appropriately. Patient remains alert and oriented to name, date and place. Brother states " we ate before church" and patient states "I had some water at church" - T. Bear-Garcia, RN

---

## Care Plan Notes

Care Plan signed by Susan Sides, RN                                                                         09/22/09 1155

| Author: | Susan Sides, RN | Specialty: | (none) | Author Type: | Coordinator |
|---|---|---|---|---|---|
| Filed: | 09/22/09 1155 | Note Time: 09/22/09 1155 | | | |

**Problem: DISCHARGE NEEDS**
**Goal:** Patient will have home health, hospice and/or discharge needs met prior to discharge.
Review d/c orders and f/u appointments prior to discharge
**Outcome:** Ongoing
Jerret will have all dc needs met at time of dc, will cont to follow for dc needs.

---

**children's**
MEDICAL CENTER

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD, JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## All Meds and Administrations

**ampicillin-sulbactam RTA inf 1,600 mg [10452276]**                    Status: Discontinued (Past End Date/Time)

Ordered On: 09/21/09 2208 by Sing-Yi Feng, MD          Starts/Ends: 09/21/09 2245 - 09/22/09 0109
Dose (Remaining/Total): 75 mL = 1,500 mg  Conc: 20    Frequency: ONCE
mg/mL (1/1)
Route: INTRAVENOUS                                      Rate/Duration: - / -
Admin Instructions: Dose based on ampicillin (20 mg/mL)  Comments:
Ready to administer by IV infusion over 10 to 30 minutes.

| Administration | Status | Dose | Route | Site | Given By |
|---|---|---|---|---|---|
| 09/22/09 0026 | MAR Unhold | | | | |
| 09/21/09 2253 | MAR Hold | | | | |
| 09/21/09 2245 | See Paper MAR | | INTRAVENOUS | | Cynthia R Shatt, RN |

Comments: given in ED

**metronidazole RTA infusion 300 mg [10452279]**                    Status: Discontinued (Past End Date/Time)

Ordered On: 09/21/09 2208 by Sing-Yi Feng, MD          Starts/Ends: 09/21/09 2245 - 09/22/09 0109
Dose (Remaining/Total): 60 mL = 300 mg  Conc: 5 mg/mL  Frequency: ONCE
(1/1)
Route: INTRAVENOUS                                      Rate/Duration: - / -
Admin Instructions: Ready to administer by IV infusion over  Comments:
60 minutes. Use caution with PIV administration. Solution
has pH < 5, or pH > 9, or osmolality > 600 mOsm/L.

| Administration | Status | Dose | Route | Site | Given By |
|---|---|---|---|---|---|
| 09/22/09 0026 | MAR Unhold | | | | |
| 09/21/09 2253 | MAR Hold | | | | |
| 09/21/09 2245 | See Paper MAR | | INTRAVENOUS | | Cynthia R Shatt, RN |

Comments: given in ED

**dex 5%-nacl 0.45%-kcl 20 mEq/L infusion [10631996]**                    Status: Discontinued (Past End Date/Time)

Ordered On: 09/22/09 0000 by Joseph T. Murphy, MD      Starts/Ends: 09/22/09 2355 - 09/22/09 0109
Dose (Remaining/Total): - (-/-)                        Frequency: CONTINUOUS
Route: INTRAVENOUS                                      Rate/Duration: 70 mL/hr / -
Admin Instructions:                                    Comments:

| Administration | Status | Dose | Route | Site | Given By |
|---|---|---|---|---|---|
| 09/21/09 2355 | Rate Verify Rate: 70 mL/hr | | INTRAVENOUS | | Rama Panicker |

**dex 5%-nacl 0.45%-kcl 20 mEq/L infusion [10736499]**      Status: Discontinued (Past End Date/Time), Reason:
                                                              Discontinued by another clinician

Ordered On: 09/22/09 0111 by Joseph T. Murphy, MD      Starts/Ends: 09/22/09 0145 - 09/22/09 1418
Dose (Remaining/Total): - (-/-)                        Frequency: CONTINUOUS



**DALLAS**
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## All Meds and Administrations (continued)

Route: INTRAVENOUS
Admin Instructions:

Rate/Duration: 70 mL/hr / -
Comments:

| Administration | Status | Dose | Route | Site | Given By |
|---|---|---|---|---|---|
| 09/22/09 0125 | New Bag<br>Rate: 70 mL/hr | | INTRAVENOUS | | Cynthia R Shatt, RN |

morphine (pf) 1 mg/mL injection 2 mg [10736504]   Status: Discontinued (Past End Date/Time), Reason: Patient
                                                                                                    Discharge

Ordered On: 09/22/09 0111 by Joseph T. Murphy, MD     Starts/Ends: 09/22/09 0111 - 09/22/09 1831
Dose (Remaining/Total): 2 mL = 2 mg  Conc: 2 mg/2 mL (-/-) Frequency: EVERY 2 HOURS PRN
Route: INTRAVENOUS                                     Rate/Duration: - / -
Admin Instructions:                                    Comments:

| Administration | Status | Dose | Route | Site | Given By |
|---|---|---|---|---|---|
| 09/22/09 0050 | Given<br>Dual Signoff by: Amber D<br>Atchison, RN | 2 mg | INTRAVENOUS | | Cynthia R Shatt, RN |

acetaminophen tablet 325 mg [10736507]   Status: Discontinued (Past End Date/Time), Reason: Patient
                                                                                           Discharge

Ordered On: 09/22/09 0111 by Joseph T. Murphy, MD     Starts/Ends: 09/22/09 0111 - 09/22/09 1831
Dose (Remaining/Total): 0.9231 Tab (0.9231 × 325 mg Tab) Frequency: EVERY 6 HOURS PRN
(-/-)
Route: ORAL                                            Rate/Duration: - / -
Admin Instructions:                                    Comments:

| Administration | Status | Dose | Route | Site | Given By |
|---|---|---|---|---|---|
| 09/22/09 1321 | Given | 325 mg | ORAL | | Jenny M Pawlewicz, RN |

sodium chloride 0.9% flush 1-20 mL [10736664]   Status: Discontinued (Past End Date/Time), Reason: Patient
                                                                                                  Discharge

Ordered On: 09/22/09 0111 by Joseph T. Murphy, MD     Starts/Ends: 09/22/09 0111 - 09/22/09 1831
Dose (Remaining/Total): 1-20 mL (-/-)                 Frequency: PRN
Route: INTRAVENOUS                                     Rate/Duration: - / -
Admin Instructions:                                    Comments:

(No admins scheduled or recorded for this medication)

heparin 10 unit/mL flush 10-50 Units [10736665]   Status: Discontinued (Past End Date/Time), Reason: Patient
                                                                                                    Discharge

Ordered On: 09/22/09 0111 by Joseph T. Murphy, MD     Starts/Ends: 09/22/09 0111 - 09/22/09 1831
Dose (Remaining/Total): 1-5 mL = 10-50 Units  Conc: 10  Frequency: PRN
Units/mL (-/-)
Route: INTRAVENOUS                                     Rate/Duration: - / -
Admin Instructions: Per protocol, heparin should not be used Comments:



**MEDICAL CENTER**

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## All Meds and Administrations (continued)

to flush peripheral IVs.

(No admins scheduled or recorded for this medication)

---

lidocaine-prilocaine (EMLA) cream [10736666]

Status: Discontinued (Past End Date/Time), Reason: Patient Discharge

| | |
|---|---|
| Ordered On: 09/22/09 0111 by Joseph T. Murphy, MD | Starts/Ends: 09/22/09 0111 - 09/22/09 1831 |
| Dose (Remaining/Total): - (-/-) | Frequency: PRN |
| Route: TOPICAL | Rate/Duration: - / - |
| Admin Instructions: | Comments: |

(No admins scheduled or recorded for this medication)

---

lidocaine-tetracaine (SYNERA) patch 1 Patch [10736669]

Status: Discontinued (Past End Date/Time), Reason: Patient Discharge

| | |
|---|---|
| Ordered On: 09/22/09 0111 by Joseph T. Murphy, MD | Starts/Ends: 09/22/09 0111 - 09/22/09 1831 |
| Dose (Remaining/Total): 1 Patch (-/-) | Frequency: PRN |
| Route: TOPICAL | Rate/Duration: - / - |
| Admin Instructions: | Comments: |

(No admins scheduled or recorded for this medication)

---

lidocaine 1% BUFFERED (J-TIP LIDOCAINE) injection [10736672]

Status: Discontinued (Past End Date/Time), Reason: Patient Discharge

| | |
|---|---|
| Ordered On: 09/22/09 0111 by Joseph T. Murphy, MD | Starts/Ends: 09/22/09 0111 - 09/22/09 1831 |
| Dose (Remaining/Total): - (-/-) | Frequency: PRN |
| Route: INTRADERMAL | Rate/Duration: - / - |
| Admin Instructions: | Comments: |

(No admins scheduled or recorded for this medication)

---

sodium chloride-pres free 0.9 % injection 1-30 mL [10736675]

Status: Discontinued (Past End Date/Time), Reason: Patient Discharge

| | |
|---|---|
| Ordered On: 09/22/09 0111 by Joseph T. Murphy, MD | Starts/Ends: 09/22/09 0111 - 09/22/09 1831 |
| Dose (Remaining/Total): 1-30 mL (-/-) | Frequency: PRN |
| Route: INTRAVENOUS | Rate/Duration: - / - |
| Admin Instructions: | Comments: |

(No admins scheduled or recorded for this medication)

---

sodium chloride 0.9% 0.9 % flush [11374888]

Status: Dispensed (Past End Date/Time)

| | |
|---|---|
| Ordered On: 09/21/09 2156 by | Starts/Ends: 09/21/09 2156 - 09/22/09 0959 |
| Dose (Remaining/Total): - (1/1) | Frequency: - |
| Route: - | Rate/Duration: - / - |
| Admin Instructions: Created by cabinet override pull | Comments: Created by cabinet override pull |

**Children's**
MEDICAL CENTER

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## All Meds and Administrations (continued)

| Administration | Status | Dose | Route | Site | Given By |
|---|---|---|---|---|---|
| 09/22/09 1000 | Not Given | mL | | | Jenny M Pawlewicz, RN |
| Reason: Other (See Comment) | | | | Comments: given in the ER | |
| 09/21/09 2200 | Not Given | mL | | | Jenny M Pawlewicz, RN |
| Reason: Other (See Comment) | | | | Comments: not given on floor, given in the ER | |

---

**etomidate 2 mg/mL injection [11374889]**　　　　　　　　　　Status: Dispensed (Past End Date/Time)

Ordered On: 09/21/09 2157 by　　　　　　　　Starts/Ends: 09/21/09 2157 - 09/22/09 0959
Dose (Remaining/Total): - (1/1)　　　　　　　Frequency: -
Route: -　　　　　　　　　　　　　　　　　　Rate/Duration: - / -
Admin Instructions: Created by cabinet override pull　　Comments: Created by cabinet override pull

| Administration | Status | Dose | Route | Site | Given By |
|---|---|---|---|---|---|
| 09/22/09 1000 | Not Given | | | | Jenny M Pawlewicz, RN |
| Reason: Other (See Comment) | | | | Comments: given in the ER | |
| 09/21/09 2200 | Not Given | | | | Jenny M Pawlewicz, RN |
| Reason: Other (See Comment) | | | | Comments: given in the ER | |

---

**rocuronium 10 mg/mL injection [11374891]**　　　　　　　Status: Dispensed (Past End Date/Time)

Ordered On: 09/21/09 2157 by　　　　　　　　Starts/Ends: 09/21/09 2157 - 09/22/09 0959
Dose (Remaining/Total): - (1/1)　　　　　　　Frequency: -
Route: -　　　　　　　　　　　　　　　　　　Rate/Duration: - / -
Admin Instructions: Created by cabinet override pull　　Comments: Created by cabinet override pull

| Administration | Status | Dose | Route | Site | Given By |
|---|---|---|---|---|---|
| 09/22/09 1000 | Not Given | mg | | | Jenny M Pawlewicz, RN |
| Reason: Other (See Comment) | | | | Comments: given in the ER | |
| 09/21/09 2200 | Not Given | mg | | | Jenny M Pawlewicz, RN |
| Reason: Other (See Comment) | | | | Comments: not given on floor, given in the ER | |

---

**Diph,Pertus(Acel),Tetanus Pedi (INFANRIX-DTaP) injection**　　Status: Completed (Past End Date/Time)
**0.5 mL [11375110]**

Ordered On: 09/22/09 1546 by Joseph T. Murphy, MD　　Starts/Ends: 09/22/09 1630 - 09/22/09 1627
Dose (Remaining/Total): 0.5 mL (0/1)　　　　　Frequency: ONCE
Route: INTRAMUSCULAR　　　　　　　　　　　Rate/Duration: - / -
Admin Instructions: Manufacturer: GSK　　　　Comments:
Lot Number: ac14b066aa
Expiration: 1/31/2010

| Administration | Status | Dose | Route | Site | Given By |
|---|---|---|---|---|---|
| 09/22/09 1627 | Given | 0.5 mL | INTRAMUSCULA R | Arm, Left Upper | Jenny M Pawlewicz, RN |

---

children's
MEDICAL CENTER

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009



**Children's**
MEDICAL CENTER

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

---

## Other Results

POC HEM [11208374] Resulted: 09/22/09 0632                                      Final result

Ordered by:    Joseph T. Murphy, MD 09/22/09 0632        Resulted by:
Specimen:      Blood Unspecified Source 09/21/09 2204

| Component | Value | Ref Range | Flag | Comment | Lab |
|-----------|-------|-----------|------|---------|-----|
| | | | | | POC Auto |
| Hgb | 12.5 | 11.8 - 15.2 g/dl | - | | |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|--------------------|------|----------|---------|------------------|
| **200 - POC Auto** | CMC LAB POC AUTO | Unknown | Unknown | 06/03/08 0903 - Present |

---

## Flowsheet Data by Day (09/21/09 0000--09/23/09 2359)

**09/23/09**

Intra-op Handoff
**None**
I / O
**None**
Intra-op Medications
**None**
Phase I Assessment
**None**
Pre-Procedure Verification Checklist
**None**
Education
**None**
Phase I Assessment
**None**
ED Nurse Assessments
**None**
Music Therapy

| Row Name | 1018 |
|----------|------|
| **MUSIC THERAPY VISIT** | |
| Referral Indications | None |
| Type of Visit | Initial |
| Reason for Visit | Assessment of psychosocial needs |
| Met With | Patient |
| Meeting Location | Playroom |
| Interventions | Interactive music play |
| Child / Family Response | Patient participated in music therapy group in C4 playroom. Patient engaged age-appropriately in the musical interaction and demonstrated having stable coping. Therefore, patient does not appear to be appropriate for individual services. |
| **MUSIC THERAPY PLAN** | |
| Next Music Therapy Visit | Next week |

Child Life
**None**
Drains/Tubes/Wounds
**None**



**children's**
MEDICAL CENTER

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## 09/23/09 (continued)

IV Assessment
**None**
Gen Peds - Safety Checks
**None**
MobileMeds Pain
**None**
Hand Off Communication
**None**
Treatment/Suction
**None**
Oxygen/Monitors
**None**
Pastoral Care
**None**
Gen Peds - Assessment
**None**
Daily Cares
**None**
I / O
**None**
Vitals
**None**

## 09/22/09

Intra-op Handoff
**None**

I / O

| Row Name | 1300 | 1200 | 1100 | 1000 | 0900 |
|---|---|---|---|---|---|
| **ENTERAL** | | | | | |
| Clear Liquid p.o. | 180 mL | -- | -- | -- | 240 mL |
| **URINE OUTPUT** | | | | | |
| Voided (mL) | 200 ml | -- | -- | -- | 380 ml |
| **TOTALS** | | | | | |
| Column Intake | 180 ml | 35 ml | 70 ml | 70 ml | 310 ml |
| Column Output | 200 ml | -- | -- | -- | 380 ml |
| Column Net | -20 | 35 | 70 | 70 | -70 |
| 24 hour net | -45 | -25 | -60 | -130 | -200 |
| Row Name | 0800 | 0700 | 0659 | 0559 | 0459 |
| **URINE OUTPUT** | | | | | |
| Voided (mL) | -- | 200 ml | -- | -- | -- |
| **TOTALS** | | | | | |
| Column Intake | 70 ml | -- | 70 ml | 70 ml | 70 ml |
| Column Output | -- | 200 ml | -- | -- | -- |
| Column Net | 70 | -200 | 70 | 70 | 70 |
| 24 hour net | -130 | -200 | -300 | -370 | -440 |
| Row Name | 0400 | 0359 | 0342 | 0339 | 0259 |
| **URINE OUTPUT** | | | | | |
| Voided (mL) | 200 ml | -- | 225 ml | 120 ml | -- |
| **TOTALS** | | | | | |
| Column Intake | -- | 70 ml | -- | -- | 70 ml |
| Column Output | 200 ml | -- | 225 ml | 120 ml | -- |
| Column Net | -200 | 70 | -225 | -120 | 70 |
| 24 hour net | -510 | -310 | -380 | -155 | -35 |
| Row Name | 0159 | 0125 | 0040 | 0020 | |
| **ENTERAL** | | | | | |
| Clear Liquid p.o. | -- | -- | 30 mL | 30 mL APPLE JUICE | |
| **URINE OUTPUT** | | | | | |
| Voided (mL) | -- | 300 ml | 0 ml | -- | |
| **TOTALS** | | | | | |
| Column Intake | 70 ml | -- | 80 ml | 30 ml | |
| Column Output | -- | 300 ml | 0 ml | -- | |
| Column Net | 70 | -300 | 80 | 30 | |
| 24 hour net | -105 | -175 | 125 | 45 | |

Intra-op Medications
**None**

Children's MEDICAL CENTER

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## 09/22/09 (continued)

### Phase I Assessment

| Row Name | 1243 | 1200 | 0855 | 0845 | 0811 |
|---|---|---|---|---|---|
| **TEMPERATURE** | | | | | |
| Temp | -- | 36.4 °C (97.5 °F) | -- | -- | -- |
| **HEART RATE** | | | | | |
| Pulse | -- | 82 | 74 | 69 | -- |
| **RESPIRATORY** | | | | | |
| Resp | -- | 24 | 22 | 20 | -- |
| SpO2 | -- | -- | 99 % | 98 % | -- |
| **PRESSURE** | | | | | |
| BP | -- | 111/67 mmHg | -- | -- | -- |
| **PAIN ASSESSMENT** | | | | | |
| Choose/Change a Pain Scale | Yes | -- | -- | -- | Yes |
| **0-5 PAIN** | | | | | |
| Sedation Level | Awake and Alert | -- | -- | -- | Awake and Alert |
| Pain Score | 0 | -- | -- | -- | 0 |

| Row Name | 0749 | 0421 | 0338 | 0159 | 0140 |
|---|---|---|---|---|---|
| **TEMPERATURE** | | | | | |
| Temp | 36.6 °C (97.9 °F) | -- | 36.1 °C (96.9 °F) | -- | -- |
| **HEART RATE** | | | | | |
| Pulse | 67 | -- | 75 | -- | -- |
| **RESPIRATORY** | | | | | |
| Resp | 16 | -- | 18 | -- | -- |
| SpO2 | 99 % | 99 % | 99 % | -- | 100 % |
| **PRESSURE** | | | | | |
| BP | 112/77 mmHg | -- | 110/73 mmHg | -- | -- |
| **PAIN ASSESSMENT** | | | | | |
| Choose/Change a Pain Scale | -- | Yes | -- | Yes | -- |
| **0-5 PAIN** | | | | | |
| Sedation Level | -- | Drowsy, easily aroused -- | | Asleep, not awakened for assessment | -- |
| Pain Score | -- | 0 | -- | 0 | -- |

| Row Name | 0104 | 0053 | 0025 | 0006 | 0004 |
|---|---|---|---|---|---|
| **TEMPERATURE** | | | | | |
| Temp | -- | 36.6 °C (97.9 °F) | 36.4 °C (97.5 °F) | 36.6 °C (97.9 °F) | -- |
| Temp src | -- | -- | Temporal | Temporal | -- |
| **HEART RATE** | | | | | |
| Pulse | -- | 77 | 78 | 86 | -- |
| **RESPIRATORY** | | | | | |
| Resp | -- | 19 | 20 | 20 | -- |
| Artificial airway | -- | -- | None | None | -- |
| Oxygen therapy | -- | -- | None | None | -- |
| SpO2 | 100 % | 100 % | 98 % ROOM AIR | 98 % | -- |
| **PRESSURE** | | | | | |
| BP | -- | 115/78 mmHg | 120/76 mmHg | 105/78 mmHg | -- |
| **PAIN ASSESSMENT** | | | | | |
| Choose/Change a Pain Scale | Yes | -- | Yes | Yes | -- |
| **0-5 PAIN** | | | | | |
| Sedation Level | Awake and Alert | -- | Awake and Alert | Awake and Alert | -- |
| Pain Score | 4 | -- | 0 | 0 | -- |
| Pain Location | Abdomen, right lower quadrant;Other (see comment) | -- | -- | -- | -- |
| Pain Onset | Post-operative | -- | -- | -- | -- |
| Pain Interventions | Medication administered as noted on MAR | -- | -- | -- | -- |
| Pain Comment | umbilical lap site | -- | -- | -- | -- |
| **ACTIVITY** | | | | | |
| Activity | -- | -- | -- | -- | Awake |
| **VISITORS/COPING** | | | | | |
| Visitors | -- | -- | -- | -- | Family |
| Coping | -- | -- | -- | -- | Yes |
| **ALDRETE SCORE** | | | | | |
| Activity | -- | -- | 2 | 2 | -- |

**Children's MEDICAL CENTER**

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## 09/22/09 (continued)

### Phase I Assessment (continued)

| Row Name | 0104 | 0053 | 0025 | 0006 | 0004 |
|---|---|---|---|---|---|
| Respiration | -- | -- | 2 | 2 | -- |
| Pre-op Systolic B/P | -- | -- | 120 | 120 | -- |
| 20% of Preop B/P Plus | -- | -- | 144 | 144 | -- |
| 20% of Pre-op B/P Less | -- | -- | 96 | 96 | -- |
| 50% Pre-op B/P Plus | -- | -- | 180 | 180 | -- |
| 50% Pre-op B/P Less | -- | -- | 60 | 60 | -- |
| Circulation | -- | -- | 2 | 2 | -- |
| Consciousness | -- | -- | 2 | 2 | -- |
| Color | -- | -- | 2 | 2 | -- |
| Aldrete Score | -- | -- | 10 | 10 | -- |

EXPECTED PACU PATIENT OUTCOMES UPON TRANSFER/DISCHARGE THE PATIENT WILL BE WITHIN THE PREOPERATIVE/ANESTHESIA LIMITS

| Row Name | 0104 | 0053 | 0025 | 0006 | 0004 |
|---|---|---|---|---|---|
| Regain Respiratory Homeostasis as Evidenced by | -- | -- | -- | -- | Self maintained airway;Normal Respiratory rate;Ability to cough and deep Breathe;Bilateral breath sounds |
| Maintained Cardiovascular Stability as Evidenced by | -- | -- | -- | -- | Temperature;Pulse;Blood pressure;Adequate peripheral pulses;Capillary refill;Venous access lines patient/free of edema/redness;Overt bleeding absent/controlled |
| Demonstrate Adequate Urinary Elimination as Evidenced by | -- | -- | -- | -- | Bladder undistended;Due to void |
| Regain Level of Consciousness and Orientation as Evidenced by | -- | -- | -- | -- | Drowsy, but easily aroused |
| Experience Minimal Discomfort as Evidenced by | -- | -- | -- | -- | No medication |
| Return of Muscular Activity as Evidenced by | -- | -- | -- | -- | Sensory function;Motor function;Equal hand grips |
| Demonstrates | -- | -- | -- | -- | No anxiety |
| Dressing/Surgical Site | -- | -- | -- | -- | Intact |
| Discharge Criteria Score of 8 or Greater | -- | -- | -- | -- | 10 |

### INPATIENT BED ASSIGNMENT

| Row Name | 0104 | 0053 | 0025 | 0006 | 0004 |
|---|---|---|---|---|---|
| Inpatient Bed Assignment Room Number | -- | -- | -- | -- | C4 255 |

### Pre-Procedure Verification Checklist
**None**

### Education

| Row Name | 0025 | 0013 |
|---|---|---|
| **LEARNING ASSESSMENT** | | |
| Learner | -- | -- |
| | AUNT AND GRAND MOM | |
| Barriers to Learning | None | -- |
| Verbalizes Understanding of Outcomes (Safety/Procedure) | Confirmed | -- |

Printed on 01/06/2010 10:23 AM


**children's**
MEDICAL CENTER

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## 09/22/09 (continued)

### Education (continued)

| Row Name | 0025 | 0013 |
|---|---|---|
| **HOME CARE** | | |
| Who will be the patient's primary caretaker at home? | -- | -- CPS CUSTODY |

### Phase I Assessment

| Row Name | 0855 | 0845 | 0811 | 0749 | 0421 |
|---|---|---|---|---|---|
| **RESPIRATORY** | | | | | |
| SpO2 | 99 % | 98 % | -- | 99 % | 99 % |
| SpO2 Limit, High | -- | -- | 100 | -- | -- |
| SpO2 Limit, Low | -- | -- | 92 | -- | -- |
| **CARDIAC ASSESSMENT** | | | | | |
| Heart rate limit, High | -- | -- | 180 | -- | -- |
| Heart Rate Limit, Low | -- | -- | 60 | -- | -- |
| **MUSCULOSKELETAL** | | | | | |
| Musculoskeletal (WNL) | -- | -- | WNL | -- | -- |
| Row Name | 0338 | 0140 | 0108 | 0104 | 0053 |
| **RESPIRATORY** | | | | | |
| SpO2 | 99 % | 100 % | -- | 100 % | 100 % |
| SpO2 Limit, High | -- | 100 | 100 | -- | -- |
| SpO2 Limit, Low | -- | 92 | 92 | -- | -- |
| **CARDIAC ASSESSMENT** | | | | | |
| Heart rate limit, High | -- | 180 | 180 | -- | -- |
| Heart Rate Limit, Low | -- | 60 | 60 | -- | -- |
| **MUSCULOSKELETAL** | | | | | |
| Musculoskeletal (WNL) | -- | -- | -- | WNL | -- |
| Row Name | 0025 | 0006 | 0004 | | |
| **RESPIRATORY** | | | | | |
| Artificial airway | None | None | -- | | |
| Oxygen therapy | None | None | -- | | |
| SpO2 | 98 % ROOM AIR | 98 % | -- | | |
| **VISITORS/COPING** | | | | | |
| Visitors | -- | -- | Family | | |
| Coping | -- | -- | Yes | | |
| **INPATIENT BED ASSIGNMENT** | | | | | |
| Inpatient Bed Assignment Room Number | -- | -- | C4 255 | | |

### ED Nurse Assessments

| Row Name | 0053 |
|---|---|
| **MEASUREMENTS** | |
| Height | 145 cm (57.09") |
| Wt - Scale | 30 kg (66 lb 2.2 oz) |
| BMI (Calculated) | 14.3 |
| BSA (Calculated - sq m) | 1.1 sq meters |

### Music Therapy
**None**

### Child Life

| Row Name | 1106 | 0232 |
|---|---|---|
| **CHILD LIFE VISIT** | | |
| Type of Visit | Initial | Emergent responded to trauma stat |
| Reason for Visit | Staff request;Emotional support | Crisis support;Staff request responded to trauma stat and consulted by ED Attending |
| Met With | Patient;Aunt(s);Uncle(s);Sibling(s) | Sibling(s);Aunt(s);Uncle(s);Patient |
| Meeting Location | Playroom | Bedside |
| Topics Discussed | Reduction of anxiety / fear;Playroom;Psychosocial assessment | Surgery;Introduction of services provided surgery preparation |


**Children's**
MEDICAL CENTER

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## 09/22/09 (continued)

### Child Life (continued)

| Row Name | 1106 | 0232 |
|---|---|---|
| Interventions | Trauma debriefing;Grief support;Discussion;Legacy building activities;Developmentally appropriate activities | Grief support provided support to pt and family |
| Materials Used | Multiple grief materials provided. | -- |
| Observations of Play | Jerret and his brother (12 yo) JT are currently in the playroom engaging in activities and the Wii. | -- |
| Psychosocial Assessment | Displays difficulty coping;Patient;Family | -- |
| Difficulty Coping With | Traumatic event | -- |
| Coping Strategies | Mother and 6 yo sister died as a result of the stabbing. Jt was uninjured. | -- |
| Comments | Mom's brother (uncle) and his wife are bedside with the boys. JT's father is additionally here. | Child life responded to trauma stat and received consult from emergency room attending. Met with patient, sibling and extended family to provide support. Prepared pt. for surgery. Provided family with grief resources. |

### Drains/Tubes/Wounds

| Row Name | 1243 | 0811 | 0421 | 0104 | 0025 |
|---|---|---|---|---|---|
| **WOUND SURGICAL INCISION ABDOMEN** | | | | | |
| Wound Properties | Date First Noted:: 09/21/09  Time First Noted:: 2336  Wound Type: Incision  Wound Location: Abd  Detailed Location Description: UMBLICAL AREA AND RLQ AREA | | | | |
| Assessment | -- no changes | Dressing in place | Dressing in place | Clean;Dry;Dressing in place | -- |
| Closure | -- | Steri-strips | Steri-strips | Steri-strips | Steri-strips |
| Drainage Amount | -- | Scant | Scant | No drainage | Scant |
| Drainage Character | -- | Thin | -- | -- | Thin |
| Drainage Color | -- | Serosanguinous | Serosanguinous | Serosanguinous | Serosanguinous |
| Drainage Odor | -- | No odor | -- | No odor | No odor |
| Dressing Status | -- | Intact;Dry;Old drainage | Intact | Clean;Dry;Intact | Dry;Intact |

### IV Assessment

| Row Name | 1243 | 1200 | 1100 | 1000 | 0900 |
|---|---|---|---|---|---|
| **PERIPHERAL IV LEFT HAND:DORSAL DIGITAL METACARPAL** | | | | | |
| PIV Properties | Placement Date: 09/21/09  Placement Time: 2200  Person Inserting Line (if not one documenting): out side hospital  Existing Line from: Outside facility  Catheter Size: 20 gauge  Orientation: Left  Location: H-D.Metacarpal  Number of Attempts: 1  Patient identified by: Name;DOB;Correct procedure verified.  Procedure/Indications explained to: Patient in OR with general anesthesia  Medical Immobilization: Patient in OR under general anesthesia  Removal Date: 09/22/09  Removal Time: 1537  Indications for Removal: Therapy complete  Site Appearance: No signs of irritation/inflammation  Dressing Secured: Bandaid;Sterile gauze | | | | |
| Status | Hep locked | Infusing | Infusing | Infusing | Infusing |
| Infiltration Score | 0 | 0 | 0 | 0 | 0 |
| Phlebitis Score | 0 | 0 | 0 | 0 | 0 |
| Dressing Assessment | Clean;Dry | Clean;Dry | Clean;Dry | Clean;Dry | Clean;Dry |
| Row Name | 0811 | 0700 | 0600 | 0500 | 0400 |
| **PERIPHERAL IV LEFT HAND:DORSAL DIGITAL METACARPAL** | | | | | |
| PIV Properties | Placement Date: 09/21/09  Placement Time: 2200  Person Inserting Line (if not one documenting): out side hospital  Existing Line from: Outside facility  Catheter Size: 20 gauge  Orientation: Left  Location: H-D.Metacarpal  Number of Attempts: 1  Patient identified by: Name;DOB;Correct procedure verified.  Procedure/Indications explained to: Patient in OR with general anesthesia  Medical Immobilization: Patient in OR under general anesthesia  Removal Date: 09/22/09  Removal Time: 1537  Indications for Removal: Therapy complete  Site Appearance: No signs of irritation/inflammation  Dressing Secured: Bandaid;Sterile gauze | | | | |
| Status | Infusing | Infusing | Infusing | Infusing | Infusing |

**Children's MEDICAL CENTER**

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## 09/22/09 (continued)

### IV Assessment (continued)

| Row Name | 0811 | 0700 | 0600 | 0500 | 0400 |
|---|---|---|---|---|---|
| Infiltration Score | 0 | 0 | 0 | 0 | 0 |
| Phlebitis Score | 0 | 0 | 0 | 0 | 0 |
| Dressing Assessment | Clean;Dry | Clean;Secure;Dry | Clean;Dry;Secure | Clean;Dry;Secure | Clean;Dry;Secure |

| Row Name | 0300 | 0159 | 0104 | 0025 | |
|---|---|---|---|---|---|

PERIPHERAL IV LEFT HAND:DORSAL DIGITAL METACARPAL

| | |
|---|---|
| PIV Properties | Placement Date: 09/21/09  Placement Time: 2200  Person Inserting Line (if not one documenting): out side hospital  Existing Line from: Outside facility  Catheter Size: 20 gauge  Orientation: Left  Location: H-D.Metacarpal  Number of Attempts: 1  Patient identified by: Name;DOB;Correct procedure verified.  Procedure/Indications explained to: Patient in OR with general anesthesia  Medical Immobilization: Patient in OR under general anesthesia  Removal Date: 09/22/09  Removal Time: 1537  Indications for Removal: Therapy complete  Site Appearance: No signs of irritation/inflammation  Dressing  Secured: Bandaid;Sterile gauze |

| Status | Infusing | Infusing | Infusing | Infusing | |
|---|---|---|---|---|---|
| Infiltration Score | 0 | 0 | 0 | 0 | |
| Phlebitis Score | 0 | 0 | 0 | 0 | |
| Dressing Assessment | Clean;Dry;Secure | Clean;Dry;Secure | Clean;Dry;Secure | Clean;Dry;Secure | |

### Gen Peds - Safety Checks

| Row Name | 0811 | 0140 | 0108 | |
|---|---|---|---|---|
| **SAFETY CHECKS** | | | | |
| O2 Mask in Room | Yes | -- | Yes | |
| O2/Anesthesia Bag in Room | Yes | -- | Yes | |
| Self Inflating Bag in Room | No | -- | No | |
| Flowmeter at Bedside | Yes | -- | Yes | |
| Isolations Precautions | Standard | -- | Standard | |
| Airway Precautions/Alert | N/A | -- | N/A | |
| Suction at Bedside | Yes | -- | Yes | |
| Admitted on Cardiac Monitor | Yes | -- | Yes | |
| Side rails Up | x 2 | -- | x 2 | |
| Personal Protective Equipment in Room | Yes | -- | Yes | |
| ID Band Location | Arm, Left | -- | Arm, Left | |
| Allergy Band On | N/A | -- | N/A | |
| Brakes Locked | Yes | -- | Yes | |
| Call Light in Reach | Yes | -- | Yes | |
| Chemotherapy Precautions | N/A | -- | N/A | |
| General Precautions | Standard | -- | Standard | |
| ICP Precautions | N/A | -- | N/A | |
| Seizure Precautions | N/A | -- | N/A | |
| Wire Cutters at Bedside | N/A | -- | N/A | |
| Wrench at Bedside | No | -- | No | |
| Transport Method | Wheelchair | -- | Wheelchair | |
| Nurse Accompany to Off Unit Procedure | Yes | -- | Yes | |
| Bed Type | Adult bed | -- | Adult bed | |
| Special Bedding | N/A | -- | N/A | |
| **CARDIAC MONITOR ALARM LIMITS** | | | | |
| Heart rate limit, High | 180 | 180 | 180 | |
| Heart Rate Limit, Low | 60 | 60 | 60 | |
| Resp Rate Limit, High | 40 | -- | 40 | |
| Resp Rate Limit, Low | 14 | -- | 14 | |
| Systolic BP Limit, High | 130 | -- | 130 | |
| Systolic BP Limit, Low | 60 | | 60 | |
| Diastolic BP Limit, High | 80 | | 80 | |
| Diastolic BP Limit, Low | 40 | | 40 | |
| pO2 Limit, High | 100 | 100 | 100 | |
| SpO2 Limit, Low | 92 | 92 | 92 | |
| Apnea Limit (Seconds) | 20 seconds | -- | -- | |


**Children's**
MEDICAL CENTER

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## 09/22/09 (continued)

### Gen Peds - Safety Checks  (continued)

| Row Name | 0811 | 0140 | 0108 |
|---|---|---|---|
| **FALL RISK SCREEN (ANSWER ALL QUESTIONS.)** | | | |
| Previous fall while hospitalized? | 0 | -- | 0 |
| Able to Ambulate Independently? | 0 | -- | 0 |
| Confused or Disoriented? | 0 | -- | 0 |
| Chief complaint likely to affect balance/gait? | 0 | -- | 0 |
| Chief complaint/ history of seizures? | 0 | -- | 0 |
| Use of Assistive Devices? | 0 | -- | 0 |
| Visually Impaired? | 0 | -- | 0 |
| Change in Mental Status? | 0 | -- | 0 |
| Fall Screen Score | 0 | | 0 |
| **FALL RISK ASSESSMENT** | | | |
| Previous fall while hospitalized? | 0 | -- | 0 |
| Expected Length of Stay | 0 | -- | 0 |
| IV or Heparin Lock in Place? | 0 | -- | 0 |
| Receiving PT or OT Services? | 0 | -- | 0 |
| Anticonvulsant Meds Prescribed for Seizures? | 0 | -- | 0 |
| Musculoskeletal or Orthopedic Diagnosis? | 0 | -- | 0 |
| Fall Risk Score | 0 | | 0 |
| **INJURY PREVENTION STRATEGIES (IMPLEMENT HIGH RISK STRATEGIES FOR SCORE >2.)** | | | |
| General Injury Prevention Strategies | Yes | -- | Yes |
| High Risk Fall Prevention | N/A | -- | N/A |
| **MODIFIED BRADEN Q SCALE** | | | |
| Mobility | 4 | -- | 4 |
| Activity | 4 | -- | 4 |
| Sensory Perceptions | 4 | -- | 4 |
| Moisture | 4 | -- | 4 |
| Friction and Shear | 4 | -- | 4 |
| Nutrition | 4 | -- | 4 |
| Tissue Perfusion/Oxygenation | 4 | -- | 4 |
| Braden Scale Score | 28 | -- | 28 |

### MobileMeds Pain

### MOBILEMEDS VITALS

| Row Name | 1200 | 0855 | 0845 | 0749 | 0421 |
|---|---|---|---|---|---|
| Temp | 36.4 °C (97.5 °F) | -- | -- | 36.6 °C (97.9 °F) | -- |
| Temp src | Axillary | -- | -- | Axillary | -- |
| Pulse | 82 | 74 | 69 | 67 | -- |
| Resp | 24 | 22 | 20 | 16 | -- |
| BP | 111/67 mmHg | -- | -- | 112/77 mmHg | -- |
| BP Location | Arm, Right | -- | -- | Arm, Right | -- |
| SpO2 | -- | 99 % | 98 % | 99 % | 99 % |

### MOBILEMEDS VITALS

| Row Name | 0338 | 0140 | 0104 | 0053 | 0025 |
|---|---|---|---|---|---|
| Temp | 36.1 °C (96.9 °F) | -- | -- | 36.6 °C (97.9 °F) | 36.4 °C (97.5 °F) |
| Temp src | Axillary | -- | -- | Axillary | |
| Pulse | 75 | -- | -- | 77 | 78 |
| Resp | 18 | -- | -- | 19 | 20 |
| BP | 110/73 mmHg | -- | -- | 115/78 mmHg | 120/76 mmHg |
| BP Location | Arm, Right | -- | -- | Arm, Left | -- |

# Children's MEDICAL CENTER

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## 09/22/09 (continued)

### MobileMeds Pain (continued)

| Row Name | 0338 | 0140 | 0104 | 0053 | 0025 |
|---|---|---|---|---|---|
| SpO2 | 99 % | 100 % | 100 % | 100 % | 98 % ROOM AIR |
| Height | -- | -- | -- | -- | -- |
| Wt - Scale | -- | -- | -- | 145 cm (57.09") | -- |
| Row Name | 0006 | | | 30 kg (66 lb 2.2 oz) | -- |

### MOBILEMEDS VITALS

| | |
|---|---|
| Temp | 36.6 °C (97.9 °F) |
| Pulse | 86 |
| Resp | 20 |
| BP | 105/78 mmHg |
| SpO2 | 98 % |

### Hand Off Communication

| Row Name | 1455 | 0737 | 0724 | 0025 |
|---|---|---|---|---|
| **NURSE SIGN OFF - TRANSFER LEVEL OF CARE** | | | | |
| Hand Off Communication | -- | -- | -- | Given |
| Communicated With | -- | | -- | CINDY SHATT,RN |
| Information Reviewed | -- | | -- | History;Plan of Care;Events of previous shift;Medications |
| Patient Transferred To/From | -- | -- | -- | C4 255 FROM PACU |
| Accompanied By | -- | -- | -- | Nurse AND CLIN TECH |
| Transported With | -- | -- | -- | Monitor;Oxygen;Bag and Mask CHART |
| **RCP SIGN OFF - TRANSFER LEVEL OF CARE** | | | | |
| Hand Off Communication | Given | Received | Given | -- |
| Communicated With | Climer, Margie | Margie Climer | M. CLIMER | -- |
| Information Reviewed | History;Plan of Care;Medications;Events of previous shift | History;Plan of Care;Medications;Events of previous shift | History;Plan of Care | -- |
| **CHANGE OF CARE - SIGN OFF** | | | | |
| Report Type | -- | -- | Shift Change | -- |
| Information Reviewed | -- | -- | History;Medications;Plan of Care;Patient Education;Events of previous shift | -- |
| Hand Off Communication | -- | -- | Received | -- |
| Communicated With | -- | -- | C Shatt, RN | -- |

### Treatment/Suction

| Row Name | 1200 | 1115 | 0855 | 0845 | 0749 |
|---|---|---|---|---|---|
| **RCP PROCEDURE LATE/MISSED/RESCHEDULED** | | | | | |
| Reason not done | -- | Patient not available | -- | -- | -- |
| RCP Procedure | -- | Incentive Spirometry | -- | -- | -- |
| **ASSESSMENT** | | | | | |
| Treatment Assessment | -- | -- | Post-Treatment | Pre-Treatment | -- |
| Pulse | 82 | -- | 74 | 69 | 67 |
| Resp | 24 | -- | 22 | 20 | 16 |
| SpO2 | -- | -- | 99 % | 98 % | 99 % |
| RUL Breath Sounds | -- | -- | Clear | Clear | -- |
| RML Breath Sounds | -- | -- | Clear | Clear | -- |
| RLL Breath Sounds | -- | -- | Clear | Clear | -- |
| LUL Breath Sounds | -- | -- | Clear | Clear | -- |
| LLL Breath Sounds | -- | -- | Clear | Clear | -- |
| Work of Breathing | -- | -- | No visible distress | No visible distress | -- |
| Retractions | -- | -- | No retractions | -- | -- |
| Chest Movement | -- | -- | Equal bilaterally | -- | -- |
| Post Treatment | -- | -- | Improved | -- | -- |
| Comment | | | patient instructed on how to perform therapy on his own | | |


**Children's**
MEDICAL CENTER

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD, JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## 09/22/09 (continued)

### Treatment/Suction (continued)

| Row Name | 1200 | 1115 | 0855 | 0845 | 0749 |
|---|---|---|---|---|---|
| Adverse Reaction | -- | -- | None | -- | -- |
| **INCENTIVE SPIROMETRY** | | | | | |
| Repetitions | -- | -- | -- | 10 | -- |
| Volume Achieved | -- | -- | -- | 1000 mL | -- |
| Effort | -- | -- | -- | Good | -- |
| Risk Factor | -- | -- | -- | No | -- |
| Evaluation | | | | | |
| Inspiratory Capacity | -- | -- | -- | -- | -- |
| | | | | pt has no height on file | |
| Pulmonary History | -- | -- | -- | 0 | |

| Row Name | 0421 | 0338 | 0140 | 0104 | 0053 |
|---|---|---|---|---|---|
| **ASSESSMENT** | | | | | |
| Pulse | -- | 75 | -- | -- | 77 |
| Resp | -- | 18 | -- | -- | 19 |
| SpO2 | 99 % | 99 % | 100 % | 100 % | 100 % |
| RUL Breath Sounds | -- | -- | -- | Clear | -- |
| RML Breath Sounds | -- | -- | -- | Clear | -- |
| RLL Breath Sounds | -- | -- | -- | Clear | -- |
| LUL Breath Sounds | -- | -- | -- | Clear | -- |
| LLL Breath Sounds | -- | -- | -- | Clear | -- |
| Work of Breathing | -- | -- | -- | No visible distress | -- |
| Chest Movement | -- | -- | -- | Equal bilaterally | -- |
| **OTHER** | | | | | |
| Compressed or room air (.21) | Room air | -- | -- | Room air | |

| Row Name | 0025 | 0006 |
|---|---|---|
| **ASSESSMENT** | | |
| Pulse | 78 | 86 |
| Resp | 20 | 20 |
| SpO2 | 98 % | 98 % |
| | ROOM AIR | |

### Oxygen/Monitors

| Row Name | 1115 | 0855 | 0845 | 0811 | 0749 |
|---|---|---|---|---|---|
| **RCP PROCEDURE LATE/MISSED/RESCHEDULED** | | | | | |
| Reason not done | Patient not available | -- | -- | -- | -- |
| RCP Procedure | Incentive Spirometry | -- | -- | -- | -- |
| **OXYGEN THERAPY** | | | | | |
| SpO2 | -- | 99 % | 98 % | -- | 99 % |
| **ALARM LIMITS** | | | | | |
| Heart rate limit, High | -- | -- | -- | 180 | -- |
| Heart Rate Limit, Low | -- | -- | -- | 60 | -- |
| Resp Rate Limit, High | -- | -- | -- | 40 | -- |
| Resp Rate Limit, Low | -- | -- | -- | 14 | -- |
| SpO2 Limit, High | -- | -- | -- | 100 | -- |
| SpO2 Limit, Low | -- | -- | -- | 92 | -- |
| Apnea Limit (Seconds) | -- | -- | -- | 20 seconds | -- |

| Row Name | 0421 | 0338 | 0140 | 0108 | 0104 |
|---|---|---|---|---|---|
| **OXYGEN THERAPY** | | | | | |
| SpO2 | 99 % | 99 % | 100 % | -- | 100 % |
| **ALARM LIMITS** | | | | | |
| Heart rate limit, High | -- | -- | 180 | 180 | -- |
| Heart Rate Limit, Low | -- | -- | 60 | 60 | -- |
| Resp Rate Limit, High | -- | -- | -- | 40 | -- |
| Resp Rate Limit, Low | -- | -- | -- | 14 | -- |
| SpO2 Limit, High | -- | -- | 100 | 100 | -- |
| SpO2 Limit, Low | -- | -- | 92 | 92 | -- |

| Row Name | 0053 | 0025 | 0006 |
|---|---|---|---|
| **OXYGEN THERAPY** | | | |
| SpO2 | 100 % | 98 % | 98 % |
| | | ROOM AIR | |

### Pastoral Care

| Row Name | 1050 |
|---|---|
| **VISIT INFORMATION** | |



**Children's**
MEDICAL CENTER

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## 09/22/09 (continued)

### Pastoral Care (continued)

| Row Name | 1050 |
|---|---|
| Referral Indications | **Other** Special concerns regarding his presenting condition |
| Type of Visit | **Initial** |
| Reason for Visit | **Chaplain rounds** |
| Met With | **Patient;Sibling** |
| Interventions | **Active listening;Spiritual support offered** |
| Additional Clergy Involved? | **No** |

### Gen Peds - Assessment

| Row Name | 1243 | 1200 | 1100 | 1000 | 0900 |
|---|---|---|---|---|---|
| **INTEGUMENTARY** | | | | | |
| Urinary Catheter properties | Placement Date: 09/21/09  Placement Time: 2300  Catheter Type: Foley  Catheter Size: 10fr  Patient identified by: Name;DOB  Procedure/Indications explained to: Patient in OR with general anesthesia  Medical Immobilization: Patient in OR under general anesthesia  Comfort Measures: Patient in OR under general anesthesia  Catheter secured with: Tape  Removal Date: 09/21/09  Removal Time: 2330  Patient Identified by: Medical Record Number;Name  D/C indications: Therapy complete  Foley removed: Foley removed intact;Balloon deflated | | | | |
| Integumentary (WNL) | -- no changes | -- | -- | -- | -- |
| **PERIPHERAL IV LEFT HAND:DORSAL DIGITAL METACARPAL** | | | | | |
| PIV Properties | Placement Date: 09/21/09  Placement Time: 2200  Person Inserting Line (if not one documenting): out side hospital  Existing Line from: Outside facility  Catheter Size: 20 gauge  Orientation: Left  Location: H-D.Metacarpal  Number of Attempts: 1  Patient identified by: Name;DOB;Correct procedure verified.  Procedure/Indications explained to: Patient in OR with general anesthesia  Medical Immobilization: Patient in OR under general anesthesia  Removal Date: 09/22/09  Removal Time: 1537  Indications for Removal: Therapy complete  Site Appearance: No signs of irritation/inflammation  Dressing Secured: Bandaid;Sterile gauze | | | | |
| Status | Hep locked | Infusing | Infusing | Infusing | Infusing |
| Infiltration Score | 0 | 0 | 0 | 0 | 0 |
| Phlebitis Score | 0 | 0 | 0 | 0 | 0 |
| Dressing Assessment | Clean;Dry | Clean;Dry | Clean;Dry | Clean;Dry | Clean;Dry |
| **WOUND SURGICAL INCISION ABDOMEN** | | | | | |
| Wound Properties | Date First Noted: 09/21/09  Time First Noted:: 2336  Wound Type: Incision  Wound Location: Abd  Detailed Location Description: UMBLICAL AREA AND RLQ AREA | | | | |
| Assessment | -- no changes | -- | -- | -- | -- |
| **PAIN ASSESSMENT** | | | | | |
| Choose/Change a Pain Scale | Yes | -- | -- | -- | -- |
| **0-5 PAIN** | | | | | |
| Sedation Level | Awake and Alert | -- | -- | -- | -- |
| Pain Score | 0 | -- | -- | -- | -- |

| Row Name | 0855 | 0845 | 0811 | 0749 | 0700 |
|---|---|---|---|---|---|
| **NEUROLOGICAL** | | | | | |
| Neurological (WNL) | -- | -- | WNL | -- | -- |
| **CARDIOVASCULAR** | | | | | |
| Cardiovascular (WNL) | -- | -- | WNL | -- | -- |
| **RESPIRATORY** | | | | | |
| Respiratory (WNL) | -- | -- | WNL | -- | -- |
| Work of Breathing | No visible distress | No visible distress | -- | -- | -- |
| Retractions | No retractions | -- | -- | -- | -- |
| Chest Movement | Equal bilaterally | -- | -- | -- | -- |
| **BREATH SOUNDS** | | | | | |
| LUL Breath Sounds | Clear | Clear | -- | -- | -- |
| LLL Breath Sounds | Clear | Clear | -- | -- | -- |
| RUL Breath Sounds | Clear | Clear | -- | -- | -- |
| RML Breath Sounds | Clear | Clear | -- | -- | -- |
| RLL Breath Sounds | Clear | Clear | -- | -- | -- |
| **OXYGENATION** | | | | | |
| SpO2 | 99 % | 98 % | -- | 99 % | -- |
| **GASTROINTESTINAL** | | | | | |
| Gastrointestinal (WNL) | -- | -- | WNL | -- | -- |
| **GENITOURINARY** | | | | | |



**Children's**
MEDICAL CENTER

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD, JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## 09/22/09 (continued)

### Gen Peds - Assessment (continued)

| Row Name | 0855 | 0845 | 0811 | 0749 | 0700 |
|---|---|---|---|---|---|
| Genitourinary (WNL) | -- | -- | WNL | | |
| **INTEGUMENTARY** | | | | | |
| Urinary Catheter properties | Placement Date: 09/21/09  Placement Time: 2300  Catheter Type: Foley  Catheter Size: 10fr  Patient identified by: Name;DOB  Procedure/Indications explained to: Patient in OR with general anesthesia  Medical Immobilization: Patient in OR under general anesthesia  Comfort Measures: Patient in OR under general anesthesia  Catheter secured with: Tape  Removal Date: 09/21/09  Removal Time: 2330  Patient identified by: Medical Record Number;Name  D/C indications: Therapy complete  Foley removed: Foley removed intact;Balloon deflated | | | | |
| Integumentary (WNL) | -- | | X | | -- |
| Skin Integrity | -- | -- | Impaired | | -- |
| Skin Appearance | -- | -- | Puncture sites from IV starts/lab draws;Warm to Touch | -- | -- |
| Skin Discoloration | -- | -- | Ecchymosis/Bruising bruising observed to rt cheek, nose and chin. | | -- |

**PERIPHERAL IV LEFT HAND:DORSAL DIGITAL METACARPAL**

| PIV Properties | Placement Date: 09/21/09  Placement Time: 2200  Person Inserting Line (if not one documenting): out side hospital  Existing Line from: Outside facility  Catheter Size: 20 gauge  Orientation: Left  Location: H-D.Metacarpal  Number of Attempts: 1  Patient identified by: Name;DOB;Correct procedure verified.  Procedure/Indications explained to: Patient in OR with general anesthesia  Medical Immobilization: Patient in OR under general anesthesia  Removal Date: 09/22/09  Removal Time: 1537  Indications for Removal: Therapy complete  Site Appearance: No signs of irritation/inflammation  Dressing  Secured: Bandaid;Sterile gauze | | | | |
|---|---|---|---|---|---|
| Status | -- | -- | Infusing | -- | Infusing |
| Infiltration Score | | | 0 | | 0 |
| Phlebitis Score | | | 0 | | 0 |
| Dressing Assessment | -- | -- | Clean;Dry | -- | Clean;Secure;Dry |

**WOUND SURGICAL INCISION ABDOMEN**

| Wound Properties | Date First Noted:: 09/21/09  Time First Noted:: 2336  Wound Type: Incision  Wound Location: Abd  Detailed Location Description: UMBLICAL AREA AND RLQ AREA | | | | |
|---|---|---|---|---|---|
| Assessment | -- | -- | Dressing in place | -- | -- |
| Closure | -- | -- | Steri-strips | -- | -- |
| Drainage Amount | -- | -- | Scant | -- | -- |
| Drainage Character | -- | -- | Thin | -- | -- |
| Drainage Color | -- | -- | Serosanguinous | -- | -- |
| Drainage Odor | -- | -- | No odor | -- | -- |
| Dressing Status | -- | -- | Intact;Dry;Old drainage | -- | -- |
| **MUSCULOSKELETAL** | | | | | |
| Musculoskeletal (WNL) | | | WNL | | |
| **EENMT** | | | | | |
| EENMT (WNL) | -- | -- | WNL | -- | -- |
| **PAIN ASSESSMENT** | | | | | |
| Choose/Change a Pain Scale | | -- | Yes | -- | -- |
| **0-5 PAIN** | | | | | |
| Sedation Level | -- | -- | Awake and Alert | -- | -- |
| Pain Score | -- | -- | 0 | -- | -- |

| Row Name | 0600 | 0500 | 0421 | 0400 | 0338 |
|---|---|---|---|---|---|
| **CARDIOVASCULAR** | | | | | |
| Cardiovascular (WNL) | -- | -- | WNL | -- | -- |
| **RESPIRATORY** | | | | | |
| Respiratory (WNL) | | | WNL | -- | -- |
| **OXYGENATION** | | | | | |
| SpO2 | -- | -- | 99 % | -- | 99 % |
| **INTEGUMENTARY** | | | | | |
| Urinary Catheter properties | Placement Date: 09/21/09  Placement Time: 2300  Catheter Type: Foley  Catheter Size: 10fr  Patient identified by: Name;DOB  Procedure/Indications explained to: Patient in OR under general anesthesia  Medical Immobilization: Patient in OR under general anesthesia  Comfort Measures: Patient in OR under general anesthesia  Catheter secured with: Tape  Removal Date: 09/21/09  Removal Time: 2330  Patient Identified by: Medical Record Number;Name  D/C indications: Therapy complete  Foley removed: Foley removed intact;Balloon deflated | | | | |
| Integumentary (WNL) | -- | -- | X no change from previous assessment | -- | -- |

**PERIPHERAL IV LEFT HAND:DORSAL DIGITAL METACARPAL**


**Children's**
MEDICAL CENTER

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## 09/22/09 (continued)

### Gen Peds - Assessment (continued)

| Row Name | 0600 | 0500 | 0421 | 0400 | 0338 |
|---|---|---|---|---|---|
| PIV Properties | Placement Date: 09/21/09  Placement Time: 2200  Person Inserting Line (if not one documenting): out side hospital  Existing Line from: Outside facility  Catheter Size: 20 gauge  Orientation: Left  Location: H-D.Metacarpal  Number of Attempts: 1  Patient identified by: Name;DOB;Correct procedure verified.  Procedure/Indications explained to: Patient in OR with general anesthesia  Medical Immobilization: Patient in OR under general anesthesia  Removal Date: 09/22/09  Removal Time: 1537  Indications for Removal: Therapy complete  Site Appearance: No signs of Irritation/Inflammation  Dressing Secured: Bandaid;Sterile gauze | | | | |
| Status | Infusing | Infusing | -- | Infusing | -- |
| Infiltration Score | 0 | 0 | -- | 0 | -- |
| Phlebitis Score | 0 | 0 | -- | 0 | -- |
| Dressing Assessment | Clean;Dry;Secure | Clean;Dry;Secure | -- | Clean;Dry;Secure | -- |
| **WOUND SURGICAL INCISION ABDOMEN** | | | | | |
| Wound Properties | Date First Noted:: 09/21/09  Time First Noted:: 2336  Wound Type: Incision  Wound Location: Abd  Detailed Location Description: UMBLICAL AREA AND RLQ AREA | | | | |
| Assessment | -- | -- | Dressing in place | -- | -- |
| Closure | -- | -- | Steri-strips | -- | -- |
| Drainage Amount | -- | -- | Scant | -- | -- |
| Drainage Color | -- | -- | Serosanguinous | -- | -- |
| Dressing Status | -- | -- | Intact | -- | -- |
| **PAIN ASSESSMENT** | | | | | |
| Choose/Change a Pain Scale | -- | -- | Yes | -- | -- |
| **0-5 PAIN** | | | | | |
| Sedation Level | -- | -- | Drowsy, easily aroused | -- | -- |
| Pain Score | -- | -- | 0 | -- | -- |
| **OTHER** | | | | | |
| Compressed or room air (.21) | -- | -- | Room air | -- | -- |

| Row Name | 0300 | 0159 | 0140 | 0104 | 0053 |
|---|---|---|---|---|---|
| **NEUROLOGICAL** | | | | | |
| Neurological (WNL) | -- | -- | -- | WNL | -- |
| **CARDIOVASCULAR** | | | | | |
| Cardiovascular (WNL) | -- | -- | -- | WNL | -- |
| **RESPIRATORY** | | | | | |
| Respiratory (WNL) | -- | -- | -- | WNL | -- |
| Rhythm/Character | -- | -- | -- | Regular | -- |
| Work of Breathing | -- | -- | -- | No visible distress | -- |
| Chest Movement | -- | -- | -- | Equal bilaterally | -- |
| **BREATH SOUNDS** | | | | | |
| LUL Breath Sounds | -- | -- | -- | Clear | -- |
| LLL Breath Sounds | -- | -- | -- | Clear | -- |
| RUL Breath Sounds | -- | -- | -- | Clear | -- |
| RML Breath Sounds | -- | -- | -- | Clear | -- |
| RLL Breath Sounds | -- | -- | -- | Clear | -- |
| **OXYGENATION** | | | | | |
| SpO2 | -- | -- | 100 % | 100 % | 100 % |
| **GASTROINTESTINAL** | | | | | |
| Gastrointestinal (WNL) | -- | -- | -- | WNL | -- |
| **GENITOURINARY** | | | | | |
| Genitourinary (WNL) | -- | -- | -- | WNL | -- |
| **INTEGUMENTARY** | | | | | |
| Urinary Catheter properties | Placement Date: 09/21/09  Placement Time: 2300  Catheter Type: Foley  Catheter Size: 10fr  Patient identified by: Name;DOB  Procedure/Indications explained to: Patient in OR with general anesthesia  Medical Immobilization: Patient in OR under general anesthesia  Comfort Measures: Patient in OR under general anesthesia  Catheter secured with: Tape  Removal Date: 09/22/09  Removal Time: 2330  Patient Identified by: Medical Record Number;Name  D/C indications: Therapy complete  Foley removed  Foley removed intact;Balloon deflated | | | | |
| Integumentary (WNL) | -- | -- | -- | X | -- |
| Skin Integrity | -- | -- | -- | Impaired | -- |
| Skin Appearance | -- | -- | -- | Puncture sites from IV starts/lab draws;Scars;Redness | -- |
| Skin Discoloration | -- | -- | -- | Ecchymosis/Bruising  bruising to face; abrasion and bruising to L neck | -- |

PERIPHERAL IV LEFT HAND:DORSAL DIGITAL METACARPAL



**Children's MEDICAL CENTER**

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD, JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## 09/22/09 (continued)

### Gen Peds - Assessment (continued)

| Row Name | 0300 | 0159 | 0140 | 0104 | 0053 |
|---|---|---|---|---|---|
| PIV Properties | Placement Date: 09/21/09  Placement Time: 2200  Person Inserting Line (if not one documenting): out side hospital  Existing Line from: Outside facility  Catheter Size: 20 gauge  Orientation: Left  Location: H-D.Metacarpal  Number of Attempts: 1   Patient identified by: Name;DOB;Correct procedure verified.  Procedure/Indications explained to: Patient in OR with general anesthesia  Medical Immobilization: Patient in OR under general anesthesia  Removal Date: 09/22/09  Removal Time: 1537  Indications for Removal: Therapy complete  Site Appearance: No signs of irritation/inflammation  Dressing  Secured: Bandaid;Sterile gauze | | | | |
| Status | Infusing | Infusing | -- | Infusing | -- |
| Infiltration Score | 0 | 0 | | 0 | |
| Phlebitis Score | 0 | 0 | | 0 | |
| Dressing Assessment | Clean;Dry;Secure | Clean;Dry;Secure | -- | Clean;Dry;Secure | -- |
| **WOUND SURGICAL INCISION ABDOMEN** | | | | | |
| Wound Properties | Date First Noted:: 09/21/09  Time First Noted:: 2336  Wound Type: Incision  Wound Location: Abd  Detailed Location Description: UMBLICAL AREA AND RLQ AREA | | | | |
| Assessment | -- | -- | | Clean;Dry;Dressing in place | -- |
| Closure | -- | -- | -- | Steri-strips | |
| Drainage Amount | -- | -- | | No drainage | |
| Drainage Color | -- | -- | | Serosanguinous | |
| Drainage Odor | -- | -- | | No odor | |
| Dressing  Status | -- | -- | -- | Clean;Dry;Intact | -- |
| **MUSCULOSKELETAL** | | | | | |
| Musculoskeletal (WNL) | -- | -- | | WNL | -- |
| **EENMT** | | | | | |
| EENMT (WNL) | -- | -- | -- | WNL | -- |
| **PAIN ASSESSMENT** | | | | | |
| Choose/Change a Pain Scale | | Yes | -- | Yes | -- |
| **0-5 PAIN** | | | | | |
| Sedation Level | -- | Asleep, not awakened for assessment | | Awake and Alert | -- |
| Pain Score | -- | 0 | -- | 4 | |
| Pain Location | -- | -- | -- | Abdomen, right lower quadrant;Other (see comment) | -- |
| Pain Onset | -- | -- | | Post-operative | |
| Pain Interventions | -- | -- | -- | Medication administered as noted on MAR | -- |
| Pain Comment | -- | -- | -- | umbilical lap site | -- |
| **OTHER** | | | | | |
| Compressed or room air (.21) | -- | -- | -- | Room air | |

| Row Name | 0025 | 0006 |
|---|---|---|
| **OXYGENATION** | | |
| SpO2 | 98 %  ROOM AIR | 98 % |
| **PERIPHERAL IV LEFT HAND:DORSAL DIGITAL METACARPAL** | | |
| PIV Properties | Placement Date: 09/21/09  Placement Time: 2200  Person Inserting Line (if not one documenting): out side hospital  Existing Line from: Outside facility  Catheter Size: 20 gauge  Orientation: Left  Location: H-D.Metacarpal  Number of Attempts: 1   Patient identified by: Name;DOB;Correct procedure verified.  Procedure/Indications explained to: Patient in OR with general anesthesia  Medical Immobilization: Patient in OR under general anesthesia  Removal Date: 09/22/09  Removal Time: 1537  Indications for Removal: Therapy complete  Site Appearance: No signs of irritation/inflammation  Dressing  Secured: Bandaid;Sterile gauze | |
| Status | Infusing | -- |
| Infiltration Score | 0 | -- |
| Phlebitis Score | 0 | |
| Dressing Assessment | Clean;Dry;Secure | -- |
| **WOUND SURGICAL INCISION ABDOMEN** | | |
| Wound Properties | Date First Noted:: 09/21/09  Time First Noted:: 2336  Wound Type: Incision  Wound Location: Abd  Detailed Location Description: UMBLICAL AREA AND RLQ AREA | |
| Closure | Steri-strips | -- |
| Drainage Amount | Scant | -- |
| Drainage Character | Thin | -- |
| Drainage Color | Serosanguinous | -- |
| Drainage Odor | No odor | -- |
| Dressing  Status | Dry;Intact | -- |

Printed on 01/06/2010 10:23 AM

**Children's MEDICAL CENTER**

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## 09/22/09 (continued)

### Gen Peds - Assessment (continued)

| Row Name | 0025 | 0006 |
|---|---|---|
| **PAIN ASSESSMENT** | | |
| Choose/Change a Pain Scale | Yes | Yes |
| **0-5 PAIN** | | |
| Sedation Level | Awake and Alert | Awake and Alert |
| Pain Score | 0 | 0 |

### Daily Cares

| Row Name | 1015 |
|---|---|
| **MISC. CARES** | |
| Linen Changed | Done |

### I / O

| Row Name | 1300 | 1200 | 1100 | 1000 | 0900 |
|---|---|---|---|---|---|
| **ENTERAL** | | | | | |
| Clear Liquid p.o. | 180 mL | -- | -- | -- | 240 mL |
| **MEAL AND SNACK** | | | | | |
| Meal / Snack | Lunch | -- | -- | -- | Breakfast |
| Amount Taken | 1/2 | -- | -- | -- | All |
| **DEX 5%-NACL 0.45%-KCL 20 MEQ/L INFUSION** | | | | | |
| Volume | -- | 35 mL | 70 mL | 70 mL | 70 mL |
| **URINE OUTPUT** | | | | | |
| Voided (mL) | 200 ml | -- | -- | -- | 380 ml |
| **TOTALS** | | | | | |
| Column Intake | 180 ml | 35 ml | 70 ml | 70 ml | 310 ml |
| Column Output | 200 ml | -- | -- | -- | 380 ml |
| Column Net | -20 | 35 | 70 | 70 | -70 |
| 24 hour net | -45 | -25 | -60 | -130 | -200 |
| Row Name | 0800 | 0700 | 0659 | 0559 | 0459 |
| **DEX 5%-NACL 0.45%-KCL 20 MEQ/L INFUSION** | | | | | |
| Volume | 70 mL | -- | 70 mL | 70 mL | 70 mL |
| **URINE OUTPUT** | | | | | |
| Voided (mL) | -- | 200 ml | -- | -- | -- |
| **TOTALS** | | | | | |
| Column Intake | 70 ml | -- | 70 ml | 70 ml | 70 ml |
| Column Output | -- | 200 ml | -- | -- | -- |
| Column Net | 70 | -200 | 70 | 70 | 70 |
| 24 hour net | -130 | -200 | -300 | -370 | -440 |
| Row Name | 0400 | 0359 | 0342 | 0339 | 0259 |
| **DEX 5%-NACL 0.45%-KCL 20 MEQ/L INFUSION** | | | | | |
| Volume | -- | 70 mL | -- | -- | 70 mL |
| **URINE OUTPUT** | | | | | |
| Voided (mL) | 200 ml | -- | 225 ml | 120 ml | -- |
| **TOTALS** | | | | | |
| Column Intake | -- | 70 ml | -- | -- | 70 ml |
| Column Output | 200 ml | -- | 225 ml | 120 ml | -- |
| Column Net | -200 | 70 | -225 | -120 | 70 |
| 24 hour net | -510 | -310 | -380 | -155 | -35 |
| Row Name | 0159 | 0125 | 0040 | 0020 | |
| **ENTERAL** | | | | | |
| Clear Liquid p.o. | -- | -- | 30 mL | 30 mL APPLE JUICE | |
| **DEX 5%-NACL 0.45%-KCL 20 MEQ/L INFUSION** | | | | | |
| Volume | -- | -- | 50 mL | -- | |
| **DEX 5%-NACL 0.45%-KCL 20 MEQ/L INFUSION** | | | | | |
| Rate | -- | 70 mL/hr | -- | -- | |
| Volume | 70 mL | -- | -- | -- | |
| Line | -- | Peripheral IV Left Hand:Dorsal Digital Metacarpal | -- | -- | |
| **URINE OUTPUT** | | | | | |
| Voided (mL) | -- | 300 ml | 0 ml | -- | |
| **TOTALS** | | | | | |
| Column Intake | 70 ml | -- | 80 ml | 30 ml | |
| Column Output | -- | 300 ml | 0 ml | -- | |
| Column Net | 70 | -300 | 80 | 30 | |
| 24 hour net | -105 | -175 | 125 | 45 | |

### Vitals

| Row Name | 1243 | 1200 | 0855 | 0845 | 0811 |
|---|---|---|---|---|---|


**Children's**
MEDICAL CENTER

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## 09/22/09 (continued)

### Vitals (continued)

| Row Name | 1243 | 1200 | 0855 | 0845 | 0811 |
|---|---|---|---|---|---|
| **TEMPERATURE** | | | | | |
| Temp | -- | 36.4 °C (97.5 °F) | -- | -- | -- |
| Temp src | -- | Axillary | -- | -- | -- |
| **HEART RATE** | | | | | |
| Pulse | -- | 82 | 74 | 69 | -- |
| **RESPIRATORY RATE** | | | | | |
| Resp | -- | 24 | 22 | 20 | -- |
| **BLOOD PRESSURE** | | | | | |
| BP | -- | 111/67 mmHg | -- | -- | -- |
| BP Location | -- | Arm, Right | -- | -- | -- |
| **OXYGENATION** | | | | | |
| SpO2 | -- | -- | 99 % | 98 % | -- |
| **PAIN ASSESSMENT** | | | | | |
| Choose/Change a Pain Scale | Yes | -- | -- | -- | Yes |
| **0-5 PAIN** | | | | | |
| Sedation Level | Awake and Alert | -- | -- | -- | Awake and Alert |
| Pain Score | 0 | -- | -- | -- | 0 |

| Row Name | 0749 | 0421 | 0338 | 0159 | 0140 |
|---|---|---|---|---|---|
| **TEMPERATURE** | | | | | |
| Temp | 36.6 °C (97.9 °F) | -- | 36.1 °C (96.9 °F) | -- | -- |
| Temp src | Axillary | | Axillary | | |
| **HEART RATE** | | | | | |
| Pulse | 67 | -- | 75 | -- | -- |
| **RESPIRATORY RATE** | | | | | |
| Resp | 16 | -- | 18 | -- | -- |
| **BLOOD PRESSURE** | | | | | |
| BP | 112/77 mmHg | -- | 110/73 mmHg | -- | -- |
| BP Location | Arm, Right | -- | Arm, Right | -- | -- |
| **OXYGENATION** | | | | | |
| SpO2 | 99 % | 99 % | 99 % | -- | 100 % |
| **PAIN ASSESSMENT** | | | | | |
| Choose/Change a Pain Scale | -- | Yes | -- | Yes | -- |
| **0-5 PAIN** | | | | | |
| Sedation Level | -- | Drowsy, easily aroused | -- | Asleep, not awakened for assessment | -- |
| Pain Score | -- | 0 | -- | 0 | -- |

| Row Name | 0104 | 0053 | 0025 | 0006 | |
|---|---|---|---|---|---|
| **TEMPERATURE** | | | | | |
| Temp | -- | 36.6 °C (97.9 °F) | 36.4 °C (97.5 °F) | 36.6 °C (97.9 °F) | |
| Temp src | -- | Axillary | -- | -- | |
| **HEART RATE** | | | | | |
| Pulse | -- | 77 | 78 | 86 | |
| **RESPIRATORY RATE** | | | | | |
| Resp | -- | 19 | 20 | 20 | |
| **BLOOD PRESSURE** | | | | | |
| BP | -- | 115/78 mmHg | 120/76 mmHg | 105/78 mmHg | |
| BP Location | -- | Arm, Left | -- | -- | |
| **OXYGENATION** | | | | | |
| SpO2 | 100 % | 100 % | 98 % ROOM AIR | 98 % | |
| **MEASUREMENTS** | | | | | |
| Height | -- | 145 cm (57.09") | -- | -- | |
| Wt - Scale | -- | 30 kg (66 lb 2.2 oz) | -- | -- | |
| Weight Device Used | -- | Stand-up scale | -- | -- | |
| BMI (Calculated) | -- | 14.3 | -- | -- | |
| BSA (Calculated - sq m) | -- | 1.1 sq meters | -- | -- | |
| **PAIN ASSESSMENT** | | | | | |
| Choose/Change a Pain Scale | Yes | -- | Yes | Yes | |
| **0-5 PAIN** | | | | | |
| Sedation Level | Awake and Alert | -- | Awake and Alert | Awake and Alert | |
| Pain Score | 4 | -- | 0 | 0 | |



**Children's**
MEDICAL CENTER

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## 09/22/09 (continued)

### Vitals (continued)

| Row Name | 0104 | 0053 | 0025 | 0006 |
|---|---|---|---|---|
| Pain Location | Abdomen, right lower quadrant;Other (see comment) | -- | -- | -- |
| Pain Onset | Post-operative | -- | -- | -- |
| Pain Interventions | Medication administered as noted on MAR | -- | -- | -- |
| Pain Comment | umbilical lap site | -- | -- | -- |

## 09/21/09

### Intra-op Handoff

| Row Name | 2330 |
|---|---|
| INTRA OPERATIVE HANDOFF / SBAR COMMUNICATION | |
| Hand Off / SBAR Communication | Given |
| Communicated With | PACU nurse |
| Patient Destination | PACU |
| Accompanied By | Anesthesiologist;OR nurse;Resident |
| Patient Transported Via | Stretcher |
| Patient Condition | Stable;Pulse Oximetry/Oxygen |

### I / O

| Row Name | 2355 |
|---|---|
| TOTALS | |
| Column Intake | 15 ml |
| Column Net | 15 |
| 24 hour net | 15 |

### Intra-op Medications

| Row Name | 2325 | 2315 |
|---|---|---|
| INTRA-OP MEDICATIONS | | |
| Intra-op Medication Name | Bupivacaine 0.25% 10mL | Sodium Chloride 0.9% Irrigation  500mL Btl |
| Medication Dosage | 10 | -- |
| Unit of Measure | mL | -- |
| Administration Site | surgical site | -- |
| Route of Administration | Local Injection | Irrigation |
| Administered By | Physician | Physician |

### Phase I Assessment

| Row Name | 2357 | 2351 | 2346 | 2341 | 2336 |
|---|---|---|---|---|---|
| TEMPERATURE | | | | | |
| Temp | -- | 36.5 °C (97.7 °F) | 36.5 °C (97.7 °F) | -- | 36.1 °C (97 °F) |
| Temp src | -- | Temporal | Temporal | -- | Temporal |
| HEART RATE | | | | | |
| Pulse | -- | 96 | 80 | 90 | 86 |
| RESPIRATORY | | | | | |
| Resp | -- | 20 | 20 | 20 | 24 |
| Artificial airway | -- | None | None | None | None |
| Oxygen therapy | -- | None ROOM AIR | Blowby | Blowby | Blowby |
| SpO2 | -- | 99 % | 100 % | 100 % | 100 % |
| PRESSURE | | | | | |
| BP | -- | 100/53 mmHg | 98/53 mmHg | 108/54 mmHg | 117/63 mmHg |
| PAIN ASSESSMENT | | | | | |
| Choose/Change a Pain Scale | -- | Yes | Yes | Yes | Yes |
| 0-5 PAIN | | | | | |
| Sedation Level | -- | Drowsy, but responds to verbal stimuli | Drowsy, easily aroused | Drowsy, easily aroused | Drowsy, easily aroused |
| Pain Score | -- | 0 | 0 | 0 | 0 |
| CIRCULATION | | | | | |
| Perfusion | -- | -- | -- | -- | Normal |
| Pulses | -- | -- | -- | -- | Normal |
| Color | -- | -- | -- | -- | Pink |
| Skin temp | -- | -- | -- | -- | Warm |
| ALDRETE SCORE | | | | | |

Printed on 01/06/2010 10:23 AM


**Children's**
MEDICAL CENTER

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## 09/21/09 (continued)

**Phase I Assessment  (continued)**

| Row Name | 2357 | | 2351 | | 2346 | | 2341 | | 2336 |
|---|---|---|---|---|---|---|---|---|---|
| Activity | 1 | | -- | | -- | | -- | | -- |
| Respiration | 2 | | -- | | -- | | -- | | -- |
| Pre-op Systolic B/P | 120 | | -- | | -- | | -- | | -- |
| 20% of Preop B/P Plus | 144 | | -- | | -- | | -- | | -- |
| 20% of Preop B/P Less | 96 | | -- | | -- | | -- | | -- |
| 50% Pre-op B/P Plus | 180 | | -- | | -- | | -- | | -- |
| 50% Pre-op B/P Less | 60 | | -- | | -- | | -- | | -- |
| Circulation | 2 | | -- | | -- | | -- | | -- |
| Consciousness | 1 | | -- | | -- | | -- | | -- |
| Color | 2 | | -- | | -- | | -- | | -- |
| Aldrete Score | 8 | | -- | | -- | | -- | | -- |

**Pre-Procedure Verification Checklist**

| Row Name | 2250 |
|---|---|
| PRE PROCEDURE VERIFICATION CHECKLIST | |
| RN type | Intra-op Nurse |
| Patient verified by two identifiers? (All cases) | Patient name;Date of birth |
| Does patient have any allergies? | No. |
| Allergy band on? (If applicable) | Right upper extremity |
| Time patient last ate or drank | 1730 |
| NPO violation? | Yes |
| Time OK to go to OR | 2253 |
| Contact lens, glasses, prosthetics, retainers removed? | Yes |
| Jewelry removed, taped? | Yes |
| Labs ordered? | Resulted |
| Blood typed and screened? | Yes |
| Blood component ordered | PRBCs |
| Quantity ordered | 2 |

SURGICAL PROCEDURE, PATIENT, AND SURGICAL SITE (IF APPLICABLE) VERIFIED WITH: (ALL CASES)

| | |
|---|---|
| Surgical schedule | Yes |
| History & Physical completed within last 30 days | Yes |
| History & Physical signed within the last 30 days | Yes |
| Accurate, completed, and signed Procedure Consent(s) | Yes |
| Needed blood products/implants/devices/special equipment/imaging studies available, properly labeled and displayed/tissue or organs (All cases with above) | Yes |
| Proceduralist marking of site with initials (laterality, multiple structures, surfaces, specific digit or lesion, or multiple levels) | N/A |
| SITE MARKING DISCREPANCY | |

Printed on 01/06/2010 10:23 AM



**Children's**
MEDICAL CENTER

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## 09/21/09 (continued)

### Pre-Procedure Verification Checklist (continued)

| Row Name | 2250 |
|---|---|
| Alternative site marking utilized - see nurses notes | N/A |
| Patient refused site marking - see nurses notes | N/A |
| **TEACHING PLAN OF CARE** | |
| Reviewed plan of care and revised as needed? | Yes |
| Orientation to OR environment: temperature, equipment, surroundings | Yes |
| Intra-operative phase explained: monitoring, positioning, safety, IV | Yes |
| Safety precautions taken related to patient history or medication use | Yes |
| **MODE OF TRANSPORT** | |
| Mode of transport to OR | Stretcher |
| **HAND OFF COMMUNICATION** | |
| Hand off communication | Received |

Education
**None**

Phase I Assessment

| Row Name | 2351 | 2346 | 2341 | 2336 |
|---|---|---|---|---|
| **REPORT RECEIVED FROM ANESTHESIOLOGIST** | | | | |
| Report Received from Anesthesiologist | -- | -- | -- | -- DR.SAKHAI |
| Significant meds given in OR | -- | -- | -- | FENTANYL 60 MCG, FLAGYL 300 MG, NS 250ML EBL < 5ML, URINE OUTPUT 60ML |
| Anesthesia complications | -- | -- | -- | NONE |
| **RESPIRATORY** | | | | |
| Breath sounds | -- | -- | -- | Clear;Equal;Bilateral |
| Respiratory effort | -- | -- | -- | Spontaneous;Regular; Unlabored |
| Artificial airway | None | None | None | None |
| Oxygen therapy | None ROOM AIR | Blowby | Blowby | Blowby |
| Flow Rate (L/min) | -- | -- | -- | 6 liters per minute |
| SpO2 | 99 % | 100 % | 100 % | 100 % |
| SpO2 oximeter | -- | -- | -- | Alarms on and functioning |
| SpO2 Limit, High | -- | -- | -- | 100 |
| SpO2 Limit, Low | -- | -- | -- | 90 |
| FiO2 | -- | -- | -- | 1 |
| **CARDIAC ASSESSMENT** | | | | |
| EKG rhythm | -- | -- | -- | Normal sinus |
| Heart rate limit, High | -- | -- | -- | 160 |
| Heart Rate Limit, Low | -- | -- | -- | 70 |
| Peripheral pulses | -- | -- | -- | Present |
| Mucous membranes | -- | -- | -- | Pink;Moist |
| Capillary refill (secs) | -- | -- | -- | 2 |
| **CIRCULATION** | | | | |
| Perfusion | -- | -- | -- | Normal |
| Pulses | -- | -- | -- | Normal |
| Color | -- | -- | -- | Pink |

**Children's**
MEDICAL CENTER

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## 09/21/09 (continued)

### Phase I Assessment (continued)

| Row Name | 2351 | 2346 | 2341 | 2336 |
|---|---|---|---|---|
| Skin temp | -- | -- | -- | Warm |

**GENITOURINARY/GASTROINTESTINAL**

| | | | | |
|---|---|---|---|---|
| Abdomen | -- | -- | -- | Soft;Flat |
| Bowel sounds | -- | -- | -- | Present |
| Bladder | -- | -- | -- | Nondistended |

**MUSCULOSKELETAL**

| | | | | |
|---|---|---|---|---|
| Musculoskeletal (WNL) | -- | -- | -- | WNL |

**POSITION/COMFORT/SAFETY**

| | | | | |
|---|---|---|---|---|
| Position/Safety/Comfort | -- | -- | -- | Supine;HOB: Up;Side rails up X 2;ID band on;Sleeping;Patient covered;Warm blanket |

### ED Nurse Assessments

| Row Name | 2229 |
|---|---|
| **RX HISTORY VERIFICATION COMPLETE** | |
| Rx History Verified? | Yes |

Music Therapy
**None**
Child Life
**None**

### Drains/Tubes/Wounds

| Row Name | 2336 | 2300 |
|---|---|---|
| **URINARY CATHETER** | | |

| | |
|---|---|
| Urinary Catheter properties | Placement Date: 09/21/09  Placement Time: 2300  Catheter Type: Foley  Catheter Size: 10fr  Patient identified by: Name;DOB  Procedure/indications explained to: Patient in OR with general anesthesia  Medical Immobilization: Patient in OR under general anesthesia  Comfort Measures: Patient in OR under general anesthesia  Catheter secured with: Tape  Removal Date: 09/21/09  Removal Time: 2330  Patient Identified by: Medical Record Number;Name  D/C indications: Therapy complete  Foley removed: Foley removed intact;Balloon deflated |

| | 2336 | 2300 |
|---|---|---|
| Urine color | -- | Yellow |
| Urine clarity | -- | Clear |
| Catheter secured with | -- | Tape |
| Catheter Care | -- | Complete |

**WOUND SURGICAL INCISION ABDOMEN**

| | | |
|---|---|---|
| Wound Properties | Date First Noted:: 09/21/09  Time First Noted:: 2336  Wound Type: Incision  Wound Location: Abd  Detailed Location Description: UMBLICAL AREA AND RLQ AREA | |
| Closure | Steri-strips | -- |
| Drainage Amount | Scant | -- |
| Drainage Character | Thin | -- |
| Drainage Color | Serosanguinous | -- |
| Drainage Odor | No odor | -- |
| Dressing  Status | Dry;Intact | -- |

### IV Assessment

| Row Name | 2336 | 2300 |
|---|---|---|
| **PERIPHERAL IV LEFT HAND:DORSAL DIGITAL METACARPAL** | | |
| PIV Properties | Placement Date: 09/21/09  Placement Time: 2200  Person Inserting Line (if not documenting): out side hospital  Existing Line from: Outside facility  Catheter Size: 20 gauge  Orientation: Left  Location: H-D.Metacarpal  Number of Attempts: 1  Patient identified by: Name;DOB;Correct procedure verified.  Procedure/Indications explained to: Patient in OR with general anesthesia  Medical Immobilization: Patient in OR under general anesthesia  Removal Date: 09/22/09  Removal Time: 1537  Indications for Removal: Therapy complete  Site Appearance: No signs of irritation/inflammation  Dressing  Secured: Bandaid;Sterile gauze | |
| Status | Infusing | Infusing |
| Infiltration Score | 0 | -- |
| Phlebitis Score | 0 | -- |
| Dressing Assessment | Dry;Clean;Secure | -- |

### Gen Peds - Safety Checks

| Row Name | 2336 |
|---|---|
| **CARDIAC MONITOR ALARM LIMITS** | |
| Heart rate limit, High | 160 |
| Heart Rate Limit, Low | 70 |
| SpO2 Limit, High | 100 |
| SpO2 Limit, Low | 90 |

### MobileMeds Pain

| Row Name | 2351 | 2346 | 2341 | 2336 |
|---|---|---|---|---|
| **MOBILEMEDS VITALS** | | | | |
| Temp | 36.5 °C (97.7 °F) | 36.5 °C (97.7 °F) | -- | 36.1 °C (97 °F) |
| Pulse | 96 | 80 | 90 | 86 |



**Children's**
MEDICAL CENTER

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## 09/21/09 (continued)

### MobileMeds Pain (continued)

| Row Name | 2351 | 2346 | 2341 | 2336 |
|---|---|---|---|---|
| Resp | 20 | 20 | 20 | 24 |
| BP | 100/53 mmHg | 98/53 mmHg | 108/54 mmHg | 117/63 mmHg |
| SpO2 | 99 % | 100 % | 100 % | 100 % |

### Hand Off Communication

| Row Name | 2330 |
|---|---|
| INTRA OPERATIVE HANDOFF / SBAR COMMUNICATION | |
| Hand Off / SBAR Communication | Given |
| Communicated With | PACU nurse |
| Patient Destination | PACU |
| Accompanied By | Anesthesiologist;OR nurse;Resident |
| Patient Transported Via | Stretcher |
| Patient Condition | Stable;Pulse Oximetry/Oxygen |

### Treatment/Suction

| Row Name | 2351 | 2346 | 2341 | 2336 |
|---|---|---|---|---|
| ASSESSMENT | | | | |
| Pulse | 96 | 80 | 90 | 86 |
| Resp | 20 | 20 | 20 | 24 |
| FiO2 | -- | -- | -- | 1 |
| SpO2 | 99 % | 100 % | 100 % | 100 % |

### Oxygen/Monitors

| Row Name | 2351 | 2346 | 2341 | 2336 |
|---|---|---|---|---|
| OXYGEN THERAPY | | | | |
| SpO2 | 99 % | 100 % | 100 % | 100 % |
| FiO2 | -- | -- | -- | 1 |
| Flow Rate (L/min) | -- | -- | -- | 6 liters per minute |
| ALARM LIMITS | | | | |
| Heart rate limit, High | -- | -- | -- | 160 |
| Heart Rate Limit, Low | -- | -- | -- | 70 |
| SpO2 Limit, High | -- | -- | -- | 100 |
| SpO2 Limit, Low | -- | -- | -- | 90 |

### Pastoral Care
**None**

### Gen Peds - Assessment

| Row Name | 2351 | 2346 | 2341 | 2336 | 2300 |
|---|---|---|---|---|---|
| OXYGENATION | | | | | |
| SpO2 | 99 % | 100 % | 100 % | 100 % | -- |
| FiO2 | -- | -- | -- | 1 | -- |
| Flow Rate (L/min) | -- | -- | -- | 6 liters per minute | -- |

### URINARY CATHETER

| | | | | | |
|---|---|---|---|---|---|
| Urinary Catheter properties | Placement Date: 09/21/09  Placement Time: 2300  Catheter Type: Foley  Catheter Size: 10fr  Patient identified by: Name;DOB  Procedure/Indications explained to: Patient in OR with general anesthesia  Medical Immobilization: Patient in OR under general anesthesia  Comfort Measures: Patient in OR under general anesthesia  Catheter secured with: Tape  Removal Date: 09/21/09  Removal Time: 2330  Patient Identified by: Medical Record Number;Name  D/C indications: Therapy complete  Foley removed: Foley removed intact;Balloon deflated | | | | |
| Urine color | -- | -- | -- | -- | Yellow |
| Urine clarity | -- | -- | -- | -- | Clear |
| Catheter secured with | -- | -- | -- | -- | Tape |
| Catheter Care | -- | -- | -- | -- | Complete |

### PERIPHERAL IV LEFT HAND:DORSAL DIGITAL METACARPAL

| | | | | | |
|---|---|---|---|---|---|
| PIV Properties | Placement Date: 09/21/09  Placement Time: 2200  Person Inserting Line (if not one documenting): out side hospital  Existing Line from: Outside facility  Catheter Size: 20 gauge  Orientation: Left  Location: H-D.Metacarpal  Number of Attempts: 1  Patient identified by: Name;DOB;Correct procedure verified.  Procedure/Indications explained to: Patient in OR with general anesthesia  Medical Immobilization: Patient in OR under general anesthesia  Removal Date: 09/22/09  Removal Time: 1537  Indications for Removal: Therapy complete  Site Appearance: No signs of irritation/inflammation  Dressing  Secured: Bandaid;Sterile gauze | | | | |
| Status | -- | -- | -- | Infusing | Infusing |
| Infiltration Score | -- | -- | -- | 0 | -- |
| Phlebitis Score | -- | -- | -- | 0 | -- |
| Dressing Assessment | -- | -- | -- | Dry;Clean;Secure | -- |

### WOUND SURGICAL INCISION ABDOMEN

| | | | | | |
|---|---|---|---|---|---|
| Wound Properties | Date First Noted:: 09/21/09  Time First Noted:: 2336  Wound Type: Incision  Wound Location: Abd  Detailed Location Description: UMBLICAL AREA AND RLQ AREA | | | | |
| Closure | -- | -- | -- | Steri-strips | |

**Children's MEDICAL CENTER**

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD, JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## 09/21/09 (continued)

### Gen Peds - Assessment (continued)

| Row Name | 2351 | 2346 | 2341 | 2336 | 2300 |
|---|---|---|---|---|---|
| Drainage Amount | -- | -- | -- | Scant | -- |
| Drainage Character | -- | -- | -- | Thin | -- |
| Drainage Color | -- | -- | -- | Serosanguinous | -- |
| Drainage Odor | -- | -- | -- | No odor | -- |
| Dressing Status | -- | -- | -- | Dry;Intact | -- |
| **MUSCULOSKELETAL** | | | | | |
| Musculoskeletal (WNL) | | -- | | WNL | |
| **PAIN ASSESSMENT** | | | | | |
| Choose/Change a Pain Scale | Yes | Yes | Yes | Yes | |
| **0-5 PAIN** | | | | | |
| Sedation Level | Drowsy, but responds to verbal stimuli | Drowsy, easily aroused | Drowsy, easily aroused | Drowsy, easily aroused | -- |
| Pain Score | 0 | 0 | 0 | 0 | -- |

Daily Cares
**None**
I / O

| Row Name | 2355 | 2336 |
|---|---|---|
| **ARRIVAL FLUIDS** | | |
| Arrival Fluid #1 | -- | NS |
| Arrival Fluid #1 Volume (mL) | 15 mL | |
| **DEX 5%-NACL 0.45%-KCL 20 MEQ/L INFUSION** | | |
| Rate | 70 mL/hr | -- |
| Line | Peripheral IV Left Hand:Dorsal Digital Metacarpal | -- |
| **TOTALS** | | |
| Column Intake | 15 ml | -- |
| Column Net | 15 | -- |
| 24 hour net | 15 | -- |

Vitals

| Row Name | 2351 | 2346 | 2341 | 2336 |
|---|---|---|---|---|
| **TEMPERATURE** | | | | |
| Temp | 36.5 °C (97.7 °F) | 36.5 °C (97.7 °F) | -- | 36.1 °C (97 °F) |
| **HEART RATE** | | | | |
| Pulse | 96 | 80 | 90 | 86 |
| **RESPIRATORY RATE** | | | | |
| Resp | 20 | 20 | 20 | 24 |
| **BLOOD PRESSURE** | | | | |
| BP | 100/53 mmHg | 98/53 mmHg | 108/54 mmHg | 117/63 mmHg |
| **OXYGENATION** | | | | |
| SpO2 | 99 % | 100 % | 100 % | 100 % |
| FiO2 | -- | -- | -- | 1 |
| Flow Rate (L/min) | -- | -- | -- | 6 liters per minute |
| **PAIN ASSESSMENT** | | | | |
| Choose/Change a Pain Scale | Yes | Yes | Yes | Yes |
| **0-5 PAIN** | | | | |
| Sedation Level | Drowsy, but responds to verbal stimuli | Drowsy, easily aroused | Drowsy, easily aroused | Drowsy, easily aroused |
| Pain Score | 0 | 0 | 0 | 0 |

## Multi-Disciplinary Problems (Resolved)

### Problem: CARDIOVASCULAR - ALTERATION IN HYDRATION STATUS

| | |
|---|---|
| Dates: | Start: 09/22/09   Resolved: 09/22/09 |
| Description: | Not On File |

Goal: Patient will return to or improve hydration status prior to discharge. (Resolved)

| | |
|---|---|
| Dates: | Start: 09/22/09   Expected End: 09/25/09   End: 09/22/09 |
| Priority: | Not On File |



DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## Multi-Disciplinary Problems (Resolved) (continued)

### Problem: CARDIOVASCULAR - ALTERATION IN HYDRATION STATUS (continued)

| | |
|---|---|
| Description: | D5 1/2 NSW/20K<br>Record I/O q 4 hours and prn<br>Clear liquids |
| Disciplines:<br>Intervention: | Multidisciplinary<br>1. ASSESS, DOCUMENT AND REPORT TO PROVIDERS STATUS OF MUCOUS MEMBRANES.<br>Start: 09/22/09  End: 09/22/09<br>Description: Not On File |

2. ASSESS, DOCUMENT AND REPORT TO PROVIDERS SKIN TURGOR AND TEXTURE.
Start: 09/22/09  End: 09/22/09
Description: Not On File

3. EDUCATE ON AND RECORD INTAKE AND OUTPUT.
Start: 09/22/09  End: 09/22/09
Description: Not On File

4. MONITOR AND RECORD VITAL SIGNS AS ORDERED.
Start: 09/22/09  End: 09/22/09
Description: Not On File

5. EDUCATE ON AND ENCOURAGE FLUID AS ORDERED.
Start: 09/22/09  End: 09/22/09
Description: Not On File

6. EDUCATE ON AND PROVIDE DIET AS ORDERED.
Start: 09/22/09  End: 09/22/09
Description: Not On File

7. EDUCATE ON AND ADMINISTER IV FLUIDS AS INDICATED.
Start: 09/22/09  End: 09/22/09
Description: Not On File

8. MONITOR AND RECORD ANY ALTERATION IN HYDRATION.
Start: 09/22/09  End: 09/22/09
Description: Not On File

Variances:      Not On File

### Problem: CARDIOVASCULAR - HEMODYNAMIC INSTABILITY

| | |
|---|---|
| Dates: | Start: 09/22/09   Resolved: 09/22/09 |
| Description: | Not On File |

Goal: Patient will regain and/or maintain hemodynamic stability prior to discharge. (Resolved)

| | |
|---|---|
| Dates: | Start: 09/22/09   Expected End: 09/25/09   End: 09/22/09 |
| Priority: | Not On File |
| Description: | Vs q 4 hours and prn<br>CAM/POX |
| Disciplines:<br>Intervention: | Multidisciplinary<br>1. ASSESS, DOCUMENT AND REPORT INDICATORS OF CURRENT HEMODYNAMIC STATUS.<br>Start: 09/22/09  End: 09/22/09<br>Description: Not On File |

2. ASSESS, DOCUMENT AND REPORT ALTERATIONS IN HEMODYNAMIC STATUS.
Start: 09/22/09  End: 09/22/09
Description: Not On File

3. CARDIAC MONITOR AS ORDERED.
Start: 09/22/09  End: 09/22/09
Description: Not On File

**Children's**
MEDICAL CENTER

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD, JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## Multi-Disciplinary Problems (Resolved) (continued)

### Problem: CARDIOVASCULAR - HEMODYNAMIC INSTABILITY (continued)

| | |
|---|---|
| Variances: | Not On File |

### Problem: DISCHARGE NEEDS

| | |
|---|---|
| Dates: | Start: 09/22/09   Resolved: 09/22/09 |
| Description: | Not On File |

Goal: Patient will have home health, hospice and/or discharge needs met prior to discharge. (Resolved)

| | |
|---|---|
| Dates: | Start: 09/22/09   Expected End: 09/25/09   End: 09/22/09 |
| Priority: | Not On File |
| Description: | Review d/c orders and f/u appointments prior to discharge |
| Disciplines: | Multidisciplinary |
| Intervention: | 1. ASSESS, DOCUMENT AND REPORT TO PROVIDER PATIENT/ FAMILY HOME HEALTH, HOSPICE, AND DISCHARGE NEEDS. |
| | Start: 09/22/09   End: 09/22/09 |
| | Description: Not On File |
| | 2. EDUCATE ON AND MAKE FOLLOW-UP APPOINTMENTS AS INDICATED. |
| | Start: 09/22/09   End: 09/22/09 |
| | Description: Not On File |
| | 3. MAKE APPROPRIATE INPATIENT/ COMMUNITY REFERRALS/ CONSULTS. |
| | Start: 09/22/09   End: 09/22/09 |
| | Description: Not On File |
| Variances: | Not On File |

### Problem: INFECTION CONTROL - ISOLATION PRECAUTIONS

| | |
|---|---|
| Dates: | Start: 09/22/09   Resolved: 09/22/09 |
| Description: | Not On File |

Goal: Patient/ family will comply with infection control practices as indicated (Resolved)

| | |
|---|---|
| Dates: | Start: 09/22/09   Expected End: 09/25/09   End: 09/22/09 |
| Priority: | Not On File |
| Description: | Standard precautions |
| | Proper hand hygiene |
| Disciplines: | Multidisciplinary |
| Intervention: | 1. EDUCATE ON AND DEMONSTRATE PROPER HAND WASHING TECHNIQUES. |
| | Start: 09/22/09   End: 09/22/09 |
| | Description: Not On File |
| | 2. EDUCATE ON AND DEMONSTRATE PROPER DISPOSAL OF INFECTIOUS MATERIALS. |
| | Start: 09/22/09   End: 09/22/09 |
| | Description: Not On File |
| | 3. EDUCATE ON  IMPORTANCE OF PATIENT'S EXPOSURE TO ILL/ POTENTIALLY INFECTIOUS FAMILY MEMBERS. |
| | Start: 09/22/09   End: 09/22/09 |
| | Description: Not On File |
| Variances: | Not On File |

### Problem: INTEGUMENTARY-ALTERED TISSUE INTEGRITY

| | |
|---|---|
| Dates: | Start: 09/22/09   Resolved: 09/22/09 |
| Description: | Not On File |

Goal: INCISION / WOUND WILL IMPROVE/ RESOLVE PRIOR TO DISCHARGE. (Resolved)

| | |
|---|---|
| Dates: | Start: 09/22/09   Expected End: 09/25/09   End: 09/22/09 |
| Priority: | Not On File |
| Description: | Assess wound/surgical site q 4 hours and prn |



DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## Multi-Disciplinary Problems (Resolved) (continued)

### Problem: INTEGUMENTARY-ALTERED TISSUE INTEGRITY (continued)

| | |
|---|---|
| Disciplines: | Multidisciplinary |
| Intervention: | 1. ASSESS AND DOCUMENT INCISION, WOUND, DRAIN STATUS AND CARE AS INDICATED.<br>Start: 09/22/09  End: 09/22/09<br>Description: Not On File |
| | 2. NOTIFY PROVIDER OF CHANGES IN INCISION, WOUND, AND/OR DRAIN STATUS.<br>Start: 09/22/09  End: 09/22/09<br>Description: Not On File |
| | 3. EDUCATE ON AND KEEP SKIN CLEAN, DRY, AND INTACT.<br>Start: 09/22/09  End: 09/22/09<br>Description: Not On File |
| | 4. EDUCATE ON AND MAINTAIN ADEQUATE NUTRITION, HYDRATION, AND CIRCULATION.<br>Start: 09/22/09  End: 09/22/09<br>Description: Not On File |
| Variances: | Not On File |

### Problem: ORIENTATION

| | |
|---|---|
| Dates: | Start: 09/22/09   Resolved: 09/22/09 |
| Description: | Not On File |

Goal: PATIENT / FAMILY WILL VERBALIZE UNDERSTANDING OF ADMISSION. (Resolved)

| | |
|---|---|
| Dates: | Start: 09/22/09   Expected End: 09/25/09   End: 09/22/09 |
| Priority: | Not On File |
| Description: | Review admission orders<br>Orient to room, floor<br>Review medical POC |
| Disciplines: | Multidisciplinary |
| Intervention: | 1. ORIENT TO HOSPITAL FACILITY, SERVICES, AND STAFF/ ROLES.<br>Start: 09/22/09  End: 09/22/09<br>Description: Not On File |
| Variances: | Not On File |

Goal: PATIENT / FAMILY WILL VERBALIZE / DEMONSTRATE COMPLIANCE WITH MEDICAL PLAN OF CARE. (Resolved)

| | |
|---|---|
| Dates: | Start: 09/22/09   Expected End: 09/25/09   End: 09/22/09 |
| Priority: | Not On File |
| Description: | Review POC q shift and with changes in orders |
| Disciplines: | Multidisciplinary |
| Intervention: | 1. ASSESS, DOCUMENT AND REPORT TO PROVIDER FACTORS THAT AFFECT COMPLIANCE WITH MEDICAL PLAN OF CARE.<br>Start: 09/22/09  End: 09/22/09<br>Description: Not On File |
| | 2. EDUCATE ON AND IMPLEMENT STRATEGIES THAT IMPROVE COMPLIAN.<br>Start: 09/22/09  End: 09/22/09<br>Description: Not On File |
| | 3. RE-EVALUATE EFFECTIVENESS OF EDUCATION AND INTERVENTIONS AND ADJUST AS INDICATED.<br>Start: 09/22/09  End: 09/22/09<br>Description: Not On File |
| | 4. EDUCATE ON AND PROVIDE DEVELOPMENTALLY APPROPRIATE EMOTIONAL  SUPPORT..<br>Start: 09/22/09  End: 09/22/09<br>Description: Not On File |

**Children's MEDICAL CENTER**

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD, JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## Multi-Disciplinary Problems (Resolved) (continued)

### Problem: ORIENTATION (continued)

5. EDUCATE ON AND PROVIDE DEVELOPMENTALLY APPROPRIATE SPIRITUAL SUPPORT.
Start: 09/22/09  End: 09/22/09
Description: Not On File

6. EDUCATE ON AND PROVIDE DEVELOPMENTALLY APPROPRIATE PSYCHOSOCIAL/ MENTAL SUPPORT.
Start: 09/22/09  End: 09/22/09
Description: Not On File

| | |
|---|---|
| Variances: | Not On File |

Goal: PATIENT / FAMILY WILL VERBALIZE / DEMONSTRATE COMPLIANCE WITH & COLLABORATION IN MULTIDISCIPLINARY PLAN OF CARE (Resolved)

| | |
|---|---|
| Dates: | Start: 09/22/09  Expected End: 09/25/09  End: 09/22/09 |
| Priority: | Not On File |
| Description: | Review IPOC with family and medical team q day and with changes |
| Disciplines: | Multidisciplinary |
| Intervention: | 1. EDUCATE ON AND ESTABLISH CARE PLAN FOR PATIENT/ FAMILY. |

Start: 09/22/09  End: 09/22/09
Description: Not On File

2. EDUCATE ON AND ESTABLISH EDUCATION PLAN FOR PATIENT/ FAMI.
Start: 09/22/09  End: 09/22/09
Description: Not On File

| | |
|---|---|
| Variances: | Not On File |

### Problem: PAIN-ALTERATION IN COMFORT-ACUTE/CHRONIC

| | |
|---|---|
| Dates: | Start: 09/22/09  Resolved: 09/22/09 |
| Description: | Not On File |

Goal: Patient will have adequate pain control and/ or be free from pain prior to discharge. (Resolved)

| | |
|---|---|
| Dates: | Start: 09/22/09  Expected End: 09/25/09  End: 09/22/09 |
| Priority: | Not On File |
| Description: | Morphine as needed |
| | Tylenol as needed |
| Disciplines: | Multidisciplinary |
| Intervention: | 1. ASSESS, DOCUMENT AND REPORT TO PROVIDER PATIENT/ CAREGIVER COMPLAINT OF PAIN. |

Start: 09/22/09  End: 09/22/09
Description: Not On File

2. ASSESS, DOCUMENT AND REPORT TO PROVIDER EFFECTIVENESS OF PAIN RELIEF MEASURES.
Start: 09/22/09  End: 09/22/09
Description: Not On File

3. ASSESS, DOCUMENT AND REPORT TO PROVIDER PATIENT/ CAREGIVER VERBALIZATION OF ADEQUATE PAIN CONTROL.
Start: 09/22/09  End: 09/22/09
Description: Not On File

4. ASSESS PAIN USING DEVELOPMENTALLY AND MEDICALLY APPROPRIATE PAIN SCALE.
Start: 09/22/09  End: 09/22/09
Description: Not On File

5. EDUCATE ON AND ADMINISTER ANALGESIC, ANESTHETICS, OPIOIDS/SEDATIVES AS ORDERED BY PROVIDER.

Children's
MEDICAL CENTER

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD, JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## Multi-Disciplinary Problems (Resolved) (continued)
### Problem: PAIN-ALTERATION IN COMFORT-ACUTE/CHRONIC (continued)

Start: 09/22/09  End: 09/22/09
Description: Not On File

6. ENCOURAGE PATIENT/ CAREGIVER TO VERBALIZE COMPLAINTS OF PAIN.
Start: 09/22/09  End: 09/22/09
Description: Not On File

7. EDUCATE ON AND IMPLEMENT NON-PHARMACOLOGICAL PAIN RELIEF.
Start: 09/22/09  End: 09/22/09
Description: Not On File

Variances:        Not On File

### Problem: PSYCHOSOCIAL-ACTUAL/ POTENTIAL INEFFECTIVE COPING-PATIENT

| | |
|---|---|
| Dates: | Start: 09/22/09  Resolved: 09/22/09 |
| Description: | Not On File |

Goal: Patient will improve, maintain, and/or demonstrate effective coping prior to discharge. (Resolved)

| | |
|---|---|
| Dates: | Start: 09/22/09  Expected End: 09/25/09  End: 09/22/09 |
| Priority: | Not On File |
| Description: | Social work consult for trauma; child life consult |
| Disciplines: | Multidisciplinary |
| Intervention: | 1. ASSESS, DOCUMENT AND REPORT TO PROVIDER ANY SIGNS AND SYMPTOMS OF INEFFECTIVE COPING. |

Start: 09/22/09  End: 09/22/09
Description: Not On File

2. MAKE APPROPRIATE INPATIENT/ COMMUNITY REFERRALS/ CONSULTS.
Start: 09/22/09  End: 09/22/09
Description: Not On File

3. ENCOURAGE VERBALIZATION AND EXPRESSION OF FEELINGS.
Start: 09/22/09  End: 09/22/09
Description: Not On File

4. KEEP PATIENT/ FAMILY INFORMED OF PROCEDURES, TESTS, AND PLANS.
Start: 09/22/09  End: 09/22/09
Description: Not On File

5. LISTEN ATTENTIVELY.
Start: 09/22/09  End: 09/22/09
Description: Not On File

6. ALLOW TO VISIT AS OFTEN AS POSSIBLE.
Start: 09/22/09  End: 09/22/09
Description: Not On File

Variances:        Not On File

### Problem: PSYCHOSOCIAL-ACTUAL/POTENTIAL INEFFECTIVE COPING-FAMILY

| | |
|---|---|
| Dates: | Start: 09/22/09  Resolved: 09/22/09 |
| Description: | Not On File |

Goal: Family will improve, maintain, and/or demonstrate effective coping prior to discharge. (Resolved)

| | |
|---|---|
| Dates: | Start: 09/22/09  Expected End: 09/25/09  End: 09/22/09 |
| Priority: | Not On File |
| Description: | Social work consult for trauma; child life consult |
| Disciplines: | Multidisciplinary |
| Intervention: | 1. ASSESS, DOCUMENT, AND REPORT TO PROVIDER ANY SIGNS AND SYMPTOMS OF INEFFECTIVE COPING. |

Start: 09/22/09  End: 09/22/09

**childrens**
MEDICAL CENTER

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## Multi-Disciplinary Problems (Resolved) (continued)

### Problem: PSYCHOSOCIAL-ACTUAL/POTENTIAL INEFFECTIVE COPING-FAMILY (continued)

|  | Description: Not On File |
|---|---|
|  | 2. MAKE APPROPRIATE INPATIENT/ COMMUNITY REFERRALS/ CONSULTS.<br>Start: 09/22/09  End: 09/22/09<br>Description: Not On File |
|  | 3. KEEP PATIENT/ FAMILY INFORMED OF PROCEDURES, TESTS, AND PLANS.<br>Start: 09/22/09  End: 09/22/09<br>Description: Not On File |
|  | 4. LISTEN ATTENTIVELY.<br>Start: 09/22/09  End: 09/22/09<br>Description: Not On File |
| Variances: | Not On File |

### Problem: RESPIRATORY-INADEQUATE VENTILATION

| Dates: | Start: 09/22/09  Resolved: 09/22/09 |
|---|---|
| Description: | Not On File |

Goal: Patient will improve and/or maintain adequate ventilation while hospitalized. (Resolved)

| Dates: | Start: 09/22/09  Expected End: 09/25/09  End: 09/22/09 |
|---|---|
| Priority: | Not On File |
| Description: | Not On File |
| Disciplines: | Multidisciplinary |
| Intervention: | 1. ASSESS, DOCUMENT AND REPORT TO PROVIDER IN ALTERATION IN VENTILATION.<br>Start: 09/22/09  End: 09/22/09<br>Description: Not On File |
|  | 2. ASSESS, DOCUMENT AND REPORT TO PROVIDER IN INCREASED NEED FOR VENTILATORY SUPPORT.<br>Start: 09/22/09  End: 09/22/09<br>Description: Not On File |
|  | 3. INCENTIVE SPIROMETRY/ BUBBLES AS ORDERED.<br>Start: 09/22/09  End: 09/22/09<br>Description: Not On File |
|  | 4. EDUCATE ON AND ASSIST PATIENT TO TURN, COUGH, AND DEEP BREATH FREQUENTLY.<br>Start: 09/22/09  End: 09/22/09<br>Description: Not On File |
|  | 5. RE-EVALUATE EFFECTIVENESS OF EDUCATION AND INTERVENTIONS AND ADJUST AS INDICATED.<br>Start: 09/22/09  End: 09/22/09<br>Description: Not On File |
| Variances: | Not On File |

### Problem: SAFETY-ACTUAL/ POTENTIAL RISK FOR FALLS

| Dates: | Start: 09/22/09  Resolved: 09/22/09 |
|---|---|
| Description: | Not On File |

Goal: Patient will be free from falls and injury related to falls while hospitalized. (Resolved)

| Dates: | Start: 09/22/09  Expected End: 09/25/09  End: 09/22/09 |
|---|---|
| Priority: | Not On File |
| Description: | Bed locked in low position<br>Side rails up x 2<br>Non skid footwear while ambulating |
| Disciplines: | Multidisciplinary |



DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## Multi-Disciplinary Problems (Resolved) (continued)

### Problem: SAFETY-ACTUAL/ POTENTIAL RISK FOR FALLS (continued)

Intervention:   1. ASSESS, DOCUMENT, AND REPORT TO PROVIDER AS INDICATED RISK FOR FALLS USING THE FALL RISK SCREEN AND/OR ASSESSMENT TOOLS.TALIZATIONS.
　　　　　Start: 09/22/09   End: 09/22/09
　　　　　Description: Not On File

2. EDUCATE ON AND IMPLEMENT INDIVIDUALIZED GENERAL AND/OR HIGH RISK INJURY PREVENTION STRATEGIES AS INDICATED.
　　Start: 09/22/09   End: 09/22/09
　　Description: Not On File

3. RE-EVALUATE EFFECTIVENESS OF EDUCATION AND INTERVENTIONS AND ADJUST AS INDICATED.
　　Start: 09/22/09   End: 09/22/09
　　Description: Not On File

4. NOTIFY PROVIDER OF FALLS DURING CURRENT HOSPITAL ENCOUNTER.
　　Start: 09/22/09   End: 09/22/09
　　Description: Not On File

Variances:   Not On File

### Problem: VENOUS/ ARTERIAL ACCESS

Dates:   Start: 09/22/09   Resolved: 09/22/09
Description:   Not On File
Goal: Patient's venous/ arterial access will remain free from signs and symptoms of infiltration/ extravasation. (Resolved)

Dates:   Start: 09/22/09   Expected End: 09/25/09   End: 09/22/09
Priority:   Not On File
Description:   L hand PIV with IVF
Disciplines:   Multidisciplinary
Intervention:   1. ASSESS, DOCUMENT AND REPORT TO PROVIDER ANY SIGNS AND SYMPTOMS OF INFILTRATION/ EXTRAVASATION.
　　　　　Start: 09/22/09   End: 09/22/09
　　　　　Description: Not On File

2. EDUCATE PATIENT/ FAMILY ON SIGNS AND SYMPTOMS OF INFILTRATION/ EXTRAVASATION.
　　Start: 09/22/09   End: 09/22/09
　　Description: Not On File

3. ASSESS ACCESS SITES HOURLY AND AS INDICATED.
　　Start: 09/22/09   End: 09/22/09
　　Description: Not On File

4. EDUCATE ON AND IMPLEMENT STRATEGIES THAT REDUCE/ ELIMINATE RISK OF INFILTRATION/ EXTRAVASATION.
　　Start: 09/22/09   End: 09/22/09
　　Description: Not On File

Variances:   Not On File

---

**Jerret Armstead**
**9/21/2009 10:11 PM   Surgery**

Department: **Dal Periop Or Main**
Encounter #: **61732462**

Description: **9 year old male**
Provider: **Joseph T. Murphy, MD**

---

acesheet

### Patient Demographics

| Name | Patient ID | SSN | Sex | Birthdate |
|------|-----------|-----|-----|-----------|

**chi¦dren's**
MEDICAL CENTER

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Surg. Date: 9/21/09

## Facesheet (continued)
### Patient Demographics (continued)

| Name | Patient ID | SSN | Sex | Birthdate |
|---|---|---|---|---|
| Armstead, Jerret | 1082807 | xxx-xx-1763 | Male | 06/02/00 (9 yrs) |

| Address | Phone | EMail | Employer |
|---|---|---|---|
| 2426 moffatt ave<br>DALLAS, TX 75216 | 972-480-2566 (H) | | |

| Reg Status | PCP |
|---|---|
| Verified | |

Emergency Contact 1
Armstead,Amanda (Aunt)
2426 moffatt ave
DALLAS, TX 75216
US
972-480-2566 (H)

Emergency Contact 2

Alias

## Encounter Information

| Date & Time | Provider | Department | Center |
|---|---|---|---|
| 9/21/2009 10:11 PM | Joseph T. Murphy, MD | Dal Periop Or Main | DALLAS |

## Allergies as of 9/21/2009
No Known Allergies

## All Immunizations as of 9/21/2009
No immunizations on file.

## Medications
### Medication Comments
** No Medication Comments Found **

### Medications at Start of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **acetaminophen (TYLENOL) 325 mg tablet**<br>**(Discontinued)** | 0 | 0 | 9/22/2009 | 10/19/2009 |
| Sig - Route: Take 1 Tab by mouth every 4 hours as needed for Pain. - ORAL | | | | |
| Class: OTC | | | | |
| Reason for Discontinue: **Therapy completed** | | | | |
| **ibuprofen (MOTRIN) 20 mg/mL suspension**<br>**(Discontinued)** | 0 | 0 | 9/22/2009 | 10/19/2009 |
| Sig - Route: Take 15 mL by mouth every 6 hours as needed. - ORAL | | | | |

Printed on 01/06/2010 10:23 AM

**Children's**
MEDICAL CENTER

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Surg. Date: 9/21/09

## Medications (continued)
### Medications at Start of Encounter (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|

Class: OTC
Reason for Discontinue: **Therapy completed**

### Meds Comments as of 9/21/2009
** No Medication Comments Found **

### Instructions
None

### Problem List

| Problem | Noted | Resolved | Priority | Class |
|---|---|---|---|---|
| **Stab Wound of the Abdomen [879.2J]** | 9/22/2009 by Kathleen Frances Corcoran | No | | |

**Jerret Armstead**
9/22/2009 10:21 AM   History

Department: **Dal Periop Or Main**
Encounter #: **61734443**

Description: **9 year old male**
Provider: **Joseph T. Murphy, MD**

### Facesheet
#### Patient Demographics

| Name | Patient ID | SSN | Sex | Birthdate |
|---|---|---|---|---|
| Armstead, Jerret | 1082807 | xxx-xx-1763 | Male | 06/02/00 (9 yrs) |

| Address | Phone | EMail | Employer |
|---|---|---|---|
| 2426 moffatt ave DALLAS, TX 75216 | 972-480-2566 (H) | | |

| Reg Status | PCP |
|---|---|
| Verified | |

| Emergency Contact 1 | Emergency Contact 2 |
|---|---|
| Armstead,Amanda (Aunt) 2426 moffatt ave DALLAS, TX 75216 US 972-480-2566 (H) | |

Alias

### Encounter Information

| Date & Time | Provider | Department | Center |
|---|---|---|---|
| 9/22/2009 10:21 AM | Joseph T. Murphy, MD | Dal Periop Or Main | DALLAS |

Children's
MEDICAL CENTER

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Enc. Date: 9/22/09

## Facesheet (continued)

### Allergies as of 9/22/2009

No Known Allergies

### All Immunizations as of 9/22/2009

| Name | Date | Dose | VIS Date | Route |
|------|------|------|----------|-------|
| **DTAP** | 9/22/09 04:27 PM (9 y.o.) | 0.5 mL | 7/30/01 | Intramuscular |

Site: Left arm
Given By: Jenny M Pawlewicz
Documented By: Jenny M Pawlewicz
Manufacturer: GlaxoSmithKline
**Lot:** ac14b066aa

## Medications

### Medication Comments

** No Medication Comments Found **

### Medications at Start of Encounter

| | Disp | Refills | Start | End |
|---|------|---------|-------|-----|
| **acetaminophen (TYLENOL) 325 mg tablet (Discontinued)** | 0 | 0 | 9/22/2009 | 10/19/2009 |
| Sig - Route: Take 1 Tab by mouth every 4 hours as needed for Pain. - ORAL | | | | |
| Class: OTC | | | | |
| Reason for Discontinue: **Therapy completed** | | | | |
| **ibuprofen (MOTRIN) 20 mg/mL suspension (Discontinued)** | 0 | 0 | 9/22/2009 | 10/19/2009 |
| Sig - Route: Take 15 mL by mouth every 6 hours as needed. - ORAL | | | | |
| Class: OTC | | | | |
| Reason for Discontinue: **Therapy completed** | | | | |

### Inpatient Medications at Start of Encounter 9/22/2009

| | Dose | Frequency | Start | End |
|---|------|-----------|-------|-----|
| **sodium chloride 0.9% 0.9 % flush** | | | 9/21/2009 | 9/22/2009 |
| Comment: Created by cabinet override pull | | | | |
| **etomidate 2 mg/mL injection** | | | 9/21/2009 | 9/22/2009 |
| Comment: Created by cabinet override pull | | | | |
| **rocuronium 10 mg/mL injection** | | | 9/21/2009 | 9/22/2009 |
| Comment: Created by cabinet override pull | | | | |
| **Diph,Pertus(Acel),Tetanus Pedi (INFANRIX-DTaP) injection 0.5 mL** | 0.5 mL | ONCE | 9/22/2009 | 9/22/2009 |
| Route: INTRAMUSCULAR | | | | |
| **dex 5%-nacl 0.45%-kcl 20 mEq/L infusion (Discontinued)** | | CONTINUOUS | 9/22/2009 | 9/22/2009 |
| Route: INTRAVENOUS | | | | |
| **dex 5%-nacl 0.45%-kcl 20 mEq/L infusion (Discontinued)** | | CONTINUOUS | 9/22/2009 | 9/22/2009 |



DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Enc. Date: 9/22/09

## Medications (continued)

### Inpatient Medications at Start of Encounter 9/22/2009 (continued)

| | Dose | Frequency | Start | End |
|---|---|---|---|---|
| Route: INTRAVENOUS | | | | |
| Reason for Discontinue: **Discontinued by another clinician** | | | | |
| **morphine (pf) 1 mg/mL injection 2 mg** (Discontinued) | 2 mg | EVERY 2 HOURS PRN | 9/22/2009 | 9/22/2009 |
| Route: INTRAVENOUS | | | | |
| Reason for Discontinue: **Patient Discharge** | | | | |
| **acetaminophen tablet 325 mg** (Discontinued) | 300 mg | EVERY 6 HOURS PRN | 9/22/2009 | 9/22/2009 |
| Route: ORAL | | | | |
| Reason for Discontinue: **Patient Discharge** | | | | |
| **sodium chloride 0.9% flush 1-20 mL** (Discontinued) | 1-20 mL | PRN | 9/22/2009 | 9/22/2009 |
| Route: INTRAVENOUS | | | | |
| Reason for Discontinue: **Patient Discharge** | | | | |
| **heparin 10 unit/mL flush 10-50 Units** (Discontinued) | 10-50 Units | PRN | 9/22/2009 | 9/22/2009 |
| Route: INTRAVENOUS | | | | |
| Reason for Discontinue: **Patient Discharge** | | | | |
| **lidocaine-prilocaine (EMLA) cream** (Discontinued) | | PRN | 9/22/2009 | 9/22/2009 |
| Route: TOPICAL | | | | |
| Reason for Discontinue: **Patient Discharge** | | | | |
| **lidocaine-tetracaine (SYNERA) patch 1 Patch** (Discontinued) | 1 Patch | PRN | 9/22/2009 | 9/22/2009 |
| Route: TOPICAL | | | | |
| Reason for Discontinue: **Patient Discharge** | | | | |
| **lidocaine 1% BUFFERED (J-TIP LIDOCAINE) injection** (Discontinued) | | PRN | 9/22/2009 | 9/22/2009 |
| Route: INTRADERMAL | | | | |
| Reason for Discontinue: **Patient Discharge** | | | | |
| **sodium chloride-pres free 0.9 % injection 1-30 mL** (Discontinued) | 1-30 mL | PRN | 9/22/2009 | 9/22/2009 |
| Route: INTRAVENOUS | | | | |
| Reason for Discontinue: **Patient Discharge** | | | | |
| **ampicillin-sulbactam RTA inf 1,600 mg** (Discontinued) | 1,500 mg | ONCE | 9/21/2009 | 9/22/2009 |
| Route: INTRAVENOUS | | | | |
| **metronidazole RTA infusion 300 mg** (Discontinued) | 300 mg | ONCE | 9/21/2009 | 9/22/2009 |
| Route: INTRAVENOUS | | | | |

### Meds Comments as of 9/22/2009

** No Medication Comments Found **

### Instructions

None

# Children's
MEDICAL CENTER

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD, JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Enc. Date: 9/22/09

## Problem List

| Problem | Noted | Resolved | Priority | Class |
|---|---|---|---|---|
| **Stab Wound of the Abdomen [879.2J]** | 9/22/2009 by Kathleen Frances Corcoran | No | | |

**Jerret Armstead**
**10/19/2009 8:40 AM   History**

Department: **Dal General Surgery**
Encounter #: **61865102**

Description: **9 year old male**
Provider: **Joseph T. Murphy, MD**

## Facesheet

### Patient Demographics

| Name | Patient ID | SSN | Sex | Birthdate |
|---|---|---|---|---|
| Armstead, Jerret | 1082807 | xxx-xx-1763 | Male | 06/02/00 (9 yrs) |

| Address | Phone | EMail | Employer |
|---|---|---|---|
| 2426 moffatt ave DALLAS, TX 75216 | 972-480-2566 (H) | | |

| Reg Status | PCP |
|---|---|
| Verified | Tamika L. Perry, DO214-374-0827 |

Emergency Contact 1
Armstead, Amanda (Aunt)
2426 moffatt ave
DALLAS, TX 75216
US
972-480-2566 (H)

Emergency Contact 2

Alias

### Encounter Information

| Date & Time | Provider | Department | Center |
|---|---|---|---|
| 10/19/2009 8:40 AM | Joseph T. Murphy, MD | Dal General Surgery | DALLAS |

### Allergies as of 10/19/2009

No Known Allergies

### All Immunizations as of 10/19/2009

| Name | Date | Dose | VIS Date | Route |
|---|---|---|---|---|
| **DTAP** | 9/22/09 04:27 PM (9 y.o.) | 0.5 mL | 7/30/01 | Intramuscular |

Site: Left arm
Given By: Jenny M Pawlewicz
Documented By: Jenny M Pawlewicz
Manufacturer: GlaxoSmithKline
**Lot:** ac14b066aa

Printed on 01/06/2010 10:23 AM



DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Enc. Date: 10/19/09

**Facesheet (continued)**

## Medications

### Medication Comments

** No Medication Comments Found **

### Medications at Start of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **AMPHET ASP/AMPHET/D-AMPHET (ADDERALL XR PO)** | | | | |
| Sig - Route: Take 1 Tab by mouth 1 time daily on 1 day per week. - ORAL | | | | |
| Class: Historical Med | | | | |
| **acetaminophen (TYLENOL) 325 mg tablet (Discontinued)** | 0 | 0 | 9/22/2009 | 10/19/2009 |
| Sig - Route: Take 1 Tab by mouth every 4 hours as needed for Pain. - ORAL | | | | |
| Class: OTC | | | | |
| Reason for Discontinue: **Therapy completed** | | | | |
| **ibuprofen (MOTRIN) 20 mg/mL suspension (Discontinued)** | 0 | 0 | 9/22/2009 | 10/19/2009 |
| Sig - Route: Take 15 mL by mouth every 6 hours as needed. - ORAL | | | | |
| Class: OTC | | | | |
| Reason for Discontinue: **Therapy completed** | | | | |

### Meds Comments as of 10/19/2009

** No Medication Comments Found **

### Instructions

None

### Problem List

| Problem | Noted | Resolved | Priority | Class |
|---|---|---|---|---|
| **Stab Wound of the Abdomen [879.2J]** | 9/22/2009 by Kathleen Frances Corcoran | No | | |

**Jerret Armstead**
**10/19/2009 8:30 AM   Office Visit**

Department: **Dal General Surgery**
Encounter #: **61733543**

Description: **9 year old male**
Provider: **Joseph T. Murphy, MD**

## Facesheet

### Patient Demographics

| Name | Patient ID | SSN | Sex | Birthdate |
|---|---|---|---|---|
| Armstead, Jerret | 1082807 | xxx-xx-1763 | Male | 06/02/00 (9 yrs) |

| Address | Phone | EMail | Employer |
|---|---|---|---|
| 2426 moffatt ave DALLAS, TX 75216 | 972-480-2566 (H) | | |

Printed on 01/06/2010 10:23 AM



**MEDICAL CENTER**

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Enc. Date: 10/19/09

## Facesheet (continued)

Address          Phone          EMail          Employer

Reg Status          PCP
Verified          Tamika L. Perry, DO214-374-0827

Emergency Contact 1          Emergency Contact 2
Armstead,Amanda (Aunt)
2426 moffatt ave
DALLAS, TX 75216
US
972-480-2566 (H)

Alias

## Private Encounter
Private Encounter
No [2]

## Reason for Visit
**Surgical Follow-up**          9 y/o male. PO diagnostic laparoscopy 9/21/09. Per grandmother pt had diarrhea and vomiting a week ago. Pt complained of feeling dizzy and pain on the sides of his stomach. No fevers

## Encounter Information

| Date & Time | Provider | Department | Center |
|---|---|---|---|
| 10/19/2009 8:30 AM | Joseph T. Murphy, MD | Dal General Surgery | DALLAS |

## Allergies as of 10/19/2009
No Known Allergies

## All Immunizations as of 10/19/2009

| Name | Date | Dose | VIS Date | Route |
|---|---|---|---|---|
| **DTAP** | 9/22/09 04:27 PM (9 y.o.) | 0.5 mL | 7/30/01 | Intramuscular |

Site: Left arm
Given By: Jenny M Pawlewicz
Documented By: Jenny M Pawlewicz
Manufacturer: GlaxoSmithKline
**Lot:** ac14b066aa

## Progress Notes
**Joseph T. Murphy, MD** 10/19/09 08:49 AM  Signed
S/p diagnostic laparoscopy following RLQ stab wound.

Printed on 01/06/2010 10:23 AM



DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Enc. Date: 10/19/09

## Facesheet (continued)

### Progress Notes (continued)

No pathology found at that time.
Now doing well
Tolerating PO / normal bowel habits
Active without c/o
ABD benign
Wounds clean and dry
D/C home
RTC prn

**Transcription Edi** 10/24/09 02:49 PM  Signed

**Transcription Edi** 10/26/09 02:08 PM  Signed

## Medications

### Medications the Patient Reported Taking

| | Dosage |
|---|---|
| **AMPHET ASP/AMPHET/D-AMPHET (ADDERALL XR PO)  (Taking)** | Take 1 Tab by mouth 1 time daily on 1 day per week. |

### Medication Comments
** No Medication Comments Found **

### Medications at Start of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **acetaminophen (TYLENOL) 325 mg tablet** | 0 | 0 | 9/22/2009 | |
| Sig - Route:  Take 1 Tab by mouth every 4 hours as needed for Pain. - ORAL | | | | |
| Class:  OTC | | | | |
| **ibuprofen (MOTRIN) 20 mg/mL suspension** | 0 | 0 | 9/22/2009 | |
| Sig - Route:  Take 15 mL by mouth every 6 hours as needed. - ORAL | | | | |
| Class:  OTC | | | | |

### Meds Comments as of 10/19/2009
** No Medication Comments Found **

### Discontinued Medications

| | |
|---|---|
| **acetaminophen (TYLENOL) 325 mg tablet** | Therapy completed |
| **ibuprofen (MOTRIN) 20 mg/mL suspension** | Therapy completed |

## Instructions



DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Enc. Date: 10/19/09

## Instructions (continued)

None

## Problem List

| Problem | Noted | Resolved | Priority | Class |
|---|---|---|---|---|
| Stab Wound of the Abdomen [879.2J] | 9/22/2009 by Kathleen Frances Corcoran | No | | |

## Jerret Armstead
### 10/19/2009 8:16 AM   PCP/Clinic Change

Description: 9 year old male
Department:
Encounter #: 61864968

## Facesheet

### Patient Demographics

| Name | Patient ID | SSN | Sex | Birthdate |
|---|---|---|---|---|
| Armstead, Jerret | 1082807 | xxx-xx-1763 | Male | 06/02/00 (9 yrs) |

| Address | Phone | EMail | Employer |
|---|---|---|---|
| 2426 moffatt ave DALLAS, TX 75216 | 972-480-2566 (H) | | |

Reg Status
ELAPSED

PCP
Tamika L. Perry, DO214-374-0827

Emergency Contact 1
Armstead,Amanda (Aunt)
2426 moffatt ave
DALLAS, TX 75216
US
972-480-2566 (H)

Emergency Contact 2

Alias

### Encounter Information

| Date & Time | Department | Center |
|---|---|---|
| 10/19/2009 8:16 AM | | None |

### Allergies as of 1/6/2010

No Known Allergies

### All Immunizations as of 1/6/2010

| Name | Date | Dose | VIS Date | Route |
|---|---|---|---|---|
| DTAP | 9/22/09 04:27 PM (9 y.o.) | 0.5 mL | 7/30/01 | Intramuscular |

Site:  Left arm
Given By:  Jenny M Pawlewicz

Printed on 01/06/2010 10:23 AM

**children's**
M E D I C A L   C E N T E R

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Enc. Date: 10/19/09

## Facesheet (continued)

### All Immunizations as of 1/6/2010 (continued)

| Name | Date | | | Dose VIS Date | | Route |
|------|------|--|--|---------------|--|-------|

Documented By: Jenny M Pawlewicz
Manufacturer: GlaxoSmithKline
**Lot:** ac14b066aa

## Medications

### Medication Comments

** No Medication Comments Found **

### Medications at Start of Encounter

| | Disp | Refills | Start | End |
|--|------|---------|-------|-----|
| **AMPHET ASP/AMPHET/D-AMPHET (ADDERALL XR PO)** | | | | |

Sig - Route:  Take 1 Tab by mouth 1 time daily on 1 day per week. - ORAL
Class:  Historical Med

| | Disp | Refills | Start | End |
|--|------|---------|-------|-----|
| **acetaminophen (TYLENOL) 325 mg tablet (Discontinued)** | 0 | 0 | 9/22/2009 | 10/19/2009 |

Sig - Route:  Take 1 Tab by mouth every 4 hours as needed for Pain. - ORAL
Class:  OTC
Reason for Discontinue:  **Therapy completed**

| | Disp | Refills | Start | End |
|--|------|---------|-------|-----|
| **ibuprofen (MOTRIN) 20 mg/mL suspension (Discontinued)** | 0 | 0 | 9/22/2009 | 10/19/2009 |

Sig - Route:  Take 15 mL by mouth every 6 hours as needed. - ORAL
Class:  OTC
Reason for Discontinue:  **Therapy completed**

### Meds Comments as of 10/19/2009

** No Medication Comments Found **

### Instructions

None

### Problem List

| Problem | Noted | Resolved | Priority | Class |
|---------|-------|----------|----------|-------|
| **Stab Wound of the Abdomen [879.2J]** | 9/22/2009 by Kathleen Frances Corcoran | No | | |

**Jerret Armstead**
**9/21/2009 10:02 PM   Hospital Encounter**

Description: **9 year old male**
Department: **Dal C4**
Encounter #: **61732439**

## Facesheet

Printed on 01/06/2010 10:23 AM

**Children's**
MEDICAL CENTER

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## Facesheet (continued)

### Patient Demographics

| Name | Patient ID | SSN | Sex | Birthdate |
|---|---|---|---|---|
| Armstead, Jerret | 1082807 | xxx-xx-1763 | Male | 06/02/00 (9 yrs) |

| Address | Phone | EMail | | Employer |
|---|---|---|---|---|
| 2426 moffatt ave<br>DALLAS, TX 75216 | 972-480-2566 (H) | | | |

| Reg Status | PCP |
|---|---|
| Verified | |

| Emergency Contact 1 | Emergency Contact 2 |
|---|---|
| Armstead,Amanda (Aunt)<br>2426 moffatt ave<br>DALLAS, TX 75216<br>US<br>972-480-2566 (H) | |

Alias

## Private Encounter

Private Encounter
Yes [1]

## Encounter Information

### Admission Information - Hospital Account/Patient Record

| Arrival Date/Time: | 10:02 PM | Admit Date/Time: | 09/21/2009 10:16 PM | IP Adm. Date/Time: | 09/22/2009 12:26 AM |
|---|---|---|---|---|---|
| Admission Type: | Emergency | Admission Source: | Emergency Room | Admit Category: | Main Ed |
| Means of Arrival: | Dallas Fire Rescue Ems | Primary Service: | Trauma | Secondary Service: | None |
| Transfer Source: | None | Service Area: | Children's Medical Center | Unit: | Dal C4 |
| Admit Provider: | Joseph T. Murphy, MD | Attending Provider: | Joseph T. Murphy, MD | Referring Provider: | None |

### Discharge Information - Hospital Account/Patient Record

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 09/22/2009 4:30 PM | Home Or Self Care | 1 Home | Joseph T. Murphy, MD | Dal C4 |

### Reason for Admission

**Stab Wound of the Abdomen** [879.2J]

**Jerret Armstead**                    Department: **Dal Periop Or Main**        Description: **9 year old male**

Printed on 01/06/2010 10:23 AM

# Children's
MEDICAL CENTER

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## Encounter Information (continued)

**9/21/2009 10:11 PM   Surgery**          Encounter #: **61732462**          Provider: **Joseph T. Murphy, MD**

## Facesheet
### Patient Demographics

| Name | Patient ID | SSN | Sex | Birthdate |
|---|---|---|---|---|
| Armstead, Jerret | 1082807 | xxx-xx-1763 | Male | 06/02/00 (9 yrs) |

| Address | Phone | EMail | Employer |
|---|---|---|---|
| 2426 moffatt ave | 972-480-2566 (H) | | |
| DALLAS, TX 75216 | | | |

| Reg Status | PCP |
|---|---|
| Verified | |

Emergency Contact 1
Armstead,Amanda (Aunt)
2426 moffatt ave
DALLAS, TX 75216
US
972-480-2566 (H)

Emergency Contact 2

Alias

## Encounter Information
### Admission Information - Hospital Account/Patient Record

| Arrival Date/Time: | Admit Date/Time: | IP Adm. Date/Time: |
|---|---|---|
| Admission Type: | Admission Source: | Admit Category: |
| Means of Arrival: | Primary Service: | Secondary Service: |
| Transfer Source: | Service Area: | Unit: |
| Admit Provider: | Attending Provider: | Referring Provider: |

### Discharge Information - Hospital Account/Patient Record

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|

### Reason for Admission
None.

---

**Jerret Armstead**          Department: **Dal Periop Or Main**          Description: **9 year old male**
**/22/2009 10:21 AM   History**          Encounter #: **61734443**          Provider: **Joseph T. Murphy, MD**

## Facesheet



**MEDICAL CENTER**

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Enc. Date: 9/22/09

## Facesheet (continued)

### Patient Demographics

| Name | Patient ID | SSN | Sex | Birthdate |
|---|---|---|---|---|
| Armstead, Jerret | 1082807 | xxx-xx-1763 | Male | 06/02/00 (9 yrs) |

| Address | Phone | EMail | Employer |
|---|---|---|---|
| 2426 moffatt ave<br>DALLAS, TX 75216 | 972-480-2566 (H) | | |

| Reg Status | PCP |
|---|---|
| Verified | |

Emergency Contact 1
Armstead,Amanda (Aunt)
2426 moffatt ave
DALLAS, TX 75216
US
972-480-2566 (H)

Emergency Contact 2

Alias

## Encounter Information

### Admission Information - Hospital Account/Patient Record

| Arrival Date/Time: | Admit Date/Time: | IP Adm.<br>Date/Time: |
|---|---|---|
| Admission Type: | Admission Source: | Admit Category: |
| Means of Arrival: | Primary Service: | Secondary Service: |
| Transfer Source: | Service Area: | Unit: |
| Admit Provider: | Attending Provider: | Referring Provider: |

### Discharge Information - Hospital Account/Patient Record

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|

### Reason for Admission

None.

**Jerret Armstead**                    Department: **Dal General Surgery**    Description: **9 year old male**
**10/19/2009 8:40 AM   History**         Encounter #: **61865102**                Provider: **Joseph T. Murphy, MD**

## Facesheet

### Patient Demographics

| Name | Patient ID | SSN | Sex | Birthdate |
|---|---|---|---|---|
| Armstead, Jerret | 1082807 | xxx-xx-1763 | Male | 06/02/00 (9 yrs) |

Printed on 01/06/2010 10:23 AM

 **Ch\ldren's**
MEDICAL CENTER

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Enc. Date: 10/19/09

## Facesheet (continued)

### Patient Demographics (continued)

| Name | Patient ID | SSN | Sex | Birthdate |
|------|-----------|-----|-----|-----------|

| Address | Phone | EMail | | Employer |
|---------|-------|-------|--|----------|
| 2426 moffatt ave | 972-480-2566 (H) | | | |
| DALLAS, TX 75216 | | | | |

Reg Status                    PCP
Verified                       Tamika L. Perry, DO214-374-0827

Emergency Contact 1           Emergency Contact 2
Armstead,Amanda (Aunt)
2426 moffatt ave
DALLAS, TX 75216
US
972-480-2566 (H)

Alias

## Encounter Information

### Admission Information - Hospital Account/Patient Record

| Arrival Date/Time: | Admit Date/Time: | IP Adm. Date/Time: |
|---|---|---|
| Admission Type: | Admission Source: | Admit Category: |
| Means of Arrival: | Primary Service: | Secondary Service: |
| Transfer Source: | Service Area: | Unit: |
| Admit Provider: | Attending Provider: | Referring Provider: |

### Discharge Information - Hospital Account/Patient Record

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|

### Reason for Admission

None.

| **Jerret Armstead** | Department: **Dal General Surgery** | Description: **9 year old male** |
|---|---|---|
| **10/19/2009 8:30 AM   Office Visit** | Encounter #: **61733543** | Provider: **Joseph T. Murphy, MD** |

## Facesheet

### Patient Demographics

| Name | Patient ID | SSN | Sex | Birthdate |
|------|-----------|-----|-----|-----------|
| Armstead, Jerret | 1082807 | xxx-xx-1763 | Male | 06/02/00 (9 yrs) |

Printed on 01/06/2010 10:23 AM



DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Enc. Date: 10/19/09

## Facesheet (continued)

| Address | Phone | EMail | Employer |
|---|---|---|---|
| 2426 moffatt ave | 972-480-2566 (H) | | |
| DALLAS, TX 75216 | | | |

| Reg Status | PCP |
|---|---|
| Verified | Tamika L. Perry, DO214-374-0827 |

Emergency Contact 1
Armstead,Amanda (Aunt)
2426 moffatt ave
DALLAS, TX 75216
US
972-480-2566 (H)

Emergency Contact 2

Alias

## Private Encounter

Private Encounter
No [2]

## Encounter Information

### Admission Information - Hospital Account/Patient Record

| Arrival Date/Time: | 8:16 AM | Admit Date/Time: | 10/19/2009  8:30 AM | IP Adm. Date/Time: | None |
|---|---|---|---|---|---|
| Admission Type: | Elective | Admission Source: | Clinic Referral | Admit Category: | None |
| Means of Arrival: | None | Primary Service: | Surgery | Secondary Service: | None |
| Transfer Source: | None | Service Area: | Children's Medical Center | Unit: | Dal General Surgery |
| Admit Provider: | Joseph T. Murphy, MD | Attending Provider: | Joseph T. Murphy, MD | Referring Provider: | Unknown Physician, MD |

### Discharge Information - Hospital Account/Patient Record

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 10/19/2009  8:33 AM | Home Or Self Care | None | None | Dal General Surgery |

## Reason for Admission

**S/P Laparoscopy** [V45.89CG]  - Primary

| | |
|---|---|
| **Jerret Armstead** | Description: **9 year old male** |
| **10/19/2009 8:16 AM   PCP/Clinic Change** | Department: |
| | Encounter #: **61864968** |

## Facesheet

Printed on 01/06/2010 10:23 AM



**MEDICAL CENTER**

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Enc. Date: 10/19/09

## Encounter Information (continued)

### Patient Demographics

| Name | Patient ID | SSN | Sex | Birthdate |
|------|-----------|-----|-----|-----------|
| Armstead, Jerret | 1082807 | xxx-xx-1763 | Male | 06/02/00 (9 yrs) |

| Address | Phone | EMail | Employer |
|---------|-------|-------|----------|
| 2426 moffatt ave<br>DALLAS, TX 75216 | 972-480-2566 (H) | | |

| Reg Status | PCP |
|-----------|-----|
| ELAPSED | Tamika L. Perry, DO214-374-0827 |

| Emergency Contact 1 | Emergency Contact 2 |
|--------------------|--------------------|
| Armstead,Amanda (Aunt)<br>2426 moffatt ave<br>DALLAS, TX 75216<br>US<br>972-480-2566 (H) | |

Alias

## Encounter Information

### Admission Information - Hospital Account/Patient Record

| Arrival Date/Time: | Admit Date/Time: | IP Adm. Date/Time: |
|-------------------|-----------------|--------------------|
| Admission Type: | Admission Source: | Admit Category: |
| Means of Arrival: | Primary Service: | Secondary Service: |
| Transfer Source: | Service Area: | Unit: |
| Admit Provider: | Attending Provider: | Referring Provider: |

### Discharge Information - Hospital Account/Patient Record

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|--------------------|----------------------|----------------------|-------------------|------|
| | | | | |

### Reason for Admission

None.

**Jerret Armstead**
**9/21/2009 10:02 PM   Hospital Encounter**

Description: **9 year old male**
Department: **Dal C4**
Encounter #: **61732439**

## Facesheet

### Patient Demographics

| Name | Patient ID | SSN | Sex | Birthdate |
|------|-----------|-----|-----|-----------|


**Children's**
M E D I C A L   C E N T E R

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD, JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## Facesheet (continued)

### Patient Demographics (continued)

| Name | Patient ID | SSN | Sex | Birthdate |
|---|---|---|---|---|
| Armstead, Jerret | 1082807 | xxx-xx-1763 | Male | 06/02/00 (9 yrs) |

| Address | Phone | EMail | Employer |
|---|---|---|---|
| 2426 moffatt ave<br>DALLAS, TX 75216 | 972-480-2566 (H) | | |

| Reg Status | PCP |
|---|---|
| Verified | |

Emergency Contact 1
Armstead, Amanda (Aunt)
2426 moffatt ave
DALLAS, TX 75216
US
972-480-2566 (H)

Emergency Contact 2

Alias

## Private Encounter

Private Encounter
Yes [1]

## Encounter Information

### Admission Information - Hospital Account/Patient Record

| Arrival Date/Time: | 10:02 PM | Admit Date/Time: | 09/21/2009 10:16 PM | IP Adm. Date/Time: | 09/22/2009 12:26 AM |
|---|---|---|---|---|---|
| Admission Type: | Emergency | Admission Source: | Emergency Room | Admit Category: | Main Ed |
| Means of Arrival: | Dallas Fire Rescue Ems | Primary Service: | Trauma | Secondary Service: | None |
| Transfer Source: | None | Service Area: | Children's Medical Center | Unit: | Dal C4 |
| Admit Provider: | Joseph T. Murphy, MD | Attending Provider: | Joseph T. Murphy, MD | Referring Provider: | None |

### Discharge Information - Hospital Account/Patient Record

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 09/22/2009 4:30 PM | Home Or Self Care | 1 Home | Joseph T. Murphy, MD | Dal C4 |

## Reason for Admission

**Stab Wound of the Abdomen** [879.2J]

## Imaging Results

| XR CHEST SINGLE VIEW PORTABLE [10463811] | Final result |
|---|---|

Printed on 01/06/2010 10:23 AM



**DALLAS**
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## Encounter Information (continued)

**Imaging Results (continued)**

Resulted: 09/22/09 0844

| | | | |
|---|---|---|---|
| Ordered by: | Joseph T. Murphy, MD 09/21/09 2215 | Resulted by: | Jeannie K. Kwon, MD |
| Performed: | 09/21/09 2150 - 09/21/09 2215 | Specimen: | 09/21/09 2215 |
| Narrative: | | | |

Name: ARMSTEAD, JERRET       DOB: 6/2/00 Age: 9 years
Sex: Male
MRN: 001082807       Ordering Phys: N/A

### R a d i o l o g y   R e p o r t

Procedure         Exam Date/Time    Accession
RA Chest Single View Portable   9/21/09 10:15:00 PM   RA-09-0118638

Reason for exam
stabbing

Report

FINDINGS: The trachea is normal in alignment. The aortic arch is
left-sided. The cardiac silhouette is normal in size. The lungs are clear
and well expanded. No effusions are present. The regional osseous
structures demonstrate no abnormality. No radiopaque foreign body is
present. Mild right axillary soft tissue prominence.

IMPRESSION: CLEAR LUNGS. RIGHT AXILLARY SOFT TISSUE PROMINENCE. NO
RADIOPAQUE FOREIGN BODY.
                    ***FINAL REPORT***

Dictated Date and Time: 22-SEP-09 08:24

Dictated by:    KWON, MD JEANNIE K
Signing Radiologist: KWON, MD JEANNIE K

        Signed: 22-SEP-09 08:44
        KWON, MD JEANNIE K
        ( Electronic Signature )

**Chıldren's**
MEDICAL CENTER

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

**Encounter Information (continued)**

**Imaging Results (continued)**

Page  1  of  1             Printed Date/Time:  09/22/09  8:44 AM

XR CHEST SINGLE VIEW PORTABLE [10463811]                                                    Preliminary result
Resulted: 09/22/09 0825

| Ordered by: | Joseph T. Murphy, MD 09/21/09 2215 | Resulted by: | Jeannie K. Kwon, MD |
|---|---|---|---|
| Performed: | 09/21/09 2150 - 09/21/09 2215 | Specimen: | 09/21/09 2215 |
| Narrative: | | | |

Name:  ARMSTEAD, JERRET          DOB:  6/2/00  Age:  9 years
                      Sex:  Male
MRN:  001082807               Ordering Phys:  N/A

R a d i o l o g y   R e p o r t

Procedure              Exam Date/Time      Accession
RA Chest Single View Portable    9/21/09 10:15:00 PM  RA-09-0118638

Reason for exam
stabbing

Report

FINDINGS:  The trachea is normal in alignment.  The aortic arch is
left-sided.  The cardiac silhouette is normal in size.  The lungs are clear
and well expanded.  No effusions are present.  The regional osseous
structures demonstrate no abnormality. No radiopaque foreign body is
present.  Mild right axillary soft tissue prominence.

IMPRESSION:  CLEAR LUNGS.  RIGHT AXILLARY SOFT TISSUE PROMINENCE.  NO

Printed on 01/06/2010 10:23 AM

children's MEDICAL CENTER
DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## Encounter Information (continued)

### Imaging Results (continued)

RADIOPAQUE FOREIGN BODY.

***PRELIMINARY REPORT***

Dictated Date and Time: 22-SEP-09 08:24

Reviewed by: KWON, MD JEANNIE K

Page 1 of 1 Printed Date/Time: 09/22/09 8:25 AM

**Jerret Armstead** Department: **Dal Periop Or Main** Description: **9 year old male**
**9/21/2009 10:11 PM Surgery** Encounter #: **61732462** Provider: **Joseph T. Murphy, MD**

## Facesheet

### Patient Demographics

| Name | Patient ID | SSN | Sex | Birthdate |
|---|---|---|---|---|
| Armstead, Jerret | 1082807 | xxx-xx-1763 | Male | 06/02/00 (9 yrs) |

| Address | Phone | EMail | Employer |
|---|---|---|---|
| 2426 moffatt ave<br>DALLAS, TX 75216 | 972-480-2566 (H) | | |

| Reg Status | PCP |
|---|---|
| | |

Printed on 01/06/2010 10:23 AM



**Children's**
MEDICAL CENTER

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD, JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Surg. Date: 9/21/09

## Facesheet (continued)

| | |
|---|---|
| Reg Status | PCP |
| Verified | |

Emergency Contact 1
Armstead, Amanda (Aunt)
2426 moffatt ave
DALLAS, TX 75216
US
972-480-2566 (H)

Emergency Contact 2

Alias

## Encounter Information

### Admission Information - Hospital Account/Patient Record

| | | |
|---|---|---|
| Arrival Date/Time: | Admit Date/Time: | IP Adm. Date/Time: |
| Admission Type: | Admission Source: | Admit Category: |
| Means of Arrival: | Primary Service: | Secondary Service: |
| Transfer Source: | Service Area: | Unit: |
| Admit Provider: | Attending Provider: | Referring Provider: |

### Discharge Information - Hospital Account/Patient Record

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|

### Reason for Admission

None.

---

**Jerret Armstead**
**9/22/2009 10:21 AM   History**

Department: **Dal Periop Or Main**
Encounter #: **61734443**

Description: **9 year old male**
Provider: **Joseph T. Murphy, MD**

## Facesheet

### Patient Demographics

| Name | Patient ID | SSN | Sex | Birthdate |
|---|---|---|---|---|
| Armstead, Jerret | 1082807 | xxx-xx-1763 | Male | 06/02/00 (9 yrs) |

| Address | Phone | EMail | Employer | |
|---|---|---|---|---|
| 2426 moffatt ave<br>DALLAS, TX 75216 | 972-480-2566 (H) | | | |

| | |
|---|---|
| Reg Status | PCP |
| Verified | |

---

Printed on 01/06/2010 10:23 AM

**cnʼdrens**
MEDICAL CENTER

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Enc. Date: 9/22/09

## Facesheet (continued)

Emergency Contact 1
Armstead,Amanda (Aunt)
2426 moffatt ave
DALLAS, TX 75216
US
972-480-2566 (H)

Emergency Contact 2

Alias

## Encounter Information

### Admission Information - Hospital Account/Patient Record

| | | |
|---|---|---|
| Arrival Date/Time: | Admit Date/Time: | IP Adm. Date/Time: |
| Admission Type: | Admission Source: | Admit Category: |
| Means of Arrival: | Primary Service: | Secondary Service: |
| Transfer Source: | Service Area: | Unit: |
| Admit Provider: | Attending Provider: | Referring Provider: |

### Discharge Information - Hospital Account/Patient Record

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|

## Reason for Admission

None.

---

**Jerret Armstead**
**10/19/2009 8:40 AM   History**

Department: **Dal General Surgery**
Encounter #: **61865102**

Description: **9 year old male**
Provider: **Joseph T. Murphy, MD**

## Facesheet

### Patient Demographics

| Name | Patient ID | SSN | Sex | Birthdate |
|---|---|---|---|---|
| Armstead, Jerret | 1082807 | xxx-xx-1763 | Male | 06/02/00 (9 yrs) |

| Address | Phone | EMail | Employer |
|---|---|---|---|
| 2426 moffatt ave DALLAS, TX 75216 | 972-480-2566 (H) | | |

| Reg Status | PCP |
|---|---|
| Verified | Tamika L. Perry, DO214-374-0827 |

Emergency Contact 1
Armstead,Amanda (Aunt)
2426 moffatt ave
DALLAS, TX 75216

Emergency Contact 2

Printed on 01/06/2010 10:23 AM



**MEDICAL CENTER**

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Enc. Date: 10/19/09

## Facesheet (continued)

Emergency Contact 1
US
972-480-2566 (H)

Emergency Contact 2

Alias

## Encounter Information

### Admission Information - Hospital Account/Patient Record

| | | |
|---|---|---|
| Arrival Date/Time: | Admit Date/Time: | IP Adm. |
| | | Date/Time: |
| Admission Type: | Admission Source: | Admit Category: |
| Means of Arrival: | Primary Service: | Secondary Service: |
| Transfer Source: | Service Area: | Unit: |
| Admit Provider: | Attending Provider: | Referring Provider: |

### Discharge Information - Hospital Account/Patient Record

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|

## Reason for Admission

None.

---

**Jerret Armstead**                     Department: **Dal General Surgery**     Description: **9 year old male**
**10/19/2009 8:30 AM   Office Visit**         Encounter #: **61733543**             Provider: **Joseph T. Murphy, MD**

## Facesheet

### Patient Demographics

| Name | Patient ID | SSN | Sex | Birthdate |
|---|---|---|---|---|
| Armstead, Jerret | 1082807 | xxx-xx-1763 | Male | 06/02/00 (9 yrs) |

| Address | Phone | EMail | Employer |
|---|---|---|---|
| 2426 moffatt ave | 972-480-2566 (H) | | |
| DALLAS, TX 75216 | | | |

| Reg Status | PCP |
|---|---|
| Verified | Tamika L. Perry, DO 214-374-0827 |

Emergency Contact 1
Armstead,Amanda (Aunt)
2426 moffatt ave
DALLAS, TX 75216
US
972-480-2566 (H)

Emergency Contact 2

---

Printed on 01/06/2010 10:23 AM

**Children's**
MEDICAL CENTER

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Enc. Date: 10/19/09

## Facesheet (continued)

Alias

## Private Encounter

Private Encounter
No [2]

## Encounter Information

### Admission Information - Hospital Account/Patient Record

| | | | | | | |
|---|---|---|---|---|---|---|
| Arrival Date/Time: | 8:16 AM | Admit Date/Time: | 10/19/2009 8:30 AM | IP Adm. Date/Time: | None |
| Admission Type: | Elective | Admission Source: | Clinic Referral | Admit Category: | None |
| Means of Arrival: | None | Primary Service: | Surgery | Secondary Service: | None |
| Transfer Source: | None | Service Area: | Children's Medical Center | Unit: | Dal General Surgery |
| Admit Provider: | Joseph T. Murphy, MD | Attending Provider: | Joseph T. Murphy, MD | Referring Provider: | Unknown Physician, MD |

### Discharge Information - Hospital Account/Patient Record

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 10/19/2009 8:33 AM | Home Or Self Care | None | None | Dal General Surgery |

### Reason for Admission

S/P Laparoscopy  [V45.89CG]  - Primary

**Jerret Armstead**
**10/19/2009 8:16 AM   PCP/Clinic Change**

Description: **9 year old male**
Department:
Encounter #: **61864968**

## Facesheet
### Patient Demographics

| Name | Patient ID | SSN | Sex | Birthdate |
|---|---|---|---|---|
| Armstead, Jerret | 1082807 | xxx-xx-1763 | Male | 06/02/00 (9 yrs) |

| Address | Phone | EMail | Employer |
|---|---|---|---|
| 2426 moffatt ave DALLAS, TX 75216 | 972-480-2566 (H) | | |

| Reg Status | PCP |
|---|---|
| ELAPSED | Tamika L. Perry, DO214-374-0827 |

Emergency Contact 1
Armstead,Amanda (Aunt)

Emergency Contact 2

Printed on 01/06/2010 10:23 AM



DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Enc. Date: 10/19/09

## Facesheet (continued)

Emergency Contact 1

2426 moffatt ave
DALLAS, TX 75216
US
972-480-2566 (H)

Emergency Contact 2

Alias

## Encounter Information

### Admission Information - Hospital Account/Patient Record

| Arrival Date/Time: | Admit Date/Time: | IP Adm. Date/Time: |
|---|---|---|
| Admission Type: | Admission Source: | Admit Category: |
| Means of Arrival: | Primary Service: | Secondary Service: |
| Transfer Source: | Service Area: | Unit: |
| Admit Provider: | Attending Provider: | Referring Provider: |

### Discharge Information - Hospital Account/Patient Record

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|

### Reason for Admission

None.

## END OF REPORT



**CHILDREN'S MEDICAL CENTER DALLAS**
1935 Motor Street • Dallas, Texas 75235
(214) 456-7000

**Consent for Treatment/
Advance Directive Notice**

CONSENT
CMC87005-011      Rev. 08/01/2004

06/02/2000    M        SUR          Page 1 of 4
ARMSTEAD,    JERRET
10/19/09  0830             E      X
1082807          61733543

PATIENT AND/OR GUARANTOR MUST REVIEW THE FOLLOWING INFORMATION

**I. Consent for Care and Treatment**

I hereby acknowledge that I/my child/my ward needs medical care and treatment. I voluntarily consent to the performance of hospital services and the use of all means of diagnostic and laboratory work of any kind (including but not limited to the taking of blood, tissue, fluids and other body samples, pictures and videotapes, x-ray or other radiographic procedures) upon myself/child/my ward, which are deemed necessary or prudent by my/my child/my ward's attending physician or any other member of the medical staff of Children's caring for me/my child/my ward. I also consent to the videotaping of myself/my child/my ward's treatment in the critical care area within the emergency department of Children's for quality improvement and educational purposes only. I understand that Children's functions in part as a teaching institute and I hereby acknowledge and consent to the use of myself/my child/my ward and related records, laboratory work or specimens and diagnostic results to be used from time to time for instructional purposes at the sole discretion of Children's.

**II. Patients eighteen (18) years of age or older, Legal Guardians of Incompetent Adults and Emancipated Minors only.**

I have received information regarding Advance Directives and the hospital's policies related to them. Advance Directives are documents such as Medical Power of Attorney, Advance Directives to Physicians, Declaration of Mental Health Treatment or Out of Hospital - Do Not Resuscitate Order.

Please initial the following applicable statement:

_____ I have executed an Advance Directive and have been requested to supply a copy to the hospital.
_____ I have not executed an Advance Directive.
_____ I wish to execute an Advance Directive.

Immediate questions can be addressed to Pastoral Care, (214) 456-2822 or Social Services (214) 456-2300.

If Children's Medical Center Dallas is unable to comply with my Advance Directive, a consult with the Ethics Committee may be requested.

I hereby acknowledge that I have read and I understand the above Consent for Treatment and Advance Directive Policy.

Parent/Patient Representative:                                    Hospital Staff Witness

_Margaritta Brooks_                                              _____
Signature                                                        Signature

_Margaritta Brooks_                                              10  19  09
Print Your Name                                                  Month  Day  Year

(469) 789-9618
Your Home Phone #

_Grand-Mother_
Relationship to Patient

10  19  2009
Month  Day  Year



**CHILDREN'S MEDICAL CENTER DALLAS**
1935 Motor Street • Dallas, Texas 75235
(214) 456-7000

**Authorization For The Use
And Disclosure
Of Health Information**

CONSENT
CMC87005-001        Rev. 06/01/2004

| 06/02/2000 | M | SUR | Page 2 of 4 |
| ARMSTEAD,  JERRET | | E | X |
| 10/19/09 0830 | | | |
| 1082807 | 61733543 | | |

**1. Disclosure of Information for Payment Purposes**

I hereby authorize Children's Medical Center Dallas ("Children's") and its workforce members and my/my child's/my ward's attending, consulting, or treating physician providing medical goods and services to me/my child/my ward (including such physician's workforce members) to disclose the information necessary to facilitate payment by a person or entity liable for payment on my/my child/my ward's behalf, to verify coverage or answer payment questions, or for any other purpose related to benefit payment. This information may be disclosed from my/my child's/my ward's medical and/or financial records and may include without limitation diagnosis and treatment records, history and physical, emergency records, laboratory reports, operative reports, physician progress notes, nurses notes, consultations, psychological and or psychiatric reports, and discharge summary. This authorization specifically includes information concerning communicable diseases such as Human Immunodeficiency Virus (HIV) and Acquired Immune Deficiency Syndrome (AIDS) including HIV/AIDS test results), genetic information, drug/alcohol abuse, psychiatric or psychological conditions, or mental retardation. This authorization applies to financial and/or medical records created in the course of and relating to this, or subsequent, hospitalization. I/my child/my ward understand(s) that this information may be required to be released in order to obtain payment for my/my child's/my ward's medical expenses incurred for treatment at Children's and by any physician providing medical goods and services to me/my child/my ward.

**2. Directory Information and Patient Unit Trucking Board**

Unless I object below, my/my child's/my ward's name will be added to the admission list and Patent Unit Tracking Board upon admission. If a person asks for me/my child/my ward by name the Hospital may acknowledge me/my child/my ward's presence and room number and allows the receipt of telephone calls, flowers, mail and visitors. The Hospital may acknowledge my/my child/my ward's condition with a one word statement (good, fair, serious, critical) upon request, however all patients in Foster Care, or in the custody of Child Protective Services (CPS), will be listed as a no information patient.

**Request to be Listed as a No Information Patient**

_____ I object to Children's use and disclosure of my/my child/my ward's information for directory information purposes and use on the Patient Unit Tracking Board, and I wish me/my child/my ward to be designated as a "no information patient."
I understand that I may revoke this authorization at any time (except to the extent that action has been taken in reliance on this authorization) by contacting the Admitting department at (214) 456-2190.

**3. (MEDICARE/MEDICAID ONLY) Patient's Certification and Authorization to Release Information and Payment Request**

I certify that the information given by me/my child/my ward in applying for payment under Title XVIII (Medicare) or Title XIX (Medicaid) of the Social Security Act is correct. I authorize any holder of medical or other information about me/my child/my ward to release to the Social Security Administration or intermediaries or carriers any information needed for this or a related Medicare or Medicaid claim. I request that payment of authorized benefits be made on my/my child's/my ward's behalf.

**4. Expiration Date**

Unless earlier revoked, I understand that this authorization will expire [three (3) years] from the date of my last inpatient or outpatient admission or treatment at Children's.

**5. Acknowledgement of Notice of Privacy Practices**

I have been offered a copy of Children's Medical Center Dallas' Notice of Privacy Practices and I understand that I may direct any questions/concerns to the Privacy Officer at (214) 456-4444.

I hereby acknowledge that I have read and I understand the above Authorization for the Use and Disclosure of Health Information.

Patient/Patient Representative: _Margarette Brook_           Date: _10/19/2009_

Relationship to Patient: _Grandmother_   Hospital staff witness signature: _____   Date: _10/19/09_

---

**FOR OFFICIAL USE ONLY:** Children's Medical Center Dallas will make a good faith effort to obtain a written acknowledgement of receipt of the Notice provided to the individual. If the patient is unwilling and/or unable to sign this acknowledgement, Children's Medical Center Dallas must document its good faith efforts to obtain such acknowledgement and record the reason within the acknowledgement was not obtained.

• Reason _____

Date _____ Staff Signature _____



**CHILDREN'S MEDICAL CENTER DALLAS**
1935 Motor Street • Dallas, Texas 75235
(214) 456-7000

**Registration Agreement**

CONSENT
CMC87005-001      Rev. 06/01/2004

```
06/02/2000      M      SUR          Page 3 of 4
ARMSTEAD,   JERRET
10/19/09  0830                E      X
1082807          61733543
```

## THE PATIENT AND/OR GUARANTOR MUST REVIEW AND COMPLETE THE FOLLOWING INFORMATION

**I.   Financial Responsibility**
In consideration of services rendered or to be rendered to me/my child/my ward, the undersigned, whether I/my child/my ward is the patient, patient's relative, patient's legal guardian, representative, agent, other individual or entity, hereby obligate myself/himself/herself individually to the hospital and physicians, including surgeons, radiologists, pathologists, anesthesiologists and consultants involved in my/my child/my ward's care and agree to pay for any and all charges and expenses incurred or to be incurred except to the extent limited or prohibited by Children's contractual arrangements with me/my child/my ward's health plan, which may include Medicaid, Medicare or Tricare. It is agreed and understood that regardless of any and all assigned benefits/monies, I, as the designated responsible party, am responsible for the total charges for services rendered. I further agree that all amounts are due upon request and are payable to the hospital and the appropriate physicians, including surgeons, radiologists, pathologists, anesthesiologists, and consultants involved in my/my child/my ward's care, and agree to pay for any and all charges and expenses incurred or to be incurred. It is further agreed and understood that should this account become delinquent and it becomes necessary for the account to be referred to an attorney or collection agency for collection or suit, I, as the designated responsible party or entity, shall pay all patient charges, reasonable attorney's fees and collection expenses. I agree that if this account results in a credit balance, the credit amount will be applied to any outstanding accounts, either current or bad debt.

**II.   Assignment of Benefits/Insurance Requirements**
In consideration of services rendered or to be rendered to me/my child/my ward, I hereby irrevocably assign and transfer to the hospital all right, title and interest in all benefits/monies payable for services/supplies rendered, including but not limited to: group medical/indemnity/self-insured/Employee Retirement Income Security Act benefits/coverage, Personal Injury Protection, Uninsured Motorists/Underinsured Motorists, auto/homeowner insurance, and in all causes of action against any party or entity that may be responsible for payment of benefits/monies regardless of whether or not I ultimately settle my claim with a non-admission of liability provision. I fully understand that, in the event the hospital files a claim on my behalf, that the same does not impose any contractual obligation or otherwise upon the hospital and that I remain fully responsible for instituting suit within the applicable status of limitations regardless of the assignment of causes of action. I authorize the hospital to appeal any denial under my appeal rights provision. It is hereby agreed and understood that any condition precedent, subsequent or otherwise, including but not limited to, pre-certification, pre-authorization, or second opinions shall remain the sole responsibility of the patient and/or the patients family, legal guardian, representative or agent. I further understand that failure to pre-certify could result in reduced payments from my/my child/my ward's insurance company, leaving the undersigned financially responsible for the non-reimbursed portion of my/my child/my ward's bill. It is further agreed and understood that the obtaining of verification of benefits and/or pre-certification does not in any form or fashion relieve the patient or patient's family, other individual or entity signing on my/my child/my ward's behalf of any liability for the financial responsibility for goods and services provided or to be provided to the patient by the hospital and any physician. I fully understand and agree that the hospital shall be entitled to full payment where a third-party accident is involved, notwithstanding any benefits payable by a managed care payer on my behalf, as third party bears primary responsibility.

**III.   Authorization to Appeal**
I hereby authorize the hospital, its agent, representative or counsel to appeal on my behalf any of my claim(s) with Wal-Mart if applicable, Blue Cross and Blue Shield, if applicable, Humana, if applicable, and/or any payer which denies and/or delays payment for my claim(s). I further authorize that the payers listed herein and any other payers release any and all information requested and/or related to my claim(s) to the hospital and/or its attorneys. This authorization is irrevocable from the moment I formalize it herein and any appeal by the hospital shall have the same weight as if it had been filed by me personally.

**IV.   Assignment of Cause of Action and Benefits**
I, for good and valuable consideration receipt of which is hereby acknowledged, assign and transfer, irrevocably to the hospital, any and all claims and demands, suits, remedies, guarantees, liens and/or causes of action, at law or in equity, either in contract or in tort, statutory or otherwise, as well as any other claim, in whole or in part, which I may now have or may hereafter hold or possess, known or unknown, on account of growing out of, relating to or concerning, whether directly or indirectly, proximately or remotely, any acts, omissions, events, transactions or occurrences that have occurred or failed to occur, which resulted in my/my child/my ward's injuries for which the hospital has provided and/or will provide medical goods and services to me/my child/my ward. This Assignment of Cause of Action and Benefits shall be effective against any and all parties or entities that may bear or appear to bear liability for my injuries, including but not limited to: my/my child/my ward's employer, its direct and indirect subsidiaries, all of its officers, directors, agents, servants, successors, assigns and employees. I further assign and transfer to the hospital, any and all rights (including appeal rights), title and interest in any and all benefits, monies or other form of compensation paid or to be paid on my/my child/my ward's behalf as a result of this injury/illness. I fully understand that I remain solely responsible for instituting suit within the applicable statute of limitations regardless of this Assignment and that the hospital is not in any form or fashion responsible for instituting suit on my behalf. I understand and agree that this Assignment does not relieve me of my liability or responsibility for any and all charges incurred as a result of medical goods and services provided to me/my child/my ward by the hospital.

**V.   Patient Rights**
I acknowledge I have been provided information and instructions regarding my/my child/my ward's patient rights, which include but are not limited to: the right to make medical decisions, such as the right to accept or refuse medical treatment, to participate in my/my child/my ward's care plan and to receive care in a safe environment free of verbal or physical abuse or harassment. I acknowledge that I have also received information regarding the process for filing complaints at Children's.

**VI.   Itemized Bill and Charge Information**
I hereby acknowledge that I have been informed of my right to receive an itemized bill within 30 days from the date of discharge by calling (214) 456-8224 and I have been informed that I may receive information about charges for which I will be responsible by calling (214) 456-8285.

•   **OUTPATIENT CLINIC CONSENT VALID THROUGH:** _____ / _____ / _____

I hereby acknowledge that I have read and I understand the above Registration Agreement.

Patient/Patient Representative: _____          Date: _____

Relationship to Patient: _____  Hospital staff witness signature: _____          Date: _____



**CHILDREN'S MEDICAL
CENTER DALLAS**
1935 Motor Street • Dallas, Texas 75235
(214) 456-7000

**Notice To All Patients**

CONSENT
CMC87005-009    Rev. 05/01/2004

06/02/2000    M    SUR    Page 4 of 4
ARMSTEAD,  JERRET
10/19/09 0830    E    X
1082807    61733543

# NOTICE TO ALL PATIENTS

The physicians who treat you/your child at Children's Medical Center Dallas
("Children's") are not employees or agents of Children's. They are either (i)
independent physicians engaged in the private practice of medicine who have
staff privileges at Children's; (ii) independent physicians who are independent
contractors and have staff privileges at Children's; (iii) physicians employed
by the University of Texas Southwestern Medical Center or another institution
who have staff privileges at Children's; or (iv) physicians participating in the
care of patients as part of a post-graduate medical education program.



Signature                        Date 10/19/2009

Print Name  Margarita Brooks

## Notice Concerning Complaints

Complaints about physicians, as well as other licensees and registrants of
the Texas State Board of Medical Examiners, including physician assistants
and acupuncturists, may be reported for investigation at the following
address:

*Texas State Board of Medical Examiners*
*Attention: Investigations*
*1812 Centre Creek Drive, Suite 300*
*P.O. Box 149134*
*Austin, Texas 78714-9134*

Assistance in filing a complaint is available by calling the following telephone
number: 1-800-201-9353.

**CHILDREN'S MEDICAL CENTER DALLAS**

1935 Medical District Drive • Dallas, Texas 75235
(214) 456-7000

**Ambulatory Services
General Surgery
Patient Questionnaire**

Page 1 of 2

SURVN
Form #          Rev. 09/2008

6/2/2000  SURGERY
Armstead, Jerrat
1082807   M  61733543
Murphy, Joseph T.
10/19/09   English

| Source of Information | Fuentes De Información |
|---|---|
| Primary Care Physician: _Tamelca Perry_ | Médico Primario:_____ |
| Referring physician:_____ | Médico que lo envia: _____ |
| Surgeon: _Joseph T Murphy MD_ | Cirujano: _____ |
| Person providing information:_____ | Informante: _____ |
| Relationship to child: _Grand Mother_ | Relación con el niño: _____ |
| Language spoken: _____ | Idioma que habla: _____ |

Chief Complaint:

| | |
|---|---|
| Reason for today's visit: _Follow up to Surgery_ | Razón de su visita el día de hoy:_____ |

| History of Present Illness | Antecedentes de la Enfermedad Actual |
|---|---|
| Is your child having any of the following problems: | ¿Extá teniendo su niño alguno de los siguientes probemas? |
| Spits up          No ☐ Yes ☐ _____ | Escupe los almentos   No ☐ Sí ☐ _____ |
| Nausea          No ☐ Yes ☐ _____ | Náusea          No ☐ Sí ☐ _____ |
| Vomiting          No ☐ Yes ☒ _____ | Vómitos          No ☐ Sí ☐ _____ |
| Won't eat          No ☐ Yes ☐ _____ | No quiere comer   No ☐ Sí ☐ _____ |
| Feeding problems   No ☐ Yes ☐ _____ | Problemas para comer No ☐ Sí ☐ _____ |
| Losing weight          No ☐ Yes ☒ _____ | Pérdida de peso   No ☐ Sí ☐ _____ |
| Belly hurts          No ☐ Yes ☒ _____ | Dolor de estómago   No ☐ Sí ☐ _____ |
| Stool accidents   No ☐ Yes ☐ _____ | Accidentes de      No ☐ Sí ☐ _____ |
|  | Incontinenica (excremento) |
| Diarrhea          No ☐ Yes ☐ _____ | Diarrea          No ☐ Sí ☐ _____ |
| Constipation   No ☐ Yes ☐ _____ | Estreñoimiento   No ☐ Sí ☐ _____ |
| Blood in stool   No ☐ Yes ☐ _____ | Sangre en excremento No ☐ Sí ☐ _____ |
| Fever          No ☐ Yes ☐ _____ | Fiebra (calentura)   No ☐ Sí ☐ _____ |
| G-button or G-tube   No ☐ Yes ☐ _____ | Tubo / botón gástricos No ☐ Sí ☐ _____ |
| Does your child use laxatives, enemas, or irrigations to treat constipation or incontinence?  No ☒ Yes ☐ _____ | ¿Usa su niño lazantes, enemas o irrigaciones para tratar el estreñimiento o la incontinencia?  No ☐ Sí ☐ _____ |
| Other problems: _____ | Otros problemas: _____ |

| Past History | Antecedentes |
|---|---|
| Are immunizations UP TO DATE?          No ☐ Yes ☒ | ¿Tiene las vacunas AL CORRIENTE?   No ☐ Sí ☐ |
| Is your child allergic to any medications or LATEX? No ☒ Yes ☐ | ¿Es alérgico su niño a algún medicamento o al LÁTEX?          No ☐ Sí ☐ |
| If yes please list: _Adderall XR 30mg_ | Si lo es, por favor anótelos:_____ |
| Is your child taking medications?          No ☐ Yes ☒ | ¿Está tomando su niño algún medicamento?   No ☐ Sí ☐ |
| If yes please list: _Adderall XR 30 mg_ | Si es así, por favor anótelo:_____ |
| Is your child taking over the counter medications?   No ☒ Yes ☐ |  |
| If yes please list: _____ |  |

**CHILDREN'S MEDICAL CENTER DALLAS**
1935 Medical District Drive • Dallas, Texas 75235
(214) 456-7000

Ambulatory Services
General Surgery Clinic
**Patient Questionnaire**

SURVN
Form #          Rev. 09/2008

Page 2 of

6/2/2000 SURGERY
Armstead, Jerret
1082807   M   61733543
Murphy, Joseph T.
10/18/09   English

| Past Medical History | Antecedentes Médicos |
|---|---|
| Has your child ever been hospitalized?   No ☐ Yes ☒<br>For what reason? _Stab_ | ¿Ha sido hospitalizado su niño (a) alguna vez?   No ☐ Sí<br>¿Por qué razón? _____ |
| Has your child ever had any operations?   No ☐ Yes ☒<br>Please list: _Laproscopy after Stab_ | ¿Le han hecho a su niño(a) alguna operacion?   No ☐ Sí<br>Explique por favor: _____ |
| Please list any serious illness or injuries your child has had? | Por favor anote cualquier enfermedad o lesió serias que haya tenido su niño? _____ |

| Family History | Antecedentes Médicos Famillares |
|---|---|
| Do any family members have a serious medical problem? | ¿Algú miembro en la familia tiene algú problema médico serio? |

| Social History | Antecedentes Sociales |
|---|---|
| Are the child's parents separated?   No ☐ Yes ☐ | ¿Están separados los padres del niño?   No ☐ Sí |
| Is the child's parent a single parent?   No ☐ Yes ☒<br>_Mother is deceased_ | ¿Es el padre/madre del niño padre/madre soltero(a)? No ☐ Sí |
| Is the child missing school?   No ☐ Yes ☒<br>If so why? _____ | ¿Está el niño faltando a la escuela?   No ☐ Sí |

| Review of Systems | Antecedentes de la Enfermedad Actual |
|---|---|
| Has your child having any of the following problems? | ¿Ha tenido su niño alguno de los siguientes probemas? |
| Brain problems / Seizures   No ☒ Yes ☐ _____ | Cerebro / Convulsiones   No ☐ Sí ☐ _____ |
| Eye problems   No ☒ Yes ☐ _____ | Ojos   No ☐ Sí ☐ _____ |
| Ear / Nose / Throat   No ☒ Yes ☐ _____ | Oído / Nariz / Garganta   No ☐ Sí ☐ _____ |
| Heart problems   No ☒ Yes ☐ _____ | Corazón   No ☐ Sí ☐ _____ |
| Breathing problems   No ☒ Yes ☐ _____ | Respiración   No ☐ Sí ☐ _____ |
| Stomach / Liver   No ☒ Yes ☐ _____ | Estómago / Hígado   No ☐ Sí ☐ _____ |
| Anemia / Bleeding   No ☒ Yes ☐ _____ | Anemia / Sangrado   No ☐ Sí ☐ _____ |
| Kidney / Urianry   No ☒ Yes ☐ _____ | Riñoon / Urinario   No ☐ Sí ☐ _____ |
| Musculoskelton / Skin   No ☒ Yes ☐ _____ | |
| Any other problems: _Hyper Child_ | Cualquier otra problema: _____ |

| Additional Information (For Office Use Only) | Información Adicional  (Para que lo llene el personal) |
|---|---|
| | |

History reviewed by signature / title _____     Printed name _____     Date / Time: _____

| | CHILDREN'S MEDICAL CENTER DALLAS, TEXAS | DEPARTMENT OF ANESTHESIOLOGY ANESTHESIA RECORD | ANES |
|---|---|---|---|

YEAR: 9
MONTH: 9
DAY: 21

OPERATION: SPECIFIC PROCEDURE PERFORMED

ANES. NO

SURGICAL DIAGNOSIS

6/2/2000 (9 yrs) Male
DALLAS MAIN EMERGENCY
Armstead,Jerret
9/21/2009 2202
MRN 1082807  CSN 61732439

| ATTENDING ANESTHESIOLOGIST | ATTENDING SURGEON | ANES. START 725 | FINISH 2379 | DURATION | OR# 7 |
|---|---|---|---|---|---|
| RESIDENT ANESTHESIOLOGIST | RESIDENT SURGEON | SURG. START | FINISH | DURATION | ANES. MACHINE #39 |

AGE: 9   WT: 30
PREMED:
TIME:

☑ EQUIPMENT AND MACHINE CHECKED   ☑ PATIENT IDENTIFIED   ☑ PATIENT REASSESSED PRIOR TO INDUCTION

PLANNED INDUCTION: ☐ GAS  ☑ IV

ASA CLASS: I E

ANESTHETIC(S)
Versed
Slivk
Prop
fentyl
Floral
O2/Air
Sev

HOUR

TOTALS

Notes (right side):
2255 → to OR, RAM
ASI c cricbord, MTJ
⊘ ECO2, EOOS, eyes
taped, the secured

ABGS
| | | |
|---|---|---|
| PO₂ | 200 | |
| PCO₂ | 180 | |
| PH | | |
| ΔB | 160 | |
| O₂ SAT | | |
| HB | 140 | |
| CHEMSTRIP | | |
| | 120 | |
| | 100 | |
| | 80 | |
| CIRCUIT: | 60 | |
| | 40 | |
| VENT. SETTINGS | 20 | |
| TV IP RR | 0 | |

to PACU, report given

| F₁ O₂ | | | | |
|---|---|---|---|---|
| O₂ SAT | 100 | 100 | 100 | 100.0 |
| ENDTIDAL CO₂ | | 35 | 40 | |
| PRESSURE | SR | SR | SR | SR |

| TEMP nasa | 36.5 | 36.6 | 36.1 |
| URINE OUTPUT | |
| BLOOD LOSS | |
| IV FLUIDS | NS |

60
<5

250

ENDOTRACHEAL
MASK ___ ORAL ✓
SIZE: 5.5   NASAL ___
BLADE Miller   CUFF ✓
AFRIN ___   PACK ___
LACRILUBE ✓
TAPED ✓   BILAT BS ✓
LEAK AT 30

INTRA OPERATIVE & RECOVERY ROOM COMPLICATIONS

⊘ complication

| MONITORS (CIRCLE) | | POSITION (CIRCLE) | RELAXANT REVERSAL | TIME: | RECOVERY |
|---|---|---|---|---|---|
| EKG/AMP | FOLEY | SUPINE | NEOSTIG. 2 mg 2316 | | B.P. |
| PULSE-EKG | ALINE | PRONE | ROBINUL 0.4 mg 2314 | | P. |
| RESP. | CVP | LIGHTS | OTHER | | RESP |
| PCS | SWAN-GANZ | HUMIDIFIER | | | SENSORIUM |
| ESOPH STETH | EEG | SEP | (CIRCLE) | | SaO₂ 100 |
| TEMP | NERVE STIMULATOR | LITHOTOMY | EXTUBATED IN O.R. | | ETT IN ___ OUT ___ |
| O₂ SAT | FLUID WARMER | TRENDELENBERG | SPONT RESP SUPPLEMENTAL | | OTHER |
| ETCO₂ | THERMODRAPE | FIELD AVOIDANCE | ASSISTED VENTILATION | | T: 36.1 |
| | BLANKET WARMING | LAT | TO PICU  TO PARU | | |

FORM #CMC 10031 (10/98)



### CHILDREN'S MEDICAL CENTER DALLAS
1935 Medical District Drive • Dallas, Texas 75235
(214) 456-7000

**Un-Crossmatched Emergency Release Blood Components**

BLDP
CMC51043-NS          Rev. 06/09

6/2/2000 (9 yrs)  Male
DALLAS MAIN EMERGENCY
Armstead,Jerret
9/21/2009 2202
MRN 1082807  CSN 61732439

8 year old

Order date: 9/21/09     Time: 21:56

☑ PRBC #: 2   ☐ Thawed Plasma #: _____   ☐ Platelets #: _____   ☐ Cryoprecipitate #: _____

Requested by Medical Staff Member/Fellow: _____   or ☑ Trauma page

Order Completed by: _T. Beck_     Date/Time Completed: 9/21/09 @ 21:56

| UNIT NUMBER | PRODUCT CODE | ABO/Rh | FINAL DISPOSITION |
|---|---|---|---|
| W0352 09 225501-C | E0685 | Oneg | ☐ Returned  ☐ Transfused |
| W0352 09 225505-4 | E0686 | Oneg | ☐ Returned  ☐ Transfused |
|  |  |  | ☐ Returned  ☐ Transfused |
|  |  |  | ☐ Returned  ☐ Transfused |

Pre-transfusion /compatibility tests not completed:

☑ ABO/Rh                    ☑ Antibody Screen                    ☑ Crossmatch

**Receipt of Blood:**
I acknowledge that I have received the requested Un-crossmatched Emergency Release Blood Component(s) above.

Signature _____   Date: 9/21/09   Time: 22 03

Printed Name _Fach_____

**Medical Staff Member/Fellow Statement of Need:**

The above patient's condition warrants the use of blood components prior to completion of pre-transfusion compatibility testing by the Department of Transfusion Medicine.

Medical Staff Member/Fellow signature _____   Date: 9/21/09   Time: 22 03

Printed Name _Fach_____

**White- Medical Records        Yellow-After Medical Staff member/Fellow signature to Blood Bank        Pink- Blood Bank**

KEY: PRBC= Packed Red Blood Cells; #= number; ABO/Rh= Blood type/group



CONSENT

**CHILDREN'S MEDICAL CENTER DALLAS**
1935 Medical District Drive • Dallas, Texas 75235 • (214) 456-7000

**CONSENT FOR TREATMENT/
ADVANCE DIRECTIVE NOTICE**

| | |
|---|---|
| MED REC | ACCT NO. |
| PATIENT: | 6/2/2000 (9 yrs) Male<br>DALLAS MAIN EMERGENCY<br>Armstead,Jerret |
| DATE | 9/21/2009 2216<br>MRN 1082807 CSN 61732439 |
| DOB | |

PATIENT AND/OR GUARANTOR MUST REVIEW THE FOLLOWING INFORMATION

**I.   Consent for Care and Treatment**
I hereby acknowledge that I/my child/my ward needs medical care and treatment. I voluntarily consent to the performance of hospital services and the use of all means of diagnostic and laboratory work of any kind (including but not limited to the taking of blood, tissue, fluids and other body samples, pictures and videotapes, x-ray or other radiographic procedures) upon myself/child/my ward, which are deemed necessary or prudent by my/my child/my ward's attending physician or any other member of the medical staff of Children's caring for me/my child/my ward. I also consent to the videotaping of myself/my child/my ward's treatment in the critical care area within the emergency department of Children's for quality improvement and educational purposes only. I understand that Children's functions in part as a teaching institute and I hereby acknowledge and consent to the use of myself/my child/my ward and related records, laboratory work or specimens and diagnostic results to be used from time to time for instructional purposes at the sole discretion of Children's.

**II.   Patients eighteen (18) years of age or older, Legal Guardians of Incompetent Adults and Emancipated Minors only.**
I have received information regarding Advance Directives and the hospital's policies related to them. Advance Directives are documents such as Medical Power of Attorney, Advance Directives to Physicians, Declaration of Mental Health Treatment or Out of Hospital – Do Not Resuscitate Order.

Please initial the following applicable statement:

_____   I have executed an Advance Directive and have been requested to supply a copy to the hospital.
_____   I have not executed an Advance Directive.
_____   I wish to execute an Advance Directive.

Immediate questions can be addressed to Pastoral Care, (214) 456-2822 or Social Services (214) 456-2300.

If Children's Medical Center Dallas is unable to comply with my Advance Directive, a consult with the Ethics Committee may be requested.

I hereby acknowledge that I have read and I understand the above Consent for Treatment and Advance Directive Policy.

Parent/Patient Representative:

_____
Signature

**Amanda Armstead**
Print Your Name

_972.480.2566_
Your Home Phone #

**Aunt**
Relationship to Patient

| 9 | 21, 05 |
|---|---|
| Month | Day   Year |

Hospital Staff Witness

_____
Signature

| 9 | 21, 09 |
|---|---|
| Month | Day   Year |

CMC87005-011 (#5583 05/08)   **1**

**CONSENT**

## CHILDREN'S MEDICAL CENTER DALLAS
1935 Medical District Drive • Dallas, Texas 75235 • (214) 456-7000

### AUTHORIZATION FOR THE USE AND DISCLOSURE OF HEALTH INFORMATION

MED REC NO. _____   ACCT NO _____

PATIENT  6/2/2000 (9 yrs)  Male
DALLAS MAIN EMERGENCY
Armstead,Jerret
DATE   9/21/2009 2216
MRN 1082807  CSN 61732439

DOB _____

**1.  Disclosure of Information for Payment Purposes**
I hereby authorize Children's Medical Center Dallas ("Children's") and its workforce members and my/my child's/my ward's attending, consulting, or treating physician providing medical goods and services to me/my child/my ward (including such physician's workforce members) to disclose the information necessary to facilitate payment by a person or entity liable for payment on my/my child/my ward's behalf, to verify coverage or answer payment questions, or for any other purpose related to benefit payment. This information may be disclosed from my/my child's/my ward's medical and/or financial records and may include without limitation diagnosis and treatment records, history and physical, emergency records, laboratory reports, operative reports, physician progress notes, nurses notes, consultations, psychological or and psychiatric reports, and discharge summary. This authorization specifically includes information concerning communicable diseases such as Human Immunodeficiency Virus (HIV) and Acquired Immune Deficiency Syndrome (AIDS) (including HIV/AIDS test results), genetic information, drug/alcohol abuse, psychiatric or psychological conditions, or mental retardation. This authorization applies to financial and/or medical records created in the course of and relating to this, or subsequent, hospitalization. I/my child/my ward understand(s) that this information may be required to be released in order to obtain payment for my/my child's/my ward's medical expenses incurred for treatment at Children's and by any physician providing medical goods and services to me/my child/my ward.

**2.  Directory Information and Patient Unit Tracking Board**
Unless I object below, my/my child's/my ward's name will be added to the admission list and Patient Unit Tracking Board upon admission. If a person asks for me/my child/my ward by name the Hospital may acknowledge me/my child/my ward's presence and room number and allows the receipt of telephone calls, flowers, mail and visitors. The Hospital may acknowledge my/my child/my ward's condition with a one word statement (good, fair, serious, critical) upon request, however all patients in Foster Care, or in the custody of Child Protective Services (CPS), will be listed as a no information patient.

**Request to be Listed as a No Information Patient**

_____   I object to Children's use and disclosure of my/my child/my ward's information for directory information purposes and use on the Patient Unit Tracking Board, and I wish me/my child/my ward to be designated as a "no information patient."
I understand that I may revoke this authorization at any time (except to the extent that action has been taken in reliance on this authorization) by contacting the Admitting department at (214) 456-2190.

**3.  (MEDICARE/MEDICAID ONLY) Patient's Certification and Authorization to Release Information and Payment Request**
I certify that the information given by me/my child/my ward in applying for payment under Title XVIII (Medicare) or Title XIX (Medicaid) of the Social Security Act is correct. I authorize any holder of medical or other information about me/my child/my ward to release to the Social Security Administration or intermediaries or carriers any information needed for this or a related Medicare or Medicaid claim. I request that payment of authorized benefits be made on my/my child's/my ward's behalf.

**4.  Expiration Date**
Unless earlier revoked, I understand that this authorization will expire [three (3) years] from the date of my last inpatient or outpatient admission or treatment at Children's.

**5.  Acknowledgement of Notice of Privacy Practices**
I have been offered a copy of Children's Medical Center Dallas' Notice of Privacy Practices and I understand that I may direct any questions/concerns to the Privacy Officer at (214) 456-4444.

I hereby acknowledge that I have read and I understand the above Authorization for the Use and Disclosure of Health Information.

Patient/Patient Representative: _____   Date: _____

Relationship to Patient: _Aunt_   Hospital staff witness signature: _____   Date: _____

---

**FOR OFFICIAL USE ONLY:**
Children's Medical Center Dallas will make a good faith effort to obtain a written acknowledgement of receipt of the Notice provided to the individual. If the patient is unwilling or unable to sign this acknowledgement, Children's Medical Center Dallas must document its good faith efforts to obtain such acknowledgement and record the reason with the acknowledgement was not obtained.

• Reason _____

Date _____   Staff Signature _____

---

CMC87005-001  (06/04)





CONSENT

**CHILDREN'S MEDICAL CENTER DALLAS**
1935 Medical District Drive • Dallas, Texas 75235 • (214) 456-7000

**REGISTRATION AGREEMENT**

MED REC NO. _____ ACCT NO _____

PATIENT ____ 6/2/2000 (9 yrs) Male
DALLAS MAIN EMERGENCY
Armstead,Jerret
DATE ____ 9/21/2009 2216
MRN 1082807 CSN 61732439

DOB _____

---

**THE PATIENT AND/OR GUARANTOR MUST REVIEW AND COMPLETE THE FOLLOWING INFORMATION**

**I.   Financial Responsibility**
In consideration of services rendered or to be rendered to me/my child/my ward, the undersigned, whether I/my child/my ward is the patient, patient's relative, patient's legal guardian, representative, agent, other individual or entity, hereby obligate myself/himself/herself individually to the hospital and physicians, including surgeons, radiologists, pathologists, anesthesiologists and consultants involved in my/my child/my ward's care and agree to pay for any and all charges and expenses incurred or to be incurred except to the extent limited or prohibited by Children's contractual arrangements with me/my child/my ward's health plan, which may include Medicaid, Medicare or Tricare. It is agreed and understood that regardless of any and all assigned benefits/monies, I, as the designated responsible party, am responsible for the total charges for services rendered. I further agree that all amounts are due upon request and are payable to the hospital and the appropriate physicians, including surgeons, radiologists, pathologists, anesthesiologists, and consultants involved in my/my child/my ward's care, and agree to pay for any and all charges and expenses incurred or to be incurred. It is further agreed and understood that should this account become delinquent and it becomes necessary for the account to be referred to an attorney or collection agency for collection or suit, I, as the designated responsible party or entity, shall pay all patient charges, reasonable attorney's fees and collection expenses. I agree that if this account results in a credit balance, the credit amount will be applied to any outstanding accounts, either current or bad debt.

**II.   Assignment of Benefits/Insurance Requirements**
In consideration of services rendered or to be rendered to me/my child/my ward, I hereby irrevocably assign and transfer to the hospital all right, title and interest in all benefits/monies payable for services/supplies rendered, including but not limited to: group medical/indemnity/self-insured/Employee Retirement Income Security Act benefits/coverage, Personal Injury Protection, Uninsured Motorists/Underinsured Motorists, auto/homeowner insurance, and in all causes of action against any party or entity that may be responsible for payment of benefits/monies regardless of whether or not I ultimately settle my claim with a non-admission of liability provision. I fully understand that, in the event the hospital files a claim on my behalf, that the same does not impose any contractual obligation or otherwise upon the hospital and that I remain fully responsible for instituting suit within the applicable status of limitations regardless of the assignment of causes of action. I authorize the hospital to appeal any denial under my appeal rights provision. It is hereby agreed and understood that any condition precedent, subsequent or otherwise, including but not limited to, pre-certification, pre-authorization, or second opinions shall remain the sole responsibility of the patient and/or the patient's family, legal guardian, representative or agent. I further understand that failure to pre-certify could result in reduced payments from my/my child/my ward's insurance company, leaving the undersigned financially responsible for the non-reimbursed portion of my/my child/my ward's bill. It is further agreed and understood that the obtaining of verification of benefits and/or pre-certification does not in any form or fashion relieve the patient or patient's family, other individual or entity signing on my/my child/my ward's behalf of any liability for the financial responsibility for goods and services provided or to be provided to the patient by the hospital and any physician. I fully understand and agree that the hospital shall be entitled to full payment where a third-party accident is involved, notwithstanding any benefits payable by a managed care payer on my behalf, as third party bears primary responsibility.

**III.   Authorization to Appeal**
I hereby authorize the hospital, its agent, representative or counsel to appeal on my behalf any of my claim(s) with Wal-Mart, if applicable, Blue Cross and Blue Shield, if applicable, Humana, if applicable, and/or any payer which denies and/or delays payment for my claim(s). I further authorize that the payers listed herein and any other payers release any and all information requested and/or related to my claim(s) to the hospital and/or its attorneys. This authorization is irrevocable from the moment I formalize it herein and any appeal by the hospital shall have the same weight as if it had been filed by me personally.

**IV.   Assignment of Cause of Action and Benefits**
I, for good and valuable consideration receipt of which is hereby acknowledged, assign and transfer, irrevocably to the hospital, any and all claims and demands, suits, remedies, guarantees, liens and/or causes of action, at law or in equity, either in contract or in tort, statutory or otherwise, as well as any other claim, in whole or in part, which I may now have or may hereafter hold or possess, known or unknown, on account of growing out of, relating to or concerning, whether directly or indirectly, proximately or remotely, any acts, omissions, events, transactions or occurrences that have occurred or failed to occur, which resulted in my/my child/my ward's injuries for which the hospital has provided and/or will provide medical goods and services to me/my child/my ward. This Assignment of Cause of Action and Benefits shall be effective against any and all parties or entities that may bear or appear to bear liability for my injuries, including but not limited to: my/my child/my ward's employer, its direct and indirect subsidiaries, all of its officers, directors, agents, servants, successors, assigns and employees. I further assign and transfer to the hospital, any and all rights (including appeal rights), title and interest in any and all benefits, monies or other form of compensation paid or to be paid on my/my child/my ward's behalf as a result of this injury/illness. I fully understand that I remain solely responsible for instituting suit within the applicable statute of limitations regardless of this Assignment and that the hospital is not in any form or fashion responsible for instituting suit on my behalf. I understand and agree that this Assignment does not relieve me of my liability or responsibility for any and all charges incurred as a result of medical goods and services provided to me/my child/my ward by the hospital.

**V.   Patient Rights**
I acknowledge I have been provided information and instructions regarding my/my child/my ward's patient rights, which include but are not limited to: the right to make medical decisions, such as the right to accept or refuse medical treatment, to participate in my/my child/my ward's care plan and to receive care in a safe environment free of verbal or physical abuse or harassment. I acknowledge that I have also received information regarding the process for filing complaints at Children's.

**VI.   Itemized Bill and Charge Information**
I hereby acknowledge that I have been informed of my right to receive an itemized bill within 30 days from the date of discharge by calling (214) 456-8224 and I have been informed that I may receive information about charges for which I will be responsible by calling (214) 456-8285.

o      **OUTPATIENT CLINIC CONSENT VALID THROUGH:** _____ / _____ / _____

I hereby acknowledge that I have read and I understand the above Registration Agreement.

Patient/Patient Representative _____   Date: _____

Relationship to Patient: _____   Hospital staff witness signature: _____   Date: _____

CMC87005-001   (08/04)



**CONSENT**

### CHILDREN'S MEDICAL CENTER DALLAS
1935 Medical District Drive • Dallas, Texas 75235 • (214) 456-7000

**NOTICE TO ALL PATIENTS**

| | |
|---|---|
| MED REC NO. | ACCT NO |
| PATIENT | 6/2/2000 (9 yrs) Male |
| | DALLAS MAIN EMERGENCY |
| | Armstead,Jerret |
| DATE | 9/21/2009 2216 |
| | MRN 1082807 CSN 61732439 |
| DOB | |

# NOTICE TO ALL PATIENTS

The physicians who treat you/your child at Children's Medical Center Dallas ("Children's") are not employees or agents of Children's. They are either (i) independent physicians engaged in the private practice of medicine who have staff privileges at Children's; (ii) independent physicians who are independent contractors and have staff privileges at Children's; (iii) physicians employed by the University of Texas Southwestern Medical Center or another institution who have staff privileges at Children's; or (iv) physicians participating in the care of patients as part of a post-graduate medical education program.

_____     9/21/09
Signature                             Date

Amanda Armstead
Print Name

## Notice Concerning Complaints

Complaints about physicians, as well as other licensees and registrants of the Texas State Board of Medical Examiners, including physician assistants and acupuncturists, may be reported for investigation at the following address:

*Texas State Board of Medical Examiners*
*Attention: Investigations*
*1812 Centre Creek Drive, Suite 300*
*P.O. Box 149134*
*Austin, Texas 78714-9134*

Assistance in filing a complaint is available by calling the following telephone number: 1-800-201-9353.

CMC87005-009 (06/04)          



CONSENT

**CHILDREN'S MEDICAL CENTER DALLAS**
1935 Medical District Drive • Dallas, Texas 75235 • (214) 456-7000

Medical & Surgical Procedures
Disclosure and Consent

MED REC NO

PATIENT   6/2/2000 (9 yrs)  Male
          DALLAS MAIN EMERGENCY
          Armstead,Jerret
DATE      9/21/2009 2202
          MRN 1082807 CSN 61732439

DOB

TO THE PARENT/PATIENT: You have the right as a parent/patient to be informed about your child's condition and the recommended surgical, medical or diagnostic procedure to be used so that you may make the decision whether or not to undergo the procedure after knowing the risks and hazards involved. This disclosure is not meant to scare or alarm you; it is simply an effort to make you better informed so you may give or withhold your consent to the procedure.

I (we) voluntarily request Dr. _____ as my /our child's physician and such associates, residents, fellows, technical assistants and other health care providers as they may deem necessary, to treat my/our child's condition which has been explained to me/us as: _____

I (we) understand the following surgical, medical, and/or diagnostic procedures are planned for my/our child and I (we) voluntarily consent and authorize these procedures: _____

I (we) understand that my/our child's physician may discover other or different conditions which require additional or different procedures than those planned. I (we) authorize my/our child's physician and such associates, residents, fellows, technical assistants and other healthcare providers to perform such other procedures which are advisable in their professional judgment.

❑ Transfusion of blood products is not anticipated for this procedure

I (we) ❑ do ❑ do not consent to the use of blood and blood products as deemed necessary. I (we) understand that there are risks and hazards, however unlikely, related to transfusions or other use of blood or blood products, including but not limited to the following: fever; transfusion reaction which may include kidney failure or anemia; heart failure; hepatitis; A.I.D.S. (Acquired Immune Deficiency Syndrome); or other infections. Alternatives to blood and blood products along with the associated risks have been discussed with me / us by my / our physician.

I (we) authorize the hospital authorities to dispose of any tissues or parts which may be removed during the course of the operation(s) or procedure(s).

I (we) understand that no warranty or guarantee has been made to me as a result or cure.

Just as there may be risks and hazards in continuing my/my child's present condition without treatment, there are also risks and hazards related to the performance of the surgical, medical, and/or diagnostic procedures planned for my/our child. I (we) realize that with any surgical, medical, and/or diagnostic procedures there is the risk of infection, blood clots in veins and lungs, hemorrhage, allergic reactions, and even death. I (we) also realize that the following risks and hazards may occur in connection with this particular procedure _____

I (we) understand that I (we) will be signing a separate Consent for Anesthesia Services.

I (we) authorize the taking of still photographs or other visual recording provided that identification of my (our) child is not revealed.

I (we) have been given the opportunity to ask questions about my / my child's condition and the procedures and treatment for that condition. My/our child's physician has discussed with me / us the risks and benefits of the procedure and treatment, alternative treatments and procedures and the associated risks and benefits. I / we have sufficient information to give this informed consent.

I (we) certify this form has been fully explained to me/us, that I (we) have read this form or have had it read to me/us, that the blank spaces have been filled in, and that I (we) understand its contents.

| | | |
|---|---|---|
| Signature of Patient/Parent / Responsible Party | Date / Time | Printed Name |
| Signature of Witness | Date / Time | Printed Name |
| Signature of Translator | Date / Time | Printed Name |
| Signature of Provider Obtaining Consent | Date / Time | Printed Name |

CMCD8075-3 (#418 04/08)



**CHILDREN'S MEDICAL
CENTER DALLAS**
1935 Medical District Drive • Dallas, Texas 75235
(214) 456-7000

6/2/2000 (9 yrs)  Male
DALLAS MAIN EMERGENCY
Armstead, Jerret
9/21/2009 2202
MRN 1082807  CSN 61732439

CONSENT
CMC 51102-002       Rev. 6/2009

Anesthesia Services
Disclosure and Consent

**TO THE PARENT/PATIENT:** You have consented for you/your child to undergo the recommended surgical, medical or diagnostic procedure(s). To facilitate this/these procedure(s), anesthesia may be necessary. Anesthesia may include local or regional anesthesia, sedation, and general anesthesia. You have the right as a parent/patient to be informed about your/your child's condition, the type of anesthesia planned and the risks and hazards involved, so that you may make a decision whether or not to undergo the procedure. This disclosure is not meant to scare or alarm you; it is simply an effort to make you better informed so you may give or withhold your consent to the procedure.

**ACKNOWLEDGEMENT:**

I (we) understand that anesthesia involves additional risks and hazards, but I (we) request the provision of anesthesia to protect my/my child's well-being during the planned and additional procedures. I (we) understand that the anesthesia technique to be used is determined by many factors including my/our child's physical condition, the type of procedure, as well as my own desire.

I (we) request the use of anesthesia to facilitate the planned procedure and to prevent/relieve pain associated with this procedure and any additional procedures.

I (we) voluntarily request Dr. _____ Zhang _____ as my/our child's anesthesiologist, and such associate anesthesiologists, residents, fellows, anesthesiologist assistants, certified registered nurse anesthetists, anesthesiologist assistant student, and other healthcare providers as they may deem necessary.

I (we) understand that the following type of anesthesia (checked) is planned for me/our child: ☑ general, ☐ caudal, ☐ epidural, ☐ nerve block, ☐ other: _____

I (we) understand that several different types of anesthesia may be available (including general, regional, caudal, or spinal anesthesia), as is the administration of sedation or no anesthesia and those alternatives have been explained to me.

I (we) understand that anesthesia involves risks and hazards but I (we) request the use of anesthetics for the relief and protection from pain during the planned and additional procedures. I (we) realize the anesthesia may have to be changed possibly without explanation to me (us).

I (we) understand that certain complications may result from the use of any anesthetic, including, but not limited to: **General-** Permanent organ damage, memory dysfunction or loss, awareness, sore throat, nausea, vomiting, chipping of a tooth, drug reaction, paralysis or death. **Epidural or Spinal-** persistent back pain, bleeding / epidural hematoma, infection, potential to convert to general anesthetic if the block fails or the procedure outlasts the block, brain damage. In addition to the above risks, the following anesthetic risks may occur in connection with this particular procedure: temporary cognitive/ dysfunction/ coordination.

We do not recommend activities that require cognitive function and /or coordination for 24 hours after anesthesia.

I (We) acknowledge that I (we) have been given an opportunity to ask questions about my/our child's condition, alternative forms of anesthesia and postoperative pain control and the risks and hazards involved.

**I (We) certify that this form has been fully explained to me/us, that I (we) have read this form or had it read to me/us, that the blank spaces have been filled in, and that I (we) understand its contents. I (We) therefore voluntarily consent to the administration of anesthesia to my/our child during the procedure(s).**

| | | |
|---|---|---|
| Signature of patient/parent / responsible party | 9/21/09<br>Date / Time | Printed Name |
| Signature of witness | 9/21/09<br>Date / Time | Printed Name |
| Signature of translator | Date / Time | Printed Name |
| Signature of provider Obtaining Consent | 9/21/09<br>Date / Time | Martin cherkev<br>Printed Name  Zhang |



Armstead, Jerret (MR # 1082807)                    Encounter Date: 09/21/2009

## children's
MEDICAL CENTER

### 1935 Medical District Drive  Dallas,TX 75235    214-456-7000

**Discharge Summary**                          Jerret Armstead (MRN: 1082807)

**Patient Information**

| Patient Name | DOB |
|---|---|
| Armstead, Jerret | 6/2/2000 |
| (1082807) | |

**Admission Information**

| Date & Time | Department | Dept Phone | Hosp. Acct. # |
|---|---|---|---|
| 9/21/2009 10:02 PM | Dal C4 | 214-730-5437 | |

**Attending Provider Information**

| Provider | pager | Service | Admission Date |
|---|---|---|---|
| Joseph T. Murphy, MD | | Trauma | 09/21/09 |
| Actual LOS | | | |
| 1 day | | | |

**Allergies as of 9/22/2009**
No Known Allergies

### Special Instructions

**Discharge Instructions**

Date of admission: 9/21/2009

Date of discharge: 9/22/2009

Mechanism of Injury: Penetrating

Diagnosis: stab wound

Procedures:  laparoscopy

Diet: regular

Discharge to: per CPS

Follow-up: 10/19/09 at 0830 with Dr. Murphy

Wound Care: Keep them dry for the first two days after injury unless otherwise directed. After the second day, wash wounds daily with mild soap and water.  Be sure to wash your hands before caring for the wound and use clean towels and washcloths.  Watch the wound for signs of infection: redness, swelling, drainage, separation of wound edges, or temperature of 101.5 or higher.  Apply antibiotic ointment as directed.  Wound care sheet provided at discharge.
**IF THERE ARE ANY CONCERNS PLEASE CALL THE TRAUMA OFFICE AT (214) 456-8160.**

Activity: as tolerated. No swimming or soaking wounds until the skin is healed and instructed by physician

Armstead, Jerret (MR # 1082807) Printed by Myesha D Jones [MYEJON] at 9/22/09 3:46 PM

Armstead, Jerret (MR # 1082807)                    Encounter Date: 09/21/2009

Return to school: on Monday the 28th. No recess or PE until cleared by physician.

## Medications

### START taking these medications

| | Details | Last Dose Given | Comments |
|---|---|---|---|
| acetaminophen (TYLENOL) 325 mg tablet | Take 1 Tab by mouth every 4 hours as needed for Pain.<br>Qty: 0 Refills: 0<br>Start Date: 9/22/09 | | |
| ibuprofen (MOTRIN) 20 mg/mL suspension | Take 15 mL by mouth every 6 hours as needed.<br>Qty: 0 Refills: 0<br>Start Date: 9/22/09 | | |

## Appointments

### External Appointment

| Appointment Date | Appointment Time | Physician or Clinic | Telephone Number | Fax Number | Comments |
|---|---|---|---|---|---|
| | | | | | |

### External Appointment

| Appointment Date | Appointment Time | Physician or Clinic | Telephone Number | Fax Number | Comments |
|---|---|---|---|---|---|
| | | | | | |

### External Appointment

| Appointment Date | Appointment Time | Physician or Clinic | Telephone Number | Fax Number | Comments |
|---|---|---|---|---|---|
| | | | | | |

### Scheduled Appointments at Children's Medical Center - Next 6 Months

| Date | Time | Visit Type | Department | Length |
|---|---|---|---|---|
| 10/19/09 | 8:30 AM | FOLLOW UP | DAL GENERAL SURGERY [102024] | 30 |

Pt Instr:  Please bring the following with you to your appointment:   -Photo ID of the parent or legal guardian escorting the child   -Insurance/Medicaid/CHIP card   -All medications the patient is taking including prescription, over the counter and herbal   -Immunization Records  Please allow extra time in your travel plans for parking and check-in  If you are unable to keep this appointment, please call 214.730.KIDS

### Your To Do List

| Future Appointments: | Provider: | Department: | Dept Phone: | Center: |
|---|---|---|---|---|
| 10/19/2009 8:30 AM | Joseph T. Murphy, MD | Dal General Surgery | 214-456-2766 | DALLAS |

| Future Orders | Please Complete By | Expires |
|---|---|---|
| FOLLOW-UP TO GENERAL SURGERY [FLP20] | | 9/22/10 |

X _Margarutta Brooks_                                    9/22/09

Parent/Guardian Signature / Relation to patient                    Date

**\*DRAFT COPY UNTIL SIGNED\***

EPD

**CHILDREN'S MEDICAL CENTER DALLAS**
1935 Medical District Drive • Dallas, Texas 75235 • (214) 456-7000

**Emergency Center**
**Visit Documentation**

| MED REC NO. | |
|---|---|
| PATIENT | 6/2/2000 (9 yrs) Male |
| | DALLAS MAIN EMERGENCY |
| | Armstead,Jerret |
| DATE | 9/21/2009 2202 |
| | MRN 1082807 CSN 61732439 |
| DOB | |

Page 2 of 3

**Check One**
☒ Trauma
☐ Medical

| CC HPI | 9 yo AA ♂ involved in a domestic dispute — saw his mom and aunt being involved in homicide |
|---|---|

**Elements:**
Location
Quality
Severity
Duration
Timing
Context
Modifying factors
Associated signs/symptoms

| ROS | ☐ non-contributory |
|---|---|
| PMH | ☐ non-contributory |
| | AOHO |
| FH | ☐ non-contributory |
| SH | ☐ non-contributory |

Allergies   NKDA
Immunizations
Medications
Primary Care Physician

**Physical Exam**

| General | T ___ HR 101 RR 16 BP 120/76 Wt. 30 kilograms Oxygen Saturation 99% |
|---|---|

Level 1 - 2: 1-5; Level 3: 6; Level 4: 12; Level 5: 2-9

☒ alert, well hydrated        ☒ comments GCS 15
☐ anterior fontanel flat   ☐ Atraumatic, normocephalic

**Eyes**
☒ clear conjunctiva L/R    ☐ red L/R          ☒ exudate L/R   abrasion on ℞ clavicle
☒ PERRL 4 → 2              ☐ discs L/R

**Ears** (Tympanic Membranes)
☐ clear mobile L/R   ☐ red L/R   ☐ dull L/R   ☐ fluid L/R   ☐ tubes L/R
(Canals)
☐ pink, clear L/R    ☐ red L/R   ☐ exudate L/R   ☐ wax L/R

**Nose**
☐ pink, moist, clear   ☐ red   ☐ swollen   ⊕ bruising on the face
☐ exudate: _____

**Mouth**
☐ pink, no lesions   ☐ plaques   ☐ lesions   ☐ caries
**Throat**
☐ tonsils not inflamed   ☐ red   ☐ exudate   ☐ enlarged 1 2 3 4 +
**Neck**
☐ non tender, full range of motion   ☐ adenopathy (describe)
☐ trachea midline

**Respiratory**
☐ clear to auscultation   ☐ wheezing L/R   ☐ decrease L/R   ☐ rhonchi L/R   ☐ rales L/R
☐ no increased work of breathing   ☐ retractions   ☐ flaring   ☐ stridor

**CV**
☐ normal S1, S2, no murmur   ☐ murmur _____
☐ pulse equal distal, central
☐ capillary refill less than 2 seconds        laceration 1 cm RLQ

**ABD**
☐ soft, non tender, no masses, no hepatosplenomegaly   ☐ firm   ☐ tender
☐ normal bowel sounds   ☐ hyperactive   ☐ hypoactive   ☐ absent
☐ rectal _____   ☐ mass

**GU**
☐ Tanner 1 2 3 4 5            small abrasion @ LUQ
☐ normal female external genitalia   of abd
☐ normal male external genitalia

**Nodes**
☐ (describe) _____
**Musculoskeletal**
☐ full range of motion, no swelling   ☐ decreased range of motion (describe) _____
☐ no point tenderness   ☐ swelling (describe) _____
**Skin**
☐ warm, dry, no rash   ☐ rash (describe) _____
☐ lesion (describe) _____

**Neurological**
☐ symmetrical strength, tone
☐ age appropriate mental status
**Psychiatric**
☐ oriented x 3
**Other**

**Assessment / Differential Diagnosis**

☐ Prior medical records reviewed          ☐ I have reviewed pages 2 and 3 of the Emergency Center Visit Documentation.
☐ Directed EMS pre-hospital care          Signature / Title: _____ Date / Time: _____
☐ Translation services required           Print Name: _____

*Key: EMP = Emergency Medical Provider; CC = Chief Complaint; HPI = History of Present Illness; ROS = Review of Systems; PMH = Past Medical History; FH = Family History; SH = Social History; T = Temperature; HR = Heart Rate; RR = Respiratory Rate; BP = Blood Pressure; L/R = left/right; Wt. = weight; PERRL = pupils equal, round, and reactive to light; S1 = first heart sound; S2 = second heart sound; EMS = emergency medical services*

CMC 61501-015 (09/05)        **ORIGINAL** - Medical Records    **YELLOW** - ER Files
**\*DRAFT COPY UNTIL SIGNED\***

**\*DRAFT COPY UNTIL SIGNED\***

EPD

**CHILDREN'S MEDICAL CENTER DALLAS**
1935 Medical District Drive • Dallas, Texas 75235 • (214) 456-7000

**Emergency Center**
**Visit Documentation**

MED REC NO. _____

PATIEN  6/2/2000 (9 yrs)  Male
DALLAS MAIN EMERGENCY
**Armstead,Jerret**
DATE ·   9/21/2009 2202
MRN 1082807  CSN 61732439

DOB _____

Page 3 of 3

| Procedure Notes | Diagnostic Test Results |
|---|---|
| | Labs: |

ASA Status _____

Preliminary Radiology:  ☐ Normal   ☐ Abnormal
Results _____

**Repeat Exams/Assessments**

| Time | | Time | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Consultant/Referring MD | Time called | Time responded | Notes |
|---|---|---|---|

Diagnosis: 1) _____ 2) _____ 3) _____ 4) _____
Disposition: ☐ Home  ☐ Admit  ☐ Transfer to: _____

Condition at discharge: ☐ Good  ☐ Fair  ☐ Critical

**Attending**

I have reviewed the patient's history.  It is noted that: _____

I find upon exam that: _____

*SEE PAGE 1*

Lab test results show _____ indicating a _____
I confirm/revise the resident Doctor _____'s assessment as _____ and diagnosis of _____
_____ and agree with the resident's plan of care as follows:
_____. See resident's notes for details.

I directly supervised the following procedures: _____

Printed Name of Attending Physician ___ FENG ___   ☐ I have reviewed pages 1 - 3 of the Emergency Center Visit Documentation.

Signature of Attending _____   Date/Time _____
Care of the Patient was transferred to: _____ at _____ date/time.  Initials____
Signature of Attending _____   Date/Time _____

*Key:  ASA = American Society of Anesthesiologists; PEM = Pediatric Emergency Medicine; EMP = Emergency Medical Provider*

CMC 61501-015 (02/07)

**ORIGINAL** - Medical Records     **YELLOW** - ER Files
**\*DRAFT COPY UNTIL SIGNED\***

PHYO

**CHILDREN'S MEDICAL CENTER DALLAS**
1935 Medical District Drive • Dallas, Texas 75235 • (214) 456-7000

**Physician Orders**

| MED REC NO. _____ ACCT NO. ____ |
|---|
| PATIENT _____ 6/2/2000 (9 yrs)  Male |
| C4 |
| Armstead,Jerret |
| DATE _____ 9/21/2009 2216 |
| MRN 1082807  CSN 61732439 |
| DOB _____ |

☐ NKDA - No Known Drug Allergies    Height:_____ cm    Weight: **30** _____ kg

☐ (Specify): _____    Surface Area: _____ (m²)

| **Dangerous Abbreviations - Do Not Use On Any Form** | | | |
|---|---|---|---|
| HCL | MGSO4 | Os | Q.D. | ALWAYS place a zero in front of a decimal point - 0.5mg not .5mg |
| MS | MTX | IU | Q.O.D. | NEVER place a zero after a decimal point - 5mg not 5.0mg |
| | MSO4 | Per os | U or u | |

| DATE AND TIME | Generic equivalent drugs may be used unless otherwise specified | Copies Remaining |
|---|---|---|
| 9/22/09 | DC home per CPS | ● |
| | Follow up with Dr. Murphy on 10/19/09 @ 0830 | |
| | Provide wound care sheet prior to Discharge | |
| | Tylenol 300mg PO q 4° prn pain | |
| | Ibuprofen 300mg PO q 6° prn pain | |
| | | |
| | Morgan NTA-BPNP | |
| | T. Morgan | |
| 9/22/09 1330 Alahina Huc | K. Carmi RNCPNP | |
| | Corcoras | |

CMC82500-013 (#989 11/04)

**CHILDREN'S MEDICAL CENTER DALLAS**
1935 Medical District Drive • Dallas, Texas 75235 • (214) 456-7000

**Physician Orders**

| MED REC NO. ___ | ACCT NO. ___ |
| PATIENT ___ | 6/2/2000 (9 yrs) Male<br>C4<br>Armstead, Jerret<br>9/21/2009 2216<br>MRN 1082807 CSN 61732439 |
| DATE ___ | |
| DOB ___ | |

| ☐ NKDA - No Known Drug Allergies | Height: ___ cm | Weight: ___ kg |
| ☐ (Specify): ___ | Surface Area: ___ (m²) |

**Dangerous Abbreviations - Do Not Use On Any Form**

| HCL | MGS04 | Os | Q.D. | ALWAYS place a zero in front of a decimal point - 0.5mg not .5mg |
| MS | MTX | IU | Q.O.D. | NEVER place a zero after a decimal point - 5mg not 5.0mg |
| | MS04 | Per os | U or u | |

| DATE AND TIME | Generic equivalent drugs may be used unless otherwise specified | Copies Remaining |
|---|---|---|
| 9/22/09 0050 | Order clarification. | |
| | Incentive spirometry Q1° X 10 breaths while awake | |
| | Morphine 2mg IV Q2° prn pain | |
| | Tylenol 300mg po Q4 hours prn pain | |
| | T.O. Dr. Chen /Amber DAtchison RN order readback Verified | |
| | note 0051 - Amby DAtchison RN | |
| 9/22/09 0730 | 12° chart ✓ [signature] RN | |
| 9/22/09 08? | DC Monitors | |
| | Regular Diet | |
| | R OT/OT consult | |
| 9/22/09 8? | Surg [?] | Clafemon LMA SPNP / T. Morgan / K. Cauun RN CPNP / Corcoran |
| 9/22/09 1230 | #1 IV please | |
| | Dtap 0.5ml IM | Clafemon LMA SPNP / T. Morgan / K. Cauun RNCPNP / Corcoran |

CMC82500-013 (#989 11/04)

**PHYO**

**CHILDREN'S MEDICAL CENTER DALLAS**
1935 Medical District Drive • Dallas, Texas 75235 • (214) 456-7000

**Physician Orders**

MED REC NO. _____   ACCT NO. _____

PATIENT
6/2/2000 (9 yrs)  Male
DALLAS MAIN EMERGENCY
Armstead, Jerret
9/21/2009 2202
MRN 1082807  CSN 61732439

DATE _____

DOB _____

| ☐ NKDA - No Known Drug Allergies | Height: _____ cm | Weight: 30 kg |
|---|---|---|
| ☐ (Specify): _____ | Surface Area: _____ (m²) | |

**Dangerous Abbreviations - Do Not Use On Any Form**

| HCL | MGSO4 | Os | Q.D. | ALWAYS place a zero in front of a decimal point - 0.5mg not .5mg |
|---|---|---|---|---|
| MS | MTX | IU | Q.O.D. | NEVER place a zero after a decimal point - 5mg not 5.0mg |
| | MSO4 | Per os | U or u | |

| DATE AND TIME | Generic equivalent drugs may be used unless otherwise specified | Copies Remaining |
|---|---|---|

9/21/09  Adms to 4C Dr Murph
S/P Dx Laparoscopy
Diet Clean Advance to Reg As Tolerated
IVF D5 1/2 NS + 20 KCL @ 70cc/h
Meds: Morphine 2mg IV Q2° PRN
Tylenol 300mg PO Q6° PRN
I & O Q1°
Monitors Per Age Specific Limits
HL IV when Tolerating PO

Eduardo Perez, MD

_(signature)_

0. Not
@
0037. cont.

Post Anesthesia Recovery Orders
Reviewed
Date/Time  9/21/09, 0045
_(signature)_ A. Janicker  R.N.

CMC82500-013 (#989 11/04)

**CHILDREN'S MEDICAL CENTER DALLAS**
15 Medical District Drive Dallas, Texas 75235
(214) 456-7000

6/2/2000 (9 yrs) Male
DALLAS MAIN EMERGENCY
Armstead, Jerret
9/21/2009 2202
MRN 1082807 CSN 61732439

PHYO
Form #Pilot    Rev. 1/2006

**Anesthesiology**
**Post-Anesthesia Management Orders**

Generic equivalent drugs may be used unless otherwise specified.

☒ NKA – No known Allergies    Height:_____ cm    Weight: 3 0 _____ kg

☐ Allergies (specify)

☒ Routine vital signs    ☒ EKG monitoring    ☐ Extubation by registered nurse when patient meets extubation criteria

Oxygen: Oxygen by mask, face tent, T-piece, blow by or nasal cannula, as needed, to maintain oxygen saturation above _____%

Pulse Oximetry: Please notify anesthesiologist of oxygen saturation by pulse oximeter less than _____% on room air or oxygen

Oral Opioids: Once tolerating liquids by mouth (Please choose one oral opioid):

**NOTE: TOTAL ACETAMINOPHEN DOSE NOT TO EXCEED 15 mg / kg / 4 HOURS OR 90 mg / kg / day**

Hydrocodone and Acetaminophen dosing: 0.2 mg / kg / dose of hydrocodone
☐ Hydrocodone / Acetaminophen Elixir (2.5 mg / 167 mg / 5 mL) _____ mL(s) of elixir by mouth x 1 dose.
☐ Hydrocodone / Acetaminophen (5 mg / 325 mg tablet) _____ tablet(s) hydrocodone by mouth x 1 dose.
☐ Hydrocodone / Acetaminophen (10 mg / 325 mg tablet) _____ tablet(s) hydrocodone by mouth x 1 dose.

Oxycodone: 0.2 mg / kg / dose
☐ Oxycodone Elixir (5 mg / 5 mL) _____ mL by mouth x 1 dose.
☐ Oxycodone 5 mg tablet _____ tablet(s) by mouth x 1 dose.

Antiemetics (Please choose one as needed for nausea or vomiting)
☐ Ondansetron (0.15 mg / kg / dose, maximum 4 mg) _____ mg Intravenous slowly as needed x 1 dose.
☐ Metoclopramide (0.1 – 0.2 mg / kg / dose, maximum 10 mg) _____ mg Intravenous as needed x 1 dose.

Aerosol Treatments – As needed for wheezing or airway obstruction.
☐ Racemic Epinephrine (2.25% / 0.5 mL) _____ mL in _____ mL 0.9% Sodium Chloride x 1 dose for wheezing or airway obstruction.
☐ Albuterol (2.5 mg / 0.5 mL) _____ mL in _____ mL 0.9% Sodium Chloride x 1 dose for wheezing.
☐ Levalbuterol (0.63 mg / 3 mL) _____ mL in _____ mL 0.9% Sodium Chloride x 1 dose for wheezing.

Intravenous Opioids - For severe pain or pain not relieved by oral medications; or for pain when NPO or not tolerating oral liquids.
(PLEASE Choose one):
☒ Morphine (0.05 – 0.1 mg / kg / dose) _____ mg Intravenous every 5 minutes as needed; not to exceed _____ mg
☐ Hydromorphone (0.015 mg / kg / dose) _____ mg Intravenous every 5 minutes as needed; not to exceed _____ mg
☐ Fentanyl (1 – 2 mcg / kg / dose) _____ mcg Intravenous every 5 minutes not to exceed _____ mcg

For rigors:
☐ Meperidine (0.5 mg / kg) _____ mg Intravenous up to 12.5 mg, may repeat x 1 as needed for rigors

Non-Opioids: (Do not order Ketorolac and Ibuprofen to be given concurrently)
☐ Ketorolac (0.5 mg / kg / dose) _____ mg Intravenous x 1 dose ( Maximum dose: 30 mg. Hold NSAIDS for bleeding or hypotension.
☐ Ibuprofen (5 – 10 mg / kg / dose) _____ mg by mouth x 1 dose. Hold NSAIDS for bleeding or hypotension.
☒ Acetaminophen (10 – 15 mg / kg / dose, maximum dose 90 mg / kg / day) 300 mg by mouth / per rectum x 1 dose as needed for pain or temperature greater than 38.5° Celsius.

Intravenous fluid from surgery: rate _____ mL / hour. Follow with _____ at _____ mL / hour.

Discharge from PACU
☐ Discharge to Postop Holding when discharge score is 8 or greater met, or return to baseline.
☒ Discharge to floor when discharge criteria score of 8 or greater met, or return to baseline.
☐ Call when discharge score of 8 or greater met, or return to baseline, prior to discharge to floor or postop holding.

Signature / Title: _____    Date / Time: 9/21/09

Print name: Mortichedi, MD _____

Discharge from Postop Holding
☐ Discharge to home when criteria score of 9 or greater met or return to baseline (ASA I and II only).
☐ Call when discharge score of 9 or greater met, or return to baseline prior to discharge.
☐ To be seen by ☐ this or ☐ any anesthesiologist before discharge.

Signature / Title: _____    Date / Time: _____

Print name: _____

☐ Patient evaluated by anesthesiologist, may be discharged home now

Signature / Title: _____    Date / Time: _____

Print name: _____

KEY: cm= centimeters; mg= milligrams; mcg = micrograms; mL= milliliters; kg = kilograms; hr = hour; NPO = nothing per mouth; NSAID= Non-Steroidal Anti-Inflammatory Drugs; VS= vital signs; Pt= patient; MD= medical doctor; PACU= post anesthesia care unit; IV= intravenous; Postop= post operative; ASA= American Society of Anesthesiologists



PHYO

**CHILDREN'S MEDICAL CENTER DALLAS**
1935 Motor Street • Dallas, Texas 75235 • (214) 456-7000

Emergency Center
**Critical Care Order**

MED R#

PATIENT   6/2/2000 (9 yrs)  Male
DALLAS MAIN EMERGENCY
Armstead,Jerret
DATE   9/21/2009 2202
MRN 1082807  CSN 61732439

LOCATION

DOB

| Chief Complaint | Stabbing | | Room # | |
|---|---|---|---|---|

## LABORATORY

| | | | | |
|---|---|---|---|---|
| ❑ CBC | ☒ Hgb/Hct | ❑ PT/PTT | ❑ HCG blood | ❑ _____ |
| ❑ Lytes | ❑ Bun | ❑ Fibrinogen | ❑ HCG urine | ❑ _____ |
| ❑ Ca | ❑ CReatinine | ❑ D-dimer | ❑ Ethanol B | ❑ _____ |
| ❑ Phos | ❑ Amylase | ❑ ABG | ❑ Tox screen U | ❑ _____ |
| ❑ Mg | ❑ Lipase | ❑ VBG | ☒ UA | ❑ _____ |

## RADIOLOGY   Note: All x-rays are portable unless otherwise specified

| | | |
|---|---|---|
| ☒ Spine Cerv AP & Lat | ❑ Pelvis    1VW | ❑ CT Head  WO/CON |
| ❑ Spine Dorsal 1VW Thorac | ❑ Tib/Fib    2V  L  R | ❑ CT Abd  W/IV CON |
| ❑ Spine Lumbar 1VW | ❑ Femur    2V  L  R | ❑ CT Chest W/CON  or WO/CON |
| ☒ CXR 1VW | ❑ Humerus  2V  L  R | ❑ CT Pelvis    W/IV CON |
| ❑ ABD AP (KUB) | ❑ Forearm  2V  L  R | ❑ _____ |
| ❑ _____ | ❑ _____ | ❑ _____ |

## BLOOD ORDERS

**Trauma Protocol**
❑ Type and Cross ____ units PRBCs

**Additional/Other Blood Products**
❑ Type and Screen
❑ Additional PRBCs
❑ Fresh Frozen Plasma    ____ units    ____ cc
❑ O negative blood    ____ units    ____ cc
❑ Platelets    ____ units    ____ cc

**Indication for PRBC and Whole Blood**
❑ Symptomatic Anemia or Hgb< 8gm/dl
❑ Perioperative preparation
❑ Acute Hemorrhage – abnormal VS
❑ Other _____

## SIGNATURES

| | | |
|---|---|---|
| Signature/Title: _FENG_____ | Verbal Order Taken for Dr. _____ | |
| Date/Time: _____ | Verbal Order Taken by _____ | |
| | Printed Name, Position, Date/Time | |

CMC61501-019NS (03/05)

PHYO

**CHILDREN'S MEDICAL CENTER DALLAS**
1935 Motor Street • Dallas, Texas 75235 • (214) 456-7000

Emergency Center
**Physician Orders**

MED REC NO. _____   ACCT NO. _____

PATIENT _____

6/2/2000 (9 yrs) Male
DALLAS MAIN EMERGENCY
Armstead,Jerret
9/21/2009 2202
MRN 1082807  CSN 61732439

DATE _____

DOB _____

**Page   1   2   3   4**

☐ NKDA - No Known Drug Allergies   ☐ (Specify): _____   Weight: 30 kg   kg

Chief Complaint: _____   Initial Orders per Clinical Practice Guideline (CPG) _____

| HUC Ordered | Lab Orders | Init./ Time | HUC Ordered | Radiology Orders | Init./ Time |
|---|---|---|---|---|---|
| | ☐ CBC/DIFF  ☐ Retic Count  ☐ Electrolytes | | | ☐ Chest X-Ray  ☐ Abdomen X-Ray | |
| | ☐ Blood Culture  ☐ Serum Glucose | | | ☐ Other X-Ray _____ | |
| | ☐ Bedside Glucose  ☐ Urine HCG | | | ☐ CT Head  ☐ CT Abdomen | |
| | ☐ Urine Culture  ☐ Urine Dip Protocol | | | ☐ Contrast  ☐ IV  ☐ Oral | |
| | ☐ Urine Gram Stain if less than 3 months, and urine dip negative | | | Justifying Complaint _____ | |
| | ☐ Cerebral Spinal Fluid Per Protocol | | | | |
| | ☐ **Ordered per CPG** Init. _____ Date/Time _____ | | | MD Signature _____ Date/Time _____ | |
| | MD Signature _____ Date/Time _____ | | | | |

| HUC Ordered | Date Time | Additional  Diagnostic and Therapeutic Orders | MD Signature | Init./ Time |
|---|---|---|---|---|
| | | ☐ Topical Anesthetic as appropriate   ☐ Peripheral IV access | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### Medication Orders

| Pharmacy Notified | Date/ Time | Drug or IV Solution | Dose/Rate | Route | Interval Freq | MD Signature Print Name | Per CPG | Pharmacist Review | Given/ Time |
|---|---|---|---|---|---|---|---|---|---|
| | | Normal Saline Bolus as appropriate (10-20 cc/kg) | | | | | | | |
| | 9/21/09 2205 | Unasyn | 1500 mg | IV | x T | FENG | | 2242 | |
| | | Flagyl | 300 mg | IV | x T | FENG M.T. | | | |
| | 9/21/09 2230 | NS @ 70 cc/° | | IV | | M.T. | | 2242 | 2 |
| | | | | | | | | | |
| | | | | | | | | | |

| Signature/Title | Initials | Signature/Title | Initials |
|---|---|---|---|
| | | | RPH  WD |
| | | | |
| | | | |

CMC61501-042NS (07/03)



**TD**

## CHILDREN'S MEDICAL CENTER DALLAS
1935 Medical District Drive • Dallas, Texas 75235 • (214) 456-7000

### Emergency Center
**Trauma Documentation Form**

MED REC NO.

PATIENT: A

DATE

DOB 6/2/00

6/2/2000 (9 yrs)  Male
DALLAS MAIN EMERGENCY
Armstead, Jerret
9/21/2009 2202
MRN 1082807  CSN 61732439

| Date 7/21/09 | Arrival Time 2200 | Room # CC1 | Age 8 | Sex F | PMH ∅ |
|---|---|---|---|---|---|

| Weight 30 kg | Allergies NKDA | Medications ∅ | Immunizations ☐ Up to date ☐ Not Up to date ☐ Unknown |
|---|---|---|---|

| ☑ Trauma Stat | ☐ Trauma Alert | ☐ Trauma Consult | Time called 2200 |
|---|---|---|---|

| Team Member | Time Called | Time Arrived | Name | Team Member | Time Called | Time Arrived | Name |
|---|---|---|---|---|---|---|---|
| ED Attending | 2200 | 2200 | Ring | Orthopedics | | | |
| ED Resident | | | | Neurosurgery | | | |
| Trauma Attending | 2200 | 2250 | Murphy | Plastics | | | |
| Trauma Resident | 2200 | 2205 | Perez | Child Life | | 2200 | Adams |
| Trauma Resource Nurse | 2200 | 2200 | Wright | Social Work | | | |
| RCP | | | | Chaplain | | | |
| Uncrossmatched Blood | | | Tabarrok | | | | |

### Injury Data

Time of Injury ~2200   Type: ☐ Blunt   ☑ Penetrating   ☐ Crush   ☐ Burn
Mechanism: ☐ MVC ☐ MPC ☐ MCC ☐ Fall ☑ Assault ☐ Sports ☐ Gunshot Wound ☑ Stabbing ☐ Burn
☐ Animal bite ☐ Auto/Bike ☐ Other
Location in car: ☐ Front ☐ Back ☐ Driver ☐ Passenger ☐ Middle ☐ Ejected ☐ Unknown Speed_____mph
Protective devices: ☐ Helmet ☐ Lap belt only ☐ Lap / shoulder belt ☐ Airbag ☐ Child passenger seat
☐ Other
Extent of damage_____
Location: ☐ Home ☑ School ☐ City street ☐ Highway ☐ Recreational area ☐ Work ☐ Other
Brief description: stabbed in a domestic disturbance

### Pre-Hospital Management

Scene: ☐ Private car ☑ Ground ambulance: City / Unit #: DFD
Transfer facility:_____ ☐ ER ☐ PICU ☐ OR ☐ Other
Transferred via: ☐ Ground ☐ Helicopter ☐ Other
EMS run sheet obtained ☑ Yes ☐ No

### Treatment Prior to Arrival

☐ None ☐ C-collar ☐ Spineboard ☐ Lateral devices
☐ KED ☐ Other
☐ O2 ☑ Mask ☐ Bag/Valve/Mask ☐ Nasal airway ☐ Oral airway
☐ ETT (size)_____@_____cm ☐ Placement verified
Splints: ☐ RUE ☐ LUE ☐ RLE ☐ LLE
Dressings:_____
Medications:_____ Time:_____
_____ Time:_____
_____ Time:_____
IV #1: Site Rhand Gauge 20g Fluid: NS Infused:_____
IV #2: Site_____ Gauge:_____ Fluid:_____ Infused:_____
Hx LOC: ☐ Yes_____duration ☐ No   ☐ Unknown
Hx Hypotension: ☐ Yes ☐ No ☐ Unknown
Hx Cardiac Arrest: ☐ Yes ☐ No ☐ Unknown
Compression: ☐ Yes_____duration ☐ No

### Trauma Score
#### Pediatric Trauma Score Category Definitions

| Component | +2 | +1 | -1 |
|---|---|---|---|
| Size | Child / Adolescent >20kg | Toddler, 10-20kg | Infant, <10kg |
| Airway | Normal | Oral or nasal airway | Intubated; ETT, EOA; Cricois |
| Conscious | Awake | Obtunded | Coma, Unresponsive |
| Systolic Blood Pressure | >90mm Hg; Good Peripheral Pulses, Perfusion | 50-90mm Hg; Pulses Palpable | <50 mmHg; Weak or No Pulses |
| Fracture | None Seen or Suspected | Single, closed Fx anywhere | Open, multiple Fx |
| Cutaneous | No visible injury | Contusion, abrasion; lacerations < 7cm; Not through fascia | Tissue loss; any GSW/Stab; through fascia |

| GCS Conversion Scale | Revised Trauma Score = Pediatric Trauma Score + Converted GCS |
|---|---|
| 13 - 15 = 4 | |
| 9 - 12 = 3 | 9 + 4 = 13 |
| 6 - 8 = 2 | |
| 4 - 5 = 1 | Revised Trauma Score on arrival |
| 0 - 3 = 0 | |

CMC61501-003 (2448 02/04)

| Primary Assessment | Intervention | Reassessment Following Intervention |
|---|---|---|
| **Airway:**<br>☑ Patent  ☐ Partial Obstruction<br>☐ Obstructed<br>**Causes:**<br>☐ Blood  ☐ Emesis  ☐ Debris<br>☐ Secretions  ☐ Deformity  ☐ Position | ☐ Manual opening airway<br>☐ Suction<br>☐ Oral Airway Size____ Time____<br>☐ Nasal Airway Size____ Time____ Right/Left<br>☐ C-spine@____ Backboard@____<br>☐ Lateral devices@____ | **Airway:**<br>☐ Patent  ☐ Partial Obstruction<br>☐ Obstructed<br>**Causes:**<br>☐ Blood  ☐ Emesis  ☐ Debris<br>☐ Secretions  ☐ Deformity  ☐ Position |
| **Breathing:**<br>☑ Spontaneous  ☐ Assisted  ☐ Absent<br>**Breath sounds:**<br>☑ Clear and Equal Bilateral<br>☐ Rales / Rhonchi<br>☐ Wheeze<br>☐ Diminished Right / Left  ☐ Absent Right / Left<br>**Effort:**<br>☑ Non-labored  ☐ Shallow  ☐ Deep<br>☐ Retractions  ☐ Paradoxical  ☐ Labored<br>**Trachea:**<br>☑ Midline position  ☐ Deviation Right / Left | ☐ Oxygen via____ @____ lpm<br>☐ Bag/Valve/Mask<br><br>☐ ETT: Size____ Time____ By____<br>☐ Taped@____ cm, ☐ Lip ☐ Teeth<br>☐ See intubation record<br>☐ CXR: Time Called____ Time Done____<br><br>☐ Chest tube #1 Size____ Site____ Time____<br>☐ Chest tube #2 Size____ Site____ Time____ | **Breathing:**<br>☐ Spontaneous  ☐ Assisted  ☐ Absent<br>**Breath sounds:**<br>☐ Clear and Equal Bilateral<br>☐ Rales / Rhonchi<br>☐ Wheeze<br>☐ Diminished Right / Left  ☐ Absent Right / Left<br>**Effort:**<br>☐ Non-labored  ☐ Shallow  ☐ Deep<br>☐ Retractions  ☐ Paradoxical  ☐ Labored<br>☐ Midline position  ☐ Deviation Right / Left |
| **Circulation:**<br>☑ Central pulses:<br>☐ Present  ☐ Bounding  ☐ Weak  ☐ Absent<br>**Skin color:**<br>☑ Normal  ☐ Pale  ☐ Mottled  ☐ Dusky<br>☐ Cyanotic<br>**Skin Temp:**<br>☑ Warm  ☐ Cool  ☐ Dry  ☐ Moist<br>**Capillary Refill:**<br>☑ <2 seconds  ☐ Delayed____ seconds | ☐ Compressions started____ See CPR record<br>☐ IV/Intraosseous<br>Site____ Size____ By____ Time____<br>Site____ Size____ By____ Time____<br>Site____ Size____ By____ Time____<br>Site____ Size____ By____ Time____<br><br>☐ Fluid warmer used<br>☐ Pre-hospital fluids changed to warm fluids | **Circulation:**<br>☐ Central pulses:<br>☐ Present  ☐ Bounding  ☐ Weak  ☐ Absent<br>**Skin color:**<br>☐ Normal  ☐ Pale  ☐ Mottled  ☐ Dusky<br>☐ Cyanotic<br>**Skin Temp:**<br>☐ Warm  ☐ Cool  ☐ Dry  ☐ Moist<br>**Capillary Refill:**<br>☐ <2 seconds  ☐ Delayed____ seconds |
| **Disability / Neurological:**<br>☑ Awake  ☐ Verbal  ☐ Pain  ☐ Unresponsive<br>**Extremity movement:**<br>☑ Spontaneous  ☐ Equal  ☐ Flaccid | ☐ CT time notified____<br>☐ Head of bed elevated____ degrees<br>☐ Head midline | **Disability / Neurological:**<br>☐ Awake  ☐ Verbal  ☐ Pain  ☐ Unresponsive<br>**Extremity movement:**<br>☐ Spontaneous  ☐ Equal  ☐ Flaccid |

| Secondary Assessment | | |
|---|---|---|
| **Exposure:**<br>☐ Patient undressed<br>☐ Warming measures:<br>　　　☐ Warmed Blankets<br>　　　☐ Warmed IVF<br>　　　☐ Bair Hugger<br>　　　☐ Trans Warmer | **Abdomen:**<br>☐ No injury noted<br>☐ Abdomen soft<br>☐ Bleeding  ☐ Laceration  ☑ Penetrating Injury<br>☐ Abrasion/Contusion  ☐ Distended  ☐ Tender<br>☐ Bowel sounds present/absent | **Posterior:** Time patient logrolled _2:205_<br>☐ No injury noted  ☐ Posterior assessed<br>☐ Patient undressed<br>☐ Laceration  ☐ Abrasion  ☐ Swelling<br>☐ Tenderness<br>☐ Unable to assess posterior____ |
| **Head:**<br>☐ No injury noted<br>☐ Bleeding  ☐ Laceration  ☐ Swelling<br>☐ Deformity  ☐ Abrasion/Contusion | **Pelvis:**<br>☑ Stable<br>☐ Crepitus<br>☐ Bruising Right/Left | **Other interventions:**<br>☑ Cardiac monitor  ☑ Pulse Ox  ☑ NIBP<br>☐ Foley Size____ By____ Time____ |
| **Facial:**<br>☑ No injury noted<br>☐ Mid face stable/symmetrical<br>☐ Bleeding  ☐ Laceration  ☑ Swelling<br>☐ Deformity  ☑ Abrasion/Contusion<br>☐ Rhinorrhea | **Genitalia**<br>☑ No injury noted<br>☐ Intact  ☐ Rash  ☐ Bleeding  ☐ Tender<br>☐ Swelling  ☐ Bruising<br>☐ LMP____ | ☐ Gastric Tube<br>　☐ Nasal Airway Size____ By____ Time____<br>　☐ Oral Airway  Size____ By____ Time____<br>　☐ Placement verified |
| **Ears:**<br>☐ Clear  ☑ Right  ☐ Left<br>☐ Hemotympanum  ☐ Right  ☐ Left<br>☐ Otorrhea  ☐ Right  ☐ Left | **Rectal:**<br>☑ Good tone  ☐ Deferred<br>☐ Absent tone<br>☐ Guaiac +/- | **Indicate Areas of Injury** |
| **Neck:**<br>☐ No injury noted<br>☐ Bleeding  ☐ Laceration  ☐ Swelling<br>☐ Jugular venous distension<br>_Abrasion_ | **Extremities:** |  |

**Neck** (continued) / **Chest:**
☐ No injury noted
☐ Symmetrical  ☐ Clear heart tones
☐ Bleeding  ☐ Laceration  ☐ Swelling
☐ Deformity  ☐ Abrasion/Contusion
☐ SQ air  ☐ Crepitus  ☐ Paradoxical
☐ Penetrating injury Right/Left

| Extremities: | RA | LA | RL | LL |
|---|---|---|---|---|
| ☑ No injury noted | ☑ | ☑ | ☑ | ☑ |
| Neurovascular intact | ☑ | ☑ | ☑ | ☑ |
| Pain | ☐ | ☐ | ☐ | ☐ |
| Contusion/Abrasion | ☐ | ☐ | ☐ | ☐ |
| Swelling | ☐ | ☐ | ☐ | ☐ |
| Laceration | ☐ | ☐ | ☐ | ☐ |
| Deformity | ☐ | ☐ | ☐ | ☐ |
| Open Fracture | ☐ | ☐ | ☐ | ☐ |

Distal Pulses:
0=Absent, 1=Weak, 2=Normal, 3=Bounding
RA _2_ LA _2_ RL _7_ LL _2_



1. Abrasion　6. Ecchymosis　11. Rash
2. Amputation　7. Fracture　12. Treadmarks
3. Avulsion　8. Penetration　13. Swelling
4. Burn　9. Hematoma　14. Impaled Object
5. Laceration　10. Contusion　15. Pain

| IV Solutions | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type _NS_<br>Location | | | | | | Type<br>Location | | | | | | Type<br>Location | | | | |
| Time | Rate | Pt. | Total | Initials | | Time | Rate | Pt. | Total | Initials | | Time | Rate | Pt. | Total | Initials |
| 2250 | 70 | — | — | 290 | | | | | | | | | | | | |

6/2/2000 (9 yrs) Male
C4
Armstead,Jerret
9/21/2009 2216
MRN 1082807  CSN 61732439

CMC61501-003 (2448 02/04)



TD

**CHILDREN'S MEDICAL CENTER DALLAS**
1935 Medical District Drive • Dallas, Texas 75235 • (214) 456-7000

**Emergency Center**
**Trauma Documentation Form**

MED REC NO. _____ ACCT NO. _____

PATIENT _____ 6/2/2000 (9 yrs) Male
DALLAS MAIN EMERGENCY
Armstead,Jerret
DATE _____ 9/21/2009 2202
MRN 1082807 CSN 61732439

DOB _____

| Labs | | | | | Radiology | | | | Intake | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Test | Time Drawn | Time Result | Results | | Test | Notified | Time To | Completed | Time | Amount | Initials |
| T&C for ___units | | | | | Cervical | | | | | | |
| | | | | | Thoracic | | | | | | |
| Hemocue | 2205 | 2205 | 12.5 | | Lumbar | | | | | | |
| CBC | | | | | CXR | 2215 | 2225 | 2225 | | | |
| PT/PTT | | | | | Abdomen | | | | | | |
| Lytes | | | | | RUE | | | | | | |
| D-stick | | | | | LUE | | | | | | |
| Urine dip | | | | | RLL | | | | | | |
| HCG | | | | | LLL | | | | | | |
| Amylase | | | | | CT-Head | | | | | | |
| Lipase | | | | | CT-Chest | | | | | | |
| | | | | | CT-Abdomen | | | | | | |
| | | | | | CT-Other | | | | | | |

| Medications | | | | | | | Output | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Time | Medication | Dose | Route | Order | Initials 1 | Initials 2 | Time | Urine | Blood | Gastric | Other | Initials |
| 2255 | Unasun | 150 m | IV | ✓ | ✓ | ✓ | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

| | Time | Arrival | 2255 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Eyes** 4 - Spontaneous | | — | ✓ | | | | | | | | | | |
| 3 - To speech | | | | | | | | | | | | | |
| 2 - To pain | | | | | | | | | | | | | |
| 1 - No response | | | | | | | | | | | | | |
| **Verbal** 5 - Oriented | | — | ✓ | | | | | | | | | | |
| 4 - Disoriented | | | | | | | | | | | | | |
| 3 - Inappropriate | | | | | | | | | | | | | |
| 2 - Moans/Grunts | | | | | | | | | | | | | |
| 1 - No response | | | | | | | | | | | | | |
| **Motor** 6 - Spontaneous | | — | ✓ | | | | | | | | | | |
| 5 - Localizes | | | | | | | | | | | | | |
| 4 - Flexion | | | | | | | | | | | | | |
| 3 - Decorticate | | | | | | | | | | | | | |
| 2 - Decerbrate | | | | | | | | | | | | | |
| 1 - No response | | | | | | | | | | | | | |
| Total | | 15 | 15 | | | | | | | | | | |
| Right pupil/reaction | | 4B | 4B | | | | | | | | | | |
| Left pupil/reaction | | 4B | 4B | | | | | | | | | | |
| Blood pressure | | 122/75 | 115/74 | | | | | | | | | | |
| Pulse | | 94 | 84 | | | | | | | | | | |
| Respiration | | 20 | 20 | | | | | | | | | | |
| Temperature | | 36.7 | — | | | | | | | | | | |
| O2 saturation | | 100 | 100 | | | | | | | | | | |
| ETCO2 | | — | — | | | | | | | | | | |
| Capillary refill (B=brisk, 2 second) | | B | B | | | | | | | | | | |
| Oxygen FiO2/lpm | | RA | RA | | | | | | | | | | |
| Color | | P | P | | | | | | | | | | |
| Neurovascular Status intact | | ✓ | | | | | | | | | | | |
| Pain Scale    Score | | | | | | | | | | | | | |
| Initials | | | | | | | | | | | | | |

CMC61501-003 (2448 02/04)

## CHILDREN'S MEDICAL CENTER DALLAS
1935 Medical District Drive • Dallas, Texas 75235 • (214) 456-7000

### Emergency Center
### TRAUMA DOCUMENTATION FORM

MED REC NO. _____

PATIENT _____

DATE _____

DOB _____

6/2/2000 (9 yrs)  Male
DALLAS MAIN EMERGENCY
Armstead,Jerret
9/21/2009 2202
MRN 1082807  CSN 61732439

| TIME | NARRATIVE NOTES |
|---|---|
| 2200 | Pt to CC1 w/a DPD A&O x3 MAEW. Has small stab wound to RLQ. Cpm |
|  | applied - VSS. MD @ bed side. Primary + secondary survey completed. No bleeding |
|  | noted from RLQ wound |
| 2205 | Pt log rolled - posterior assessed. |
| 2215 | Cm @ bedside. |
| 2225 | Sms completed. Pt to go to OR. |
| 2240 | Pt to OR via stretcher in stable cond accum. by OR staff. VSS upon transfer |
|  | of care |

### Disposition

Time 2240 Disposition: ☒ OR   ☐ CMC Room #: _____   ☐ Via Radiology
☐ Home   ☐ Morgue   ☐ ME Notified Case#_____   ☐ Transplant _____
Transferred via:  ☒ Stretcher   ☐ Wheelchair ☐ Other: _____
☐ Accompanied by _____
Report to: OR
C-Spine precautions:  ☐ Maintained throughout ER stay   ☐ In place at time of transfer
☐ C-collar removed by:_____ At:_____ ☐ Neuro status unchanged after immobilization removed
Family notified by:_____ Time:_____ Name of family:_____
Relation to patient:_____ Phone #:_____ ☐ Unable to contact
Clothing/valuables given to: ☐ Family  ☐ Security  ☐ Police  ☐ Lock box  ☒ No valuables
Description of valuables:_____ Police Case # (if applicable)_____
Discharge/Tranfer diagnosis: Stab wound to abd.
☒ EMS runsheet with patient          ☒ Revised Trauma Score at Discharge 13

### Surgical Pre-Op Checklist

Type & Cross Drawn/Sent  ☒ Yes  ☐ No
                          Time_____
Time of last oral intake_____
Surgical Consent on chart  ☒ Yes  ☐ No
ID band on patient  ☒ Yes  ☐ No
RUE  LUE  RLE  LLE
Family notified of surgery  ☒ Yes  ☐ No
                            ☐ Unable to contact

M.D. Signature/Title:_____ Date/Time:_____   R.N. Signature/Title:_____ Date/Time:_____

Signature/Title:_____ Date/Time:_____   Signature/Title:_____ Date/Time:_____

CMC61501-003 (2448 02/04)

# Patient Care Report

**Dallas Fire-Rescue Department**
**Emergency Medical Service**

**Incident Number:** 2009177638
**Date of Service:** 09/21/2009 21:22:40
**Chief Complaint:** Other: STABBING
**Unit/Crew:** 749 - Charles Jones cj6125, Anthony Leftridge 520390

## Patient Information

| | | | | |
|---|---|---|---|---|
| **Last Name:** ARMSTEAD | **First Name:** JERRET | **MI:** | **DOB:** 06/02/2000 | **Age:** 9 |
| Sex: Male | Race: Black | Phone: (214) 375-1688 | SSN: UTO | DL#: | Height: |
| Address: 3848 MORNING SPRINGS TRL | City: Dallas | State: Texas | Zip: 75241 | County: Dallas | Weight: |
| Insurance: | | | | |

**Patient Medications:** UK | |
**Patient Allergies: Medications** - NKDA
**Patient History: Cardio** - ADHD
**Patient Symptoms:**

*6/2/2000 (9 yrs) Male*
*C4*
*Armstead,Jerret*
*9/21/2009 2216*
*MRN 1082807 CSN 61732439*

## Patient Assessment

**Assessment: Airway** - Clear **Breathing** - Normal **Circulation** - Normal **CRT** - 2 Seconds or Less **Skin** - Normal **Neuro AVPU** - Alert Orientation: x4 **Neuro Motor** - Moves All Extremeties **Neuro Sensory** - Intact **Neuro Speech** - Normal **Eyes** - PERRL
**GCS: Motor** - 6 - Obeys Commands **Verbal** - 5 - Oriented **Eye** - 4 - Spontaneously **Total** - 15
**Injury: Onset Provocation** - **Quality** - **Radiation** - **Time** -

## Vitals

| Time | HR | RR | BPSys | BPDia | SPO2 | ETCO2 | Glucose | Temp | Position | EKG | DoneBy |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 21:47 | 91 | 26 | 118 | 85 | | | | | | | |
| 21:54 | 84 | 24 | 122 | 83 | | | | | | | |

## Treatments

| Time | Treatment | Details |
|---|---|---|
| 21:48:38 | IV | Side: Left Site: Hand Successful: Yes Attempts: 1 Size (gauge): 20 Type: Normal Saline 1000 Rate: TKO Performed By: Jones, Charles |

## Protocols

| Time | Protocol |
|---|---|
| | |

## Comments

**Narrative:** PT FOUND AT SCENE OF DOUBLE MURDER STATES THAT MOM'S HUSBAND WAS TRYING TO KILL HIM ALSO BUT USED WRONG SIDE OF KNIFE. PT HAS 1" LAC TO RIGHT LOWER QUADRANT, ABRASION TO RIGHT SHOULDER AREA SCRATCH TO NECK, BRUISE TO RIGHT CHEEK AREA. VSS. ABD SOFT NON TENDER, NO DISTENTION NOTED. NO ADDITIONAL INJURIES OBSERVED BY EMS. PT IS ABLE TO DESCRIBE IN DETAIL THE EVENTS OF EVENING. BROTHER ACCOMPANY TO HOSPITAL. HE HAS NO INJURIES.

## Incident Information

**Location:** 3848 MORNING SPRINGS TRL, DallasTexas

TPREC

**Type:**

**Outcome: Patient Transported**   ALS

9/21/2009 22:01:47 PM

**Destination:** Childrens Medical Center of Dallas, 1935 Motor St, Dallas, Texas, 75235 , 214-456-2774

## Call Times

| Dispatched | EnRoute | At Scene | At Patient | Depart Scene | Destination | Transfer Care | Unit Clear |
|---|---|---|---|---|---|---|---|
| 21:26:01 | 21:27:33 | 21:32:09 | 21:34:00 | 21:46:07 | 21:58:06 | 22:00:46 | |

## Signatures

Nurse



Medic/EMT - Jones, Charles

---

RescueMedic - All rights reserved 2008          **PCR Status: Incomplete** Date/Time Created: **9/21/2009 10:01:42 PM**



6/2/2000 (9 yrs) Male
C4
Armstead,Jarret
9/21/2009 2216
MRN 1082807 CSN 61732439

9/21/2009 22:01:47 PM

**VCF**

CONSENT

| | |
|---|---|
| MED REC NO. _____ | ACCT NO. _____ |
| PATIENT ____ | 6/2/2000 (9 yrs) Male |
| | C4 |
| | Armstead,Jerret |
| DATE ____ | 9/21/2009 2216 |
| | MRN 1082807 CSN 61732439 |
| DOB _____ | |

## CHILDREN'S MEDICAL CENTER DALLAS
1935 Motor Street • Dallas, Texas 75235 • (214) 456-7000

### VACCINE(S) CONSENT FORM

| Vaccine | Number | | | | | | Site | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ❑ HBV | ❑ #1 | ❑ #2 | ❑ #3 | | | | ❑ RLE ❑ LLE ❑ RUE ❑ LUE |
| ❑ DTaP/HepB/IPV | ❑ #1 | ❑ #2 | ❑ #3 | | | | ❑ RLE ❑ LLE ❑ RUE ❑ LUE |
| ☒ DTaP | ❑ #1 | ❑ #2 | ❑ #3 | ❑ #4 | ❑ #5 | | ❑ RLE ❑ LLE ☒ RUE ☒ LUE |
| ❑ HIB | ❑ #1 | ❑ #2 | ❑ #3 | ❑ #4 | | | ❑ RLE ❑ LLE ❑ RUE ❑ LUE |
| ❑ HIB/HBV | ❑ #1 | ❑ #2 | ❑ #3 | | | | ❑ RLE ❑ LLE ❑ RUE ❑ LUE |
| ❑ DTaP/HIB | | | | ❑ #4 | | | ❑ RLE ❑ LLE ❑ RUE ❑ LUE |
| ❑ IPV | ❑ #1 | ❑ #2 | ❑ #3 | ❑ #4 | | | ❑ RLE ❑ LLE ❑ RUE ❑ LUE |
| ❑ Pneumococcal (PPV23) | ❑ #1 | | | | | | ❑ RLE ❑ LLE ❑ RUE ❑ LUE |
| ❑ Pneumococcal Conjugate (PCV7) | ❑ #1 | ❑ #2 | ❑ #3 | ❑ #4 | | | ❑ RLE ❑ LLE ❑ RUE ❑ LUE |
| ❑ Meningococcal Conjugate (MCV4) | ❑ #1 | | | | | | ❑ RLE ❑ LLE ❑ RUE ❑ LUE |
| ❑ MMR | ❑ #1 | ❑ #2 | | | | | ❑ RLE ❑ LLE ❑ RUE ❑ LUE |
| ❑ VZV | ❑ #1 | ❑ #2 | | | | | ❑ RLE ❑ LLE ❑ RUE ❑ LUE |
| ❑ HAV | ❑ #1 | ❑ #2 | | | | | ❑ RLE ❑ LLE ❑ RUE ❑ LUE |
| ❑ DT | | | | | | | ❑ RLE ❑ LLE ❑ RUE ❑ LUE |
| ❑ Td | | | | | | | ❑ RLE ❑ LLE ❑ RUE ❑ LUE |
| ❑ Influenza | | | | | | | ❑ RLE ❑ LLE ❑ RUE ❑ LUE |
| ❑ Other _____ | | | | | | | |

I have read, or have had explained to me, information about the diseases and the vaccines to be administered. I have had a chance to ask questions that were answered to my satisfaction. I understand the benefits and risks of the vaccines cited, and ask that the vaccine(s) be given to the person named above for whom I am authorized to make this request.

Yo e leido, o me han esplicado, información acerca de las enfermedades y vacunas que serán administradas. Yo e tenido la oportunidad de hacer preguntas que fueron contestadas a mi satisfacción. Yo entiendo los beneficios y riesgos de las vacunas marcadas, y pido que la(s) vacuna(s) sean adminstradas solo a la persona arombrada arriba por quien tengo la autoridad para pedir.

Signature/Firma X_Margaret Brooks_____ Date/Fecha _9/22/09_

**Consent for Release of Immunization Records to Authorized Entities**
I authorize the Texas Department of Health's Immunization Registry to release past, present, and future immunization records on my child to a parent of the child and any of the following:

    A) public health district;    D) school in which the child is enrolled; and/or
    B) local health department;    E) child care facility in which the child is enrolled.
    C) physician to the child;

I understand that I may withdraw the consent to place information on my child in the immunization registry and my consent to release information from the registry at any time by written communication to the Texas Department of Health, Immunization Registry, 1100 W. 49th Street, Austin, Texas, 78756.

**Consetnimiento para poner los récords de inmunización a disposición de las entidades autorizadas**
Autorizo al Registro de Inmunizaciones del Departamento de Salud de Texas para que disemine cualquier infomación pasada, presente y futura sobre las inmunizaciones de mi hijo/hija a uno de los padres del niño/niña o a cualquiera de las siguientes personas o agencias:

    A) distrito de salud pública    D) escuela en que está inscrito el niño/niña
    B) departamento de salud local    E) guardería en que está inscrito el niño/niña
    C) médico del niño/niña

Entiendo que puedo retirar mi autorización para poner la información sobre mi hijo/hija en el registro de inmunizaciones, y que puedo retirar mi autorización para diseminar información del registro en cualquier momento escribiendo al Texas Department of Health, Immunization Registry, 1100 W. 49th Street, Austin, Texas, 78756.

❑ Yes/Si   ❑ No

Signature/Firma _____    Date/Fecha _____

CMC82500-030 (#2935 06/05)



TRIAGE

**CHILDREN'S MEDICAL CENTER OF DALLAS**
1935 Motor Street • Dallas, Texas 75235 • (214) 456-7000
EMERGENCY REFERRAL CENTER
**TRIAGE RECORD**

MED REC  1082807       25040718
PATIENT  ARMSTEAD ,JERRET
         03/04/01      TRI
DATE     06/02/00 D    T    I
DOB  6-2-00           1/2/

## TRIAGE ASSESSMENT

Triage Time __1125__          Date _____

Triage Level / ☐1 ☐2 ☐3 ☑4 ☐5   Arrival Mode
Disposition ☐Emergency Center ☐Quick Care
            ☐Parkland Fasttrack Clinic

Exposures ☐Yes ☑No   Trauma patient. ☐Yes ☐No
If yes, to what?      English speaking ☑Yes ☐No

**Chief complaint / Present Illness**
V/D X 1 dy

**Past medical / Surgical history**
Tubes in ears (1wk ago)
_____ RN
RN Signature _____  Date _____

### PERTINENT PHYSICAL ASSESSMENT

Pertinent vital signs
Temp __208__  Respiratory __32__
Pulse __130__  wt _____

| MENTAL STATE | | |
|---|---|---|
| ☑Alert, responsive | ☐Combative | |
| ☑Oriented | ☐Confused | |
| ☐Sleeping, easily aroused | ☐Lethargic | |
| ☐Crying, consolable | ☐Unresponsive | |

| RESPIRATORY | | |
|---|---|---|
| ☑Nonlabored | ☐Grunting | ☑Clear |
| ☐Shallow | ☐Flaring | ☐Rales/Rhonchi |
| ☐Deep  UAC | ☐Stridor | ☐Diminished |
| ☐Labored | ☐Retraction | ☐Wheezing |

| COLOR | | |
|---|---|---|
| ☑Pink | ☐Mottled | ☐Cyanotic |
| ☐Pale | ☐Flushed | ☐Jaundiced |

| SKIN TEMPERATURE | |
|---|---|
| ☐Cool | ☐Dry |
| ☐Warm | ☐Clammy |
| ☐Hot | ☐Diaphoretic |

| MUCOUS MEMBRANES | |
|---|---|
| ☑Moist | ☐Pale |
| ☐Sticky | ☐Pink |
| ☐Dry | ☐Dusky |

PERIPH CAP REFILL
☑< 2 seconds
☐Delayed _____ seconds

| ABDOMEN | |
|---|---|
| ☑Soft | ☐Nondistended |
| ☐Nontender | ☐Distended |
| ☐Tender | ☐Rigid |

## PRIMARY ASSESSMENT

Time in room _____   Assessment time _____

**Physical assessment**

Temp _____  Resp _____
Pulse _____  BP _____

Immunizations up to date ☐Yes ☑No ☐UNK
Immunizations resources given ☐Yes ☐No
Primary M.D. / Clinic __Langshaw__
Referring M.D. _____
Allergies: __NKDA__

LNMP· _____
Informant _____
Informant relation to patient _____

**Current medications**
Augmentin
Pediacare

Translation Services

RN Signature _____  Date _____

| MENTAL STATE | | |
|---|---|---|
| ☐Alert, responsive | ☐Combative | |
| ☐Oriented | ☐Confused | |
| ☐Sleeping, easily aroused | ☐Lethargic | |
| ☐Crying, consolable | ☐Unresponsive | |

| SKIN TEMPERATURE | |
|---|---|
| ☐Cool | ☐Dry |
| ☐Warm | ☐Clammy |
| ☐Hot | ☐Diaphoretic |

| MUCOUS MEMBRANES | |
|---|---|
| ☐Moist | ☐Pale |
| ☐Sticky | ☐Pink |
| ☐Dry | ☐Dusky |

| PEDIATRIC COMA SCALE | | Arrival | Time |
|---|---|---|---|
| 4 | Spontaneous | | |
| 3 | To Speech | | |
| 2 | To Pain | | |
| 1 | No Response | | |
| 5 | Oriented / Babbles / Smiles | | |
| 4 | Disoriented / Inappropriate Cries | | |
| 3 | Inappr Words / Persis Screams | | |
| 2 | Incomprehensible Sounds / Grunts / Moan | | |
| 1 | No Response | | |
| 6 | Obeys / Norm / Spont | | |
| 5 | Localizes Pain / Pushes Away | | |
| 4 | Flexion / Withdrawal | | |
| 3 | Flexion (Posturing) / Decorticate | | |
| 2 | Extension (Posturing) Decerebrate | | |
| 1 | No Response | | |
| P | Paralyzed / Intubated | | |
| ADD TOTAL SCORE / TOTAL | | | |
| LEFT PUPIL SIZE / REACTION | | | |
| RIGHT PUPIL SIZE / REACTION | | | |

PERIPH CAP REFILL
☐< 2 seconds
☐Delayed _____ seconds

| ABDOMEN | |
|---|---|
| ☐Soft | ☐Nondistended |
| ☐Nontender | ☐Distended |
| ☐Tender | ☐Rigid |

| RESPIRATORY | |
|---|---|
| ☐Nonlabored | ☐Grunting |
| ☐Shallow | ☐Flaring |
| ☐Deep | ☐Stridor |
| ☐Labored | ☐Retraction |
| ☐Clear | ☐Diminished |
| ☐Rales/Rhonchi | ☐Wheezing |

| COLOR | |
|---|---|
| ☐Pink | ☐Flushed |
| ☐Pale | ☐Cyanotic |
| ☐Mottled | ☐Jaundiced |

Additional Notes: Pamphlet 3/4/01

Did not want to wait



REG1019

MED REC NO _____

PATIENT _____

DATE _____

DOB _____

24392151
1082807   JERRET
ARMSTEAD   EQC
12/24/00   T   I⁻⁴
06/02/00  D

**CHILDREN'S MEDICAL CENTER OF DALLAS**
1935 Motor Street  •  Dallas, Texas 75235  •  (214) 456-7000

**REGISTRATION / ADMISSION AGREEMENT**

PATIENT AND/OR GUARANTOR MUST REVIEW AND COMPLETE THE FOLLOWING INFORMATION

**I** Consent for Care and Treatment

I hereby acknowledge that I/my child/my ward needs medical care and treatment I voluntarily consent to the performance of hospital services and the use of all means of diagnostic and laboratory work of any kind (including but not limited to the taking of blood, tissue fluids and other body samples, pictures and videotapes x-ray or other radiographic procedures) upon myself/my child/my ward, which are deemed necessary or prudent by my/my child/my ward's attending physician or any other member of the medical staff of Children s caring for me/my child/my ward I understand that Children's functions in part as a teaching institution and I hereby acknowledge and consent to the use of myself/my child/my ward and related records, laboratory work or specimens and diagnostic results to be used from time to time for instructional purposes at the sole discretion of Children s

**II** Assignment of Benefits/Insurance Requirements

In consideration of services rendered or to be rendered I hereby irrevocably assign and transfer to the hospital all right, title and interest in all benefits/monies payable for services/supplies rendered, including but not limited to group medical/indemnity/self-insured/ERISA benefits/coverage PIP, UIM/UM auto/homeowner insurance, and in all causes of action against any party or entity that may be responsible for payment of benefits/monies regardless of whether or not I ultimately settle my claim with a non-admission of liability provision I fully understand that in the event the hospital files a claim on my behalf that the same does not impose any contractual obligation or otherwise upon the hospital and that I remain fully responsible for instituting suit within the applicable status of limitations regardless of the assignment of causes of action I authorize the hospital to appeal any denial under my appeal rights provision It is hereby agreed and understood that any condition precedent, subsequent or otherwise including but not limited to, pre-certification, pre-authorization, or second opinions shall remain the sole responsibility of patient and/or the patient's family, legal guardian representative or agent I, further understand that failure to pre-certify could result in reduced payments from patient s insurance company leaving the undersigned financially responsible for the non-reimbursed portion of patient's bill It is further agreed and understood that the obtaining of verification of benefits and/or pre-certification does not in any form or fashion relieve patient or patient's family, other individual or entity signing on behalf of patient of any liability for the financial responsibility for goods and services provided or to be provided to patient by the hospital and any physician I fully understand and agree that hospital shall be entitled to full payment where a third-party accident is involved notwithstanding any benefits payable by a managed care payor on my behalf as third-party bears primary responsibility

**III** Financial Responsibility

In consideration of services rendered or to be rendered to patient, the undersigned, whether he/she is the patient patient's relative patient's legal guardian, representative, agent other individual or entity hereby obligates himself/herself individually to the hospital physicians, including surgeons radiologists pathologists anesthesiologist and consultants involved in patient s care and agrees to pay for any and all charges and expenses incurred or to be incurred It is agreed and understood that regardless of any and all assigned benefits/monies, I as the designated responsible party, am responsible for the total charges for services rendered and I further agree that all amounts are due upon request and are payable to the hospital, and the appropriate physicians, including surgeons, radiologists pathologists, anesthesiologist and consultants involved in patient's care and agree to pay for any and all charges and expenses incurred or to be incurred It is further agreed and understood that should this account become delinquent and it becomes necessary for the account to be referred to an attorney or collection agency for collection or suit I, as the designated responsible party or entity shall pay all patient charges reasonable attorney's fees and collection expenses I agree that if this account results in a credit balance the credit amount will be applied to any outstanding accounts, either current or bad debt

**IV** Patients eighteen (18) years of age and older Legal Guardians of Incompetent Adults and Emancipated Minors ONLY I have received information regarding Advance Directives and the hospital's policies related to them

I have executed the following document(s)
Medical Power of Attorney                Copy filed in Medical Records by _____
Directive to Physicians                    Copy filed in Medical Records by _____
Declaration for Mental Health Treatment    Copy filed in Medical Records by _____
Out Of Hospital - Do Not Resuscitate Order Copy filed in Medical Records by _____

**V** Authorization to Appeal

I hereby authorize the hospital to appeal on my behalf any of my claim(s) with Wal-Mart if applicable Blue Cross and Blue Shield, if applicable, Humana if applicable and/or any payor which denies and/or delays payment of my claim(s) I, further authorize that the payors listed herein and any other payors, release any and all information requested and/or related to my claim(s) to the hospital and/or its attorneys This authorization is irrevocable upon execution by me hereinbelow and any appeal brought by the hospital shall be as if it was brought by me personally

**VI** Assignment of Cause of Action and Benefits

I for good and valuable consideration receipt of which is hereby acknowledged assign and transfer, irrevocably, to the hospital any and all claims, demands, suits remedies guarantees liens and/or causes of action at law or in equity, either in contract or in tort statutory or otherwise, as well as any other claim, which in whole or in part, which I may now have or may hereafter hold or possess, known or unknown on account of growing out of, relating to or concerning whether directly or indirectly, proximately or remotely, any acts omissions events, transactions or occurrences that have occurred or failed to occur, which resulted in my/my child/my ward s injuries for which the hospital has provided and/or will provide medical goods and services to me This Assignment of Cause of Action and Benefits shall be effective against any and all parties or entities that may bear or appear to bear liability for my injuries including but not limited to, my/my child/my ward's employer its direct and indirect subsidiaries all of its officers, directors, agents servants, successors, assigns and employees I, further assign and transfer to the hospital, any and all rights (including appeal rights) title and interest in any and all benefits monies or other form of compensation paid or to be paid on my behalf as a result of this injury/illness I fully understand that I remain solely responsible for instituting suit within the applicable statute of limitations regardless of this Assignment and that the hospital is not in any form or fashion responsible for instituting suit on my behalf I understand and agree that this Assignment does not relieve me of my liability or responsibility for any and all charges incurred as a result of medical goods and services provided to me/my child/my ward by the hospital

**NOTICE TO ALL PATIENTS -**

PHYSICIANS WHO TREAT PATIENTS IN THIS FACILITY ARE NOT EMPLOYEES OF CHILDREN S MEDICAL CENTER OF DALLAS BUT ARE INDEPENDENT CONTRACTORS OR EMPLOYEES OF OTHER INSTITUTIONS  I UNDERSTAND THAT I WILL RECEIVE A SEPARATE BILL FOR PHYSICIAN SERVICES

Notice Concerning Complaints

Complaints about physicians, as well as other licensees and registrants of the Texas State Board of Medical Examiners including physician assistants and acupuncturists may be reported for investigation at the following address

Texas State Board of Medical Examiners    Attention Investigators, 1812 Centre Creek Drive, Suite 300, P.O. Box 149134 Austin Texas 78714-9134

Assistance in filing a complaint is available by calling the following telephone number    1-800-201-9353

• OUTPATIENT CLINIC CONSENT VALID THROUGH ____/____/____

I hereby acknowledge that I have read and I understand the above Registration/Admission Agreement

Patient/Patient Representative _____  Date 12-24-00

Relationship to Patient  MOM

Hospital staff witness signature _____  Date 12/24

CMC87005-001  (10/99  #1019)

**MEDICAL RECORDS**

REG1019

**CHILDREN'S MEDICAL CENTER OF DALLAS**
1935 Motor Street • Dallas, Texas 75235 • (214) 456-7000

**RELEASE OF INFORMATION**

MED REC

PATIENT  1082807      24392151
         ARMSTEAD , JERRET
DATE     12/24/00    EQC
         06/02/00  D      T      I

DOB

**PATIENT AND/OR GUARANTOR MUST REVIEW AND COMPLETE THE FOLLOWING INFORMATION**

1   **Release of Information/Medical Records**
    I hereby consent and authorize the hospital and my/my child/my ward's attending, consulting, treating or physician, providing medical goods and services to me/my child/my ward  to release information contained in any financial records and/or medical records, including diagnosis and treatment at the hospital or by any physician providing medical goods and services to me/my child/my ward, including, but not limited to, information concerning communicable diseases such as Human Immunodeficiency Virus (HIV), and Acquired Immune Deficiency Syndrome (AIDS), drug/alcohol abuse, psychiatric diagnosis and treatment records and/or laboratory tests results, medical history, treatment progress, and/or any other such related information to (1) My/my child/my ward's Insurance Company, self-funded or health plan, its agent representatives, attorneys or independent contractors, (2) Medicare, (3) Medicaid, (4) any other person or entity that may be responsible for paying or processing for payment any portion of my/my child/ my ward's hospital bill, (5) to any person or entity affiliated with or representing the hospital and any physician providing medical goods and services to patient for the purpose of administration, billing, and quality and risk management, or (6) to any other hospital, nursing home, at other healthcare institution to which I/my child/my ward is transferred  This consent and authorization applies to financial and/or medical records created in the course of and relating to this, or subsequent, hospitalization  I/my child/my ward understands that this information may be required to be released in order to obtain payment for my/my child/my ward's medical expenses incurred for treatment at the hospital and by any physician providing medical goods and services to me/my child/my ward  I also authorize the release of medical information to organ /tissue transplant agencies should I/my child/my ward be identified as a potential organ donor  The consent to release medical information is subject to revocation by me in writing at any time, except to the extent that action has been taken

    Unless you request otherwise, your/your child's/your ward's name is added to the hospital patient admission list and Patient Unit Tracking Board upon your/your child's/your ward's admission  This allows the Hospital to acknowledge to others you/your child's/your ward's presence and room number and allows you/your child/your ward to receive telephone calls, flowers, mail and visitors  The Hospital may acknowledge your/your child's/your ward's condition with a one word statement (good, fair, serious, critical) upon request

    Initial here if you wish to have you/your child/your ward a no information patient

2   **MEDICARE ONLY**
    Patient's Certification and Authorization to Release information, and Payment Request
    I certify that the information given by me/my child/my ward in applying for payment under Title XVIII of the Social Security Act is correct  I authorize any holder of medical or other information about me to release to the Social Security Administration or intermediaries or carriers any information needed for this or a related Medicare claim  I request that payment of authorized benefits be made on my/my child/my ward's behalf

    I hereby acknowledge that I have been informed of my right to receive an itemized bill within 30 days from the date of discharge by calling (214) 456-8224

    I hereby acknowledge that I have read and I understand the above Release of Information

    Patient/Patient Representative _____ Rouetta Armstead _____ Date 12-24-00

    Relationship to Patient ___ Mom _____

    Hospital staff witness signature _____ Date

CMC87005-001  (10/99 #1019)

**MEDICAL RECORDS**



NTAP

**CHILDREN'S MEDICAL CENTER OF DALLAS**

1935 Motor Street • Dallas, Texas 75235 • (214) 456-7000

**NOTICE TO ALL PATIENTS**

```
1082807        24392151
ARMSTEAD  ,JERRET
12/24/00        EQC
06/02/00 D      T      I
DOB
```

# NOTICE TO ALL PATIENTS

The physicians who treat you/your child at Children's Medical Center of Dallas ("Children's") are not employees or agents of Children's. They are either (i) independent physicians engaged in the private practice of medicine who have staff privileges at Children's; (ii) independent physicians who are independent contractors and have staff privileges at Children's; (iii) physicians employed by the University of Texas Southwestern Medical Center or another institution who have staff privileges at Children's; or (iv) physicians participating in the care of patients as part of a post-graduate medical education program.

X _Lovette Armstead_           X 12-24-00
Signature                          Date

X _Lovetta Armstead_
Print Name

## Notice Concerning Complaints

Complaints about physicians, as well as other licensees and registrants of the Texas State Board of Medical Examiners, including physician assistants and acupuncturists, may be reported for investigation at the following address:

*Texas State Board of Medical Examiners*
*Attention: Investigations*
*1812 Centre Creek Drive, Suite 300*
*P.O. Box 149134*
*Austin, Texas 78714-9134*

Assistance in filling a complaint is available by calling the following telephone number: 1-800-201-9353.

CMC87005-009 (#3913 10/00)

ECSF

**CHILDREN'S MEDICAL CENTER OF DALLAS**
1935 Motor Street • Dallas, Texas 75235 • (214) 640-2000
**EMERGENCY CENTER**
**SHORT FORM**

MED REC NO. 1082807        24392151
PATIENT ARMSTEAD, JERRET
          EQC
          12/24/00
DATE      06/02/00  D    T    I
DOB

| Previous Medical History | Immunizations UTD ☑Yes ☐No | Allergies | Age |
|---|---|---|---|
| Last ON 2wks ago-tc9 gtts +Augmentin | Current medications ear drops Amoxi shel | NKDA | 6m |
| Primary Care Provider longshd ☐None | ☐None | | Gender M / F |

0905

Time 0910  Subjective Complaint   ☑Normal Diet Activity Elimination Sleep
                                    ☐Additional/other
Ear Pain ____ day ☐① ☐®    Congestion ①② + sip same UPI so
Sore Throat ____ day                 +U sl here, @ daycare
Rhinitis X3-4w day ☐① ☐® ☐purulent
Cough X3-4w day
Rash ____ day
Fever Ø day to ____ Highest ____

Time 0957  Wt 7.89  Temp 36.3 HR 132  RR 36  O₂Sat ____ BP ____ Ht ____ PEFR ____
(T)

Check off as appropriate, detail needed
Appearance ☑Alert, well hydrated        ☐Translator
                                        Comments alert, non-toxic
TM's ☑Clear, Mobile ①/® ☐or           ☐Red ①/® ☐Bulging ①/® ☐Fluid ①/® ☐Tubes ①/® 
Canals ☑Pink, Clear ①/®               ☐Exudate ①/® ☐Wax ①/® ☐Pain ①/®
Eyes ☑Pink, Conjunctiva ①/®           ☐Red ①/® ☐Exudate ①/® ☐PERRL
Nares ☐Pink, Moist, Clear              ☑Red ☐Swollen ☐Pale
Mouth ☐Pink, no lesions  White to      ☑Exudate ☐Clear ☐Yellow ☐Green
                          buccal        ☐Plaques ☐Lesions ☐Canes
Tonsils ☑Not inflamed    mucosa &       ☐Red ☐Exudate ☐Enlarged  1 2 3 4 +
                          tongue
Neck ☑Supple                           ☐Adenopathy (describe)
Chest ☑Clear to Auscultation +Ø UAC   ☐Coarse ☐Wheezing ☐Decreased ☐Rales
      ☑No ↓ WOB                        ☐Retractions ☐Flaring ☐Stridor ☐Rhonchi
Heart ☑Normal S1S2 Ø murmur            ☐Murmur ____
Abdomen ☑Soft, Ø tender, Ø mass        ☐Firm ☐Tender ☐Mass
        ☑Normal bowel sounds           ☐Hyperactive ☐Hypoactive ☐Absent
Extremities ☑FROM, no swelling         ☐↓ ROM ☐Swelling
                                        Describe
Skin ☑Warm/dry/no rash                 ☐Rash ☐Lesion
Other abnormalities/comments            Describe
MMMoist, cap refill <2sec

Diagnosis  ③ sinusitis / thrush        Disposition Home
                                        Condition at discharge ☑Good ☐Fair ☐Critical
Plan

Instructions (written instructions provided on) ① Omnicef (125/5) 1 tsp once daily for 14days
② Bulbsuction nose frequently w/ 4x saline drops ③ Tylenol
every 4-6 hours as needed for fever/pain ④ Nystatin (100,000/ml) 1ml
to each side of mouth 4x/day daily for 14days
✗ Return to Emergency Department if not able to keep down frequent sips of liquids, no urine output in 8-12 hours, respiratory distress, or if fussy and
  not able to calm
Follow up with ___ in ___ days if no improvement  Recheck with Longshaw in 2 ☐days ☑weeks

✗ _____ (signature) 1000    (Provider Signature) _____, CPNP
Parent/Patient Signature        Time

_____ (Nursing signature)
Nursing/Technician Signatures        Attending Physician Signature

CMC61501-010 (3224 11/98)    **WHITE** - Medical Records    **YELLOW** - Physician    **PINK** - Patient

Translation Services



TRIAGE

**CHILDREN'S MEDICAL CENTER OF DALLAS**
1935 Motor Street • Dallas, Texas 75235 • (214) 456-7000
EMERGENCY REFERRAL CENTER
**TRIAGE RECORD**

MED ___
PAT: 1082807          24392151
     ARMSTEAD , JERRET
                     EQC
DATE 12/24/00      T      I
     06/02/00  D
DOB ___

7:55
7:55

## TRIAGE/ASSESSMENT

Triage Time  0757          Date ____

| Triage Level / | ☐1 ☐2 ☐3 ☑4 ☐5 | Arrival Mode 3 |
| Disposition | ☐ Emergency Center ☑ Quick Care ☐ Parkland Fasttrack Clinic | |

Exposures: ☐ Yes ☑ No   Trauma patient: ☐ Yes ☑ No
If yes, to what?
English speaking: ☑ Yes ☐ No

**Chief complaint / Present illness:**

Congested

**PERTINENT PHYSICAL ASSESSMENT**

Pertinent vital signs. Temp 36 3   Respiratory 36
Pulse 32          wt

### MENTAL STATE
☑ Alert, responsive      ☐ Combative
☐ Oriented               ☐ Confused
☐ Sleeping, easily aroused  ☐ Lethargic
☐ Crying, consolable     ☐ Unresponsive

**RESPIRATORY**
☑ Nonlabored   ☐ Grunting
☐ Shallow      ☐ Flaring
☐ Deep upper   ☐ Stridor
☐ Labored airway  ☐ Retraction
         congest  ☐ Wheezing
**COLOR**
☐ Pink    ☐ Mottled   ☐ Cyanotic
☐ Pale    ☐ Flushed   ☐ Jaundiced

### SKIN TEMPERATURE
☐ Cool    ☐ Dry
☐ Warm    ☐ Clammy
☐ Hot     ☐ Diaphoretic
**MUCOUS MEMBRANES**
☑ Moist   ☐ Pale
☐ Sticky  ☐ Pink
☐ Dry     ☐ Dusky
**PERIPH CAP REFILL**
☑ < 2 seconds
☐ Delayed _____ seconds
**ABDOMEN**
☑ Soft      ☐ Nondistended
☐ Nontender ☐ Distended
☐ Tender    ☐ Rigid

**Past medical / Surgical history:**

RN Signature ____          Date ____

## PRIMARY ASSESSMENT

Time in room ____          Assessment time ____

**Physical assessment.**

Temp ____    Resp ____
Pulse ____   BP ____

Immunizations up to date ☑ Yes ☐ No ☐ UNK
Immunizations resources given ☐ Yes ☑ No
Primary M.D. / Clinic ____
Referring M.D.: ____   George Sha

Allergies:  NKDA

LNMP: ____
Informant: ____
Informant relation to patient. ____

Current medications:

Translation Services

RN Signature ____          Date ____

### MENTAL STATE
☐ Alert, responsive      ☐ Combative
☐ Oriented               ☐ Confused
☐ Sleeping, easily aroused  ☐ Lethargic
☐ Crying, consolable     ☐ Unresponsive

|  | Time | Arrival |
|---|---|---|
| **PEDIATRIC COMA SCALE** | | |
| 4  Spontaneous | | |
| 3  To Speech | | |
| 2  To Pain | | |
| 1  No Response | | |
| 5  Oriented / Babbles / Smiles | | |
| 4  Disoriented / Inappropriate Cries | | |
| 3  Inappr Words/ Persis Screams | | |
| 2  Incomprehensible Sounds / Grunts / Moan | | |
| 1  No Response | | |
| 6  Obeys / Norm / Spont | | |
| 5  Localizes Pain / Pushes Away | | |
| 4  Flexion / Withdrawal | | |
| 3  Flexion (Posturing) / Decorticate | | |
| 2  Extension (Posturing) Decerebrate | | |
| 1  No Response | | |
| P= Paralyzed / Intubated | | |
| ADD TOTAL SCORE / TOTAL | | |
| LEFT PUPIL SIZE / REACTION | | |
| RIGHT PUPIL SIZE / REACTION | | |

### SKIN TEMPERATURE
☐ Cool    ☐ Dry
☐ Warm    ☐ Clammy
☐ Hot     ☐ Diaphoretic
**MUCOUS MEMBRANES**
☐ Moist   ☐ Pale
☐ Sticky  ☐ Pink
☐ Dry     ☐ Dusky
**PERIPH CAP REFILL**
☐ < 2 seconds
☐ Delayed _____ seconds
**ABDOMEN**
☐ Soft      ☐ Nondistended
☐ Nontender ☐ Distended
☐ Tender    ☐ Rigid
**RESPIRATORY**
☐ Nonlabored   ☐ Grunting
☐ Shallow      ☐ Flaring
☐ Deep         ☐ Stridor
☐ Labored      ☐ Retraction
☐ Clear        ☐ Diminished
☐ Rales/Rhonchi ☐ Wheezing
**COLOR**
☐ Pink    ☐ Flushed
☐ Pale    ☐ Cyanotic
☐ Mottled ☐ Jaundiced

**Additional Notes** ____

Sibs (TWINS too)
x2

```
C 1082807    24401259        LAS
ARMSTEAD ,JERRET            000
12/22/00      TRI
06/02/00 D    T     I
```

| | |
|---|---|
| MED REC NO | ACCT NO |
| PATIENT | Armstead, Jerod |
| DATE 12-22-00 | LOCATION 6m |
| DOB 6-2-00 | 2122 |

## TRIAGE ASSESSMENT

| Triage Time 2132 | Date |
|---|---|

**Triage Level /** ☐1 ☐2 ☐3 ☐4 ☐5  **Arrival Mode** 6m
**Disposition** ☐ Emergency Center ☐ Quick Care
☐ Parkland Fasttrack Clinic

**Exposures** ☐ Yes ☐No  **Trauma patient** ☐ Yes ☑ No
If yes, to what?  **English speaking** ☑ Yes ☐ No

### PERTINENT PHYSICAL ASSESSMENT

**Pertinent vital signs**

Temp _____   Respiratory _____
Pulse _____   wt _____

**Chief complaint / Present Illness:**

Cough
Vomiting

**Past medical / Surgical history**

☑

| RN Signature | Date |
|---|---|

**MENTAL STATE**
☐ Alert, responsive    ☐ Combative
☐ Oriented    ☐ Confused
☐ Sleeping, easily aroused    ☐ Lethargic
☐ Crying, consolable    ☐ Unresponsive

**RESPIRATORY**
☐ Nonlabored    ☐ Grunting    ☐ Clear
☐ Shallow    ☐ Flaring    ☐ Rales/Rhonchi
☐ Deep    ☐ Stridor    ☐ Diminished
☐ Labored    ☐ Retraction    ☐ Wheezing

**COLOR**
☐ Pink    ☐ Mottled    ☐ Cyanotic
☐ Pale    ☐ Flushed    ☐ Jaundiced

**SKIN TEMPERATURE**
☐ Cool    ☐ Dry
☐ Warm    ☐ Clammy
☐ Hot    ☐ Diaphoretic

**MUCOUS MEMBRANES**
☐ Moist    ☐ Pale
☐ Sticky    ☐ Pink
☐ Dry    ☐ Dusky

**PERIPH CAP REFILL**
☐ < 2 seconds
☐ Delayed _____ seconds

**ABDOMEN**
☐ Soft    ☐ Nondistended
☐ Nontender    ☐ Distended
☐ Tender    ☐ Rigid

## PRIMARY ASSESSMENT

| Time in room | Assessment time |
|---|---|

**Physical assessment**

Temp _____   Resp _____
Pulse _____   BP _____

**Immunizations up to date.** ☑ Yes ☐ No ☐ UNK
**Immunizations resources given** ☐ Yes ☐ No
**Primary M.D / Clinic:** _____
**Referring M.D** _____
**Allergies:** NKDA
_____
**LNMP** _____
**Informant:** _____
**Informant relation to patient** _____

**Current medications.**

**Translation Services**

| RN Signature | Date |
|---|---|

**MENTAL STATE**
☐ Alert, responsive    ☐ Combative
☐ Oriented    ☐ Confused
☐ Sleeping, easily aroused    ☐ Lethargic
☐ Crying, consolable    ☐ Unresponsive

**SKIN TEMPERATURE**
☐ Cool    ☐ Dry
☐ Warm    ☐ Clammy
☐ Hot    ☐ Diaphoretic

**MUCOUS MEMBRANES**
☐ Moist    ☐ Pale
☐ Sticky    ☐ Pink
☐ Dry    ☐ Dusky

**PERIPH CAP REFILL**
☐ < 2 seconds
☐ Delayed _____ seconds

**ABDOMEN**
☐ Soft    ☐ Nondistended
☐ Nontender    ☐ Distended
☐ Tender    ☐ Rigid

**RESPIRATORY**
☐ Nonlabored    ☐ Grunting
☐ Shallow    ☐ Flaring
☐ Deep    ☐ Stridor
☐ Labored    ☐ Retraction
☐ Clear    ☐ Diminished
☐ Rales/Rhonchi    ☐ Wheezing

**COLOR**
☐ Pink    ☐ Flushed
☐ Pale    ☐ Cyanotic
☐ Mottled    ☐ Jaundiced

### PEDIATRIC COMA SCALE

| | | Time Arrival |
|---|---|---|
| 4 | Spontaneous | |
| 3 | To Speech | |
| 2 | To Pain | |
| 1 | No Response | |
| 5 | Oriented / Babbles / Smiles | |
| 4 | Disoriented / Inappropriate Cries | |
| 3 | Inappr. Words/ Peras. Screams | |
| 2 | Incomprehensible Sounds / Grunts / Moan | |
| 1 | No Response | |
| 6 | Obeys / Norm / Spont. | |
| 5 | Localizes Pain / Pushes Away | |
| 4 | Flexion / Withdrawal | |
| 3 | Flexion (Posturing) / Decorticate | |
| 2 | Extension (Posturing) Decerebrate | |
| 1 | No Response | |
| P= | Paralyzed / Intubated | |
| | ADD TOTAL SCORE / TOTAL | |
| | LEFT PUPIL SIZE / REACTION | |
| | RIGHT PUPIL SIZE / REACTION | |

**Additional Notes** Mom decided to take pt home @ 2135

| CMC61501-009 (3204 11/96) | **WHITE** - Medical Records | **YELLOW** - ERC File | **PINK** - Registration |
|---|---|---|---|

| Children's Medical Center | | Patient: ARMSTEAD, JERRET |
|---|---|---|
| **Dallas**<br>1935 Motor Street<br>Dallas, Texas  75235<br>214-456-7000 | **Legacy**<br>7601 Preston Road<br>Plano, Texas 75024<br>469-303-7000 | MRN: 001082807<br>FIN: 61732439<br>DOB: 06/02/2000  - Age 9 years  - Male<br>Patient Location: 4C |

## H e m a t o l o g y

**COMPLETE BLOOD COUNT**

Date Collected   09/21/09
Time Collected   22:04:00

| Procedure | | Ref Range | Units |
|---|---|---|---|
| **Hgb** | 12.5 | [11.8-15.2] | g/dl |

## D i a g n o s t i c   R a d i o l o g y

| ◆ **Procedure:** | Exam Date / Time: | Ordering Physician: | Accesssion Number: |
|---|---|---|---|
| **RA Chest Single View Portable** | 09/21/2009 22:15:00 | MURPHY, MD JOSEPH T | RA-09-0118638 |

## Reason for Exam

stabbing

## Report

FINDINGS:  The trachea is normal in alignment.  The aortic arch is
left-sided.  The cardiac silhouette is normal in size.  The lungs are clear
and well expanded.  No effusions are present.  The regional osseous
structures demonstrate no abnormality. No radiopaque foreign body is
present.  Mild right axillary soft tissue prominence.

IMPRESSION:  CLEAR LUNGS.  RIGHT AXILLARY SOFT TISSUE PROMINENCE.   NO
RADIOPAQUE FOREIGN BODY.

                         ***FINAL REPORT***

Dictated Date and Time:  22-SEP-09 08:24

Dictated by:    KWON, MD JEANNIE K
Signing Radiologist:  KWON, MD JEANNIE K

        Signed:  22-SEP-09 08:44
        KWON, MD JEANNIE K
        ( Electronic Signature )

**ch?ldren's**
M E D I C A L   C E N T E R

DALLAS
1935 Medical District Drive
Dallas, TX 75235

## History & Physical Notes (continued)

Related    Related note by Karen Chen, MD at 09/21/09 2233
Notes:

9 y.o. old male with no past medical history who was brought in as a for a stab wound to the abdomen by knife. Vitals stable.  Well appearing male in NAD

ABD benign.

Plan to OR for exploration

---

H&P signed by Karen Chen, MD                                                                09/21/09 2233

Author:    Karen Chen, MD.          Specialty:    (none)              Author Type:    Resident
Filed:     09/21/09 2233            Note Time: 09/21/09 2218
Related    Cosigned by Joseph T. Murphy, MD at 09/21/09 2236
Notes:

### Surgical Admission History and Physical

**Source of Information**:
EMS, patient

**Chief Complaint**: Stab wound to abdomen

**History of Present Illness**: Jerret Armstead is a 9 y.o. old male with no past medical history who was brought in as a Stat trauma for a stab wound to the abdomen by knife.  The patient was coming home with his mother and aunt where the assailant was waiting.  The mother and aunt were both killed at the scene. The patient had a stab wound to the RLQ and the assailant attempted to cut his throat but was using the blunt side of the knife so the patient sustained an abrasion along the anterior neck. The patient's vitals have been stable (BP 120/78, HR 98, O2 sat 100, RR 22) and he required no blood en route.  FAST negative. Hemocue 12.5

**Past History**:
No birth history on file.
Allergies: has no known allergies.
Nutrition: regular
Last Oral Intake: 6pm today

No prescriptions prior to admission.

**Past Medical History**:
No past medical history on file.
No past surgical history on file.
**Family History**:
No family history on file.
**Social History**:
No existing history information found.
No existing history information found.

---

Printed on 01/06/2010 10:23 AM


**Children's**
MEDICAL CENTER

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## History & Physical Notes (continued)

### Review of Systems:

| General | normal |
|---|---|
| HEENT | normal |
| Respiratory | normal |
| Cardiovascular | normal |
| Gastrointestinal | normal and no abdominal pain |
| Hematologic | normal |
| Genitourinary | normal |
| Musculoskeletal | normal |
| Neurologic | normal |
| Endocrine | normal |
| Skin/ Hair | normal |
| Psych/ Behavior | non-contributory |
| Allergic/ Immune | normal |

**Physical Exam:**

General: Well developed, well nourished and in no acute distress. and Alert and cooperative.
HEENT: Normocephalic, pupils equal, round and reactive to light, nasopharynx and oropharynx clear.
Abrasion along anterior neck zone I.  Light ecchymoses <0.5cm along lower half of face.
Neck: Supple, no abnormal adenopathy, trachea midline.
Cardiovascular: Regular rate and rhythm.
Respiratory: Clear to ascultation bilaterally, no wheezing, rales or rhonchi.
Abdomen: Soft, non-distended, non-tender, without organomegaly or mass.  Normal, active bowel sounds
and 1.5 cm skin wound in RLQ, small 1cm abrasion on right side of low back.  Abrasion on LUQ.
Rectal: Normal appearance, normal location, normal tone and stool Guaiac negative.
Genitalia:  Normal development.
Extremities: Pulses equal and symmetric and Normal - no clubbing, cyanosis or edema
Neurological: No gross deficit
Skin: laceration RLQ of abdomen, abrasion to neck and right low back and RUQ, ecchymoses about lower
right face
Psychological: Responsive, mental status normal for age.

**Laboratory Data:**
CBC, UA pending

**Radiologic Studies:**
CXR

**Assessment**: 9y M s/p traumatic stab wound to RLQ.

**Plan:**
--follow up CXR, labs
--IV unasyn, flagyl
--posted for OR for diagnostic laparoscopy

---

children's
MEDICAL CENTER

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

**History & Physical Notes (continued)**

**ch*ldren's**
M E D I C A L   C E N T E R

DALLAS
1935 Medical District Drive
Dallas, TX 75235

## Admit, Transfer, Discharge, Consult Orders

### Admission Orders

**ADMISSION BED REQUEST ORDER [10597646]**                                                    Signed

| | | | |
|---|---|---|---|
| Entered by: | Shekela Neal-Woodard 09/21/09 2339 | Ordered by: | Shekela Neal-Woodard |
| Signed by: | Shekela Neal-Woodard 09/21/09 2339 | Authorized by: | Joseph T. Murphy, MD |
| Cosign: | Not Required | Frequency: | Routine 1 Time 09/21/09 2335 - 1 Occurrences |
| Question: | Bed type | Response: | Regular Bed |
| | Admit To: | | Dallas |
| | Diagnosis | | S/P LAPAROTOMY |
| | Accepting Attending Physician | | MURPHY, JOSEPH T. |
| | Sending Physician Contact Name: | | MURPHY, JOSEPH T. |
| | Sending Attending Physician Contact Pager/Phone: | | 90040 |
| | Patient Class: | | In-Patient |

### Transfer Orders
No orders found

### Discharge Orders

**DISCHARGE PATIENT [11371481]**                                                              Signed

| | | | |
|---|---|---|---|
| Entered by: | Mahima Chukkala 09/22/09 1331 | Ordered by: | Mahima Chukkala |
| Signed by: | Mahima Chukkala 09/22/09 1331 | Authorized by: | Kathleen Frances Corcoran, RN,PNP |
| Ordering Mode: | Written by Mahima Chukkala | Cosign: | Not Required |
| Frequency: | Routine 1 Time 09/22/09 1332 - 1 Occurrences | | |

### Consult Orders
No orders found

### Chief Complaint
**Stab Wound [160541]**

### Diagnosis
**Stab Wound of the Abdomen**

### ED Disposition
**Admit**                                                                           Sing-Yi Feng, MD

## History & Physical Notes

H&P signed by John W. Zhong, MD                                                       09/21/09 2251

| | | | | | |
|---|---|---|---|---|---|
| Author: | John W. Zhong, MD | Specialty: | Anesthesiology | Author Type: | Anesthesiologist |
| Filed: | 09/21/09 2251 | Note Time: | 09/21/09 2250 | | |

### Surgical Admission History and Physical

**Source of Information:**
EMS, patient

**Chief Complaint:** Stab wound to abdomen

**History of Present Illness:** Jerret Armstead is a 9 y.o. old male with no past medical history who was brought in as a Stat trauma for a stab wound to the abdomen by knife. The patient was coming home with

**ch>ldren's**
MEDICAL CENTER

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## History & Physical Notes (continued)

his mother and aunt where the assailant was waiting.  The mother and aunt were both killed at the scene. The patient had a stab wound to the RLQ and the assailant attempted to cut his throat but was using the blunt side of the knife so the patient sustained an abrasion along the anterior neck.  The patient's vitals have been stable (BP 120/78, HR 98, O2 sat 100, RR 22) and he required no blood en route.  FAST negative. Hemocue 12.5

**Past History:**
No birth history on file.
Allergies: has no known allergies.
Nutrition: regular
Last Oral Intake: 6pm today

No prescriptions prior to admission.

**Past Medical History**:
No past medical history on file.
No past surgical history on file.
**Family History**:
No family history on file.
**Social History:**
No existing history information found.
No existing history information found.

### Review of Systems:

| General | normal |
|---|---|
| HEENT | normal |
| Respiratory | normal |
| Cardiovascular | normal |
| Gastrointestinal | normal and no abdominal pain |
| Hematologic | normal |
| Genitourinary | normal |
| Musculoskeletal | normal |
| Neurologic | normal |
| Endocrine | normal |
| Skin/ Hair | normal |
| Psych/ Behavior | non-contributory |
| Allergic/ Immune | normal |

### Physical Exam:

General: Well developed, well nourished and in no acute distress. and Alert and cooperative.
HEENT: Normocephalic, pupils equal, round and reactive to light, nasopharynx and oropharynx clear. Abrasion along anterior neck zone I. Light ecchymoses <0.5cm along lower half of face.
Neck: Supple, no abnormal adenopathy, trachea midline.
Cardiovascular: Regular rate and rhythm.
Respiratory: Clear to ascultation bilaterally, no wheezing, rales or rhonchi.

![Children's Medical Center logo]

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD, JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

---

## History & Physical Notes (continued)

Abdomen: Soft, non-distended, non-tender, without organomegaly or mass.  Normal, active bowel sounds and 1.5 cm skin wound in RLQ, small 1cm abrasion on right side of low back.  Abrasion on LUQ.
Rectal: Normal appearance, normal location, normal tone and stool Guaiac negative.
Genitalia:  Normal development.
Extremities: Pulses equal and symmetric and Normal - no clubbing, cyanosis or edema
Neurological: No gross deficit
Skin: laceration RLQ of abdomen, abrasion to neck and right low back and RUQ, ecchymoses about lower right face
Psychological: Responsive, mental status normal for age.

**Laboratory Data:**
CBC, UA pending

**Radiologic Studies:**
CXR

**Assessment**: 9y M s/p traumatic stab wound to RLQ.

**Plan:**
--follow up CXR, labs
--IV unasyn, flagyl
--posted for OR for diagnostic laparoscopy

### Anesthesiologist Note

(ASA) Physical Status: 1E

Anesthesia Options and plan discussed with: trauma stat

Anesthesia plan (technique and agents):  GA

John W. Zhong, MD
9/21/2009 10:50 PM

---

H&P signed by Joseph T. Murphy, MD                                                        09/21/09 2236

| Author: | Joseph T. Murphy, MD | Specialty: | Pediatric Surgery | Author Type: | Physician |
|---------|---------------------|------------|-------------------|--------------|-----------|
| Filed: | 09/21/09 2236 | Note Time: | 09/21/09 2218 | | |

**Children's**
MEDICAL CENTER

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## Discharge Summaries (continued)

Notes:

### Discharge Summary

**Admit Date:** 9/21/2009

**Discharge Date:** 9/22/2009

**Attending Physician:** Dr. Murphy

**Admit Diagnosis:** stab wound
[]

**Discharge Diagnosis:** stab wound s/p laparoscopy

**Procedure performed:** On 9/21/09, the patient underwent laparoscopy, performed by Muryphy, MD.

**Consults:** REACH

**History of Present Illness/Hospital Course:** This is a 9 y.o. male who presented from EMS from stab wound to the abdomen inflicted by step father. Mother and sister were dead on the scene. Pt went to OR for laparoscopy on 9/21/09 with an uncomplicated post operative period.

Immunizations: Dtap ordered prior to discharge. .

**Physical Examination:**
Temp: 36.6 °C (97.9 °F) (09/22 0749)
Pulse: 74  (09/22 0855)
Resp: 22  (09/22 0855)
BP: 112/77 mmHg (09/22 0749)
SpO2: 99 % (09/22 0855)
Wt - Scale: 30 kg (66 lb 2.2 oz) (09/22 0053)
General: no acute distress, awake, alert and talkative with staff
Skin: Scabbed area noted on upper left scapula that was approximately 4 cm long. Scabbed area noted about 4cm long on right clavicle; Dime sized scabbed area noted on lower middle back; Old healed scar about 6cm long noted midline of middle back; Healing circular scar on inside of right elbow, patient doesn't know where it came from. Bruising to left side of face and large abrasion across his neck Warm and perfused
HENT: normocephalic, atraumatic and oropharynx clear with moist mucous membranes and no lesions
Eyes: PERRLA
Neck: supple
Lymphatic:  No abnormal lymph node swelling or lymphagitis noted.
Cardiovascular: regular rate and rhythm, no murmurs, no rubs, gallops, or clicks, pulses 2+ bilaterally in the radial and femoral  and peripheral capillary refill  <3 seconds
Pulmonary/Chest: unlabored breathing and breath sounds clear to auscultation and equal throughout
Abdominal: soft, non tender, flat and bowel sounds hyperactive
Genito-Urinary: no genital lesions or rashes
Musculoskeletal: warm and well perfused and normal ROM
Neurological: Alert with normal tone. No gross deficit.
Psychological: Responsive, mental status normal for age

ch?ldren's
**M E D I C A L   C E N T E R**

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

**Discharge Summaries (continued)**

**CMCD labs:**
**Results for orders placed during the hospital encounter of 09/21/09 (from the past 24 hour(s))**
**POC HEM**
*Collection Time*                    *9/21/09 10:04 PM*

| Component | Value (*Flag) |
|---|---|
| • Hgb | 12.5 |

**Radiology:** CXR final report: clear lungs, no foreign body

**Discharge Instruction:**
Call or return to ER if temperature is 101.5 degree Farenheit or higher, shortness of breath, difficulty breathing, severe abdominal pain, vomiting, redness, swelling, or discharge at incision site.

**Activity:**
As tolerated. May return to school on Monday the 28th. No PE, contact sports, heavy lifting (>15lbs), or swimming x 2 weeks.

**Diet:**
Regular

**Discharge Medications:**
1) Tylenol 300mg by mouth every 4-6 hours as needed for pain or fever
2) Motrin 300mg by mouth every 6-8 hours as needed for pain or fever

**Follow up:**

**Other appointments:**
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 10/19/2009 | 8:30 AM | 1487-MURPHY, JOSEPH T. | DAL GenSurg | DALLAS |

**chi/dren's**
MEDICAL CENTER

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

## Surgery Information (continued)
### PNDS Information (continued)

     Impaired gas exchange (X21)
     Risk for infection (X28)
     Risk for injury (X29)
     Deficient knowledge (X30)
     Risk for allergic response to latex (X32)
     Acute pain (X38)
     Risk for imbalanced body temperature (X57)
     Impaired tissue integrity (X60)
     Impaired verbal communication (X64)
     Ineffective coping (X68)

### Case Completion Information

| Incision Site | Laterality | Dressings |
|---|---|---|
| **Abdomen** | N/A | Mastisol Vial |
| | | Steri Strips 1/2"x4" |

### Case Completion - Additional Information

Pre-op diagnosis
 stab wound

Post-op diagnosis

### Log Verified By

| | | |
|---|---|---|
| **BEAR-GARCIA, TOMI** | 9/21/2009 | 2311 |
| **NEDUVELIL, ROSE E** | 9/21/2009 | 2352 |
| **PANICKER, RAMA P** | 9/22/2009 | 0618 |

### Brief Operative Notes

OR Brief Op Note signed by Joseph T. Murphy, MD               09/21/09 2324

Author:   Joseph T. Murphy, MD   Specialty:   Pediatric Surgery    Author Type:   Physician
Filed:    09/21/09 2324      Note Time: 09/21/09 2322

Ped Surg Staff - Op Note
Pre-op Dx    Stab Wound to the abdomen
Post-op Dx.   Same
Procedures   Diagnostic laparoscopy (neg. for intra-peritoneal injury)
Surgeons    E. Perez MD; JT Murphy MD
Staff   JT Murphy MD
Complication none
EBL 2cc
To PACU in good condition

---

Printed on 01/06/2010 10:23 AM



DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

**Operative Reports**

OR Operative Report signed by Joseph T. Murphy, MD                                              09/23/09 1219

| | |
|---|---|
| Author: | Joseph T. Murphy, MD   Specialty:   Pediatric Surgery        Author Type:   Physician |
| Filed: | 09/23/09 1219              Note Time: 09/21/09 2325 |
| Related Notes: | Original note by Joseph T. Murphy, MD at 09/22/09 0800 |
| Trans ID: 1145658-1 | Trans Status:        Available |

### CONFIDENTIAL INFORMATION
### DRAFT REPORT UNTIL SIGNED

MED REC NO: 0001082807
PATIENT: Armstead, Jerret
ADM DATE: 09/22/2009
LOCATION: 4C C4274 1
SURGERY DATE: 09/21/2009

ACCT NO: 0061732439
DIS DATE:
ENCOUNTER TYPE: I
DOB: 06/02/2000

OPERATIVE REPORT

PREOPERATIVE DIAGNOSIS:  STAB WOUND TO THE ABDOMEN.

POSTOPERATIVE DIAGNOSIS:  STAB WOUND TO THE ABDOMEN.

PROCEDURE (S): DIAGNOSTIC LAPAROSCOPY.

SURGEON:  Joseph Murphy, MD

ASSISTANT:  Eduardo Perez, MD

ANESTHESIA:  General endotracheal anesthetic.

FINDINGS: No intraperitoneal injury or penetration.

PREOPERATIVE EVALUATION: This is a 9-year-old boy evaluated in the emergency room for stab wound to right lower quadrant. Upon discussion with next kin, an operative consent was obtained for diagnostic laparoscopy.

DESCRIPTION OF OPERATION: The patient was brought to the operating room, awake, alert in good condition. The patient underwent general endotracheal anesthetic induction and intubation without difficulty or incident. The abdomen was prepped and draped in sterile manner after placement of an NG tube and a Foley.

A 0,5-cm supraumbilical transverse incision was created sharply and down to the level of the fascia. The fascia was opened vertically and a 5-mm trocar s placed in the abdomen without injury to underlying intraabdominal structures.  The abdomen was insufflated with $CO_2$.  A third-degree camera was introduced. The entirety of the anterior abdominal wall peritoneal surface was examined for injury. There was no



DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

**Operative Reports (continued)**

peritoneal penetration from the stab wound in the right lower quadrant. The wound was probed from the outside while directly observing the peritoneum at risk. There was no obvious peritoneal penetration. The wound was copiously irrigated with saline. It was then closed with a single Monocryl skin reapproximating stitch after local infiltration of Marcaine. Camera was removed after examining the abdomen for ___ or blood, which there was none. The insufflation was relieved. The supraumbilical fascial defect was closed with simple figure-of-eight 0-Vicryl suture. Skin edges reapproximated at the site with horizontal mattress subcuticular 5-0 Monocryl suture. The wound was infiltrated with Marcaine and sterile dressing, Mastisol, and Steri-Strips.

The patient was allowed to awake from general endotracheal anesthetic. He did so without difficulty or incident. He was extubated in the operating room and transferred to the recovery room awake, alert in good condition, having tolerated all procedures well.

COMPLICATIONS: None.

BLOOD LOSS: 2 cc.

DRAINS: None.

SPECIMENS: None.

CONDITION: Good.

Signed by
Joseph T. Murphy, MD 09/23/2009 12:19

Joseph T. Murphy, MD

JTM/NC
DD: 09/21/2009 DT: 11:25 P
TD: 09/22/2009 TT: 12:37 A
JOB #: 001118944 DOC #: 1145658
cc:     Joseph T. Murphy, MD
        CMC-Surgery
        1935 Motor Street
        Dallas TX 75235

ch?ldren's
MEDICAL CENTER

DALLAS
1935 Medical District Drive
Dallas, TX 75235

ARMSTEAD,JERRET
MRN: 1082807
DOB: 06/02/2000, Sex: M
Adm: 09/21/2009, D/C: 09/22/2009

**Operative Reports (continued)**

^&&^^^

09/22/09 0800 OPERATIVE REPORT (SM)  by: Joseph T. Murphy, MD

1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 20

11                          Photograph

12                        (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



1
2
3
4
5
6
7
8
9
10          State's Exhibit Number 21
11                  Photograph
12              (Copy Attached)
13
14
15
16
17
18
19
20
21
22
23
24
25



STATES
EXHIBIT

PENGAD 800-631-6989

1

2

3

4

5

6

7

8

9

10          State's Exhibit Number 22

11              Photograph

12            (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



24

1

2

3

4

5

6

7

8

9

10      State's Exhibit Number 23

11          Photograph

12         (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 24

11                          Photograph

12                       (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



1

2

3

4

5

6

7

8

9

10              State's Exhibit Number 25

11                    Photograph

12                 (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE'S
EXHIBIT
25

PENGAD 600-631-6989

27

1

2

3

4

5

6

7

8

9

10          State's Exhibit Number 26

11                Photograph

12              (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE'S
EXHIBIT

PENGAD 800-631-6989

1

2

3

4

5

6

7

8

9

10        State's Exhibit Number 27

11              Photograph

12           (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

Darline King LaBar, Official Reporter



1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 28

11                         Photograph

12                       (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE'S
EXHIBIT
28
PENGAD 800-631-6989

30

1

2

3

4

5

6

7

8

9

10          State's Exhibit Number 29

11                  Photograph

12              (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

STATE'S
EXHIBIT
PENGAD 800-631-6989

1
2
3
4
5
6
7
8
9
10          State's Exhibit Number 30
11                Photograph
12              (Copy Attached)
13
14
15
16
17
18
19
20
21
22
23
24
25



STATE'S
EXHIBIT
30

PENGAD 800-631-6989

1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 31

11                           Photograph

12                        (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25