c:\temp\99182398.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 1 of 250   PageID 6804

Scanned by KNIGHT, DIANE A in facility Lew Sterret North Tower on 12/01/2009 10:58

**Parkland Health & Hospital System**

**Dallas County Jail Health**

**Dallas, Texas**

**MEDICATION ADMINISTRATION RECORD**

| | |
|---|---|
| Patient Name: | GREEN GARY |
| Book-in | 09073266 |
| AIS Number: | 2643937 |
| Date of Birth: 3/14/1971 | Patient Age: 38 |
| Date of Service: 11/27/2009 | Patient Race: African |
| Jail Location: NORT 6E03 | |

Allergies:

| Drug          KOP Y/N<br>Prescriber<br>Dose/ Route/ Frequency | Start Date | Stop Date | 11/27/2009 | | | | 11/28/2009 | | | | 11/29/2009 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 0600-0159 | 1200-1759 | 1800-2359 | 2400-0559 | 0600-0159 | 1200-1759 | 1800-2359 | 2400-0559 | 0600-0159 | 1200-1759 | 1800-2359 | 2400-0559 |
| HYDROCHLOROTHIAZIDE 25MG          N<br>MUTHUSAMY ANANDKUMAR MO<br>TAKE ONE TABLET(S) BY MOUTH DAILY | 11/13/2009 | 5/12/2010 | JB | / | / | | | | | | | | | |
| MIRTAZAPINE 15MG          N<br>ARIF KHAN PS<br>TAKE ONE TABLET(S) EVERY EVENING BY MOUTH | 11/7/2009 | 2/3/2010 | | / | JB | / | | | | | | | | |
| LISINOPRIL 20MG          N<br>ARIF KHAN PS<br>TAKE ONE TABLET(S) TWICE DAILY BY MOUTH | 11/7/2009 | 2/1/2010 | JB | / | JB | / | | | | | | | | |
| HYDROXYZINE HCL 50MG          N<br>ARIF KHAN PS<br>1 EVERY EVENING | 11/7/2009 | 2/3/2010 | | / | JB | / | | | | | | | | |



| | | | | | |
|---|---|---|---|---|---|
| Initial: JB | Signature: Brown 30811 | | Initial: XB | Signature: X Barker RN 28344 | |
| Initial: WV | Signature: B-Bh K 22a( | | Initial: | Signature: | |
| Initial: | Signature: | | Initial: | Signature: | |

**Attention:**

Please flag all temporary MARS with a "Post it Flag" and leave in the MAR book each day until the printed MAR arrives.
Please notify the pharmacy if a printed MAR has not been received by the third day a medication has been ordered.

* 4 8 1 8 9 8 7 3 2 6 6 8 4 2 8 2 8 8 8 8 8 8 8 8 *

c:\temp\99176371.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 2 of 250   PageID 6805

Scanned by RODRIGUEZ, MONICA P in facility Lew Sterrett North Tower on 11/30/2009 17:12

| Parkland Health & Hospital System | Patient Name: **GREEN GARY** |
| --- | --- |
| Dallas County Jail Health | Book-in **09073266** |
| Dallas, Texas | AIS Number: **2643937** |
| **MEDICATION ADMINISTRATION RECORD** | Date of Birth: **3/14/1971**   Patient Age: **38** |
| | Date of Service: **11/26/2009**   Patient Race: **African** |
| | Jail Location: **NORT 6E03** |

**Allergies:**

| Drug                KOP Y/N<br>Prescriber<br>Dose/ Route/ Frequency | Start Date | Stop Date | 11/26/2009 0600-1159 | 11/26/2009 1200-1759 | 11/26/2009 1800-2355 | 11/26/2009 2400-0559 | 11/27/2009 0600-1159 | 11/27/2009 1200-1759 | 11/27/2009 1800-2355 | 11/27/2009 2400-0559 | 11/28/2009 0600-1159 | 11/28/2009 1200-1759 | 11/28/2009 1800-2355 | 11/28/2009 2400-0559 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| HYDROCHLOROTHIAZIDE 25MG       N<br>MUTHUSAMY ANANDKUMAR MD<br>TAKE ONE TABLET(S) BY MOUTH DAILY | 11/13/2009 | 5/12/2010 | | An | | | | | | | | | | |
| MIRTAZAPINE 15MG       N<br>ARIF KHAN PS<br>TAKE ONE TABLET(S) EVERY EVENING BY MOUTH | 11/7/2009 | 2/3/2010 | | | OA 1455 | | | | | | | | | |
| LISINOPRIL 20MG       N<br>ARIF KHAN PS<br>TAKE ONE TABLET(S) TWICE DAILY BY MOUTH | 11/7/2009 | 2/1/2010 | An | | OA 1455 | | | | | | | | | |
| HYDROXYZINE HCL 50MG       N<br>ARIF KHAN PS<br>1 EVERY EVENING | 11/7/2009 | 2/3/2010 | | | OA 1455 | | | | | | | | | |

Initial: _____   Signature: _____   Initial: **OA**   Signature: _____ 27978

Initial: _____   Signature: _____   Initial: _____   Signature: _____

Initial: _____   Signature: _____   Initial: _____   Signature: _____

**Attention:**
Please flag all temporary MARS with a "Post It Flag" and leave in the MAR book each day until the printed MAR arrives.
Please notify the pharmacy if a printed MAR has not been received by the third day a medication has been ordered.



• 4 9 1 9 9 0 7 3 2 6 6 9 4 2 8 2 9 9 9 9 9 9 9 9 •

c:\temp\99176166.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 3 of 250   PageID 6806

Scanned by RODRIGUEZ, MONICA P in facility Lew Sterrett North Tower on 11/30/2009 16:43

**Parkland Health & Hospital System**

**Dallas County Jail Health**

**Dallas, Texas**

**MEDICATION ADMINISTRATION RECORD**

| Patient Name: | GREEN GARY | |
|---|---|---|
| Book-In | 09073266 | |
| AIS Number: | 2643937 | |
| Date of Birth: | 3/14/1971 | Patient Age: 38 |
| Date of Service: | 11/25/2009 | Patient Race: African |
| Jail Location: | NORT 6E03 | |

Allergies:

| Drug            KOP Y/N Prescriber Dose/ Route/ Frequency | Start Date | Stop Date | 11/25/2009 | | | | 11/26/2009 | | | | 11/27/2009 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 0600-1159 | 1200-1759 | 1800-2359 | 2400-0559 | 0600-1159 | 1200-1759 | 1800-2359 | 2400-0559 | 0600-1159 | 1200-1759 | 1800-2359 | 2400-0559 |
| HYDROCHLOROTHIAZIDE 25MG      N MUTHUSAMY ANANDKUMAR MD TAKE ONE TABLET(S) BY MOUTH DAILY | 11/13/2009 | 5/12/2010 | 𝓡𝓱 | | | | | | | | | | | |
| MIRTAZAPINE 15MG      N ARIF KHAN PS TAKE ONE TABLET(S) EVERY EVENING BY MOUTH | 11/7/2009 | 2/3/2010 | / | | 𝓝 | | | | | | | | | |
| LISINOPRIL 20MG      N ARIF KHAN PS TAKE ONE TABLET(S) TWICE DAILY BY MOUTH | 11/7/2009 | 2/1/2010 | 𝓡𝓱 | | 𝓝 | | | | | | | | | |
| HYDROXYZINE HCL 50MG      N ARIF KHAN PS 1 EVERY EVENING | 11/7/2009 | 2/3/2010 | / | | 𝓦 | | | | | | | | | |

Initial: _____   Signature: _____    Initial: _____   Signature:  L Jasabe RN 15631

Initial: _____   Signature: _____    Initial: _____   Signature: _____

Initial: _____   Signature: _____    Initial: _____   Signature: _____

**Attention:**

Please flag all temporary MARS with a "Post it Flag" and leave in the MAR book each day until the printed MAR arrives. Please notify the pharmacy if a printed MAR has not been received by the third day a medication has been ordered.



c:\temp\99143980.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 4 of 250   PageID 6807

Scanned by SIERRA , LAVENA F CCA in facility Lew Sterrett North Tower on 11/27/2009 13:00

| Parkland Health & Hospital System | Patient Name: GREEN GARY |
| Dallas County Jail Health | Book-In 09073266 |
| Dallas, Texas | AIS Number: 2643937 |
| | Date of Birth: 3/14/1971   Patient Age: 38 |
| MEDICATION ADMINISTRATION RECORD | Date of Service: 11/24/2009   Patient Race: African |
| | Jail Location: NORT 6E03 |

**Allergies:**

| Drug / Prescriber / Dose/ Route/ Frequency | KOP Y/N | Start Date | Stop Date | 11/24/2009 | | | | 11/25/2009 | | | | 11/26/2009 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 0 6 0 0 - 1 1 5 9 | 1 2 0 0 - 1 7 5 9 | 1 8 0 0 - 2 3 5 9 | 2 4 0 0 - 0 5 5 9 | 0 6 0 0 - 1 1 5 9 | 1 2 0 0 - 1 7 5 9 | 1 8 0 0 - 2 3 5 9 | 2 4 0 0 - 0 5 5 9 | 0 6 0 0 - 1 1 5 9 | 1 2 0 0 - 1 7 5 9 | 1 8 0 0 - 2 3 5 9 | 2 4 0 0 - 0 5 5 9 |
| HYDROCHLOROTHIAZIDE 25MG    N MUTHUSAMY ANANDKUMAR MD TAKE ONE TABLET(S) BY MOUTH DAILY | | 11/13/2009 | 5/12/2010 | AA | | | | | | | | | | | |
| MIRTAZAPINE 15MG    N ARIF KHAN PS TAKE ONE TABLET(S) EVERY EVENING BY MOUTH | | 11/7/2009 | 2/3/2010 | / | | JJB | | | | | | | | | |
| LISINOPRIL 20MG    N ARIF KHAN PS TAKE ONE TABLET(S) TWICE DAILY BY MOUTH | | 11/7/2009 | 2/1/2010 | N | | JB | | | | | | | | | |
| HYDROXYZINE HCL 50MG    N ARIF KHAN PS 1 EVERY EVENING | | 11/7/2009 | 2/3/2010 | / | | JJ | | | | | | | | | |

Initial: _M_   Signature: _ASSA A22a?_    Initial: _JB_   Signature: _X Barber RN 28344_

Initial: _____   Signature: _____    Initial: _____   Signature: _____

Initial: _____   Signature: _____    Initial: _____   Signature: _____

**Attention:**

Please flag all temporary MARS with a "Post It Flag" and leave in the MAR book each day until the printed MAR arrives.
Please notify the pharmacy if a printed MAR has not been received by the third day a medication has been ordered.



c:\temp\99141427.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 5 of 250   PageID 6808

Scanned by SIERRA , LAVENA F CCA in facility Lew Sterrett North Tower on 11/27/2009 09:53

| Parkland Health & Hospital System | Patient Name: GREEN GARY | |
|---|---|---|
| Dallas County Jail Health | Book-in 09073266 | |
| Dallas, Texas | AIS Number: 2843937 | |
| | Date of Birth: 3/14/1971 | Patient Age: 38 |
| MEDICATION ADMINISTRATION RECORD | Date of Service: 11/23/2009 | Patient Race: African |
| | Jail Location: NORT 6E03 | |

Allergies:

| Drug          KOP Y/N<br>Prescriber<br>Dose/ Route/ Frequency | Start Date | Stop Date | 11/23/2009 | | | | 11/24/2009 | | | | 11/25/2009 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 06-15 | 12-17 | 18-23 | 24-05 | 06-15 | 12-17 | 18-23 | 24-05 | 06-15 | 12-17 | 18-23 | 24-05 |
| HYDROCHLOROTHIAZIDE 25MG<br>MUTHUSAMY ANANDKUMAR MD<br>TAKE ONE TABLET(S) BY MOUTH DAILY  N | 11/13/2009 | 5/12/2010 | MV | | | | | | | | | | | |
| MIRTAZAPINE 15MG<br>ARIF KHAN PS<br>TAKE ONE TABLET(S) EVERY EVENING BY MOUTH  N | 11/7/2009 | 2/3/2010 | / | | XB | | | | | | | | | |
| LISINOPRIL 20MG<br>ARIF KHAN PS<br>TAKE ONE TABLET(S) TWICE DAILY BY MOUTH  N | 11/7/2009 | 2/1/2010 | MV | | XB | | | | | | | | | |
| HYDROXYZINE HCL 50MG<br>ARIF KHAN PS<br>1 EVERY EVENING  N | 11/7/2009 | 2/3/2010 | / | | XB | | | | | | | | | |



| Initial: MA | Signature: ABCSG A 229 | Initial: XB | Signature: X Barber RN 88344 |
|---|---|---|---|
| Initial: | Signature: | Initial: | Signature: |
| Initial: | Signature: | Initial: | Signature: |

**Attention:**
Please flag all temporary MARS with a "Post it Flag" and leave in the MAR book each day until the printed MAR arrives.
Please notify the pharmacy if a printed MAR has not been received by the third day a medication has been ordered.

c:\temp\99127054.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 6 of 250   PageID 6809

Scanned by RODRIGUEZ, MONICA P in facility Lew Sterret North Tower on 11/25/2009 08:05

| Parkland Health & Hospital System<br>Dallas County Jail Health<br>Dallas, Texas<br><br>MEDICATION ADMINISTRATION<br>RECORD | Patient Name: GREEN GARY<br>Book-In 09073266<br>AIS Number: 2643937<br>Date of Birth: 3/14/1971   Patient Age: 38<br>Date of Service: 11/22/2009   Patient Race: African<br>Jail Location: NORT 6E03 |
|---|---|

Allergies:

| Drug                                      KOP Y/N<br>Prescriber<br>Dose/ Route/ Frequency | Start<br>Date | Stop<br>Date | 11/22/2009 | | | | 11/23/2009 | | | | 11/24/2009 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 0600-1159 | 1200-1759 | 1800-2359 | 2400-0559 | 0600-1159 | 1200-1759 | 1800-2359 | 2400-0559 | 0600-1159 | 1200-1759 | 1800-2359 | 2400-0559 |
| HYDROCHLOROTHIAZIDE 25MG          N<br>MUTHUSAMY ANANDKUMAR MD<br>TAKE ONE TABLET(S) BY MOUTH DAILY | 11/13/2009 | 5/12/2010 | ✓ | | ✓ | | | | | | | | | |
| MIRTAZAPINE 15MG          N<br>ARIF KHAN PS<br>TAKE ONE TABLET(S) EVERY EVENING BY<br>MOUTH | 11/7/2009 | 2/3/2010 | | ✓ | ✓ | | | | | | | | | |
| LISINOPRIL 20MG          N<br>ARIF KHAN PS<br>TAKE ONE TABLET(S) TWICE DAILY BY<br>MOUTH | 11/7/2009 | 2/1/2010 | ✓ | ✓ | ✓ | | | | | | | | | |
| HYDROXYZINE HCL 50MG          N<br>ARIF KHAN PS<br>1 EVERY EVENING | 11/7/2009 | 2/3/2010 | | | ✓ | | | | | | | | | |



Initial:_____   Signature:_____   Initial:_____   Signature:_____
Initial:_____   Signature:_____   Initial:_____   Signature:_____
Initial:_____   Signature:_____   Initial:_____   Signature:_____

**Attention:**
Please flag all temporary MARS with a "Post it Flag" and leave in the MAR book each day until the printed MAR arrives.
Please notify the pharmacy if a printed MAR has not been received by the third day a medication has been ordered.

c:\temp\99131952.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 7 of 250   PageID 6810

Scanned by MIRELEZ, MICHAEL J CCA in facility Lew Sterret North Tower on 11/25/2009 11:59

| Parkland Health & Hospital System | Patient Name: **GREEN GARY** |
| --- | --- |

**Parkland Health & Hospital System**
**Dallas County Jail Health**
**Dallas, Texas**

**MEDICATION ADMINISTRATION RECORD**

Patient Name: **GREEN GARY**
Book-In **09073266**
AIS Number: **2643937**
Date of Birth: **3/14/1971**    Patient Age: **38**
Date of Service: **11/20/2009**    Patient Race: **African**
Jail Location: **NORT 6E03**

Allergies:

| Drug                KOP Y/N<br>Prescriber<br>Dose/ Route/ Frequency | Start Date | Stop Date | 11/20/2009 | | | | 11/21/2009 | | | | 11/22/2009 | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | 0600-1159 | 1200-1759 | 1800-2359 | 2400-0559 | 0600-1159 | 1200-1759 | 1800-2359 | 2400-0559 | 0600-1159 | 1200-1759 | 1800-2359 | 2400-0559 |
| HYDROCHLOROTHIAZIDE 25MG          N<br>MUTHUSAMY ANANDKUMAR MD<br>TAKE ONE TABLET(S) BY MOUTH DAILY | 11/13/2009 | 5/12/2010 | ✓ | | | | ✓ | | | | | | | |
| MIRTAZAPINE 15MG          N<br>ARIF KHAN PS<br>TAKE ONE TABLET(S) EVERY EVENING BY MOUTH | 11/7/2009 | 2/3/2010 | ✓ | | P | | ✓ | | P | | | | | |
| LISINOPRIL 20MG          N<br>ARIF KHAN PS<br>TAKE ONE TABLET(S) TWICE DAILY BY MOUTH | 11/7/2009 | 2/1/2010 | ✓ | | P | | ✓ | | P | | | | | |
| HYDROXYZINE HCL 50MG          N<br>ARIF KHAN PS<br>1 EVERY EVENING | 11/7/2009 | 2/3/2010 | ✓ | | P | | ✓ | | P | | | | | |

Initial: _PM_  Signature: _____    Initial: _____  Signature: _____
Initial: _DV_  Signature: _____    Initial: _____  Signature: _____
Initial: _____  Signature: _____    Initial: _____  Signature: _____

**Attention:**
**Please flag all temporary MARS with a "Post it Flag" and leave in the MAR book each day until the printed MAR arrives.**
**Please notify the pharmacy if a printed MAR has not been received by the third day a medication has been ordered.**



c:\temp\99126730.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 8 of 250   PageID 6811

Scanned by MIRELEZ, MICHAEL J CCA in facility Lew Sterrett North Tower on 11/25/2009 07:50

| Parkland Health & Hospital System | Patient Name: GREEN GARY |
|---|---|
| Dallas County Jail Health | Book-in 09073266 |
| Dallas, Texas | AIS Number: 2643937 |
| | Date of Birth: 3/14/1971   Patient Age: 38 |
| MEDICATION ADMINISTRATION RECORD | Date of Service: 11/19/2009   Patient Race: African |
| | Jail Location: NORT 6E03 |

Allergies:

| Drug                    KOP Y/N<br>Prescriber<br>Dose/ Route/ Frequency | Start Date | Stop Date | 0600-1159 | 1200-1759 | 1800-2359 | 0000-0559 | 0600-1159 | 1200-1759 | 1800-2359 | 0000-0559 | 0600-1159 | 1200-1759 | 1800-2359 | 0000-0559 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 11/19/2009 ||| 11/20/2009 |||| 11/21/2009 ||||
| HYDROCHLOROTHIAZIDE 25MG   N<br>MUTHUSAMY ANANDKUMAR MD<br>TAKE ONE TABLET(S) BY MOUTH DAILY | 11/13/2009 | 5/12/2010 | | | | | | | | | | | | |
| MIRTAZAPINE 15MG   N<br>ARIF KHAN PS<br>TAKE ONE TABLET(S) EVERY EVENING BY MOUTH | 11/7/2009 | 2/3/2010 | | | | | | | | | | | | |
| LISINOPRIL 20MG   N<br>ARIF KHAN PS<br>TAKE ONE TABLET(S) TWICE DAILY BY MOUTH | 11/7/2009 | 2/1/2010 | | | | | | | | | | | | |
| HYDROXYZINE HCL 50MG   N<br>ARIF KHAN PS<br>1 EVERY EVENING | 11/7/2009 | 2/3/2010 | | | | | | | | | | | | |

Initial:_____ Signature:_____
Initial:_____ Signature:_____
Initial:_____ Signature:_____
Initial:_____ Signature:_____
Initial:_____ Signature:_____
Initial:_____ Signature:_____



Attention:
Please flag all temporary MARS with a "Post it Flag" and leave in the MAR book each day until the printed MAR arrives.
Please notify the pharmacy if a printed MAR has not been received by the third day a medication has been ordered.

c:\temp\99131537.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 9 of 250   PageID 6812

Scanned by RODRIGUEZ, MONICA P in facility Lew Sterrett West Tower on 11/25/2009 11:40

| Parkland Health & Hospital System<br>Dallas County Jail Health<br>Dallas, Texas<br><br>**MEDICATION ADMINISTRATION<br>RECORD** | **Patient Name:** GREEN GARY<br>**Book-in** 09073266<br>**AIS Number:** 2643937<br>**Date of Birth:** 3/14/1971<br>**Date of Service:** 11/18/2009<br>**Jail Location:** WEST 07P 03<br><br>**Patient Age:** 38<br>**Patient Race:** African |
| --- | --- |

**Allergies:**

| Drug          KOP Y/N<br>Prescriber<br>Dose/ Route/ Frequency | Start<br>Date | Stop<br>Date | 11/18/2009 | | | | 11/19/2009 | | | | 11/20/2009 | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | 0600-1159 | 1200-1759 | 1800-2359 | 2400-0559 | 0600-1159 | 1200-1759 | 1800-2359 | 2400-0559 | 0600-1159 | 1200-1759 | 1800-2359 | 2400-0559 |
| HYDROCHLOROTHIAZIDE 25MG          N<br>MUTHUSAMY ANANDKUMAR MD<br>TAKE ONE TABLET(S) BY MOUTH DAILY | 11/13/2009 | 5/12/2010 | | | | | | | | | | | | |
| MIRTAZAPINE 15MG          N<br>ARIF KHAN PS<br>TAKE ONE TABLET(S) EVERY EVENING BY<br>MOUTH | 11/7/2009 | 2/3/2010 | | | | | | | | | | | | |
| LISINOPRIL 20MG          N<br>ARIF KHAN PS<br>TAKE ONE TABLET(S) TWICE DAILY BY<br>MOUTH | 11/7/2009 | 2/1/2010 | | | | | | | | | | | | |
| HYDROXYZINE HCL 50MG          N<br>ARIF KHAN PS<br>1 EVERY EVENING | 11/7/2009 | 2/3/2010 | | | | | | | | | | | | |

| Initial:_____ | Signature:_____ | Initial: P | Signature:  |
| --- | --- | --- | --- |
| Initial:_____ | Signature:_____ | Initial:_____ | Signature:_____ |
| Initial:_____ | Signature:_____ | Initial: G | Signature:_____ |

**Attention:**

Please flag all temporary MARS with a "Post it Flag" and leave in the MAR book each day until the printed MAR arrives.
Please notify the pharmacy if a printed MAR has not been received by the third day a medication has been ordered.

c:\temp\99133073.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 10 of 250   PageID 6813

Scanned by SIERRA , LAVENA F CCA in facility Lew Sterrett West Tower on 11/25/2009 12:20

| Parkland Health & Hospital System<br>Dallas County Jail Health<br>Dallas, Texas<br><br>MEDICATION ADMINISTRATION<br>RECORD | Patient Name: GREEN GARY<br>Book-in 09073266<br>AIS Number: 2643937<br>Date of Birth: 3/14/1971      Patient Age: 38<br>Date of Service: 11/17/2009   Patient Race: African<br>Jail Location: WEST 07P 03 |
|---|---|

Allergies:

| Drug                       KOP Y/N<br>Prescriber<br>Dose/ Route/ Frequency | Start<br>Date | Stop<br>Date | 11/17/2009 | | | | 11/18/2009 | | | | 11/19/2009 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 06<br>00<br>-<br>11<br>59 | 12<br>00<br>-<br>17<br>59 | 18<br>00<br>-<br>23<br>59 | 24<br>00<br>-<br>05<br>59 | 06<br>00<br>-<br>11<br>59 | 12<br>00<br>-<br>17<br>59 | 18<br>00<br>-<br>23<br>59 | 24<br>00<br>-<br>05<br>59 | 06<br>00<br>-<br>11<br>59 | 12<br>00<br>-<br>17<br>59 | 18<br>00<br>-<br>23<br>59 | 24<br>00<br>-<br>05<br>59 |
| HYDROCHLOROTHIAZIDE 25MG                    N<br>MUTHUSAMY ANANDKUMAR MD<br>TAKE ONE TABLET(S) BY MOUTH DAILY | 11/13/2009 | 5/12/2010 | | | | | | | | | | | | |
| MIRTAZAPINE 15MG                    N<br>ARIF KHAN PS<br>TAKE ONE TABLET(S) EVERY EVENING BY<br>MOUTH | 11/7/2009 | 2/3/2010 | | | | | | | | | | | | |
| LISINOPRIL 20MG                    N<br>ARIF KHAN PS<br>TAKE ONE TABLET(S) TWICE DAILY BY<br>MOUTH | 11/7/2009 | 2/1/2010 | | | | | | | | | | | | |
| HYDROXYZINE HCL 50MG                    N<br>ARIF KHAN PS<br>1 EVERY EVENING | 11/7/2009 | 2/3/2010 | | | | | | | | | | | | |

| Initial:_____ Signature:_____ | Initial:_____ Signature:_____ |
|---|---|
| Initial:_____ Signature:_____ | Initial:_____ Signature:_____ |
| Initial:_____ Signature:_____ | Initial:_____ Signature:_____ |

Attention:
Please flag all temporary MARS with a "Post it Flag" and leave in the MAR book each day until the printed MAR arrives.
Please notify the pharmacy if a printed MAR has not been received by the third day a medication has been ordered.



Scanned by RODRIGUEZ, MONICA P in facility Lew Sterret West Tower on 11/20/2009 15:39

| Parkland Health & Hospital System<br>Dallas County Jail Health<br>Dallas, Texas<br><br>MEDICATION ADMINISTRATION<br>RECORD | Patient Name: **GREEN GARY**<br>Book-In **09073266**<br>AIS Number: **2643937**<br>Date of Birth: **3/14/1971**      Patient Age: **38**<br>Date of Service: **11/15/2009**   Patient Race: **African**<br>Jail Location: **WEST 07P 03** |

Allergies:

| Drug                KOP Y/N<br>Prescriber<br>Dose/ Route/ Frequency | Start<br>Date | Stop<br>Date | 11/15/2009 | | | | 11/16/2009 | | | | 11/17/2009 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 0<br>6<br>0<br>0<br>-<br>1<br>1<br>5<br>9 | 1<br>2<br>0<br>0<br>-<br>1<br>7<br>5<br>9 | 1<br>8<br>0<br>0<br>-<br>2<br>3<br>5<br>9 | 2<br>4<br>0<br>0<br>-<br>0<br>5<br>5<br>9 | 0<br>6<br>0<br>0<br>-<br>1<br>1<br>5<br>9 | 1<br>2<br>0<br>0<br>-<br>1<br>7<br>5<br>9 | 1<br>8<br>0<br>0<br>-<br>2<br>3<br>5<br>9 | 2<br>4<br>0<br>0<br>-<br>0<br>5<br>5<br>9 | 0<br>6<br>0<br>0<br>-<br>1<br>1<br>5<br>9 | 1<br>2<br>0<br>0<br>-<br>1<br>7<br>5<br>9 | 1<br>8<br>0<br>0<br>-<br>2<br>3<br>5<br>9 | 2<br>4<br>0<br>0<br>-<br>0<br>5<br>5<br>9 |
| HYDROCHLOROTHIAZIDE 25MG                    N<br>MUTHUSAMY ANANDKUMAR MD<br>TAKE ONE TABLET(S) BY MOUTH DAILY | 11/13/2009 | 5/12/2010 | | | | | | | | | | | | |
| MIRTAZAPINE 15MG                            N<br>ARIF KHAN PS<br>TAKE ONE TABLET(S) EVERY EVENING BY<br>MOUTH | 11/7/2009 | 2/3/2010 | | | | | | | | | | | | |
| LISINOPRIL 20MG                             N<br>ARIF KHAN PS<br>TAKE ONE TABLET(S) TWICE DAILY BY<br>MOUTH | 11/7/2009 | 2/1/2010 | | | | | | | | | | | | |
| HYDROXYZINE HCL 50MG                        N<br>ARIF KHAN PS<br>1 EVERY EVENING | 11/7/2009 | 2/3/2010 | | | | | | | | | | | | |

| Initial:_____ | Signature:_____ | Initial: | Signature: |
| Initial:_____ | Signature:_____ | Initial: | Signature: |
| Initial:_____ | Signature:_____ | Initial: | Signature: |

**Attention:**

Please flag all temporary MARS with a "Post It Flag" and leave in the MAR book each day until the printed MAR arrives.
Please notify the pharmacy if a printed MAR has not been received by the third day a medication has been ordered.



c:\temp\99072708.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 12 of 250   PageID 6615

Scanned by KNIGHT, DIANE A in facility Lew Sterrett West Tower on 11/18/2009 12:03

| Parkland Health & Hospital System | Patient Name: **GREEN GARY** |
|---|---|
| **Dallas County Jail Health** | Book-in  **09073266** |
| **Dallas, Texas** | AIS Number: **2643937** |
| **MEDICATION ADMINISTRATION RECORD** | Date of Birth: **3/14/1971**  Patient Age: **38** |
| | Date of Service: **11/14/2009**  Patient Race: **African** |
| | Jail Location: **WEST 07P 03** |

Allergies:

| Drug                                KOP Y/N<br>Prescriber<br>Dose/ Route/ Frequency | Start Date | Stop Date | 11/14/2009 | | | | 11/15/2009 | | | | 11/16/2009 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 0600-1159 | 1200-1759 | 1800-2359 | 2400-0559 | 0600-1159 | 1200-1759 | 1800-2359 | 2400-0559 | 0600-1159 | 1200-1759 | 1800-2359 | 2400-0559 |
| HYDROCHLOROTHIAZIDE 25MG                  N<br>MUTHUSAMY ANANDKUMAR MD<br>TAKE ONE TABLET(S) BY MOUTH DAILY | 11/13/2009 | 5/12/2010 | ⟍ | | | | | | | | | | | |
| MIRTAZAPINE 15MG                          N<br>ARIF KHAN PS<br>TAKE ONE TABLET(S) EVERY EVENING BY MOUTH | 11/7/2009 | 2/3/2010 | | | ⟍ | (W) | | | | | | | | |
| LISINOPRIL 20MG                           N<br>ARIF KHAN PS<br>TAKE ONE TABLET(S) TWICE DAILY BY MOUTH | 11/7/2009 | 2/1/2010 | ⟍ | | | (W) | | | | | | | | |
| HYDROXYZINE HCL 50MG                       N<br>ARIF KHAN PS<br>( EVERY EVENING | 11/7/2009 | 2/3/2010 | | | ⟍ | (W) | | | | | | | | |

Initial: ___  Signature: _____     Initial: ___  Signature: _____
Initial: _____  Signature: _____     Initial: _____  Signature: _____
Initial: _____  Signature: _____     Initial: _____  Signature: _____

**Attention:**
**Please flag all temporary MARS with a "Post it Flag" and leave in the MAR book each day until the printed MAR arrives.**
**Please notify the pharmacy if a printed MAR has not been received by the third day a medication has been ordered.**



c:\temp\99070207.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 13 of 250   PageID 6816

Scanned by RODRIGUEZ, MONICA P in facility Lew Sterret West Tower on 11/18/2009 09:04

| Parkland Health & Hospital System | Patient Name: GREEN GARY |
|---|---|
| Dallas County Jail Health | Book-in 09073266 |
| Dallas, Texas | AIS Number: 2643937 |
| **MEDICATION ADMINISTRATION RECORD** | Date of Birth: 3/14/1971   Patient Age: 38 |
| | Date of Service: 11/13/2009   Patient Race: African |
| | Jail Location: WEST 07P 03 |

Allergies:

| Drug           KOP Y/N Prescriber Dose/ Route/ Frequency | Start Date | Stop Date | 11/13/2009 | | | | 11/14/2009 | | | | 11/15/2009 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 06001159 | 12001759 | 18002359 | 24000559 | 06001159 | 12001759 | 18002359 | 24000559 | 06001159 | 12001759 | 18002359 | 24000559 |
| HYDROCHLOROTHIAZIDE 25MG N MUTHUSAMY ANANDKUMAR MD TAKE ONE TABLET(S) BY MOUTH DAILY | 11/13/2009 | 5/12/2010 | 8 | | | | | | | | | | | |
| MIRTAZAPINE 15MG N ARIF KHAN PS TAKE ONE TABLET(S) EVERY EVENING BY MOUTH | 11/7/2009 | 2/3/2010 | | | Am | | | | | | | | | |
| LISINOPRIL 20MG N ARIF KHAN PS TAKE ONE TABLET(S) TWICE DAILY BY MOUTH | 11/7/2009 | 2/1/2010 | 8 | | An | | | | | | | | | |
| HYDROXYZINE HCL 50MG N ARIF KHAN PS 1 EVERY EVENING | 11/7/2009 | 2/3/2010 | | | M | | | | | | | | | |



Initial:_____ Signature:_____   Initial:_____ Signature:_____
Initial:_____ Signature:_____   Initial:_____ Signature:_____
Initial:_____ Signature:_____   Initial:_____ Signature:_____

**Attention:**
Please flag all temporary MARS with a "Post it Flag" and leave in the MAR book each day until the printed MAR arrives.
Please notify the pharmacy if a printed MAR has not been received by the third day a medication has been ordered.

c:\temp\99070901.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 14 of 250   PageID 6817

Scanned by RODRIGUEZ, MONICA P in facility Lew Sterrett West Tower on 11/18/2009 10:02

| Parkland Health & Hospital System | Patient Name: GREEN GARY |
|---|---|
| Dallas County Jail Health | Book-In 09073266 |
| Dallas, Texas | AIS Number: 2643937 |
| MEDICATION ADMINISTRATION RECORD | Date of Birth: 3/14/1971    Patient Age: 38 |
| | Date of Service: 11/12/2009    Patient Race: African |
| | Jail Location: WEST 07P 03 |

Allergies:

| Drug                    KOP Y/N<br>Prescriber<br>Dose/ Route/ Frequency | Start Date | Stop Date | 11/12/2009 | | | | 11/13/2009 | | | | 11/14/2009 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 06:00-16:59 | 12:00-17:59 | 18:00-23:59 | 24:00-05:59 | 06:00-16:59 | 12:00-17:59 | 18:00-23:59 | 24:00-05:59 | 06:00-16:59 | 12:00-17:59 | 18:00-23:59 | 24:00-05:59 |
| MIRTAZAPINE 15MG                    N<br>ARIF KHAN PS<br>TAKE ONE TABLET(S) EVERY EVENING BY MOUTH | 11/7/2009 | 2/3/2010 | | | JO 7/1S | | | | | | | | | |
| LISINOPRIL 20MG                    N<br>ARIF KHAN PS<br>TAKE ONE TABLET(S) TWICE DAILY BY MOUTH | 11/7/2009 | 2/1/2010 | XE NO | | JO 7/1S | | | | | | | | | |
| HYDROXYZINE HCL 50MG                    N<br>ARIF KHAN PS<br>1 EVERY EVENING | 11/7/2009 | 2/3/2010 | | | JO 7/1S | | | | | | | | | |
| HYDROCHLOROTHIAZIDE 25MG                    N<br>CATHY PAVELKA MD<br>TAKE ONE TABLET(S) BY MOUTH DAILY | 11/8/2009 | 11/17/2009 | XE | | | | | | | | | | | |



| Initial:_____ | Signature:_____ | Initial: XE | Signature: |
|---|---|---|---|
| Initial:_____ | Signature:_____ | Initial: JO | Signature: |
| Initial:_____ | Signature:_____ | Initial:_____ | Signature:_____ |

**Attention:**

Please flag all temporary MARS with a "Post It Flag" and leave in the MAR book each day until the printed MAR arrives.
Please notify the pharmacy if a printed MAR has not been received by the third day a medication has been ordered.

c:\temp\99022905.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 15 of 250   PageID 6818

Scanned by PATTERSON, GINA in facility Lew Sterrett West Tower on 11/14/2009 06:19

| Parkland Health & Hospital System | Patient Name: GREEN GARY |
|---|---|
| **Dallas County Jail Health** | Book-in 09073266 |
| **Dallas, Texas** | AIS Number: 2643937 |
| **MEDICATION ADMINISTRATION RECORD** | Date of Birth: 3/14/1971    Patient Age: 38 |
| | Date of Service: 11/8/2009    Patient Race: African |
| | Jail Location: WEST 07P 03 |

Allergies:

| Drug KOP Y/N Prescriber Dose/ Route/ Frequency | Start Date | Stop Date | 11/09/2009 | | | | 11/10/2009 | | | | 11/11/2009 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 0600-1159 | 1200-1759 | 1800-2359 | 2400-0559 | 0600-1159 | 1200-1759 | 1800-2359 | 2400-0559 | 0600-1159 | 1200-1759 | 1800-2359 | 2400-0559 |
| MIRTAZAPINE 15MG  N<br>ARIF KHAN PS<br>TAKE ONE TABLET(S) EVERY EVENING BY MOUTH | 11/7/2009 | 2/3/2010 | | | mv | | | | | | / | | ✍ | |
| LISINOPRIL 20MG  N<br>ARIF KHAN PS<br>TAKE ONE TABLET(S) TWICE DAILY BY MOUTH | 11/7/2009 | 2/1/2010 | | | | | | | | | ✍ | | ✍ | |
| HYDROXYZINE HCL 50MG  N<br>ARIF KHAN PS<br>1 EVERY EVENING | 11/7/2009 | 2/3/2010 | | | | | | | | | / | | ✍ | |
| HYDROCHLOROTHIAZIDE 25MG  N<br>CATHY PAVELKA MD<br>TAKE ONE TABLET(S) BY MOUTH DAILY | 11/8/2009 | 11/17/2009 | | | | | | | | | ✍ | | | |



| Initial:_____ | Signature:_____ | Initial:_____ | Signature:_____ |
|---|---|---|---|
| Initial:_____ | Signature:_____ | Initial:_____ | Signature:_____ |
| Initial:_____ | Signature:_____ | Initial:_____ | Signature:_____ |

**Attention:**

Please flag all temporary MARS with a "Post it Flag" and leave in the MAR book each day until the printed MAR arrives.
Please notify the pharmacy if a printed MAR has not been received by the third day a medication has been ordered.

*4 8 2 0 9 8 7 3 2 6 6 0 4 2 8 2 0 0 0 0 0 0 0 0*

c:\temp\98977306.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 16 of 250   PageID 6819

Scanned by REYES, LUZ E in facility Lew Sterrett West Tower on 11/09/2009 20:12

Parkland Cent Pharm/Jail Health
Admission Date: 09/22/09

| Book-In # | 000009073266 |
|---|---|
| Pt. Name: | Green, Gary |
| Date of Birth: | 03/14/1971   Sex: M |
| Allergies: | No Known A |

UNIT:  07P 03  07P 03
BED:   0002

**ADMINISTRATION PERIOD: 07 NOV 2009 07:00 TO 08 NOV 2009 06:59**    Page 1 of 1

| Medication KOP<br>Dose          Route<br>Frequency<br>MD          Rem Refills | START<br>TIME | STOP<br>TIME | DAY<br>7:00-14:59<br>0910 | EVENING<br>15:00-22:59 | NIGHT<br>23:00-06:59 |
|---|---|---|---|---|---|
| Hydrochlorothiazide 25Mg Tb UD          N<br>25MG          ORAL<br>1 tablet by mouth daily<br><br>Pavelka, Cathy S          000 | 10-19-09 | | *K* | | |
| Lisinopril 20 Mg Tablet UD          N<br>20MG          ORAL<br>1 tablet by mouth twice a day<br><br>Khurana, Kiran          000 | 11-04-09 | | B | 1920<br>QD1 | |
| Mirtazapine 15 Mg Tablet UD          N<br>15MG          ORAL<br>1 tablet by mouth every evening<br><br>Khan, Arif          000 | 11-06-09 | | / | QA1 | |
| Hydroxyzine Hcl 50 Mg Tablet          N<br>50MG          ORAL<br>1 tablet by mouth every evening<br><br>Khan, Arif          000 | 11-06-09 | | / | QH | |



| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | | J Hardaway, LVN 27974 | | |

11/7/2009  1:24:29AM          **MAR Reporting Period from 0701-11/07 to 0700 -11/08**

Scanned by PATTERSON, GINA in facility Lew Sterrett West Tower on 11/14/2009 08:56

| Parkland Health & Hospital System | Patient Name: GREEN GARY |
|---|---|
| **Dallas County Jail Health** | Book-In 09073266 |
| **Dallas, Texas** | AIS Number: 2643937 |
| **MEDICATION ADMINISTRATION RECORD** | Date of Birth: 3/14/1971    Patient Age: 38 |
| | Date of Service: 11/7/2009    Patient Race: African |
| | Jail Location: WEST 07P 03 |

Allergies:

| Drug                    KOP Y/N<br>Prescriber<br>Dose/ Route/ Frequency | Start Date | Stop Date | 11/08/2009 | | | | 11/09/2009 | | | | 11/10/2009 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 0600-1159 | 1200-1759 | 1800-2359 | 2400-0559 | 0600-1159 | 1200-1759 | 1800-2359 | 2400-0559 | 0600-1159 | 1200-1759 | 1800-2359 | 2400-0559 |
| MIRTAZAPINE 15MG                    N<br>ARIF KHAN PS<br>TAKE ONE TABLET(S) EVERY EVENING BY MOUTH | 11/7/2009 | 2/3/2010 | | | DH | | | | An | | | | h | |
| LISINOPRIL 20MG                    N<br>ARIF KHAN PS<br>TAKE ONE TABLET(S) TWICE DAILY BY MOUTH | 11/7/2009 | 2/1/2010 | E | DH | E | An | E | | h | | | | | |
| HYDROXYZINE HCL 50MG                    N<br>ARIF KHAN PS<br>1 EVERY EVENING | 11/7/2009 | 2/3/2010 | | | DH | | | | h | | | | h | |
| HYDROCHLOROTHIAZIDE 25MG                    N<br>CATHY PAVELKA MD<br>TAKE ONE TABLET(S) BY MOUTH DAILY | 11/8/2009 | 11/17/2009 | E | | | | E | | | | E | | | |



| Initial: DH | Signature: Dardis 29974 | Initial: E | Signature: |
|---|---|---|---|
| Initial: | Signature: | Initial: | Signature: |
| Initial: | Signature: | Initial: | Signature: |

**Attention:**

Please flag all temporary MARS with a "Post it Flag" and leave in the MAR book each day until the printed MAR arrives.
Please notify the pharmacy if a printed MAR has not been received by the third day a medication has been ordered.

c:\temp\98978082.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 18 of 250   PageID 6821

Scanned by REYES, LUZ E in facility Lew Sterret West Tower on 11/09/2009 21:01

Parkland Cent Pharm/Jail Health
Admission Date: 09/22/09

| | |
|---|---|
| Book-In # | 000009073266 |
| Pt. Name: | Green, Gary |
| Date of Birth: | 03/14/1971   Sex: M |
| Allergies: | No Known A |

UNIT:   07P 03   07P 03
BED:    0002

**ADMINISTRATION PERIOD: 06 NOV 2009 07:00 TO 07 NOV 2009 06:59**          Page 1 of 1

| Medication<br>Dose        Route<br>Frequency<br>MD        Rem Refills | KOP | START TIME | STOP TIME | DAY<br>7:00-14:59<br>0800 | EVENING<br>15:00-22:59<br>2100 | NIGHT<br>23:00-06:59 |
|---|---|---|---|---|---|---|
| Mirtazapine 15 Mg Tablet UD<br>15MG          ORAL<br>1 tablet by mouth every evening<br><br>Ridge, Todd | N<br><br><br>000 | 09-30-09 | | / | *DH* | |
| Citalopram Hbr 40 Mg Tablet UD<br>40MG          ORAL<br>1 tablet by mouth every morning. Start on 10/6/09<br><br>Ridge, Todd | N<br><br><br>000 | 09-30-09 | | *R* | | |
| Hydrochlorothiazide 25Mg Tb UD<br>25MG          ORAL<br>1 tablet by mouth daily<br><br>Pavelka, Cathy  S | N<br><br><br>000 | 10-19-09 | | *R* | | |
| Lisinopril 20 Mg Tablet UD<br>20MG          ORAL<br>1 tablet by mouth twice a day<br><br>Khurana, Kiran | N<br><br><br>000 | 11-04-09 | | *R* | *DH* | |



| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | | Hardaway, LVN 27974 | | |

11/6/2009  1:01:18AM          **MAR Reporting Period from 0701-11/06 to 0700 -11/07**

* 4 8 2 9 9 7 3 2 6 6 4 2 8 2 8 8 8 8 8 8 8 *

c:\temp\98999554.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 19 of 250   PageID 6822

Scanned by MIRELEZ, MICHAEL J CCA in facility Lew Sterrett West Tower on 11/12/2009 09:25

**Parkland Cent Pharm/Jail Health**
Admission Date: 09/22/09

| Book-In # | 000009073266 | | | |
|---|---|---|---|---|
| Pt. Name: | **Green, Gary** | | UNIT: | 07P 03  07P 03 |
| Date of Birth: | 03/14/1971  Sex: M | | BED: | 0002 |
| Allergies: | No Known A | | | |

**ADMINISTRATION PERIOD: 05 NOV 2009 07:00 TO 06 NOV 2009 06:59**           Page 1 of 1

| Medication Dose Route Frequency MD Rem Refills | KOP | START TIME | STOP TIME | DAY 7:00-14:59 | EVENING 15:00-22:59 | NIGHT 23:00-06:59 |
|---|---|---|---|---|---|---|
| **Mirtazapine 15 Mg Tablet UD** 15MG        ORAL 1 tablet by mouth every evening Ridge, Todd                          000 | N | 09-30-09 | | | *(initials)* | |
| **Citalopram Hbr 40 Mg Tablet UD** 40MG        ORAL 1 tablet by mouth every morning. Start on 10/6/09 Ridge, Todd                          000 | N | 09-30-09 | | *NO sharp* | | |
| **Hydrochlorothiazide 25Mg Tb UD** 25MG        ORAL 1 tablet by mouth daily Pavelka, Cathy  S                   000 | N | 10-19-09 | | | | |
| **Lisinopril 20 Mg Tablet UD** 20MG        ORAL 1 tablet by mouth twice a day Khurana, Kiran                      000 | N | 11-04-09 | | | *(initials)* | |



| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | | *(signature)* | | *(signature)* |

11/5/2009_ 1:25:44AM                **MAR Reporting Period from 0701-11/05 to 0700 -11/06**

c:\temp\98988387.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 20 of 250   PageID 6823

Scanned by RODRIGUEZ, MONICA P in facility Lew Sterrett West Tower on 11/11/2009 08:11

Parkland Cont Pharm/Jail Health
Admission Date: 09/22/09

| Book-In # | 000009073266 | | | | |
|---|---|---|---|---|---|
| Pt. Name: | Green, Gary | | | UNIT: | 07P 03  07P 03 |
| Date of Birth: | 03/14/1971  Sex: M | | | BED: | 0002 |
| Allergies: | No Known A | | | | |

## ADMINISTRATION PERIOD: 04 NOV 2009 07:00 TO 05 NOV 2009 06:59          Page 1 of 1

| Medication<br>Dose          Route<br>Frequency<br>MD          Rem Refills | KOP | START TIME | STOP TIME | DAY 7:00-14:59 | EVENING 15:00-22:59 | NIGHT 23:00-06:59 |
|---|---|---|---|---|---|---|
| **Mirtazapine 15 Mg Tablet UD**<br>15MG          ORAL<br>1 tablet by mouth every evening<br><br>Ridge, Todd          000 | N | 09-30-09 | | | 1855<br>ᴍ | |
| **Citalopram Hbr 40 Mg Tablet UD**<br>40MG          ORAL<br>1 tablet by mouth every morning. Start on 10/6/09<br><br>Ridge, Todd          000 | N | 09-30-09 | | ✗ | | |
| **Amlodipine 5 Mg Tablet UD**<br>5MG          ORAL<br>1 tablet by mouth daily<br><br>Pavelka, Cathy  S          000 | N | 10-19-09 | | ✗ | | |
| **Hydrochlorothiazide 25Mg Tb UD**<br>25MG          ORAL<br>1 tablet by mouth daily<br><br>Pavelka, Cathy  S          000 | N | 10-19-09 | | ✗ | | |



| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | | 160WV | RAO | 29864 |

11/4/2009_ 1:26:45AM          **MAR Reporting Period from 0701-11/04 to 0700 -11/05**

Scanned by MIRELEZ, MICHAEL J CCA in facility Lew Sterrett West Tower on 11/10/2009 08:32

Parkland Cent Pharm/Jail Health
Admission Date: 09/22/09

| Book-In # | 000009073266 | | UNIT: | 07P 03   07P 03 |
| Pt. Name: | Green, Gary | | BED: | 0002 |
| Date of Birth: | 03/14/1971   Sex:  M | | | |
| Allergies: | No Known A | | | |

Page 1 of 1

ADMINISTRATION PERIOD: 03 NOV 2009 07:00 TO 04 NOV 2009 06:59

| Medication Dose Frequency MD | Route Rem Refills | KOP | START TIME | STOP TIME | DAY 7:00-14:59 | EVENING 15:00-22:59 | NIGHT 23:00-06:59 |
|---|---|---|---|---|---|---|---|
| | | | | | 0910 | | |
| Mirtazapine 15 Mg Tablet UD 15MG 1 tablet by mouth every evening Ridge, Todd | ORAL 000 | N | 09-30-09 | | / | A | |
| Citalopram Hbr 40 Mg Tablet UD 40MG 1 tablet by mouth every morning. Start on 10/6/09 Ridge, Todd | ORAL 000 | N | 09-30-09 | | ℞ | | |
| Amlodipine 5 Mg Tablet UD 5MG 1 tablet by mouth daily Pavelka, Cathy  S | ORAL 000 | N | 10-19-09 | | ℞ | | |
| Hydrochlorothiazide 25Mg Tb UD 25MG 1 tablet by mouth daily Pavelka, Cathy  S | ORAL 000 | N | 10-19-09 | | ℞ | | |



| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | | N  29373 | | |

11/3/2009_ 1:13:13AM

MAR Reporting Period from 0701-11/03 to 0700 -11/04

4 2 9 9 7 3 2 6 6 4 2 8 2

c:\temp\98975035.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 22 of 250   PageID 6825

Scanned by RODRIGUEZ, MONICA P in facility Lew Sterrett West Tower on 11/09/2009 15:00

**Pharm/Jail Health**

Admission Date: 09/22/09

Book-In #:    000009073266
Pt. Name:     Green, Gary
Date of Birth: 03/14/1971   Sex: M
Allergies:    No Known A

UNIT:   07P 03   07P 03
BED:    0002

ADMINISTRATION PERIOD: 02 NOV 2009 07:00 TO 03 NOV 2009 06:59          Page 1 of 1

| Medication Dose Frequency MD | Route | KOP Rem Refills | START TIME | STOP TIME | DAY 7:00-14:59 | EVENING 15:00-22:59 | NIGHT 23:00-06:59 |
|---|---|---|---|---|---|---|---|
| | | | | | 0940 | | |
| Mirtazapine 15 Mg Tablet UD 15MG 1 tablet by mouth every evening Ridge, Todd | ORAL | N 000 | 09-30-09 | | / | *signed* | |
| Citalopram Hbr 40 Mg Tablet UD 40MG 1 tablet by mouth every morning. Start on 10/6/09 Ridge, Todd | ORAL | N 000 | 09-30-09 | | *signed* | | |
| Amlodipine 5 Mg Tablet UD 5MG 1 tablet by mouth daily Pavelka, Cathy S | ORAL | N 000 | 10-19-09 | | *signed* | | |
| Hydrochlorothiazide 25Mg Tb UD 25MG 1 tablet by mouth daily Pavelka, Cathy S | ORAL | N 000 | 10-19-09 | | *signed* | | |



| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | | | | |

11/2/2009 1:10:18AM          MAR Reporting Period from 0701-11/02 to 0700 -11/03

c:\temp\98974374.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 23 of 250   PageID 6826

Scanned by RODRIGUEZ, MONICA P in facility Lew Sterrett West Tower on 11/09/2009 14:38

Parkland Cent Pharm/Jail Health
Admission Date: 09/22/09

| | |
|---|---|
| Book-In # | 000009073266 |
| Pt. Name: | Green, Gary |
| Date of Birth: | 03/14/1971   Sex: M |
| Allergies: | No Known A |

UNIT:   07P 03   07P 03
BED:    0002

**ADMINISTRATION PERIOD: 01 NOV 2009 07:00 TO 02 NOV 2009 06:59**          Page 1 of 1

| Medication                        KOP<br>Dose                Route<br>Frequency<br>MD                     Rem Refills | START<br>TIME | STOP<br>TIME | DAY<br>7:00-14:59 | EVENING<br>15:00-22:59 | NIGHT<br>23:00-06:59 |
|---|---|---|---|---|---|
| **Mirtazapine 15 Mg Tablet UD**       N<br>15MG                ORAL<br>1 tablet by mouth every evening<br><br>Ridge, Todd                          000 | 09-30-09 | | | | |
| **Citalopram Hbr 40 Mg Tablet UD**    N<br>40MG                ORAL<br>1 tablet by mouth every morning. Start on 10/6/09<br><br>Ridge, Todd                          000 | 09-30-09 | | | | |
| **Amlodipine 5 Mg Tablet UD**         N<br>5MG                 ORAL<br>1 tablet by mouth daily<br><br>Pavelka, Cathy  S                    000 | 10-19-09 | | | | |
| **Hydrochlorothiazide 25Mg Tb UD**    N<br>25MG                ORAL<br>1 tablet by mouth daily<br><br>Pavelka, Cathy  S                    000 | 10-19-09 | | | | |
| **Loratadine 10 Mg Tablet**           Y<br>10MG                ORAL<br>1 tablet by mouth once a day for 10 days<br><br>**ORDER EXPIRES AFTER TODAY**<br>Porsa, Esmaeil                       000 | 10-21-09 | 11-01-09 | | | |



| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | | | | |

11/1/2009_ 1:36:50AM          **MAR Reporting Period from 0701-11/01 to 0700 -11/02**

c:\temp\98966272.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 24 of 250   PageID 6827

Scanned by RODRIGUEZ, MONICA P in facility Lew Sterrell West Tower on 11/09/2009 12:51 **Pharm/Jail Health**

Admission Date: 09/22/09

| Book-In # | 000009073266 |
|---|---|
| Pt. Name: | Green, Gary |
| Date of Birth: | 03/14/1971   Sex: M |
| Allergies: | No Known A |

UNIT:  07P 03  07P 03
BED:   0002

**ADMINISTRATION PERIOD: 31 OCT 2009 07:00 TO 01 NOV 2009 06:59**                    Page 1 of 1

| Medication<br>Dose            Route<br>Frequency<br>MD            Rem Refills | KOP | START<br>TIME | STOP<br>TIME | DAY<br>7:00-14:59 | EVENING<br>15:00-22:59 | NIGHT<br>23:00-06:59 |
|---|---|---|---|---|---|---|
| **Mirtazapine 15 Mg Tablet UD**<br>15MG            ORAL<br>1 tablet by mouth every evening<br><br>Ridge, Todd            000 | N | 09-30-09 | / | / | 20.20 | / |
| **Citalopram Hbr 40 Mg Tablet UD**<br>40MG            ORAL<br>1 tablet by mouth every morning. Start on 10/6/09<br><br>Ridge, Todd            000 | N | 09-30-09 | / | AA 0650<br>0830 | / | — |
| **Amlodipine 5 Mg Tablet UD**<br>5MG            ORAL<br>1 tablet by mouth daily<br><br>Pavelka, Cathy S            000 | N | 10-19-09 | / | AA<br>0650 | / | / |
| **Hydrochlorothiazide 25Mg Tb UD**<br>25MG            ORAL<br>1 tablet by mouth daily<br><br>Pavelka, Cathy S            000 | N | 10-19-09 | / | AA<br>0650 | / | / |
| **Loratadine 10 Mg Tablet**<br>10MG            ORAL<br>1 tablet by mouth once a day for 10 days<br><br>Porsa, Esmaeil            000 | Y | 10-21-09 | 11-01-09 | | | KdP |



| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| AA | 08726L | M | 22GXA | | |

10/31/2009 1:13:11AM                    **MAR Reporting Period from 0701-10/31 to 0700 -11/01**

c:\temp\98933858.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 25 of 250   PageID 6828

Scanned by SIERRA , LAVENA F CCA in facility Lew Sterrett West Tower on 11/04/2009 07:41 Pharm/Jail Health

Admission Date: 09/22/09

| Book-In # | 000009073266 | | UNIT: | 07P 03   07P 03 |
|---|---|---|---|---|
| Pt. Name: | Green, Gary | | BED: | 0002 |
| Date of Birth: | 03/14/1971   Sex:  M | | | |
| Allergies: | No Known A | | | |

**ADMINISTRATION PERIOD: 30 OCT 2009 07:00 TO 31 OCT 2009 06:59**                     Page 1 of 1

| Medication                KOP<br>Dose                    Route<br>Frequency<br>MD                    Rem Refills | START<br>TIME | STOP<br>TIME | DAY<br>7:00-14:59 | EVENING<br>15:00-22:59 | NIGHT<br>23:00-06:59 |
|---|---|---|---|---|---|
| **Mirtazapine 15 Mg Tablet UD**          N<br>15MG                    ORAL<br>1 tablet by mouth every evening<br><br>Ridge, Todd                    000 | 09-30-09 | | |  | |
| **Citalopram Hbr 40 Mg Tablet UD**          N<br>40MG                    ORAL<br>1 tablet by mouth every morning. Start on 10/6/09<br><br>Ridge, Todd                    000 | 09-30-09 | | | | |
| **Amlodipine 5 Mg Tablet UD**          N<br>5MG                    ORAL<br>1 tablet by mouth daily<br><br>Pavelka, Cathy  S                    000 | 10-19-09 | | | | |
| **Hydrochlorothiazide 25Mg Tb UD**          N<br>25MG<br>1 tablet by mouth daily<br><br>Pavelka, Cathy  S                    000 | 10-19-09 | | | | |
| **Loratadine 10 Mg Tablet**          Y<br>10MG                    ORAL<br>1 tablet by mouth once a day for 10 days<br><br>Porsa, Esmaeil                    000 | 10-21-09 | 11-01-09 | | | |

| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | | | | |

10/30/2009  1:25:44AM                     **MAR Reporting Period from 0701-10/30 to 0700 -10/31**

c:\temp\98941658.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 26 of 250   PageID 6829

Scanned by THOMPSON, ANGELA in facility Lew Sterrett West Tower on 11/05/2009 08:10

**Parkland Cent Pharm/Jail Health**
Admission Date: 09/22/09

Book-In #    000009073266
Pt. Name:    Green, Gary
Date of Birth: 03/14/1971   Sex: M
Allergies:   No Known A

UNIT:    07P 03    07P 03
BED:     0002

ADMINISTRATION PERIOD: 29 OCT 2009 07:00 TO 30 OCT 2009 06:59          Page 1 of 1

| Medication<br>Dose        Route<br>Frequency<br>MD              Rem Refills | KOP | START<br>TIME | STOP<br>TIME | DAY<br>7:00-14:59 | EVENING<br>15:00-22:59 | NIGHT<br>23:00-06:59 |
|---|---|---|---|---|---|---|
| Mirtazapine 15 Mg Tablet UD<br>15MG         ORAL<br>1 tablet by mouth every evening<br><br>Ridge, Todd              000 | N | 09-30-09 | | | | |
| Citalopram Hbr 40 Mg Tablet UD<br>40MG         ORAL<br>1 tablet by mouth every morning. Start on 10/6/09<br><br>Ridge, Todd              000 | N | 09-30-09 | | | | |
| Amlodipine 5 Mg Tablet UD<br>5MG          ORAL<br>1 tablet by mouth daily<br><br>Pavelka, Cathy S           000 | N | 10-19-09 | | | | |
| Hydrochlorothiazide 25Mg Tb UD<br>25MG         ORAL<br>1 tablet by mouth daily<br><br>Pavelka, Cathy S           000 | N | 10-19-09 | | | | |
| Loratadine 10 Mg Tablet<br>10MG         ORAL<br>1 tablet by mouth once a day for 10 days<br><br>Porsa, Esmaeil           000 | Y | 10-21-09 | 11-01-09 | | | |



| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | | | | |

10/29/200ა 1:24:22AM                    **MAR Reporting Period from 0701-10/29 to 0700 -10/30**

c:\temp\98934214.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 27 of 250   PageID 6830

Scanned by SIERRA , LAVENA F CCA in facility Lew Sterrett West Tower on 11/04/2009 08:19

Parkland Corr Pharm/Jail Health
Admission Date: 09/22/09

Book-In #        000009073266
Pt. Name:        Green, Gary
Date of Birth:   03/14/1971   Sex:  M
Allergies:       No Known A

UNIT:   07P 03   07P 03
BED:    0002

**ADMINISTRATION PERIOD: 28 OCT 2009 07:00 TO 29 OCT 2009 06:59**    Page 1 of 1

| Medication Dose Route Frequency MD        Rem Refills | KOP | START TIME | STOP TIME | DAY 7:00-14:59 | EVENING 15:00-22:59 | NIGHT 23:00-06:59 |
|---|---|---|---|---|---|---|
| Mirtazapine 15 Mg Tablet UD 15MG          ORAL 1 tablet by mouth every evening Ridge, Todd          000 | N | 09-30-09 | | | ᵖᵉ | |
| Citalopram Hbr 40 Mg Tablet UD 40MG          ORAL 1 tablet by mouth every morning. Start on 10/6/09 Ridge, Todd          000 | N | 09-30-09 | | 2 | | |
| Amlodipine 5 Mg Tablet UD 5MG          ORAL 1 tablet by mouth daily Pavelka, Cathy  S          000 | N | 10-19-09 | | 2 | | |
| Hydrochlorothiazide 25Mg Tb UD 25MG          ORAL 1 tablet by mouth daily Pavelka, Cathy  S          000 | N | 10-19-09 | | 2 | | |
| Loratadine 10 Mg Tablet 10MG          ORAL 1 tablet by mouth once a day for 10 days Porsa, Esmaeil          000 | Y | 10-21-09 | 11-01-09 | 7 | | |

| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | | | | |



10/28/200L 12:48:05AM

**MAR Reporting Period from 0701-10/28 to 0700 -10/29**

c:\temp\98934730.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 28 of 250   PageID 6831

Scanned by KNIGHT, DIANE A in facility Lew Sterret West Tower on 11/04/2009 08:51

**Parkland Cent Pharm/Jail Health**

Admission Date: 09/22/09

Book-In #  000009073266
Pt. Name:  **Green, Gary**
Date of Birth: 03/14/1971  Sex:  M
Allergies:  No Known A

UNIT:  **07P 03   07P 03**
BED:  **0002**

**ADMINISTRATION PERIOD: 27 OCT 2009 07:00 TO 28 OCT 2009 06:59**          Page 1 of 2

| Medication / Dose / Frequency / MD | KOP | START TIME | STOP TIME | DAY 7:00-14:59 | EVENING 15:00-22:59 | NIGHT 23:00-06:59 |
|---|---|---|---|---|---|---|
| **Mirtazapine 15 Mg Tablet UD** 15MG  ORAL 1 tablet by mouth every evening  Ridge, Todd  000 | N | 09-30-09 | | | | |
| **Citalopram Hbr 40 Mg Tablet UD** 40MG  ORAL 1 tablet by mouth every morning. Start on 10/6/09  Ridge, Todd  000 | N | 09-30-09 | | | | |
| **Amlodipine 5 Mg Tablet UD** 5MG  ORAL 1 tablet by mouth daily  Pavelka, Cathy S  000 | N | 10-19-09 | | | | |
| **Hydrochlorothiazide 25Mg Tb UD** 25MG  ORAL 1 tablet by mouth daily  Pavelka, Cathy S  000 | N | 10-19-09 | | | | |
| **Ibuprofen 600 Mg Tablet UD** 600MG  ORAL 1 tablet by mouth two times a day for 5 days  ORDER EXPIRES AFTER TODAY  Porsa, Esmaeil  000 | Y | 10-21-09 | 10-27-09 | | | |
| **Benzonatate 100mg capsules** .025-250MG  ORAL 1 capsule by mouth two times a day for 5 days  ORDER EXPIRES AFTER TODAY  Porsa, Esmaeil  000 | Y | 10-21-09 | 10-27-09 | | | |

| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | | 76048 | | |

10/27/200L 1:27:23AM          **MAR Reporting Period from 0701-10/27 to 0700 -10/28**



c:\temp\98934731.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 29 of 250   PageID 6832

Scanned by KNIGHT, DIANE A in facility Lew Sterrett West Tower on 11/04/2009 08:51

**Parkland Cent Pharm/Jail Health**
Admission Date: 09/22/09

| | |
|---|---|
| Book-In # | 000009073266 |
| Pt. Name: | **Green, Gary** |
| Date of Birth: | 03/14/1971   Sex:  M |
| Allergies: | No Known A |

| | |
|---|---|
| UNIT: | 07P 03   07P 03 |
| BED: | 0002 |

ADMINISTRATION PERIOD: 27 OCT 2009 07:00 TO 28 OCT 2009 06:59          Page 2 of 2

| Medication                            KOF | START TIME | STOP TIME | DAY 7:00-14:59 | EVENING 15:00-22:59 | NIGHT 23:00-06:59 |
| Dose                   Route | | | | | |
| Frequency | | | | | |
| MD                        Rem Refills | | | | | |
|---|---|---|---|---|---|
| Loratadine 10 Mg Tablet         Y<br>10MG            ORAL<br>1 tablet by mouth once a day for 10 days<br><br>Porsa, Esmaeil                    000 | 10-21-09 | 11-01-09 | | | |

| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | | | | |



10/27/2009 1:27:23AM          **MAR Reporting Period from 0701-10/27 to 0700 -10/28**

c:\temp\98957485.tif printed by mivap. (Page 1 of 1)

Scanned by RODRIGUEZ, MONICA P in facility Lew Sterrett West Tower on 11/06/2009 17:09

Parkland's Corr Pharm/Jail Health
Admission Date: 09/22/09

Book-In # 000009073266
Pt. Name: **Green, Gary**
Date of Birth: 03/14/1971   Sex: M
Allergies: No Known A

UNIT: 07P 03  07P 03
BED: 0002

**ADMINISTRATION PERIOD: 26 OCT 2009 07:00 TO 27 OCT 2009 06:59**          Page 2 of 2

| Medication                         KOP | START TIME | STOP TIME | DAY 7:00-14:59 | EVENING 15:00-22:59 | NIGHT 23:00-06:59 |
| Dose              Route |  |  |  |  |  |
| Frequency |  |  |  |  |  |
| MD            Rem Refills |  |  |  |  |  |
|---|---|---|---|---|---|
| **Loratadine 10 Mg Tablet**      Y | 10-21-09 | 11-01-09 | 𝟍 |  |  |
| 10MG              ORAL |  |  |  |  |  |
| 1 tablet by mouth once a day for 10 days |  |  |  |  |  |
| Porsa, Esmacil          000 |  |  |  |  |  |

| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
|  |  |  | 26544 |  |  |

10/26/200L 1:24:00AM          **MAR Reporting Period from 0701-10/26 to 0700 -10/27**



Scanned by RODRIGUEZ, MONICA P in facility Lew Sterrett West Tower on 11/06/2009 17:09

**ent Pharm/Jail Health**
Admission Date: 09/22/09

Book-In #      000009073266
Pt. Name:      Green, Gary
Date of Birth: 03/14/1971   Sex: M
Allergies:     No Known A

UNIT:    07P 03   07P 03
BED:     0002

ADMINISTRATION PERIOD: 26 OCT 2009 07:00 TO 27 OCT 2009 06:59          Page 1 of 2

| Medication Dose Frequency MD | Route KOP Rem Refills | START TIME | STOP TIME | DAY 7:00-14:59 | EVENING 15:00-22:59 | NIGHT 23:00-06:59 |
|---|---|---|---|---|---|---|
| Mirtazapine 15 Mg Tablet UD 15MG ORAL 1 tablet by mouth every evening Ridge, Todd | N 000 | 09-30-09 | | | ⟋ | |
| Citalopram Hbr 40 Mg Tablet UD 40MG ORAL 1 tablet by mouth every morning. Start on 10/6/09 Ridge, Todd | N 000 | 09-30-09 | | ⟋ | | |
| Amlodipine 5 Mg Tablet UD 5MG ORAL 1 tablet by mouth daily Pavelka, Cathy S | N 000 | 10-19-09 | | ⟋ | | |
| Hydrochlorothiazide 25Mg Tb UD 25MG ORAL 1 tablet by mouth daily Pavelka, Cathy S | N 000 | 10-19-09 | | ⟋ | | |
| Ibuprofen 600 Mg Tablet UD 600MG ORAL 1 tablet by mouth two times a day for 5 days Porsa, Esmaeil | Y 000 | 10-21-09 | 10-27-09 | ⟋ | ⟋ | |
| Benzonatate 100mg capsules .025-250MG ORAL 1 capsule by mouth two times a day for 5 days Porsa, Esmaeil | Y 000 | 10-21-09 | 10-27-09 | ⟋ | ⟋ | |



| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | | | | |

10/26/200X. 1:24:00AM

**MAR Reporting Period from 0701-10/26 to 0700 -10/27**

c:\temp\99223821.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 32 of 250   PageID 6835

Scanned by KNIGHT, DIANE A in facility Lew Sterrett West Tower on 12/07/2009 08:38

Parkland Cent Pharm/Jail Health
Admission Date: 09/22/09

| | |
|---|---|
| Book-In # | 000009073266 |
| Pt. Name: | **Green, Gary** |
| Date of Birth: | 03/14/1971   Sex: M |
| Allergies: | No Known A |

UNIT:   07P 03   07P 03
BED:    0002

**ADMINISTRATION PERIOD: 25 OCT 2009 07:00 TO 26 OCT 2009 06:59**

Page 2 of 2

| Medication<br>Dose          Route<br>Frequency<br>MD          Rem Refills | KOP | START<br>TIME | STOP<br>TIME | DAY<br>7:00-14:59 | EVENING<br>15:00-22:59 | NIGHT<br>23:00-06:59 |
|---|---|---|---|---|---|---|
| **Loratadine 10 Mg Tablet**<br>10MG          ORAL<br>1 tablet by mouth once a day for 10 days<br><br>Porsa, Esmaeil          000 | Y | 10-21-09 | 11-01-09 | *KOP* | | |

| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | | | | |

10/25/2009 1:31:47AM

**MAR Reporting Period from 0701-10/25 to 0700 -10/26**



c:\temp\99223207.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 33 of 250   PageID 6836

Scanned by KNIGHT, DIANE A in facility Lew Sterrett West Tower on 12/07/2009 06:38

Parkland Cent Pharm/Jail Health
Admission Date: 09/22/09

Book-In #     000009073266
Pt. Name:     Green, Gary                           UNIT:   07P 03   07P 03
Date of Birth: 03/14/1971   Sex: M                  BED:    0002
Allergies:    No Known A

**ADMINISTRATION PERIOD: 25 OCT 2009 07:00 TO 26 OCT 2009 06:59**          Page 1 of 2

| Medication KOP Dose Route Frequency MD Rem Refills | START TIME | STOP TIME | DAY 7:00-14:59 | EVENING 15:00-22:59 | NIGHT 23:00-06:59 |
|---|---|---|---|---|---|
| | | | 0910 | | |
| Mirtazapine 15 Mg Tablet UD     N 15MG                      ORAL 1 tablet by mouth every evening  Ridge, Todd                  000 | 09-30-09 | | / | nwp | |
| Citalopram Hbr 40 Mg Tablet UD     N 40MG                     ORAL 1 tablet by mouth every morning. Start on 10/6/09  Ridge, Todd                  000 | 09-30-09 | | ré | | |
| Amlodipine 5 Mg Tablet UD     N 5MG                      ORAL 1 tablet by mouth daily  Pavelka, Cathy S             000 | 10-19-09 | | ré | | |
| Hydrochlorothiazide 25Mg Tb UD     N 25MG                     ORAL 1 tablet by mouth daily  Pavelka, Cathy S             000 | 10-19-09 | | ré | | |
| Ibuprofen 600 Mg Tablet UD     Y 600MG                    ORAL 1 tablet by mouth two times a day for 5 days  Porsa, Esmaeil               000 | 10-21-09 | 10-27-09 | nwp | | |
| Benzonatate 100mg capsules     Y .025-250MG                ORAL 1 capsule by mouth two times a day for 5 days  Porsa, Esmaeil               000 | 10-21-09 | 10-27-09 | nwp | | |

| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | | | |  |

10/25/2009 1:31:47AM                    MAR Reporting Period from 0701-10/25 to 0700 -10/26

Scanned by KNIGHT, DIANE A in facility Lew Sterret West Tower on 12/04/2009 08:36

Panhandle Cent Pharm/Jail Health
Admission Date: 09/22/09

Book-In # **000009073266**
Pt. Name: **Green, Gary**
Date of Birth: **03/14/1971**   Sex: **M**
Allergies: **No Known A**

UNIT: **07P 03   07P 03**
BED: **0002**

ADMINISTRATION PERIOD: 24 OCT 2009 07:00 TO 25 OCT 2009 06:59          Page 1 of 2

| Medication<br>Dose          Route<br>Frequency<br>MD          Rem Refills | KOF | START TIME | STOP TIME | DAY<br>7:00-14:59<br>0920 | EVENING<br>15:00-22:59 | NIGHT<br>23:00-06:59 |
|---|---|---|---|---|---|---|
| **Mirtazapine 15 Mg Tablet UD**<br>15MG          ORAL<br>1 tablet by mouth every evening<br><br>Ridge, Todd          000 | N | 09-30-09 | | / | ꝛ | |
| **Citalopram Hbr 40 Mg Tablet UD**<br>40MG          ORAL<br>1 tablet by mouth every morning. Start on 10/6/09<br><br>Ridge, Todd          000 | N | 09-30-09 | | ꝛ | | |
| **Amlodipine 5 Mg Tablet UD**<br>5MG          ORAL<br>1 tablet by mouth daily<br><br>Pavelka, Cathy  S          000 | N | 10-19-09 | | ꝛ | | |
| **Hydrochlorothiazide 25Mg Tb UD**<br>25MG          ORAL<br>1 tablet by mouth daily<br><br>Pavelka, Cathy  S          000 | N | 10-19-09 | | ꝛ | | |
| **Ibuprofen 600 Mg Tablet UD**<br>600MG          ORAL<br>1 tablet by mouth two times a day for 5 days<br><br>Porsa, Esmaeil          000 | Y | 10-21-09 | 10-27-09 | ꝛ | | |
| **Benzonatate 100mg capsules**<br>.025-250MG          ORAL<br>1 capsule by mouth two times a day for 5 days<br><br>Porsa, Esmaeil          000 | Y | 10-21-09 | 10-27-09 | ꝛ | | |

| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | | | | |

10/24/2009 1:20:37AM

**MAR Reporting Period from 0701-10/24 to 0700 -10/25**



c:\temp\99209090.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 35 of 250   PageID 6838

Scanned by KNIGHT, DIANE A in facility Lew Sterrett West Tower on 12/04/2009 08:35

Parkland Cent Pharm/Jail Health
Admission Date: 09/22/09

| | |
|---|---|
| Book-In # | 000009073266 |
| Pt. Name: | Green, Gary |
| Date of Birth: | 03/14/1971   Sex:  M |
| Allergies: | No Known A |

UNIT:   07P 03   07P 03
BED:    0002

## ADMINISTRATION PERIOD: 24 OCT 2009 07:00 TO 25 OCT 2009 06:59

Page 2 of 2

| Medication KOP Dose Route Frequency MD Rem Refills | START TIME | STOP TIME | DAY 7:00-14:59 | EVENING 15:00-22:59 | NIGHT 23:00-06:59 |
|---|---|---|---|---|---|
| **Loratadine 10 Mg Tablet** Y 10MG ORAL 1 tablet by mouth once a day for 10 days<br><br>Porsa, Esmaeil 000 | 10-21-09 | | *KOP* | | |

| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | | | | |

10/24/2009 1:20:37AM

**MAR Reporting Period from 0701-10/24 to 0700 -10/25**



Scanned by KNIGHT, DIANE A in facility Lew Sterrett West Tower on 11/18/2009 07:09

Parkland Cent Pharm/Jail Health
Admission Date: 09/22/09

Book-In #      000009073266
Pt. Name:      **Green, Gary**                    UNIT:    07P 03   07P 03
Date of Birth: 03/14/1971   Sex: M               BED:     0002
Allergies:     No Known A

ADMINISTRATION PERIOD: 23 OCT 2009 07:00 TO 24 OCT 2009 06:59        Page 2 of 2

| Medication                              KOP | START TIME | STOP TIME | DAY 7:00-14:59 | EVENING 15:00-22:59 | NIGHT 23:00-06:59 |
| Dose                    Route |  |  |  |  |  |
| Frequency |  |  |  |  |  |
| MD                      Rem Refills |  |  |  |  |  |
|---|---|---|---|---|---|
| **Loratadine 10 Mg Tablet**         Y<br>10MG                  ORAL<br>1 tablet by mouth once a day for 10 days<br><br>Porsa, Esmaeil              000 | 10-21-09 |  | KP |  |  |

| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

10/23/2009 1:21:49AM        **MAR Reporting Period from 0701-10/23 to 0700 -10/24**



c:\temp\99069231.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 37 of 250   PageID 6840

Scanned by KNIGHT, DIANE A in facility Lew Sterret West Tower on 11/18/2009 07:09

Parkland Cent Pharm/Jail Health

Admission Date: 09/22/09

Book-In #    000009073266
Pt. Name:    **Green, Gary**
Date of Birth: 03/14/1971   Sex:  M
Allergies:   No Known A

UNIT:   07P 03   07P 03
BED:    0002

### ADMINISTRATION PERIOD: 23 OCT 2009 07:00 TO 24 OCT 2009 06:59

Page 1 of 2

| Medication Dose Frequency MD | Route | KOP Rem Refills | START TIME | STOP TIME | DAY 7:00-14:59 | EVENING 15:00-22:59 | NIGHT 23:00-06:59 |
|---|---|---|---|---|---|---|---|
| Mirtazapine 15 Mg Tablet UD 15MG 1 tablet by mouth every evening Ridge, Todd | ORAL | N 000 | 09-30-09 | | | (sig) | |
| Citalopram Hbr 40 Mg Tablet UD 40MG 1 tablet by mouth every morning. Start on 10/6/09 Ridge, Todd | ORAL | N 000 | 09-30-09 | | (sig) | | |
| Amlodipine 5 Mg Tablet UD 5MG 1 tablet by mouth daily Pavelka, Cathy S | ORAL | N 000 | 10-19-09 | | (sig) | | |
| Hydrochlorothiazide 25Mg Tb UD 25MG 1 tablet by mouth daily Pavelka, Cathy S | ORAL | N 000 | 10-19-09 | | (sig) | | |
| Ibuprofen 600 Mg Tablet UD 600MG 1 tablet by mouth two times a day for 5 days Porsa, Esmaeil | ORAL | Y 000 | 10-21-09 | 10-27-09 | (sig) | (sig) | |
| Benzonatate 100mg capsules .025-250MG 1 capsule by mouth two times a day for 5 days Porsa, Esmaeil | ORAL | Y 000 | 10-21-09 | 10-27-09 | (sig) | | |

| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | | | | |



10/23/2009. 1:21:49AM

MAR Reporting Period from 0701-10/23 to 0700 -10/24

Scanned by SMITH, OCTAVIA D in facility Lew Sterrett West Tower on 10/24/2009 16:54

Cent Pharm/Jail Health
Admission Date: 09/22/09

Book-In #        000009073266
Pt. Name:        Green, Gary
Date of Birth:   03/14/1971     Sex:  M
Allergies:       No Known A

UNIT:   07P 03   07P 03
BED:    0002

*3p12*

**ADMINISTRATION PERIOD: 22 OCT 2009 07:00 TO 23 OCT 2009 06:59**          Page 2 of 2

| Medication          KOP | START TIME | STOP TIME | DAY 7:00-14:59 | EVENING 15:00-22:59 | NIGHT 23:00-06:59 |
| Dose        Route | | | | | |
| Frequency | | | | | |
| MD          Rem Refills | | | | | |
|---|---|---|---|---|---|
| Loratadine 10 Mg Tablet    Y | 10-21-09 | | 0800 | | |
| 10MG          ORAL | | | | | |
| 1 tablet by mouth once a day for 10 days | | | NS *KorP* | | |
| Porsa, Esmaeil          000 | | | | | |

*28480*

| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | | | | |



10/22/2009 1:17:26AM

**MAR Reporting Period from 0701-10/22 to 0700 -10/23**

c:\temp\99078783.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 39 of 250   PageID 6842

Scanned by DOUGLAS, KARLELINE D in facility Lew Sterrett West Tower on 11/19/2009 07:02

**Parkland Cent Pharm/Jail Health**
Admission Date: 09/22/09

Book-In #    000009073266
Pt. Name:    Green, Gary
Date of Birth: 03/14/1971   Sex: M
Allergies:    No Known A

UNIT:  07P 03  07P 03
BED:   0002

Page 1 of 1

**ADMINISTRATION PERIOD: 21 OCT 2009 07:00 TO 22 OCT 2009 06:59**

| Medication Dose Frequency MD | Route | KOP Rem Refills | START TIME | STOP TIME | DAY 7:00-14:59 | EVENING 15:00-22:59 | NIGHT 23:00-06:59 |
|---|---|---|---|---|---|---|---|
| Mirtazapine 15 Mg Tablet UD 15MG 1 tablet by mouth every evening  Ridge, Todd | ORAL | N  000 | 09-30-09 | | | | |
| Citalopram Hbr 40 Mg Tablet UD 40MG 1 tablet by mouth every morning. Start on 10/6/09  Ridge, Todd | ORAL | N  000 | 09-30-09 | | | | |
| Amlodipine 5 Mg Tablet UD 5MG 1 tablet by mouth daily  Pavelka, Cathy S | ORAL | N  000 | 10-19-09 | | | | |
| Hydrochlorothiazide 25Mg Tb UD 25MG 1 tablet by mouth daily  Pavelka, Cathy S | ORAL | N  000 | 10-19-09 | | | | |

| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | | | | |



10/21/200% 1:17:59AM            **MAR Reporting Period from 0701-10/21 to 0700 -10/22**

c:\temp\99068579.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 40 of 250   PageID 6843

Scanned by DOUGLAS, KARLEUNE D in facility Lew Sterret West Tower on 11/18/2009 08:10

Parkland Cent Pharm/Jail Health
Admission Date: 09/22/09

| Book-In # | 00000072295 | | |
| Pt. Name: | Green, Gary | UNIT: | 07P 03  07P 03 |
| Date of Birth: | 03/14/1971  Sex:  M | BED: | 6002 |
| Allergies: | No Known A | | |

Page 1 of 1

## ADMINISTRATION PERIOD: 20 OCT 2009 07:00 TO 21 OCT 2009 06:59

| Medication Dose Route Frequency MD | KOF Run Refill | START TIME | STOP TIME | DAY 7:00-14:59 | EVENING 15:00-22:59 | NIGHT 23:00-06:59 |
|---|---|---|---|---|---|---|
| | | | | 0910 | | |
| Mirtazapine 15 Mg Tablet UD 15MG  ORAL 1 tablet by mouth every evening  Ridge, Todd | N  000 | 09-30-09 | | / | XOO | |
| Citalopram Hbr 40 Mg Tablet UD 40MG  ORAL 1 tablet by mouth every morning. Start on 10/6/09  Ridge, Todd | N  000 | 09-30-09 | | XS | | |
| Amlodipine 5 Mg Tablet UD 5MG  ORAL 1 tablet by mouth daily  Pavelka, Cathy S | N  000 | 10-19-09 | | X | | |
| Hydrochlorothiazide 25Mg Tb UD 25MG  ORAL 1 tablet by mouth daily  Pavelka, Cathy S | N  000 | 10-19-09 | | X | | |

| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | | | | |

10/20/2005. 1:20:36AM

MAR Reporting Period from 0701-10/20 to 0700 -10/21

c:\temp\99056269.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 41 of 250   PageID 6844

Scanned by DOUGLAS, KARLELINE D in facility Lew Sterrett West Tower on 11/17/2009 06:07

**Parkland Cent Pharm/Jail Health**
Admission Date: 09/22/09

Book-in #     000009073266
Pt. Name:     Green, Gary
Date of Birth: 03/14/1971    Sex: M
Allergies:     No Known A

UNIT:    07P 03   07P 03
BED:    0002

ADMINISTRATION PERIOD: 19 OCT 2009 07:00 TO 20 OCT 2009 06:59     Page 1 of 1

| Medication Dose Frequency MD | Route Rem Refills | KOP | START TIME | STOP TIME | DAY 7:00-14:59 | EVENING 15:00-22:59 | NIGHT 23:00-06:59 |
|---|---|---|---|---|---|---|---|
| | | | | | 0920 | | |
| Amlodipine 5 Mg Tablet UD 5MG    ORAL 1 tablet by mouth daily Sunde, Jon | 000 | N | 09-22-09 | 10-21-09 | JS | | |
| Hydrochlorothiazide 25Mg Tb UD 25MG    ORAL 1 tablet by mouth daily Sunde, Jon | 000 | N | 09-22-09 | 10-21-09 | JS | | |
| Mirtazapine 15 Mg Tablet UD 15MG    ORAL 1 tablet by mouth every evening Ridge, Todd | 000 | N | 09-30-09 | | / | MC | |
| Citalopram Hbr 40 Mg Tablet UD 40MG    ORAL 1 tablet by mouth every morning. Start on 10/6/09 Ridge, Todd | 000 | N | 09-30-09 | | JS | | |

28680



| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | | | | |

10/19/2009 1:16:03AM      MAR Reporting Period from 0701-10/19 to 0700 -10/20

c:\temp\98853279.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 42 of 250   PageID 6845

Scanned by DAVIS, DEMETRIC L in facility Lew Starrett Infirmary on 10/23/2009 08:39

Parkland Cent Pharm/Jail Health
Admission Date: 09/22/09

Book-In #   000009073266
Pt. Name:   Green, Gary
Date of Birth: 03/14/1971   Sex:  M
Allergies:   No Known A

UNIT:   07P 03  07P 03
BED:    0002

ADMINISTRATION PERIOD: 18 OCT 2009 07:00 TO 19 OCT 2009 06:59          Page 1 of 1

| Medication                    KOF | START TIME | STOP TIME | DAY 7:00-14:59 | EVENING 15:00-22:59 | NIGHT 23:00-06:59 |
| Dose            Route |  |  |  |  |  |
| Frequency |  |  |  |  |  |
| MD          Rem Refills |  |  |  |  |  |
|---|---|---|---|---|---|
| **Amlodipine 5 Mg Tablet UD**      N<br>5MG               ORAL<br>1 tablet by mouth daily<br><br>Sunde, Jon                    000 | 09-22-09 | 10-21-09 | 7 |  |  |
| **Hydrochlorothiazide 25Mg Tb UD**  N<br>25MG              ORAL<br>1 tablet by mouth daily<br><br>Sunde, Jon                    000 | 09-22-09 | 10-21-09 | 7 |  |  |
| **Mirtazapine 15 Mg Tablet UD**    N<br>15MG              ORAL<br>1 tablet by mouth every evening<br><br>Ridge, Todd                   000 | 09-30-09 |  |  | 7 |  |
| **Citalopram Hbr 40 Mg Tablet UD** N<br>40MG              ORAL<br>1 tablet by mouth every morning. Start on 10/6/09<br><br>Ridge, Todd                   000 | 09-30-09 |  | 7 |  |  |



| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
|  |  |  | 2604 |  | 0182 |

10/18/2009. 1:34:53AM          **MAR Reporting Period from 0701-10/18 to 0700 -10/19**

c:\temp\98813495.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 43 of 250   PageID 6846

Scanned by REYES, LUZ E in facility Lew Sterrell West Tower on 10/18/2009 21:27

Cent Pharm/Jail Health
Admission Date: 09/22/09

Book-In #    000009073266
Pt. Name:    Green, Gary
Date of Birth: 03/14/1971   Sex: M
Allergies:    No Known A

UNIT:    07P 03   07P 03
BED:     0002

ADMINISTRATION PERIOD: 17 OCT 2009 07:00 TO 18 OCT 2009 06:59          Page 1 of 1

| Medication Dose Frequency MD | Route Rem Refills | KOF | START TIME | STOP TIME | DAY 7:00-14:59 | EVENING 15:00-22:59 | NIGHT 23:00-06:59 |
|---|---|---|---|---|---|---|---|
| Amlodipine 5 Mg Tablet UD 5MG 1 tablet by mouth daily Sunde, Jon | ORAL 000 | N | 09-22-09 | 10-21-09 | ↗ | | |
| Hydrochlorothiazide 25Mg Tb UD 25MG 1 tablet by mouth daily Sunde, Jon | ORAL 000 | N | 09-22-09 | 10-21-09 | ↗ | | |
| Mirtazapine 15 Mg Tablet UD 15MG 1 tablet by mouth every evening Ridge, Todd | ORAL 000 | N | 09-30-09 | | | Nb | |
| Citalopram Hbr 40 Mg Tablet UD 40MG 1 tablet by mouth every morning. Start on 10/6/09 Ridge, Todd | ORAL 000 | N | 09-30-09 | | ↗ | | |



| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | | 16044 | CW | Wilson w |

10/17/200& 1:22:15AM                    MAR Reporting Period from 0701-10/17 to 0700 -10/18

c:\temp\98850187.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH    Document 24-63    Filed 08/01/16    Page 44 of 250    PageID 6847

Scanned by RODRIGUEZ, MONICA P in facility Lew Sterrett West Tower on 10/22/2009 18:23

**Parkland Cent Pharm/Jail Health**
Admission Date: 09/22/09

Book-In #      000009073266
Pt. Name:      Green, Gary
Date of Birth: 03/14/1971    Sex:  M
Allergies:     No Known A

UNIT:    07P 03   07P 03
BED:     0002

**ADMINISTRATION PERIOD: 16 OCT 2009 07:00 TO 17 OCT 2009 06:59**          Page 1 of 1

| Medication<br>Dose          Route<br>Frequency<br>MD          Rem Refills | KOP | START TIME | STOP TIME | DAY 7:00-14:59 | EVENING 15:00-22:59 | NIGHT 23:00-06:59 |
|---|---|---|---|---|---|---|
| Amlodipine 5 Mg Tablet UD<br>5MG          ORAL<br>1 tablet by mouth daily<br><br>Sunde, Jon          000 | N | 09-22-09 | 10-21-09 | 0500<br>hn | | |
| Hydrochlorothiazide 25Mg Tb UD<br>25MG          ORAL<br>1 tablet by mouth daily<br><br>Sunde, Jon          000 | N | 09-22-09 | 10-21-09 | hm | | |
| Mirtazapine 15 Mg Tablet UD<br>15MG          ORAL<br>1 tablet by mouth every evening<br><br>Ridge, Todd          000 | N | 09-30-09 | | / | hn | |
| Citalopram Hbr 40 Mg Tablet UD<br>40MG          ORAL<br>1 tablet by mouth every morning. Start on 10/6/09<br><br>Ridge, Todd          000 | N | 09-30-09 | | hn | | |



| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | | | | |

10/16/200L 1:21:02AM          **MAR Reporting Period from 0701-10/16 to 0700 -10/17**

c:\temp\99004826.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 45 of 250   PageID 6848

Scanned by SIERRA, LAVENA F CCA in facility Lew Sterrett West Tower on 11/12/2009 17:17

**Parkland Cent Pharm/Jail Health**
Admission Date: 09/22/09

| | |
|---|---|
| Book-In # | **000009073266** |
| Pt. Name: | **Green, Gary** |
| Date of Birth: | 03/14/1971   Sex:  M |
| Allergies: | No Known A |

UNIT:   **07P 03   07P 03**
BED:    **0002**

ADMINISTRATION PERIOD: 15 OCT 2009 07:00 TO 16 OCT 2009 06:59        Page 1 of 1

| Medication<br>Dose          Route<br>Frequency<br>MD          Rem Refills | KOF | START TIME | STOP TIME | DAY 7:00-14:59 | EVENING 15:00-22:59 | NIGHT 23:00-06:59 |
|---|---|---|---|---|---|---|
| **Amlodipine 5 Mg Tablet UD**<br>5MG               ORAL<br>1 tablet by mouth daily<br><br>Sunde, Jon          000 | N | 09-22-09 | 10-21-09 | | | |
| **Hydrochlorothiazide 25Mg Tb UD**<br>25MG              ORAL<br>1 tablet by mouth daily<br><br>Sunde, Jon          000 | N | 09-22-09 | 10-21-09 | | | |
| **Mirtazapine 15 Mg Tablet UD**<br>15MG              ORAL<br>1 tablet by mouth every evening<br><br>Ridge, Todd          000 | N | 09-30-09 | | | | |
| **Citalopram Hbr 40 Mg Tablet UD**<br>40MG              ORAL<br>1 tablet by mouth every morning. Start on 10/6/09<br><br>Ridge, Todd          000 | N | 09-30-09 | | | | |



| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | | | | |

10/15/2009 12:50:15AM                    **MAR Reporting Period from 0701-10/15 to 0700 -10/16**

c:\temp\99031565.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 46 of 250   PageID 6849

Scanned by DOUGLAS, KARLELINE D in facility Lew Sterrett West Tower on 11/14/2009 09:11

Parkland Cent Pharm/Jail Health

Admission Date: 09/22/09

| Book-In # | 000009073286 | | UNIT: | 07P 03   07P 03 |
|---|---|---|---|---|
| Pt. Name: | Green, Gary | | BED: | 0002 |
| Date of Birth: | 03/14/1971   Sex:  M | | | |
| Allergies: | No Known A | | | |

**ADMINISTRATION PERIOD: 14 OCT 2009 07:00 TO 15 OCT 2009 06:59**     Page 1 of 1

| Medication KOP<br>Dose Route<br>Frequency<br>MD Rem Refills | START<br>TIME | STOP<br>TIME | DAY<br>7:00-14:59 | EVENING<br>15:00-22:59 | NIGHT<br>23:00-06:59 |
|---|---|---|---|---|---|
| | | | 0165 | | |
| Amlodipine 5 Mg Tablet UD            N<br>5MG                    ORAL<br>1 tablet by mouth daily<br><br>Sunde, Jon              000 | 09-22-09 | 10-21-09 | *rt* | | |
| Hydrochlorothiazide 25Mg Tb UD       N<br>25MG                   ORAL<br>1 tablet by mouth daily<br><br>Sunde, Jon              000 | 09-22-09 | 10-21-09 | *rt* | | |
| Mirtazapine 15 Mg Tablet UD          N<br>15MG                   ORAL<br>1 tablet by mouth every evening<br><br>Ridge, Todd             000 | 09-30-09 | | / | *mr* | |
| Citalopram Hbr 40 Mg Tablet UD       N<br>40MG                   ORAL<br>1 tablet by mouth every morning. Start on 10/6/09<br><br>Ridge, Todd             000 | 09-30-09 | | *rt* | | |

28480

| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | | | | |

10/14/2009 1:27:18AM            MAR Reporting Period from 0701-10/14 to 0700 -10/15

c:\temp\99153135.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 47 of 250   PageID 6850

Scanned by HILL, SONYA R CCA in facility Lew Sterrett West Tower on 11/28/2009 12:15

Parkland Cent Pharm/Jail Health
Admission Date: 09/22/09

Book-In # 000009073266
Pt. Name: **Green, Gary**
Date of Birth: 03/14/1971  Sex: M
Allergies: No Known A

UNIT: **07P 03  07P 03**
BED: **0002**

Page 1 of 1

ADMINISTRATION PERIOD: 14 OCT 2009 07:00 TO 15 OCT 2009 06:59

| Medication<br>Dose          Route<br>Frequency<br>MD          Rem Refills | KOF | START TIME | STOP TIME | DAY<br>7:00-14:59 | EVENING<br>15:00-22:59 | NIGHT<br>23:00-06:59 |
|---|---|---|---|---|---|---|
| | | | | 0765 | | |
| **Amlodipine 5 Mg Tablet UD**<br>5MG          ORAL<br>1 tablet by mouth daily<br><br>Sunde, Jon          000 | N | 09-22-09 | 10-21-09 | PE | | |
| **Hydrochlorothiazide 25Mg Tb UD**<br>25MG          ORAL<br>1 tablet by mouth daily<br><br>Sunde, Jon          000 | N | 09-22-09 | 10-21-09 | PE | | |
| **Mirtazapine 15 Mg Tablet UD**<br>15MG          ORAL<br>1 tablet by mouth every evening<br><br>Ridge, Todd          000 | N | 09-30-09 | | / | MC | |
| **Citalopram Hbr 40 Mg Tablet UD**<br>40MG          ORAL<br>1 tablet by mouth every morning. Start on 10/6/09<br><br>Ridge, Todd          000 | N | 09-30-09 | | PE | | |

28480

| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | | | | |

10/14/2009 1:27:18AM

MAR Reporting Period from 0701-10/14 to 0700 -10/15

c:\temp\98847462.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 48 of 250   PageID 6851

Scanned by RODRIGUEZ, MONICA P in facility Lew Sterrett West Tower on 10/22/2009 14:49

Parkland Cent Pharm/Jail Health
Admission Date: 09/22/09

| | | | |
|---|---|---|---|
| Book-In # | 000009073266 | | |
| Pt. Name: | Green, Gary | UNIT: | 07P 03  07P 03 |
| Date of Birth: | 03/14/1971  Sex: M | BED: | 0002 |
| Allergies: | No Known A | | |

**ADMINISTRATION PERIOD: 13 OCT 2009 07:00 TO 14 OCT 2009 06:59**    Page 1 of 1

| Medication<br>Dose          Route<br>Frequency<br>MD          Rem Refills | KOP | START TIME | STOP TIME | DAY 7:00-14:59 | EVENING 15:00-22:59 | NIGHT 23:00-06:59 |
|---|---|---|---|---|---|---|
| Amlodipine 5 Mg Tablet UD<br>5MG          ORAL<br>1 tablet by mouth daily<br><br>Sunde, Jon          000 | N | 09-22-09 | | 8 | | |
| Hydrochlorothiazide 25Mg Tb UD<br>25MG          ORAL<br>1 tablet by mouth daily<br><br>Sunde, Jon          000 | N | 09-22-09 | | 8 | | |
| Mirtazapine 15 Mg Tablet UD<br>15MG          ORAL<br>1 tablet by mouth every evening<br><br>Ridge, Todd          000 | N | 09-30-09 | | | m | |
| Citalopram Hbr 40 Mg Tablet UD<br>40MG          ORAL<br>1 tablet by mouth every morning. Start on 10/6/09<br><br>Ridge, Todd          000 | N | 09-30-09 | | 7 | | |

| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | B | 16041 | | 218 |

10/13/2009 12:45:46AM          **MAR Reporting Period from 0701-10/13 to 0700 -10/14**



c:\temp\98774155.tif printed by mivap. (Page 1 of 1)

Scanned by REYES, LUZ E in facility Lew Sterrett West Tower on 10/13/2009 20:04

Parkland Cent Pharm/Jail Health
Admission Date: 09/22/09

Book-In # 000009073266
Pt. Name: Green, Gary
Date of Birth: 03/14/1971   Sex: M
Allergies: No Known A

UNIT:   07P 03   07P 03
BED:    0002

ADMINISTRATION PERIOD: 12 OCT 2009 07:00 TO 13 OCT 2009 06:59          Page 1 of 1

| Medication Dose Route Frequency MD Rem Refills | KOP | START TIME | STOP TIME | DAY 7:00-14:59 | EVENING 15:00-22:59 | NIGHT 23:00-06:59 |
|---|---|---|---|---|---|---|
| Amlodipine 5 Mg Tablet UD 5MG ORAL 1 tablet by mouth daily  Sunde, Jon | N 000 | 09-22-09 | | | | |
| Hydrochlorothiazide 25Mg Tb UD 25MG ORAL 1 tablet by mouth daily  Sunde, Jon | N 000 | 09-22-09 | | | | |
| Mirtazapine 15 Mg Tablet UD 15MG ORAL 1 tablet by mouth every evening  Ridge, Todd | N 000 | 09-30-09 | | | | |
| Citalopram Hbr 40 Mg Tablet UD 40MG ORAL 1 tablet by mouth every morning. Start on 10/6/09  Ridge, Todd | N 000 | 09-30-09 | | | | |

| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | | | | |



10/12/2009 1:24:56AM          MAR Reporting Period from 0701-10/12 to 0700 -10/13

c:\temp\98777820.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 50 of 250   PageID 6853

Scanned by KNIGHT, DIANE A in facility Lew Sterret West Tower on 10/14/2009 10:26

...cent Pharm/Jail Health

Admission Date: 09/22/09

Book-In #      000009073266
Pt. Name:      Green, Gary
Date of Birth: 03/14/1971   Sex:  M
Allergies:     No Known A

UNIT:   07P 03  07P 03
BED:    0002

**ADMINISTRATION PERIOD: 11 OCT 2009 07:00 TO 12 OCT 2009 06:59**                Page 1 of 1

| Medication<br>Dose   Route<br>Frequency<br>MD   Rem Refills | KOP | START TIME | STOP TIME | DAY<br>7:00-14:59 | EVENING<br>15:00-22:59 | NIGHT<br>23:00-06:59 |
|---|---|---|---|---|---|---|
| | | | | 0750 | | |
| **Amlodipine 5 Mg Tablet UD**<br>5MG            ORAL<br>1 tablet by mouth daily<br><br>Sunde, Jon                    000 | N | 09-22-09 | | _(signature)_ | | |
| **Hydrochlorothiazide 25Mg Tb UD**<br>25MG           ORAL<br>1 tablet by mouth daily<br><br>Sunde, Jon                    000 | N | 09-22-09 | | _(signature)_ | | |
| **Mirtazapine 15 Mg Tablet UD**<br>15MG           ORAL<br>1 tablet by mouth every evening<br><br>Ridge, Todd                   000 | N | 09-30-09 | | / | _(signature)_ | |
| **Citalopram Hbr 40 Mg Tablet UD**<br>40MG           ORAL<br>1 tablet by mouth every morning. Start on 10/6/09<br><br>Ridge, Todd                   000 | N | 09-30-09 | | _(signature)_ | | |



| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | | | | |

10/11/2009. 1:24:32AM                    **MAR Reporting Period from 0701-10/11 to 0700 -10/12**

c:\temp\98870753.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH    Document 24-63    Filed 08/01/16    Page 51 of 250    PageID 6854

Scanned by CORTEZ, NORMA in facility Lew Sterrett North Tower on 10/25/2009 17:15

**Parkland Cent Pharm/Jail Health**
Admission Date: 09/22/09

| | |
|---|---|
| Book-In # | **000009073266** |
| Pt. Name: | **Green, Gary** |
| Date of Birth: | **03/14/1971**  Sex:  **M** |
| Allergies: | **No Known A** |

UNIT:  **07P 03  07P 03**
BED:  **0002**

**ADMINISTRATION PERIOD: 10 OCT 2009 07:00 TO 11 OCT 2009 06:59**          Page 1 of 1

| Medication<br>Dose            Route<br>Frequency<br>MD            Rem Refills | KOF | START<br>TIME | STOP<br>TIME | DAY<br>7:00-14:59<br>09 00 | EVENING<br>15:00-22:59 | NIGHT<br>23:00-06:59 |
|---|---|---|---|---|---|---|
| **Amlodipine 5 Mg Tablet UD**<br>5MG            ORAL<br>1 tablet by mouth daily<br><br>Sunde, Jon            000 | N | 09-22-09 | | *(initials)* | | |
| **Hydrochlorothiazide 25Mg Tb UD**<br>25MG            ORAL<br>1 tablet by mouth daily<br><br>Sunde, Jon            000 | N | 09-22-09 | | *(initials)* | | |
| **Mirtazapine 15 Mg Tablet UD**<br>15MG            ORAL<br>1 tablet by mouth every evening<br><br>Ridge, Todd            000 | N | 09-30-09 | | / | *(initials)* | |
| **Citalopram Hbr 40 Mg Tablet UD**<br>40MG            ORAL<br>1 tablet by mouth every morning. Start on 10/6/09<br><br>Ridge, Todd            000 | N | 09-30-09 | | *(initials)* | | |

| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | | *(signature)* | | *(signature)* |

10/10/2009 1:09:20AM            MAR Reporting Period from 0701-10/10 to 0700 -10/11

Scanned by CORTEZ, NORMA in facility Lew Sterrett North Tower on 10/25/2009 17:29

**Parkland Cent Pharm/Jail Health**
Admission Date: 09/22/09

Book-In #      000009073266
Pt. Name:      Green, Gary
Date of Birth: 03/14/1971   Sex:  M
Allergies:     No Known A

UNIT:   07P 03   07P 03
BED:    0002

Page 1 of 1

ADMINISTRATION PERIOD: 09 OCT 2009 07:00 TO 10 OCT 2009 06:59

| Medication Dose Route Frequency MD | KOP / Rem Refills | START TIME | STOP TIME | DAY 7:00-14:59 | EVENING 15:00-22:59 | NIGHT 23:00-06:59 |
|---|---|---|---|---|---|---|
| Amlodipine 5 Mg Tablet UD 5MG     ORAL 1 tablet by mouth daily   Sunde, Jon | N / 000 | 09-22-09 | | *(initials)* | | |
| Hydrochlorothiazide 25Mg Tb UD 25MG     ORAL 1 tablet by mouth daily   Sunde, Jon | N / 000 | 09-22-09 | | *(initials)* | | |
| Mirtazapine 15 Mg Tablet UD 15MG     ORAL 1 tablet by mouth every evening   Ridge, Todd | N / 000 | 09-30-09 | | / | *(initials)* | |
| Citalopram Hbr 40 Mg Tablet UD 40MG     ORAL 1 tablet by mouth every morning. Start on 10/6/09   Ridge, Todd | N / 000 | 09-30-09 | | *(initials)* | | |

| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | | *(signature)* | | *(signature)* |

10/9/2009 - 2:24:52AM

MAR Reporting Period from 0701-10/09 to 0700 -10/10

*4 8 2 9 5 0 7 3 2 6 6 0 4 2 8 2 0 9 8 8 9 8 8*

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 53 of 250   PageID 6856

Scanned by SMITH, OCTAVIA D in facility Lew Sterrett West Tower on 10/10/2009 11:30

ent Pharm/Jail Health
Admission Date: 09/22/09

Book-In #    000009073266
Pt. Name:    Green, Gary
Date of Birth: 03/14/1971   Sex: M          UNIT:   07P 03   07P 03
Allergies:   No Known A                      BED:    0002

ADMINISTRATION PERIOD: 08 OCT 2009 07:00 TO 09 OCT 2009 06:59          Page 1 of 1

| Medication Dose Route Frequency MD | KOP Rem Refills | START TIME | STOP TIME | DAY 7:00-14:59 | EVENING 15:00-22:59 | NIGHT 23:00-06:59 |
|---|---|---|---|---|---|---|
| | | | | 1005 | | |
| Amlodipine 5 Mg Tablet UD 5MG          ORAL 1 tablet by mouth daily  Sunde, Jon | N 000 | 09-22-09 | | R | | |
| Hydrochlorothiazide 25Mg Tb UD 25MG          ORAL 1 tablet by mouth daily  Sunde, Jon | N 000 | 09-22-09 | | R | | |
| Mirtazapine 15 Mg Tablet UD 15MG          ORAL 1 tablet by mouth every evening  Ridge, Todd | N 000 | 09-30-09 | | | 2300 m | |
| Citalopram Hbr 40 Mg Tablet UD 40MG          ORAL 1 tablet by mouth every morning. Start on 10/6/09  Ridge, Todd | N 000 | 09-30-09 | | R | | |



| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | | shallin  0218 | | |

10/8/2009  1:27:07AM          **MAR Reporting Period from 0701-10/08 to 0700 -10/09**

c:\temp\98749130.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 54 of 250   PageID 6857

Scanned by REYES, LUZ E in facility Lew Sterrett West Tower on 10/08/2009 19:35

Cent Pharm/Jail Health
Admission Date: 09/22/09

| | |
|---|---|
| Book-In # 000009073266 | |
| Pt. Name: **Green, Gary** | UNIT: **07P 03   07P 03** |
| Date of Birth: 03/14/1971   Sex: M | BED: **0002** |
| Allergies: **No Known A** | |

ADMINISTRATION PERIOD: 07 OCT 2009 07:00 TO 08 OCT 2009 06:59          Page 1 of 1

| Medication                                 KOP<br>Dose                    Route<br>Frequency<br>MD                    Rem Refills | START<br>TIME | STOP<br>TIME | DAY<br>7:00-14:59 | EVENING<br>15:00-22:59 | NIGHT<br>23:00-06:59 |
|---|---|---|---|---|---|
| **Amlodipine 5 Mg Tablet UD**          N<br>5MG                    ORAL<br>1 tablet by mouth daily<br><br>Sunde, Jon                    000 | 09-22-09 | | 7 | | |
| **Hydrochlorothiazide 25Mg Tb UD**   N<br>25MG<br>1 tablet by mouth daily<br><br>Sunde, Jon                    000 | 09-22-09 | | 8 | | |
| **Mirtazapine 15 Mg Tablet UD**       N<br>15MG                   ORAL<br>1 tablet by mouth every evening<br><br>Ridge, Todd                   000 | 09-30-09 | | | 2100<br>AI | |
| **Citalopram Hbr 40 Mg Tablet UD**   N<br>40MG                   ORAL<br>1 tablet by mouth every morning. Start on 10/6/09<br><br>Ridge, Todd                   000 | 09-30-09 | | 7 | | |



| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | | 76044 | | 0101 |

**MAR Reporting Period from 0701-10/07 to 0700 -10/08**

c:\temp\98818803.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 55 of 250   PageID 6858

Scanned by SMITH, OCTAVIA D in facility Lew Sterrett West Tower on 10/19/2009 11:31

Parkland Cent Pharm/Jail Health

Admission Date: 09/22/09

| Book-In # | 000009073266 | | | |
|---|---|---|---|---|
| Pt. Name: | Green, Gary | UNIT: | 07P 03 07P 03 |
| Date of Birth: | 03/14/1971  Sex:  M | BED: | 0002 |
| Allergies: | No Known A | | |

### ADMINISTRATION PERIOD: 06 OCT 2009 07:00 TO 07 OCT 2009 06:59

Page 1 of 1

| Medication<br>Dose<br>Frequency<br>MD | Route<br><br>Rem Refills | KOP | START<br>TIME | STOP<br>TIME | DAY<br>7:00-14:59 | EVENING<br>15:00-22:59 | NIGHT<br>23:00-06:59 |
|---|---|---|---|---|---|---|---|
| | | | | | D91D | | |
| Amlodipine 5 Mg Tablet UD<br>5MG<br>1 tablet by mouth daily<br><br>Sunde, Jon | ORAL<br><br>000 | N | 09-22-09 | | [signature] | | |
| Hydrochlorothiazide 25Mg Tb UD<br>25MG<br>1 tablet by mouth daily<br><br>Sunde, Jon | ORAL<br><br>000 | N | 09-22-09 | | [signature] | | |
| Mirtazapine 15 Mg Tablet UD<br>15MG<br>1 tablet by mouth every evening<br><br>Ridge, Todd | ORAL<br><br>000 | N | 09-30-09 | | / | [signature] | |
| Citalopram Hbr 40 Mg Tablet UD<br>40MG<br>1 tablet by mouth every morning. Start on 10/6/09<br><br>Ridge, Todd | ORAL<br><br>000 | N | 09-30-09 | | [signature] | | |

| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | | | | |

10/6/2009 1:12:12AM

MAR Reporting Period from 0701-10/06 to 0700 -10/07

c:\temp\98831416.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 56 of 250   PageID 6859

Scanned by SIERRA , LAVENA F CCA in facility Lew Sterrett West Tower on 10/20/2009 16:40

Pharm/Jail Health

Admission Date: 09/22/09

| Book-In # | 000009073266 | | UNIT: | 07P 03   07P 03 |
|---|---|---|---|---|
| Pt. Name: | **Green, Gary** | | BED: | 0002 |
| Date of Birth: | 03/14/1971   Sex: M | | | |
| Allergies: | No Known A | | | |

**ADMINISTRATION PERIOD: 05 OCT 2009 07:00 TO 06 OCT 2009 06:59**          Page 1 of 1

| Medication<br>Dose<br>Frequency<br>MD | KOP<br>Route<br>Rem Refills | START<br>TIME | STOP<br>TIME | DAY<br>7:00-14:59<br>0905 | EVENING<br>15:00-22:59 | NIGHT<br>23:00-06:59 |
|---|---|---|---|---|---|---|
| **Amlodipine 5 Mg Tablet UD**<br>5MG          ORAL<br>1 tablet by mouth daily<br><br>Sunde, Jon | N<br><br><br><br>000 | 09-22-09 | | *(initials)* | | |
| **Hydrochlorothiazide 25Mg Tb UD**<br>25MG          ORAL<br>1 tablet by mouth daily<br><br>Sunde, Jon | N<br><br><br><br>000 | 09-22-09 | | *(initials)* | | |
| **Mirtazapine 15 Mg Tablet UD**<br>15MG          ORAL<br>1 tablet by mouth every evening<br><br>Ridge, Todd | N<br><br><br><br>000 | 09-30-09 | | / | *(initials)* | |
| **Citalopram Hbr 20 Mg Tablet UD**<br>20MG          ORAL<br>1 tablet by mouth every morning for 5 days<br><br>**ORDER EXPIRES AFTER TODAY**<br>Ridge, Todd | N<br><br><br><br><br>000 | 09-30-09 | 10-05-09 | *(initials)* | | |
| **Citalopram Hbr 40 Mg Tablet UD**<br>40MG          ORAL<br>1 tablet by mouth every morning. Start on 10/6/09<br><br>Ridge, Todd | N<br><br><br><br>000 | 09-30-09 | | / | | |

| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | | | | |

10/5/2009 1:17:24AM          MAR Reporting Period from 0701-10/05 to 0700 -10/06



Scanned by KNIGHT, DIANE A in facility Lew Sterret West Tower on 10/20/2009 06:41

Parkland Cent Pharm/Jail Health
Admission Date: 09/22/09

| | |
|---|---|
| Book-In # **000009073266** | UNIT: **07P 03   07P 03** |
| Pt. Name: **Green, Gary** | BED: **0002** |
| Date of Birth: **03/14/1971   Sex: M** | |
| Allergies: **No Known A** | |

## ADMINISTRATION PERIOD: 04 OCT 2009 07:00 TO 05 OCT 2009 06:59

Page 1 of 1

| Medication<br>Dose<br>Frequency<br>MD | Route<br><br>Rem Refills | KOP | START<br>TIME | STOP<br>TIME | DAY<br>7:00-14:59 | EVENING<br>15:00-22:59 | NIGHT<br>23:00-06:59 |
|---|---|---|---|---|---|---|---|
| Amlodipine 5 Mg Tablet UD<br>5MG<br>1 tablet by mouth daily<br><br>Sunde, Jon | ORAL<br><br>000 | N | 09-22-09 | | 8 | | |
| Hydrochlorothiazide 25Mg Tb UD<br>25MG<br>1 tablet by mouth daily<br><br>Sunde, Jon | ORAL<br><br>000 | N | 09-22-09 | | 5 | | |
| Mirtazapine 15 Mg Tablet UD<br>15MG<br>1 tablet by mouth every evening<br><br>Ridge, Todd | ORAL<br><br>000 | N | 09-30-09 | | | 4m | |
| Citalopram Hbr 20 Mg Tablet UD<br>20MG<br>1 tablet by mouth every morning for 5 days<br><br>Ridge, Todd | ORAL<br><br>000 | N | 09-30-09 | 10-05-09 | 5 | | |
| Citalopram Hbr 40 Mg Tablet UD<br>40MG<br>1 tablet by mouth every morning. Start on 10/6/09<br><br>Ridge, Todd | ORAL<br><br>000 | N | 09-30-09 | | | | |

| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | | | | |



10/4/2009   1:21:01AM          **MAR Reporting Period from 0701-10/04 to 0700 -10/05**

c:\temp\98733923.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 58 of 250   PageID 6861

Scanned by SMITH, OCTAVIA D in facility Kays Tower on 10/06/2009 11:21

**Parkland Cent Pharm/Jail Health**

Admission Date: 09/22/09

Book-In #    000009073266
Pt. Name:    **Green, Gary**
Date of Birth:    03/14/1971   Sex: M
Allergies:    No Known A

UNIT:    **07P 03   07P 03**
BED:    **0002**

### ADMINISTRATION PERIOD: 03 OCT 2009 07:00 TO 04 OCT 2009 06:59

Page 1 of 1

| Medication<br>Dose    Route<br>Frequency<br>MD    Rem Refills | KOP | START TIME | STOP TIME | DAY<br>7:00-14:59 | EVENING<br>15:00-22:59 | NIGHT<br>23:00-06:59 |
|---|---|---|---|---|---|---|
| **Amlodipine 5 Mg Tablet UD**<br>5MG    ORAL<br>1 tablet by mouth daily<br><br>Sunde, Jon    000 | N | 09-22-09 | | *(initials)* | | |
| **Hydrochlorothiazide 25Mg Tb UD**<br>25MG    ORAL<br>1 tablet by mouth daily<br><br>Sunde, Jon    000 | N | 09-22-09 | | *(initials)* | | |
| **Mirtazapine 15 Mg Tablet UD**<br>15MG    ORAL<br>1 tablet by mouth every evening<br><br>Ridge, Todd    000 | N | 09-30-09 | | | 2100<br>*(initials)* | |
| **Citalopram Hbr 20 Mg Tablet UD**<br>20MG    ORAL<br>1 tablet by mouth every morning for 5 days<br><br>Ridge, Todd    000 | N | 09-30-09 | 10-05-09 | *(initials)* | | |
| **Citalopram Hbr 40 Mg Tablet UD**<br>40MG    ORAL<br>1 tablet by mouth every morning. Start on 10/6/09<br><br>Ridge, Todd    000 | N | 09-30-09 | | | | |



| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | *(signature)* | *(signature)* | *(initials)* | *(signature)* |

10/3/2009 1:11:18AM      **MAR Reporting Period from 0701-10/03 to 0700 -10/04**

c:\temp\98735983.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 59 of 250   PageID 6862

Scanned by RODRIGUEZ, MONICA P in facility Lew Sterrett West Tower on 10/06/2009 15:09

Pharm/Jail Health
Admission Date: 09/22/09

| Book-In # | 000009073266 |
|---|---|
| Pt. Name: | Green, Gary |
| Date of Birth: | 03/14/1971 · Sex: M |
| Allergies: | No Known A |

UNIT:   07P 03   07P 03
BED:    0002

**ADMINISTRATION PERIOD: 02 OCT 2009 07:00 TO 03 OCT 2009 06:59**          Page 1 of 1

| Medication Dose Frequency MD | KOP Route Rem Refills | START TIME | STOP TIME | DAY 7:00-14:59 | EVENING 15:00-22:59 | NIGHT 23:00-06:59 |
|---|---|---|---|---|---|---|
| Amlodipine 5 Mg Tablet UD 5MG    ORAL 1 tablet by mouth daily  Sunde, Jon | N  000 | 09-22-09 | | 7 | | |
| Hydrochlorothiazide 25Mg Tb UD 25MG    ORAL 1 tablet by mouth daily  Sunde, Jon | N  000 | 09-22-09 | | 7 | | |
| Mirtazapine 15 Mg Tablet UD 15MG    ORAL 1 tablet by mouth every evening  Ridge, Todd | N  000 | 09-30-09 | | | Rↄ | |
| Citalopram Hbr 20 Mg Tablet UD 20MG    ORAL 1 tablet by mouth every morning for 5 days  Ridge, Todd | N  000 | 09-30-09 | 10-05-09 | 7 | | |
| Citalopram Hbr 40 Mg Tablet UD 40MG    ORAL 1 tablet by mouth every morning. Start on 10/6/09  Ridge, Todd | N  000 | 09-30-09 | | | | |



| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| kↄ | Ronↄ | P | JↄCL 26048 | | |

10/2/2009   1:08:42AM

**MAR Reporting Period from 0701-10/02 to 0700 -10/03**

c:\temp\98858215.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 60 of 250   PageID 6863

Scanned by THOMPSON, ANGELA in facility Lew Sterrett West Tower on 10/23/2009 16:40

**Parkland Cent Pharm/Jail Health**
Admission Date: 09/22/09

Book-In # 000009073266
Pt. Name: Green, Gary
Date of Birth: 03/14/1971  Sex: M
Allergies: No Known A

UNIT: 03P 12  03P 12
BED: 0004

ADMINISTRATION PERIOD: 01 OCT 2009 07:00 TO 02 OCT 2009 06:59          Page 1 of 1

| Medication / Dose / Frequency / MD | KOP / Route / Rem Refills | START TIME | STOP TIME | DAY 7:00-14:59 | EVENING 15:00-22:59 | NIGHT 23:00-06:59 |
|---|---|---|---|---|---|---|
| Amlodipine 5 Mg Tablet UD / 5MG / 1 tablet by mouth daily / Sunde, Jon | N / ORAL / 000 | 09-22-09 | | NO Shw | | |
| Hydrochlorothiazide 25Mg Tb UD / 25MG / 1 tablet by mouth daily / Sunde, Jon | N / ORAL / 000 | 09-22-09 | | | | |
| Mirtazapine 15 Mg Tablet UD / 15MG / 1 tablet by mouth every evening / Ridge, Todd | N / ORAL / 000 | 09-30-09 | | | MS | |
| Citalopram Hbr 20 Mg Tablet UD / 20MG / 1 tablet by mouth every morning for 5 days / Ridge, Todd | N / ORAL / 000 | 09-30-09 | 10-05-09 | | | |
| Citalopram Hbr 40 Mg Tablet UD / 40MG / 1 tablet by mouth every morning. Start on 10/6/09 / Ridge, Todd | N / ORAL / 000 | 09-30-09 | | 4 | | |

| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | | | | |

10/1/2009  1:18:03AM          MAR Reporting Period from 0701-10/01 to 0700 -10/02

c:\temp\98824436.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 61 of 250   PageID 6864

Scanned by THOMPSON, ANGELA in facility Lew Sterrett West Tower on 10/19/2009 17:56

**Parkland Cent Pharm/Jail Health**
Admission Date: 09/22/09

Book-In #   **000009073266**
Pt. Name:   **Green, Gary**
Date of Birth: 03/14/1971   Sex: M
Allergies:   No Known A

UNIT:   **03P 12   03P 12**
BED:    **0004**

ADMINISTRATION PERIOD: 30 SEP 2009 07:00 TO 01 OCT 2009 06:59                    Page 1 of 1

| Medication<br>Dose          Route<br>Frequency<br>MD          Rem Refills | KOP | START<br>TIME | STOP<br>TIME | DAY<br>7:00-14:59 | EVENING<br>15:00-22:59 | NIGHT<br>23:00-06:59 |
|---|---|---|---|---|---|---|
| Amlodipine 5 Mg Tablet UD<br>5MG          ORAL<br>1 tablet by mouth daily<br><br>Sunde, Jon          000 | N | 09-22-09 | | Not In Tank | | |
| Hydrochlorothiazide 25Mg Tb UD<br>25MG          ORAL<br>1 tablet by mouth daily<br><br>Sunde, Jon          000 | N | 09-22-09 | | | | |
| Mirtazapine 15 Mg Tablet UD<br>15MG          ORAL<br>1/2 tablet (7.5 mg) by mouth every evening for 15 days<br><br>Ridge, Todd          000 | N | 09-24-09 | | | | |



| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | | | | |

9/30/2009 1:09:37AM                         MAR Reporting Period from 0701-09/30 to 0700 -10/01

c:\temp\98832404.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 62 of 250   PageID 6865

Scanned by THOMPSON, ANGELA in facility Lew Sterrett West Tower on 10/20/2009 18:11

**Parkland Cent Pharm/Jail Health**
Admission Date: 09/22/09

Book-In #:   000009073266
Pt. Name:    **Green, Gary**
Date of Birth:  03/14/1971   Sex:  M
Allergies:    No Known A

UNIT:   03P 12   03P 12
BED:    0004

**ADMINISTRATION PERIOD: 29 SEP 2009 07:00 TO 30 SEP 2009 06:59**

Page 1 of 1

| Medication Dose Frequency MD | Route | KOP Rem Refills | START TIME | STOP TIME | DAY 7:00-14:59 | EVENING 15:00-22:59 | NIGHT 23:00-06:59 |
|---|---|---|---|---|---|---|---|
| **Amlodipine 5 Mg Tablet UD** 5MG 1 tablet by mouth daily | ORAL | N | 09-22-09 | | 0800 AZ | | |
| Sunde, Jon | | 000 | | | | | |
| **Hydrochlorothiazide 25Mg Tb UD** 25MG 1 tablet by mouth daily | ORAL | N | 09-22-09 | | AZ | | |
| Sunde, Jon | | 000 | | | | | |
| **Mirtazapine 15 Mg Tablet UD** 15MG 1/2 tablet (7.5 mg)  by mouth every evening for 15 days | ORAL | N | 09-24-09 | | | changed | |
| Ridge, Todd | | 000 | | | | | |



| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| AZ | Ahac 29325 | DN | BDKN 25941 | | |

9/29/2009  1:07:57AM

**MAR Reporting Period from 0701-09/29 to 0700 -09/30**

c:\temp\98688827.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 63 of 250   PageID 6866

Scanned by REYES, LUZ E in facility Lew Sterrett West Tower on 09/29/2009 19:49

**Parkland Cent Pharm/Jail Health**
Admission Date: 09/22/09

G

| | |
|---|---|
| Book-In # | 000009073266 |
| Pt. Name: | **Green, Gary** |
| Date of Birth: | 03/14/1971   Sex:  M |
| Allergies: | No Known A |

UNIT:   **03P 12   03P 12**
BED:    **0004**

## ADMINISTRATION PERIOD: 28 SEP 2009 07:00 TO 29 SEP 2009 06:59

Page 1 of 1

| Medication                      KOP<br>Dose                Route<br>Frequency<br>MD              Rem Refills | START<br>TIME | STOP<br>TIME | DAY<br>7:00-14:59 | EVENING<br>15:00-22:59 | NIGHT<br>23:00-06:59 |
|---|---|---|---|---|---|
| **Amlodipine 5 Mg Tablet UD**          N<br>5MG                    ORAL<br>1 tablet by mouth daily<br><br>Sunde, Jon                        000 | 09-22-09 | | | | |
| **Hydrochlorothiazide 25Mg Tb UD**    N<br>25MG                   ORAL<br>1 tablet by mouth daily<br><br>Sunde, Jon                        000 | 09-22-09 | | | | |
| **Mirtazapine 15 Mg Tablet UD**        N<br>15MG                   ORAL<br>1/2 tablet (7.5 mg)  by mouth every evening for 15 days<br><br>Ridge, Todd                       000 | 09-24-09 | | | DO5/<br>Rf. | |

| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | | | | 2986 |



9/28/2009  1:19:44AM

**MAR Reporting Period from 0701-09/28 to 0700 -09/29**

c:\temp\98707292.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 64 of 250   PageID 6867

Scanned by HILL, SONYA R CCA in facility Lew Sterrett West Tower on 10/01/2009 17:03

**Parkland Cent Pharm/Jail Health**

Admission Date: 09/22/09

| Book-In # | 000009073266 | | UNIT: | 03P 12  03P 12 |
|---|---|---|---|---|
| Pt. Name: | Green, Gary | | BED: | 0004 |
| Date of Birth: | 03/14/1971  Sex: M | | | |
| Allergies: | No Known A | | | |

Page 1 of 1

## ADMINISTRATION PERIOD: 27 SEP 2009 07:00 TO 28 SEP 2009 06:59

| Medication<br>Dose                Route<br>Frequency<br>MD                   Rem Refills | KOF | START TIME | STOP TIME | DAY 7:00-14:59 | EVENING 15:00-22:59 | NIGHT 23:00-06:59 |
|---|---|---|---|---|---|---|
| Amlodipine 5 Mg Tablet UD<br>5MG           ORAL<br>1 tablet by mouth daily<br><br>Sunde, Jon | N<br><br><br><br>000 | 09-22-09 | / | 2 | | |
| Hydrochlorothiazide 25Mg Tb UD<br>25MG          ORAL<br>1 tablet by mouth daily<br><br>Sunde, Jon | N<br><br><br><br>000 | 09-22-09 | / | 2 | | |
| Mirtazapine 15 Mg Tablet UD<br>15MG          ORAL<br>1/2 tablet (7.5 mg)  by mouth every evening for 15 days<br><br>Ridge, Todd | N<br><br><br><br>000 | 09-24-09 | / | / | QP | |



| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| R Barker | KN29138 | | | | |

9/27/2009   1:15:45AM

**MAR Reporting Period from 0701-09/27 to 0700 -09/28**

Scanned by HILL, SONYA R CCA in facility Lew Sterrett West Tower on 10/01/2009 16:07 Pharm/Jail Health

Admission Date: 09/22/09

Book-In #   000009073266
Pt. Name:   Green, Gary
Date of Birth: 03/14/1971   Sex: M
Allergies:   No Known A

UNIT:   03P 12   03P 12
BED:   0004

**ADMINISTRATION PERIOD: 26 SEP 2009 07:00 TO 27 SEP 2009 06:59**         Page 1 of 1

| Medication Dose Route Frequency MD Rem Refills | KOP | START TIME | STOP TIME | DAY 7:00-14:59 | EVENING 15:00-22:59 | NIGHT 23:00-06:59 |
|---|---|---|---|---|---|---|
| Amlodipine 5 Mg Tablet UD 5MG   ORAL 1 tablet by mouth daily  Sunde, Jon   000 | N | 09-22-09 | | 2 | | |
| Hydrochlorothiazide 25Mg Tb UD 25MG   ORAL 1 tablet by mouth daily  Sunde, Jon   000 | N | 09-22-09 | | 2 | | |
| Mirtazapine 15 Mg Tablet UD 15MG   ORAL 1/2 tablet (7.5 mg) by mouth every evening for 15 days  Ridge, Todd   000 | N | 09-24-09 | | | DB | |



| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

9/26/2009   1:34:25AM

**MAR Reporting Period from 0701-09/26 to 0700 -09/27**

c:\temp\98667990.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 34-63   Filed 08/01/16   Page 66 of 250   PageID 6869

Scanned by SMITH, OCTAVIA D in facility Lew Sterrett West Tower on 09/26/2009 14:42
Parkland Comm Pharm/Jail Health
Admission Date: 09/22/09

| Book-In # | 000009073266 | | |
|-----------|--------------|---|---|
| Pt. Name: | **Green, Gary** | | |
| Date of Birth: | 03/14/1971   Sex: M | **UNIT:** | 03P 12   03P 12 |
| Allergies: | No Known A | **BED:** | **0004** |

## ADMINISTRATION PERIOD: 25 SEP 2009 07:00 TO 26 SEP 2009 06:59

Page 1 of 1

| Medication Dose Route Frequency MD | KOP Rem Refills | START TIME | STOP TIME | DAY 7:00-14:59 | EVENING 15:00-22:59 | NIGHT 23:00-06:59 |
|---|---|---|---|---|---|---|
| **Amlodipine 5 Mg Tablet UD** 5MG        ORAL 1 tablet by mouth daily Sunde, Jon | N 000 | 09-22-09 | | ⟋ | ⟋ | |
| **Hydrochlorothiazide 25Mg Tb UD** 25MG       ORAL 1 tablet by mouth daily Sunde, Jon | N 000 | 09-22-09 | | ⟋ | ⟋ | |
| **Mirtazapine 15 Mg Tablet UD** 15MG       ORAL 1/2 tablet (7.5 mg)  by mouth every evening for 15 days Ridge, Todd | N 000 | 09-24-09 | | ⟋ | ⟋ | *QR* | |

| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
|  | | | | | |

9/25/2009   1:09:06AM

**MAR Reporting Period from 0701-09/25 to 0700 -09/26**

c:\temp\98654597.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 67 of 250   PageID 6870

Scanned by REYES, LUZ E in facility Lew Sterrett West Tower on 09/25/2009 01:37 Cent Pharm/Jail Health

Admission Date: 09/22/09

Book-In # 000009073266
Pt. Name: **Green, Gary**
Date of Birth: 03/14/1971   Sex: M
Allergies: No Known A

UNIT:   03P 12   03P 12
BED:    0004

**ADMINISTRATION PERIOD: 24 SEP 2009 07:00 TO 25 SEP 2009 06:59**          Page 1 of 1

| Medication Dose Frequency MD | KOP Route Rem Refills | START TIME | STOP TIME | DAY 7:00-14:59 | EVENING 15:00-22:59 | NIGHT 23:00-06:59 |
|---|---|---|---|---|---|---|
| Amlodipine 5 Mg Tablet UD 5MG  ORAL 1 tablet by mouth daily  Sunde, Jon | N  000 | 09-22-09 | | | | |
| Hydrochlorothiazide 25Mg Tb UD 25MG  ORAL 1 tablet by mouth daily  Sunde, Jon | N  000 | 09-22-09 | | | | |

| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | | | | |

9/24/2009  1:09:43AM          **MAR Reporting Period from 0701-09/24 to 0700 -09/25**



c:\temp\98668888.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 68 of 250   PageID 6871

Scanned by SMITH, OCTAVIA D in facility Lew Sterrett West Tower on 09/26/2009 17:53

Parkland-Cont Pharm/Jail Health
Admission Date: 09/22/09

| | |
|---|---|
| **Book-In #** 000009073266 | |
| **Pt. Name:** **Green, Gary** | **UNIT:** 03P 12   03P 12 |
| **Date of Birth:** 03/14/1971   **Sex:** M | **BED:** 0004 |
| **Allergies:** No Known A | |

**ADMINISTRATION PERIOD: 23 SEP 2009 07:00 TO 24 SEP 2009 06:59**  Page 1 of 1

| Medication<br>Dose          Route<br>Frequency<br>MD          Rem Refills | KOF | START<br>TIME | STOP<br>TIME | DAY<br>7:00-14:59 | EVENING<br>15:00-22:59 | NIGHT<br>23:00-06:59 |
|---|---|---|---|---|---|---|
| **Amlodipine 5 Mg Tablet UD**<br>5MG          ORAL<br>1 tablet by mouth daily<br><br>Sunde, Jon          000 | N | 09-22-09 | | | | |
| **Hydrochlorothiazide 25Mg Tb UD**<br>25MG          ORAL<br>1 tablet by mouth daily<br><br>Sunde, Jon          000 | N | 09-22-09 | | | | |

| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | | | | |



9/23/2009_ 1:08:34AM          **MAR Reporting Period from 0701-09/23 to 0700 -09/24**

c:\temp\96154139.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH Document 24-63 Filed 08/01/16 Page 69 of 250 PageID 6872

Scanned by SMITH, OCTAVIA D in facility Lew Sterrett West Tower on 09/26/2008 19:07

Parkland Cent Pharm/Jail Health
Admission Date: 08/12/08

Book-in # 000008062551
Pt. Name: **Green, Gary**
Date of Birth: 03/14/1971  Sex: M
Allergies:

UNIT: **5W06** 5W06
BED: **0056**

ADMINISTRATION PERIOD: 25 SEP 2008 07:00 TO 26 SEP 2008 06:59     Page 1 of 1

| Medication Dose Frequency MD | Route | KOP Rem Refills | START TIME | STOP TIME | DAY 7:00-14:59 | EVENING 15:00-22:59 | NIGHT 23:00-06:59 |
|---|---|---|---|---|---|---|---|
| **Scheduled Medications** | | | | | | | |
| **Hydrochlorothiazide 25Mg Tb UD** 25MG 1 tablet by mouth daily Sunde, Jon | ORAL | N .000 | 08-13-08 | | 0820 M | | |
| **Clonidine Hcl 0.3 Mg Tablet UD** 0.3MG 1 tablet by mouth twice a day Safeek, Abraham | ORAL | N 000 | 08-21-08 | | 0820 M | 2000 E | |
| **Amlodipine 10 Mg Tablet UD** 10MG 1 tablet by mouth daily Safeek, Abraham | ORAL | N 000 | 08-21-08 | | 0800 M | / | |



| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID#2181 | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | EK | E Eboro RN | SY | |

9/25/2008 1:01:16AM     **MAR Reporting Period from 0701-09/25 to 0700 -09/26**

c:\temp\96134675.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH  Document 24-63  Filed 08/01/16  Page 70 of 250  PageID 6873

Scanned by BOZOR, EUGENIA C RN in facility Lew Slerrett North Tower on 09/25/2008 23:45  Pharm/Jail Health

Admission Date: 08/12/08

Book-In #    000008062551
Pt. Name:    **Green, Gary**
Date of Birth: 03/14/1971   Sex: M
Allergies:

UNIT:  **5W06**   **5W06**
BED:   **0056**

**ADMINISTRATION PERIOD: 25 SEP 2008 07:00 TO 26 SEP 2008 06:59**         Page 1 of 1

| Medication<br>Dose                Route<br>Frequency<br>MD                    Rem Refills | KOP | START<br>TIME | STOP<br>TIME | DAY<br>7:00-14:59 | EVENING<br>15:00-22:59 | NIGHT<br>23:00-06:59 |
|---|---|---|---|---|---|---|
| Hydrochlorothiazide 25Mg Tb UD<br>25MG                ORAL<br>1 tablet by mouth daily<br><br>Sunde, Jon                    000 | N | 08-13-08 | | 0820<br>H | | |
| Clonidine Hcl 0.3 Mg Tablet UD<br>0.3MG                ORAL<br>1 tablet by mouth twice a day<br><br>Safeck, Abraham                000 | N | 08-21-08 | | 0820<br>H | 2000<br>Eb. | |
| Amlodipine 10 Mg Tablet UD<br>10MG                ORAL<br>1 tablet by mouth daily<br><br>Safeck, Abraham                000 | N | 08-21-08 | | 0820<br>H | / | |



| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# 2181 | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | FB | E E Bozor RN | 54 | Austin Hyden |

9/25/2008  1:01:16AM                    **MAR Reporting Period from 0701-09/25 to 0700 -09/26**

c:\temp\96161860.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 71 of 250   PageID 6874

Scanned by SMITH, OCTAVIA D in facility Lew Sterrett West Tower on 09/28/2008 16:59

Parkland Cent Pharm/Jail Health
Admission Date: 08/12/08

| Book-In # | 000008062551 | | |
|---|---|---|---|
| Pt. Name: | Green, Gary | UNIT: | 5W06   5W06 |
| Date of Birth: | 03/14/1971   Sex: M | BED: | 0056 |
| Allergies: | | | |

ADMINISTRATION PERIOD: 25 SEP 2008 07:00 TO 26 SEP 2008 06:59          Page 1 of 1

| Medication<br>Dose           Route<br>Frequency<br>MD          Rem Refills | KOP | START TIME | STOP TIME | DAY 7:00-14:59 | EVENING 15:00-22:59 | NIGHT 23:00-06:59 |
|---|---|---|---|---|---|---|
| Scheduled Medications | | | | | | |
| Hydrochlorothiazide 25Mg Tb UD<br>25MG                    ORAL<br>1 tablet by mouth daily<br><br>Sunde, Jon                    000 | N | 08-13-08 | | 0820 H | | |
| Clonidine Hcl 0.3 Mg Tablet UD<br>0.3MG                    ORAL<br>1 tablet by mouth twice a day<br><br>Safeek, Abraham              000 | N | 08-21-08 | | 0820 H | 2000 EK | |
| Amlodipine 10 Mg Tablet UD<br>10MG                    ORAL<br>1 tablet by mouth daily<br><br>Safeek, Abraham              000 | N | 08-21-08 | | 0820 H | / | |



| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# 2181 | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | EK | EEboro RN | SY | Susan Hyden |

9/25/2008_ 1:01:16AM          **MAR Reporting Period from 0701-09/25 to 0700 -09/26**

Scanned by BOZOR, EUGENIA C RN in facility Lew Sterrett North Tower on 09/24/2008 23:28
Parkland Cont Pharm/Jail Health
Admission Date: 08/12/08

Book-In #    000008062551
Pt. Name:    **Green, Gary**
Date of Birth: 03/14/1971   Sex: M
Allergies:

UNIT:  5W06   5W06
BED:   0056

**ADMINISTRATION PERIOD: 24 SEP 2008 07:00 TO 25 SEP 2008 06:59**          Page 1 of 1

| Medication<br>Dose          Route<br>Frequency<br>MD          Rem Refills | KOP | START<br>TIME | STOP<br>TIME | DAY<br>7:00-14:59 | EVENING<br>15:00-22:59 | NIGHT<br>23:00-06:59 |
|---|---|---|---|---|---|---|
| **Hydrochlorothiazide 25Mg Tb UD**<br>25MG          ORAL<br>1 tablet by mouth daily<br><br>Sunde, Jon          000 | N | 08-13-08 | | 0815<br>A | | |
| **Clonidine Hcl 0.3 Mg Tablet UD**<br>0.3MG          ORAL<br>1 tablet by mouth twice a day<br><br>Safeek, Abraham          000 | N | 08-21-08 | | 0815<br>A | 2000<br>EB | |
| **Amlodipine 10 Mg Tablet UD**<br>10MG          ORAL<br>1 tablet by mouth daily<br><br>Safeek, Abraham          000 | N | 08-21-08 | | 0815<br>A | | |



| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# 21/3/1 | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | EB | EB Bozor RN | SH | Susan Hyder |

9/24/2008 12:58:54AM          **MAR Reporting Period from 0701-09/24 to 0700 -09/25**

* 4 8 1 8 8 6 2 5 5 1 4 2 8 2 *

Scanned by MCBRIDE, NICOLE L LVN in facility Lew Sterrett North Tower on 09/29/2008 12:29

d Cent Pharm/Jail Health
Admission Date: 08/12/08

Book-In # 000008062551
Pt. Name: **Green, Gary**
Date of Birth: 03/14/1971  Sex: M
Allergies:

UNIT: **5W06** **5W06**
BED: **0058**

## ADMINISTRATION PERIOD: 24 SEP 2008 07:00 TO 25 SEP 2008 06:59

Page 1 of 1

| Medication<br>Dose<br>Frequency<br>MD | Route<br><br><br>Rem Refills | KOP | START<br>TIME | STOP<br>TIME | DAY<br>7:00-14:59 | EVENING<br>15:00-22:59 | NIGHT<br>23:00-06:59 |
|---|---|---|---|---|---|---|---|
| Hydrochlorothiazide 25Mg Tb UD<br>25MG<br>1 tablet by mouth daily<br><br>Sunde, Jon | ORAL<br><br><br>000 | N | 08-13-08 | | 0815<br>M | | |
| Clonidine Hcl 0.3 Mg Tablet UD<br>0.3MG<br>1 tablet by mouth twice a day<br><br>Safeek, Abraham | ORAL<br><br><br>000 | N | 08-21-08 | | 0815<br>M | 2000<br>EB | |
| Amlodipine 10 Mg Tablet UD<br>10MG<br>1 tablet by mouth daily<br><br>Safeek, Abraham | ORAL<br><br><br>000 | N | 08-21-08 | | 0815<br>M | | |

| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# 2131 | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | EB | EBBococ RN | SH | Susun Hydin |

9/24/2008 - 12:58:54AM

**MAR Reporting Period from 0701-09/24 to 0700 -09/25**



Scanned by PATIL, HIMANSHU E LVN in facility Lew Sterrett North Tower on 09/23/2008 21:39 Pharm/Jail Health
Admission Date: 08/12/08

Book-In #   000008062551
Pt. Name:   **Green, Gary**
Date of Birth: 03/14/1971   Sex: M
Allergies:

UNIT:   **5W06   5W06**
BED:    **0056**

## ADMINISTRATION PERIOD: 23 SEP 2008 07:00 TO 24 SEP 2008 06:59

Page 1 of 1

| Medication<br>Dose          Route<br>Frequency<br>MD          Rem Refills | KOP | START TIME | STOP TIME | DAY 7:00-14:59 | EVENING 15:00-22:59 | NIGHT 23:00-06:59 |
|---|---|---|---|---|---|---|
| **Scheduled Medications** | | | | | | |
| **Hydrochlorothiazide 25Mg Tb UD**<br>25MG          ORAL<br>1 tablet by mouth daily<br><br>Sunde, Jon          000 | N | 08-13-08 | | ん | / | / |
| **Clonidine Hcl 0.3 Mg Tablet UD**<br>0.3MG          ORAL<br>1 tablet by mouth twice a day<br><br>Safeek, Abraham          000 | N | 08-21-08 | | ん | HP 2130 | / |
| **Amlodipine 10 Mg Tablet UD**<br>10MG          ORAL<br>1 tablet by mouth daily<br><br>Safeek, Abraham          000 | N | 08-21-08 | | ん | / | / |



| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | CD | edwe 34132 | HP | WC 2271 |

9/23/2008– 1:01:27AM

**MAR Reporting Period from 0701-09/23 to 0700 -09/24**

c:\temp\96107470.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 75 of 250   PageID 6878

Scanned by YI, SUNG H RN in facility Lew Sterrett North Tower on 09/22/2008 23:40 Cent Pharm/Jail Health

Admission Date: 08/12/08

Book-in # 000008062551
Pt. Name: **Green, Gary**
Date of Birth: 03/14/1971   Sex: **M**
Allergies:

UNIT: **5W06**   **5W06**
BED:   **0056**

ADMINISTRATION PERIOD: 22 SEP 2008 07:00 TO 23 SEP 2008 06:59                          Page 1 of 1

| Medication Dose Route Frequency MD | KOP Rem Refills | START TIME | STOP TIME | DAY 7:00-14:59 | EVENING 15:00-22:59 | NIGHT 23:00-06:59 |
|---|---|---|---|---|---|---|
| **Scheduled Medications** | | | | | | |
| **Hydrochlorothiazide 25Mg Tb UD** 25MG    ORAL 1 tablet by mouth daily<br><br>Sunde, Jon | N<br><br>000 | 08-13-08 | | W | | |
| **Clonidine Hcl 0.3 Mg Tablet UD** 0.3MG    ORAL 1 tablet by mouth twice a day<br><br>Safeek, Abraham | N<br><br>000 | 08-21-08 | | W | HP ?/4° | |
| **Amlodipine 10 Mg Tablet UD** 10MG    ORAL 1 tablet by mouth daily<br><br>Safeek, Abraham | N<br><br>000 | 08-21-08 | | W | | |
| **Ibuprofen 600 Mg Tablet UD** 600MG    ORAL 1 tablet by mouth twice a day for 14 days<br><br>**ORDER EXPIRES AFTER TODAY** Urey, Dianne | N<br><br>000 | 09-09-08 | 09-22-08 | W | HP ?/4° | |



| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| HP | HP 2916 | CD | Cavlay 0/132 | | |

9/22/2008_ 1:01:40AM                          **MAR Reporting Period from 0701-09/22 to 0700 -09/23**

c:\temp\96124424.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 76 of 250   PageID 6879

Scanned by WALKER, BEATRICE  PCA in facility Lew Sterrett North Tower on 09/25/2008 00:41 Pharm/Jail Health

Admission Date: 08/12/08

Book-In #    **000008062551**
Pt. Name:    **Green, Gary**
Date of Birth: **03/14/1971**   Sex: **M**
Allergies:

UNIT: **5W06   5W06**
BED:  **0056**

ADMINISTRATION PERIOD: 21 SEP 2008 07:00 TO 22 SEP 2008 06:59                    Page 1 of 1

| Medication<br>Dose<br>Frequency<br>MD | | KOP<br>Route<br><br>Rem Refills | START<br>TIME | STOP<br>TIME | DAY<br>7:00-14:59 | EVENING<br>15:00-22:59 | NIGHT<br>23:00-06:59 |
|---|---|---|---|---|---|---|---|
| **Scheduled Medications** | | | | | | | |
| **Hydrochlorothiazide 25Mg Tb UD**<br>**25MG**<br>1 tablet by mouth daily<br><br>Sunde, Jon | ORAL | N<br><br><br>000 | 08-13-08 | | 0730<br>M | | |
| **Clonidine Hcl 0.3 Mg Tablet UD**<br>**0.3MG**<br>1 tablet by mouth twice a day<br><br>Safeek, Abraham | ORAL | N<br><br><br>000 | 08-21-08 | | 0830<br>M | 2 | |
| **Amlodipine 10 Mg Tablet UD**<br>**10MG**<br>1 tablet by mouth daily<br><br>Safeek, Abraham | ORAL | N<br><br><br>000 | 08-21-08 | | 0730<br>M | | |
| **Ibuprofen 600 Mg Tablet UD**<br>**600MG**<br>1 tablet by mouth twice a day for 14 days<br><br>Urey, Dianne | ORAL | N<br><br><br>000 | 09-09-08 | 09-22-08 | 0830<br>M | 2000<br>EB | |



| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | EB | EBen or RN 34 | M | Susan Hopkins |

9/21/2008— 3:08:35AM                    **MAR Reporting Period from 0701-09/21 to 0700 -09/22**

c:\temp\96094641.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH Document 24-63 Filed 08/01/16 Page 77 of 250 PageID 6880

Scanned by BOZOR, EUGENIA C RN in facility Lew Sterrett North Tower on 09/20/2008 22:09

Parkland Cont Pharm/Jail Health
Admission Date: 08/12/08

Book-In #    000008062551
Pt. Name:    **Green, Gary**
Date of Birth: 03/14/1971   Sex: M          UNIT:   **5W06   5W06**
Allergies:                                   BED:    **0056**

## ADMINISTRATION PERIOD: 20 SEP 2008 07:00 TO 21 SEP 2008 06:59

Page 1 of 1

| Medication<br>Dose<br>Frequency<br>MD | Route<br><br>Rem Refills | KOP | START<br>TIME | STOP<br>TIME | DAY<br>7:00-14:59 | EVENING<br>15:00-22:59 | NIGHT<br>23:00-06:59 |
|---|---|---|---|---|---|---|---|
| Hydrochlorothiazide 25Mg Tb UD<br>25MG<br>1 tablet by mouth daily<br><br>Sunde, Jon | ORAL<br><br>000 | N | 08-13-08 | | ✓ | | |
| Clonidine Hcl 0.3 Mg Tablet UD<br>0.3MG<br>1 tablet by mouth twice a day<br><br>Safeek, Abraham | ORAL<br><br>000 | N | 08-21-08 | | ✓ | 2030<br>EB | |
| Amlodipine 10 Mg Tablet UD<br>10MG<br>1 tablet by mouth daily<br><br>Safeek, Abraham | ORAL<br><br>000 | N | 08-21-08 | | ✓ | | |
| Ibuprofen 600 Mg Tablet UD<br>600MG<br>1 tablet by mouth twice a day for 14 days<br><br>Urey, Dianne | ORAL<br><br>000 | N | 09-09-08 | 09-22-08 | ✓ | 2030<br>EB | |

| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# 2153 |
|---|---|---|---|---|---|
| DM | DMathers | | | EB | E Bozor RN |

9/20/2008_ 1:00:25AM    6590     **MAR Reporting Period from 0701-09/20 to 0700 -09/21**



Scanned by BOZOR, EUGENIA C RN in facility Lew Sterrett North Tower on 09/19/2008 21:29 Pharm/Jail Health
Admission Date: 08/12/08

Book-In #   000008062551
Pt. Name:   **Green, Gary**
Date of Birth: 03/14/1971   Sex: M
Allergies:

UNIT:   5W06   5W06
BED:    0056

**ADMINISTRATION PERIOD: 19 SEP 2008 07:00 TO 20 SEP 2008 06:59**

Page 1 of 1

| Medication / Dose / Route / Frequency / MD / Rem Refills | KOP | START TIME | STOP TIME | DAY 7:00-14:59 | EVENING 15:00-22:59 | NIGHT 23:00-06:59 |
|---|---|---|---|---|---|---|
| Hydrochlorothiazide 25Mg Tb UD 25MG ORAL 1 tablet by mouth daily  Sunde, Jon | N  000 | 08-13-08 | | | | |
| Clonidine Hcl 0.3 Mg Tablet UD 0.3MG ORAL 1 tablet by mouth twice a day  Safeek, Abraham | N  000 | 08-21-08 | | | | |
| Amlodipine 10 Mg Tablet UD 10MG ORAL 1 tablet by mouth daily  Safeek, Abraham | N  000 | 08-21-08 | | | | |
| Ibuprofen 600 Mg Tablet UD 600MG ORAL 1 tablet by mouth twice a day for 14 days  Urey, Dianne | N  000 | 09-09-08 | 09-22-08 | | | |



| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | | | EB | EB Bozor 011 |

9/19/2008 12:59:59AM   6590   **MAR Reporting Period from 0701-09/19 to 0700 -09/20**

c:\temp\96081981.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 79 of 250   PageID 6882

Scanned by PATIL, HIMANSHU E LVN in facility Lew Sterrett North Tower on 09/18/2008 23:31

Pharm/Jail Health

Admission Date: 08/12/08

Book-In #      000008062551
Pt. Name:      **Green, Gary**
Date of Birth: 03/14/1971    Sex: M
Allergies:

UNIT:  **5W06**   **5W06**
BED:   **0056**

ADMINISTRATION PERIOD: 18 SEP 2008 07:00 TO 19 SEP 2008 06:59

Page 1 of 1

| Medication Dose / Route Frequency MD / Rem Refills | KOP | START TIME | STOP TIME | DAY 7:00-14:59 | EVENING 15:00-22:59 | NIGHT 23:00-06:59 |
|---|---|---|---|---|---|---|
| **Scheduled Medications** | | | | | | |
| Hydrochlorothiazide 25Mg Tb UD 25MG     ORAL 1 tablet by mouth daily  Sunde, Jon     000 | N | 08-13-08 | | 0915 LN | / | / |
| Clonidine Hcl 0.3 Mg Tablet UD 0.3MG     ORAL 1 tablet by mouth twice a day  Safeek, Abraham     000 | N | 08-21-08 | | 0915 LN | No show | / |
| Amlodipine 10 Mg Tablet UD 10MG     ORAL 1 tablet by mouth daily  Safeek, Abraham     000 | N | 08-21-08 | | 0915 LN | / | / |
| Ibuprofen 600 Mg Tablet UD 600MG     ORAL 1 tablet by mouth twice a day for 14 days  Urey, Dianne     000 | N | 09-09-08 | 09-22-08 | 0915 LN | No show | / |

| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | LN | college 24132 | N | J. Xxx LVN 24132 |



9/18/2008 - 12:58:35AM

MAR Reporting Period from 0701-09/18 to 0700 -09/19

c:\temp\96082116.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 80 of 250   PageID 6883

Scanned by PATIL, HIMANSHU E LVN in facility Lew Sterret North Tower on 09/18/2008 23:50 Pharm/Jail Health

Admission Date: 08/12/08

Book-In # 000008062551
Pt. Name: **Green, Gary**
Date of Birth: 03/14/1971    Sex: **M**
Allergies:

UNIT:   **5W06    5W06**
BED:    **0056**

## ADMINISTRATION PERIOD: 17 SEP 2008 07:00 TO 18 SEP 2008 06:59

Page 1 of 1

| Medication Dose Frequency MD | KOP Route Rem Refills | START TIME | STOP TIME | DAY 7:00-14:59 | EVENING 15:00-22:59 | NIGHT 23:00-06:59 |
|---|---|---|---|---|---|---|
| **Scheduled Medications** | | | | | | |
| **Hydrochlorothiazide 25Mg Tb UD** 25MG    ORAL 1 tablet by mouth daily Sunde, Jon | N 000 | 08-13-08 | | DSG W | | |
| **Clonidine Hcl 0.3 Mg Tablet UD** 0.3MG    ORAL 1 tablet by mouth twice a day Safeek, Abraham | N 000 | 08-21-08 | | DSG W | HP 2235 | |
| **Amlodipine 10 Mg Tablet UD** 10MG    ORAL 1 tablet by mouth daily Safeek, Abraham | N 000 | 08-21-08 | | DSG W | | |
| **Ibuprofen 600 Mg Tablet UD** 600MG    ORAL 1 tablet by mouth twice a day for 14 days Urey, Dianne | N 000 | 09-09-08 | 09-22-08 | DSG W | HP 2235 | |

| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | CP | Kdhflhfk / 04152 | HP | WF 2236 |

9/17/2008 12:59:53AM

**MAR Reporting Period from 0701-09/17 to 0700 -09/18**



c:\temp\96082842.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 81 of 250   PageID 6884

Scanned by PATIL, HIMANSHU E LVN in facility Lew Sterrett North Tower on 09/19/2008 02:23

**Parkland Cent Pharm/Jail Health**
Admission Date: 08/12/08

| | |
|---|---|
| Book-In # | 000008062551 |
| Pt. Name: | **Green, Gary** |
| Date of Birth: | 03/14/1971   Sex:  M |
| Allergies: | |

UNIT:  5W06   5W06
BED:   0056

ADMINISTRATION PERIOD: 16 SEP 2008 07:00 TO 17 SEP 2008 06:59                    Page 1 of 1

| Medication<br>Dose                Route<br>Frequency<br>MD                Rem Refills | KOP | START TIME | STOP TIME | DAY<br>7:00-14:59 | EVENING<br>15:00-22:59 | NIGHT<br>23:00-06:59 |
|---|---|---|---|---|---|---|
| Scheduled Medications | | | | | | |
| **Hydrochlorothiazide 25Mg Tb UD**<br>25MG              ORAL<br>1 tablet by mouth daily<br><br>Sunde, Jon            000 | N | 08-13-08 | | Dr | | |
| **Clonidine Hcl 0.3 Mg Tablet UD**<br>0.3MG              ORAL<br>1 tablet by mouth twice a day<br><br>Safeek, Abraham            000 | N | 08-21-08 | | Dr | 1912<br>Fb | |
| **Amlodipine 10 Mg Tablet UD**<br>10MG              ORAL<br>1 tablet by mouth daily<br><br>Safeek, Abraham            000 | N | 08-21-08 | | Dr | | |
| **Ibuprofen 600 Mg Tablet UD**<br>600MG              ORAL<br>1 tablet by mouth twice a day for 14 days<br><br>Urey, Dianne            000 | N | 09-09-08 | 09-22-08 | Dr | 1912<br>Fb | |



| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# 21B |
|---|---|---|---|---|---|
| DMD | DMDMathew R | | | Fb | FEB020C RN |

9/16/2008 – 12:58:14AM            6590            **MAR Reporting Period from 0701-09/16 to 0700 -09/17**

c:\temp\96083021.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 82 of 250   PageID 6885

Parkland Cont Pharm/Jail Pharm

Scanned by PATIL, HIMANSHU E LVN in facility Lew Sterrett North Tower on 09/19/2008 02:41    Date: 08/12/08

| Book-In # | 000008062551 |
| Pt. Name: | Green, Gary |
| Date of Birth: | 03/14/1971   Sex: M |
| Allergies: | |

UNIT: 5W06  5W06
BED:  0056

Page 1 of 1

**ADMINISTRATION PERIOD: 15 SEP 2008 07:00 TO 16 SEP 2008 06:59**

| Medication<br>Dose<br>Frequency<br>MD | Route<br><br>Rem Refills | KOP | START<br>TIME | STOP<br>TIME | DAY<br>7:00-14:59 | EVENING<br>15:00-22:59 | NIGHT<br>23:00-06:59 |
|---|---|---|---|---|---|---|---|
| Scheduled Medication | | | | | | | |
| Hydrochlorothiazide 25Mg Tb UD<br>25MG   ORAL<br>1 tablet by mouth daily<br><br>Sunde, Jon | | N<br><br><br>000 | 08-13-08 | | 0850 D | | |
| Clonidine Hcl 0.3 Mg Tablet UD<br>0.3MG   ORAL<br>1 tablet by mouth twice a day<br><br>Safeek, Abraham | | N<br><br><br>000 | 08-21-08 | | 0801 D | 1951 EB | |
| Amlodipine 10 Mg Tablet UD<br>10MG   ORAL<br>1 tablet by mouth daily<br><br>Safeek, Abraham | | N<br><br><br>000 | 08-21-08 | | 0801 D | | |
| Ibuprofen 600 Mg Tablet UD<br>600MG   ORAL<br>1 tablet by mouth twice a day for 14 days<br><br>Urey, Dianne | | N<br><br><br>000 | 09-09-08 | 09-22-08 | 0800 D | 1956 EB | |



| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# 2187 |
|---|---|---|---|---|---|
| m. | m. Mathew | | | EB | EB 0205 RN |

9/15/2008 12:25:36AM

**MAR Reporting Period from 0701-09/15 to 0700 -09/16**

c:\temp\96108679.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 83 of 250   PageID 6886

Scanned by YI, SUNG H RN in facility Lew Sterrett North Tower on 09/23/2008 01:42

Cent Pharm/Jail Health
Admission Date: 08/12/08

Book-In #    000008062551
Pt. Name:    **Green, Gary**
Date of Birth: 03/14/1971   Sex: M
Allergies:

UNIT:   **5W06    5W06**
BED:    **0056**

## ADMINISTRATION PERIOD: 14 SEP 2008 07:00 TO 15 SEP 2008 06:59

Page 1 of 1

| Medication Dose / Route Frequency MD / Rem Refills | KOF | START TIME | STOP TIME | DAY 7:00-14:59 | EVENING 15:00-22:59 | NIGHT 23:00-06:59 |
|---|---|---|---|---|---|---|
| **Scheduled Medications** | | | | | | |
| **Hydrochlorothiazide 25Mg Tb UD** 25MG    ORAL 1 tablet by mouth daily  Sunde, Jon    000 | N | 08-13-08 | | 0830 W | | |
| **Clonidine Hcl 0.3 Mg Tablet UD** 0.3MG    ORAL 1 tablet by mouth twice a day  Safeek, Abraham    000 | N | 08-21-08 | | 0830 W | HP 214° | |
| **Amlodipine 10 Mg Tablet UD** 10MG    ORAL 1 tablet by mouth daily  Safeek, Abraham    000 | N | 08-21-08 | | 0830 W | | |
| **Ibuprofen 600 Mg Tablet UD** 600MG    ORAL 1 tablet by mouth twice a day for 14 days  Urey, Dianne    000 | N | 09-09-08 | | 0830 W | HP 214° | |



| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | CD | Cathey 24162 | HP | NE 29731 |

9/14/2008_ 1:57:11AM

**MAR Reporting Period from 0701-09/14 to 0700 -09/15**

c:\temp\96159932.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 84 of 250   PageID 6887

Scanned by MCBRIDE, NICOLE L LVN in facility Lew Sterrett North Tower on 09/29/2008 13:49

Parkland Cent Pharm/Jail Health

Admission Date: 08/12/08

Book-In # 000008062551
Pt. Name: **Green, Gary**
Date of Birth: 03/14/1971  Sex: M
Allergies:

UNIT: **5W06  5W06**
BED: **0056**

## ADMINISTRATION PERIOD: 14 SEP 2008 07:00 TO 15 SEP 2008 06:59

Page 1 of 1

| Medication<br>Dose            Route<br>Frequency<br>MD            Rem Refills | KOP | START<br>TIME | STOP<br>TIME | DAY<br>7:00-14:59 | EVENING<br>15:00-22:59 | NIGHT<br>23:00-06:59 |
|---|---|---|---|---|---|---|
| **Scheduled Medication** | | | | | | |
| **Hydrochlorothiazide 25Mg Tb UD**<br>25MG            ORAL<br>1 tablet by mouth daily<br><br>Sunde, Jon            000 | N | 08-13-08 | | 0830<br>W | | |
| **Clonidine Hcl 0.3 Mg Tablet UD**<br>0.3MG            ORAL<br>1 tablet by mouth twice a day<br><br>Safeek, Abraham            000 | N | 08-21-08 | | 0830<br>W | HP<br>214° | |
| **Amlodipine 10 Mg Tablet UD**<br>10MG            ORAL<br>1 tablet by mouth daily<br><br>Safeek, Abraham            000 | N | 08-21-08 | | 0830<br>W | | |
| **Ibuprofen 600 Mg Tablet UD**<br>600MG            ORAL<br>1 tablet by mouth twice a day for 14 days<br><br>Urey, Dianne            000 | N | 09-09-08 | | 0830<br>W | HP<br>214° | |



| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | CD | Urey 24162 | HP | NJC 29731 |

9/14/2008— 1:57:11AM

**MAR Reporting Period from 0701-09/14 to 0700 -09/15**

c:\temp\96107966.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 85 of 250   PageID 6888

Scanned by YI, SUNG H RN in facility Lew Sterrett North Tower on 09/23/2008 00:49 Cent Pharm/Jail Health
Admission Date: 08/12/08

Book-In # 000008062551
Pt. Name: **Green, Gary**
Date of Birth: 03/14/1971   Sex: M
Allergies:

UNIT: **5W06**  **5W06**
BED: **0056**

## ADMINISTRATION PERIOD: 13 SEP 2008 07:00 TO 14 SEP 2008 06:59

Page 1 of 1

| Medication<br>Dose          Route<br>Frequency<br>MD          Rem Refills | KOP | START<br>TIME | STOP<br>TIME | DAY<br>7:00-14:59 | EVENING<br>15:00-22:59 | NIGHT<br>23:00-06:59 |
|---|---|---|---|---|---|---|
| **Scheduled Medications** | | | | | | |
| **Hydrochlorothiazide 25Mg Tb UD**<br>25MG          ORAL<br>1 tablet by mouth daily<br><br>Sunde, Jon          000 | N | 08-13-08 | | | | |
| **Clonidine Hcl 0.3 Mg Tablet UD**<br>0.3MG          ORAL<br>1 tablet by mouth twice a day<br><br>Safeek, Abraham          000 | N | 08-21-08 | | | | |
| **Amlodipine 10 Mg Tablet UD**<br>10MG          ORAL<br>1 tablet by mouth daily<br><br>Safeek, Abraham          000 | N | 08-21-08 | | | | |
| **Ibuprofen 600 Mg Tablet UD**<br>600MG          ORAL<br>1 tablet by mouth twice a day for 14 days<br><br>Urey, Dianne          000 | N | 09-09-08 | | | | |



| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | CD | | HP | |

9/13/2008 1:52:08AM          **MAR Reporting Period from 0701-09/13 to 0700 -09/14**

c:\temp\96110143.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 86 of 250   PageID 6889

Scanned by Yi, SUNG H RN in facility Lew Sterrett North Tower on 09/23/2008 05:16

Parkland Pharm/Jail Health
Admission Date: 08/12/08

| | | | | |
|---|---|---|---|---|
| Book-In # | 000008062551 | | | |
| Pt. Name: | Green, Gary | UNIT: | 5W06 | 5W06 |
| Date of Birth: | 03/14/1971   Sex: M | BED: | 0056 | |
| Allergies: | | | | |

**ADMINISTRATION PERIOD: 12 SEP 2008 07:00 TO 13 SEP 2008 06:59**          Page 1 of 1

| Medication<br>Dose<br>Frequency<br>MD | KOP<br>Route<br>Rem Refills | START<br>TIME | STOP<br>TIME | DAY<br>7:00-14:59 | EVENING<br>15:00-22:59 | NIGHT<br>23:00-06:59 |
|---|---|---|---|---|---|---|
| **Scheduled Medications** | | | | | | |
| Hydrochlorothiazide 25Mg Tb UD<br>25MG          ORAL<br>1 tablet by mouth daily<br><br>Sunde, Jon | N<br><br><br>000 | 08-13-08 | | 0800 DW N | / | / |
| Clonidine Hcl 0.3 Mg Tablet UD<br>0.3MG          ORAL<br>1 tablet by mouth twice a day<br><br>Safeek, Abraham | N<br><br><br>000 | 08-21-08 | | 0800 DW | HP 2145 | / |
| Amlodipine 10 Mg Tablet UD<br>10MG          ORAL<br>1 tablet by mouth daily<br><br>Safeek, Abraham | N<br><br><br>000 | 08-21-08 | | 0800 DW | / | / |
| Ibuprofen 600 Mg Tablet UD<br>600MG          ORAL<br>1 tablet by mouth twice a day for 14 days<br><br>Urey, Dianne | N<br><br><br>000 | 09-09-08 | | 0800 a | HP 2145 | / |

| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | CD | Culebro 2432L | HP | R ____ |

9/12/2008 12:59:45AM          **MAR Reporting Period from 0701-09/12 to 0700 -09/13**



c:\temp\96069437.tif printed by miyap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 87 of 250   PageID 6890

Rockland Cont Pharm/Jail Health

Scanned by BOZOR, EUGENIA C RN in facility Lew Sterrett North Tower on 09/11/2008 22:53

Admission Date: 08/12/08

| Book-In # | 000008062551 |
|---|---|
| Pt. Name: | **Green, Gary** |
| Date of Birth: | 03/14/1971   Sex:  M |
| Allergies: | |

UNIT:  5W06   5W06
BED:   0056

Page 1 of 1

## ADMINISTRATION PERIOD: 11 SEP 2008 07:00 TO 12 SEP 2008 06:59

| Medication<br>Dose                  Route<br>Frequency<br>MD                Rem Refills | KOP | START<br>TIME | STOP<br>TIME | DAY<br>7:00-14:59 | EVENING<br>15:00-22:59 | NIGHT<br>23:00-06:59 |
|---|---|---|---|---|---|---|
| Hydrochlorothiazide 25Mg Tb UD<br>25MG                      ORAL<br>1 tablet by mouth daily<br><br>Sunde, Jon                             000 | N | 08-13-08 | | *08/sig* | | |
| Clonidine Hcl 0.3 Mg Tablet UD<br>0.3MG                     ORAL<br>1 tablet by mouth twice a day<br><br>Safeek, Abraham                  000 | N | 08-21-08 | | *08/sig* | *2005 EB* | |
| Amlodipine 10 Mg Tablet UD<br>10MG                       ORAL<br>1 tablet by mouth daily<br><br>Safeek, Abraham                  000 | N | 08-21-08 | | *08/sig* | | |
| Ibuprofen 600 Mg Tablet UD<br>600MG                      ORAL<br>1 tablet by mouth twice a day for 14 days<br><br>Urey, Dianne                      000 | N | 09-09-08 | | *08/sig* | *2005 EB* | |



| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# 2431 |
|---|---|---|---|---|---|
| *JM* | *JM Mathews* | | | *EB* | *EEBozor RN* |

9/11/2008 — 12:59:24AM          6590          **MAR Reporting Period from 0701-09/11 to 0700 -09/12**

c:\temp\96060681.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 88 of 250   PageID 6891

Scanned by BOZOR, EUGENIA C RN in facility Lew Sterrett North Tower on 09/10/2008 21:29

Pharm/Jail Health
Admission Date: 08/12/08

| Book-In # | 000008062551 | | | UNIT: | 5W06  5W06 |
| Pt. Name: | Green, Gary | | | BED: | 0056 |
| Date of Birth: | 03/14/1971  Sex: M | | | | |
| Allergies: | | | | | |

ADMINISTRATION PERIOD: 10 SEP 2008 07:00 TO 11 SEP 2008 06:59

Page 1 of 1

| Medication Dose Route Frequency MD Rem Refills | KOP | START TIME | STOP TIME | DAY 7:00-14:59 | EVENING 15:00-22:59 | NIGHT 23:00-06:59 |
|---|---|---|---|---|---|---|
| Hydrochlorothiazide 25Mg Tb UD 25MG   ORAL 1 tablet by mouth daily Sunde, Jon   000 | N | 08-13-08 | | 0830 PM | | |
| Clonidine Hcl 0.3 Mg Tablet UD 0.3MG   ORAL 1 tablet by mouth twice a day Safeek, Abraham   000 | N | 08-21-08 | | 0830 | 2000 EB | |
| Amlodipine 10 Mg Tablet UD 10MG   ORAL 1 tablet by mouth daily Safeek, Abraham   000 | N | 08-21-08 | | 0830 | | |
| Ibuprofen 600 Mg Tablet UD 600MG   ORAL 1 tablet by mouth twice a day for 14 days Urey, Dianne   000 | N | 09-09-08 | | 0830 | 2000 EB | |

| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID#2181 |
|---|---|---|---|---|---|
| DM. | DMatthew | | | EB | EBozas RN |

9/10/2008  1:00:01AM   6590 .         MAR Reporting Period from 0701-09/10 to 0700 -09/11



c:\temp\96052509.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 89 of 250   PageID 6892

Scanned by YI, SUNG H RN in facility Lew Sterrett North Tower on 09/09/2008 21:13 Cent Pharm/Jail Health

Admission Date: 08/12/08

Book-In # **000008062551**
Pt. Name: **Green, Gary**
Date of Birth: 03/14/1971   Sex: **M**
Allergies:

UNIT: **5W06**   **5W06**
BED:   **0056**

### ADMINISTRATION PERIOD: 09 SEP 2008 07:00 TO 10 SEP 2008 06:59

Page 1 of 1

| Medication<br>Dose<br>Frequency<br>MD | Route<br>Rem Refills | KOP | START<br>TIME | STOP<br>TIME | DAY<br>7:00-14:59 | EVENING<br>15:00-22:59 | NIGHT<br>23:00-06:59 |
|---|---|---|---|---|---|---|---|
| Scheduled Medications | | | | | | | |
| Hydrochlorothiazide 25Mg Tb UD<br>25MG      ORAL<br>1 tablet by mouth daily<br><br>Sunde, Jon | 000 | N | 08-13-08 | | | / | / |
| Clonidine Hcl 0.3 Mg Tablet UD<br>0.3MG      ORAL<br>1 tablet by mouth twice a day<br><br>Safeek, Abraham | 000 | N | 08-21-08 | | 21³⁵ | / | / |
| Amlodipine 10 Mg Tablet UD<br>10MG      ORAL<br>1 tablet by mouth daily<br><br>Safeek, Abraham | 000 | N | 08-21-08 | | | / | / |

| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| HP | WU 2m5b | GD | cculu 3yb2 | | |

9/9/2008 – 12:59:28AM

**MAR Reporting Period from 0701-09/09 to 0700 -09/10**



c:\temp\96045754.tif printed by mivap. (Page 1 of 1)

Scanned by PATIL, HIMANSHU E LVN in facility Lew Sterrett North Tower on 09/08/2008 22:21 Pharm/Jail Health

Admission Date: 08/12/08

| | | |
|---|---|---|
| Book-In # | **000008062551** | |
| Pt. Name: | **Green, Gary** | |
| Date of Birth: | **03/14/1971**   Sex: M | |
| Allergies: | | |

UNIT: **5W06   5W06**
BED:  **0056**

Page 1 of 1

ADMINISTRATION PERIOD: 08 SEP 2008 07:00 TO 09 SEP 2008 06:59

| Medication Dose Frequency MD | Route   KOP Rem Refills | START TIME | STOP TIME | DAY 7:00-14:59 | EVENING 15:00-22:59 | NIGHT 23:00-06:59 |
|---|---|---|---|---|---|---|
| **Hydrochlorothiazide 25Mg Tb UD** 25MG          ORAL 1 tablet by mouth daily  Sunde, Jon | N 000 | 08-13-08 | | | / | / |
| **Clonidine Hcl 0.3 Mg Tablet UD** 0.3MG          ORAL 1 tablet by mouth twice a day  Safeek, Abraham | N 000 | 08-21-08 | | | HP 2150 | / |
| **Amlodipine 10 Mg Tablet UD** 10MG          ORAL 1 tablet by mouth daily  Safeek, Abraham | N 000 | 08-21-08 | | | / | / |

| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| HP | | CB | Caceres 24134 | | |



9/8/2008 — 12:59:20AM

**MAR Reporting Period from 0701-09/08 to 0700 -09/09**

c:\temp\96036758.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH  Document 24-63  Filed 08/01/16  Page 91 of 250  PageID 6894

Scanned by BRUNO, KRISTY L LVN in facility Lew Sterret North Tower on 09/07/2008 21:52 nt Pharm/Jail Health

Admission Date: 08/12/08

Book-In # 000008062551
Pt. Name: Green, Gary
Date of Birth: 03/14/1971  Sex: M
Allergies:

UNIT: 5W06  5W06
BED: 0066

## ADMINISTRATION PERIOD: 07 SEP 2008 07:00 TO 08 SEP 2008 06:59

Page 1 of 1

| Medication Dose Frequency MD | KOP Route Rem Refills | START TIME | STOP TIME | DAY 7:00-14:59 | EVENING 15:00-22:59 | NIGHT 23:00-06:59 |
|---|---|---|---|---|---|---|
| Hydrochlorothiazide 25Mg Tb UD 25MG ORAL 1 tablet by mouth daily Sunde, Jon | N 000 | 08-13-08 | | 0800 PV | | |
| Clonidine Hcl 0.3 Mg Tablet UD 0.3MG ORAL 1 tablet by mouth twice a day Safeek, Abraham | N 000 | 08-21-08 | | 0800 PV | 2015 EB | |
| Amlodipine 10 Mg Tablet UD 10MG ORAL 1 tablet by mouth daily Safeek, Abraham | N 000 | 08-21-08 | | 0800 | | |
| Ibuprofen 400 Mg Tablet UD 400MG ORAL 1 tablet by mouth three times a day for 5 days ORDER EXPIRES AFTER TODAY Porsa, Esmaeil | Y 000 | 09-02-08 | 09-07-08 | KOP | | |



| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# 2/12 |
|---|---|---|---|---|---|
| PV·PM | Mathew Kd 6590 | | | EB | EB B020CPN |

9/7/2008 – 3:07:11AM

**MAR Reporting Period from 0701-09/07 to 0700 -09/08**

Scanned by BRUNO, KRISTY L, LVN in facility Lew Sterrell North Tower on 09/06/2008 22:23

Parkland to Correct Pharm/Jail Health
Admission Date: 08/12/08

Book-in # 000008062551
Pt. Name: Green, Gary
Date of Birth: 03/14/1971   Sex: M
Allergies:

UNIT: 5W06   5W06
BED: 0056

Page 1 of 1

## ADMINISTRATION PERIOD: 06 SEP 2008 07:00 TO 07 SEP 2008 06:59

| Medication Dose Frequency MD | Route Rem Refills | KOP | START TIME | STOP TIME | DAY 7:00-14:59 | EVENING 15:00-22:59 | NIGHT 23:00-06:59 |
|---|---|---|---|---|---|---|---|
| Hydrochlorothiazide 25Mg Tb UD 25MG 1 tablet by mouth daily Sunde, Jon | ORAL 000 | N | 08-13-08 | | | | |
| Clonidine Hcl 0.3 Mg Tablet UD 0.3MG 1 tablet by mouth twice a day Safeek, Abraham | ORAL 000 | N | 08-21-08 | | | | |
| Amlodipine 10 Mg Tablet UD 10MG 1 tablet by mouth daily Safeek, Abraham | ORAL 000 | N | 08-21-08 | | | | |
| Ibuprofen 400 Mg Tablet UD 400MG 1 tablet by mouth three times a day for 5 days Porsa, Esmaeil | ORAL 000 | Y | 09-02-08 | 09-07-08 | | | |



| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | | | EB | |

9/6/2008 – 1:00:59AM

**MAR Reporting Period from 0701-09/06 to 0700 -09/07**

Scanned by BOZOR, EUGENIA C RN in facility Lew Sterrett North Tower on 09/06/2008 00:49 at Pharm/Jail Health

Admission Date: 08/12/08

Book-In # 000008062551
Pt. Name: **Green, Gary**
Date of Birth: 03/14/1971 Sex: M
Allergies:

UNIT: **5W06 5W06**
BED: **0056**

## ADMINISTRATION PERIOD: 05 SEP 2008 07:00 TO 06 SEP 2008 06:59

Page 1 of 1

| Medication Dose Frequency MD | Route | KOP Rem Refills | START TIME | STOP TIME | DAY 7:00-14:59 | EVENING 15:00-22:59 | NIGHT 23:00-06:59 |
|---|---|---|---|---|---|---|---|
| Hydrochlorothiazide 25Mg Tb UD 25MG 1 tablet by mouth daily Sunde, Jon | ORAL | N 000 | 08-13-08 | | | | |
| Clonidine Hcl 0.3 Mg Tablet UD 0.3MG 1 tablet by mouth twice a day Safeek, Abraham | ORAL | N 000 | 08-21-08 | | | | |
| Amlodipine 10 Mg Tablet UD 10MG 1 tablet by mouth daily Safeek, Abraham | ORAL | N 000 | 08-21-08 | | | | |
| Ibuprofen 400 Mg Tablet UD 400MG 1 tablet by mouth three times a day for 5 days Porsa, Esmaeil | ORAL | Y 000 | 09-02-08 | 09-07-08 | | KoP | |

| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# 243 |
|---|---|---|---|---|---|
| Dm·D Matter RN. | | | | EB | EEBOZOR RN |



9/5/2008 - 12:59:06AM

**MAR Reporting Period from 0701-09/05 to 0700 -09/06**

Scanned by PATIL, HIMANSHU E LVN in facility Lew Sterrett North Tower on 09/04/2008 22:09m/Jail Health
Admission Date: 08/12/08

| Book-In # | 000008062551 | UNIT: | 5W06 | 5W06 |
| Pt. Name: | Green, Gary | BED: | 0056 | |
| Date of Birth: | 03/14/1971   Sex: M | | | |
| Allergies: | | | | |

**ADMINISTRATION PERIOD: 04 SEP 2008 07:00 TO 05 SEP 2008 06:59**

Page 1 of 1

| Medication<br>Dose          Route<br>Frequency<br>MD          Rem Refills | KOP | START<br>TIME | STOP<br>TIME | DAY<br>7:00-14:59 | EVENING<br>15:00-22:59 | NIGHT<br>23:00-06:59 |
|---|---|---|---|---|---|---|
| Hydrochlorothiazide 25Mg Tb UD<br>25MG          ORAL<br>1 tablet by mouth daily<br><br>Sunde, Jon          000 | N | 08-13-08 | | | / | / |
| Clonidine Hcl 0.3 Mg Tablet UD<br>0.3MG          ORAL<br>1 tablet by mouth twice a day<br><br>Safeek, Abraham          000 | N | 08-21-08 | | | | / |
| Amlodipine 10 Mg Tablet UD<br>10MG          ORAL<br>1 tablet by mouth daily<br><br>Safeek, Abraham          000 | N | 08-21-08 | | | / | / |
| Ibuprofen 400 Mg Tablet UD<br>400MG          ORAL<br>1 tablet by mouth three times a day for 5 days<br><br>Porsa, Esmaeil          000 | Y | 09-02-08 | 09-07-08 | | | |

| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | CD | Cdrlings 7-4432 | HP | |

9/4/2008 – 12:58:32AM

**MAR Reporting Period from 0701-09/04 to 0700 -09/05**



c:\temp\96009283.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 95 of 250   PageID 6898

Reddard Cent Pharm/Jail Health
Admission Date: 08/12/08

Scanned by BRUNO, KRISTY L LVN in facility Lew Sterret North Tower on 09/03/2008 21:56

| Book-In # | 000008062551 | | | UNIT: | 5W06 | 5W06 |
|---|---|---|---|---|---|---|
| Pt. Name: | Green, Gary | | | BED: | 0056 | |
| Date of Birth: | 03/14/1971 | Sex: M | | | | |
| Allergies: | | | | | | |

**ADMINISTRATION PERIOD: 03 SEP 2008 07:00 TO 04 SEP 2008 06:59**

Page 1 of 1

| Medication<br>Dose<br>Frequency<br>MD | KOP<br><br>Route<br>Rem Refills | START<br>TIME | STOP<br>TIME | DAY<br>7:00-14:59 | EVENING<br>15:00-22:59 | NIGHT<br>23:00-06:59 |
|---|---|---|---|---|---|---|
| Hydrochlorothiazide 25Mg Tb UD<br>25MG          ORAL<br>1 tablet by mouth daily<br><br>Sunde, Jon | N<br><br><br><br>000 | 08-13-08 | | | / | / |
| Clonidine Hcl 0.3 Mg Tablet UD<br>0.3MG          ORAL<br>1 tablet by mouth twice a day<br><br>Safeek, Abraham | N<br><br><br><br>000 | 08-21-08 | | | | / |
| Amlodipine 10 Mg Tablet UD<br>10MG          ORAL<br>1 tablet by mouth daily<br><br>Safeek, Abraham | N<br><br><br><br>000 | 08-21-08 | | | / | / |
| Ibuprofen 400 Mg Tablet UD<br>400MG          ORAL<br>1 tablet by mouth three times a day for 5 days<br><br>Porsa, Esmaeil | Y<br><br><br><br>000 | 09-02-08 | 09-07-08 | | | |

| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | | | | |



9/3/2008 — 12:59:02AM

**MAR Reporting Period from 0701-09/03 to 0700 -09/04**

c:\temp\96009283.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 96 of 250   PageID 6899

Scanned by BRUNO, KRISTY L LVN in facility Lew Sterrett North Tower on 09/03/2008 21:56

Parkland Cont Pharm/Jail Health
Admission Date: 08/12/08

Book-in # 000008062551
Pt. Name: **Green, Gary**
Date of Birth: 03/14/1971   Sex: M
Allergies:

UNIT: **5W06   5W06**
BED: **0056**

**ADMINISTRATION PERIOD: 03 SEP 2008 07:00 TO 04 SEP 2008 06:59**

Page 1 of 1

| Medication<br>Dose            Route<br>Frequency<br>MD            Rem Refills | KOP | START TIME | STOP TIME | DAY 7:00-14:59 | EVENING 15:00-22:59 | NIGHT 23:00-06:59 |
|---|---|---|---|---|---|---|
| Hydrochlorothiazide 25Mg Tb UD<br>25MG            ORAL<br>1 tablet by mouth daily<br><br>Sunde, Jon            000 | N | 08-13-08 | | 0800 N | / | / |
| Clonidine Hcl 0.3 Mg Tablet UD<br>0.3MG            ORAL<br>1 tablet by mouth twice a day<br><br>Safeek, Abraham            000 | N | 08-21-08 | | 0800 N | 2000 KER | / |
| Amlodipine 10 Mg Tablet UD<br>10MG            ORAL<br>1 tablet by mouth daily<br><br>Safeek, Abraham            000 | N | 08-21-08 | | 0800 N | / | / |
| Ibuprofen 400 Mg Tablet UD<br>400MG            ORAL<br>1 tablet by mouth three times a day for 5 days<br><br>Porsa, Esmaeil            000 | Y | 09-02-08 | 09-07-08 | | | |

| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | CD | Cabegn 24132 | | |



9/3/2008 – 12:59:02AM

**MAR Reporting Period from 0701-09/03 to 0700 -09/04**

c:\temp\96002682.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 97 of 250   PageID 6900

Scanned by BRUNO, KRISTY L LVN in facility Lew Sterrett North Tower on 09/02/2008 21:09

Parkland Cont Pharm/Jail Health
Admission Date: 08/12/08

| Book-In #   | 000008062551 | | UNIT:  | 5W06 | 5W06 |
|---|---|---|---|---|---|
| Pt. Name:   | Green, Gary | | BED:   | 0056 | |
| Date of Birth: | 03/14/1971   Sex: M | | | | |
| Allergies: | | | | | |

## ADMINISTRATION PERIOD: 02 SEP 2008 07:00 TO 03 SEP 2008 06:59

Page 1 of 1

| Medication<br>Dose<br>Frequency<br>MD | Route<br><br>Rem Refills | KOF | START<br>TIME | STOP<br>TIME | DAY<br>7:00-14:59 | EVENING<br>15:00-22:59 | NIGHT<br>23:00-06:59 |
|---|---|---|---|---|---|---|---|
| Hydrochlorothiazide 25Mg Tb UD<br>25MG<br>1 tablet by mouth daily<br><br>Sunde, Jon | ORAL<br><br><br><br>000 | N | 08-13-08 | | 0802<br>DN | | |
| Clonidine Hcl 0.3 Mg Tablet UD<br>0.3MG<br>1 tablet by mouth twice a day<br><br>Safeek, Abraham | ORAL<br><br><br><br>000 | N | 08-21-08 | | 0800<br>DN | 2012<br>EB | |
| Amlodipine 10 Mg Tablet UD<br>10MG<br>1 tablet by mouth daily<br><br>Safeek, Abraham | ORAL<br><br><br><br>000 | N | 08-21-08 | | 0800<br>DN | | |

| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# 2118 |
|---|---|---|---|---|---|
| BM. DN | Matthew RN<br>6590 | | | EB | EB50200 RN |

9/2/2008 – 12:58:08AM

**MAR Reporting Period from 0701-09/02 to 0700 -09/03**



c:\temp\95994964.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 98 of 250   PageID 6901

Scanned by BOZOR, EUGENIA C RN in facility Lew Sterrett North Tower on 09/01/2008 21:39

Pharm/Jail Health

Admission Date: 08/12/08

| | |
|---|---|
| Book-in # **000008062551** | |
| Pt. Name: **Green, Gary** | UNIT: **5W06**  **5W06** |
| Date of Birth: 03/14/1971  Sex: **M** | BED: **0056** |
| Allergies: | |

ADMINISTRATION PERIOD: 01 SEP 2008 07:00 TO 02 SEP 2008 06:59        Page 1 of 1

| Medication<br>Dose              Route<br>Frequency<br>MD                   Rem Refills | KOP | START<br>TIME | STOP<br>TIME | DAY<br>7:00-14:59 | EVENING<br>15:00-22:59 | NIGHT<br>23:00-06:59 |
|---|---|---|---|---|---|---|
| Hydrochlorothiazide 25Mg Tb UD<br>25MG              ORAL<br>1 tablet by mouth daily<br><br>Sunde, Jon                  000 | N | 08-13-08 | | *Dm* | | |
| Clonidine Hcl 0.3 Mg Tablet UD<br>0.3MG              ORAL<br>1 tablet by mouth twice a day<br><br>Safeek, Abraham          000 | N | 08-21-08 | | *Dm* | *1008*<br>*EB* | |
| Amlodipine 10 Mg Tablet UD<br>10MG              ORAL<br>1 tablet by mouth daily<br><br>Safeek, Abraham          000 | N | 08-21-08 | | *Dm* | | |

| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# *ZHS* |
|---|---|---|---|---|---|
| *Dm* | *Dmathewk*<br>*6590* | | | *EB* | *EBozar RN* |

9/1/2008 – 1:00:52AM

**MAR Reporting Period from 0701-09/01 to 0700 -09/02**



c:\temp\95988793.tif printed by mivap (Page 1 of 1)

Scanned by PATIL, HIMANSHU E LVN in facility Lew Sterrett North Tower on 08/31/2008 22:35Pharm/Jail Health
Admission Date: 08/12/08

| Book-In # | 000008062551 | | |
|---|---|---|---|
| Pt. Name: | **Green, Gary** | UNIT: | 5W06 5W06 |
| Date of Birth: | 03/14/1971  Sex: M | BED: | 0058 |
| Allergies: | | | |

## ADMINISTRATION PERIOD: 31 AUG 2008 07:00 TO 01 SEP 2008 06:59

Page 1 of 1

| Medication<br>Dose        Route<br>Frequency<br>MD        Rem Refills | KOP | START TIME | STOP TIME | DAY<br>7:00-14:59 | EVENING<br>15:00-22:59 | NIGHT<br>23:00-06:59 |
|---|---|---|---|---|---|---|
| **Scheduled Medications** | | | | | | |
| **Hydrochlorothiazide 25Mg Tb UD**<br>25MG          ORAL<br>1 tablet by mouth daily<br><br>Sunde, Jon | N<br><br><br><br>000 | 08-13-08 | | 0830<br>N | / | / |
| **Clonidine Hcl 0.3 Mg Tablet UD**<br>0.3MG          ORAL<br>1 tablet by mouth twice a day<br><br>Safeek, Abraham | N<br><br><br><br>000 | 08-21-08 | | 0830<br>N | TP<br>2155 | / |
| **Amlodipine 10 Mg Tablet UD**<br>10MG          ORAL<br>1 tablet by mouth daily<br><br>Safeek, Abraham | N<br><br><br><br>000 | 08-21-08 | | 0830<br>N | / | / |

| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | CB | rsafeek 24152 | TP | NC 2251 |

8/31/2008 - 3:43:19AM

**MAR Reporting Period from 0701-08/31 to 0700 -09/01**



Scanned by PATIL, HIMANSHU E LVN in facility Lew Sterrett North Tower on 08/30/2008 22:54

Parkland Cent Pharm/Jail Health

Admission Date: 08/12/08

| Book-In # | 000008062551 | | |
|---|---|---|---|
| Pt. Name: | Green, Gary | UNIT: | 5W06   5W06 |
| Date of Birth: | 03/14/1971   Sex: M | BED: | 0056 |
| Allergies: | | | |

ADMINISTRATION PERIOD: 30 AUG 2008 07:00 TO 31 AUG 2008 06:59                Page 1 of 1

| Medication<br>Dose<br>Frequency<br>MD | Route<br><br>Rem Refills | KOP | START<br>TIME | STOP<br>TIME | DAY<br>7:00-14:59 | EVENING<br>15:00-22:59 | NIGHT<br>23:00-06:59 |
|---|---|---|---|---|---|---|---|
| Scheduled Medication | | | | | | | |
| Hydrochlorothiazide 25Mg Tb UD<br>25MG<br>1 tablet by mouth daily<br><br>Sunde, Jon | ORAL<br><br><br><br>000 | N | 08-13-08 | | 0830 | / | / |
| Clonidine Hcl 0.3 Mg Tablet UD<br>0.3MG<br>1 tablet by mouth twice a day<br><br>Safeek, Abraham | ORAL<br><br><br><br>000 | N | 08-21-08 | | 0830 | TP<br>2130 | / |
| Amlodipine 10 Mg Tablet UD<br>10MG<br>1 tablet by mouth daily<br><br>Safeek, Abraham | ORAL<br><br><br><br>000 | N | 08-21-08 | | 0830 | / | / |



| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | CD | Cathern 24/32 | TP | MW 24256 |

8/30/2008  1:00:24AM                **MAR Reporting Period from 0701-08/30 to 0700 -08/31**

c:\temp\95975310.tif printed by mivap. (Page 1 of 1)

Scanned by PATIL, HIMANSHU E LVN in facility Lew Sterret North Tower on 08/29/2008 22:36

Parkland Hosp. Pharm/Jail Health
Admission Date: 08/12/08

Book-In # 000008062551
Pt. Name: **Green, Gary**
Date of Birth: 03/14/1971 Sex: M
Allergies:

UNIT: **5W06** 5W06
BED: **0056**

**ADMINISTRATION PERIOD: 29 AUG 2008 07:00 TO 30 AUG 2008 06:59**   Page 1 of 1

| Medication<br>Dose     Route<br>Frequency<br>MD     Rem Refills | KOP | START TIME | STOP TIME | DAY 7:00-14:59 | EVENING 15:00-22:59 | NIGHT 23:00-06:59 |
|---|---|---|---|---|---|---|
| **Scheduled Medications** | | | | | | |
| Hydrochlorothiazide 25Mg Tb UD<br>25MG     ORAL<br>1 tablet by mouth daily<br><br>Sunde, Jon     000 | N | 08-13-08 | | 0815 W | | |
| Clonidine Hcl 0.3 Mg Tablet UD<br>0.3MG     ORAL<br>1 tablet by mouth twice a day<br><br>Safeek, Abraham     000 | N | 08-21-08 | | 0915 W | HP 2015 | |
| Amlodipine 10 Mg Tablet UD<br>10MG     ORAL<br>1 tablet by mouth daily<br><br>Safeek, Abraham     000 | N | 08-21-08 | | 0815 W | | |

| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | CD | rdalas 24122 | HP | MW 2356 |



8/29/2008 12:58:40AM    **MAR Reporting Period from 0701-08/29 to 0700 -08/30**

c:\temp\95965079.tif printed by mivap. (Page 1 of 1)

Scanned by BOZOR, EUGENIA C RN in facility Lew Sterrell North Tower on 08/28/2008 21:19
Pharm/Jail Health
Admission Date: 08/12/08

Book-In #    000008062551
Pt. Name:    Green, Gary
Date of Birth: 03/14/1971   Sex: M
Allergies:

UNIT:  5W06   5W06
BED:   0056

ADMINISTRATION PERIOD: 28 AUG 2008 07:00 TO 29 AUG 2008 06:59          Page 1 of 1

| Medication<br>Dose              Route<br>Frequency<br>MD              Rem Refills | KOP | START TIME | STOP TIME | DAY 7:00-14:59 | EVENING 15:00-22:59 | NIGHT 23:00-06:59 |
|---|---|---|---|---|---|---|
| Hydrochlorothiazide 25Mg Tb UD<br>25MG            ORAL<br>1 tablet by mouth daily<br><br>Sunde, Jon                000 | N | 08-13-08 |  |  |  |  |
| Clonidine Hcl 0.3 Mg Tablet UD<br>0.3MG            ORAL<br>1 tablet by mouth twice a day<br><br>Safeek, Abraham            000 | N | 08-21-08 |  |  |  |  |
| Amlodipine 10 Mg Tablet UD<br>10MG            ORAL<br>1 tablet by mouth daily<br><br>Safeek, Abraham            000 | N | 08-21-08 |  |  |  |  |



| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# 2l2l |
|---|---|---|---|---|---|
|  |  |  |  | EB | EBozar RN |

8/28/2008 12:59:24AM          6590.          **MAR Reporting Period from 0701-08/28 to 0700 -08/29**

c:\temp\95955756.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 103 of 250   PageID 6906

Scanned by BOZOR, EUGENIA C RN in facility Lew Sterrett North Tower on 08/27/2008 22:0...

Reddand Cent Pharm/Jail Health
Admission Date: 08/12/08

Book-In # 000008062551
Pt. Name: **Green, Gary**
Date of Birth: 03/14/1971   Sex: M
Allergies:

UNIT: **5W06** **5W06**
BED: **0056**

**ADMINISTRATION PERIOD: 27 AUG 2008 07:00 TO 28 AUG 2008 06:59**        Page 1 of 1

| Medication<br>Dose                    Route<br>Frequency<br>MD                      Rem Refills | KOP | START<br>TIME | STOP<br>TIME | DAY<br>7:00-14:59 | EVENING<br>15:00-22:59 | NIGHT<br>23:00-06:59 |
|---|---|---|---|---|---|---|
| Hydrochlorothiazide 25Mg Tb UD<br>25MG                      ORAL<br>1 tablet by mouth daily<br><br>Sunde, Jon | N<br><br><br><br>000 | 08-13-08 | | AN<br>0905 | / | / |
| Clonidine Hcl 0.3 Mg Tablet UD<br>0.3MG                      ORAL<br>1 tablet by mouth twice a day<br><br>Safeek, Abraham | N<br><br><br><br>000 | 08-21-08 | | AN<br>0905 | 2000<br>EB | / |
| Amlodipine 10 Mg Tablet UD<br>10MG                      ORAL<br>1 tablet by mouth daily<br><br>Safeek, Abraham | N<br><br><br><br>000 | 08-21-08 | . | AN<br>0905 | / | / |

| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# 2l3/ |
|---|---|---|---|---|---|
| AN | ABAhmad Jr(6) | | | EB | E Bozor RN |

8/27/2008 12:59:01AM            **MAR Reporting Period from 0701-08/27 to 0700 -08/28**



c:\temp\95955756.tif printed by mivap. (Page 1 of 1)

Scanned by BOZOR, EUGENIA C RN in facility Lew Sterrett North Tower on 08/27/2008 22:03

Parm/Jail Health
Admission Date: 08/12/08

Book-In #     000008062551
Pt. Name:     **Green, Gary**
Date of Birth: 03/14/1971   Sex: M
Allergies:

UNIT:   **5W06   5W06**
BED:    **0056**

## ADMINISTRATION PERIOD: 27 AUG 2008 07:00 TO 28 AUG 2008 06:59

Page 1 of 1

| Medication<br>Dose                Route<br>Frequency<br>MD                Rem Refills | KOP | START TIME | STOP TIME | DAY<br>7:00-14:59 | EVENING<br>15:00-22:59 | NIGHT<br>23:00-06:59 |
|---|---|---|---|---|---|---|
| Hydrochlorothiazide 25Mg Tb UD<br>25MG                ORAL<br>1 tablet by mouth daily<br><br>Sunde, Jon                000 | N | 08-13-08 | | AN 0905-- | / | / |
| Clonidine Hcl 0.3 Mg Tablet UD<br>0.3MG                ORAL<br>1 tablet by mouth twice a day<br><br>Safeek, Abraham                000 | N | 08-21-08 | | AN 0905- | 2000 EB | / |
| Amlodipine 10 Mg Tablet UD<br>10MG                ORAL<br>1 tablet by mouth daily<br><br>Safeek, Abraham                000 | N | 08-21-08 | | AN 0905- | / | / |

| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# 2/3/ |
|---|---|---|---|---|---|
| AN | Abraham Jr (6) | | | EB | EBOZOR RN |

8/27/2008 - 12:59:01AM

**MAR Reporting Period from 0701-08/27 to 0700 -08/28**



c:\temp\95950155.tif printed by mivap. (Page 1 of 1)

Scanned by PATIL, HIMANSHU E LVN in facility Lew Sterrett North Tower on 09/27/2008 00:43

Resident Govt. Pharm/Jail Health
Admission Date: 08/12/08

| Book-In # | 000008062551 | | | | |
|---|---|---|---|---|---|
| Pt. Name: | **Green, Gary** | | | UNIT: | **5W06**    **5W06** |
| Date of Birth: | 03/14/1971    Sex: M | | | BED: | **0056** |
| Allergies: | | | | | |

**ADMINISTRATION PERIOD: 26 AUG 2008 07:00 TO 27 AUG 2008 06:59**          Page 1 of 1

| Medication<br>Dose    Route<br>Frequency<br>MD    Rem Refills | KOP | START TIME | STOP TIME | DAY 7:00-14:59 | EVENING 15:00-22:59 | NIGHT 23:00-06:59 |
|---|---|---|---|---|---|---|
| **Scheduled Medications** | | | | | | |
| **Hydrochlorothiazide 25Mg Tb UD**<br>25MG    ORAL<br>1 tablet by mouth daily<br><br>Sunde, Jon    000 | N | 08-13-08 | | 0830 ᴡ | / | / |
| **Clonidine Hcl 0.3 Mg Tablet UD**<br>0.3MG    ORAL<br>1 tablet by mouth twice a day<br><br>Safeek, Abraham    000 | N | 08-21-08 | | 0830 ᴡ | HP 2135 | / |
| **Amlodipine 10 Mg Tablet UD**<br>10MG    ORAL<br>1 tablet by mouth daily<br><br>Safeek, Abraham    000 | N | 08-21-08 | | 0830 ᴡ | / | / |



| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | CO | rdnkosw 24432 | HP | W 2736 |

8/26/2008 12:59:41 AM

**MAR Reporting Period from 0701-08/26 to 0700 -08/27**

* 4 0 1 0 8 0 6 2 5 5 1 9 4 2 8 2 0 0 0 0 0 0 0 0 0 0 *

Scanned by YI, SUNG H RN in facility Lew Sterrett North Tower on 08/25/2008 23:38    Cent Pharm/Jail Health

Admission Date: 08/12/08

Book-In #    000008062551
Pt. Name:    Green, Gary
Date of Birth: 03/14/1971   Sex: M
Allergies:

UNIT:    5W06    5W06
BED:    0056

## ADMINISTRATION PERIOD: 25 AUG 2008 07:00 TO 26 AUG 2008 06:59

Page 1 of 1

| Medication Dose Frequency MD | KOP Route Rem Refills | START TIME | STOP TIME | DAY 7:00-14:59 | EVENING 15:00-22:59 | NIGHT 23:00-06:59 |
|---|---|---|---|---|---|---|
| **Scheduled Medications** | | | | | | |
| Hydrochlorothiazide 25Mg Tb UD 25MG    ORAL 1 tablet by mouth daily  Sunde, Jon | N  000 | 08-13-08 | | NLS ⁿ | / | / |
| Clonidine Hcl 0.3 Mg Tablet UD 0.3MG    ORAL 1 tablet by mouth twice a day  Safeek, Abraham | N  000 | 08-21-08 | | NLS ⁿ | HP 2130 | / |
| Amlodipine 10 Mg Tablet UD 10MG    ORAL 1 tablet by mouth daily  Safeek, Abraham | N  000 | 08-21-08 | | NLS ⁿ | / | / |

| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | (S) | edible 24152 | HP | H6 2946 |

8/25/2008   12:24:51AM

**MAR Reporting Period from 0701-08/25 to 0700 -08/26**



c:\temp\95934564.tif printed by mjvap  (Page 1 of 1)

Scanned by BOZOR, EUGENIA C RN in facility Lew Sterrett North Tower on 08/24/2008 21:50  Pharm/Jail Health

Admission Date: 08/12/08

| Book-In # | 000008062551 | | UNIT: | 5W06  5W06 |
|---|---|---|---|---|
| Pt. Name: | **Green, Gary** | | BED: | 0056 |
| Date of Birth: | 03/14/1971   Sex: M | | | |
| Allergies: | | | | |

Page 1 of 1

### ADMINISTRATION PERIOD: 24 AUG 2008 07:00 TO 25 AUG 2008 06:59

| Medication<br>Dose            Route<br>Frequency<br>MD            Rem Refills | KOP | START TIME | STOP TIME | DAY 7:00-14:59 | EVENING 15:00-22:59 | NIGHT 23:00-06:59 |
|---|---|---|---|---|---|---|
| Hydrochlorothiazide 25Mg Tb UD<br>25MG            ORAL<br>1 tablet by mouth daily<br><br>Sunde, Jon            000 | N | 08-13-08 | | AA<br>0810 | / | / |
| Clonidine Hcl 0.3 Mg Tablet UD<br>0.3MG            ORAL<br>1 tablet by mouth twice a day<br><br>Safeek, Abraham            000 | N | 08-21-08 | | AA<br>0810 | 2016<br>EB | / |
| Amlodipine 10 Mg Tablet UD<br>10MG            ORAL<br>1 tablet by mouth daily<br><br>Safeek, Abraham            000 | N | 08-21-08 | | AA<br>0810 | / | / |



| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# 2481 |
|---|---|---|---|---|---|
| AA | Alhuznwan 28161 | | | EB | EEBOZAC RN |

8/24/2008  2:39:05AM

**MAR Reporting Period from 0701-08/24 to 0700 -08/25**

Scanned by BOZOR, EUGENIA C RN in facility Lew Sterrett North Tower on 08/23/2008 22:17

c:\temp\95928504.tif printed by mivap (Page 1 of 1)

**ent Pharm/Jail Health**
Admission Date: 08/12/08

| Book-In # | 000008062551 | | | |
|---|---|---|---|---|
| Pt. Name: | **Green, Gary** | | **UNIT:** | **5W06  5W06** |
| Date of Birth: | 03/14/1971  Sex: M | | **BED:** | **0056** |
| Allergies: | | | | |

**ADMINISTRATION PERIOD: 23 AUG 2008 07:00 TO 24 AUG 2008 06:59**     Page 1 of 1

| Medication<br>Dose<br>Frequency<br>MD | Route<br><br>Rem Refills | KOP | START<br>TIME | STOP<br>TIME | DAY<br>7:00-14:59 | EVENING<br>15:00-22:59 | NIGHT<br>23:00-06:59 |
|---|---|---|---|---|---|---|---|
| **Hydrochlorothiazide 25Mg Tb UD**<br>25MG  ORAL<br>1 tablet by mouth daily<br><br>Sunde, Jon | | N<br><br><br><br>000 | 08-13-08 | | AR<br>0820 | / | / |
| **Clonidine Hcl 0.3 Mg Tablet UD**<br>0.3MG  ORAL<br>1 tablet by mouth twice a day<br><br>Safeek, Abraham | | N<br><br><br><br>000 | 08-21-08 | | AR<br>A820 | 2010<br>B3 | / |
| **Amlodipine 10 Mg Tablet UD**<br>10MG  ORAL<br>1 tablet by mouth daily<br><br>Safeek, Abraham | | N<br><br><br><br>000 | 08-21-08 | | AR<br>0820 | / | / |

| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# 2131 |
|---|---|---|---|---|---|
| AR | AAndrw RN 2911 | | | EB | EEBozos RN |

8/23/2008 - 12:59:20AM     **MAR Reporting Period from 0701-08/23 to 0700 -08/24**



c:\temp\95931599.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 109 of 250   PageID 6912

Scanned by WILSON, MELONIE D in facility Lew Sterrett Infirmary on 08/24/2008 10:25

**Parkland Cent Pharm/Jail Health**
Admission Date: 08/12/08

Book-In #    000008062551
Pt. Name:    **Green, Gary**
Date of Birth: 03/14/1971   Sex: M
Allergies:

UNIT:   **3MW02   3MW02**
BED:    **0010**

## ADMINISTRATION PERIOD: 22 AUG 2008 07:00 TO 23 AUG 2008 06:59

Page 1 of 1

| Medication<br>Dose              Route<br>Frequency<br>MD              Rem Refills | KOP | START<br>TIME | STOP<br>TIME | DAY<br>7:00-14:59 | EVENING<br>15:00-22:59 | NIGHT<br>23:00-06:59 |
|---|---|---|---|---|---|---|
| Hydrochlorothiazide 25Mg Tb UD<br>25MG              ORAL<br>1 tablet by mouth daily<br><br>Sunde, Jon              000 | N | 08-13-08 | | | | |
| Clonidine Hcl 0.3 Mg Tablet UD<br>0.3MG              ORAL<br>1 tablet by mouth twice a day<br><br>Safeek, Abraham              000 | N | 08-21-08 | | | | |
| Amlodipine 10 Mg Tablet UD<br>10MG              ORAL<br>1 tablet by mouth daily<br><br>Safeek, Abraham              000 | N | 08-21-08 | | | | |

| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
|  | | | | | |

8/22/2008  12:58:46AM

**MAR Reporting Period from 0701-08/22 to 0700 -08/23**

c:\temp\95931169.tif printed by miyap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 110 of 250   PageID 6913

Scanned by WILSON, MELONIE D in facility Lew Sterret Infirmary on 08/24/2008 09:33

**Parkland Cent Pharm/Jail Health**
Admission Date: 08/12/08

| | |
|---|---|
| Book-In # **000008062551** | |
| Pt. Name: **Green, Gary** | **UNIT: 3MW02 3MW02** |
| Date of Birth: 03/14/1971  Sex: M | **BED: 0010** |
| Allergies: | |

**ADMINISTRATION PERIOD: 21 AUG 2008 07:00 TO 22 AUG 2008 06:59**        Page 1 of 1

| Medication KOP<br>Dose Route<br>Frequency<br>MD Rem Refills | START TIME | STOP TIME | DAY 7:00-14:59 | EVENING 15:00-22:59 | NIGHT 23:00-06:59 |
|---|---|---|---|---|---|
| **Hydrochlorothiazide 25Mg Tb UD** N<br>25MG ORAL<br>1 tablet by mouth daily<br><br>Sunde, Jon 000 | 08-13-08 | | 1015<br>♂ | | |
| **Clonidine Hcl 0.2 Mg Tablet UD** N<br>0.2MG ORAL<br>1 tablet by mouth twice a day<br><br>Sunde, Jon 000 | 08-13-08 | | 1015<br>♂ | 1620<br>♂ | ⟲ 8/21/08 |

| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | | | | |



8/21/2008   12:59:14AM                **MAR Reporting Period from 0701-08/21 to 0700 -08/22**

c:\temp\95931269.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH Document 24-63 Filed 08/01/16 Page 111 of 250 PageID 6914

Scanned by WILSON, MELONIE D in facility Lew Sterrett Infirmary on 08/24/2008 09:36 Pharm/Jail Health

Parkland Clinic

Admission Date: 08/12/08

| | |
|---|---|
| Book-In #    000008062551 | UNIT:   3MW02   3MW02 |
| Pt. Name:    Green, Gary | BED:    0010 |
| Date of Birth: 03/14/1971   Sex: M | |
| Allergies: | |

Page 1 of 1

ADMINISTRATION PERIOD: 20 AUG 2008 07:00 TO 21 AUG 2008 06:59

| Medication<br>Dose<br>Frequency<br>MD | Route<br><br>Rem Refills | KOP | START<br>TIME | STOP<br>TIME | DAY<br>7:00-14:59 | EVENING<br>15:00-22:59 | NIGHT<br>23:00-06:59 |
|---|---|---|---|---|---|---|---|
| Hydrochlorothiazide 25Mg Tb UD<br>25MG     ORAL<br>1 tablet by mouth daily<br><br>Sunde, Jon | <br><br><br>000 | N | 08-13-08 | | 1020<br>JK | | |
| Clonidine Hcl 0.2 Mg Tablet UD<br>0.2MG     ORAL<br>1 tablet by mouth twice a day<br><br>Sunde, Jon | <br><br><br>000 | N | 08-13-08 | | 1020<br>JF | 1615<br>OF | |

| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| JH | Melon Joy 7836 | | | | |

8/20/2008 12:59:04AM

**MAR Reporting Period from 0701-08/20 to 0700 -08/21**



c:\temp\95932266.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/03/16   Page 112 of 250   PageID 6915

Scanned by WILSON, MELONIE D in facility Lew Sterrett Infirmary on 08/24/2008 11:17ent Pharm/Jail Health
Admission Date: 08/12/08

| | |
|---|---|
| Book-In # **000008062551** | |
| Pt. Name: **Green, Gary** | UNIT: **3MW02 3MW02** |
| Date of Birth: **03/14/1971**  Sex: **M** | BED: **0010** |
| Allergies: | |

**ADMINISTRATION PERIOD: 19 AUG 2008 07:00 TO 20 AUG 2008 06:59**          Page 1 of 1

| Medication<br>Dose          Route<br>Frequency<br>MD          Rem Refills | KOP | START<br>TIME | STOP<br>TIME | DAY<br>7:00-14:59 | EVENING<br>15:00-22:59 | NIGHT<br>23:00-06:59 |
|---|---|---|---|---|---|---|
| **Hydrochlorothiazide 25Mg Tb UD**<br>**25MG**          ORAL<br>1 tablet by mouth daily<br><br>Sunde, Jon          000 | N | 08-13-08 | | 9 /ooo | \ | |
| **Clonidine Hcl 0.2 Mg Tablet UD**<br>**0.2MG**          ORAL<br>1 tablet by mouth twice a day<br><br>Sunde, Jon          000 | N | 08-13-08 | | 9 /ooo | 9 /oo | |

| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| m | Jessie Sunde | | | | |

8/19/2008 _ 1:00:45AM          **MAR Reporting Period from 0701-08/19 to 0700 -08/20**



c:\temp\95930652.tif printed by mivap. (Page 1 of 1)

Scanned by WILSON, MELONIE D in facility Lew Sterrett Infirmary on 08/24/2008 08:49

**Parkland Cent Pharm/Jail Health**
Admission Date: 08/12/08

| | | |
|---|---|---|
| Book-In # | 000008062551 | |
| Pt. Name: | **Green, Gary** | |
| Date of Birth: | 03/14/1971   Sex: M | UNIT:   **3MW02   3MW02** |
| Allergies: | | BED:   **0010** |

## ADMINISTRATION PERIOD: 18 AUG 2008 07:00 TO 19 AUG 2008 06:59      Page 1 of 1

| Medication<br>Dose<br>Frequency<br>MD | Route<br><br>Rem Refills | KOP | START<br>TIME | STOP<br>TIME | DAY<br>7:00-14:59 | EVENING<br>15:00-22:59 | NIGHT<br>23:00-06:59 |
|---|---|---|---|---|---|---|---|
| Hydrochlorothiazide 25Mg Tb UD<br>25MG            ORAL<br>1 tablet by mouth daily<br><br>Sunde, Jon | <br><br><br><br>000 | N | 08-13-08 | | /(BD) | | |
| Clonidine Hcl 0.2 Mg Tablet UD<br>0.2MG          ORAL<br>1 tablet by mouth twice a day<br><br>Sunde, Jon | <br><br><br><br>000 | N | 08-13-08 | | 0(BD) | 1(bd) | |

| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| ye | Bonie Pauler | | | | |

8/18/2008   1:00:54AM

**MAR Reporting Period from 0701-08/18 to 0700 -08/19**



c:\temp\95930038.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 114 of 250   PageID 6917

Scanned by WILSON, MELONIE D in facility Lew Sterrett Infirmary on 09/24/2008 07:27

Parkland Cent Pharm/Jail Health
Admission Date: 08/12/08

| Book-In # | 000008062551 | | | | |
|---|---|---|---|---|---|
| Pt. Name: | Green, Gary | | UNIT: | 3MW02 | 3MW02 |
| Date of Birth: | 03/14/1971  Sex: M | | BED: | 0010 | |
| Allergies: | | | | | |

**ADMINISTRATION PERIOD: 17 AUG 2008 07:00 TO 18 AUG 2008 06:59**          Page 1 of 1

| Medication<br>Dose          Route<br>Frequency<br>MD          Rem Refills | KOP | START TIME | STOP TIME | DAY<br>7:00-14:59 | EVENING<br>15:00-22:59 | NIGHT<br>23:00-06:59 |
|---|---|---|---|---|---|---|
| **Hydrochlorothiazide 25Mg Tb UD**<br>25MG          ORAL<br>1 tablet by mouth daily<br><br>Sunde, Jon          000 | N | 08-13-08 | | *(initials)* | | |
| **Clonidine Hcl 0.2 Mg Tablet UD**<br>0.2MG          ORAL<br>1 tablet by mouth twice a day<br><br>Sunde, Jon          000 | N | 08-13-08 | | *(initials)* | *(initials)* | |

| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| *(initials)* | *(signature)* 28594 | | | | |

8/17/2008   3:24:36AM          **MAR Reporting Period from 0701-08/17 to 0700 -08/18**



c:\temp\95930342.tif printed by mivap. (Page 1 of 1)

Scanned by WILSON, MELONIE D in facility Lew Sterrett Infirmary on 08/24/2008 08:16

**Parkland Cent Pharm/Jail Health**
Admission Date: 08/12/08

Book-In #    000008062551
Pt. Name:    **Green, Gary**
Date of Birth: 03/14/1971   Sex:  M
Allergies:

UNIT:  **3MW02   3MW02**
BED:   **0010**

### ADMINISTRATION PERIOD: 16 AUG 2008 07:00 TO 17 AUG 2008 06:59

Page 1 of 1

| Medication Dose Route Frequency MD | KOF Rem Refills | START TIME | STOP TIME | DAY 7:00-14:59 | EVENING 15:00-22:59 | NIGHT 23:00-06:59 |
|---|---|---|---|---|---|---|
| Hydrochlorothiazide 25Mg Tb UD 25MG    ORAL 1 tablet by mouth daily Sunde, Jon | N 000 | 08-13-08 | | 1000 | | |
| Clonidine Hcl 0.2 Mg Tablet UD 0.2MG    ORAL 1 tablet by mouth twice a day Sunde, Jon | N 000 | 08-13-08 | | 0900 | 1635 | |



| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| JP | Jenn Jp 28556 | | | | |

8/16/2008 12:58:22AM

**MAR Reporting Period from 0701-08/16 to 0700 -08/17**

c:\temp\95929658.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 116 of 250   PageID 6919

Scanned by WILSON, MELONIE D in facility Lew Sterrett Infirmary on 08/24/2008 06:59 nt Pharm/Jail Health

Admission Date: 08/12/08

Book-In #        000008082551
Pt. Name:        Green, Gary
Date of Birth:  03/14/1971   Sex: M        UNIT:   3MW02   3MW02
Allergies:                                 BED:    0010

**ADMINISTRATION PERIOD: 15 AUG 2008 07:00 TO 16 AUG 2008 06:59**          Page 1 of 1

| Medication Dose Frequency MD | Route KOP Rem Refills | START TIME | STOP TIME | DAY 7:00-14:59 | EVENING 15:00-22:59 | NIGHT 23:00-06:59 |
|---|---|---|---|---|---|---|
| Hydrochlorothiazide 25Mg Tb UD 25MG  ORAL 1 tablet by mouth daily  Sunde, Jon | N  000 | 08-13-08 | | 1045 JF | | |
| Clonidine Hcl 0.2 Mg Tablet UD 0.2MG  ORAL 1 tablet by mouth twice a day  Sunde, Jon | N  000 | 08-13-08 | | 1045 JF | 1646 JF | |



| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| JF | Jenn Jye 78546 | | | | |

8/15/2008 - 12:57:45AM          **MAR Reporting Period from 0701-08/15 to 0700 -08/16**

c:\temp\95929627.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 117 of 250   PageID 6920

Scanned by WILSON, MELONIE D in facility Lew Sterrett Infirmary on 08/24/2008 06:54

**Parkland Cent Pharm/Jail Health**

Admission Date: 08/12/08

| | |
|---|---|
| Book-In # | 000008062551 |
| Pt. Name: | **Green, Gary** |
| Date of Birth: | 03/14/1971   Sex: M |
| Allergies: | |

| | |
|---|---|
| UNIT: | **3MW02   3MW02** |
| BED: | **0010** |

ADMINISTRATION PERIOD: 14 AUG 2008 07:00 TO 15 AUG 2008 06:59          Page 1 of 1

| Medication<br>Dose          Route<br>Frequency<br>MD          Rem Refills | KOP | START TIME | STOP TIME | DAY 7:00-14:59 | EVENING 15:00-22:59 | NIGHT 23:00-06:59 |
|---|---|---|---|---|---|---|
| **Hydrochlorothiazide 25Mg Tb UD**<br>25MG          ORAL<br>1 tablet by mouth daily<br><br>Sunde, Jon          000 | N | 08-13-08 | | | | |
| **Clonidine Hcl 0.2 Mg Tablet UD**<br>0.2MG          ORAL<br>1 tablet by mouth twice a day<br><br>Sunde, Jon          000 | N | 08-13-08 | | | | |



| INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# | INITIALS | SIGNATURE / ID# |
|---|---|---|---|---|---|
| | | | | | |

8/14/2008 — 12:59:44AM          **MAR Reporting Period from 0701-08/14 to 0700 -08/15**

Scanned by RODRIGUEZ, MONICA P in facility Lew Sterrett North Tower on 03/08/2010 16:00

**\*\*\* Order Renewal Form \*\*\***

PARKLAND DEPT OF PHARMACY SERVICES, 111 W. COMMERCE, DALLAS, TX, 75208 Telephone: 214-875-2460

Admission Date: 09/22/2009

**Book In # 09073266**

Allergies:

**Name: GREEN, GARY**

DOB: 3/14/1971     Sex: M

NORTH FLOOR 3 E/W -  Unit: NORT  Bed: 3E03

## EXPIRING ORDERS

| Drug | KOP | Start Date / Stop Date | Initial to Renew/Refill | Duration (180 day max) |
|------|-----|------------------------|-------------------------|------------------------|
| CLARITHROMYCIN 250MG TABS<br>AZEEM, MUHAMMAD<br>TAKE ONE TABLET(S) BY MOUTH TWICE DAILY FOR 7 DAYS | N | 03/03/2010<br>03/09/2010 | | |
| GUAIFENESIN/DM 100-15/5ML MLS<br>AZEEM, MUHAMMAD<br>10 ML BY MOUTH TWICE DAILY FOR 7 DAYS | N | 03/03/2010<br>03/09/2010 | | |

## Additional Orders

| Drug | Dose | Route | Schedule | Duration | Indication | KOP |
|------|------|-------|----------|----------|------------|-----|

Provider signature/ID#:_____ Date:_____ Time:_____

3/4/2010 6:28:34 AM                     Page 8

c:\temp\99393788.tif printed by mivap. (Page 1 of 1)

Scanned by SMITH, OCTAVIA D in facility Lew Sterrett North Tower on 12/30/2009 13:55

\#                                                                                    z

**Parkland Health & Hospital System**
**Dallas County Jail Health**
111 Commerce Street
Dallas, Texas
214-712-3032

**MEDICATION ORDER FORM**

Patient Name: _Green, Gary_

Book-in Number: _09073266_____

Date of Birth: _03/14/1971_ / Race:_B_

Date/ Time: _12/23/2009 10:22AM_

Jail Location: _Lew Sterrett North Tower, 6EO3_

Ordering Provider: _____
Allergies: __NO KNOWN ALLERGIES__

| D C | C h g | K O P | Drug | Dose | Route | Schedule | Duration-Days (Max 90) | Indication |
|---|---|---|---|---|---|---|---|---|
| ✓ | | | bernoyl peroxide top | | | MWF | 30d | Folliculitis |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Provider Signature: _____

Pager Number: _____  Fax Number: _____

* * * Please Fax Orders to Parkland Jail Health Pharmacy 214-875-2459 * * *

x  *40101394004042869934529800000* \#

c:\temp\98941941.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 120 of 250   PageID 6923

Scanned by SIERRA , LAVENA F CCA in facility Lew Sterrett West Tower on 11/11/2009 17:05

**#**                                                                                              **Z**

| **Parkland Health & Hospital System**<br>**Dallas County Jail Health**<br>**111 Commerce Street**<br>**Dallas, Texas**<br>**214-712-3032**<br><br>**MEDICATION ORDER FORM** | Patient Name: **Green, Gary**<br><br>Book-in Number: **09073266**<br><br>Date of Birth: **03/14/1971** / Race:**B**<br><br>Date/ Time: **11/05/2009 08:39AM**<br><br>Jail Location: **Lew Sterrett West Tower, 7P3** |
|---|---|

Ordering Provider: _____

Allergies: __**NO KNOWN ALLERGIES**__

| D C | C h g | K O P | Drug | Dose | Route | Schedule | Duration-Days (Max 90) | Indication |
|---|---|---|---|---|---|---|---|---|
| | ✓ | | Remeron | 15 mg | po | q pm | (90) | |
| | ✓ | | Hydroxyzine | 50 g | po | q pm | (90) | |
| ✓ | | | Celexa — — — — → Stop | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Provider Signature: _____ Amy Khan MD _____

Pager Number: _____    Fax Number: _____

* * * Please Fax Orders to Parkland Jail Health Pharmacy 214-875-2459 * * *

**X**  ||||||||||||||||||||||||||||||||||||||||||||||||||||||  **#**

c:\temp\98952910.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 121 of 250   PageID 6924

Scanned by VILLEGAS, MYRNA L in facility Lew Sterrett West Tower on 11/06/2009 11:17

REPRINT REPRINT REPRINT   *** NOT TO BE USED AS MAR***   REPRINT REPRINT REPRINT

Parkland Jail Health, 111 Commerce Street, Dallas, TX 75207  Telephone: 214-875-2460

Admission Date: 9/22/2009

Book-In # 000009073266

| Name: | Green, Gary | | | |
|---|---|---|---|---|
| Allergies: | No Known Allergies | | Unit  07P 03 | Unit Desc  West Tower 7 |
| DOB: | 3/14/1971  Sex  M | | Bed:  0002 | |

Administration Period: 11/3/2009 at 07:00 to 11/4/2009 at 06:59

| Drug | Route | KOP | StartDate | EndDate | Day 7:00-14:59 | Evening 15:00-22:59 | Night 23:00-06:59 |
|---|---|---|---|---|---|---|---|
| Amlodipine 5 Mg Tablet UD | | N | | | | | |
| 5MG | ORAL | Pavelka, Cathy S | 10/19/2009 | | →D\| C | | |
| 1 tablet by mouth daily | | | | | | | |
| Citalopram Hbr 40 Mg Tablet UD | | N | | | | | |
| 40MG | ORAL | Ridge, Todd | 9/30/2009 | | | | |
| 1 tablet by mouth every morning. Start on 10/6/09 | | | | | | | |
| Hydrochlorothiazide 25Mg Tb UD | | N | | | | | |
| 25MG | ORAL | Pavelka, Cathy S | 10/19/2009 | | | | |
| 1 tablet by mouth daily | | | | | | | |
| Loratadine 10 Mg Tablet | | Y | | | | | |
| 10MG | ORAL | Porco, Esmecil | 10/21/2009 | 10/31/2009 | | | |
| 1 tablet by mouth once a day for 10 days | | | | | | | |
| Mirtazapine 15 Mg Tablet UD | | N | | | | | |
| 15MG | ORAL | Ridge, Todd | 9/30/2009 | | | | |
| 1 tablet by mouth every evening | | | | | | | |

Additional Orders:

| Drug | Dose | Route | Schedule | Duration | Indication | KOP |
|---|---|---|---|---|---|---|

Provider signature / ID#: _____ _Unurunz_ ____40118____  Date: _11/3/09_  Time: _____

Administration Period: 11/3/2009 at 07:00 to 11/4/2009 at 06:59

REPRINT REPRINT REPRINT REPRINT REPRINT REPRINT REPRINT REPRINT REPRINT REPRINT REPRINT

Scanned by RIVERA, VALVINA, LVN in facility Lew Sterrett West Tower on 10/26/2009 13:09

# ***EXPIRING ORDERS RENEWAL FORM***
### Parkland Jail Health, 111 Commerce Street, Dallas, TX 75207  Telephone: 214-875-2460
Admission Date: 9/22/2009

Book-In # **000009073266**                     Name:   **Green, Gary**

Allergies: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮     Unit  **07P 03**        Unit Desc: West Tower 7

DOB:        3/14/1971  Sex   M          Bed:  **0002**         MD: **Sunde, Jon**

| Drug | Route | KOP | StartDate | Initial to acknowledge expiry as scheduled | Initial to Renew/ | Duration (90 day max) |
|------|-------|-----|-----------|---------------------------------------------|-------------------|------------------------|
| Amlodipine 5 Mg Tablet UD | | N | | 10/21/2009 | | |
| 5MG | ORAL | | 9/22/2009 | | *Sp* | 30 |
| 1 tablet by mouth daily | | | | _____ | | |
| Hydrochlorothiazide 25Mg Tb UD | | N | | 10/21/2009 | | |
| 25MG | ORAL | | 9/22/2009 | | *Sy* | 30 |
| 1 tablet by mouth daily | | | | _____ | | |

## ADDITIONAL ORDERS

| Drug | Dose | Route | Schedule | Duration | Indication | KOP |
|------|------|-------|----------|----------|------------|-----|
| | | | | | | |

*Seen 9/30/09   by Dr. K.*

*F/u   11/3/09*

Provider signature / ID#: _____   Date: *10/16/09*  Time: _____

Administration Period: 10/16/2009 at 07:00 to 10/17/2009 at 06:59

Scanned by ALEMAN, STEPHANIE M CMA in facility Lew Sterrett West Tower on 10/01/2009 13:31

**Parkland Health & Hospital System**
**Dallas County Jail Health**
111 Commerce Street
Dallas, Texas
214-712-3032

**MEDICATION ORDER FORM**

Patient Name: Green, Gary
Book-in Number: 09073266
Date of Birth: 03/14/1971 / Race: B
Date/ Time: 09/29/2009 09:45AM
Jail Location: Lew Sterrett West Tower, 3P12

Ordering Provider: _____ T.Ridge
MSN APRN BC ANP
28837
Allergies: NO KNOWN ALLERGIES

| D C | C h g | K O P | Drug | Dose | Route | Schedule | Duration-Days (Max 90) | Indication |
|---|---|---|---|---|---|---|---|---|
| Increase | | | Remeron | 15mg | po | QPM | x90d | Mood |
| Start | | | Celexa | 20mg | po | QAM | x5d | Mood then ↑ |
| | | | Celexa | 40mg | po | QAM | x90d | |

Provider Signature: T. Ridge   T.Ridge MSN APRN BC ANP 28837   9-29-09 0957
Pager Number: _____   Fax Number: _____   Fvc pharm

*** Please Fax Orders to Parkland Jail Health Pharmacy 214-875-2459 ***

c:\temp\98681781.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 124 of 250   PageID 6927

Scanned by SMITH, OCTAVIA D in facility Lew Sterrett West Tower on 09/29/2009 18:24

\#                                                                                        z

| **Parkland Health & Hospital System** | Patient Name: _Green, Gary_ |
| **Dallas County Jail Health** | |
| **111 Commerce Street** | Book-in Number: _09073266_ |
| **Dallas, Texas** | |
| **214-712-3032** | Date of Birth: _03/14/1971_ / Race:_B_ |
| | Date/ Time: _09/29/2009 09:45AM_ |
| **MEDICATION ORDER FORM** | |
| | Jail Location: _Lew Sterrett West Tower, 3P12_ |

Ordering Provider: _____ T.Ridge
Allergies: __NO KNOWN ALLERGIES___      MSN APRN BC ANP
                                         28837

| D C | C h g | K O P | Drug | Dose | Route | Schedule | Duration-Days (Max 90) | Indication |
|---|---|---|---|---|---|---|---|---|
| Increase | | | Remeron | 15mg | po | QPM | x90d | Mood |
| Start | | | Celexa | 20mg | po | QAM | x5d | Mood then ↑ |
| | | | Celexa | 40mg | po | QAM | x90d | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Provider Signature: _____ T.Ridge        9-29-09  0957
                                              MSN APRN BC ANP
Pager Number: _____ Fax Number: _____    28837        Fax Pharm
                                                                              B?

*** Please Fax Orders to Parkland Jail Health Pharmacy 214-875-2459 ***

x   |||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||   \#

c:\temp\98644929.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 125 of 250   PageID 6928

Scanned by SMITH, OCTAVIA D in facility Lew Sterrett West Tower on 09/24/2009 16:36

\#    z

| | | |
|---|---|---|
| **Parkland Health & Hospital System**<br>**Dallas County Jail Health**<br>**111 Commerce Street**<br>**Dallas, Texas**<br>**214-712-3032**<br><br>**MEDICATION ORDER FORM** | Patient Name: __Green, Gary__<br><br>Book-in Number: __09073266__<br><br>Date of Birth: __03/14/1971__ / Race:__B__<br><br>Date/ Time: __09/24/2009 06:18AM__<br><br>Jail Location: __Lew Sterrett West Tower. 3P12__ |

Ordering Provider: _____    **T.Ridge**

Allergies: __NO KNOWN ALLERGIES__    MSN APRN BC ANP
          28837

| D/C | Chg | KOP | Drug | Dose | Route | Schedule | Duration-Days (Max 90) | Indication |
|---|---|---|---|---|---|---|---|---|
| Start | | | Remevon | 7.5mg | po | QPM | x15d | Mood |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | 1st Dose Today Please | | | | | | |
| | | | | | | | | |

       T.Ridge<br>
       MSN APRN BC ANP<br>
       28837      9-24-09  1147

Provider Signature: ___T. Ridge___

Pager Number: _____    Fax Number: _____    RJCS984 DO

**\* \* \* Please Fax Orders to Parkland Jail Health Pharmacy 214-875-2459 \* \* \***

x    |||||||||||||||||||||||||||||||||||    \#

c:\temp\96049463.tif printed by mivap. (Page 1 of 1)

Scanned by AZEEZ-BELLO, TAIBAT 0 LVN in facility Lew Sterrett North Tower on 09/09/2008 17:02

**#**                                                                     **z**

| Parkland Health & Hospital System | Patient Name: **Green, Gary** |
|---|---|
| **Dallas County Jail Health** | |
| **111 Commerce Street** | Book-in Number: **08062551** |
| **Dallas, Texas** | |
| **214-712-3032** | Date of Birth: **03/14/1971** |
| **MEDICATION ORDER FORM** | Date/ Time: **09/09/2008 11:54AM** |
| | Jail Location: **Lew Sterrett North Tower, 5W06** |

Ordering Provider: **URB-1**

Allergies: ___**NO KNOWN ALLERGIES**_____

| D C | C h g | K O P | Drug | Dose | Route | Schedule | Duration-Days (Max 90) | Indication |
|---|---|---|---|---|---|---|---|---|
| | | | Ibuprofen | 600 Mg | PO | BID | 14 d | pain |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Provider Signature: _____

Pager Number: _____  Fax Number: _____

* * * Please Fax Orders to Parkland Jail Health Pharmacy 214-875-2459 * * *

**x**                                                                     **#**

c:\temp\95969655.tif printed by mivap. (Page 1 of 1)

Scanned by WILSON, MELONIE D in facility Lew Sterrett Infirmary on 08/29/2008 08:33

REPRINT REPRINT REPRINT   *** NOT TO BE USED AS  MAR***   REPRINT REPRINT REPRINT

Parkland Jail Health, 111 Commerce Street, Dallas, TX 75207  Telephone: 214-875-2460

Admission Date: 8/12/2008

Book-In # 000008062551

Name:      Green, Gary
Allergies:
DOB:         3/14/1971  Sex   M

Unit  3MW02        Unit Desc: Medical Ward
Bed:  0010

Administration Period: 8/21/2008 at 07:00 to 8/22/2008 at 06:59

| Drug | Route | KOP | StartDate | EndDate | Day 7:00-14:59 | Evening 15:00-22:59 | Night 23:00-06:59 |
|---|---|---|---|---|---|---|---|
| Clonidine Hcl 0.2 Mg Tablet UD 0.2MG   ORAL 1 tablet by mouth twice a day | | N | 8/13/2008 | AS 8/21/08 | | | |
| Hydrochlorothiazide 25Mg Tb UD 25MG   ORAL 1 tablet by mouth daily | | N | 8/13/2008 | | | | |

Additional Orders:

| Drug | Dose | Route | Schedule | Duration | Indication | KOP |
|---|---|---|---|---|---|---|
| Clonidine | 0.3 mg | po | bid | 90 day | HTN | |
| Norvasc | 10 mg | po | q daily | " | " | |

Provider signature / ID#: _____ 260h ___  Date: 8/21/08  Time:

Administration Period: 8/21/2008 at 07:00 to 8/22/2008 at 06:59

REPRINT REPRINT REPRINT REPRINT REPRINT REPRINT REPRINT REPRINT REPRINT REPRINT REPRINT

Thursday, August 21, 2008

Page 1 of 4

c:\temp\95881498.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 128 of 250   PageID 6931

Scanned by EMPY, SONYA in facility Lew Sterret Infirmary on 08/17/2008 13:36

08062551
Black                    Male
03/14/1971          Non Hispar
*3MUN*

**Parkland Health & Hospital System**
**Dallas County Jail Health**
**Dallas, Texas**

**Tuberculosis Screening Form**

Patient Name:
Book-in Numb  GREEN, GARY
Date of Birth:
Social Security Number:
Jail Location:

Book-In Date: _____ 8 - 12 _____

**Tuberculosis Screening Questions:**

|                                                    | Yes | No |
| -------------------------------------------------- | --- | -- |
| Human Immunodeficiency Virus ?                     | o   | o  |
| Tested Positive for tuberculosis in the past?      | o   | o  |
| Have you ever been treated for tuberculosis?       | o   | o  |
| When was your last chest x-ray?                    |     |    |

When? _____   Where? _____
Date: _____

**Any signs or symptoms of tuberculosis?**

|                           | Yes | No |
| ------------------------- | --- | -- |
| Cough longer than 3 weeks | o   | o  |
| Coughing up blood         | o   | o  |
| Night sweats              | o   | o  |
| Unexplained weight loss   | o   | o  |

Screened by (Staff Signature/Parkland Employee Identification Number): _____

Staff Signature/Parkland Employee
Identification Number:

**Purified Protein Derivative Testing**
**(Tuberculosis Skin Test):**

Date test placed: _____ 8 - 12 _____
Date test read/result in mm: _____ 8-15 _____
Date chest x-ray ordered: _____

Staff Signature/Parkland Employee
Identification Number:

|                         | Yes | No |
| ----------------------- | --- | -- |
| Result entered in       | o   | o  |
| Electronic Medical Record |   |    |
| Released:               | o   | o  |

Date of Release: _____

**(Skin Test is POSITIVE if greater than 10 millimeters; or greater than 5 millimeters if positive for Human Immunodeficiency Virus)**

# DALLAS COUNTY JAIL HEALTH
## MENTAL DISABILITY/SUICIDE INTAKE

**PATIENT NAME:** GREEN, GARY     **BOOK-IN #:** 09073266  **AGE:** 38 Years **DATE:** 09/27/2009 15:29
**F(  )ity:** Lew Sterrett West Tower  **LAI:** 580396  **CELL:** 3P12 **RACE:** B
**Most recent vitals from 09/26/2009:** BP: 171 / 114 (Sitting)  Wt.  Height  Pulse: 114 (Sitting)  Resp.: 20 / min  Temp:
**CURRENT MEDICATIONS:**

**ALLERGIES:** NO KNOWN ALLERGIES

S: Met with patient today to assess his level of suicidality. Mr. Green said that he wants to kill himself. When asked how he intended to kill himself, he replied that he did not have the necessary tools to accomplish his goal, but if he got a chance, he'd like to overdose on sleeping pills. He told this staff that he was charged with capital murder and that, as a big, black male, he fully expects to get the death penalty. Mr. Green told this staff that he was shaken by the fact that his wife wanted to leave him and that he snapped.

O: The patient appeared to be extremely depressed and was tearful as he talked about his late wife and her daughter. He expressed a sense of hopelessness and helplessness that indicated a high risk of suicide. This patient has a history (by report) of multiple suicide attempts.

A: Depressed and actively suicidal. This patient may be considered to be at a serious risk for suicide.

P: Continue SP. Monitor closely.


        Electronically Signed by VARGHESE, KOSHY  MHL on 09/27/2009.
        ##And No Others##

c:\temp\100251761.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 130 of 250   PageID 6933

Scanned by NAGEL, JOHN M CCA in facility Lew Sterrett North Tower on 04/26/2010 13:44

*Mental Health" (Urgent)*

**Parkland Health & Hospital System**
**Dallas County Jail Health**
**Dallas, Texas**

**SICK CALL REQUEST**
**(KITE)**

Name: *Gary Lewand Bread*

Book-in Number: *09073266*

Date of Birth: *03/14/71*

Jail Tower: *North*   Jail Tank: *03-8-03*

☐ Medical    ☐ Dental    ☑ Mental Health    Date: *04/09/10*

State Your Problem: ( Please write legibly and state your problem specifically. )

*I haven't been to sleep with in a week (7) or (8) days*
*now. Reasons unknown other then I just can't sleep!*
*Please give me something to help me sleep. I would*
*like to go to sleep but when I try my mind want stop racing !!! (Urgent)*

*Please do not write below this line*************************Please do not write below this line*

**(Health Service Staff Only)**

Triaged By: *[signature] 2804*   Triage Time and Date: *1314   4-9-10*

☐ Emergent    ☐ Urgent    ☑ Routine

**Subjective:**

*PE: Yo med not working. Hot*

**Objective:** BP _____ P _____ Respirations _____ Temp _____

*Med prescribed on 04/01/2010*
*Pt to continue on current med & evaluate*
*effectiveness in 2 weeks.*

**Assessment:** *No acute distress.*

**Plan:** *No MHR this time.*

*[signature]   04/22/10*

**Disposition:** ☐ Cell Side Resolution    ☐ Plan of Care Discussed with Patient
☐ Send to Clinic Now

*4/9/10*
*10:36*

*All Follow-up appointments require EMR Reminders!*

☐ RN Follow-up (next day)    ☐ Provider Follow-up    ☐ Routine    ☐ Urgent

☐ Clinic Appointment Date: _____    ☐ Appointment put in EMR

Nurse/MHL Signature          Printed Name and ID #          Date / Time

c:\temp\99706535.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 131 of 250   PageID 6934

Scanned by NAGEL, JOHN M CCA in facility Lew Sterrett North Tower on 02/11/2010 15:35

| Parkland Health & Hospital System | Name: *Gary Renard Green* |
|---|---|
| Dallas County Jail Health | Book-in Number: *09073266* |
| Dallas, Texas | Date of Birth: *03/14/71* |
| **SICK CALL REQUEST** (KITE) | Jail Tower: *North* Jail Tank: *G-W-04* |

☑ Medical   ☐ Dental   ☐ Mental Health     Date: *02/01/10*

**State your problem:** (Please write legibly and state your problem specifically)

*I request to see the doctor concerning a eye exam so that I could get some prescription glasses sent in. I need glasses for reading & writing to just need the exam to get the glasses sol please assist me. Thank you.*

**Please do not write below this line**

**(Health Service Staff Only)**

Triaged by: *King Lew RN*     Triage time and date: *4/1/10   1932*

☐ Emergent          ☐ Urgent          ☑ Routine

**Subjective:**

**Objective: BP _____ P _____ Respirations _____ Temp _____**

*requested for recommended eye glasses*

**Assessment:**

**Plan:**   *refer to provider for eval.*

**Disposition:** ☐ Cell side resolution     ☑ Plan of care discussed with patient

☐ Send to clinic now

**All Follow-up appointments require EMR reminders!**

☐ RN Follow-up (next day)     ☐ Provider Follow-up: ☐ Routine ☐ Urgent

☐ Clinic appointment date: *2/2/10*     ☐ Appointment put in EMR

_____        _____ *28772*        *2/1/10*
Nurse/MW signature      Printed name and ID#          Date/Time

*2-1-10*

Date/ Time Stamp:

Scanned by MIRELEZ, MICHAEL J CCA in facility Lew Sterrett West Tower on 11/12/2009 10:59

*09073266*

**DALLAS COUNTY JAIL HEALTH**
**MENTAL HEALTH FOLLOWUP NOTE**

**PATIENT NAME:** Green, Gary     **BOOK-IN #:** 09073266     **DATE:** 11/05/2009 08:39AM  **RACE:** B
**FACILITY:** Lew Sterrett West Tower  **LAI #:** 580396  **CELL:** 7P3

**Most recent vitals from 11/03/2009:** BP: 166 / 109 (Sitting)  Wt. 149 Lbs. Height 64 in. Pulse: 73 (Sitting)  Resp.: 18 / min Temp: 97.5 (Oral)

**CURRENT MEDICATIONS:**
LISINOPRIL TAB  20 M 20MG TABS,  1 TABS ORAL     BID

**ALLERGIES:** NO KNOWN ALLERGIES

**SUBJECTIVE:** Hist. Dx:                                    See Previous & MHL Screen

*"I wish I could sleep"*
*c/o sleeping only 1½ hour.*

**MENTAL STATUS:** A/O        drowsy/dull/slow   psychotic       delirium/stupor
**Affect:**       appropriate/full range   euphoric       inappropriate    constricted/flat/blunted
**Attitude:**     cooperative      hostile/evasive   manipulative     guarded
**Mood:**       normal/cooperative   dysphoric/depressed  withdrawn/hopeless grieving
               positive/hopeful    disrespectful     impatient/irritable  angry/agitated / violent
               sarcastic        suspicious/fearful  distrustful/distressed
               labile/tearful    euphoric
**Psychomotor:**   normal     increased     decreased        ataxic
**Thought Process:** goal directed, linear and logical          tangential/LOA/circumstantial/disorganized/FOI/concrete
**Speech:**      normal rate, volume pressured          slurred    slow/latency    mute
**Sleep:**      normal     decreased            increased
**Insight / Judgment:**    adequate    fair        poor
**Thought Content:**   congruent w/process
**Hallucinations:** No/Yes   Auditory        Visual    Tactile       Olfactory   Gustatory
**Delusions:**     No/Yes   Paranoid   Grandiose  Persecutory   Somatic  Bizarre   Ideas of Reference
**Involuntary Mvmts:**    None     EPS        Acute dystonia   TD       Tremor    Other

Note
7 pm NW
11/8/2

**SUICIDALITY:**  ) Denies

**HOMICIDALITY:**

**ASSESSMENT:**
**AXIS I:**  Adjustment d/o c̄ depressed mood, opioid abuse
**AXIS II:**
**AXIS III:** HTN.
**AXIS IV:** Legal, Incarceration
**AXIS V:** GAF 58

—med education
done including
risk of SE.

**PLAN:**
1. Patient does/does not demonstrate/verbalize understanding and agreement with Plan of Care
2. RTC _____ 2 _____ days/weeks/months     Date: _____
3. Get records from _____
4. Labs    CBC w/Diff    CMP   Hep   Fxn   TSH   VPA/Li+/CBZ
5. Medication:

—Pt consented for meds

① Stop Celexa
② Remeron 15γ po q pm    Amir Khan    (MD)PA-C/ARNP

*IIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIII*

③ Hydroxyzine 50 mg PO q pm

Scanned by SMITH, OCTAVIA D in facility Lew Sterrett West Tower on 09/26/2009 16:49

**DALLAS COUNTY JAIL HEALTH**
**MENTAL HEALTH FOLLOWUP NOTE**    *Suicide Evaluation*

**PATIENT NAME:** Green, Gary     **BOOK-IN #:** 09073266     **DATE:** 09/26/2009 06:52AM
**FACILITY:** Lew Sterrett West Tower **LAI #:** 580396 **CELL:** 3P12 **RACE:** B

**Most recent vitals from 09/25/2009:** BP: 157 / 109 (Sitting) Wt. Height Pulse: 89 (Sitting) Resp.: 18 / min Temp:

**CURRENT MEDICATIONS:**     *Seen today for suicide evaluation.*

**ALLERGIES:** NO KNOWN ALLERGIES     *Ide is still feeling depressed. No motivation*

**SUBJECTIVE:** Hist. Dx:     _____ See Previous & MHL Screen
                             *Ide is feeling safe on suicide watch.*

**MENTAL STATUS:** A/O           drowsy/dull/~~slow~~ (circled)  psychotic        delirium/stupor
**Affect:**      appropriate/full range   euphoric         inappropriate    constricted/flat/blunted
**Attitude:**    cooperative              hostile/evasive  manipulative     guarded
**Mood:**        normal/cooperative       dysphoric/~~depressed~~ (circled)     withdrawn/hopeless grieving
                 positive/hopeful         disrespectful    impatient/irritable  angry/agitated / violent
                 sarcastic                suspicious/fearful  distrustful/distressed
                 labile/tearful           euphoric
**Psychomotor:** ~~normal~~ (circled)     increased        decreased        ataxic
**Thought Process:** goal directed, linear and logical       tangential/LOA/circumstantial/disorganized/FOI/concrete
**Speech:**      ~~normal~~ (circled) rate, volume pressured                  slurred          slow/latency     mute
**Sleep:**       ~~normal~~ (circled)     decreased        increased
**Insight / Judgment:** _____ adequate        fair        poor
**Thought Content:** congruent w/process
**Hallucinations:** ~~No~~/Yes    Auditory          Visual     Tactile        Olfactory    Gustatory
**Delusions:**    ~~No~~/Yes    Paranoid        Grandiose  Persecutory  Somatic  Bizarre   Ideas of Reference
**Involuntary Mvmts:**         None     EPS    Acute dystonia        TD        Tremor      Other
**SUICIDALITY:** *Yes*
**HOMICIDALITY:** *No*

**ASSESSMENT:**
**AXIS I:**     *Adjustment disorder NOS*
**AXIS II:**
**AXIS III:**
**AXIS IV:**
**AXIS V:** . GAF
**PLAN:**
1.  Patient does/does not demonstrate/verbalize understanding and agreement with Plan of Care
2.  RTC _____ days/weeks/months        Date: _____ *9/27/09*
3.  Get records from _____                                        *[signature] Nadiy Huur 9/26/09*
4.  Labs      CBC w/Diff     CMP     Hep     Fxn     TSH     VPA/Li+/CBZ
5.  Medication:

    ⊙ *Continue suicide watch.*

    ⊙ *RTC 9/27/09*                          _____ MD/PA-C/ARNP

X   ||||||||||||||||||||||||||||||||||||||||||||||||||||||||||    #

    ⊙ *Smock + mattress.*

              *5 nodes*

Case 3:15-cv-02197-M-BH Document 24-63 Filed 08/01/16 Page 134 of 250 PageID 6937
Scanned by SMITH, OCTAVIA D in facility Lew Sterrett West Tower on 10/02/2009 12:42

**Parkland Health & Hospital System**
Dallas County Jail Health

## Suicide Precaution Orders

Patient Name: _Green, Gary_

Book-in Number: _09073266_

Jail Location: _3P12_

Date/Time: _____

## I. Suicide Precaution:

□ Active suicidal thoughts / plans
□ No suicidal thoughts / plans

□ Recent suicidal thoughts / attempts

**Check only one box:**
□ Start/Continue suicidal precautions

□ Start/Continue crisis stabilization

□ **Discontinue suicidal precautions**

□ **Discontinue crisis stabilization**

## II. Special Instructions:

(A) When an inmate is ordered on suicide precautions, following items should be given to inmate unless prohibited for clinical or safety reason per Provider's order:
1) Suicide smock (paper drape only if smock is unavailable)
2) Mattress
3) 24 inches of toilet tissue and 24 inches each use
4) One Styrofoam cup
5) Finger tooth brush with tooth paste daily (to be taken away after use)
6) Towel (issued and taken away immediately after use)
7) Daily day room privileges for shower and telephone (Check if contraindicated □)
8) Other: _____

(B) Suicide Precaution: (Medical staff may order)
□ Jumpsuit/uniform    □ Undergarment    □ Unlaced footwear
□ Reading Material    □ Soft rubber pen    □ Toothbrush and toothpaste
□ Toilet paper    □ Sanitary Napkins
□ Other_____

## III. Housing:

□ Crisis Stabilization Program-Male(West Tower, 3P 11-3P 12)
□ Crisis Stabilization Program-Female (North Tower, 2-East, 2-West Lower)
□ Close Observation (CBO)  □ Open Observation (OBO)  □ General Population (GP)
□ Special observation area in Central Intake
□ Personal Belongings
Reasons (if any), _8 man OBO_

Nurse's Name:_____ Sign_____ Date/Time:_____

Provider's Name_____ Sign. MSN APRN-BC ANP  T.Bridge 28897  Date/Time: _9-30-09_

c:\temp\98714721.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 135 of 250   PageID 6938

Scanned by SMITH, OCTAVIA D in facility Lew Sterrett West Tower on 10/02/2009 12:42

| Parkland Health & Hospital System
Dallas County Jail Health | Patient Name: _Green, Gary_ |
|---|---|
| **Suicide Precaution Orders** | Book-in Number: _09073266_ |
| | Jail Location: _3P12_ |
| | Date/Time:_____ |

## I. Suicide Precaution:

- □ Active suicidal thoughts / plans      □ Recent suicidal thoughts / attempts
- □ No suicidal thoughts / plans

**Check only one box:**

- □ Start/Continue suicidal precautions            □ Start/Continue crisis stabilization
- □ Discontinue suicidal precautions             □ Discontinue crisis stabilization

## II. Special Instructions:

(A) When an inmate is ordered on suicide precautions, following items should be given to inmate unless prohibited for clinical or safety reason per Provider's order:

1) Suicide smock (paper drape only if smock is unavailable)
2) Mattress
3) 24 inches of toilet tissue and 24 inches each use
4) One Styrofoam cup
5) Finger tooth brush with tooth paste daily (to be taken away after use)
6) Towel (issued and taken away immediately after use)
7) Daily day room privileges for shower and telephone (Check if contraindicated . □)
8) Other: _____

(B) Suicide Precaution: (Medical staff may order)

- □ Jumpsuit/uniform        □ Undergarment        □ Unlaced footwear
- □ Reading Material        □ Soft rubber pen      □ Toothbrush and toothpaste
- □ Toilet paper           □ Sanitary Napkins
- □ Other_____

## III. Housing:

- □ Crisis Stabilization Program-Male(West Tower, 3P 11-3P 12)
- □ Crisis Stabilization Program-Female (North Tower, 2-East, 2-West Lower)
- □ Close Observation (CBO)  □ Open Observation (OBO)  □ General Population (GP)

8rar OBO

Provider's Name_____ Sign. _MSN APRN BC ANP 28897_  Date/Time: _4-50-09_

Scanned by SMITH, OCTAVIA D in facility Lew Sterret West Tower on 10/02/2009 12:43

| Parkland Health & Hospital System | Patient Name: _Green, Gary_ |
|---|---|
| Dallas County Jail Health | **Book-in Number:** _09073266_ |
| **Suicide Precaution Orders** | **Jail Location:** _3P12_ |
| | **Date/Time:** _____ |

P<5974
RP

## I. Suicide Precaution:

☐ Active suicidal thoughts / plans          ☐ Recent suicidal thoughts / attempts
☐ No suicidal thoughts / plans

**Check only one box:**
☐ Start/Continue suicidal precautions          ☐ Start/Continue crisis stabilization

☐ Discontinue suicidal precautions          ☐ Discontinue crisis stabilization

## II. Special Instructions:

(A) When an inmate is ordered on suicide precautions, following **items should be given** to inmate
   unless prohibited for clinical or safety reason per Provider's order:
   1) Suicide smock (paper drape only if smock is unavailable)
   2) Mattress
   3) 24 inches of toilet tissue and 24 inches each use
   4) One Styrofoam cup
   5) Finger tooth brush with tooth paste daily (to be taken away after use)
   6) Towel (issued and taken away immediately after use)
   7) Daily day room privileges for shower and telephone (Check if contraindicated   ☐)
   8) Other: _____

(B) **Suicide Precaution:** (Medical staff may order)
   ☐ Jumpsuit/uniform          ☐ Undergarment          ☐ Unlaced footwear
   ☐ Reading Material          ☐ Soft rubber pen          ☐ Toothbrush and toothpaste
   ☐ Toilet paper          ☐ Sanitary Napkins
   ☐ Other_____

## III. Housing:

☐ Crisis Stabilization Program-Male (West Tower, 3P 11-3P 12)
☐ Crisis Stabilization Program-Female (North Tower, 2-East, 2-West Lower)
☐ Close Observation (CBO)   ☐ Open Observation (OBO)   ☐ General Population (GP)
☐ Special observation area in Central Intake
☐ Personal Belongings
Reasons (if any), _____

Nurse's Name: _____ Sign _____ Date/Time: _____

Provider's Name _____ Sign. T.Bidge MSN APRN-BC ANP 28837 Date/Time: 9-29-09

c:\temp\98694686.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 137 of 250   PageID 6940

Scanned by RODRIGUEZ, MONICA P in facility Lew Sterrett West Tower on 09/30/2009 11:50

| Parkland Health & Hospital System<br>Dallas County Jail Health<br><br>**Suicide Precaution Orders** | Patient Name: _Green, Gary_<br><br>Book-in Number: _09073266_<br><br>Jail Location: _3P12_<br><br>Date/Time: _____ |
|---|---|

## I. Suicide Precaution:
- ☐ Active suicidal thoughts / plans        ☐ Recent suicidal thoughts / attempts
- ☐ No suicidal thoughts / plans

Check only one box:
- ☐ Start/Continue suicidal precautions        ☐ Start/Continue crisis stabilization
- ☐ **Discontinue suicidal precautions**        ☐ Discontinue crisis stabilization

## II. Special Instructions:
(A) When an inmate is ordered on suicide precautions, following **items should be given** to inmate unless prohibited for clinical or safety reason per Provider's order:
   1) Suicide smock (paper drape only if smock is unavailable)
   2) Mattress
   3) 24 inches of toilet tissue and 24 inches each use
   4) One Styrofoam cup
   5) Finger tooth brush with tooth paste daily (to be taken away after use)
   6) Towel (issued and taken away immediately after use)
   7) Daily day room privileges for shower and telephone (Check if contraindicated   ☐)
   8) Other: _____

(B) Suicide Precaution: (Medical staff may order)
- ☐ Jumpsuit/uniform        ☐ Undergarment        ☐ Unlaced footwear
- ☐ Reading Material        ☐ Soft rubber pen        ☐ Toothbrush and toothpaste
- ☐ Toilet paper        ☐ Sanitary Napkins
- ☐ Other_____

## III. Housing:
- ☐ Crisis Stabilization Program-Male (West Tower, 3P 11-3P 12)
- ☐ Crisis Stabilization Program-Female (North Tower, 2-East, 2-West Lower)
- ☐ Close Observation (CBO)  ☐ Open Observation (OBO)  ☐ General Population (GP)
- ☐ Special observation area in Central Intake
- ☐ Personal Belongings
Reasons (if any), _____

Nurse's Name:_____ Sign_____ Date/Time:_____

Provider's Name_____ Sign._____ Date/Time: _9-28-09_

T.Bridge
MSN APRN BC ANP
26837

c:\temp\98666420.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH  Document 24-63  Filed 08/01/16  Page 138 of 250  PageID 6941

Scanned by SMITH, OCTAVIA D in facility Lew Sterrett West Tower on 09/26/2009 16:43

# DALLAS COUNTY JAIL HEALTH

## ORDER - SUICIDE PRECAUTIONS/UPDATE FORM

Date: 09/26/2009 06:52AM  Location: Lew Sterrett West Tower

NAME:  Green, Gary  BI# 09073266

DOB: 03/14/1971 Race/Sex: B / M

Suicidal Precautions Authorized By:_____

Special Instructions or Orders:_____

Nursing Supervisor Notified:_____

Nurse's Signature:_____

Physician Name (Print)_____ Signature:_____

## UPDATE - SUICIDE PRECAUTIONS

NAME: Green, Gary  BI# 09073266

LOCATION: Lew Sterrett West Tower DOB:  03/14/1971  _____Continue Suicide Precautions

Date/Time: 09/26/2009 06:52AM

Transfer Inmate To:_N I A__ Special Instructions:_Smour + Mattres._

Physician Name (Print):_S. REDDY__ Signature:_Medef_

## DISCONTINUE - SUICIDE PRECAUTIONS

NAME: Green, Gary  BI# 09073266

LOCATION: Lew Sterrett West Tower DOB:  03/14/1971  _____Discontinue Suicide Precautions

Date/Time: 09/26/2009 06:52AM

Transfer Inmate To:_____ Special Instructions: _____

Physician Name (Print): _____ Signature:_____

X  |||||||||||||||||||||||||||||||||||||||||||||||||||||||||  #

Scanned by SMITH, OCTAVIA D in facility Lew Sterrett West Tower on 09/26/2009 16:47

| Dallas County Jail Health | Patient Name: **Green, Gary** |
|---|---|
| **Suicide Precaution Orders** | Book-in Number: **09073266** |
| | Jail Location: **3P12** |
| | Date/Time: **09/25/2009** |

## I. Suicide Precaution:

☐ Active suicidal thoughts / plans     ☐ Recent suicidal thoughts / attempts
☐ **No suicidal thoughts / plans**

**Check only one box:**
☐ Start/Continue suicidal precautions          ☐ Start/Continue crisis stabilization

☐ **Discontinue suicidal precautions**          ☐ **Discontinue crisis stabilization**

## II. Special Instructions:

(A) When an inmate is ordered on suicide precautions, following **items should be given** to inmate unless prohibited for clinical or safety reason per Provider's order:
1) Suicide smock (paper drape only if smock is unavailable)
2) Mattress
3) 24 inches of toilet tissue and 24 inches each use
4) One Styrofoam cup
5) Finger tooth brush with tooth paste daily (to be taken away after use)
6) Towel (issued and taken away immediately after use)
7) Daily day room privileges for shower and telephone (Check if contraindicated   ☐)
8) Other: _____

(B) Suicide Precaution: (Medical staff may order)
☐ Jumpsuit/uniform          ☐ Undergarment          ☐ Unlaced footwear
☐ Reading Material          ☐ Soft rubber pen          ☐ Toothbrush and toothpaste
☐ Toilet paper          ☐ Sanitary Napkins
☐ Other    Blanket

## III. Housing:

☐ Crisis Stabilization Program-Male(West Tower, 3P 11-3P 12)
☐ Crisis Stabilization Program-Female (North Tower, 2-East, 2-West Lower)
☐ Close Observation (CBO)   ☐ Open Observation (OBO)   ☐ General Population (GP)
☐ Special observation area in Central Intake
☐ Personal Belongings
Reasons (if any), _____

Nurse's Name: _____ Sign _____ Date/Time: _____

Provider's Name _____ Sign T.Ridge SMSN APRN BC ANP 28837    Date/Time: **09/25/2009**

c:\temp\98652937.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 140 of 250   PageID 6943

Scanned by SMITH, OCTAVIA D in facility Lew Sterrett West Tower on 09/24/2009 16:35

Patient Name: _Green, Gary_

**Dallas County Jail Health**

## Suicide Precaution Orders

Book-in Number: _09073266_

Jail Location: _3 P12_

Date/Time: _____

_FUE 5984_

## I. Suicide Precaution:
- □ Active suicidal thoughts / plans
- □ No suicidal thoughts / plans
- □ Recent suicidal thoughts / attempts

Check only one box:
- □ Start/Continue suicidal precautions
- □ Start/Continue crisis stabilization
- □ Discontinue suicidal precautions
- □ Discontinue crisis stabilization

## II. Special Instructions:
(A) When an inmate is ordered on suicide precautions, following items should be given to inmate unless prohibited for clinical or safety reason per Provider's order:
  1) Suicide smock (paper drape only if smock is unavailable)
  2) Mattress
  3) 24 inches of toilet tissue and 24 inches each use
  4) One Styrofoam cup
  5) Finger tooth brush with tooth paste daily (to be taken away after use)
  6) Towel (issued and taken away immediately after use)
  7) Daily day room privileges for shower and telephone (Check if contraindicated □)
  8) Other: _____

(B) **Suicide Precaution:** (Medical staff may order)
- □ Jumpsuit/uniform
- □ Undergarment
- □ Unlaced footwear
- □ Reading Material
- □ Soft rubber pen
- □ Toothbrush and toothpaste
- □ Toilet paper
- □ Sanitary Napkins
- □ Other_____

## III. Housing:
- □ Crisis Stabilization Program-Male(West Tower, 3P 11-3P 12)
- □ Crisis Stabilization Program-Female (North Tower, 2-East, 2-West Lower)
- □ Close Observation (CBO)   □ Open Observation (OBO)   □ General Population (GP)
- □ Special observation area in Central Intake
- □ Personal Belongings
- Reasons (if any), _____

Nurse's Name:_____ Sign_____ Date/Time:_____

Provider's Name_____ Sign **T.Ridge MSN APRN BC FNP 28837** Date/Time: _9-24-09_

Scanned by SMITH, OCTAVIA D in facility Lew Sterret West Tower on 09/23/2009 16:03

**Dallas County Jail Health**

## Suicide Precaution Orders

Patient Name: _Green, Gary_

Book-in Number: _09073266_

Jail Location: _3P12_

Date/Time: _____

F\cx 5P4

## I. Suicide Precaution:
- ☐ Active suicidal thoughts / plans   ☐ Recent suicidal thoughts / attempts
- ☐ **No suicidal thoughts / plans**

Check only one box:
- ☐ Start/Continue suicidal precautions    ☐ Start/Continue crisis stabilization
- ☐ Discontinue suicidal precautions    ☐ **Discontinue crisis stabilization**

## II. Special Instructions:
(A) When an inmate is ordered on suicide precautions, following **items should be given** to inmate unless prohibited for clinical or safety reason per Provider's order:
1) Suicide smock (paper drape only if smock is unavailable)
2) Mattress
3) 24 inches of toilet tissue and 24 inches each use
4) One Styrofoam cup
5) Finger tooth brush with tooth paste daily (to be taken away after use)
6) Towel (issued and taken away immediately after use)
7) Daily day room privileges for shower and telephone (Check if contraindicated   ☐)
8) Other: _____

(B) Suicide Precaution: (Medical staff may order)
- ☐ Jumpsuit/uniform   ☐ Undergarment   ☐ Unlaced footwear
- ☐ Reading Material   ☐ Soft rubber pen   ☐ Toothbrush and toothpaste
- ☐ Toilet paper   ☐ Sanitary Napkins
- ☐ Other_____

## III. Housing:
- ☐ Crisis Stabilization Program-Male(West Tower, 3P 11-3P 12)
- ☐ Crisis Stabilization Program-Female (North Tower, 2-East, 2-West Lower)
- ☐ Close Observation (CBO)   ☐ Open Observation (OBO)   ☐ General Population (GP)
- ☐ Special observation area in Central Intake
- ☐ Personal Belongings
Reasons (if any), _____

Nurse's Name:_____  Sign_____  Date/Time:_____

Provider's Name_____  Sign. _T.Ridge_  Date/Time: _9-23-09_
                                 MSN APRN-BC ANP
                                 28837

c:\temp\98652919.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 142 of 250   PageID 6945

Scanned by SMITH, OCTAVIA D in facility Lew Sterrett West Tower on 09/24/2009 16:35

# Lew Sterrett West Tower Jail Facility
## Suicide Observation Log

| Facility: | Lew Sterrett West Tower Jail | Date: | 9-22-09 | Shift: | 1st coatch |
|-----------|------------------------------|-------|---------|--------|------------|
| Inmate: | Green, Gary | BNO #: | 09073266 | | |
| Location: | 3P12 G | | | | |

| TIME | OFFICER I.D. # | DESCRIBE INMATE BEHAVIOR |
|------|----------------|--------------------------|
| 10:30 pm | 243 | laying on bunk |
| 10:45 pm | " " | " " " |
| 11:00 pm | " " | " " " |
| 11:15 pm | " " | " " " |
| 11:30 pm | " " | " " " |
| 11:45 pm | " " | " " " |
| 12:00 am | " " | " " " |

c:\temp\98632950.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 143 of 250   PageID 6946
Scanned by VILLATORO, VANESSA L in facility Central Intake on 09/22/2009 14:32

## ORDER FOR
## INTENSIVE SUICIDE PRECAUTIONS

Date: _9.22.09_ Time: _____ Location: _CI_

Name: _Green, Gary Renard_ Book # _____

DOB: _3.14.71_ Age: _38_ y.o Race: _B_ Sex: ____ Male _✓_ Female ____

Intensive Suicidal Precautions Authorized By: _Lora Conwill RN 29542_

Special Instructions or Orders: _Paper Gown_

Nursing Supervisor Notified: _____

Nurse Name (Print): _Lora Conwill RN_ Nurse Signature: _Lora Conwill 2954_

Physician Name (Print): _____ Physician Signature: _____

## ORDERS FOR CONTINUATION IN
## INTENSIVE SUICIDE PRECAUTION

Name: _____ Book # _____

Location: _____ DOB: _____ ____ Continue Intensive Suicide Precautions

Date: _____ Time: _____ AM / PM

Transfer Inmate To: _____ Special Instructions: _____

Physician Name (Print): _____ Physician Signature: _____

## ORDERS TO DISCONTINUE
## INTENSIVE SUICIDE PRECAUTION

Name: _____ Book # _____

Location: _____ DOB: _____ ____ Discontinue Intensive Suicide Precautions

Transfer Inmate To: _____ Special Instructions: _____

Date: _____ Time: _____ AM / PM

Physician Name (Print): _____ Physician Signature: _____

## DALLAS COUNTY JAIL HEALTH
## MH-CLINIC NOTE BRIEF

**PATIENT NAME:** GREEN, GARY          **BOOK-IN #:** 09073266  **AGE:** 38 Years   **RACE:** B
**DATE:** 02/11/2010 10:13
**Facility:** Lew Sterrett North Tower  **LAI:** 580396   **CELL:** 6W04

**Most recent vitals from 02/03/2010:** BP: 149 / 93 (Sitting)  Wt.  Height  Pulse: 52 (Sitting)  Resp.: 16 / min
Temp: 97.4 (Oral)

**CURRENT MEDICATIONS:**
HYDROXYZINE TAB 50 50MG TABS,  1 TABS ORAL     QPM
LISINOPRIL TAB 20 M 20MG TABS,  1 TABS ORAL     BID
MIRTAZAPINE TAB 30 M 30MG TABS,  1 TABS ORAL     QHS

**ALLERGIES:** NO KNOWN ALLERGIES

S: I have spoken with the above pt on several occassions for the purpose of assisting him with making the adjustment from West Tower housing and programs to North Tower general population and lack of programs.  It was my understanding that part
of his moving to North Towewr was to persue the religious programs and practice his faith.  Since talking to him I have come to understand that he does not leave his tank very often according to him.  He does not go to recreation and he is not going to church.

O: Pt appears normal.  Pt has an appropriate attitude.  His mood is appropriately depressed for this envirnment.  He has normal thought process, and normal speech.  He continues to make good eye contact.

A: Pt is always appropriate, cooperative and calm whenever I have talked with him. He has been consistent in his appeal to be considered for transfer back to the West Tower where he obviously feels more comfortable.  He has adjusted to North Tower and stayed out of administrative custody and has not attempted to play the "suicide" card to get trasferred back to West Tower.  The pt has responded very well to the briep episodic counseling he has received by this MHL.  He generally talks about peole judging others and in very philosophical and analythical.  He aske for a magazine in our last discussion, "Psychology Today."  Pt is now saying that he prefers to be in "lock-up" or single cell.  He probably does not like the "sexual preditors" as he put it to co-exist with in his tank.  Most of the other men in the area that he is in are here on aggrevated sexual offense charges or related charges. This pt responds well to
listening and simple redirection.

P: Pt denies suicidal ideation at this time.  He is going to remain in North Tower under my support for as much as it depends on me.  This MHL is going to have the pt seen again by a provider.  For some reason his medication was stopped for a coule of days several days ago, perhaps another incounter with the provider will avoid the reoccurance of medications.

O:Electronically Signed by SADBERRY , LARRY A MHL on 02/11/2010.
##And No Others##

**Parkland Health & Hospital System**
**Dallas County Jail Health**
**Dallas, Texas**
## MENTAL HEALTH
### Clinic Note Brief

Patient Name: GREEN, GARY
Book-in Number: 09073266
Date of Birth: 03/14/1971 Race:B
Date/ Time: 02/10/2010 01:43
Jail Location: Lew Sterrett North Tower, 6W04

**Most recent vitals from 02/03/2010:** BP: 149 / 93 (Sitting)  Wt.  Height  Pulse: 52 (Sitting)  Resp.: 16 / min
Temp: 97.4 (Oral)

**CURRENT MEDICATIONS:**
HYDROXYZINE TAB 50 50MG TABS,  1 TABS ORAL      QPM
LISINOPRIL TAB 20 M 20MG TABS,  1 TABS ORAL     BID
MIRTAZAPINE TAB 30 M 30MG TABS,  1 TABS ORAL      QHS

**ALLERGIES:** NO KNOWN ALLERGIES

Saw the patwient face to face and he reports that he would like to be in a single cell. He relports tha he was in a single cell iln the west tower. The platient reports that he could cope better in a silngle cell. He denies having any audio or visual hallucinations.  He denies having any suicidal thoughts. . The patient was seen by a mental health provider  on 2/04/10 .  The patient denles havilng any problems at his present locatlion. The patient reports that he is concerned about his legal problems and would feel beter beling alone. Patient re___ned to his ptresent locatlion. Will report this  visit with the mental health provider.

Electronically Signed by WILSON, DORIS J LVN on 02/10/2010.
##And No Others##

**Parkland Health & Hospital System**
**Dallas, Texas**
**MENTAL HEALTH**
**Clinic Note Brief**

Patient Name: GREEN, GARY
Book-in Number: 09073266
Date of Birth: 03/14/1971 Race:B
Date/ Time: 02/04/2010 15:34
Jail Location: Lew Sterrett North Tower, 6W04

**Most recent vitals from 02/03/2010:** BP: 149 / 93 (Sitting)  Wt.  Height  Pulse: 52 (Sitting)  Resp.: 16 / min  Temp: 97.4 (Oral)

**CURRENT MEDICATIONS:**
LISINOPRIL TAB  20 M 20MG TABS,   1 TABS ORAL      BID

**ALLERGIES:**  NO KNOWN ALLERGIES

s/o: Medication expired
a/p: Renew

Started Meds:
    HYDROXYZINE TAB  50  50MG TABS 50111030903    02/04/2010 15:36
        1 TABS ORAL     QPM
        STOP DATE:                    REFILLS:
    MIRTAZAPINE TAB 30 M 30MG TABS 51079008720    02/04/2010 15:35
        1 TABS ORAL     QHS
        STOP DATE:                    REFILLS:
        Electronically Signed by COTTEN, MARVIN C PA on 02/04/2010.
        ##And No Others##

**DALLAS COUNTY JAIL HEALTH**
**MH-CLINIC NOTE BRIEF**

**PATIENT NAME:** GREEN, GARY          **BOOK-IN #:** 09073266 **AGE:** 38 Years  **RACE:** B
**DATE:** 01/25/2010 12:41
**Facility:** Lew Sterrett North Tower  **LAI:** 580396  **CELL:** 6EO3

**Most recent vitals from 01/22/2010:** BP: 144 / 97 (Sitting)  Wt.  Height  Pulse: 81 (Sitting)  Resp.: 19 / min
Temp: 97.5 (Oral)

**CURRENT MEDICATIONS:**
LISINOPRIL TAB  20 M 20MG TABS,   1 TABS ORAL          BID


**ALLERGIES:** NO KNOWN ALLERGIES

S:  Pt is being seen by this MHL weekly at his request by kites.  He wrote a kite recently that he wanted to talk to this MHL.
O:  Pt makes good eye contact.  He has a relatively flat affect.  Pt has clear speech and speaks very calmly and deliberately.
A:  Pt is preoccupied with the judgement of others.
He said, "I had to tell one of my visitors not to judge me.  He also said, "I was going to kill myself before I got to jail."  He said, "I just don't want people judging me."  Pt talked about reading both The Holy Bible and The Holy Koran.  He seems to think that his being in jail will serve some greater purpose.  He is going to spend his time in jail adjusting to the idea of being in jail and perhaps awaiting the death penalty or living a life sentence.  According to him he thinks about, "Am I going to live to see 50."  Pt denies current suicidal ideation.
P:  Pt will remain in North Tower and be treated for Adustment D/O, Depressed Mood, and Opiate Abuse.
Pt has seen MHL about once a week for about 6 to 8 weeks.  We will slowly decrease intensity and duration of visits.  Pt will benefit from a timely response to kites in the future with the prior information and familiarity to his case.


Electronically Signed by SADBERRY , LARRY A MHL on 01/25/2010.
##And No Others##

**Parkland Health & Hospital System**
**Dallas County Jail Health**
**Dallas, Texas**
**MENTAL HEALTH**
**Clinic Note Brief**

Patient Name: GREEN, GARY
Book-in Number: 09073266
Date of Birth: 03/14/1971 Race:B
Date/ Time: 11/17/2009 14:27
Jail Location: Lew Sterrett West Tower, 7P3

**Most recent vitals from 11/17/2009:** BP: 143 / 95 (Sitting)  Wt.  Height  Pulse: 88 (Sitting)  Resp.: 18 / min  Temp: 97.7 (Oral)

**CURRENT MEDICATIONS:**
LISINOPRIL TAB  20 M 20MG TABS,   1 TABS ORAL        BID

**ALLERGIES:**  NO KNOWN ALLERGIES
Late entry:  11/16/09 10:30

I met with pt in response to kite.

S- Pt said "I have images and voices related to my case."  He said that these started about 3 weeks ago.

O- Pt's thought processes were organized and goal directed.  Grooming and hygiene attended to and demeanor was calm and courteous.  Pt does not appear to be responding to internal stimuli.

A- No apparent emotional or psychological distress noted at this time.

P- Reviewed EMR.  Case d/w psych provider.  Pt will see psych provider at scheduled appt.  T/T GP.

Electronically Signed by WILLIAMS, JAMES P MHL on 11/17/2009.
##And No Others##

| Parkland Health & Hospital System<br>Dallas County Jail Health<br>**Dallas, Texas**<br>**MENTAL HEALTH**<br>**Clinic Note Brief** | Patient Name: GREEN, GARY<br>Book-in Number: 09073266<br>Date of Birth: 03/14/1971 Race:B<br>Date/ Time: 11/05/2009 12:50<br>Jail Location: Lew Sterrett West Tower, 7P3 |
|---|---|

**Most recent vitals from 11/03/2009:** BP: 166 / 109 (Sitting)  Wt.  Height  Pulse: 73 (Sitting)  Resp.: 18 / min Temp: 97.5 (Oral)

**CURRENT MEDICATIONS:**
LISINOPRIL TAB  20 M 20MG TABS,   1 TABS ORAL      BID

**ALLERGIES:**  NO KNOWN ALLERGIES

**Patient seen for f/u on the 7th floor. C/o not being able to sleep. Denies SI/HI. No other concerns. Dx: Adjustment d/o depressed, opioid abuse. Will stop celexa. Will continue remeron 15 mg q pm. Will start hydroxyzine 50 mg q pm for anxiety and sleep. Med education done including risk of SE. F/u in 8 weeks/prn.**

Electronically Signed by KHAN, ARIF M MD on 11/05/2009.
##And No Others##

**Parkland Health & Hospital System**
**Dallas County Jail Health**
**Dallas, Texas**
**MENTAL HEALTH**
**Clinic Note Brief**

Patient Name: GREEN, GARY
Book-in Number: 09073266
Date of Birth: 03/14/1971 Race:B
Date/ Time: 09/28/2009 10:09
Jail Location: Lew Sterrett West Tower, 3P12

**Most recent vitals from 09/26/2009:** BP: 171 / 114 (Sitting)  Wt.  Height  Pulse: 114 (Sitting)  Resp.: 20 / min Temp:

**CURRENT MEDICATIONS:**

**ALLERGIES:**  NO KNOWN ALLERGIES

*Met w/ patient while on suicide precautions and conducted follow-up:*

**S:  Patient reports that he does not know how he feels, but at this time denies he is suicidal.  Patient states that he is wanting to be placed in a tank by himself with regular clothes and a blanket.  Patient states he is ready to move forward with his case.**

**O:  Patient appears depressed during interview.  No objective evidence of self-harm.**

**A:  Patient appears appropriate to be discontinued from suicide precautions based on his report and no evidence of self-harm.**

**P:  Upon consulting with provider, T. Ridge, patient to be discontinued from suicide precautions but be placed on crisis stabilization.  Recommend appropriate follow-up as scheduled.**

Electronically Signed by VARGHESE, JASON T LPC on 09/28/2009.
##And No Others##

**Parkland Health & Hospital System**
**Dallas County Jail Health**
**Dallas, Texas**
# MENTAL HEALTH
**Clinic Note Brief**

Patient Name: <u>GREEN, GARY</u>
Book-in Number: <u>09073266</u>
Date of Birth: <u>03/14/1971</u> Race:B
Date/ Time: <u>09/25/2009 10:32</u>
Jail Location: <u>Lew Sterrett West Tower, 3P12</u>

---

**Most recent vitals from 09/25/2009:** BP: 157 / 109 (Sitting)  Wt.  Height  Pulse: 89 (Sitting)  Resp.: 18 / min Temp:

**CURRENT MEDICATIONS:**

**ALLERGIES:** NO KNOWN ALLERGIES

*Met w/ patient while on suicide precautions and conducted follow-up:*

**S:** Patient reports that he is continuing to have problems with sleep/appetite.  Patient states "I don't know how I feel, I feel exhausted."

**O:** Patient appears with depressed affect, congruent between affect and expression.

**A:** Patient appears appropriate to remain on suicide precautions given recent suicide attempt.

**P:** Consulted with provider, T. Ridge, and patient to remain on suicide precautions.  Recommend appropriate follow up as scheduled.

Electronically Signed by VARGHESE, JASON T LPC on 09/25/2009.
##And No Others##

c:\temp\99459450.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 152 of 250   PageID 6955

Scanned by SMITH, OCTAVIA D in facility Lew Sterrett North Tower on 01/20/2010 14:46

| Parkland Health & Hospital System<br>Dallas County Jail Health<br>Dallas, Texas<br><br>MEDICATION ORDER FORM<br>**COLD & ALLERGY** | Patient Name: Green, Gary<br>Book-in Number: 09073266<br>Date of Birth: 03/14/1971/Race: B<br>Date of Service: 01/09/2010 11:59PM<br>Jail Location: Lew Sterrett North Tower, 6EO3 |
|---|---|

Ordering Provider (PRINT NAME): Esmaeil Porsa, MD, MPH

Allergies: NO KNOWN ALLERGIES

**Choose one pain medication; initial AND SIGN AT THE BOTTOM OF THE PAGE**

| Initial | K O P | Drug | Dose | Route | Schedule | Duration-Days (Max 90) | Indication |
|---|---|---|---|---|---|---|---|
| *(initialed)* | | Motrin | 600 mg | By mouth | BID | 5 days | Pain |
| **OR** | | | | | | | |
| | | Tylenol | 650 mg | By mouth | BID | 5 days | Pain |

**Please initial and sign at the bottom of the page**

| | | | | | | |
|---|---|---|---|---|---|---|
| *(initialed)* | | Benzonatate (Tessalon Perles) | 100 mg | By mouth | BID | 5 Days | Cough |
| *(initialed)* | X | Normal Saline nasal spray | 2 puffs | Each nostril | As needed for stuffy/runny nose | 5 Days | Nasal congestion/runny nose |
| *(initialed)* | | Loratadine | 10 mg | By mouth | Dialy | 10 days | Allergy |

Nurse Signature: *(signature)* RN          ID #: 28344          Phone #: _____

Pager Number: _____          Fax Number: _____

* * * Please

X |||||||||||||||||||||||||||||||||||||||||||||||||||||| #
1 of 1

c:\temp\98839148.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 153 of 250   PageID 6956

Scanned by ALEMAN, STEPHANIE M CMA in facility Lew Sterrett West Tower on 10/21/2009 14:37

| Parkland Health & Hospital System | Patient Name: Green, Gary |
|---|---|
| Dallas County Jail Health | Book-in Number: 09073266 |
| Dallas, Texas | Date of Birth: 03/14/1971/Race: B |
| | Date of Service: 10/20/2009 03:36PM |
| MEDICATION ORDER FORM | Jail Location: Lew Sterrett West Tower, 3P12 |
| COLD & ALLERGY | |

Ordering Provider (PRINT NAME): Esmaeil Porsa, MD, MPH

Allergies: NO KNOWN ALLERGIES

| Initial | K O P | Drug | Dose | Route | Schedule | Duration-Days (Max 90) | Indication |
|---|---|---|---|---|---|---|---|
| ✓ | ⋔ | Motrin | 600 mg | By mouth | BID | 5 days | Pain |
| | | **OR** | | | | | |
| | | Tylenol | 650 mg | By mouth | BID | 5 days | Pain |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ⋔ | ✓ | Benzonatate (Tessalon Perles) | 100 mg | By mouth | BID | 5 Days | Cough |
| ✓ | ✓ | Normal Saline nasal spray | 2 puffs | Each nostril | As needed for stuffy/ runny nose | 5 Days | Nasal congestion/ runny nose |
| ⋔ | ✓ | Loratadine | 10 mg | By mouth | Dialy | 10 days | Allergy |

Nurse Signature: _Q\uuton,w_     ID #: 28210   Phone #: _____

Pager Number: _____     Fax Number: _hmmy_ 10/20/09

* * * Please

| Parkland Health & Hospital System<br>Dallas County Jail Health<br>Dallas, Texas<br><br>NURSING GUIDELINE<br>COLD & ALLERGY SYMPTOMS | Patient Name: GREEN, GARY<br>Book-in Number: 09073266<br>Date of Birth: 03/14/1971/Race: B<br>Date of Service: 10/20/2009 15:35<br>Jail Location: Lew Sterrett West Tower CELL: 3P12 |
|---|---|

**Current Medical/ Mental Health Conditions:**

**Mental Health:**
   Mental Status Exam First Observed 09/23/2009 10:36AM
   Psychiatric Evaluation First Observed 09/23/2009 10:36AM
   Psychiatric Provider Progress Note First Observed 09/23/2009 10:36AM
   Adjustment Disorder With Depressed Mood First Observed 09/24/2009 11:55AM

**Not Specified:**
   Other First Observed 09/22/2009 02:29PM
   Evidence-based Suicide Risk Assessment First Observed 09/23/2009 10:59AM

Allergies: NO KNOWN ALLERGIES
Age: 38 Years

**SUBJECTIVE:**
Duration of symptoms: 3 days

| N | Y | | |
|---|---|---|---|
| x | | Headache | |
| | x | Nasal congestion | |
| | x | Cough | If yes, is it productive of phlegm? |
| x | | Subjective fever | |

**OBJECTIVE:**
Current vital signs: 09/30/2009 BP: 140 / 107 (Sitting) ; P: 87 (Sitting) ; T: 97.6 (Oral) ; R R: 18 / min; W:

| N | Y | |
|---|---|---|
| | x | List of all current medications was reviewed. |

**ASSESSMENT (assess each indicator and check all that apply):**

Indications for IMMEDIATE referral to provider:

| N | Y | |
|---|---|---|
| x | | Temperature 101.0> F or greater |
| x | | Wheezing or crackles on auscultation of breath sounds |
| x | | Rapid respiratory rate > 20/minute |
| x | | Oxygen saturation < 92% |
| x | | Pulse > 110 |
| x | | Systolic blood pressure less than 90 |
| x | | Purulent or bloody sputum/drainage |
| x | | Shortness of breath |

**PLAN:**

Cold symptoms WITH any of the above indications for IMMEDIATE referral to provider:

| | |
|---|---|
| | To clinic now |
| | Notify the provider on call (after hours, weekends and holidays). Name of provider notified: |

Cold symptoms WITHOUT any of the above indications for IMMEDIATE referral to provider:

| | |
|---|---|
| | For headache/ pain: Ibuprofen 600mg by mouth twice daily for 5 days, may keep on person (KOP) |
| | If allergic to aspirin: Acetaminophen 650 mg by mouth twice daily for 5 days, may KOP |

**Parkland Health & Hospital System**
**Dallas County Jail Health**
**Dallas, Texas**

**NURSING GUIDELINE**
**COLD & ALLERGY SYMPTOMS**

Patient Name: GREEN, GARY
Book-in Number: 09073266
Date of Birth: 03/14/1971/Race: B
Date of Service: 10/20/2009 15:35
Jail Location: Lew Sterrett West Tower CELL: 3P12

| | |
|---|---|
| x | **For cough:** Benzonatate (Tessalon Perles) 100 mg by mouth twice daily for 5 days, may KOP |
| | **For stuffy/ runny nose:** Normal saline nasal spray two puffs in each nostril as needed for stuffy/ runny nose, may KOP |
| x | **For allergy symptoms:** Loratadine (Claritin) 10 mg by mouth daily for 10 days |

**Self care and patient teaching:**

| | |
|---|---|
| x | Take prescribed medications as directed and until finished |
| x | Drink plenty of fluids to maintain adequate hydration to keep secretions from thickening |
| x | Return to clinic or notify medical staff immediately if symptoms change in character or worsen in severity |
| x | Current impression and current treatment discussed with patient |
| x | Patient communicates understanding of the treatment plan including the importance of medication compliance and adherence to diet, exercise and all diagnostic procedures. |

**Comments:**

Electronically Signed by WILLIAMS, OLEVIA M LVN on 10/20/2009.
##And No Others##

| | | Parkland Health & Hospital System | Patient Name: GREEN, GARY |
|---|---|---|---|

**Parkland Health & Hospital System**
Dallas County Jail Health
Dallas, Texas

**NURSING GUIDELINE**
**HIGH BLOOD PRESSURE**

Patient Name: GREEN, GARY
Book in Number: 01006732866
Date of Birth: 03/14/1971/Race: B
Date of Service: 04/04/2010 11:01
Jail Location: Lew Sterrett North Tower/CELL: 3EO3

**Age:** 39 Years
**Current Medical/ Mental Health Conditions:**

**Mental Health:**
Mental Status Exam First Observed 09/23/2009 10:36AM
Psychiatric Evaluation First Observed 09/23/2009 10:36AM
Psychiatric Provider Progress Note First Observed 09/23/2009 10:36AM

**Not Specified:**
Other First Observed 09/22/2009 02:29PM
Evidence-based Suicide Risk Assessment First Observed 09/23/2009 10:59AM

**Allergies:** NO KNOWN ALLERGIES

**SUBJECTIVE:**

| N | Y | |
|---|---|---|
| | x | History of hypertension. If Yes, is it currently being treated with medications: |
| x | | History of heart disease |
| x | | History of diabetes |

**OBJECTIVE:**
Current vital signs: 04/04/2010 BP: 159 / 105 (Sitting) ; P: 63 (Sitting) ; T: 97.6 (Oral) ; R R: 16 / min; W:

| N | Y | |
|---|---|---|
| | x | List of all current medications was reviewed |

**ASSESSMENT (assess each indicator and check all that apply):**

**Indications for IMMEDIATE referral to provider:**

| N | Y | |
|---|---|---|
| x | | Systolic blood pressure > 180 mmHg |
| x | | Diastolic blood pressure > 110 mmHg |
| x | | New onset of neurological findings (weakness, tingling, slurred speech, black out, etc). Specify: |
| x | | Alteration in vision |
| x | | Chest pain |
| x | | Vertigo |
| x | | Altered mental status |
| x | | Shortness of breath |
| x | | Nausea/ vomiting |
| x | | Severe headache |
| x | | Nose bleed |

**PLAN:**
**High blood pressure WITH any of the above indications for IMMEDIATE referral to provider:**

| | To clinic now |
|---|---|
| | Notify the provider on call (after hours, weekends and holidays). Name of provider notified: |

**High blood pressure WITHOUT any of the above indications for IMMEDIATE referral to provider:**
Systolic blood pressure between 160 and 180, and/ or Diastolic blood pressure between 100 and 110

| x | Clonidine 0.2 mg by mouth (one time only), Recheck blood pressure in one hour. If no improvement, notify MD on call |
|---|---|
| x | Refer to MD appointment 1 - 3 days and check BP once daily for 7 days or until seen by MD. **Appointment date:** |

**Systolic blood pressure between 140 and 159 and/ or Diastolic blood pressure between 90 and 99**

|   | Refer to MD appointment 7-14 days | Appointment date: |
|---|---|---|
|   | Check BP once daily for 14 days or until seen by MD | |

**SELF CARE AND PATIENT TEACHING:**

| | |
|---|---|
| x | Patient advised of the possibility of rebound hypertension with sudden discontinuation of antihypertensive medications |
| x | Patient advised that antihypertensive drug therapy may cause hypotension presenting as dizziness or weakness which should be reported immediately to the medical staff. |
| x | Patient advised to rise slowly when rising from a sitting, standing, or lying position |
| x | Patient advised to take medications as prescribed and know side effects of current prescribed medications |
| x | Patient advised to abstain from tobacco, caffeine, alcohol, other drugs (cocaine) and was educated on the benefits of diet and weight control |
| x | Patient advised to keep follow-up appointment as scheduled and do not take any medications without consulting physician |
| x | Patient advised to notify MD prior to adding any other medication to drug regimen |
| x | Current impression and current treatment discussed with patient |
| x | Patient communicates understanding of the treatment plan including the importance of medication compliance and adherence to diet, exercise and all diagnostic procedures |

**Comments:**

Electronically Signed by MAXWELL, BRANNIGAN E RN on 04/04/2010.

##And No Others##

| Parkland Health & Hospital System | Patient Name: GREEN, GARY |
|---|---|
| **Dallas County Jail Health**<br>**Dallas, Texas** | Book in Number: 09073266<br>Date of Birth: 03/14/1971/Race: B<br>Date of Service: 04/01/2010 13:07 |
| NURSING GUIDELINE<br>HIGH BLOOD PRESSURE | Jail Location: Lew Sterrett North TowerCELL: 3EO3 |

**Age:** 39 Years
**Current Medical/ Mental Health Conditions:**

**Mental Health:**
Mental Status Exam First Observed 09/23/2009 10:36AM
Psychiatric Evaluation First Observed 09/23/2009 10:36AM
Psychiatric Provider Progress Note First Observed 09/23/2009 10:36AM

**Not Specified:**
Other First Observed 09/22/2009 02:29PM
Evidence-based Suicide Risk Assessment First Observed 09/23/2009 10:59AM

**Allergies:** NO KNOWN ALLERGIES

**SUBJECTIVE:**

| N | Y | |
|---|---|---|
| | x | History of hypertension. If Yes, is it currently being treated with medications: |
| x | | History of heart disease |
| x | | History of diabetes |

**OBJECTIVE:**
Current vital signs: 04/01/2010 BP: 152 / 101 (Sitting) ; P: 81 (Sitting) ; T: 97 (Oral) ; R R: 16 / min; W:

| N | Y | |
|---|---|---|
| | x | List of all current medications was reviewed |

**ASSESSMENT (assess each indicator and check all that apply):**

Indications for IMMEDIATE referral to provider:

| N | Y | |
|---|---|---|
| x | | Systolic blood pressure > 180 mmHg |
| x | | Diastolic blood pressure > 110 mmHg |
| x | | New onset of neurological findings (weakness, tingling, slurred speech, black out, etc). **Specify:** |
| x | | Alteration in vision |
| x | | Chest pain |
| x | | Vertigo |
| x | | Altered mental status |
| x | | Shortness of breath |
| x | | Nausea/ vomiting |
| x | | Severe headache |
| x | | Nose bleed |

**PLAN:**
High blood pressure WITH any of the above indications for IMMEDIATE referral to provider:

| | To clinic now |
|---|---|
| | Notify the provider on call (after hours, weekends and holidays). Name of provider notified: |

High blood pressure WITHOUT any of the above indications for IMMEDIATE referral to provider:
Systolic blood pressure between 160 and 180, and/ or Diastolic blood pressure between 100 and 110

| x | Clonidine 0.2 mg by mouth (one time only), Recheck blood pressure in one hour. If no improvement, notify MD on call |
|---|---|
| | Refer to MD appointment 1 - 3 days and check BP once daily for 7 days or until seen by MD. **Appointment date:** |

**Systolic blood pressure between 140 and 159 and/or Diastolic blood pressure between 90 and 99**

| | | Appointment date: |
|---|---|---|
| | Refer to MD appointment 7-14 days | |
| | Check BP once daily for 14 days or until seen by MD | |

**SELF CARE AND PATIENT TEACHING:**

| | |
|---|---|
| x | Patient advised of the possibility of rebound hypertension with sudden discontinuation of antihypertensive medications |
| x | Patient advised that antihypertensive drug therapy may cause hypotension presenting as dizziness or weakness which should be reported immediately to the medical staff. |
| x | Patient advised to rise slowly when rising from a sitting, standing, or lying position |
| x | Patient advised to take medications as prescribed and know side effects of current prescribed medications |
| x | Patient advised to abstain from tobacco, caffeine, alcohol, other drugs (cocaine) and was educated on the benefits of diet and weight control |
| x | Patient advised to keep follow-up appointment as scheduled and do not take any medications without consulting physician |
| x | Patient advised to notify MD prior to adding any other medication to drug regimen |
| x | Current impression and current treatment discussed with patient |
| x | Patient communicates understanding of the treatment plan including the importance of medication compliance and adherence to diet, exercise and all diagnostic procedures |

**Comments:**   Pt seen by provider this AM.  Will continue to monitor B/P.
Electronically Signed by KING, TINA M LVN on 04/01/2010.
##And No Others##

| Parkland Health & Hospital System | Patient Name: GREEN, GARY |
|---|---|
| Dallas County Jail Health | BIN: 09073266 |
|  | Date of birth: 03/14/1971/Race: B |
| Nurse Note | Date/Time: 04/24/2010 21:34 |
|  | Jail Location: Lew Sterrett North Tower 3EO3 |

**Last Vitals:** 04/21/2010138 / 98 (Sitting) 71 (Sitting) 20 / min97.1 (Oral)

*3E03 not in accuflow. Pt was administered scheduled pm dose of clonidine 0.2mg PO X 1 as prescribed.*

Electronically Signed by PATIL, HIMANSHU E LVN on 04/24/2010.
##And No Others##

| Parkland Health & Hospital System<br>Dallas County Jail Health<br><br>**Nurse Note** | Patient Name: <u>GREEN, GARY</u><br>BIN: <u>08073266</u><br>Date of birth: <u>03/14/1971</u>/Race: <u>B</u><br>Date/Time: <u>04/23/2010 22:49</u><br>Jail Location: <u>Lew Sterrett North Tower 3EO3</u> |
|---|---|

**Last Vitals:** 04/21/2010138 / 98 (Sitting) 71 (Sitting) 20 / min97.1 (Oral)

*Accuflow not showing 3e 03. Pt was administered pm dose of clonidine 0.2mg po x 1 as perescribed.*

Electronically Signed by PATIL, HIMANSHU E LVN on 04/23/2010.
##And No Others##

Parkland Health & Hospital System
Dallas County Jail Health

**Acceptance Note - Nursing**

Patient Name: GREEN, GARY
Book Number: 08062557
Date of Birth: 03/14/1971
Date/ Time: 08/12/2008 20:46
Jail Location: Lew Sterrett Infirmary, 3MW02

Today Vitals (add in Vitals Section of EMR to show here) :
8/12/08 159 / 112 (Sitting) 64 (Sitting) 20 / min 98.1 (Oral)

Allergies (add in Allergies section of EMR to show here) :  NO KNOWN ALLERGIES

Received patient from:  CI

Review of Transfer Documents (Reason for transfer, treatment received from transferring area):  yes

List Primary Medical Condition (Reason for visit):  Heroin abuse

List all Medical Problems: HTN, Heroin abuse

Assessment of all Medical Problems (Elaborate on each condition): Pt. A&ox3, Resp. unlabored. Pt. said he has histoty of htn for 10 yrs. Takes no hypertensive med. Smokes Marijuana all his life.   Shows no s/s of detox.

Current and New Medications: Hctz, 25 mg. po,  0.2mg. clonidine

Patient's Condition (enter an X in the box below):

| | |
|---|---|
| Stable | |
| Unstable : | |

Notified Provider (Name of Provider, Orders Received -Read Back of Orders Required):

Treatment provided Now:   Medication order already written at CI by JOn Sunde PA.

Disposition (enter an X in the box below):

| | |
|---|---|
| Tank 3mw02 | |
| by : | |
| Transfer to : | |
| Holdover | |

Follow-up Plan:  vs bid x  5 d  f/u Provider 2-3 days

Patient Education on Plan of care, Follow up; Current medications, Access of care, all questions addressed, Patient verbalized understanding.

Place Orders Below (vitals, Finger stick Blood sugars, wound care, referrals and appointments):

Procedures Ordered:
　　VITAL SIGNS SERIES REQUEST:　　　hypertension
　　VITAL SIGNS SERIES REQUEST:　　　hypertension
　　VITAL SIGNS SERIES REQUEST:　　　hypertension
　　VITAL SIGNS SERIES REQUEST:　　　hypertension
　　VITAL SIGNS SERIES REQUEST:　　　hypertension
　　VITAL SIGNS SERIES REQUEST:　　　hypertension
　　VITAL SIGNS SERIES REQUEST:　　　hypertension
　　VITAL SIGNS SERIES REQUEST:　　　hypertension
　　VITAL SIGNS SERIES REQUEST:　　　hypertension

Procedures Ordered:
　　RETURN TO CLINIC MEDICAL REQUEST:　　hypertension , opioid abuse
　　RETURN TO CLINIC MEDICAL REQUEST:　　hypertension , opioid abuse

5/10/08 V1.1

Electronically Signed by NDUPU, AUGUSTINE O LVN on 08/12/2008.
##And No Others##
Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 163 of 250   PageID 6966

```
    Rx:    GREEN,GARY
    MRN:   09073266              05/04/2010
           3E01,
  Phone:                    Birth: 03/14/1971              SSN:  465479293

  HYDROCORTISON OIN   1% APPLICS
    Sig:   1 APPLICS TOPICAL     TWICE DAILY
           KOP
Disp. #:   20  APPLICS          Refills: None
           Allow Generic - No product selection indicated

                           Prescription Electronically Signed
                           by MUHAMMAD  AZEEM, MD
```

```
    Rx:     GREEN,GARY
    MRN:    09073266              04/20/2010
            3E01,
 Phone:                    Birth: 03/14/1971          SSN:  465479293

    CLONIDINE TAB .2 MG 0.2MG TABS
    Sig:    1 TABS ORAL        TWICE DAILY
 Disp. #:   360  TABS            Refills: None
            Allow Generic - No product selection indicated

                        Prescription Electronically Signed
                        by MUHAMMAD  AZEEM, MD
```

```
    Rx:     GREEN,GARY
    MRN:    09073266              03/17/2010
            3E01,
  Phone:              Birth: 03/14/1971          SSN:  465479293


  DISCONTINUE MEDICATION  EA
    Sig:   1 EA MISC. SUPPLIES  ONCE
           DISCONTINUE REMERON AND HYDROXYZINE
  Disp. #:  3  EA              Refills: None
           Allow Generic - No product selection indicated

  PAROXETINE HCL TAB 2 20MG TABS
    Sig:   1 TABS ORAL        DAILY
  Disp. #:  14  TABS            Refills: None
           Allow Generic - No product selection indicated

                         Prescription Electronically
Signed
                         by GODWIN O. ADAMS, PA
```

```
     Rx:    GREEN,GARY
     MRN:   09073266              03/17/2010
            3E01,
   Phone:                   Birth: 03/14/1971           SSN:  465479293

     PAROXETINE HCL TAB 4 40MG TABS
     Sig:   1 TABS ORAL        DAILY
            ADVANCE PAXIL TO 40MG ON APRIL 01/2010 XXXXXXXXXXXX
  Disp. #:  180  TABS              Refills: None
            Allow Generic - No product selection indicated

                          Prescription Electronically Signed
                          by GODWIN O. ADAMS, PA
```

```
      Rx:    GREEN,GARY
      MRN:   09073266              03/02/2010
             3E01,
     Phone:              Birth: 03/14/1971            SSN:  465479293


     NORVASC TAB 10 MG    10MG TABS
       Sig:  1 TABS ORAL         DAILY
   Disp. #:  180  TABS              Refills: None
             Allow Generic - No product selection indicated


     BIAXIN TAB  250 MG  250MG TABS
       Sig:  1 TABS ORAL         EVERY 12 HOURS
   Disp. #:  14  TABS               Refills: None
             Allow Generic - No product selection indicated

                       Prescription Electronically Signed
                       by MUHAMMAD  AZEEM, MD
```

```
    Rx:    GREEN,GARY
   MRN:    09073266              03/02/2010
           3E01,
 Phone:                   Birth: 03/14/1971              SSN:  465479293

   GUIATUSS DM SYR  100-10/5ML ML
   Sig:   1 ML ORAL        TWICE DAILY
Disp. #:   14  BT                 Refills: None
           Allow Generic - No product selection indicated

                         Prescription Electronically Signed
                         by MUHAMMAD  AZEEM, MD
```

KATHRYN M. FLANGIN, MD

```
    Rx:    GREEN,GARY
    MRN:   09073266              02/23/2010
           3E01,
  Phone:             Birth: 03/14/1971           SSN:   465479293

    LORATADINE 10 MG TAB 10MG TABS
      Sig:   1 TABS ORAL(po) DAILY
  Disp. #:   14  TABS            Refills: None
           Allow Generic - No product selection indicated
```

                              Prescription Electronically Signed
                              by KATHRYN M. FLANGIN, MD

MARVIN C. COTTEN, PA

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 171 of 250   PageID 6974


```
    Rx:   GREEN,GARY
    MRN:  09073266              02/04/2010
          3E01,
  Phone:                   Birth: 03/14/1971        SSN:  465479293
```

```
  MIRTAZAPINE TAB 30 M 30MG TABS
     Sig:  1 TABS ORAL       AT BEDTIME
  Disp. #:  180  TABS               Refills: None
          Allow Generic - No product selection indicated

  HYDROXYZINE TAB  50  50MG TABS
     Sig:  1 TABS ORAL       EVERY EVENING
  Disp. #:  180  TABS               Refills: None
          Allow Generic - No product selection indicated
```

```
          Prescription Electronically Signed
          by MARVIN C. COTTEN, PA
```

```
    Rx:    GREEN,GARY
    MRN:   09073266              01/13/2010
           3E01,
  Phone:                   Birth: 03/14/1971          SSN:  465479293

   AUGMENTIN TAB   875-125MG TABS
    Sig:   1 TABS ORAL      EVERY 12 HOURS
Disp. #:   20  TABS              Refills: None
           Allow Generic - No product selection indicated

                      Prescription Electronically Signed
                      by KATHRYN M. FLANGIN, MD
```

KIRAN   KHURANA, MD

```
    Rx:     GREEN,GARY
    MRN:    09073266            11/03/2009
Address:    111 COMMERCE
            DALLAS, TX  77705
  Phone:                 Birth: 03/14/1971           SSN:  465479293

    LISINOPRIL TAB  20 M 20MG TABS
      Sig:    1 TABS ORAL        TWICE DAILY
  Disp. #:    180  TABS             Refills: None
              Allow Generic - No product selection indicated

                            Prescription Electronically Signed
                            by KIRAN  KHURANA, MD
```

# DALLAS COUNTY JAIL HEALTH

Name  GREEN, GARY

## Psychiatric Assessment

BI Date: _____ 9/25/08

DOB: 03/14/1971    **Age:** 37 Years **Sex:** Male    **Race:** B

A.. ( ) A ( ) O    **Marital Status:** _____

LAI #:    TDCJ# _____

| Referred by | X | CI | Kite | Officers | Medical | Family | | Atty/Judge | Other |
|---|---|---|---|---|---|---|---|---|---|
| Charges: | | | | | | | P/V? | Yes | No |

**Presenting Problem:**
DENIED MHHX , LOGICAL PT DOES NOT APPEAR TO BE IN DISTRESS AT THIS TIME.

**Psychiatric History**

| Ever seen a psychiatrist? | X | No | | Yes: | Age at first visit | | Diagnosis: | | |
|---|---|---|---|---|---|---|---|---|---|
| Hospitalizations (where/dates): | | X | None | | Involuntary Commitment: | | Terrell | Vernon | Rusk | Other |
| | | | | Voluntary: | | | | | |

| On disability (SSI or SSDI) for psych? | | X | No | | Yes | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Psych treatment at TDC or State Jail? | | X | No | | Outpatient treatment: | | No | Yes, details: | |
| Date of last app: | | | Currently in treatment? | | | NO | | YES |
| Provider: | Metrocare (clinic) | VA | ABC | Telecare | Parkland | Adapt | Lifenet | Private |
| | Doctor(name/phone#) | | | | | Other | | |

| Psychiatric symptoms prior incarceration | Psychiatric symptoms since to incarceration |
|---|---|
| ◯ | None  X |
| Irritability/anger | Irritability/anger |
| Sleep disturbance | Sleep disturbance |
| Appetite/wt change | Appetite/wt change |
| Depressed mood | Depressed mood |
| Too much energy | Too much energy |
| Mood swings | Mood swings |
| Anxiety | Anxiety |
| Racing thoughts | Racing thoughts |
| Poor memory/ concentration | Poor memory/ concentration |
| ◯ Other: | Other: |

## Psychotic Symptoms:

| | | | | | | | X | No | | Yes |
|---|---|---|---|---|---|---|---|---|---|---|
| When not using drugs or alcohol, ever had hallucinations? | | | | | | | X | No | | Yes |
| If yes, were they | | Auditory | | Visual | | Other | When did they last occur? | | | |
| What did you see/hear? | | | | | | | | | | |
| When not using alcohol or drugs, have you ever felt paranoid for no reason? | | | | | | | X | No | | Yes |
| Current hallucinations or paranoia? | | X | No | | Yes, specify | | | | | |

## Mania Symptoms:  When not using drugs/alcohol, have you ever:

| | | No | Yes |
|---|---|---|---|
| gone days with little/no sleep and didn't feel terribly tired? | X | No | Yes |
| had periods when you couldn't control your impulsiveness and were using poor judgement? | X | No | Yes |
| started more projects than you could finish? | X | No | Yes |
| had periods when you couldn't control your spending, sexual appetite, speeding in the car? | X | No | Yes |
| persistent elevated, expansive, or irritable mood, lasting at least 1 week? | X | No | Yes |

## Biological Family HX of Mental Illness:

| Maternal side: | | Unk | X | No | | Yes | Paternal side: | | Unk | X | No | | Yes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Siblings: | | Unk | X | No | | Yes | Children: | | Unk | X | No | | Yes |
| Details: | | | | | | | | | | | | | |

## Psychiatric Medication History (2000 → current) at UTMB-CMC per psychiatric database:

| Dates of Treatment | Medications |
|---|---|
| | |
| | |
| | |

## Current Psychotropic Medications

| Name of medication | # Milligrams | # Times per day | How long taken? | Last day taken |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |
| | | | | |

Past medications which worked: _____

Past meds which failed & why: _____

## Trauma History:

| History of neglect or emotional abuse as a child? | | No | | Yes |
|---|---|---|---|---|

| History of physical abuse as a child? | | No | Yes | History of domestic violence as an adult? | | No | Yes |
|---|---|---|---|---|---|---|---|
| Details: | | | | | | | |

| Sexual abuse history? | | No | Yes | I yes, as a | | Child | Adult |
|---|---|---|---|---|---|---|---|
| Perpetrator: | Relative | | Acquaintance | | Stranger | | |
| Details: | | | | | | | |

| Any current PTSD symptoms? | | No | Yes | If yes, | | Nightmares | Flashbacks | |
|---|---|---|---|---|---|---|---|---|

# DALLAS COUNTY JAIL HEALTH

Name GREEN, GARY Case 3:14-cv-02963-M Book M #: 08062351 Document 21-63 Filed 08/01/16 New Sterrett North Tower Page 176 of 250 PageID 6979

| Other: | |
|---|---|

| Suicide Risk Assessment | | | | | |
|---|---|---|---|---|---|
| Current suicidal ideation? | | Intent | Specific Plan | Specify: | |
| Current homicidal ideation? | X No | Thoughts | Intent | Specific Plan, what? | |
| Past suicide attempts? | X No | Yes: | # of attempts: | Age @ first: | @ most recent: |
| Method(s) | | | | | |
| Family history of suicide? | X No | Yes | If yes, who/when: | | |
| Recent trauma or loss? | X No | Yes | If yes, give details: | | |

**Substance Abuse History:**

| Age first used **alcohol**: | | N/A | Age first used **drugs**: | | N/A | | | |
|---|---|---|---|---|---|---|---|---|
| Drugs used in past: | MJ | Powder Cocaine | | Crack | Speed/Meth | | Heroin | Opiates |
| | LSD/PCP | Benzos | Prescription Pain Pills | | Inhalants | | | |
| | Designer drugs (i.e. Ecstasy) | | | Wac/Water | | | | |

| Addicted/dependent? | No | Yes, to what? | | | |
|---|---|---|---|---|---|
| **Substances Used Recently** | **Route** | **Amount** | **Frequency** | **Duration** | **Last Used** |
| DRUGS- NONE | | | | | |
| ETOH- NONE | | | | | |
| | | | | | |
| | | | | | |

| Past drug treatment? | No | Yes: | AA/NA | Wilmer | SAFPF | Nexus | Sal Army | VA |
|---|---|---|---|---|---|---|---|---|
| Other: | | | | | | | | |

**Medical History/Problems:**

| Drug allergies? | X NKDA | Yes: |
|---|---|---|

| FEMALES: Possibly **pregnant**? | | Yes | NO | LMP: | | Tubal ligation | Menopause | | Hysterectomy |
|---|---|---|---|---|---|---|---|---|---|
| **History of head injuries?** | X NO | Yes: | # of injuries | | | | | | |
| If yes, did any cause a loss of consciousness? | | X No | Yes | If yes, were you in a coma? | | | X No | | Yes |

| **Current medical problems:** | X None | HTN | Asthma | Seizure Disorder | | Diabetes | | TB |
|---|---|---|---|---|---|---|---|---|
| Migraines | Hypothyroid | Hyperthyroid | HIV+ | Arthritis | Hep A | Hep B | Hep C | |
| Other: | | | | | | | | |

Current medications:

**Psychosocial History**:

Last grade of school completed _____ GED ____ Last job _____

| Military History: | X No | Yes | VA eligible | X No | Yes |
|---|---|---|---|---|---|
| Number of times previously incarcerated: | | NA/First time | Jail: | Prison: | |
| After leaving DCJ, will you be | incarcerated | X In the community, where: | | homeless | house/apartment |

**Mental Status Observation:**

| Appearance: | X Neat | Dirty | Disheveled | Naked by choice | | | |
|---|---|---|---|---|---|---|---|
| Attitude: | X Cooperative | Uncooperative | Hostile | Guarded | Suspicious | | |
| Speech: | X Normal | Pressured | Slurred | Hesitant | Rapid | Emotional | |
| Affect: | X Appropriate | Labile | Flat | Cheerful | Tearful | Dramatic | |
| Mood: | X Euthymic | Dysphoric | Depressed | Euphoric | | Irritable | |

**DALLAS COUNTY JAIL HEALTH**

| Thought : | X | Normal | | Delusional | | LOA | | Paranoid | | Circumstantial | | Tangential |
|-----------|---|--------|---|-----------|---|-----|---|----------|---|----------------|---|------------|
| Motor Activity: | X | Normal | | Psychomotor agitation | | | | Psychomotor retardation | | | | Tics/TD/EPS |

**Signed Consents for Release of Information**:

| | |
|---|---|
| | DOES NOT CONSENT FOR ANY RELEASE OF INFORMATION |
| | Outpatient Provider (specify) |
| | Court Referral Form |
| | Family/friends, (specify) |

**COMMENTS:** _____

## Evaluator's Assessment and Treatment Plan

### Assessment:

| Patient history of: | Mental Illness | Suicide attempt | Family history of: | Mental Illness | Suicide |
|---|---|---|---|---|---|
| Substance Use: | None | Social | Abuse | Dependence | |

| Previous Axis I diagnosis: | Bipolar | MDD | Schizophrenia | Schizoaffective | Anxiety DO |
|---|---|---|---|---|---|
| | PTSD | OCD | ADHD | Other | |

### Plan of Action:

| Housing: | | Needs safety of psychiatric housing due to: | Appears to be imminently dangerous to self/others |
|---|---|---|---|
| | | Marked deterioration in functioning | Will function better in psychiatric housing |
| | | Exhibiting severe agitation or anxiety | |
| | Transfer to Behavioral Observation: | Closed | Open | |
| | OK for General Population: | Does not appear to need to be housed in Behavioral Observation. |
| Legal: | | Refer for competency evaluation | | Court referral for treatment |

### Psychiatric Treatment:

| | | Refer to psychiatrist |
|---|---|---|
| | | Needs referral to a psychiatrist, but refuses services. |
| | | Thoughts of hurting self or others |
| | | Personal/family history of suicide attempts and/or recent suicide attempt |
| | | History of chronic and severe mental illness |
| | | Psychosis |
| | | Current symptomology of a severe mental illness (MDD, Bipolar, Schizophrenia, Schizoaffective) |
| | | Currently compliant with psychotropic medications and wants them continued |
| | | Severe agitation, aggression, or combativeness |
| X | | No follow-up by psychiatric department at this time |
| | | Refuses services or has no need for services |
| | | Does not appear to have a chronic and severe major mental illness |
| | | Reports symptOmology which can be addressed post release (i.e, anxiety, insomnia) |
| | | Mild symptomology and non-compliance with free world treatment/prescribed medications |
| | | Adjustment Disorder only |

### Other Referrals:

| | Sheriff's Department Chemical Dependency Program |
|---|---|
| | Primary diagnosis is substance abuse or dependence |

Electronically Signed by AVERHEART, YVONNE R SWA on 09/25/2008.

##And No Others##

Patient Name: GREEN, GARY

**Parkland Health & Hospital System**
Dallas, Texas
**MENTAL HEALTH**
**Psychiatric Provider Progress Note**

Patient Name: GREEN, GARY
Book-in Number: 09073266
Date of Birth: 03/14/1971 Race:B
Date/ Time: 03/17/2010 07:22
Jail Location: Lew Sterrett North Tower, 3EO3

**e:** *39 Years*

**st vital signs:** *03/09/2010*; BP: *149 / 102 (Sitting)* ; P: *91 (Sitting)* ; R: *18 / min*;T: *97 (Oral)*

**rrent Vital signs:** *03/16/2010*, BP: *145 / 100 (Sitting)* ; P: *83 (Sitting)* ; R: *20 / min*; T: *97.4 (Oral)*  Wt.  Height

**ergies:** *NO KNOWN ALLERGIES*

**dications:**
DROXYZINE TAB 50 50MG TABS, 1 TABS ORAL    QPM
INOPRIL TAB 20 M 20MG TABS, 1 TABS ORAL    BID
RTAZAPINE TAB 30 M 30MG TABS, 1 TABS ORAL    QHS
RVASC TAB 10 MG   10MG TABS, 1 TABS ORAL    DAILY

**ntal Health:**
*Mental Status Exam First Observed 09/23/2009 10:36AM*
*Psychiatric Evaluation First Observed 09/23/2009 10:36AM*
*Psychiatric Provider Progress Note First Observed 09/23/2009 10:36AM*
*Adjustment Disorder With Depressed Mood First Observed 09/24/2009 11:55AM*

**Specified:**
*Other First Observed 09/22/2009 02:29PM*
*Evidence-based Suicide Risk Assessment First Observed 09/23/2009 10:59AM*

---

PSYCHIATRIC PROVIDER PROGRESS NOTE
Subjective Report: Per client, he is still depressed and says remeron does not help his ression or sleep. "I could feel the difference with the other pill the stopped" and says he is still very worried ut his situation. Denied si/hi. Says he is sad, hopeless, poor sleep, poor concentration, so-so energy, high etite and think he is gaining weight on remeron. Denied symptoms of psychosis or mania. Says he is atient with his capital murder charge.
Objective Report: NAD! Alert and oriented. Calm, cooperative, slow psychomotor, depressed od, normal thought pattern, normal attitude and no sign of psychosis or mania. This client already weight pounds at 6'2". Current meds med combo is apparently not helping his weight.
Reason For Evaluation
- Regular Follow-Up
Location Of Evaluation
- Interview Room
Patient Primary Language
- English
Patient Preferred Language
- English

Parkland Health & Hospital System
Dallas County Jail Health    DCHH   Document c4f054d11375c7bf   Filed 03/30/16   Page 180 of 250   PageID 6983
Dallas, Texas
**MENTAL HEALTH**
**Psychiatric Provider Progress Note**

Patient Name: GREEN, GARY
Book-in Number: 09073266
Date of Birth: 03/14/1971 Race:B
Date/ Time: 03/17/2010 07:22
Jail Location: Lew Sterrett North Tower, 3EO3

Sources Of Information/Reliability
- Patient
    - Good
- Prior Record
    - Good
Core Symptoms Scores (Rating From 1-10)
- Mania
    - Score = 0
- Depression
    - Score = 7
- Positive Symptoms Of Schizophrenia Score = 0
- Negative Symptoms Of Schizophrenia Score = 0
- Other Symptoms
    - Irritability
        - Score = 0
    - Mood Lability
        - Score = 0
    - Agitation
        - Score = 0
    - Anxiety
        - Score = 8
    - Level Of Interest
        - Score = 7
    - Energy Level
        - Score = 3
    - Insomnia
        - Score = 5
Suicidal Risk Assessment
    - Patient Denies He/She Is Suicidal.
Homicidal Risk Assessment
    - Patient Denies He/She Is Homicidal
Labs Reviewed
    - Reviewed.
Assessment: Client seem in depressed mood. See objective above. Plan is to D/C remeron and rax and to start Paxil. Sleep and exercised education discussed with client.
Treatment/Management Plan
    - Medication Review
        - Patient Is Compliant W/ Medications
            - Yes
        - Side Effects Reported
            - None Reported
        - Medication Response
            - Partial Response
        - Medications Changed
            - Yes

Parkland Health & Hospital System
Dallas County Jail Health
Dallas, Texas
**MENTAL HEALTH**
**Psychiatric Provider Progress**
**Note**

Patient Name: GREEN, GARY
Book-in Number: 09073266
Date of Birth: 03/14/1971 Race:B
Date/ Time: 03/17/2010 07:22
Jail Location: Lew Sterrett North Tower, 3EO3

- Paper Order To Be Provided
- Rationale To Change Medications
- Insufficient Improvement
- Other
- A.I.M.S.
- Total Score = 0
- Diagnosis
- There Are No Changes To Patient Diagnosis At This Time
- Axis 5: 55
- Patient Education
- Patient Provided Education About Risk/Benefit Of Medications
- Yes
- Plan Of Care, Follow-Up, Access To Care And Any Other Questions Addressed
- Yes
- Patient Verbalized Understanding And Agreed
- Yes
- Follow-Up
- Plan:
- Scheduled Appointment In E.M.R.


ocedures Ordered:
    MENTAL HEALTH PROVIDER VISIT - FOLLOWUP:  hypertension , adjustment disorder with depressed
ood, depressive disorder nos

arted Meds:
    DISCONTINUE MEDICATION  EA       00000000000     03/17/2010 07:39
        1 EA MISC. SUPP ONCE
            Special Instructions:Discontinue Remeron And Hydroxyzine
      STOP DATE: 03/20/2010 07:39      REFILLS: 0
    PAROXETINE HCL TAB 2 20MG TABS 49884087711    03/17/2010 07:40
        1 TABS ORAL   DAILY
      STOP DATE: 03/31/2010 07:40     REFILLS:
    PAROXETINE HCL TAB 4 40MG TABS 49884087911    04/01/2010 07:40
        1 TABS ORAL   DAILY
            Special Instructions:Advance Paxil To 40mg On April 01/2010 Xxxxxxxxxxxx
      STOP DATE:        REFILLS:

opped Meds:
    YDROXYZINE TAB 50  50MG TABS 50111030903    02/04/2010 15:36
        1 TABS ORAL   QPM
      STOP DATE:        REFILLS:
    MIRTAZAPINE TAB 30 M 30MG TABS 51079008720    02/04/2010 15:35
        1 TABS ORAL   QHS

**Parkland Health & Hospital System**
**Dallas County Jail Health**
**Dallas, Texas**
# MENTAL HEALTH
**Psychiatric Provider Progress Note**

Patient Name: GREEN, GARY
Book-in Number: 09073266
Date of Birth: 03/14/1971 Race:B
Date/ Time: 03/17/2010 07:22
Jail Location: Lew Sterrett North Tower, 3EO3

STOP DATE:                    REFILLS:

Electronically Signed by ADAMS, GODWIN O PA on 03/17/2010.
##And No Others##

Parkland Health & Hospital System
Dallas, Texas
**MENTAL HEALTH**
Psychiatric Provider Progress
Note

Patient Name: GREEN, GARY
Book-in Number: 09073266
Date of Birth: 03/14/1971 Race:B
Date/ Time: 09/30/2009 11:26
Jail Location: Lew Sterrett West Tower, 3P12

ge: *38 Years*

st vital signs: *09/30/2009*; BP: *150 / 117 (Sitting)* ; P: *102 (Sitting)* ; R: *18 / min*;T:

rrent Vital signs: *09/30/2009*, BP: *140 / 107 (Sitting)* ; P: *87 (Sitting)* ; R: *16 / min*; T: *97.6 (Oral)*  Wt.  Height

lergies: *NO KNOWN ALLERGIES*

dications:

rrent/Active Problem:

ntal Health:
   *Mental Status Exam First Observed 09/23/2009 10:36AM*
   *Psychiatric Evaluation First Observed 09/23/2009 10:36AM*
   *Psychiatric Provider Progress Note First Observed 09/23/2009 10:36AM*
   *Adjustment Disorder With Depressed Mood First Observed 09/24/2009 11:55AM*

t Sp ified:
   *Other First Observed 09/22/2009 02:29PM*
   *Evidence-based Suicide Risk Assessment First Observed 09/23/2009 10:59AM*

bjective:

| went to a preliminary hearing...it might be 15 months before trial..." |
| reports he has accepted that he will be in jail for an extended stay until legal |
| sues are resolved. Would like to move somewhere in jail where he can have a |
| rmal life as much as possible. Pt agreed to transfer to 8 man obo. Will continue |
| eds.  No SI  No plan. |

PSYCHIATRIC PROVIDER PROGRESS NOTE
      Reason For Evaluation
            - Regular Follow-Up
      Location Of Evaluation
            - Day Room
      Patient Primary Language
            - English
      Patient Preferred Language
            - English
      Sources Of Information/Reliability
            - Patient
                  - Good
            - Prior Record
                  - Good

| Parkland Health & Hospital System<br>Dallas County Jail Health<br>**Dallas, Texas**<br>**MENTAL HEALTH**<br>**Psychiatric Provider Progress Note** | Patient Name: GREEN GARY<br>Book-in Number: 09073266<br>Date of Birth: 03/14/1971 Race:B<br>Date/ Time: 09/30/2009 11:26<br>Jail Location: Lew Sterrett West Tower, 3P12 |
|---|---|

Core Symptoms Scores (Rating From 1-10)
- Mania
    - Score = 0
- Depression
    - Score = 3
- Other Symptoms
    - Irritability
        - Score = 0
    - Mood Lability
        - Score = 0
    - Agitation
        - Score = 0
    - Anxiety
        - Score = 0

Suicidal Risk Assessment
- Patient Denies He/She Is Suicidal.

Homicidal Risk Assessment
- Patient Denies He/She Is Homicidal

Treatment/Management Plan
- Medication Review
    - Patient Is Compliant W/ Medications
        - Yes
    - Side Effects Reported
        - None Reported
    - Medication Response
        - Minimal Response
    - Medications Changed
        - No
- A.I.M.S.
    - Total Score = 0
- Diagnosis
    - There Are No Changes To Patient Diagnosis At This Time
- Transfer Orders
    - Lower Level Of Care
        - 8 Man OBO
- Patient Education
    - Patient Provided Education About Risk/Benefit Of Medications
        - Yes
    - Plan Of Care, Follow-Up, Access To Care And Any Other Questions Addressed
        - Yes
    - Patient Verbalized Understanding And Agreed
        - Yes
- Follow-Up
    - Plan:
        - Scheduled Appointment In E.M.R.

**Parkland Health & Hospital System**
**Dallas County Jail Health / DCJH    Document Name:**
**Dallas, Texas**
**MENTAL HEALTH**
**Psychiatric Provider Progress Note**

Patient Name: GREEN, GARY
Book-in Number: 09073266
Date of Birth: 03/14/1971 Race:B
Date/ Time: 09/30/2009 11:26
Jail Location: Lew Sterrett West Tower, 3P12

**Assessment:**

| Axis I | Adjustment D/O with Depressed Mood |
|---|---|
| Axis II | |
| Axis III | HTN    S/P OD on APAP/Diphenhydramine OTC |
| Axis IV | Legal/Incarceration |
| Axis V: GAF- | 35 |

**Housing:**

| Suicide Precautions | |
|---|---|
| Crisis Stabilization | discontinue |
| Closed Behavioral Observation | |
| Man Open Behavioral Observation | x |
| Open Behavioral Observation | |
| General Population | |
| Infirmary | |

**Laboratory/Radiology/Diagnostics:**

| CBC with Differential | |
|---|---|
| CMP | |
| BMP | |
| Hepatic Panel/LFT's | |
| TSH | |
| VPA/Depakote Level | |
| Lithium Level | |
| Tegretol/Carbamazepine Level | |
| HgbA1c | |
| HIV | |
| RPR | |
| Lipids | |
| A | |
| X-ray: | |
| Other Lab/Diagnostic: | |

**Medications:**

| | |
|---|---|
| | |
| | |
| | |

**Parkland Health & Hospital System**
**Dallas County Jail Health**
**Dallas, Texas**
# MENT AL HEALTH
**Psychiatric Provider Progress Note**

Patient Name: GREEN, GARY
Book-in Number: 09073266
Date of Birth: 03/14/1971 Race:B
Date/ Time: 09/30/2009 11:26
Jail Location: Lew Sterrett West Tower, 3P12

**Patient Teaching:**

| Medications | |
|---|---|
| Laboratory/Diagnostics | |
| Treatment Plan | x |
| Discharge Planning | |
| Substance Abuse | |
| After Care | |

**Get Records From:**

| |
|---|
| |
| |
| |

**Return to Clinic in:**

| One day | |
|---|---|
| Weeks | x |
| Weeks | |
| One Month | |
| | |

Electronically Signed by RIDGE, TODD A NP on 09/30/2009.
##And No Others##

Parkland Health & Hospital System
Dallas County Jail Health DBH   Document Name: GREEN GARY Page 187 of 250   PageID 6990
Dallas, Texas
**MENTAL HEALTH**
Psychiatric Provider Progress
Note

Patient Name: GREEN GARY
Book-in Number: 09073266
Date of Birth: 03/14/1971 Race:B
Date/ Time: 09/29/2009 09:49
Jail Location: Lew Sterrett West Tower, 3P12

e: *38 Years*

st vital signs: *09/26/2009*; BP: *171 / 114 (Sitting)* ; P: *114 (Sitting)* ; R: *20 / min*;T:

rrent Vital signs: *09/28/2009*, BP: *183 / 118 (Sitting)* ; P: *110 (Sitting)* ; R: *18 / min*; T:  Wt.  Height

lergies: *NO KNOWN ALLERGIES*

edications:

rrent/Active Problem:

*ental Health:*
   *Mental Status Exam First Observed 09/23/2009 10:36AM*
   *Psychiatric Evaluation First Observed 09/23/2009 10:36AM*
   *Psychiatric Provider Progress Note First Observed 09/23/2009 10:36AM*
   *Adjustment Disorder With Depressed Mood First Observed 09/24/2009 11:55AM*

*t S   fied:*
   *Other First Observed 09/22/2009 02:29PM*
   *Evidence-based Suicide Risk Assessment First Observed 09/23/2009 10:59AM*

bjective:

| I was never part of the crowd" "I'm antisocial..." "I isolated myself" |
| I took antidepressants at Timberlawn" "I was referred to metrocare and they were |
| elping me with the social security paperwork..." |
| eels depressed  Going to court this am  Plans on taking things day to day |

PSYCHIATRIC PROVIDER PROGRESS NOTE
   Reason For Evaluation
           - Regular Follow-Up
   Location Of Evaluation
           - Day Room
   Patient Primary Language
           - English
   Patient Preferred Language
           - English
   Sources Of Information/Reliability
           - Patient
               - Good
           - Prior Record
               - Good
   Core Symptoms Scores (Rating From 1-10)

**Parkland Health & Hospital System**
**Dallas County Jail Health**  DCHHH   Document-No.   Page 188 of 250   PageID 6991
**Dallas, Texas**
**MENTAL HEALTH**
**Psychiatric Provider Progress Note**

Patient Name: GREEN, GARY
Book-in Number: 09073266
Date of Birth: 03/14/1971 Race:B
Date/ Time: 09/29/2009 09:49
Jail Location: Lew Sterrett West Tower, 3P12

- Mania
    - Score = 0
- Depression
    - Score = 4
- Other Symptoms
    - Irritability
        - Score = 0
    - Mood Lability
        - Score = 0
    - Agitation
        - Score = 0
    - Anxiety
        - Score = 0

Suicidal Risk Assessment
    - Patient Denies He/She Is Suicidal.
Homicidal Risk Assessment
    - Patient Denies He/She Is Homicidal
Treatment/Management Plan
    - Medication Review
        - Patient Is Compliant W/ Medications
            - Yes
        - Side Effects Reported
            - None Reported
        - Medication Response
            - Minimal Response
        - Medications Changed
            - Yes
                - Paper Order To Be Provided
        - Rationale To Change Medications
            - Patient Preference
    - A.I.M.S.
        - Total Score = 0
    - Diagnosis
        - There Are No Changes To Patient Diagnosis At This Time
    - Transfer Orders
        - Lower Level Of Care
            - Crisis Stabilization Program
    - Patient Education
        - Patient Provided Education About Risk/Benefit Of Medications
            - Yes
        - Plan Of Care, Follow-Up, Access To Care And Any Other Questions Addressed
            - Yes
        - Patient Verbalized Understanding And Agreed
            - Yes
    - Follow-Up

**Parkland Health & Hospital System**
Dallas, Texas
**MENTAL HEALTH**
**Psychiatric Provider Progress Note**

Patient Name: GREEN, GARY
Book-in Number: 09073266
Date of Birth: 03/14/1971 Race:B
Date/ Time: 09/29/2009 09:49
Jail Location: Lew Sterrett West Tower, 3P12

- Plan:
　　- Scheduled Appointment In E.M.R.

Assessment:

| Axis I | Adjustment D/O with Depressed Mood |
|---|---|
| Axis II | |
| Axis III | HTN   S/P OD on APAP/Diphenhydramine OTC |
| Axis IV | Legal/Incarceration |
| Axis V: GAF- | 35 |

Housing:

| Suicide Precautions | |
|---|---|
| Crisis Stabilization | x |
| Close Behavioral Observation | |
| 1 Man Open Behavioral Observation | |
| Open Behavioral Observation | |
| General Population | |
| Infirmary | |

Laboratory/Radiology/Diagnostics:

| CBC with Differential | |
|---|---|
| CMP | |
| BMP | |
| Hepatic Panel/LFT's | |
| TSH | |
| VPA/Depakote Level | |
| Lithium Level | |
| Tegretol/Carbamazepine Level | |
| HgbA1c | |
| HIV | |
| RPR | |
| Lipids | |
| A | |
| Xray | |
| Other Lab/Diagnostic: | |

Medications:

| Decrease Remeron | 15mg po QPM x 90 days |
|---|---|
| Start Celexa | 20mg po QAM x 5 days then |

**Parkland Health & Hospital System**
Dallas, Texas
**MENTAL HEALTH**
**Psychiatric Provider Progress Note**

Patient Name: GREEN GARY
Book-in Number: 09073266
Date of Birth: 03/14/1971 Race:B
Date/ Time: 09/29/2009 09:49
Jail Location: Lew Sterrett West Tower, 3P12

| Celexa | 40mg po QAM x 90 days |
|---|---|
| | |
| | |

**Patient Teaching:**

| Medications | x |
|---|---|
| Laboratory/Diagnostics | |
| Treatment Plan | x |
| Discharge Planning | |
| Substance Abuse | |
| After Care | |

Patient Education provided on the initiation and continuation of antidepressant medication. Patient agreed to be monitored and self-report to the health care team any episodes of agitation, irritability, other changes in behavior and suicidality. Patient educated on the importance of medication compliance and the need to communicate with  health care providers any change in behavior or feelings of suicide.  Patient education with the risk for bipolar disorder and any possible adverse outcomes with the use of antidepressant medication provided. Reviewed the side-effects and risks of anti-depressant medications, including priapism and other sexual side-effects.

**Get Records From:**

| | |
|---|---|
| | |
| | |
| | |

**Return to Clinic in:**

| One day | x |
|---|---|
| Week | |
| Weeks | |
| One Month | |

| Parkland Health & Hospital System | Patient Name: GREEN, GARY |
|---|---|
| **Dallas, Texas** | Book-in Number: 09073266 |
| **MENTAL HEALTH** | Date of Birth: 03/14/1971 Race:B |
| **Psychiatric Provider Progress Note** | Date/ Time: 09/29/2009 09:49 |
| | Jail Location: Lew Sterrett West Tower, 3P12 |

Electronically Signed by RIDGE, TODD A NP on 09/29/2009.
##And No Others##

Parkland Health & Hospital System
Dallas, Texas
**MENTAL HEALTH**
Psychiatric Provider Progress
Note

Patient Name: GREEN, GARY
Book-in Number: 09073266
Date of Birth: 03/14/1971 Race:B
Date/ Time: 09/28/2009 09:42
Jail Location: Lew Sterrett West Tower, 3P12

e: *38 Years*

st vital signs: *09/25/2009*; BP: *157 / 109 (Sitting)* ; P: *89 (Sitting)* ; R: *18 / min*;T:

rrent Vital signs: *09/26/2009*, BP: *171 / 114 (Sitting)* ; P: *114 (Sitting)* ; R: *20 / min*; T: Wt. Height

lergies: *NO KNOWN ALLERGIES*

edications:

rrent/Active Problem:

ental Health:
    *Mental Status Exam First Observed 09/23/2009 10:36AM*
    *Psychiatric Evaluation First Observed 09/23/2009 10:36AM*
    *Psychiatric Provider Progress Note First Observed 09/23/2009 10:36AM*

t Specified:
    *ther First Observed 09/22/2009 02:29PM*
    *Evidence-based Suicide Risk Assessment First Observed 09/23/2009 10:59AM*

bjective: States "media" is not telling the true story about him.

I'm not suicidal" "I want this thing to just end..." Ruminates about possible
utcome of legal issues. Denies SI, but is resolving himself to fact that he may get
e death penalty. Would like to be alone and feels this would be the best thing for
im to do at this time.  Thinking a lot about case and events.  Denies SI  No plan

PSYCHIATRIC PROVIDER PROGRESS NOTE
Reason For Evaluation
        - Regular Follow-Up
Location Of Evaluation
        - Day Room
Patient Primary Language
        - English
Sources Of Information/Reliability
        - Patient
                - Good
        - Prior Record
                - Good
Core Symptoms Scores (Rating From 1-10)
        - Mania
                - Score = 0
        - Depression

Parkland Health & Hospital System
Dallas County Jail Health   Document name: GREEN GARY   Page 193 of 250   PageID 6996
Dallas, Texas
**MENTAL HEALTH**
**Psychiatric Provider Progress Note**

Patient Name: GREEN GARY
Book-in Number: 09073266
Date of Birth: 03/14/1971 Race:B
Date/ Time: 09/28/2009 09:42
Jail Location: Lew Sterrett West Tower, 3P12

             - Score = 3
         - Other Symptoms
             - Irritability
                 - Score = 0
             - Mood Lability
                 - Score = 0
             - Agitation
                 - Score = 0
             - Anxiety
                 - Score = 0
             - Insomnia
                 - Score = 6
Suicidal Risk Assessment
       - Patient Denies He/She Is Suicidal
Homicidal Risk Assessment
       - Patient Denies He/She Is Homicidal
Treatment/Management Plan
       - Medication Review
             - Medication Response
                 - Minimal
             - Medications Changed
                 - No
     - A.I.M.S.
          - Total Score = 0
     - Suicide Precaution Ordered
          - Discontinued
     - Transfer Orders
          - Lower Level Of Care
               - Crisis Stabilization
     - Patient Education
          - Patient Provided Education About Risk/Benefit Of Medications
             - Yes
          - Plan Of Care, Follow-Up, Access To Care And Any Other Questions Addressed
             - Yes
          - Patient Verbalized Understanding And Agreed
             - Yes
     - Follow-Up
          - Plan:
             - Scheduled Appointment In E.M.R.

sessment:

| xis | Adjustment D/O with Depressed Mood |
|------|-------------------------------------|
| | |
| xis II | |
| | |
| xis III | Hx HTN   S/P OD on APAP/Diphenhydramine OTC |

**Parkland Health & Hospital System**
Dallas, Texas

**MENTAL HEALTH**

**Psychiatric Provider Progress Note**

Patient Name: GREEN, GARY
Book-in Number: 09073266
Date of Birth: 03/14/1971 Race:B
Date/ Time: 09/28/2009 09:42
Jail Location: Lew Sterrett West Tower, 3P12

| Axis IV | Legal/Incarceration |
|---|---|

| Axis V: GAF- | 35 |
|---|---|

**Housing:**

| Suicide Precautions | discontinue |
|---|---|
| Crisis Stabilization | x |
| Closed Behavioral Observation | |
| 1 Man Open Behavioral Observation | |
| Open Behavioral Observation | |
| General Population | |
| Infirmary | |

**Laboratory/Radiology/Diagnostics:**

| | |
|---|---|
| CBC with Differential | |
| CMP | |
| BMP | |
| Hepatic Panel/LFT's | |
| TSH | |
| VPA/Depakote Level | |
| Lithium Level | |
| Tegretol/Carbamazepine Level | |
| HgbA1c | |
| HIV | |
| RPR | |
| Lipids | |
| UA | |
| X-ray: | |
| Other Lab/Diagnostic: | |

**Medications:**

| | |
|---|---|
| | |
| | |
| | |
| | |

**Patient Teaching:**

| Medications | |
|---|---|
| Laboratory/Diagnostics | |
| Treatment Plan | x |

| Parkland Health & Hospital System | Patient Name: GREEN GARY |
| Dallas County Jail Health | Book-in Number: 09073266 |
| Dallas, Texas | Date of Birth: 03/14/1971 Race:B |
| **MENTAL HEALTH** | Date/ Time: 09/28/2009 09:42 |
| **Psychiatric Provider Progress Note** | Jail Location: Lew Sterrett West Tower, 3P12 |

| Discharge Planning | |
|---|---|
| Substance Abuse | |
| After Care | |

**Get Records From:**

| |
|---|
| |
| |
| |

**Return to Clinic in:**

| | |
|---|---|
| One day | x |
| Week | |
| Weeks | |
| One Month | |
| | |

Electronically Signed by RIDGE, TODD A NP on 09/28/2009.
##And No Others##

**Dallas County Jail Health**
Dallas, Texas
## MENTAL HEALTH
**Psychiatric Provider Progress Note**

Patient Name: GREEN, GARY
Book-In Number: 09073286
Date of Birth: 03/14/1971 Race:B
Date/ Time: 09/25/2009 10:39
Jail Location: Lew Sterrett West Tower, 3P12

*:e: 38 Years*

*st vital signs: 09/24/2009; BP: 153 / 112 (Standing) ; P: 93 (Standing) ; R: 18 / min; T: 97.4 (Oral)*

*rrent Vital signs: 09/25/2009, BP: 157 / 109 (Sitting) ; P: 89 (Sitting) ; R: 18 / min; T: Wt. Height*

*lergies: NO KNOWN ALLERGIES*

*dications:*

*rrent/Active Problem:*

*ntal Health:*
  *Mental Status Exam First Observed 09/23/2009 10:36AM*
  *Psychiatric Evaluation First Observed 09/23/2009 10:36AM*
  *Psychiatric Provider Progress Note First Observed 09/23/2009 10:36AM*

*t Specified:*
  *ther First Observed 09/22/2009 02:29PM*
  *vidence-based Suicide Risk Assessment First Observed 09/23/2009 10:59AM*

*jective:*

| |
|---|
| get about five or ten minutes of sleep at a time..." |
| don't know what to do" |
| eling overwhelmed  Depressed Sad  Took shower yesterday |
| creased sleep  No appetite  No plan  Still suicidal |

MENTAL STATUS EXAM
    Appearance
        Age
            Appears Stated Age
        Stature
            Tall
        Weight
            Overweight
        Clothing
            Careless
        Grooming
            Neglected
        Posture/Gait
            Normal
        Motor Activity
            Unremarkable

Parkland Health & Hospital System
**Dallas County Jail Health**
**Dallas, Texas**
**MENTAL HEALTH**
**Psychiatric Provider Progress Note**

Patient Name: GREEN, GARY
Book-In Number: 09073266
Date of Birth: 03/14/1971 Race:B
Date/ Time: 09/25/2009 10:39
Jail Location: Lew Sterrett West Tower, 3P12

Sensorium
    Attention
        Normal
    Concentration
        Normal
    Orientation
        Oriented X 4
    Recall/Memory
        Normal
Relating
    Eye Contact
        Normal
    Facial Expression
        Responsive
    Attitude Toward Examiner
        Cooperative
Affect & Mood
    Affect
        Appropriate
    Mood
        Dysphoric
Speech & Thought
    Speech Flow
        Normal
    Thought Content
        Appropriate To Mood/Circumstances
    Preoccupations
        None
    Hallucinations
        None
    Thought Organization
        Logical, Goal Directed
Executive Functions
    Fund Of Knowledge
        Average
    Intelligence
        Average
    Abstraction
        Normal
    Judgement
        Poor
    Reality Testing
        Realistic
    Insight
        Uses Connections

**Dallas County Jail Health**
**Dallas, Texas**
## MENTAL HEALTH
**Psychiatric Provider Progress Note**

Patient Name: GREEN, GARY
Book-in Number: 09073266
Date of Birth: 03/14/1971 Race:B
Date/ Time: 09/25/2009 10:39
Jail Location: Lew Sterrett West Tower, 3P12

Decision-Making
Impulsive
Adaptive Skills
Coping Ability
Overwhelmed
Skill Deficits
Interpersonal
Decision-Making
Self Control
Social Functioning
Social Maturity
Impulsive

PSYCHIATRIC PROVIDER PROGRESS NOTE
Reason For Evaluation
- Regular Follow-Up
Location Of Evaluation
- Day Room
Patient Primary Language
- English
Sources Of Information/Reliability
- Patient
- Good
- Prior Record
- Good
Core Symptoms Scores (Rating From 1-10)
- Mania
- Score = 0
- Depression
- Score = 4
- Other Symptoms
- Irritability
- Score = 0
- Mood Lability
- Score = 0
- Agitation
- Score = 0
- Anxiety
- Score = 1
- Insomnia
- Score = 6
Suicidal Risk Assessment
- Patient States He/She Is Suicidal
- Patient States Specific Ideations
Homicidal Risk Assessment

**Parkland Health & Hospital System**
**Dallas County Jail Health**
**Dallas, Texas**

**MENTAL HEALTH**
**Psychiatric Provider Progress Note**

Patient Name: GREEN, GARY
Book-In Number: 09073266
Date of Birth: 03/14/1971 Race:B
Date/ Time: 09/25/2009 10:39
Jail Location: Lew Sterrett West Tower, 3P12

- Patient Denies He/She Is Homicidal
Treatment/Management Plan
  - Medication Review
    - Medication Response
      - Minimal
    - Medications Changed
      - No
  - A.I.M.S.
    - Total Score = 0
  - Suicide Precaution Ordered
    - Continued
  - Transfer Orders
    - Lower Level Of Care
      - Suicide Precautions
  - Patient Education
    - Patient Provided Education About Risk/Benefit Of Medications
      - Yes
    - Plan Of Care, Follow-Up, Access To Care And Any Other Questions Addressed
      - Yes
    - Patient Verbalized Understanding And Agreed
      - Yes
  - Follow-Up
    - Plan:
      - Scheduled Appointment In E.M.R.

Assessment:

| Axis I | Adjustment D/O with Depressed Mood |
|---|---|
| Axis II | |
| Axis III | Hx HTN   S/P OD on APAP/Diphenhydramine OTC |
| Axis IV | Legal/Incarceration |
| Axis V: GAF- | 30 |

Housing:

| | |
|---|---|
| Suicide Precautions | x |
| Crisis Stabilization | |
| Closed Behavioral Observation | |
| Max Open Behavioral Observation | |
| Open Behavioral Observation | |
| General Population | |
| Infirmary | |

**Parkland Health & Hospital System**
**Dallas County Jail Health**
**Dallas, Texas**

# MENTAL HEALTH
## Psychiatric Provider Progress Note

Patient Name: GREEN, GARY
Book in Number: 09073266
Date of Birth: 03/14/1971  Race:B
Date/ Time: 09/25/2009 10:39
Jail Location: Lew Sterrett West Tower, 3P12

**Laboratory/Radiology/Diagnostics:**

| | |
|---|---|
| CBC with Differential | |
| CMP | |
| CMP | |
| Hepatic Panel/LFT's | |
| TSH | |
| VPA/Depakote Level | |
| Lithium Level | |
| Tegretol/Carbamazepine Level | |
| HgbA1c | |
| HIV | |
| RPR | |
| Lipids | |
| UA | |
| X-ray: | |
| Other Lab/Diagnostic: | |

**Medications:**

| | |
|---|---|
| | |
| | |
| | |
| | |

**Patient Teaching:**

| | |
|---|---|
| Medications | x |
| Laboratory/Diagnostics | |
| Treatment Plan | x |
| Discharge Planning | |
| Substance Abuse | |
| After Care | |

**Records From:**

| |
|---|
| |
| |
| |

**Return to Clinic in:**

| | |
|---|---|
| One | x |
| Week | |
| Weeks | |
| One Month | |

Case 3:15-cv-02197-M-BH   Document 24-68   Filed 08/11/16   Page 201 of 250   PageID 7004

Parkland Health & Hospital System

**Dallas County Jail Health**
**Dallas, Texas**

**MENTAL HEALTH**
**Psychiatric Provider Progress**
**Note**

Patient Name: GREEN, GARY
Book-in Number: 09073266
Date of Birth: 03/14/1971 Race:B
Date/ Time: 09/25/2009 10:39
Jail Location: Lew Sterrett West Tower, 3P12

Electronically Signed by RIDGE, TODD A NP on 09/25/2009.
##And No Others##

Parkland Health & Hospital System
Dallas County Jail Health
**Dallas, Texas**
## MENTAL HEALTH
**Psychiatric Provider Progress Note**

Patient Name: GREEN, GARY
Book-in Number: 09073266
Date of Birth: 03/14/1971 Race:B
Date/ Time: 09/24/2009 11:36
Jail Location: Lew Sterrett West Tower, 3P12

e: *38 Years*

st vital signs: *09/23/2009;* BP: *164 / 110 (Sitting)* ; P: *83 (Sitting)* ; R: *18 / min;*T:

rrent Vital signs: *09/24/2009,* BP: *153 / 112 (Standing)* ; P: *93 (Standing)* ; R: *18 / min*; T: *97.4 (Oral)*  Wt.  Height

lergies: *NO KNOWN ALLERGIES*

:dications:

rrent/Active Problem:

:ntal Health:
   *Mental Status Exam First Observed 09/23/2009 10:36AM*
   *Psychiatric Evaluation First Observed 09/23/2009 10:36AM*
   *Psychiatric Provider Progress Note First Observed 09/23/2009 10:36AM*

t Specified:
   *her First Observed 09/22/2009 02:29PM*
   *Evidence-based Suicide Risk Assessment First Observed 09/23/2009 10:59AM*

bjective:

| |
|---|
| don't deserve to live"  "I don't know how I feel..." |
| can't sleep...I just stare at the walls..." |
| wish they would just get it over with..." (Referring to capital punishment) |
| o appetite  Poor sleep  Ruminates about events prior to jail |

MENTAL STATUS EXAM
   Appearance
      Age
         Appears Stated Age
      Stature
         Tall
      Weight
         Overweight
      Clothing
         Careless
      Grooming
         Neglected
      Posture/Gait
         Normal
      Motor Activity
         Unremarkable

Parkland Health & Hospital System
Dallas County Jail Health
Dallas, Texas
**MENTAL HEALTH**
**Psychiatric Provider Progress**
**Note**

Patient Name: GREEN, GARY
Book-in Number: 09073266
Date of Birth: 03/14/1971 Race:B
Date/ Time: 09/24/2009 11:36
Jail Location: Lew Sterrett West Tower, 3P12

Sensorium
    Attention
        Normal
    Concentration
        Normal
    Orientation
        Oriented X 4
    Recall/Memory
        Normal
Relating
    Eye Contact
        Normal
    Facial Expression
        Responsive
    Attitude Toward Examiner
        Cooperative
Affect & Mood
    Affect
        Appropriate
    Mood
        Dysphoric
Speech & Thought
    Speech Flow
        Normal
    Thought Content
        Appropriate To Mood/Circumstances
    Preoccupations
        None
    Hallucinations
        None
    Thought Organization
        Logical, Goal Directed
Executive Functions
    Fund Of Knowledge
        Average
    Intelligence
        Average
    Abstraction
        Normal
    Judgement
        Poor
    Reality Testing
        Realistic
    Insight
        Uses Connections

Parkland Health & Hospital System
Dallas County Jail Health
Dallas, Texas

**MENTAL HEALTH**
**Psychiatric Provider Progress Note**

Patient Name: GREEN, GARY
Book-in Number: 09073266
Date of Birth: 03/14/1971 Race:B
Date/ Time: 09/24/2009 11:36
Jail Location: Lew Sterrett West Tower, 3P12

            Decision-Making
                Impulsive
      Adaptive Skills
            Coping Ability
                Overwhelmed
            Skill Deficits
                Interpersonal
                Decision-Making
                Self Control
    Social Functioning
            Social Maturity
                Impulsive

PSYCHIATRIC PROVIDER PROGRESS NOTE
    Reason For Evaluation
        - Regular Follow-Up
    Location Of Evaluation
        - Day Room
    Patient Primary Language
        - English
    Sources Of Information/Reliability
        - Patient
            - Good
        - Prior Record
            - Good
    Core Symptoms Scores (Rating From 1-10)
        - Mania
            - Score = 0
        - Depression
            - Score = 4
        - Other Symptoms
            - Irritability
                - Score = 2
            - Mood Lability
                - Score = 0
            - Agitation
                - Score = 0
            - Anxiety
                - Score = 2
            - Insomnia
                - Score = 8
    Suicidal Risk Assessment
        - Patient States He/She Is Suicidal
            - Patient States Specific Ideations
    Homicidal Risk Assessment

Parkland Health & Hospital System
Dallas County Jail Health
Dallas, Texas

**MENTAL HEALTH
Psychiatric Provider Progress
Note**

Patient Name: GREEN, GARY
Book-In Number: 09073288
Date of Birth: 03/14/1971 Race:B
Date/ Time: 09/24/2009 11:36
Jail Location: Lew Sterrett West Tower, 3P12

  - Patient Denies He/She Is Homicidal
 Treatment/Management Plan
  - Medication Review
   - Medication Response
    - Patient Not On Medications At This Time
   - Medications Changed
    - Yes
     - Paper Order To Be Provided
   - Rationale To Change Medications
    - Insufficient Improvement
  - A.I.M.S.
   - Total Score = 0
  - Suicide Precaution Ordered
   - Continued
  - Transfer Orders
   - Lower Level Of Care
    - Suicide Precautions
  - Patient Education
   - Patient Provided Education About Risk/Benefit Of Medications
    - Yes
   - Plan Of Care, Follow-Up, Access To Care And Any Other Questions Addressed
    - Yes
   - Patient Verbalized Understanding And Agreed
    - Yes
  - Follow-Up
   - Plan:
    - Scheduled Appointment In E.M.R.

Assessment:

| Axis I | Adjustment D/O with Depressed Mood |
|---|---|
| Axis II | |
| Axis III | Hx HTN    S/P OD on APAP/Diphenhydramine OTC |
| Axis IV | Legal/Incarceration |
| Axis V: GAF- | 30 |

Housing

| Medical Precautions | x |
|---|---|
| Crisis Stabilization | |
| Closed Behavioral Observation | |
| Open Man Open Behavioral Observation | |

Parkland Health & Hospital System
**Dallas County Jail Health**
Dallas, Texas

# MENTAL HEALTH
# Psychiatric Provider Progress Note

Patient Name: GREEN, GARY
Book-In Number: 09073286
Date of Birth: 03/14/1971 Race:B
Date/ Time: 09/24/2009 11:36
Jail Location: Lew Sterrett West Tower, 3P12

| | |
|---|---|
| Open Behavioral Observation | |
| General Population | |
| Infirmary | |

**Laboratory/Radiology/Diagnostics:**

| | |
|---|---|
| CBC with Differential | |
| BMP | |
| CMP | |
| Hepatic Panel/LFT's | |
| TSH | |
| VPA/Depakote Level | |
| Lithium Level | |
| Tegretol/Carbamazepine Level | |
| HgbA1c | |
| HIV | |
| RPR | |
| Lipids | |
| UA | |
| X-ray: | |
| Other Lab/Diagnostic: | |

**Medications:**

| | |
|---|---|
| Start Remeron | 7.5mg po QPM x 15 days |
| | |
| | |
| | |

**Patient Teaching:**

| | |
|---|---|
| Medications | x |
| Laboratory/Diagnostics | |
| Treatment Plan | x |
| Discharge Planning | |
| Substance Abuse | |
| After Care | |

Patient Education provided on the initiation and continuation of antidepressant medication. Patient agreed to be monitored and self-report to the health care team any episodes of agitation, irritability, other changes in behavior and suicidality. Patient educated on the importance of medication compliance and the need to communicate with  health care providers any change in behavior or feelings of suicide.  Patient education with the risk for bipolar disorder and any possible adverse outcomes with the use of antidepressant medication provided. Reviewed the side-effects and risks of anti-depressant medications, including priapism and other sexual side-effects.

Parkland Health & Hospital System
**Dallas County Jail Health**
**Dallas, Texas**
**MENTAL HEALTH**
**Psychiatric Provider Progress Note**

Patient Name: GREEN, GARY
Book-in Number: 09073266
Date of Birth: 03/14/1971 Race:B
Date/ Time: 09/24/2009 11:36
Jail Location: Lew Sterrett West Tower, 3P12

**...t Records From:**

**...turn to Clinic in:**

| ...ne day | x |
|-----------|---|
| Week | |
| Weeks | |
| ...ne Month | |
| | |

Electronically Signed by RIDGE, TODD A NP on 09/24/2009.
##And No Others##

Parkland Health & Hospital System
**Dallas County Jail Health**
Dallas, Texas
# MENTAL HEALTH
**Psychiatric Provider Progress Note**

Patient Name: GREEN, GARY
Book-in Number: 09073266
Date of Birth: 03/14/1971 Race:B
Date/ Time: 09/23/2009 10:27
Jail Location: Lew Sterrett West Tower, CONV

_e: *38 Years*

_st vital signs: *09/07/2008*; BP: *121 / 79 (Sitting)* ; P: *67 (Sitting)* ; R: *20 / min*;T: *96.8 (Oral)*

_rrent Vital signs: *09/08/2008*, BP: *124 / 87 (Sitting)* ; P: *76 (Sitting)* ; R: ; T: Wt. Height

_ergies: *NO KNOWN ALLERGIES*

_dications:

_rrent/Active Problem:

_bjective: **Charge- Capital Murder   OD on meds prior to arrival at jail**
**[ killed my wife and daughter..."'I tried to kill myself..." Reports OD on 2 bottles**
**sleep medications: Tylenol PM and Benadryl. Turned self into police and was**
**ken to Parkland for eval & tx. "They gave me charcoal..."  Now in jail.**
**els  anxious...disgusted...depressed...stressed..."  + SI  No plan**

rn  self into police after killing two family members. Upset. OD on sleep medication.
ld police he had taken pills. Was taken to Parkland for tx and then brought to jail.
ced on SPs. Chart reviewed. Pt hx today is not consistent with prior intake hx.
nies hx heroin use. Denies hx IVDA. Wants to take a shower today.
evidence of thought d/o on interview this am. Logical, goal-directed thought process.
) loose associations, flight of ideas or delusions. NO evidence of mania.
) hallucinations. Speech coherent. Normal psychomotor.

### MENTAL STATUS EXAM
Appearance
Age
Appears Stated Age
Stature
Tall
Weight
Overweight
Clothing
Careless
Grooming
Neglected
Posture/Gait
Normal
Motor Activity
Unremarkable
Sensorium
Attention

c:\temp\99935167.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-63   Filed 08/01/16   Page 209 of 250   PageID 7012

Scanned by CARSWELL, BRIAN G in facility Lew Sterrett North Tower on 03/12/2010 06:54

12/9

**Parkland Health & Hospital System**
**Dallas County Jail Health**
**Dallas, Texas**

**SICK CALL REQUEST**
**(KITE)**

Name: _GARY RONALD GREEN_

Book-in Number: _C90753266_

Date of Birth: _03/14/71_

Jail Tower: _North Tower_  Jail Tank: _6-E-03_

Date/ Time Stamp:

□ Medical   □ Dental   ✓ Mental Health   Date: _12/09/09_

**State your problem:** (Please write legibly and state your problem specifically)

_Dr. Long Salberg, I request to meet & speak with again if possible._

_Thank You_

**Please do not write below this line**

**(Health Service Staff Only)**

Triaged by: _Olubunmi D. 27478_   Triage time and date: _12/17/09 2315_

□ Emergent   □ Urgent   ✓ □ Routine

Subjective: _Request to speak w/ MHL_

Objective: BP _____  P ____  Respirations _____  Temp _____

Assessment: _Pt is coping appropriately w/ stress_

Plan: _Continue to support, Listen Empathicly_

**Disposition:**  □ Cell side resolution   □ Plan of care discussed with patient

□ Send to clinic now

**All Follow-up appointments require EMR reminders!**

□ RN Follow-up (next day)   □ Provider Follow-up:  □ Routine  □ Urgent

□ Clinic appointment date: _____   □ Appointment put in EMR

Nurse/ MHL signature          Printed name and ID#          Date/ Time _12/18/09_

Dallas County Jail Health
Dallas, Texas
**MENTAL HEALTH**
**Psychiatric Provider Progress**
**Note**

Patient Name: GREEN, GARY
Book-in Number: 09073266
Date of Birth: 03/14/1971 Race:B
Date/ Time: 09/23/2009 10:27
Jail Location: Lew Sterrett West Tower, CONV

Normal
Concentration
Normal
Orientation
Oriented X 4
Recall/Memory
Normal
Relating
Eye Contact
Normal
Facial Expression
Responsive
Attitude Toward Examiner
Cooperative
Affect & Mood
Affect
Appropriate
Mood
Pessimistic
Speech & Thought
Speech Flow
Normal
Thought Content
Appropriate To Mood/Circumstances
Preoccupations
None
Hallucinations
None
Thought Organization
Logical, Goal Directed
Executive Functions
Fund Of Knowledge
Average
Intelligence
Average
Abstraction
Normal
Judgement
Poor
Reality Testing
Realistic
Insight
Uses Connections
Decision-Making
Impulsive

Parkland Health & Hospital System
Dallas County Jail Health
**Dallas, Texas**
**MENTAL HEALTH**
**Psychiatric Provider Progress Note**

Patient Name: GREEN, GARY
Book-in Number: 09073266
Date of Birth: 03/14/1971 Race:B
Date/ Time: 09/23/2009 10:27
Jail Location: Lew Sterrett West Tower, CONV

Adaptive Skills
    Coping Ability
        Overwhelmed
    Skill Deficits
        Interpersonal
        Decision-Making
        Self Control
Social Functioning
    Social Maturity
        Impulsive
    Social Judgement
        "Street Smart"
Risk To Self & Others
    Self Harm
        Thoughts Of Self Injury   **S/P OD    Charged with Capital Murder**
        Low Imminent Risk For Potentially Lethal Self Injury
    Harm To Others
        **Reports killing wife and daughter prior to arriving at jail**
PSYCHIATRIC EVALUATION
    Informant
        - Patient
            - Fair
        - Prior Record
            - Good
    Patient Primary Language
        - English
    Patient Preferred Language
        - English
    Site Of Evaluation
        - Day Room
    Symptoms Check
        - Depressive Symptoms
            - Depressed Mood/Sad
        - Mania Symptoms
            - No Evidence Or Reports Of Manic Symptoms
        - Hypomania Symptoms
            - No Evidence Or Reports Of Hypomanic Symptoms
        - Psychosis
            - No Evidence Or Reports Of Psychosis
        - Anxiety
            - No Evidence Or Reports Of Anxiety
    Past Psychiatric History
        - Prior Hospitalizations
            - Timberlawn Hospital

Parkland Health & Hospital System
**Dallas County Jail Health**
**Dallas, Texas**
**MENTAL HEALTH**
**Psychiatric Provider Progress Note**

Patient Name: GREEN, GARY
Book-in Number: 09073266
Date of Birth: 03/14/1971 Race:B
Date/ Time: 09/23/2009 10:27
Jail Location: Lew Sterrett West Tower, CONV

- Specify Reason And Time:  August 2009  wife and pt went to Timberlawn r eval. He stayed 4.5 days  **"schizophrenic and manic-depression"  Rx of Ritalin**
    - Prior Psychotropic Medications
        - Patient Was Prescribed And Compliant With Medications Prior To Incarceration
Suicide Risk Assessment
    - Patient States He/She Has Suicidal Ideations
        - Yes
    - Patient States He/She Has Specific Plan Of Suicide
        - No
    - Past History Of Suicide Attempts
        - Yes
            - Number Of Attempts: 2   as a teen due to "stress"
            - Method Of Attempt: hanging/drowning
    - Risk Level
        - Low
Substance Abuse History - See prior intake forms/emr   **Hx Heroin abuse/use   Denies use in** erview this am
    - Alcohol
        - Pattern Of Use:
            - Sporadic
    - Cannabis
        - Pattern Of Use:
            - Sporadic
    **- History Of Intra-Venous Drug Abuse**
        **- No**
Past Drug Treatment
    - Patient Denies Any Previous Substance Abuse Treatment
Medical History
    - History Of Hypertension
    - Relative Contraindication For Restraints
        - No
    - Relative Contraindication For Seclusion
        - No
Family Psychiatric History
    - Pt Denies Family History Of Psychiatric Problems
    - Family History Of Suicide/Suicide Attempt:
        - No
Family Medical History
    - Patient Denies Family History Of Acute Or Chronic Medical Problem
Social History
    - Marital Status
        - Married  **Killed wife**
    - Children
        - Yes
            - Number Of Children: 4

Parkland Health & Hospital System
Dallas County Jail Health
Dallas, Texas
**MENTAL HEALTH**
**Psychiatric Provider Progress Note**

Patient Name: GREEN, GARY
Book-in Number: 09073266
Date of Birth: 03/14/1971 Race:B
Date/ Time: 09/23/2009 10:27
Jail Location: Lew Sterrett West Tower, CONV

Case 3:19-cv-02219-MBH   Document 24-03   Filed 09/03/2010   Page 213 of 250   PageID 7016

- Specific Details On Patient Relationship With Children: current charge: pital murder **killed daughter and attempted to kill 2 sons**
  - Education
    - G.E.D. Left school 11th grade after arrest for aggravated robbery  got GED in
      )CJ
  - Employment
    - Unemployed  "Battery Technician"
  - Residing
    - Family
  - Legal
    - Prison Sentence Served In Past  Aggravated Robbery  at 18y.o.
      - How Many Years In Total?: 10 yrs 3 months
Patient Weaknesses
  - Criminal Record
Brief Dangerousness Assessment
  - Recent Violent Behavior - **Charge is Capital Murder**
  - Past History Of Violence - **Aggravated Robbery**
    - Explosive Outburst
    - Threatening Behavior
    - Uncontrollable
  - Risk Unknown
Treatment Plan
  - Admit Patient To Psychiatric Services
  - Lab Work
    - Ordered Specific Labs In E.M.R.
  - A.I.M.S.
    - A.I.M.S. = 0
  - Medications
    - No Medications To Be Prescribed
    - No Medications Indicated At This Time
Patient Education
  - Plan Of Care, Follow-Up, Access To Care And All Questions Addressed
    - Yes
  - Patient Verbalized Understanding And Agreed
    - Yes
Special Precautions
  - Suicide Precautions Ordered
    - Printed And Completed Suicide Precaution Order Form
  - Assault Precaution
    - No
Housing
  - Agree With Current Housing
Transfer To Higher Level Of Care
  - Suicide Precautions
Follow Up

**MENTAL HEALTH**
**Psychiatric Provider Progress Note**

Patient Name: GREEN, GARY
Book-in Number: 09073266
Date of Birth: 03/14/1971 Race:B
Date/ Time: 09/23/2009 10:27
Jail Location: Lew Sterrett West Tower, CONV

- Plan:
  - Scheduled Appointment In E.M.R.

Assessment:

| Axis I | Hx Polysubstance Dependence |
|---|---|
| Axis II | |
| Axis III | Hx HTN   S/P OD on APAP/Diphenhydramine OTC |
| Axis IV | Legal/Incarceration |
| Axis V: GAF- | 30 |

Housing:

| | |
|---|---|
| Suicide Precautions | x |
| Crisis Stabilization | |
| Closed Behavioral Observation | |
| Modified Open Behavioral Observation | |
| Open Behavioral Observation | |
| General Population | |
| Infirmary | |

Laboratory/Radiology/Diagnostics:

| | |
|---|---|
| CBC with Differential | x |
| BMP | |
| CMP | x |
| Hepatic Panel/LFT's | |
| TSH | x |
| VPA/Depakote Level | |
| Lithium Level | |
| Tegretol/Carbamazepine Level | |
| HgbA1c | |
| HIV | |
| RPR | |
| Lipids | |
| A | |
| Xray: | |
| Other Lab/Diagnostic: | |

Medications:

| | |
|---|---|
| | |
| | |

**Parkland Health & Hospital System**
**Dallas County Jail Health**
**Dallas, Texas**
# MENTAL HEALTH
**Psychiatric Provider Progress Note**

Patient Name: GREEN GARY
Book-in Number: 09073266
Date of Birth: 03/14/1971 Race:B
Date/ Time: 09/23/2009 10:27
Jail Location: Lew Sterrett West Tower, CONV

|  |  |
|---|---|
|  |  |
|  |  |

**tient Teaching:**

| ledications |  |
|---|---|
| aboratory/Diagnostics | x |
| reatment Plan | x |
| ischarge Planning |  |
| ubstance Abuse |  |
| fter Care |  |

**t Records From:**

|  |
|---|
|  |
|  |
|  |

**turn to Clinic in:**

| ne y | x |
|---|---|
| Week |  |
| Weeks |  |
| ne Month |  |

Electronically Signed by RIDGE, TODD A NP on 09/23/2009.
##And No Others##

CLINICAL NOTE
Lew Sterrett North Tower

Patient Name: GREEN, GARY
MRN: 09073266
Social Security #: 465479293

NURSING VITAL SIGNS Entered 04/27/2010 18:37 by SIMS-JOHNSON, KATHIE L LVN

vital signs complete for today.

CLINICAL NOTE
Lew Sterrett North Tower

Patient Name: GREEN, GARY
MRN: 09073266
Social Security #: 465479293

NURSING VITAL SIGNS Entered 04/17/2010 14:10 by KING, TINA M LVN

Pt given scheduled dose of b/p medication at this time.  Pt was at visit during medication pass.  Pt
scheduled to return to clinic at 2000 for further f/u.  Pt voiced understanding.

CLINICAL NOTE
Lew Sterrett North Tower

Patient Name: GREEN, GARY
MRN: 09073266
Social Security #: 465479293

NURSING VITAL SIGNS Entered 04/13/2010 19:19 by SIMS-JOHNSON, KATHIE L LVN

vital signs complete for today.

CLINICAL NOTE
Lew Sterrett North Tower

Patient Name: GREEN, GARY
MRN: 09073266
Social Security #: 465479293

NURSING VITAL SIGNS Entered 03/30/2010 19:50 by SIMS-JOHNSON, KATHIE L LVN

vital signs complete for today.

Patient Name: GREEN, GARY
MRN: 09073266
Social Security #: 465479293

NURSING VITAL SIGNS Entered 03/16/2010 19:52 by SIMS-JOHNSON, KATHIE L LVN

vital signs complete with pm blood pressure meds given for blood pressure.

Patient Name: GREEN, GARY
MRN: 09073266
Social Security #: 465479293

NURSING VITAL SIGNS Entered 03/09/2010 20:54 by ONDARI, KEPHA N LVN

V/S COMPLETED

Patient Name: GREEN, GARY
MRN: 09073266
Social Security #: 465479293

NURSING VITAL SIGNS Entered 03/03/2010 05:59 by GILBERT, CAROLYN  LVN

VS check done per order.   Clonidine .2mg given per B/P protocol.

Patient Name: GREEN, GARY
MRN: 09073266
Social Security #: 465479293

CHRONIC CARE PROVIDER VISIT - FOLLOWUP Entered 02/11/2010 09:58 by FLANGIN, KATHRYN M MD

DOWN AND OUT TO COURT

NURSING VITAL SIGNS Entered 02/11/2010 14:00 by KING, TINA M LVN

Pt at court.

CLINICAL NOTE
Lew Sterrett North Tower
Patient Name: GREEN, GARY
MRN: 09073266
Social Security #: 465479293


COLLECT SPECIMEN Entered 02/02/2010 09:46 by FRANKLIN, YOSHA R

CBC, BMP-8, LIPID PANEL COLLECTED FROM PATIENT

CLINICAL NOTE
Lew Sterrett North Tower

Patient Name: GREEN, GARY
MRN: 09073266
Social Security #: 465479293

NURSING - KITE VISIT Entered 02/01/2010 16:51 by FADIPE, ENIOLA C LVN

kite answered,refer to provider for evaluation.

CLINICAL NOTE
Lew Sterrett North Tower
Patient Name: GREEN, GARY
MRN: 09073266
Social Security #: 465479293

MENTAL HEALTH PROVIDER VISIT - FOLLOWUP Entered 01/21/2010 13:35 by SADBERRY , LARRY A MHL

Pt has been seen by this MHL for mental health complaints in the past.  He is functioning at his baseline.
Listened to pt empathicly.

Patient Name: GREEN, GARY
MRN: 09073266
Social Security #: 465479293

MENTAL HEALTH PROVIDER VISIT – FOLLOWUP Entered 01/19/2010 13:13 by SADBERRY , LARRY A MHL

Pt was seen by this MHL in response to kites x4.  He is going to be seen again toay as scheduled with MHL.

CLINICAL NOTE
Lew Sterrett West Tower

Patient Name: GREEN, GARY
MRN: 09073266
Social Security #: 465479293

NURSING VITAL SIGNS Entered 11/12/2009 11:05 by GREEN, TAMARA L CMA

V/S COMPLETE

CLINICAL NOTE
Lew Sterrett West Tower

Patient Name: GREEN, GARY
MRN: 09073266
Social Security #: 465479293

NURSING VITAL SIGNS Entered 11/11/2009 10:40 by GREEN, TAMARA L CMA

V/S COMPLETE

Patient Name: GREEN, GARY
MRN: 09073266
Social Security #: 465479293

NURSING VITAL SIGNS Entered 11/10/2009 09:51 by GREEN, TAMARA L CMA

V/S COMPLETE

CLINICAL NOTE
Lew Sterrett West Tower

Patient Name: GREEN, GARY
MRN: 09073266
Social Security #: 465479293

NURSING VITAL SIGNS Entered 09/26/2009 09:05 by GREEN, TAMARA L CMA

V/S COMPLETE

CLINICAL NOTE
Lew Sterrett West Tower

Patient Name: GREEN, GARY
MRN: 09073266
Social Security #: 465479293

NURSING VITAL SIGNS Entered 09/25/2009 08:02 by GREEN, TAMARA L CMA

UNABLE TO CHECK PT'S V/S  DUE TO SECURITY

LAB COLLECT SPECIMEN Entered 09/25/2009 10:36 by FRANKLIN, YOSHA R

CBC, CMP-14, TSH COLLECTED FROM PATIENT

CLINICAL NOTE
Lew Sterrett West Tower

Patient Name: GREEN, GARY
MRN: 09073266
Social Security #: 465479293

NURSING VITAL SIGNS Entered 09/24/2009 10:15 by VILLEGAS, MYRNA L

v/s completed and charted

CLINICAL NOTE
Patient Name: GREEN, GARY
MRN: 08062551
Social Security #: 465479293

REFERRAL TO MENTAL HEALTH Entered 08/30/2008 11:36 by DIKE, CHIKEZIE  RN

cleaned wound to left side of chest with wound cleanser, packed with iodoform and covered with 4x4. wound
healing well.

CLINICAL NOTE
Lew Sterrett Infirmary

Patient Name: GREEN, GARY
MRN: 08062551
Social Security #: 465479293

NURSING VITAL SIGNS Entered 08/16/2008 15:33 by HAYNES, VELVA L CMA

CLINICAL NOTE
Law Sterrett Infirmary

Patient Name: GREEN, GARY
MRN: 08062551
Social Security #: 465479293

NURSING VITAL SIGNS Entered 08/13/2008 11:31 by PRIOLEAU, ULYSSES L CMA

notified nurse

| Parkland Health & Hospital System<br>Dallas County Jail Health<br>Dallas, Texas<br>**Sick Call Clinic Note** | Patient Name: GREEN, GARY<br>Book-in Number: 09073266<br>Date of Birth: 03/14/1971/Race: B<br>Date/ Time: 01/29/2010 11:04<br>Jail Location: Lew Sterrett North Tower, 6EO3 |
|---|---|

**List of current diagnoses:**

**Mental Health:**

   Mental Status Exam First Observed 09/23/2009 10:36AM

   Psychiatric Evaluation First Observed 09/23/2009 10:36AM

   Psychiatric Provider Progress Note First Observed 09/23/2009 10:36AM

   Adjustment Disorder With Depressed Mood First Observed 09/24/2009 11:55AM

**Not Specified:**

   Other First Observed 09/22/2009 02:29PM

   Evidence-based Suicide Risk Assessment First Observed 09/23/2009 10:59AM

Allergies:  NO KNOWN ALLERGIES

Age: 38

SUBJECTIVE:
fu  for  tonsillitis  and  ear problems;  says  both  have  resolved.

**PAST MEDICAL HISTORY:**

| No | Yes | | |
|---|---|---|---|
| | | HYPERTENSION, If yes, elaborate: yes is  on  lisinopril 20  mg  daily  and  hctz 25  mg  po  daily | |
| x | | CORONARY ARTERY DISEASE, If yes, elaborate: | |
| x | | DIABETES, If yes, elaborate: | |
| x | | ASTHMA/COPD, If yes, elaborate: | |
| x | | SIEZURE, If yes, elaborate: | |

| **Parkland Health & Hospital System**<br>**Dallas County Jail Health**<br>**Dallas, Texas**<br>**Sick Call Clinic Note** | Patient Name: <u>GREEN, GARY</u><br>Book-in Number: <u>09073266</u><br>Date of Birth: <u>03/14/1971</u>/Race: <u>B</u><br>Date/ Time: <u>01/29/2010 11:04</u><br>Jail Location: <u>Lew Sterrett North Tower, 6EO3</u> |
|---|---|

**OBJECTIVE:**
Previous Vital Signs: 01/22/2010144 / 97 (Sitting) 81 (Sitting) 19 / min97.5 (Oral)
Current Vital Signs: 01/29/2010BP:137 / 90 (Sitting) ; Pulse:47 (Sitting) ; Respirations: 18 / min; Temperature: 97.1 (Oral)
pharynx noninjected, no adenopathy
tms-clear

**chest-clear to a and p    cqrdiac-nsr, no s3**
**DIAGNOSTIC LABS/X-RAYS:**

<u>none recent</u>
**ASSESSMENT:**
tonsillitis resolved
bp fair-will continue current med; start renal diet and recheck bp; if diastolic still up will increase bp med
**PLAN:**
as above

**FOLLOW-UP:**
2 wk


Procedures Ordered:
CHRONIC CARE PROVIDER VISIT - FOLLOWUP:    other
NURSE VITALS CHECK REQUEST:        other
NURSE VITALS CHECK REQUEST:        other
NURSE VITALS CHECK REQUEST:        other
BASIC METABOLIC PANEL (CHEM 8): other
LIPID PANEL:        hypertension
CBC WITH DIFFERENTIAL:        other

| | |
|---|---|
| x | List of all current medications was reviewed. |
| x | Disease status and current treatment discussed with patient |
| x | Patient communicates understanding of the treatment plan including the importance of medication compliance and adherence to diet, exercise and all diagnostic procedures |

Electronically Signed by FLANGIN, KATHRYN M MD on 01/29/2010.
##And No Others##

| Parkland Health & Hospital System<br>Dallas County Jail Health<br>Dallas, Texas<br>**Sick Call Clinic Note** | Patient Name: GREEN, GARY<br>Book-in Number: 09073266<br>Date of Birth: 03/14/1971/Race: B<br>Date/ Time: 01/22/2010 11:21<br>Jail Location: Lew Sterrett North Tower, 6EO3 |
|---|---|

List of current diagnoses:

**Mental Health:**

Mental Status Exam First Observed 09/23/2009 10:36AM

Psychiatric Evaluation First Observed 09/23/2009 10:36AM

Psychiatric Provider Progress Note First Observed 09/23/2009 10:36AM

Adjustment Disorder With Depressed Mood First Observed 09/24/2009 11:55AM

**Not Specified:**

Other First Observed 09/22/2009 02:29PM

Evidence-based Suicide Risk Assessment First Observed 09/23/2009 10:59AM

Allergies: NO KNOWN ALLERGIES

ge: 38

SUBJECTIVE: DOUBLE REMINDER MADE

PT ON ABX AND PAIN MEDS

NOW C/O LEFT EAR HURTING

APPRECIATE DR FLANGANS NOTES AND RX

**PAST MEDICAL HISTORY:**

| No | Yes | |
|---|---|---|
|  | X | HYPERTENSION, If yes, elaborate: ON MEDS |
| X |  | CORONARY ARTERY DISEASE, If yes, elaborate: |
| X |  | DIABETES, If yes, elaborate: |
| X |  | ASTHMA/COPD, If yes, elaborate: |
| X |  | SIEZURE, If yes, elaborate: |

**OBJECTIVE:**
Previous Vital Signs: 01/13/2010139 / 97 (Sitting) 74 (Sitting) 18 / min96.7 (Oral)
Current Vital Signs: 01/22/2010BP:144 / 97 (Sitting) ; Pulse:81 (Sitting) ; Respirations: 19 / min; Temperature: 97.5 (Oral)
NAD
A AND O X 3
MILDLY ELEVATED BP-ON NEW MEDS
EYES-PERL, NO INJECTION, NO ICTERIS
EARS-CLEAR NO EXUDATE OR EDEMA, TM INTACT
LE      M WITH ERYTHEMA AND MILD BULDGE
NORMAL AMOUTN OF CERUMAN
NARES PINK MOIST, NO SEPTAL DEFECT

| **Parkland Health & Hospital System**<br>**Dallas County Jail Health**<br>**Dallas, Texas**<br>**Sick Call Clinic Note** | Patient Name: <u>GREEN, GARY</u><br>Book-in Number: <u>09073266</u><br>Date of Birth: <u>03/14/1971</u>/Race: <u>B</u><br>Date/ Time: <u>01/22/2010 11:21</u><br>Jail Location: <u>Lew Sterrett North Tower, 6EO3</u> |
|---|---|

MOUTH-POOR DENTION, NO ABSCESS
THROAT ERYTHEMA AND MILD TONSILLAR EDEMA
NO EXUDATE MILD PND

## DIAGNOSTIC LABS/X-RAYS:

| AUTOMATED CHEMISTRY | 09/26/2009<br>07:45 | 09/26/2009<br>07:06 |
|---|---|---|
| GLUCOSE, BLOOD | 54 [L] | |
| BUN | | 11 |
| ALBUMIN SERUM | | 4.9 |
| ALK PHOS | | 90 |
| ALT | | 49 |
| AST | | 44 [H] |
| BUN/CREATININE | | 10 |
| CALCIUM, SERUM | | 9.4 |
| CO2 SERUM | | 22 |
| CREATININE BL | | 1.09 |
| Chloride, Serum | | 94 [L] |
| POTASSIUM SERUM | | 4.7 |
| PROTEIN TOT SER | | 8.3 |
| SODIUM, SERUM | | 139 |

ASSESSMENT: PHARYNGITIS AND OTITIS MEDIA
HTN-CONT MEDS AND KEEP F/U APP.T

**PLAN:**  CONT AUGMENTIN AND BP MEDS

**FOLLOW-UP:**  KEEP CHRONIC CARE F/U

| X | List of all current medications was reviewed. |
|---|---|
| X | Disease status and current treatment discussed with patient |
| X | Patient communicates understanding of the treatment plan including the importance of medication compliance and adherence to diet, exercise and all diagnostic procedures |

Electronically Signed by UREY, DIANNE X PAC on 01/22/2010.
##And No Others##

| Parkland Health & Hospital System<br>Dallas County Jail Health<br>Dallas, Texas<br>**Clinic Note Brief** | Patient Name: GREEN, GARY<br>Book-in Number: 08062551<br>Date of Birth: 03/14/1971<br>Date/ Time: 08/21/2008 11:02<br>Jail Location: Lew Sterrett Infirmary, 3MW02 |
|---|---|

**List of current diagnoses:**

**Cardiac:**

    Hypertension  First Observed 08/14/2006 07:24AM

**Mental Health:**

    Opioid Abuse First Observed 08/12/2008 09:34PM

**Allergies:** NO KNOWN ALLERGIES

| X | List of all current medications was reviewed. |
|---|---|

**Age: 37**

**SUBJECTIVE:** 37 YO AAM HX OF HEROIN IVDA, HTN DOES NOT TAKE MEDS FOR IT IN THE FREE WORLD, SEEN FOR ELEVATED BP. DENIES HA OR VISUAL CHANGES. ROS OTHERWISE NEGATIVE.

**OBJECTIVE:**
Vital Signs: 08/21/2008      190 / 118 (Sitting) 63 (Sitting) 18 / min97.8 (Oral)  Current vital signs:

AF, HTN
A&OX3, NAD
NC/AT, EOMI, MMM
CTA B/L
RRR no m/r/g
S/NT/ND/+BS
FROM
NONFOCAL

**ASSESSMENT:** HEROIN IVDA NOT IN WITHDRAWAL, HTN UNCONTROLLED

**PLAN:** START NORVASC 10MG Q DAILY
INCREASE CLONIDINE 0.3MG BID(FIRST DOSE NOW)
CONTINUE HCTZ 25MG QDAILY
BP CHECKS BID X 10 DAYS
RTC 1 WEEK

| X | Disease status and current treatment discussed with patient |
|---|---|

| | |
|---|---|
| **Parkland Health & Hospital System**<br>**Dallas County Jail Health**<br>**Dallas, Texas**<br>**Clinic Note Brief** | Patient Name: <u>GREEN, GARY</u><br>Book-in Number: <u>08062551</u><br>Date of Birth: <u>03/14/1971</u><br>Date/ Time: <u>08/21/2008 11:02</u><br>Jail Location: <u>Lew Sterrett Infirmary, 3MW02</u> |

| X | Patient communicates understanding of the treatment plan including the importance of medication compliance and adherence to diet, exercise and all diagnostic procedures |
|---|---|

Electronically Signed by SAFEEK, ABRAHAM  MD on 08/21/2008.

##And No Others##

| Parkland Health & Hospital System | Patient Name: | 09073266 |
| Dallas County Jail Health | Book-in Number: | Black 3P12 Male |
| Dallas, Texas | Date of Birth: | 03/14/1971 Non Hispa |
| | Social Security Number: | GREEN, GARY |
| Tuberculosis Screening Form | Jail Location: | |

Book-In Date: _____ 9·22·9 _____

**Tuberculosis Screening Questions:**

|  | Yes | No |
| --- | --- | --- |
| Human Immunodeficiency Virus ? | o | φ |
| Tested Positive for tuberculosis in the past? | o | o |
| Have you ever been treated for tuberculosis? | o | o |
| When was your last chest x-ray? | | |

When? _____ Where? _____
Date: _____

**Any signs or symptoms of tuberculosis?**

|  | Yes | No |
| --- | --- | --- |
| Cough longer than 3 weeks | o | φ |
| Coughing up blood | o | o |
| Night sweats | o | o |
| Unexplained weight loss | o | φ |

Screened by (Staff Signature/Parkland Employee Identification Number): _RPen 2SRR_

**Purified Protein Derivative Testing**
**(Tuberculosis Skin Test):**

Staff Signature/Parkland Employee
Identification Number:

Date test placed: _____ 9.22.9 _____ 9/24/9 _____ RPen 2SRR _____
Date test read/result in mm: _Omm_ _chh 2881_
Date chest x-ray ordered: _____

|  | Yes | No | Staff Signature/Parkland Employee Identification Number: |
| --- | --- | --- | --- |
| Result entered in Electronic Medical Record | o | o | chh 2881 |
| Released: | o | o | Date of Release: _____ |

**(Skin Test is POSITIVE if greater than 10 millimeters; or greater than 5 millimeters if positive for Human Immunodeficiency Virus)**

c.\temp\98704785.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH Document 24-62 Filed 08/01/16 Page 244 of 250 PageID 7047

| | | | | Day 1 | | | | Day 2 | | | | Day 3 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Parkland Health & Hospital System**
**Dallas County Jail Health**
**Dallas, Texas**

**TEMPORARY**
**MEDICATION ADMINISTRATION**
**RECORD**

Patient Name: Green, Gary
Book-in Number: 09073266
Date of Birth: 03/14/1971/Race:B
Date of Service: 09/29/2009 02:20PM
Jail Location: Lew Sterrett West Tower, 3P12

Ordering Provider: Todd Ridge
Allergies: NO KNOWN ALLERGIES

09/29    9/30

| Drug Dose/ Route/ Frequency | Start Date | Stop Date | 0600-1159 | 1200-1759 | 1800-2359 | 0000-0559 | 0600-1159 | 1200-1759 | 1800-2359 | 0000-0559 | 0600-1159 | 1200-1759 | 1800-2359 | 0000-0559 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Remeron 15mg PO 9 PM | 09/29 | | | | 2330 S | | | | | | | | | |
| Celexa 20mg PO 9 AM x5days | 9/30 | 10/05 | | | | | | | | | | | | |
| then Celexa 40mg PO 9 am | 10/06 | | | | | | | | | | | | | |

| | |
|---|---|
| Initial: ____ Signature: _____ | Initial: S Signature: _____ |
| Initial: ____ Signature: _____ | Initial: ____ Signature: _____ |
| Initial: ____ Signature: _____ | Initial: O Signature: _____ |

**Attention:**

Please flag all temporary MARS with a "Post it Flag" and leave in the MAR book each day until the printed MAR arrives.

Please notify the pharmacy if a printed MAR has not been received by the third day a medication has been ordered.

1 of 1

c:\temp\9604967/.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH Document 24-63 Filed 08/01/16 Page 245 of 250 PageID 7048
Scanned by Smith, LOCTAVIA 3H (facility: Lew Sterrett West Tower) on 09/25/2009 10:48

| Parkland Health & Hospital System | Patient Name: Green, Gary |
|---|---|
| Dallas County Jail Health | Book-in Number: 09073266 |
| Dallas, Texas | Date of Birth: 03/14/1971/Race:B |
| **TEMPORARY** | Date of Service: 09/24/2009 12:36PM |
| **MEDICATION ADMINISTRATION** | Jail Location: Lew Sterrett West Tower, 3P12 |
| **RECORD** | |

Ordering Provider: _Todd Redge, RN NP_

Allergies: NO KNOWN ALLERGIES

| Drug Dose/ Route/ Frequency | Start Date | Stop Date | Day 1 | | | | Day 2 | | | | Day 3 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 0600-1159 | 1200-1759 | 1800-2359 | 0-0559 | 0600-1159 | 1200-1759 | 1800-2359 | 0-0559 | 0600-1159 | 1200-1759 | 1800-2359 | 0-0559 |
| RemeRON 7.5mg po 9PM | 9/24 | | | | ⑩ | | | | | | | | | |
| First dose tonight | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

Initial: ____ Signature: _____    Initial: ____ Signature: _____

Initial: ____ Signature: _____    Initial: ____ Signature: _____

Initial: ____ Signature: _____    Initial: ____ Signature: _____

### Attention:

Please flag all temporary MARS with a "Post it Flag" and leave in the MAR book each day until the printed MAR arrives.

Please notify the pharmacy if a printed MAR has not been received by the third day a medication has been ordered.

1 of 1

x #

SEP-22-2009 16:50 From:                                                                    P.1/1
                                                                                        @20004/0011
To:2146532849
c:\temp\00041249.til printed by hivap. (Page 1 of 1)

Case 3:14-cv-02163-M-BN Document 22-23   Filed 08/01/16   Page 246 of 250   PageID 7049

| Parkland Health & Hospital System | Patient Name: Green, Gary |
| Dallas County Jail Health | Book-in Number: 09073266 |
| Dallas, Texas | Date of Birth: 03/14/1971/Race:B |
| | Date of Service: 09/22/2009 01:34PM |
| TEMPORARY | Jail Location: Lew Sterrett West Tower, CONV |
| MEDICATION ADMINISTRATION | |
| RECORD | 3P12 |

Ordering Provider: Jon Sunde PA.

Allergies: NO KNOWN ALLERGIES

09/22/09.

| Drug Dose/ Route/ Frequency | Start Date | Stop Date | Day 1 |  |  |  | Day 2 |  |  |  | Day 3 |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 0600-1159 | 1200-1759 | 1800-2359 | 2400-0659 | 0600-1159 | 1200-1759 | 1800-2359 | 2400-0659 | 0600-1159 | 1200-1759 | 1800-2359 | 2400-0659 |
| Clonidine 0.2mg PO x1 Now | 9/22/09 | 9/22/09. | 10 1532 | | | | | | | | | | | |
| Amlodipine 5mg po daily x 30 days. | 9/22/09 | | | | | | | | | | | | | |
| HCTZ 25mg PO daily x 30 days. | 9/22/09 | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

Initial: ___ Signature: Kathryn Meadows RN 29233   Initial: ___ Signature: _____

Initial: ___ Signature: _____   Initial: ___ Signature: _____

Initial: ___ Signature: _____   Initial: ___ Signature: _____

## Attention:

Please flag all temporary MARS with a "Post it Flag" and leave in the MAR book each day until the printed MAR arrives.

Please notify the pharmacy if a printed MAR has not been received by the third day a medication has been ordered.

1 of 1

X   ||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||   #

**Parkland Health & Hospital System**
**Dallas County Jail Health**
**Dallas, Texas**

**TEMPORARY**
**MEDICATION ADMINISTRATION**
**RECORD**

Patient Name: Green, Gary
Book-in Number: 08062551
Date of Birth: 03/14/1971
Date of Service: 08/12/2008 09:40PM
Jail Location: Lew Sterrett Infirmary, 3MW02

Ordering Provider: J. Sundle PA
Allergies: NO KNOWN ALLERGIES

| Drug Dose/ Route/ Frequency | Start Date | Stop Date | Day 1 0600-1159 | Day 1 1200-1759 | Day 1 1800-2359 | Day 1 2400-0659 | Day 2 0600-1159 | Day 2 1200-1759 | Day 2 1800-2359 | Day 2 2400-0659 | Day 3 0600-1159 | Day 3 1200-1759 | Day 3 1800-2359 | Day 3 2400-0659 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 8/13/08 | | | | 8/14/08 | | | | 8/15/08 | | | |
| Clonidine 0.2 mg BID PO x 90 days | 8/12/08 | | | | | | | | | | | | | |
| HCTZ 25 mg PO Daily x 90 days | 8/12/08 | | | | | | | | | | | | | |

Initial: ___ Signature: ___ 278716

Initial: ___ Signature: ___

Initial: ___ Signature: ___

Initial: ___ Signature: Dyai Sundle 478716

Initial: ___ Signature: ___

Initial: ___ Signature: ___

Initial: ___ Signature: ___

* * * Please Fax Orders to Parkland Jail Health Pharmacy 214-875-2459 * * *

**Attention:**

Please flag all temporary MARS with a "Post it Flag" and leave in the MAR book each day until the printed MAR arrives.

Please notify the pharmacy if a printed MAR has not been received by the third day a medication has been ordered.

1 of 1

NO. F0959380

282ND JUDICIAL DISTRICT COURT

DALLAS COUNTY, TEXAS

STATE of TEXAS

VS.

GARY GREEN

SUBPOENA

ISSUED

This 12TH day of MAY, 2010

GARY FITZSIMMONS
Clerk, District Courts
Dallas County, Texas

By _____, Deputy

ATTORNEY:

ANDY BEACH
Assistant District Attorney
Dallas Criminal District Attorney
133 N. Riverfront Blvd., LB-19
Dallas, Texas 75207
(214)653-3897

---

THE STATE OF TEXAS

TO ANY SHERIFF OR ANY CONSTABLE OR ANY PEACE OFFICER
OF THE STATE OF TEXAS - GREETINGS:
YOU ARE HEREBY COMMANDED to summon

CUSTODIAN OF RECORDS FOR PARKLAND HEALTH & HOSPITAL SYSTEMS

to be and appear before the 282ND JUDICIAL DISTRICT COURT      of Dallas County, Texas, at the Courthouse of said

County, in the City of Dallas, on the 19TH day of OCTOBER, 2010, at 9:00 then and there to testify as a witness in behalf of the

State in a Criminal action pending in said Court, wherein THE STATE of TEXAS is plaintiff

and GARY R. GREEN , Defendant, No. F0959380

DUCES TECUM ☐NOT APPLICABLE

and that she/he bring with her/him and produce in said Court, at said time and place: TRUE & CORRECT COPIES UNDER

AFFIDAVIT CERTIFYING SAME: ANY AND ALL RECORDS PERTAINING TO MEDICAL / PSYCHOLOGICAL

TREATMENT OF PATIENT GARY R. GREEN B/M 03/14/71.

desired as evidence in said Criminal action, to-wit: in a certain suit pending in said court.

☒In the alternative, such information may be provided to D.A. (W. JIM SPURGER 214.653.3897

and ere remain from day to day and from term to term until discharged by the Court.

HEREIN FAIL NOT. But of this Writ make due return, showing how you have executed the same.

OUT OF COUNTY ☐NOT APPLICABLE

A DISOBEDIENCE OF this Subpoena is punishable by a fine not exceeding $500, to be collected as fines and costs in

other criminal cases.

WITNESS MY OFFICIAL SIGNATURE, THIS 12TH day of MAY, 2010.

GARY FITZSIMMONS
CLERK, DISTRICT COURTS
DALLAS COUNTY, TEXAS

By _____, Deputy

MAY 12 2010

Call for
pick up

CAUSE NO. F0959380

| STATE OF TEXAS | | IN THE 282ND JUDICIAL |
| --- | --- | --- |
| VS. | | DISTRICT COURT OF |
| GARY GREEN | | DALLAS COUNTY, TEXAS |

## ORDER FOR MEDICAL / THERAPEUTIC / PSYCHIATRIC RECORD RELEASE

On this the **12TH** day of **MAY,** 2006 the Court has reviewed the attached subpoena application for ANY AND ALL medical / therapy records of any kind from, **PARKLAND HEALTH & HOSPITAL SYSTEMS** pertaining to **GARY GREEN** and good cause has been shown for the issuance of the attached subpoena to further the prosecution of a criminal matter pending before this court.

**IT IS HEREBY ORDERED** that the health care provider named in the subpoena release all records designated therein.

SIGNED <u>MAY 12TH, 2010</u>

_____
The Honorable Judge Presiding

JUDICIAL District Court #<u>282ND</u>

☒ **INVESTIGATOR WILL SERVE**     ☐ **CONSTABLE WILL SERVE**

1                        Reporter's Certificate

2    THE STATE OF TEXAS:

3    COUNTY OF DALLAS:

4         I, Darline King LaBar, Deputy Official Court Reporter in

5    and for the 282nd District Court of Dallas County, State of

6    Texas, do hereby certify that the foregoing exhibits constitute

7    true and complete duplicates of the original exhibits,

8    excluding physical evidence, offered into evidence during the

9    jury trial in Cause No. F09-59380-S, The State of Texas vs.

10   GARY GREEN, as set out herein before the Honorable Judge Andy

11   Chatham, Judge of the 282nd District Court of Dallas County,

12   Texas.

13        WITNESS MY OFFICIAL HAND this the Reporter's

14   Certificate on the 17th day of March, A.D., 2011.

15

16

17

18

19   DARLINE KING LABAR
     Official Court Reporter
20   363rd Judicial District Court
     Dallas County, Texas
21   133 North Riverfront Blvd., 5th Floor
     Dallas, Texas 75207-4313
22   hpdkfaith@msn.com
     (214) 653-5893

23

24

25   Certificate No:  1064
     Expiration Date:  12/31/2012