# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## INSTITUTIONAL DIVISION

Name: _Brown, Gary_ TDCJ #: _553362_ Date: _3/1/93_ Time: _2135_

Housing: _#316_ Work Assignment: _Elec Trade_

### Nursing Sick Call Protocol for:
## RASH

Superficial inflammation of skin may be caused by contact with allergens, chemicals, drugs and exanthem of other disease processes. May be characterized by vesicles (blisters) redness, edema, oozing crusting, scaly.

Circle all items that are appropriate and/or complete all blanks.

**HISTORY**

1. **Recent exposure to:**
   Irritant (N)/Y
   Allergen (N)/Y
   Skin infection (N)/Y
   Communicable disease (N)/Y

2. **Recent new medication:** (N)/Y

3. **Onset:** _____

4. **Itch:** N/(Y)
   Location _Arms, Legs, Chest_

5. **Shortness of breath:** N/(Y)

6. **Nausea:** (N)/Y

7. **Vomiting:** (N)/Y **Frequency** _____
   Amount _____ Color _____

8. **History of similar problem:** (N)/Y
   Resolved by: _____

9. **Current medications:** _____

10. **Allergies: Food, drugs, other** _NKA_

**PHYSICAL ASSESSMENT**

1. T _97.4_ P _126_ R _18_ B/P _146/88_

2. **Respirations:** (Normal) Labored
   Shallow Deep

3. **Skin:** (Warm) Hot Cool Dry
   Diaphoretic

**Rash:** Macular Papular Vesicles
Pustules Scabs Patchy
Diffuse

**Drainage:** Serous Purulent
**Amount** _____ **Location** _____

**Comments:** _____
_____
_____
_____

— Protocols not used

Nurse Signature _Hasata LVN_ _3/1/93_
Date

**PROTOCOL**

Check in space provided if medication(s) dispensed.

1. For any of the following refer to PA/physician immediately:
   a. Sudden onset of itching or blisters that are crusted or oozing.
   b. Difficulty in breathing.
   c. Numerous blisters involving large area or severe pain.
   d. T ► 100 associated with rash and exposure to communicable disease Isolate until seen.

2. If patient has visible rash and known contact with allergen (eg. weeds, poison, irritating chemicals):
   a. Cleanse skin with soap and water.
   b. Refer to physician/PA within 24 hours.

Cont'd on back

10 - 3B (2/91)

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

Name: _Swan, Gary_

TDCJ No.: _55 3362_

Unit: _Beto I_

| Date & Time | Notes |
|---|---|
| 3-1-93 0600 | Wt 213   P 74   B/p 148/96   T 97°   Sharp/CNA |
| 3-1-93 06.50 | S: c/o athlete's foot x 4 day |
| | O,A: Tinea pedis |
| | P: Tinactin x 30 d - dispensed |
| | Desenex powder x 30 d - dispensed   R Flewley, MD |
| 3-1-93 0700 | Desenex x et Tinactin dispensed _____ |

HSM - 1 (Rev. 5/92)

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

**Name:** _Greene, Gary_
**TDCJ No.:** _553362_
**Unit:** _B-1_

| Date & Time | Notes |
|---|---|
| 1/9/93 16⁰⁰pm | I-60 need Neg OBP s/c 1/23/93 — *Ress RN* |
| 1-23-93 0945 | c SP 2x Wkly x30 days. Numerous bumps noted to neck, face. — S. King RN |
| 2/14/93 0110 | s/w/BLX in c/o chest pains across entire chest from neck on? abdomen down down arms till fingertips ⊙ Bp 142/88 P81 R18 T98' Respeven et unlabored ⊘ SOB Lungs CTA Color WNL Pulse ⊂ good strong Reg Rythm Bp Rx KOP States "takes as doctor told me" ⊘ s/s of distress |
| | A) alter in comfort |
| | P) instr to return to cell lay on ⊙ side rate slow deep breaths. Return to clinic PRN — A. Drake LVN RN |
| 2/10/93 16⁰⁰pm | Chart rev forth → E2 HG/V RAD ⊙ mass EUO? — *Ress RN* |
| 2-24-93 0013 | HSA-9 wanting CSP renewed — CSP 2-27-93 — M. Hamilton LVN RN |
| FEB 26 1993 1040 | HSA-9 c/o feet soreness s/c 3/1/93 — C.C. Webster Jr. C.C. WEBSTER, JR., RN |
| 2-27-93 0900 | CSP Review S) no lesions noted to neck + R cheek A) needs CSP P) CSP 1/4" - 1/2" twice weekly x30 days cont. P) lemmer RN |

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## INSTITUTIONAL DIVISION

Name: _Greene, Gary_
TDCJ No.: _553362_
Unit: _B-1_

| Date & Time | Notes |
|---|---|
| 12-17-92 10:30 | BP 163/119    P 74    TP 98.1    WT 200    Strawberr |
| 12-17-92 1115 chronic HTN Clinic | S: missing meds — 2-3 weeks have a fever - spit yellow stuff; so don't go to eat. |
| | O: NAD — BP 160/114 by me |
| | A: HT — not controlled |
| | P: Rx Erythrocin 500 mg Po BiD x 10d KOP bd |
| | Rx Robitussin 10 ml Po TID x 5d bd |
| | Rx Minipres 1mg Po qd x 90d KOP Bd |
| | Rx Dynacirc 5mg Po BiD x 90d KOP bd |
| | RTC x 90d exp March 12/92 for 93 |
| | — May KOP/cell one extra blanket |
| | CS Pass x 30d weekly exp January 17/93 |
| | Cell Pass x 2 days, exp 12/18/92 |
| | T. F. Carrington LCCD     a |
| 12/28/92  0255 | Seen as Walkin to Infirmary ō c 1/o cut 1st Digit (R) Hand @ 98²/₆ - 76 - 18 ¹⁴⁴/₄₀₀ finger is small ¼" below Nailbed + ¼" above it - both Superficial @ alt in comfort  P area cleansed c̄ H₂O₂ + Bactracin & Bandaid applied John Staa ... |

# CLINIC NOTES
**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
## INSTITUTIONAL DIVISION

**Name:** Greene, Gary
**TDCJ No.:** 553362
**Unit:** B-1

| Date & Time | Notes |
|---|---|
| 10/24/92 | 0930 - CSP Review |
| | 0) Ø bumps noted to face or chin |
| | A) Ø alt in skin integrity |
| | P) Ø CSP issued R.Plummer, RNIII    R. PLUMMER, RNIII |
| 10/31/92 | 0100 HSA-9 need to needing teeth cleaned referred to dental D.Moore LVN |
| 11/4/92 1310 | HSA-9, C/O needs CSP, Inst CSP Clinic 11/7/92 @ 10am. C.Dudley LVN |
| 11/6/92 | 0020 HSA-9 Ri'ced C/O requested CSP. Inst-been reviewed for this complaint on 10/24/92 — D Taylor LVN   D. TAYLOR, LVN |
| 11/6/92 | 0021 - Report to CSP Clinic on 11-7-92 @0900 — D Taylor LVN   D. TAYLOR, LVN |
| 11/7/92 1030 | No show CS review Mackay |
| 11-12-62 | 0010 Received HSA-9 with a request for a CSP. Scheduled for a CSP on 11-14-92 at 900am. H.Scully LVN |
| 11-14-92 | CSP Review |
| 09:10 | 0) A few small lesions noted to R side of face |
| | P) CSP 1/4"-1/2" Twice weekly x 30 d - BC issued R.Plummer, RNIII   R. PLUMMER, RNIII |

Please sign each entry with status.
SM - 1 (Rev. 5/92)

**CLINIC NOTES**
TEXAS DEPARTMENT OF CRIMINAL JUSTICE
**INSTITUTIONAL DIVISION**

Name: _Glenn Casey_
TDCJ No.: _553362_
Unit: _B-1_

| Date & Time | Notes |
|---|---|
| 9.22.92 | 1800 HO153 rec'd C/o needing Clipper Shave pass. CS clinic 9.26.92 Clean shaven — _illegible_ rn |
| 9.23.92 1050 | BP 162/121 P 78 T 97.9 WT 210 ___ S. Framm wc |
| 9.23.92 1110 Chronic H/N Clinic | S: Feel alright, but cold all the time. I do not feel the BP is high. O: NAD — somewhat slow BP 150/120-116 by me, says is compliant A: Hypertension, not controlled P: Rx Dynacirc 5 mg PO q noon c PM 7 poc x 90d bd. (TFC) Inmate took only one half of Rx. LAB: SMA24, CBC c diff, Pre Thyroid Profile now POC x 90d exp December 18/92 — May KOP/cell one extra blanket CS Pass 2x weekly x 30d exp October 23/92 T. F. Carrington md |
| 9.23.92 1530 | Lab work was drawn as ordered. P. Wakoniak, WC III |
| 10/1/92 1215 | HSA-9 rec - reg teeth cleaning - Ref to Dental - J miller Rn        J. MILLER RN III |
| 10/22/92 7:55 pm | HO153 Rec'd req DBP apt 10/24/92 _illegible_ |

Please sign each entry with status.
IO-3 (Rev. 2/90)

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

Name: _Green, Airy_
TDCJ No.: _553362_
Unit: _B-1_

| Date & Time | Notes |
|---|---|
| 7/9/92 0100 | (note) s/call 7/10/92 — _Hernandez J_ |
| 7/10/92 0714 | S - C/O discomfort in Testicle  O - Tender @ epidymis — No induration  A - Testicles  P - Motrin 600 bid x god Kof  Athletic supporter x God  _(illegible)_ |
| 7-11-92 0900 | S) Scattered razor bumps on face & neck  O) s/o + razor bumps on face & neck  A) Impaired skin integrity  P) CSP 2d wk x 30 days — _Elaine S_ |
| 7/17/92 0800 | T cc re d/c c/o BP — S/C  7/15/92 _(illegible)_ |
| 7-15-92 1045 | N/S for S/C — S. Frain well H |
| 7/20/92 1800 | HSA-9 c/o wanting to get teeth cleaned.  Refered to dental. Hasato LVN |
| 8-11-92 0100 | HSA-9 wanting CSP - S/C 8-15-92 — M. Hamilton LVN |
| 8-15-92 0930 | NS  CSP clinic due to unit lockdown — Snl |
| 8/20/92 0900 | #0153, C/O need CSP, CSP clinic 8/22/92 Dudley |
| 8-22-92 0930 | CSP review - ↑ 10 lesions noted to face - CSP ¼" - ½"  Twice weekly x 30 days — R. Plummer, RN III |

Please sign each entry with status.

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

Name: _Drew Gary_
TDCJ No.: _553362_
Unit: _____

| Date & Time | Notes |
|---|---|
| 6/10/92 1145 | Cell Pass X 3 Days |
| | Lay in for C/S ck & Dr Carrington |
| | 6/12/92 |
| | √/O Dr Carrington Apparture cy |
| | Dr Sig. T. F. Carrington MD 6/10/92 12 20 |
| 6/10/92 1220 | Rx Dynacirc 5mg PO BID x 30d ea ∫POC TFC |
| | T. F. Carrington MD |
| 6-12-92 | Wing locked down |
| 1200 | Inmate not seen |
| Chronic | Lay-in next CC-HT |
| HTN | Medication valid on computer |
| Clinic | T. F. Carrington MD |
| 6-22-92 1300 | HCMS med c/o not fitting in eyes will be seen in the next c/c appt x3 mmm |
| 6-24-92 0800 | Received in wing book & c/o needing retin it scrotal support Retina current Scrotal support for 90 days - order sig. Skey RN |
| 6/30/92 | Wing locked down |
| 1405 | Inmate not seen, compliant c meds |
| Chronic | Rx Dynacirc 2.5 mg PO BID x 90d b.d. ∫POC TFC |
| HT Clinic | T. F. Carrington MD |
| 7/?/92 | 0100 ASA-9 scod x 2 c/c/o wanting a diaper shave past read 7/11/92 airway problems... |

Please sign each entry with status.

HCJ 3 (Rev. 3/90)

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

**Name:** _Green Gary_

**TDCJ No.:** _553362_

**Unit:** _____

| Date & Time | Notes |
|---|---|
| 5-11-92 0800 | released from ssl 5-8-92  B Glass LVN T |
| 5-12-92 1300 | I-60 requesting CSP. CSP clinic 5-16-92. S. King, RN T |
| 5-16-92 1010 | CSP 2 x wkly x 30 days Bumps noted to neck et along jaw line. — S King RN |
| 5-25-92 0945 | HO-153 c/o N/V Just will be seen in cardiac clinic — S. King RN |
| 6/3/92 0100 | HO-153 recd x 2  DC'd  I request to see dr about my feet @ 2nd Request to have blood pressure checked. Is call 4/8/92 — J Kennedy (K |
| 6/8/92 1800 | I-60 recd. c/o needing BP check  BP 6/8/92 — R Ross RN x |
| 6/8/92 0630 | S - Headache
|  | O - BP 160/100 |
|  | A |
|  | P - Motrin 600 tid x 5 d.  KCB ____ f/u ___
|  |    Toradol Depro ad ___ |
| 6/10/92 420 | Seen in ___ C/o Severe Nausea + dizziness  B/P 184 ___ P 98 9 — ref to Dr Carrington  Winters ___ |
| 6/10/92 1130 | Pro and diag. ___ s/o for BP open  Dr Carrington — BP 184 ___ PnSig: T.F. Carrington MD 6/10/92 1220 |

Please sign each entry with status.

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

**Name:** Greene, Gary

**TDCJ No.:** 553362

**Unit:** B-I

| Date & Time | Notes |
|---|---|
| 3-28-92 | 1040- 2 CSP Review - ④ 4 sml pustules noted on face - ℞ no need for csp at this time -R Plummer, R.N. |
| 3/31/92 | 1010 Pulles review ∴ Δ → SIAH - discharged UOA. Left / D McCelveyRN ℞ by: Charles Pettry |
| 4-8-92 0825 | BP 189/100    P 71    T 96.8    WT 226    P Smith, WC III |
| 4-8-92 0930 Chronic HTN Clinic | S: Not taking blood pressure pill, since 2-3 weeks, speeds the heart, feels like fluttering, get lightheaded. Gained 8 lbs - Have headaches O: NAD   BP 134/104 by me A: HT - not controlled P: D/C Cardura   Took 2x since Feb10/92 Rx Dynacirc 2.5mg Po BiD x 90 0 b.d POC/TFC BC - CSPass x 30 0 exp May 8/92 TF Carrington med |
| 4/15/92 | 1945 1-60 Wants his people to send in an electric shaver. Instructed that he can try buy an electric razor in commissary. Ey Turville |
| 5-6-92 | 1750 TO ER for lock-up P.E. BP↑ noted Hypertensive. RX noted Cleared for lock-up J Chambers RN |

Please sign each entry with status.

HO-3 (Rev. 2/90)

Name: Green, Gary

TDC No.: 553362

Unit: BI

# CLINIC NOTES
TEXAS DEPARTMENT OF CORRECTIONS

| Date & Time | Notes |
|---|---|
| 1-20-92 0245 | appt. c̄ eye clinic 2-18-92. — M Wilson E̅ |
| 1/23/92 1550 | Medical chart review — no deficiencies  T.F. Carrington M.D. |
| 2/5/92 0830 | Pulhes review: A → S2BR - counseling only  VO Dr. Lett / R McElvoy RN  Dr. Sig. L. Kittin |
| 2/14/92 1815 | HO-153 rec-reg CSP ___ s/c 2/18/92 D miller RN |
| 2/18/92 0000 | S. To s/c c̄ request for CSP |
| | O. multiple papules noted on neck. |
| | A. Alt. in skin integrity |
| | P. CSP 2xweek x 30 days issued ___ ___ L _ |
| 2/19/92 1500 | HO-3 rec'd ___ ___ ___ s/c 2-19-92 E Clay RN |
| 2/20/92 0704 | S - Pain ⓇTesticle |
| | O - Tender epididymis - no induration |
| | A - Mild epididymitis — |
| 2/19/92 1000 | P - Athletic supporter x 90 d  Motrin 600 ___ x 90 d ___ ___ |
| 3/3/92 0950 | I-60 C/O personal problem. Refer to psych.  E Darling RN |
| 3/20/92 0930 | HO-153 C/o needing CSP. (SP review 3/27  E Barber R.N. |

Please sign each entry with status.

HO-3 (Rev. 10/86)

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

**Name:** _Green Gary_
**TDCJ No.:** _553362_
**Unit:** _B I_

| Date & Time | Notes |
|---|---|
| DEC 16 1991 1100 | HO-153 C/o "shaving bumps" S/c 12/17/9 _____ C.C. Webb RN |
| 12-17-91 0600 | S 20 s/c ī request for CSP for razor bumps. |
| | O Multiple bumps seen on bearded area |
| | A Alteration of comfort. |
| | P CSP 2x/wk x 30days ‾ issued. _____ V. Elliott LVN |
| 12/20/91 1225 | Rx Cardura 1mg PO qd x 30d } POC TFC C. dated _____ T.F. Carrington M.D. |
| JAN 10 1992 0920 | HO-153 C/o glasses broken. Take to eye clinic for repair — C.C. Webb RN |
| 1/3/92 1130 | S: Doing alright, but they feed us all that pork. |
| Chronic HT clinic | O: NAD - BP 130/90 P 60 t 97⁶ Wt 218 lbs |
| | A: HT under control |
| | P: Rx Cardura 1mg PO qd x 90d } POC Rx Maalox 30g PO TID x 90d KOP } TFC _____ T.F. Carrington M.D. |
| 1/15/92 1600 | HO153 C/o CSP need renewal ē S/c 1/17/92 _____ Evans LVN |

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**INSTITUTIONAL DIVISION**

Name: _Green Gary_          TDCJ #: _5533 62_   Date: _12-12-9_ /Time: _0610_

Housing: _H 232_            Work Assignment: _Outside Rec Porter_

Nursing Sick Call Protocol for:
## ATHLETES FOOT

Fungal infection of the feet, particularly the toe webs, characterized by pruritic, cracking, and peeling eruptions.

Circle all items that are appropriate and/or complete all blanks.

**HISTORY**

1.  Onset: _1 wk_

2.  Location: Rt _____ / Lt _____ / Both _✓_

3.  Discomfort: (itching)   burning
    stinging   weeping

4.  History of similar problem:   N (Ⓨ)
    When: _2 yrs ago_

5.  Current medications: _B/P Med_
    _____
    _____

6.  Allergies: Food, drugs, other _NKA_
    _____
    _____

**PHYSICAL ASSESSMENT**

1.  T _~_ P _~_ R _____ B/P _____

2.  Feet:
    R - Red, swollen, scaling, cracking, drainage,
    serous, purulent

    L - Red, swollen, scaling, cracking, drainage,
    serous, purulent

Comments: _CSP issued 2x wk x 30 days or_
_- Numerous bumps to face + scars_
_neck_
_____

_____ Protocols not used

se Signature: _M. Hamilton_ _12-12-91_
                          Date

**PROTOCOL**

Check in space provided if medication(s)
dispensed.

1.  **Marked swelling, drainage, or fever present:**
    refer physician/PA.

    _____ **BETADINE** ointment to affected area
    bid until appointment.

    Teaching:   Keep feet clean and dry.
                Do not apply to wet skin.
                Use sparingly.
                Wear cotton socks and change
                daily if possible.
                Dry feet thoroughly.

2.  **Scaling, cracking between toes present, offer both:**

    _✓_ **TINACTINE** 1%, apply to affected area
    bid x 30 days

    Teaching:   Keep feet clean and dry.
                Do not apply to wet skin.
                Use sparingly, the tube
                    must last at least one
                    month. Another tube
                    will not be issued in
                    less than 1 month.
                Wear cotton socks and
                change daily if
                possible.

    _____ **DESENEX** powder, Sprinkle in shoes
    daily for three days.

    Teaching:   Keep feet clean and dry.
                Do not apply to wet skin.

cont'd on back

# CLINIC NOTES
### TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

Name: Green, Gary

TDCJ No.: 553362

Unit: B 1

| Date & Time | Notes |
|---|---|
| 11/9/91 1600 | HO153 c/o need CSP + bumps on head – s/c 11/11/91 ___ Evans |
| 11/11/91 0715 | S) Jo s/c c/o need CSP. O) Papules noted chin & face A) Alt in skin integrity P) CSP 2x 1wk x 30 days ___ C.Dudley? |
| 11/19/91 1330 | HO153 received wants diet card renewed + thermals discuss at next clinic appt ___ meint |
| 11/20/91 1440 | Rx Cardura 1mg PO qd x 30d 2 poc AC bd. T.F. Carrington md ___ QN |
| 11/23/91 1145 | HO-153 received his medication + diet card. Instructions given ___ mydn |
| 12/4/91 0915 | HO153 need c/o H/A's in eating pork. Inst. to continue medications as ordered ___ C.Dudley RN |
| 12/9/91 1315 | To ER for exam p altercation c another inmate no voiced complaints ___ meint QN |
| DEC 11 1991 1100 | HO-153 c/o needs foot powder & CSP. s/c 12/12/91 ___ C.C. [illegible] RN QN |

Please sign each entry with status.

HO-3 (Rev. 2/90)

J0174

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

Name: Green, Gary

TDCJ No.: 553362

Unit: B I

| Date & Time | Notes |
|---|---|
| 10/28/91 1130 cont. | A: Functional Bowel Disorder |
| | P: D/C Tenex |
| | Rx Cordura 1mg Po qd X 30d } Doc Tre B.d. |
| | Rx Maalox 30cc PoTID x 30d KOP } |
| | HS-18 updated P3&P |
| | Puellfes changed |
| | T. F. Cole MD |
| 10/28/91 | Diet card: low fat diet x 30d |
| | exp November 22/91 |
| | T. F. Carrington med ON |
| 10/24/91 1252 | Not medically cleared for wt. lifting by Chart review C.C. Webster RN ON |
| 10-25-91/0100 | HO-153 "risen or backside"- S/c·10·28·91 M Hamilton LVN |
| 10-28-91 | 0630 - Sick Call- |
| | S) I have hard knots come up on my backside |
| | O) no obvious hardened areas or "bumps" |
| | A) as above |
| | P) inst. to fill out SCR if cond. recurs - no tx nec. at this time - R Plummer, RN III |
| 10-29-91 0815 | Completed A+P HS-69 Form and did Nutritional Counseling C Pt. Counseling Notes are behind Master Problem List. Paull West |
| 11/3/91 1530 | HO153 - Razor bumps - P) SC 11/5/91 - Come clean shaven - R Plummer, RN III |
| 11/5/91 0550 | Reported to S/c, did not want to wait to be seen. M. Smith, RN. |

Please sign each entry with status.

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## INSTITUTIONAL DIVISION

Name: _Green, Gary_

TDCJ No.: _553362_

Unit: _B-1_

| Date & Time | Notes |
|---|---|
| 9/30/91 0850 | HO153, C/o need CSP. S/C 10/1/91. — C Dudley RN |
| 10-1-91 0400 | S) to S/c c/o razor bumps <br> O) noted [illegible] many papules on chin & neck <br> c) all in comfort <br> P) RTC @ 7AM — K Mccaslin |
| 10/1/91 0800 | CSP 2x / wk x 30 days ✓ — C Dudley RN |
| 10-03-91 0100 | HO-153 C/o about stomach + asking about next appt. Instructed will be seen by CC later part of month + to try Maalox tabs until then. — M. Hamilton LVN |
| 10/7/91 1040 | HO153 referred to tooth cracked out <br> ref to Dental — Mccaslin |
| 10-08-91 1300 | HO-153 rec'd c/o foot problem S/C 10-10-91 [illegible] |
| 10-21-91 1045 | BP 158/96   P 67   WT 217 1/4   T 98.5 — E Sullivan [illegible] |
| 10-21-91 1130 <br> CHRONIC <br> HTN <br> Clinic | S: High BP for @ 18 mos, since in TDC. Lost wt. Have stomach problems. Work: Outside rec porter. Burp food after eating, fat. <br> O: Did not take Tenex for last 7 days. Thought it was for seven days. <br> A: Hypertension |

cont

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

Name: _Green, Gary_ TDCJ #: _553362_ Date: _10-10-91_ Time: _0610_

Housing: _M 232_ Work Assignment: _Outside rec. porter_

### Nursing Sick Call Protocol for:
### ATHLETES FOOT

Fungal infection of the feet, particularly the toe webs, characterized by pruritic, cracking, and peeling eruptions.

Circle all items that are appropriate and/or complete all blanks.

### HISTORY

1. **Onset:** _2 months_

2. **Location:** Rt _✓_ / Lt ___ / Both ___

3. **Discomfort:** (itching) (burning)
   stinging   weeping

4. **History of similar problem:** N/(Y)
   **When:** _over a year_

5. **Current medications:** _Lioresal 1mg_

6. **Allergies:** Food, drugs, other _grass_

### PHYSICAL ASSESSMENT

1. T _____ P _____ R _____ B/P _____

2. **Feet:**
   R - Red, swollen, (scaling), (cracking), drainage,
   serous, purulent

   L - Red, swollen, scaling, cracking, drainage,
   serous, purulent

Comments: _Refer to CC for HTN._
_Instructed I/m to tell Dr. Carrington_
_about labs at that time._

___ Protocols not used

Nurse Signature: _V. Elliott Lvn_  _10-10-91_
                                      Date

### PROTOCOL

Check in space provided if medication(s)
dispensed.

1. **Marked swelling, drainage, or fever present:**
   refer physician/PA.

   _✓_ **BETADINE** ointment to affected area
   bid until appointment.

   **Teaching:**    Keep feet clean and dry.
                    Do not apply to wet skin.
                    Use sparingly.
                    Wear cotton socks and change
                    daily if possible.
                    Dry feet thoroughly.

2. **Scaling, cracking between toes present, offer
   both:**

   ___ **TINACTINE** 1%, apply to affected area
   bid x 30 days

   **Teaching:**    Keep feet clean and dry.
                    Do not apply to wet skin.
                    Use sparingly, the tube
                      must last at least one
                      month. Another tube
                    will not be issued in
                    less than 1 month.
                    Wear cotton socks and
                      change daily if
                      possible.

   _✓_ **DESENEX** powder, Sprinkle in shoes
   daily for three days.

   **Teaching:**    Keep feet clean and dry.
                    Do not apply to wet skin.

   _✓_ cont'd on back
   _sign_

)- 3C (2/91)

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

**Name:** _Green, Mary_
**TDCJ No.:** _553362_
**Unit:** _BF_

| Date & Time | Notes |
|---|---|
| 9/17/91 1250S (cont) | A - HTN<br>P - BP gd X 7d√<br>SMA 24 SMO ⃝ √<br>retn 1 wk 9-24-91 KEP |
| 9/18/91 1825 | Right PE Completed. Lower gum split cleaned and lower gum packed c̄ gauze. B/C to return to see doctor in A M<br>Adams LVN |
| 9/19/91 0852 | Retn EVal TMH Compress |
| 9-21-91 | 1845 - BP 154/96 ℗ arm standing EVER standing - RPlummer, RVIII |
| 9-31-91 | 1845 - late entry for:<br>9-17-91 @ 1925 = 158/92 ℗ arm standing<br>9-18-91 @ 1920 = 159/93 ℗ arm standing<br>9-19-91 @ 1955 = 160/100 ℗ arm standing |
| 9/21/91 1850 | B/P 400/152 P - 70 ————— RPlummer, RVIII<br>E Turner |
| 9/24/91 0945 | S - F/U ↑ BP -<br>Has been running diastolics 92 - 106<br>X 1 wk<br>O - HTN<br>A - "<br>P - Incr ↑ gm gd at noon X 3 wks √<br>V A↑PT CC HTN KEP |

Please sign each entry with status.
HO-3 (Rev. 2/90)

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## INSTITUTIONAL DIVISION

Name: Green, Gary

TDCJ No.: 553362

Unit: B1

| Date & Time | Notes |
|---|---|
| 7/26/91 1530 | HO 153 about diet card S/c 7/29/91 — unruly |
| 7/29/91 0405 | S) To SC c̄ c/o of wanting diet card because don't eat pork + wants something besides beans |
| | O) Healthy looking black male |
| | A) See above |
| | P) Instructed — M. Hamilton LVN |
| 8-5-91 1230 | HO-153 c/o "sm. sores in mouth et salt gargle helped last time." Inst. gargle c̄ salt + salt expir. if not available re-submit SC.  D. King RN |
| 8-6-91 0930 | d-60 requesting diet card - does not eat pork - is muslim. Referred to Dietitian. D. King RN |
| 8-13-91 0715 | Completed A + D Hx 69 Form and did Nutritional Counsel. c̄ Pt per I 60 report. Counseling Notes are behind Master Problem list. Does not rec. Pork Free diet  Carol Hester ? |
| 9-3-91 1100 | HO-153 c/o lt. foot pain. SC 9-4-91 D King L |
| 9-4-91 0800 | NS/SC. M. Smith, LVN |
| SEP 1 0 1991 1200 | HO-153 c/o ↑ B/P ± ↑ cholesterol KK RN As sched.  C. C. Webster RN gr |
| 9/14/91 1300 | HO153, c/o ↑ B/P ± ↑ Chol. HDA 9/17/91  C. Dudley RN |
| 9-17-91 | DNC - NS/sc  E. Cosby LVN |
| 10/2/91 0903 | S - Here c̄ of ↑ BP O - BP 162/122  wt 216 |

Please sign each entry with status.

HO-3 (Rev. 2/90)

Con't

J0174

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**INSTITUTIONAL DIVISION**

Name: _Green, Gary_ TDCJ #: _555336_ Date: _7-25-91_ Time: _____

Housing: _____ Work Assignment: _____

Nursing Sick Call Protocol for:
**ATHLETES FOOT**

Fungal infection of the feet, particularly the toe webs, characterized by pruritic, cracking, and peeling eruptions.

Circle all items that are appropriate and/or complete all blanks.

**HISTORY**

1.  Onset: _2w_

2.  Location: Rt _✓_ / Lt _✓_ / Both _✓_

3.  Discomfort: (itching)  burning
    (stinging)  weeping

4.  History of similar problem: (N)/Y
    When: _____

5.  Current medications: _____
    _____
    _____
    _____

6.  Allergies: Food, drugs, other_____
    _____

**PHYSICAL ASSESSMENT**

1.  T _____ P _____ R _____ B/P _____

2.  **Feet:**
    R - Red, swollen, scaling, cracking, drainage,
    serous, purulent

    L - Red, swollen, scaling, cracking, drainage,
    serous, purulent

Comments: _____
_____
_____
_____

_____ Protocols not used

Nurse Signature: _V. Elliott LVN_ _7-25-91_
                                        Date

**PROTOCOL**

Check in space provided if medication(s)
dispensed.

1.  **Marked swelling, drainage, or fever present:**
    refer physician/PA.

    _____ **BETADINE** ointment to affected area
    bid until appointment.

    Teaching:       Keep feet clean and dry.
                    Do not apply to wet skin.
                    Use sparingly.
                    Wear cotton socks and change
                    daily if possible.
                    Dry feet thoroughly.

2.  **Scaling, cracking between toes present, offer
    both:**

    _✓_ **TINACTINE** 1%, apply to affected area
    bid x 30 days

    Teaching:       Keep feet clean and dry.
                    Do not apply to wet skin.
                    Use sparingly, the tube
                        must last at least one
                        month. Another tube
                        will not be issued in
                        less than 1 month.
                    Wear cotton socks and
                        change daily if
                        possible.

    _✓_ **DESENEX** powder, Sprinkle in shoes
    daily for three days.

    Teaching:       Keep feet clean and dry.
                    Do not apply to wet skin.

cont'd on back

**CLINIC NOTES**
TEXAS DEPARTMENT OF CRIMINAL JUSTICE
**INSTITUTIONAL DIVISION**

Name: _Green, Gary_

TDCJ No.: _553367b_

Unit: _B-1_

| Date & Time | Notes |
|---|---|
| JUL 0 3 1991 0800 | HO-153 c/o great toe "green" SC 7/5/91 — R.C. Westerly RN |
| 7/5/91 0800 | NS/SC. M. Smith, LVN. |
| 7.16.91 0100 | Rec'd HO 153 c/o ath. feet SC 7.17.91 — K. Marco RN |
| 7/17/91 0700 | NS/SC — Audry RN |
| 7/24/91 0900 | HO 153 recored c/o athletes foot report to SC 7/25/91 — xxxxx R |

Please sign each entry with status.
HO-3 (Rev. 2/90)

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

**Name:** Green Gary

**TDCJ No.:** 553362

**Unit:** B I

| Date & Time | Notes |
|---|---|
| JUN 07 1991 0800 | HO-153 c/o "problems" c̄ hemorrhoids s/c 6/10/91 — C.C. Webster RN |
| 6/10/91 | 0350 S. To E.R. complaining of hemorrhoids bleeding occasionally for months. O. Hemorrhoids bleeding at intervals. A- alteration in comfort P- anusol cream given and explained how to use and put said call in if it continues after using the anusol cream. y. J. Bryan LVN |
| 6-11-91 | 1200 HO-153 c/o needing face cream from shaving s/c 6-13-91 — S. King RN |
| 6-13-91 | 0600 NS / SC — ↓ work ↓ hat |
| 6-15-91 2300 | HO 153 rec'd wants CSP renewed & lip cancer? s/c 6-17-91 — durergh LVN |
| 6/17/91 0315 | S) 20 8/c c/o need CSP O) Papules noted on chin & face A) Alt in skin integrity P) N/C @ 7am. C. Dudley |
| 6/17/91 0800 | CSP 2x/wk x 30days x2 renewals V.O. Dr. Kuykendall / C. Dudley 6-17-91 KK Dr. Sig: 10/2/91 ? |
| 6-18-91 | Rec'd HO153 c/o wanting soft sole shoes instructed — M. Reed RN |
| N 25 1991 0800 | HO-153 Wants foot powder - Purchase @ commissary — C.C. Webster |

Please sign each entry with status.

HO-3 (Rev. 2/90)

# CLINIC NOTES
### TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## INSTITUTIONAL DIVISION

Name: _Green Gary_

TDCJ No.: _553362_

Unit: _B-1_

| Date & Time | Notes |
|---|---|
| 4/5/91 0445 (cont) | A. Alt of comfort |
|  | P. decrease wt if back hurting |
|  | tyl of PRN |
|  | warm moist towel i cell PRN |
|  | C.C. Webster RN (751) |
| 4-10-81 | 0800 HO-153 c̄ c/o feet prob. S C 4-11-91 D. King |
| 4-11-91 | 0500 NS/SC. N. Smith, Jr. |
| 4-18-91 | 0930 HO-153 c̄ required for foot powder. S C 4-19- |
|  | D King RN ___ |
| 4/19/91 | 0435 N/S/SC ___ N.J. Brown LVN 4/19 |
| 5-3-91 | 1130 HO-153 c̄ c/o head aches et feeling ill. |
|  | S C 5-6-81. |
|  | D King RN |
| 5/6/91 | 0530 NS/SC. N. Smith Jr. |
|  | 45 |
| 5-17-91 | 1100 HO-153 requesting foot powder. S C 5-20-91. |
|  | D King RN |
| 5/20/91 0400 | S) 20 S/C, C/O ath. foot |
|  | O) White patches noted on feet. |
|  | A) Alt in skin integrity |
|  | P) Desenex x30 days K(?) + inst |
|  | C Dudley RN |
| 5-28-91 1110 | S ___ F.U. PRE/ serum request |
|  | O - report was negative |
|  | A - Counseled negative HIV |
|  | P-1) ho further RX indicated ___ |

Please sign each entry with status. ___ 5/28/91 1110 ___

HO-3 (Rev. 2/90)

# CLINIC NOTES
### TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

**Name:** _Green Gary_

**TDCJ No.:** _553362_

**Unit:** _B 4_

| Date & Time | Notes |
|---|---|
| 3/13/91 0530 | NS/SC. W. Smith, Lu. |
| 3-14-91 | S - F/U Chronic Pharyngitis |
| 0915 | O - Has been c/o ST. X 5 months |
|  | A - Has c/o pharynx sore and it is injected |
|  | AU - NL |
|  | Awhile nodes enlarged ? Tender |
|  | after exam of Pt. and Counseling for drug |
|  | 1) Examine Pm Test again (Rx) R/O DNA/Dem |
|  | (B-1) Draw HIV, SMA 24, VDRL _ _ _ _ _ |
|  | 2) Pen V-K 500 g i P.O. Bid X 5 days 10% |
|  | _ _ _ _ _ PA |
|  | B Mg. 3/14/91 1m Kelly, |
| 3-15-91 | 0600 HO-153 recd c c/o cold A/c 3-18-91  L Kung RN |
| 3/18/91 0500 | NS/SC. |
|  | C. Dudley |
| 3-20-91 | 0800 HO-153 c request for foot powder. A/c 3-22-91 |
|  | L Kung RN |
| 3/22/91 0500 | NS/SC. |
|  | C. Dudley |
| 4-2-91 | 1500 HO-153 c request for foot powder A/c 4-3-91 |
|  | L Kung RN |
| 4-3-91 0600 | NS/SC. W. Smith, Lu. |
| 4-4-91 | 0930 HO-153 c c/o back pain A/c 4-5-91 D. Min. RN |
| 4/5/91 | c/o low back pain. Lifts free wts 2-3 times |
| 0645 | a week (285#) |
|  | o. S muscle spasm, O deformity, full ROM |
|  | (cont) |

Please sign each entry with status.

HO-3 (Rev. 2/90)

J0174

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

**Name:** Green, Gary Renard

**TDCJ No.:** 553362

**Unit:** Beto I

| Date & Time | Notes |
|---|---|
| 1/11/91 | 0500 NS/SC. W. Smith, LVN. (K |
| 1-16-91 | 1700 - HO153 - Dizzy spells - wants BP checked - Dsc 1/18/91 after am chow — Plummer, LVN (K |
| 1-18-91 0400 | S c/o dizziness & B/P in family · O as above 156/103 · A alteration in comfort · P B/c - B/P check bid X 3 days ✓ Ware, LVN (K |
| 2-1-91 1500 | Approved for weight lifting by chart review. C.C. Webster, R.N. (K |
| 2-12-91 0800 | HO-153 c/o CSP RG 3/14/91 as scheduled. C.C. Webster, RN |
| 2-15-91 | 0910 HO-153 rec'd c̄ c/o "souring feeling in stomach" A c 2-19-91. S. Kin, RN |
| 2-19-91 | 0500 N/S SC L M Marcotte RN |
| 2-21-91 0900 | HO-153 c/o feet hurting s/c 2/22/91 C.C. Webster, RN |
| 2/22/91 0415 | S) To s/c c/o feet · O) Ø deformities noted growth on feet. A) As stated above. P) Instructed to return prn problems occurring. _____ (illegible) |
| 3/ /91 0800 | HO-153 c/o sore throat s/c 3/13/91 C.C. Webster, RN (K |

Please sign each entry with status.

HO-3 (Rev. 2/90)

**Name:** Green, Gary R.

**TDCJ No.:** 55 ~~5~~ 3362

**Unit:** B₁

**CLINIC NOTES**
TEXAS DEPARTMENT OF CRIMINAL JUS
INSTITUTIONAL DIVISION

| Date & Time | Notes |
|---|---|
| 11-28-90 0015 | H/o 153 rec'd c/o athlete feet s/c 11/29/9 |
| 11/29/90 0500 | NS/SC. _(illegible signature)_ M.D. |
| 11/29/90 1800 | HO153 C/o dizzy spells X3 mos — s/c 12/3 _(illegible)_ |
| 12/3/90 0530 | NS/SC. W. Smith, R.N. _(illegible)_ |
| 12/4/90 1600 | HO 153 C/o need CSP — s/c 12/14/90 _(illegible)_ |
| 12/14/90 0445 | S) H.O. S/C c/o need CSP - s/c 12/14/90. |
|  | O) Scattered papules noted on chin + face. |
|  | A) Alt in skin integrity |
|  | P) RTC @ 7am.                    E. Dudley R.N. |
| 12-14-90 1310 | S - F.U. _(illegible)_ |
|  | O - _(illegible)_ |
|  | A - _(illegible)_ c̄ PFB _(illegible)_ |
|  | P-1) CSB X 90 days _(illegible)_ PFB still _(illegible)_ |
| 12-14-90 1500 | A. ly. 12/17/90 _(illegible)_      3-14-91 RE _(illegible)_ M.D. |
| 12-29-90 0300 | HO-153 rec'd c̄ _(illegible)_ s/c 1-4-91 _(illegible)_ |
| 1-4-91 0500 | S - c/o athlete feet prob. |
|  | O - as above |
|  | A - alteration in comfort |
|  | P - Desenex powder KOP _(illegible)_ |
| _(illegible)_ 0900 | HO-153 c/o tonsils — s/c 1/11/91 |
|  | C. C. _(illegible)_ L.V.N. |

sign each entry with status.

Rev. 2/90)

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

Name: Green, Gary
TDCJ No.: 553362
Unit: Beto 1

| Date & Time | Notes |
|---|---|
| SEP 1 9 1990 | HO-153 c/o face rash  S/c 9/21/90  C Webster RN |
| 1000 | |
| 9/21/90 | 0530 NS/SC.   C Dudley RN |
| 9-22-90 | 0900 HO153 go "tonguculosis" S/C 9-28  L Brunette RN |
| 9/26/90 | 0500 NS/SC.   C Dudley RN |
| 9-26-90 | 1600 SCR (S) pain - 0-A) as per HO153 -P) SC 9/28/90  R Plummer, RVN |
| 09-28-90 | 0510 NS for S/C 9-28   g. fossy ua |
| 9-30-90 | 0115 Received HO-153 c/o of pain in testicles thinks he pulled something loose. S/C 10/2/90. m. J. Bregman wt RB |
| 10-3-90 | c/o severe testicular pain |
| 0500 | O  as above |
| | A  alteration in comfort |
| | P  RTC 1A  J warry un |
| 10-2-90 | 1925 Schedule Dr. Kuykendall 10-3-90  N. Cook uc |
| 10/3/90 | S - Pain (R) Testicle wt Lefty |
| 0857 | O - Tender (R) epidymus - no swelly |
| 10-3-90 0900 | A - (R) Testicular |
| | P - No Rx - Take Tylenol  ICG |
| 11/7/90 | 0530 NS/SC. N. Smith, RN  |

Please sign each entry with status.

HO-3 (Rev. 2/90)

Name: Green, Gary

**CLINIC NOTES**
TEXAS DEPARTMENT OF CORRECTIONS

TDC No.: 55 3362

Unit: _____

| Date & Time | Notes |
|---|---|
| 7-18-90 1000 | HO153 Rec'd. Optom appt. 8/2/90 — [signature] |
| 7/2/90 0900 | Approved for wt. lifting [signature] 4 S-D |
| 8/30/90 0445 | S. I & R c/o athletes feet (both feet) |
| | O. athletes feet |
| | A. alteration in comfort |
| | P. Desenex Powder and Tolnaftate cream 1% for feet and instructed — M.J. Bergman LVN II — 4-S |
| 9/8/90 0045 | Rec'd HO-153 c/o of stomach problems. S/C 9/11/90 M.J. Bergman LVN II — [signature] |
| 9-9-90 | SCR |
| 1500 | S) Want shave pass' conn on [?] (o.A) as per HO153 |
| | P) SC 9-12-90 — come clean shaven - Plummer, LVN III |
| 9/11/90 0800 | S) 40 CSP a/back pain |
| | O) Papules noted on face. Im states he thinks he has UTI because he's been pain in kidney region. Ø painful urination or difficulty noted when urinating Im say. |
| | A) Alt in skin integrity. |
| | P) R/C @ 7:00am. C. Dudley RN. |
| 9/11/90 0800 | S - ⊖ Flank pain + [?] frequency — |
| | O - No CVA tenderness — afebrile |
| | A - Poss UTI |
| | P - UA + C+S |
| 9/11/90 | Ponchin 500 bid x 7d (KOP) Motin 800 bid x 14 d (KOP) [?] |

NO.: 553362                                    DR.: _____
Unit ____ : _____              D.O.B. 3-14-71        NURSE'S INTAKE
                                                       CHAIN REVIEW

| Date & Time | Notes |
|---|---|
| 7-12-95 | DATE INCARCERATED: 6-26-90     DATE RECEIVED THIS UNIT: 7-12-90 |
| 0930 | IMMUNIZATIONS: DIPTHERIA/TETANUS ✓              DATE: 6-27-90 |
|  | PPD DATE: 6-27-90              RESULTS O' M m |
|  | TB CLASS O   PROPHYLAXIS   YES   NO.   DATE COMPLETED / DATE TO COMPLETE / DATE COMPLETED IN PROGRESS |
|  | TREATMENT: |
|  | SEROLOGY DATE: 6-27-90              RESULTS NR |
|  | DRUGS: P/AP              FOR |
|  | |
|  | Allergies O |
|  | |
|  | CHRONIC ILLNESS/DISABILITIES O        ADD TO CHRONIC CLINIC: O |
|  | |
|  | MEDICATION ORDERS: O |
|  | 1. 6. |
|  | 2. 7. |
|  | 3. 8. |
|  | 4. 9. |
|  | 5. 10. |
|  | TREATMENTS/SPECIAL CARE/FOLLOW-UP REFERRALS O |
|  | |
|  | WORK LIMITATION: O        HOUSING & BUNK LIMITATIONS: O |
|  | DENTAL PRIORITY: |
|  | NURSE'S SIGNATURE: D. King RN |
|  | PHYSICIAN'S SIGNATURE: |

Please sign each entry with status

CLINIC NOTES
TEXAS DEPARTMENT OF CRIMINAL JUSTICE
INSTITUTIONAL DIVISION

Name: _GREEN, GARY_
TDCJ No.: _55 3362_
Unit: _FERGUSON_

| Date & Time | Notes |
|---|---|
| 7/3/90 1736 HR | RECEIVED FERGUSON UNIT:   PULHES CLASSIFICATION: _PIAP_ |
| | RPR = _NR_                              TB CLASS  _Ø_ |
| | TETANUS UP TO DATE: _YES_ |
| | CHRONIC CLINIC REQUIREMENTS: _NO_ |
| | MEDICATIONS (CHECK TO SEE IF ON COMPUTER): _Ø_ |
| | |
| | |
| | |
| | |
| | RECOMMEND CHART REVIEW BY: PHYSICIAN:  ✓   PSYCHOLOGY: |
| | CID:          DENTAL: |
| | CHART RECEIVED INCOMING SCREENING BY: _S. Kirby RN II_ |
| 7/9/90 0835 | _Transfer to → Unit of Assignment_ |
| | _E. Reiss RN_ |

Please sign each entry with status.

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

me: _____

**TDCJ No.:**_____

**Unit:** _____

| Date & Time | Notes |
|---|---|
| 1000 9-3-90 | RECEIVED GOREE   Chart reviewed C— E. Rogers, Lvn |

Please sign each entry with status.

HO-3 (Rev. 2/90)

J0174

```
1                    Reporter's Certificate

2   THE STATE OF TEXAS:

3   COUNTY OF DALLAS:

4        I, Darline King LaBar, Deputy Official Court Reporter in

5   and for the 282nd District Court of Dallas County, State of

6   Texas, do hereby certify that the foregoing exhibits constitute

7   true and complete duplicates of the original exhibits,

8   excluding physical evidence, offered into evidence during the

9   jury trial in Cause No. F09-59380-S, The State of Texas vs.

10  GARY GREEN, as set out herein before the Honorable Judge Andy

11  Chatham, Judge of the 282nd District Court of Dallas County,

12  Texas.

13       WITNESS MY OFFICIAL HAND this the Reporter's

14  Certificate on the 17th day of March, A.D., 2011.

15

16

17

18              DARLINE KING LABAR
19              Official Court Reporter
                363rd Judicial District Court
20              Dallas County, Texas
                133 North Riverfront Blvd., 5th Floor
21              Dallas, Texas 75207-4313
                hpdkfaith@msn.com
22              (214) 653-5893

23

24  Certificate No:  1064
25  Expiration Date:  12/31/2012
```

Darline King LaBar, Official Reporter