Scanned by SIERRA LAVENA in facility DALLAS COUNTY JAIL on 06/09/2010 08:19ame: **GREEN GARY**

| Dallas County Jail Health | Book-In 09073266 | |
|---|---|---|
| Dallas, Texas | AIS Number: 2643937 | |
| | Date of Birth: 3/14/1971 | Patient Age: 39 |
| MEDICATION ADMINISTRATION RECORD | Date of Service: 6/5/2010 | Patient Race: African |
| | Jail Location: NORT 3E03 | |

Allergies:

| Drug KOP Y/N Prescriber Dose/ Route/ Frequency | Start Date | Stop Date | 06/06/2010 | | | | 06/07/2010 | | | | 06/08/2010 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 0600-1159 | 1200-1759 | 1800-2359 | 0000-0559 | 0600-1159 | 1200-1759 | 1800-2359 | 0000-0559 | 0600-1159 | 1200-1759 | 1800-2359 | 0000-0559 |
| HYDROXYZINE HCL 50MG N GODWIN ADAMS PA TAKE ONE TABLET(S) BY MOUTH IN THE EVENING | 5/30/2010 | 11/25/2010 | / | ⟋ | | | | | | | | | | |
| MIRTAZAPINE 45MG N GODWIN ADAMS PA TAKE ONE TABLET(S) BY MOUTH IN THE EVENING | 5/30/2010 | 11/25/2010 | | ⟋ | | | | | | | | | | |
| AMLODIPINE BESYLATE 10MG N MUHAMMAD AZEEM MD TAKE ONE TABLET(S) BY MOUTH DAILY | 3/3/2010 | 8/29/2010 | MS / | | | | | | | | | | | |
| PAROXETINE HCL 40MG N GODWIN ADAMS PA TAKE ONE TABLET(S) BY MOUTH DAILY - START ON 4/1/10 | 4/1/2010 | 9/27/2010 | ML / | | | | | | | | | | | |
| CLONIDINE HCL 0 2MG N MUHAMMAD AZEEM MD TAKE ONE TABLET(S) BY MOUTH TWICE DAILY | 4/22/2010 | 10/18/2010 | ML / | ⟋ | | | | | | | | | | |

| Initial:_____ | Signature:_____ | Initial:____ | Signature:_____ |
|---|---|---|---|
| Initial:_____ | Signature:_____ | Initial: U | Signature: L JASABE RN 15631 |
| Initial:_____ | Signature:_____ | Initial:____ | Signature:_____ |

### Attention:
**Please flag all temporary MARS with a "Post it Flag" and leave in the MAR book each day until the printed MAR arrives.**
**Please notify the pharmacy if a printed MAR has not been received by the third day a medication has been ordered.**



* 4 1 9 9 7 3 2 6 6 4 2 8 2 *



**Parkland Health & Hospital System**
**Dallas County Jail Health**
Dallas, Texas

| | |
|---|---|
| Patient Name: GREEN, GARY | |
| Book-in Number: 09073266 | |
| Date of Birth: 03/14/1971  Age: 39 year | |
| Race: B   Sex: male | |
| Jail Tower: NORTH TOWER 03E  Tank: 3E03 | |
| AIS Number: 2643937 | |
| Date: 10/02/2010 13:51 | |

**MEDICAL**
**URGENT CARE NOTE**

**Current Medical/ Mental Health Conditions:**
    Miscellaneous First Observed 5/10/2010 05:12PM
    Adjustment Disorder With Depressed Mood First Observed 5/27/2010 10:53AM
    Depressive Disorder, Nos First Observed 5/27/2010 10:53AM
    Hypertension (htn)  First Observed 6/7/2010 01:40PM
    Kite First Observed 6/24/2010 01:41AM
    Dental Problem First Observed 7/29/2010 12:00PM
    Chronic Care - F/u First Observed 8/27/2010 12:06PM
    Positive Ppd First Observed 9/29/2010 01:53AM (Rule Out)


**Functional Status:**



**Medication(s):** MIRTAZAPINE 45 MG TABLET, 1 TABS ORAL (PO) EVERY EVENING
ATARAX 50MG TABS, 1 TABS ORAL (PO) EVERY EVENING
HYDROCHLOROTHIAZIDE 25 MG TAB, 1 TABS ORAL (PO) DAILY
SEA-OMEGA CAPSULE, 1 CAPS ORAL (PO) TWICE DAILY
ONIDINE HCL 0.3 MG TABLET, 1 TABS ORAL (PO) TWICE DAILY
TOPROL XL 25 MG TABLET SA, 1 TABS ORAL (PO) DAILY
VERAPAMIL ER 240 MG TABLET, 1 TABS ORAL (PO) DAILY


**Allergies:** *NO KNOWN ALLERGIES*


<u>**SUBJECTIVE:**</u>



<u>**PAST MEDICAL HISTORY:**</u>


| N | Y | |
|---|---|---|
| ☐ | ☐ | **HYPERTENSION, If yes, elaborate:** |
| ☐ | ☐ | **CORONARY ARTERY DISEASE, If yes, elaborate:** |
| ☐ | ☐ | **DIABETES, If yes, elaborate:** |
| ☐ | ☐ | **ASTHMA/COPD, If yes, elaborate:** |
| ☐ | ☐ | **SIEZURE, If yes, elaborate:** |



| | |
|---|---|
| **Parkland Health & Hospital System**<br>**Dallas County Jail Health**<br>Dallas, Texas<br><br><br><br>**MEDICAL**<br>**URGENT CARE NOTE** | Patient Name: GREEN, GARY<br>Book-In Number: 09073266<br>Date of Birth: 03/14/1971  Age: 39 year<br>Race: B  Sex: male<br>Jail Tower: NORTH TOWER 03E  Tank: 3E03<br>AIS Number: 2643937<br>Date: 10/02/2010 13:51 |

## OBJECTIVE:

Current Vital Signs: *(Filled automatically)*
*9/6/2010:*  BP:  *125 / 83 (Sitting)*  Pulse:  *73 (Sitting)*   Respirations: *16 / min*  Temperature: *97 (Oral)*  Weight:   Height:

## ASSESSMENT:

## PLAN:

## ORDERS/FOLLOW-UP:

☐      List of all current medications was reviewed.
☐   Disease status and current treatment discussed with patient
☐      Patient communicates understanding of the treatment plan including the importance
        of medication compliance and adherence to diet, exercise and all diagnostic
        procedures

This document has been sent for signature, but has not yet been reviewed



| | |
|---|---|
| **Parkland Health & Hospital System**<br>Dallas County Jail Health<br>Dallas, Texas<br><br>**MEDICAL**<br>**CHRONIC CARE NOTE – FOLLOW-UP** | Patient Name: <u>GREEN, GARY</u><br>Book-in Number: <u>09073266</u><br>Date of Birth: <u>03/14/1971</u>     Age: <u>39 year</u><br>Race: <u>B</u><br>Jail Tower:  <u>NORTH TOWER 03E</u>  Tank:  <u>3E03</u><br>AIS Number: <u>2643937</u><br>Parkland MRN:<br>Date: <u>08/27/2010 12:05</u> |

**Current Medical/ Mental Health Conditions:**
      Miscellaneous First Observed 5/10/2010 05:12PM
      Adjustment Disorder With Depressed Mood First Observed 5/27/2010 10:53AM
      Depressive Disorder, Nos First Observed 5/27/2010 10:53AM
      Hypertension (htn)   First Observed 6/7/2010 01:40PM
      Kite First Observed 6/24/2010 01:41AM
      Dental Problem First Observed 7/29/2010 12:00PM


**Functional Status:**


**Medication(s):** *MIRTAZAPINE 45 MG TABLET, 1 TABS ORAL (PO) EVERY EVENING*
*ATARAX 50MG TABS, 1 TABS ORAL (PO) EVERY EVENING*
*CLONIDINE HCL 0.2 MG TABLET, 1 TABS ORAL (PO) TWICE DAILY*
*HYDROCHLOROTHIAZIDE 25 MG TAB, 1 TABS ORAL (PO) DAILY*
*SEA-OMEGA CAPSULE, 1 CAPS ORAL (PO) TWICE DAILY*

**Allergies:** *NO KNOWN ALLERGIES*


**Current vital signs: 8/27/2010** *Blood Pressure:169 / 106 (Sitting) , Temperature:97.2 (Oral) , Pulse:69 (Sitting) , Respiration:18 / min, O2Saturation: 97 %, Weight:, Height:*


CHRONIC CARE - F/U

            SUBJECTIVE: h/o HTN for f/u, denies swelling feet.

            HISTORY OF PRESENTING ILLNESS
                  - HTN (FOLLOW UP)
                              - Episodes of chest pains since last visit?
                                          - No
                              - Episodes of shortness of breath since last visit?
                                          - No
                              - Episodes of very high blood pressure since last visit?
                                          - No
                              - Episodes of very low blood pressure since last visit?
                                          - No
OBJECTIVE:



| Parkland Health & Hospital System | Patient Name: GREEN, GARY |
|---|---|
| Dallas County Jail Health | Book-in Number: 09073266 |
| Dallas, Texas | Date of Birth: 03/14/1971      Age: 39 year |
| | Race: B |
| **MEDICAL** | Jail Tower:   NORTH TOWER 03E   Tank:   3E03 |
| **CHRONIC CARE NOTE – FOLLOW-UP** | AIS Number: 2643937 |
| | Parkland MRN: |
| | Date: 08/27/2010 12:05 |

- Review of Systems
    - Positive, Describe: as above
- General
    - Normal, awake, alert, oriented to person, place and time.
- Head and neck
    - Normal, no evidence of trauma, pupils are round, equal, reactive to light.
- Cardiac
    - Normal, regular rate and rhythm, no murmurs or gallops
- Lungs
    - Normal, clear to auscultation bilaterally, no wheezes or rales
- Abdomen
    - Normal, soft, flat, non tender and non distended, bowel sounds are present
- Extremities
    - No edema.
- Sensory/Motor:
    - Normal reflexes, normal gait, sensory and motor grossly intact bilaterally

| Misc Lab Results | 02/03/2010 02:05 | 02/03/2010 01:25 | 09/26/2009 07:06 | 09/26/2009 03:04 |
|---|---|---|---|---|
| Glom Filt | >59 | | >59 | |
| HDL Choles | 38 [L] | | | |
| If African | >59 | | >59 | |
| LDL Choles | 111 [H] | | | |
| VLDL Chole | 32 | | | |

| CHEMISTRY | 08/06/2010 08:22 |
|---|---|
| BUN | 8 |
| Bun/Creat Ratio | 8 |
| CO2 | 27 |
| Calcium | 8.9 |
| Chloride | 99 |
| Creatinine | 1.01 |
| Glucose | 88 |
| Potassium | 4.3 |
| Sodium | 140 |
| eGFR | >59 |
| eGFR AfricanAme | >59 |

ASSESSMENT/PLAN:
1-  HTN , edema ankles.
    - POOR: increase clonidine to 0.3 mg BID and add toprol XL 25 mg daily.
    - Vital Sign Check Daily x 14 Days



| Parkland Health & Hospital System<br>Dallas County Jail Health<br>Dallas, Texas | Patient Name: <u>GREEN, GARY</u> |
|---|---|
| | Book-in Number: <u>09073266</u> |
| | Date of Birth: <u>03/14/1971</u>      Age: <u>39 year</u> |
| **MEDICAL**<br>**CHRONIC CARE NOTE – FOLLOW-UP** | Race: <u>B</u> |
| | Jail Tower: <u>NORTH TOWER 03E</u>   Tank: <u>3E03</u> |
| | AIS Number: <u>2643937</u> |
| | Parkland MRN: |
| | Date: <u>08/27/2010 12:05</u> |

2-Hyperlipidemia, LDL 111, fish oil cap, diet and exercise.

**FOLLOW-UP:**
- Chronic Care Provider Visit in 14 days
- Follow up as needed

**PATIENT EDUCATION:**
- I have reviewed the current list of medications for this patient.
- Disease status, health outcome options discussed with patient
- Current treatment discussed with patient.
- Patient communicates understanding of treatment plan
- Patient given opportunity to ask questions

**Order(s):**

Procedures Ordered:
    CHRONIC CARE PROVIDER VISIT - FOLLOWUP:   miscellaneous, hypertension (htn)
    NURSE - VITAL SIGNS DAILY X 14 DAYS:   miscellaneous, hypertension (htn)

Stopped Meds:
    CLONIDINE HCL 0.2 MG TABLET     00228212850          06/07/2010 13:42
      1 TABS ORAL (PO) BID
      STOP DATE: 12/03/2010 13:42          REFILLS: 1

Started Meds:
    CLONIDINE HCL 0.3 MG TABLET     00228212910          08/27/2010 12:13
      1 TABS ORAL (PO) BID
        Special Instructions:Dc Clonidine 0.2
      STOP DATE: 02/22/2011 12:13          REFILLS: 0
    TOPROL XL 25 MG TABLET SA     00186108805          08/27/2010 12:14
      1 TABS ORAL (PO) QDAILY
      STOP DATE: 02/22/2011 12:14          REFILLS: 0



| | |
|---|---|
| **Parkland Health & Hospital System**<br>**Dallas County Jail Health**<br>**Dallas, Texas**<br><br>**MEDICAL**<br>**CHRONIC CARE NOTE – FOLLOW-UP** | Patient Name: <u>GREEN, GARY</u><br>Book-in Number: <u>09073266</u><br>Date of Birth: <u>03/14/1971</u>　　　Age: <u>39 year</u><br>Race: <u>B</u><br>Jail Tower:　<u>NORTH TOWER 03E</u>　Tank:　<u>3E03</u><br>AIS Number: <u>2643937</u><br>Parkland MRN:<br>Date: <u>08/27/2010 12:05</u> |

Electronically Signed by AZEEM, MUHAMMAD M.D. on 08/27/2010.
##And No Others##



| | |
|---|---|
| **Parkland Health & Hospital System**<br>**Dallas County Jail Health**<br>**Dallas, Texas**<br><br>**MEDICAL**<br>**CHRONIC CARE NOTE** | Patient Name: <u>GREEN, GARY</u><br><br>Book-in Number: <u>09073266</u><br><br>Date of Birth: <u>03/14/1971</u>   Age: <u>39 year</u><br><br>Race: <u>B</u><br><br>Jail Tower: <u>NORTH TOWER 03E</u> Tank: <u>3E03</u><br><br>AIS Number: <u>2643937</u><br><br>Parkland MRN:<br><br>Date: <u>07/26/2010 13:17</u> |

**Current Medical/ Mental Health Conditions:**
> Miscellaneous First Observed 5/10/2010 05:12PM
> Adjustment Disorder With Depressed Mood First Observed 5/27/2010 10:53AM
> Depressive Disorder, Nos First Observed 5/27/2010 10:53AM
> Hypertension (htn) First Observed 6/7/2010 01:40PM
> Kite First Observed 6/24/2010 01:41AM

**Functional Status:**

**Medication(s)** *MIRTAZAPINE 45 MG TABLET, 1 TABS ORAL (PO) EVERY EVENING*
*ATARAX 50MG TABS, 1 TABS ORAL (PO) EVERY EVENING*
*CLONIDINE HCL 0.2 MG TABLET, 1 TABS ORAL (PO) TWICE DAILY*

*...ergies: NO KNOWN ALLERGIES*

**Current vital signs:** *7/26/2010 Blood Pressure:136 / 93 (Sitting) , Temperature:, Pulse:76 (Sitting) , Respiration:18 / min, O2Saturation: 96 %, Weight:, Height:*

**CHRONIC CARE**
> SUBJECT:  h/o HTN for f/u, c/o swelling feet, denies ant kidney or liver disease.

> HISTORY OF PRESENTING ILLNESS
>> - HTN (FOLLOW UP)
>>> - Episodes of chest pains since last visit?
>>>> - No
>>> - Episodes of shortness of breath since last visit?
>>>> - No
>>> - Episodes of very high blood pressure since last visit?
>>>> - No
>>> - Episodes of very low blood pressure since last visit?
>>>> - No
> OBJECTIVE:
>> - Review of Systems
>>> - Positive, Describe: as above
>> - General
>>> - Normal, awake, alert, oriented to person, place and time.
>> - Head and neck
>>> - Normal, no evidence of trauma, pupils are round, equal, reactive to light.
>> - Cardiac
>>> - Normal, regular rate and rhythm, no murmurs or gallops
>> - Lungs



| Parkland Health & Hospital System<br>Dallas County Jail Health<br>Dallas, Texas<br><br>**MEDICAL<br>CHRONIC CARE NOTE** | Patient Name: <u>GREEN, GARY</u><br>Book-in Number: <u>09073266</u><br>Date of Birth: <u>03/14/1971</u>   Age: <u>39 year</u><br>Race: <u>B</u><br>Jail Tower: <u>NORTH TOWER 03E</u> Tank: <u>3E03</u><br>AIS Number: <u>2643937</u><br>Parkland MRN:<br>Date: <u>07/26/2010 13:17</u> |

  - Normal, clear to auscultation bilaterally, no wheezes or rales
 - Abdomen
  - Normal, soft, flat, non tender and non distended, bowel sounds are present
 - Extremities
  - Abnormal, Describe: 1+ edema ankles.
 - Sensory/Motor:
  - Normal reflexes, normal gait, sensory and motor grossly intact bilaterally

| Misc Lab Results | 02/03/2010<br>02:05 | 02/03/2010<br>01:25 | 09/26/2009<br>07:06 | 09/26/2009<br>03:04 |
|---|---|---|---|---|
| Glom Filt | >59 | | >59 | |
| HDL Choles | 38 [L] | | | |
| If African | >59 | | >59 | |
| LDL Choles | 111 [H] | | | |
| VLDL Chole | 32 | | | |

| AUTOMATED CHEMISTRY | 02/03/2010<br>02:05 | 09/26/2009<br>07:45 | 09/26/2009<br>07:06 |
|---|---|---|---|
| BUN | 16 | | 11 |
| BUN/CREATININE | 16 | | 10 |
| CALCIUM, SERUM | 9.3 | | 9.4 |
| CO2 SERUM | 25 | | 22 |
| CREATININE BL | 0.98 | | 1.09 |
| Chloride, Serum | 101 | | 94 [L] |
| GLUCOSE, BLOOD | 87 | 54 [L] | |
| POTASSIUM SERUM | 4.4 | | 4.7 |
| SODIUM, SERUM | 139 | | 139 |
| ALBUMIN SERUM | | | 4.9 |
| ALK PHOS | | | 90 |
| ALT | | | 49 |
| AST | | | 44 [H] |
| PROTEIN TOT SER | | | 8.3 |

ASSESSMENT:
 1- HTN , edema ankles.
  - FAIR: (SBP < 160, DBP < 100)

 2-Hyperlipidemia, LDL 111.

PLAN:
 1- HTN,   edema ankles possibly due to amlodipine, dc and start HCTZ.

  - Vital Sign Check Daily x 14 Days
  - Renal Panel - Routine

 2-Hyperlipidemia, LDL 111, fish oil cap, diet and exercise.



| | |
|---|---|
| Parkland Health & Hospital System<br>Dallas County Jail Health<br>Dallas, Texas | Patient Name: <u>GREEN, GARY</u><br>Book-In Number: <u>09073266</u><br>Date of Birth: <u>03/14/1971</u>    Age: <u>39 year</u><br>Race: <u>B</u><br>Jail Tower: <u>NORTH TOWER 03E</u>  Tank: <u>3E03</u><br>AIS Number: <u>2643937</u><br>Parkland MRN:<br>Date: <u>07/26/2010 13:17</u> |
| **MEDICAL<br>CHRONIC CARE NOTE** | |

FOLLOW-UP:
   - Chronic Care Provider Visit in 14 days
   - Follow up as needed

PATIENT EDUCATION:
   - I have reviewed the current list of medications for this patient.
   - Disease status, health outcome options discussed with patient
   - Current treatment discussed with patient.
   - Patient communicates understanding of treatment plan
   - Patient given opportunity to ask questions


Order(s):

Procedures Ordered:
   CHRONIC CARE PROVIDER VISIT - FOLLOWUP:   miscellaneous, hypertension (htn)
   NURSE - VITAL SIGNS 3 DAYS A WEEK X 30 DAYS:        miscellaneous, hypertension (htn)
   BASIC METABOLIC PANEL (BMP):  hypertension (htn)



Started Meds:
   HYDROCHLOROTHIAZIDE 25 MG TAB      00228222196   07/26/2010 13:28
      1 TABS ORAL (PO) QDAILY
         Special Instructions:Dc Amlodipine 10 Mg
      STOP DATE: 01/21/2011 13:28            REFILLS: 1
   SEA-OMEGA CAPSULE      00536718706   07/26/2010 13:29
      1 CAPS ORAL (PO) BID
      STOP DATE: 01/21/2011 13:29            REFILLS: 1



   Electronically Signed by AZEEM, MUHAMMAD M.D. on 07/26/2010.
   Electronically Signed by JOHNSON, PATRICE on 07/27/2010.
   ##And No Others##



**Parkland Health & Hospital System**
**Dallas County Jail Health**
**Dallas, Texas**

Patient Name: <u>GREEN, GARY</u>

Book-in Number: <u>09073266</u>

Date of Birth: <u>03/14/1971</u>  Age: <u>39 year</u>

Race: <u>B</u>   Sex: male

Jail Tower: <u>NORTH TOWER 03E</u>  Tank: <u>3E03</u>

AIS Number: <u>2643937</u>

Date: <u>06/25/2010 13:07</u>

### MEDICAL
### URGENT CARE NOTE

Current Medical/ Mental Health Conditions:

Functional Status:

Medication(s): MIRTAZAPINE 45 MG TABLET, 1 TABS ORAL (PO) EVERY EVENING
ATARAX 50MG TABS, 1 TABS ORAL (PO) EVERY EVENING
CLONIDINE HCL 0.2 MG TABLET, 1 TABS ORAL (PO) TWICE DAILY

Allergies: *NO KNOWN ALLERGIES*

<u>SUBJECTIVE:</u> "MY LEFT EAR HAS BEEN HURTING FOR 4 DAYS"

DENIES FEVER, CHILL N, V, DRAINAGE

USES EAR PLUGS DAILY, THINKS WATER GOT TRAPPED

## PAST MEDICAL HISTORY:

| N | Y | |
|---|---|---|
| ☐ | ☒ | **HYPERTENSION, If yes, elaborate:** |
| ☒ | ☐ | **CORONARY ARTERY DISEASE, If yes, elaborate:** |
| ☒ | ☐ | **DIABETES, If yes, elaborate:** |
| ☒ | ☐ | **ASTHMA/COPD, If yes, elaborate:** |
| ☒ | ☐ | **SIEZURE, If yes, elaborate:** |

<u>OBJECTIVE:</u> NO ACUTE DISTRESS

ALERT AND ORIENTED TO PERSON PLACE TIME AND EVENT

AFEBRILE VITAL SIGNS WNL

HEAD NORMOCEPHALIC

EYES WITHOUT INJECITON OR ICTERIS

GHT EAR CANAL CLEAR WITHOUT EDEMA OR DISCHARGE



**Parkland Health & Hospital System**
**Dallas County Jail Health**
**Dallas, Texas**

**MEDICAL**
**URGENT CARE NOTE**

Patient Name: GREEN, GARY

Book-in Number: 09073266

Date of Birth: 03/14/1971  Age: 39 year

Race: B   Sex: male

Jail Tower: NORTH TOWER 03E  Tank: 3E03

AIS Number: 2643937

Date: 06/25/2010 13:07

TM INTACT WITH GOOD LIGHT REFLEX AND MOBILITY
LEFT EAR
ERYTHMATOUS TM WITH DISCHARGE IN TM AND IN CANAL
NO EDEMA OF CANAL
TTP WITH MOBILITY

NARES CLEAR WITHOUT DISCHARGE

MOUTH POOR DENTITION WITHOUT ABSCESSES

THROAT NO ERYTHEMA EXUDATE OR PND

NECK SUPPLE WITHOUT ADENOPATHY

HEART REGULAR RATE S1 S2

LUNGS B CLEAR TO AUSCULTATION

SKIN WARM AND DRY

2 of 3



| Parkland Health & Hospital System<br>Dallas County Jail Health<br>Dallas, Texas | Patient Name: <u>GREEN, GARY</u> |
|---|---|
| | Book-in Number: <u>09073266</u> |
| | Date of Birth: <u>03/14/1971</u>  Age: <u>39 year</u> |
| **MEDICAL**<br>**URGENT CARE NOTE** | Race: <u>B</u>   Sex: male |
| | Jail Tower: <u>NORTH TOWER 03E</u>  Tank: <u>3E03</u> |
| | AIS Number: <u>2643937</u> |
| | Date: <u>06/25/2010 13:07</u> |

**Current Vital Signs:** *(Filled automatically)*
*6/25/2010:* BP: *149 / 89 (Sitting)* Pulse: *85 (Sitting)*   Respirations: *18 / min* Temperature: *97.5 (Oral)* Weight:
Height:

**ASSESSMENT:** OTITIS EXTERNA LEFT

**PLAN:** WRITTEN TO DELIVER TODAY
AMOXIL 500 MG PO TID 7 DAYS
CORTISPORIN OTIC 3 DROPS LEFT EAR 4 TIMES DAY 5 DAYS
TYLENOL 650 MG PO TID 5 DAYS

**ORDERS/FOLLOW-UP:** PRN

☒  List of all current medications was reviewed.
☒  Disease status and current treatment discussed with patient
☒  Patient communicates understanding of the treatment plan including the importance of medication compliance
and adherence to diet, exercise and all diagnostic procedures

Electronically Signed by UREY, DIANNE P.A on 06/25/2010.
##And No Others##



| Parkland Health & Hospital System<br>Dallas County Jail Health<br>Dallas, Texas<br><br>**MEDICAL<br>URGENT CARE NOTE** | Patient Name: <u>GREEN, GARY</u><br>Book-in Number: <u>09073266</u><br>Date of Birth: <u>03/14/1971</u>   Age: <u>39 year</u><br>Race: <u>B</u><br>Jail Tower: <u>NORTH TOWER 03E</u>  Tank: <u>3E03</u><br>AIS Number: <u>2643937</u><br>Parkland MRN:<br>Date: <u>06/07/2010 08:13</u> |
|---|---|

**Current Medical/ Mental Health Conditions:**
Miscellaneous First Observed 5/10/2010 05:12PM
Adjustment Disorder With Depressed Mood First Observed 5/27/2010 10:53AM
Depressive Disorder, Nos First Observed 5/27/2010 10:53AM

**Functional Status:**

**Medication(s):** *MIRTAZAPINE 45 MG TABLET, 1 TABS ORAL (PO) EVERY EVENING*
*ATARAX 50MG TABS, 1 TABS ORAL (PO) EVERY EVENING*

**Allergies:** *NO KNOWN ALLERGIES*

**Current Vital Signs:** 6/7/2010 *Blood Pressure:160 / 107 (Sitting)* , *Temperature:97.6 (Oral)* , *Pulse:93 (Sitting)* , *Respiration:18 / min,*
*O2Saturation: 96 %, Weight:, Height:*

**OBJECTIVE:** "I HAVE THESE BUMPS ON THE BACK OF MY HEAD"

TIMES ONE WEEK

GOT A HAIR CUT

SORE NOT DRAINING

DENIES FEVER,C HILL, N, ,V

## PAST MEDICAL HISTORY:

| N | Y | |
|---|---|---|
| ☐ | ☒ | **HYPERTENSION, If yes, elaborate:** |
| ☒ | ☐ | **CORONARY ARTERY DISEASE, If yes, elaborate:** |
| ☒ | ☐ | **DIABETES, If yes, elaborate:** |
| ☒ | ☐ | **ASTHMA/COPD, If yes, elaborate:** |
| ☒ | ☐ | **SIEZURE, If yes, elaborate:** |

1 of 4



| Parkland Health & Hospital System<br>Dallas County Jail Health<br>Dallas, Texas | Patient Name: GREEN, GARY |
|---|---|
| | Book-in Number: 09073266 |
| | Date of Birth: 03/14/1971    Age: 39 year |
| **MEDICAL**<br>**URGENT CARE NOTE** | Race: B |
| | Jail Tower: NORTH TOWER 03E   Tank: 3E03 |
| | AIS Number: 2643937 |
| | Parkland MRN: |
| | Date: 06/07/2010 08:13 |

**OBJECTIVE:** NAD
A AND O X 4
AF VS ELEVATED BP
OCCIPUT
MULTIPLE PUSTULES AND BOGGYNESS
ASSOCIATED WITH FOLLICLES
MILD B CERVICAL LYMPHADENOPATHY
**DIAGNOSTIC LABS/X-RAYS:**

| Date / Time | BP Stand | BP Sit | BP Supine | Pulse Stand | Pulse Sit | Pulse Supine | Resp. | Weight (LB) | Height (IN) | Temp. PO | Temp. Rec | Temp. Ax | Temp. L Ear | Temp. R Ear | PSO2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/7/2010 04:07AM | | 159 / 97 | | | 92 | | | | | 97 | | | | | |
| 5/12/2010 07:59AM | | 140 / 88 | | | 69 | | 18 | | | 96.7 | | | | | |
| 5/11/2010 :33PM | | 131 / 88 | | | 76 | | 20 | | | 98.3 | | | | | |

2 of 4



| | |
|---|---|
| **Parkland Health & Hospital System**<br>**Dallas County Jail Health**<br>**Dallas, Texas**<br><br>**MEDICAL**<br>**URGENT CARE NOTE** | Patient Name: <u>GREEN, GARY</u><br>Book-In Number: <u>09073266</u><br>Date of Birth: <u>03/14/1971</u>   Age: <u>39 year</u><br>Race: <u>B</u><br>Jail Tower: <u>NORTH TOWER 03E</u>  Tank: <u>3E03</u><br>AIS Number: <u>2643937</u><br>Parkland MRN:<br>Date: <u>06/07/2010 08:13</u> |

**ASSESSMENT:** HTN
FOLLICULITIS

**PLAN:**

**Started Meds:**

08:17

        **OVER-RIDE TYLENOL 325 MG CAPs**     50580050130     06/07/2010

          **2 TABS ORAL (PO) TID**
          **STOP DATE: 06/12/2010 08:17**          **REFILLS: 0**
        **RIFAMPIN 300 MG CAPSULE**    61748001801    06/07/2010 08:16
          **1 CAPS ORAL (PO) BID**
          **STOP DATE: 06/17/2010 08:16**          **REFILLS: 1**
        **SULFAMETHOXAZOLE-TMP DS TABLET**     00185011205
        **06/07/2010 08:16**
          **1 TABS ORAL (PO) BID**
          **STOP DATE: 06/17/2010 08:16**          **REFILLS: 1**

**ORDERS/FOLLOW-UP:**  KEEP CHRONIC CARE APPT

&#9746;  List of all current medications was reviewed.
&#9746;  Disease status and current treatment discussed with patient

3 of 4



| | |
|---|---|
| **Parkland Health & Hospital System**<br>**Dallas County Jail Health**<br>**Dallas, Texas**<br><br>**MEDICAL**<br>**URGENT CARE NOTE** | Patient Name: <u>GREEN, GARY</u><br>Book-in Number: <u>09073266</u><br>Date of Birth: <u>03/14/1971</u>    Age: <u>39 year</u><br>Race: <u>B</u><br>Jail Tower: <u>NORTH TOWER 03E</u>  Tank: <u>3E03</u><br>AIS Number: <u>2643937</u><br>Parkland MRN:<br>Date: <u>06/07/2010 08:13</u> |

☒  Patient communicates understanding of the treatment plan including the importance of medication compliance and adherence to diet, exercise and all diagnostic procedures

Electronically Signed by UREY, DIANNE on 06/07/2010.
##And No Others##

4 of 4



| | |
|---|---|
| **Parkland Health & Hospital System**<br>**Dallas County Jail Health**<br>**Dallas, Texas**<br><br>**CHRONIC CLINIC NOTE** | Patient Name: <u>GREEN, GARY</u><br>Book-in Number: <u>09073266</u><br>Date of Birth: <u>03/14/1971</u> Age: <u>39 year</u><br>Race: <u>B</u> Sex: male<br>Jail Tower: <u>NORTH TOWER 03E</u> Tank: <u>3E03</u><br>AIS Number: <u>2643937</u><br>Date: <u>06/07/2010 13:32</u> |

## Current Medical/ Mental Health Conditions:

**Allergies:** *NO KNOWN ALLERGIES*

**CHIEF COMPLAINT/HISTORY OF PRESENT ILLNESS** (*Name of interpreter, if one was required:*  **)**
38 y/o AAM with h/o HTN for f/u, says he has bumps on back of head and was seen by Dr. Urey today, denies chest pain, SOB, or dizziness.

### PAST MEDICAL HISTORY:

| No | Yes | |
|----|-----|---|
| | x | HYPERTENSION, If yes, elaborate: |
| x | | CORONARY ARTERY DISEASE, If yes, elaborate: |
| x | | DIABETES, If yes, elaborate: |
| x | | ASTHMA/COPD, If yes, elaborate: |
| x | | SIEZURE, If yes, elaborate: |

Other:

### REVIEW OF SYSTEMS:

| | |
|---|---|
| x | Review of system negative unless specified: as above |

Other:

### PHYSICAL EXAM:
**Last Vital Signs:**
*6/7/2010:* **Pulse:** *93 (Sitting)* **BP:** *160 / 107 (Sitting)* **Respirations:** *18 / min*
**Temperature:** *97.6 (Oral)* **Weight: Height:**

**Current Vital Signs:** *(Filled automatically)*
*6/7/2010:* **BP:** *155 / 94 (Sitting)* **Pulse:** *90 (Sitting)* **Respirations:** *18 / min*
**Temperature:** *97.5 (Oral)* **Weight: Height:**
  **General Appearance:**
  Alert, Oriented, No acute distress.
  **HEENT:**
  Atraumatic, normocephalic, pupils equal round and reactive to light, extraocular movements intact, no thyromegally or lymphadenopathy. Multiple nodules on back of head some with pus.
  **Lungs:**
  Clear to auscultation bilaterally, no wheezing or rales.
  **CV System:**
  Regular rate and rhythm, without murmurs.



**Parkland Health & Hospital System**
**Dallas County Jail Health**
**Dallas, Texas**

**CHRONIC CLINIC NOTE**

Patient Name: GREEN, GARY

Book-In Number: 09073266

Date of Birth: 03/14/1971  Age: 39 year

Race: B   Sex: male

Jail Tower: NORTH TOWER 03E  Tank: 3E03

AIS Number: 2643937

Date: 06/07/2010 13:32

---

**Abdomen:**
Soft, non-tender, no organomegally, bowel sounds normal.
**Exteremities:**
 No edema, cyanosis or clubbing.
**Neurological:**
Grossly intact

## Labs/ X-ray results:

| Misc Lab Results | 02/03/2010 02:05 | 02/03/2010 01:25 | 09/26/2009 07:06 | 09/26/2009 03:04 |
|---|---|---|---|---|
| Glom Flit | >59 | | >59 | |
| HDL Choles | 38 [L] | | | |
| If African | >59 | | >59 | |
| LDL Choles | 111 [H] | | | |
| VLDL Chole | 32 | | | |

| AUTOMATED CHEMISTRY | 02/03/2010 02:05 | 09/26/2009 07:45 | 09/26/2009 07:06 |
|---|---|---|---|
| BUN | 16 | | 11 |
| BUN/CREATININE | 16 | | 10 |
| CALCIUM, SERUM | 9.3 | | 9.4 |
| CO2 SERUM | 25 | | 22 |
| CREATININE BL | 0.98 | | 1.09 |
| Chloride, Serum | 101 | | 94 [L] |
| GLUCOSE, BLOOD | 87 | 54 [L] | |
| POTASSIUM SERUM | 4.4 | | 4.7 |
| SODIUM, SERUM | 139 | | 139 |
| ALBUMIN SERUM | | | 4.9 |
| ALK PHOS | | | 90 |
| ALT | | | 49 |
| AST | | | 44 [H] |
| PROTEIN TOT SER | | | 8.3 |

## Medication reconciliation/Patient education:

| x | I have reviewed the current list of medications for this patient |
|---|---|
| x | Disease status, health outcome options, and current treatment discussed with the patient |
| x | Patient communicates understanding of the treatment plan and given opportunity to ask questions |

## ASSESSMENT/STATUS/PLAN:
1-HTN, fair control, add clonidine 0.2 mg BID and monitor BP. Not taken meds today.

| Date / Time | BP Stand | BP Sit | BP Supine | Pulse Stand | Pulse Sit | Pulse Supine | Resp. | Weight (LB) | Height (IN) | Temp. PO | Temp. Rec | Temp. Ax | Temp. L Ear | Temp. R Ear | PSO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|



| **Parkland Health & Hospital System**<br>**Dallas County Jail Health**<br>**Dallas, Texas**<br><br>**CHRONIC CLINIC NOTE** | **Patient Name:** GREEN, GARY<br>**Book-In Number:** 09073266<br>**Date of Birth:** 03/14/1971  **Age:** 39 year<br>**Race:** B   **Sex:** male<br>**Jail Tower:** NORTH TOWER 03E  **Tank:** 3E03<br>**AIS Number:** 2643937<br>**Date:** 06/07/2010 13:32 |
| --- | --- |

| 6/7/2010<br>01:14PM | 155 / 94 | 90 | 18 | 97.5 | 98 |
| --- | --- | --- | --- | --- | --- |

2-Hyperlipidemia, fish oil cap, diet and exercise.
3-Folliculitis, antibiotics started by Urey PA.

**FOLLOW-UP:**
4 weeks

Procedures Ordered:
   CHRONIC CARE PROVIDER VISIT - FOLLOWUP:   miscellaneous, hypertension (htn)
   NURSE - VITAL SIGNS 3 DAYS A WEEK X 30 DAYS:   miscellaneous, hypertension (htn)

**LABS/ X-RAYS/PROCEDURES/REFERRALS:**

Started Meds:
   CLONIDINE HCL 0.2 MG TABLET     00228212850     06/07/2010 13:42
   1 TABS ORAL (PO) BID
   STOP DATE: 12/03/2010 13:42     REFILLS: 1
   Electronically Signed by AZEEM, MUHAMMAD on 06/07/2010.
   ##And No Others##



| Parkland Health & Hospital System<br>Dallas County Jail Health<br>Dallas, Texas | Patient Name: GREEN, GARY |
|---|---|
| | Book-in Number: 09073266 |
| | Date of Birth: 03/14/1971     Age: 39 year |
| | Race: B |
| PSYCHIATRIC PROVIDER PROGRESS NOTE | Jail Tower: NORTH TOWER 03E  Tank: 3E03 |
| | AIS Number: 2643937 |
| | Parkland MRN: |
| | Date: 09/15/2010 17:24 |

**Current Medical/ Mental Health Conditions:**
   Miscellaneous First Observed 5/10/2010 05:12PM
   Adjustment Disorder With Depressed Mood First Observed 5/27/2010 10:53AM
   Depressive Disorder, Nos First Observed 5/27/2010 10:53AM
   Hypertension (htn)  First Observed 6/7/2010 01:40PM
   Kite First Observed 6/24/2010 01:41AM
   Dental Problem First Observed 7/29/2010 12:00PM
   Chronic Care - F/u First Observed 8/27/2010 12:06PM


**Functional Status:**


Medication(s): *MIRTAZAPINE 45 MG TABLET, 1 TABS ORAL (PO) EVERY EVENING*
*ATARAX 50MG TABS, 1 TABS ORAL (PO) EVERY EVENING*
*HYDROCHLOROTHIAZIDE 25 MG TAB, 1 TABS ORAL (PO) DAILY*
*SEA-OMEGA CAPSULE, 1 CAPS ORAL (PO) TWICE DAILY*
*CLONIDINE HCL 0.3 MG TABLET, 1 TABS ORAL (PO) TWICE DAILY*
*DPROL XL 25 MG TABLET SA, 1 TABS ORAL (PO) DAILY*
*VERAPAMIL ER 240 MG TABLET, 1 TABS ORAL (PO) DAILY*

**Allergies:** *NO KNOWN ALLERGIES*

**Current Vital Signs:** 9/6/2010 *Blood Pressure:125 / 83 (Sitting) , Temperature:97 (Oral) , Pulse:73 (Sitting) , Respiration:16 / min, O2Saturation: 97 %, Weight:, Height:*

**Pt is no show for psych visit.**


**Procedures Ordered:**
   MH - PSYCHIATRIC PROVIDER - FOLLOWUP:     miscellaneous, adjustment disorder with depressed mood




   Electronically Signed by COTTEN, MARVIN on 09/15/2010.
   ##And No Others##



| | |
|---|---|
| Parkland Health & Hospital System<br>Dallas County Jail Health<br>Dallas, Texas<br><br><br>PSYCHIATRIC PROVIDER PROGRESS NOTE | Patient Name: GREEN, GARY<br>Book-in Number: 09073266<br>Date of Birth: 03/14/1971   Age: 39 year<br>Race: B<br>Jail Tower: NORTH TOWER 03E  Tank: 3E03<br>AIS Number: 2643937<br>Parkland MRN:<br>Date: 05/27/2010 10:53 |

**Current Medical/Mental Health Conditions:**
Miscellaneous First Observed 5/10/2010 05:12PM
Adjustment Disorder With Depressed Mood First Observed 5/27/2010 10:53AM
Depressive Disorder, Nos First Observed 5/27/2010 10:53AM

**Functional Status:**

**Medication(s): Reviewed.**

**Allergies:** NKDA

**Current Vital Signs:** 5/12/2010 *Blood Pressure:140 / 88 (Sitting)* , *Temperature:96.7 (Oral)* , *Pulse:69 (Sitting)* , *Respiration:18 / min,*
*O2Saturation: , Weight:, Height:*

< Paste Tree Here>

MH-PSYCHIATRIC PROVIDER PROGRESS NOTE
 Reason For Evaluation
  - Regular follow-up
 Patient Primary Language
  - English
 Patient Preferred Language
  - English
 Sources Of Information/Reliability
  - Patient
   - Good Reliability
  - Prior Record
   - Good Reliability
 Location Of Evaluation
  - Interview Room
 Subjective Report:  Per client, his only problem is difficulty sleeping, saying remeron and atarax still does not help. Denied any other complaint. Does not feel depressed but worried about his case and situation.
 Objective Report:  NAD! Well groomed and polite. Cooperative, attentive with good eye contact, no AIMS noted, speech normal in tone and rate,  affect normal or appropriate, mood: euthymic. Thought pattern devoid of delusion, hallucination or si/hi, coherent, logical, linear and goal directed. Perception intact. Insight and judgement considered normal.
 Core Symptoms Scores (Rating From 1-10)
  - Mania
   - Score = 0
  - Depression
   - Score = 0
  - Positive Symptoms Of Schizophrenia Score = 0
  - Negative Symptoms of Schizophrenia Score = 0

1 of 3



| Parkland Health & Hospital System<br>Dallas County Jail Health<br>Dallas, Texas<br><br><br>PSYCHIATRIC PROVIDER PROGRESS NOTE | Patient Name: GREEN, GARY<br>Book-in Number: 09073266<br>Date of Birth: 03/14/1971    Age: 39 year<br>Race: B<br>Jail Tower: NORTH TOWER 03E  Tank: 3E03<br>AIS Number: 2643937<br>Parkland MRN:<br>Date: 05/27/2010 10:53 |
| --- | --- |

Other Symptoms
- Irritability
    - Score= 0
- Mood Lability
    - Score= 0
- Agitation
    - Score= 0
- Anxiety
    - Score= 0
- Level of Interest
    - Score= 8
- Energy Level
    - Score= 5
- Insomnia
    - Score= 6

Suicidal Risk Assessment
- Patient denies he/she is suicidal

Homicidal Risk Assessment
- Patient denies he/she is homicidal

Labs Reviewed
- Reviewed

Assessment: Client did seem some what tired sugesting inadequate sleep but client is not considered depressed. Currently on remeron 30mg and atarax 50mg pm. Will advance remeron to 45mg PM.

Treatment/Management Plan
- Medication Review
    - Patient is medication compliant
        - Yes
    - Side effects reported
        - None reported
    - Medication response
        - Partial response
    - Medication changed
        - Rationale to change
            - Insufficient improvement
- A.I.M.S.
    - Total Score = 0
- Diagnosis Review
    - There are no changes to patient diagnosis at this time
    - Patient diagnosis to change
        - Axis 5:  60
- Suicide Precaution Ordered
    - No



| Parkland Health & Hospital System<br>Dallas County Jail Health<br>Dallas, Texas<br><br><br>PSYCHIATRIC PROVIDER PROGRESS NOTE | Patient Name: GREEN, GARY<br>Book-in Number: 09073266<br>Date of Birth: 03/14/1971    Age: 39 year<br>Race: B<br>Jail Tower: NORTH TOWER 03E  Tank: 3E03<br>AIS Number: 2643937<br>Parkland MRN:<br>Date: 05/27/2010 10:53 |
| --- | --- |

- Patient Education
    - Patient provided education about risk/benefit of medication
        - Yes
    - Plan of care, follow-up, access to care and any other questions addressed
        - Yes
    - Patient verbalized understanding and agreed
        - Yes
- Follow-up
    - Scheduled or ensured reminder in EMR


Procedures Ordered:
    MH - PSYCHIATRIC PROVIDER - FOLLOWUP:      miscellaneous, depressive disorder, nos

Started Meds:
    ATARAX 50MG TABS        50111030903    05/27/2010 11:10
        1 TABS ORAL (PO) QPM
        Special Instructions:Continuation
        STOP DATE: 11/22/2010 11:10              REFILLS: 1
    MIRTAZAPINE 45 MG TABLET        00185022230    05/27/2010 11:09
        1 TABS ORAL (PO) QPM
        Special Instructions:Advance To 45mg
        STOP DATE: 11/22/2010 11:09              REFILLS: 1


    Electronically Signed by ADAMS, GODWIN on 05/27/2010.
    ##And No Others##



**Parkland Health & Hospital System**
Dallas County Jail Health
Dallas, Texas

**NURSING
KITE RESPONSE NOTE
(SICK CALL)**

Page 1 of 2

**Patient Name:** GREEN, GARY

**Book-in Number:** 09073266

**Date of Birth:** 03/14/1971   **Age:** 39 year

**Race:** B

**Jail Tower:** NORTH TOWER 03E   **Tank:** 3E03

**AIS Number:** 2643937

**Date:** 09/24/2010 04:35

**Current Medical/ Mental Health Conditions:**

Miscellaneous First Observed 5/10/2010 05:12PM
Adjustment Disorder With Depressed Mood First Observed 5/27/2010 10:53AM
Depressive Disorder, Nos First Observed 5/27/2010 10:53AM
Hypertension (htn)   First Observed 6/7/2010 01:40PM
Kite First Observed 6/24/2010 01:41AM
Dental Problem First Observed 7/29/2010 12:00PM
Chronic Care - F/u First Observed 8/27/2010 12:06PM

**Functional Status:**

**Medication(s):**
MIRTAZAPINE 45 MG TABLET, 1 TABS ORAL (PO) EVERY EVENING
ATARAX 50MG TABS, 1 TABS ORAL (PO) EVERY EVENING
HYDROCHLOROTHIAZIDE 25 MG TAB, 1 TABS ORAL (PO) DAILY
SEA-OMEGA CAPSULE, 1 CAPS ORAL (PO) TWICE DAILY
CLONIDINE HCL 0.3 MG TABLET, 1 TABS ORAL (PO) TWICE DAILY
TOPROL XL 25 MG TABLET SA, 1 TABS ORAL (PO) DAILY
VERAPAMIL ER 240 MG TABLET, 1 TABS ORAL (PO) DAILY

**Allergies:** *NO KNOWN ALLERGIES*

**Response to Kite(s) dated:** 09/19/10

**SUBJECTIVE:** per kite requesting Benzoyl Peroxide for my face very oily,acne/bumps.

**OBJECTIVE:**
Today's Vitals: (Filled automatically)
/2010:  BP:   125 / 83 (Sitting)  Pulse:  73 (Sitting)   Respirations: 16 / min Temperature: 97 (Oral)
ight:   Height:



| Parkland Health & Hospital System<br>Dallas County Jail Health<br>Dallas, Texas<br><br>**NURSING<br>KITE RESPONSE NOTE<br>(SICK CALL)**<br><br>Page 2 of 2 | Patient Name: <u>GREEN, GARY</u><br>Book-In Number: <u>09073266</u><br>Date of Birth: <u>03/14/1971</u>   Age: <u>39 year</u><br>Race: <u>B</u><br>Jail Tower: <u>NORTH TOWER 03E</u>   Tank: <u>3E03</u><br>AIS Number: <u>2643937</u><br>Date: <u>09/24/2010 04:35</u> |

**PLAN: refer to provider for further eval.**

**ORDERS/FOLLOW-UP/ REFERRALS:**

|  | List of all current medications was reviewed. |
|---|---|
| **x**<br><br>**Procedures Ordered:**<br>     **URGENT CARE MEDICAL PROVIDER VISIT - KITE:**<br>     kite | Patient communicates understanding of the treatment plan including the importance of medication compliance and adherence to diet, exercise and all diagnostic procedures |

Electronically Signed by GILBERT, CAROLYNE on 09/24/2010.
##And No Others##



| | |
|---|---|
| Parkland Health & Hospital System<br>Dallas County Jail Health<br>Dallas, Texas<br><br>**NURSING<br>KITE RESPONSE NOTE<br>(SICK CALL)**<br><br>Page 1 of 2 | Patient Name: <u>GREEN, GARY</u><br><br>Book-in Number: <u>09073266</u><br><br>Date of Birth: <u>03/14/1971</u>  Age: <u>39 year</u><br><br>Race: <u>B</u><br><br>Jail Tower:  <u>NORTH TOWER 03E</u>  Tank:  <u>3E03</u><br><br>AIS Number: <u>2643937</u><br><br>Date: <u>09/04/2010 18:23</u> |

**Current Medical/ Mental Health Conditions:**

Miscellaneous First Observed 5/10/2010 05:12PM
Adjustment Disorder With Depressed Mood First Observed 5/27/2010 10:53AM
Depressive Disorder, Nos First Observed 5/27/2010 10:53AM
Hypertension (htn)   First Observed 6/7/2010 01:40PM
Kite First Observed 6/24/2010 01:41AM
Dental Problem First Observed 7/29/2010 12:00PM
Chronic Care - F/u First Observed 8/27/2010 12:06PM

**Functional Status:**

**Medication(s):**
MIRTAZAPINE 45 MG TABLET, 1 TABS ORAL (PO) EVERY EVENING
ATARAX 50MG TABS, 1 TABS ORAL (PO) EVERY EVENING
HYDROCHLOROTHIAZIDE 25 MG TAB, 1 TABS ORAL (PO) DAILY
SEA-OMEGA CAPSULE, 1 CAPS ORAL (PO) TWICE DAILY
CLONIDINE HCL 0.3 MG TABLET, 1 TABS ORAL (PO) TWICE DAILY
TOPROL XL 25 MG TABLET SA, 1 TABS ORAL (PO) DAILY
VERAPAMIL ER 240 MG TABLET, 1 TABS ORAL (PO) DAILY

**Allergies:** *NO KNOWN ALLERGIES*

**Response to Kite(s) dated:**

**SUBJECTIVE:**
Kite visit

**OBJECTIVE:**
Today's Vitals: (Filled automatically)
/2010:  BP:   101 / 66 (Sitting)   Pulse:   82 (Sitting)     Respirations: 18 / min Temperature: 98.1
al)  Weight:   Height:



| | |
|---|---|
| **Parkland Health & Hospital System**<br>**Dallas County Jail Health**<br>**Dallas, Texas**<br><br><br>**NURSING<br>KITE RESPONSE NOTE<br>(SICK CALL)**<br><br><br>Page 2 of 2 | Patient Name: <u>GREEN, GARY</u><br><br>Book-in Number: <u>09073266</u><br><br>Date of Birth: <u>03/14/1971</u>  Age: <u>39 year</u><br><br>Race: <u>B</u><br><br>Jail Tower:  <u>NORTH TOWER 03E</u>  Tank:  <u>3E03</u><br><br>AIS Number: <u>2643937</u><br><br>Date: <u>09/04/2010 18:23</u> |

**ASSESSMENT:**
AAM to get Verapamil 240mg which was written on 9/1/10. Pt just asking where his meds are at. Informed meds will take time to arrive from pharmacy. Pt verbalized understanding.

**PLAN:**

**No further action needed, just awaiting meds**

**ORDERS/FOLLOW-UP/ REFERRALS:**

| | |
|---|---|
| x | List of all current medications was reviewed. |
| x | Patient communicates understanding of the treatment plan including the importance of medication compliance and adherence to diet, exercise and all diagnostic procedures |

Electronically Signed by FASHEYIDE, KEMI on 09/04/2010.
##And No Others##



| Parkland Health & Hospital System Dallas County Jail Health Dallas, Texas | Patient Name: GREEN, GARY |
|---|---|
| | Book-in Number: 09073266 |
| | Date of Birth: 03/14/1971    Age: 39 year |
| | Race: B |
| **NURSE NOTE** | Jail Tower: NORTH TOWER 03E  Tank: 3E03 |
| | AIS Number: 2643937 |
| | Parkland MRN: |
| | Date: 08/29/2010 22:52 |

**Current Medical/ Mental Health Conditions:**
    Miscellaneous First Observed 5/10/2010 05:12PM
    Adjustment Disorder With Depressed Mood First Observed 5/27/2010 10:53AM
    Depressive Disorder, Nos First Observed 5/27/2010 10:53AM
    Hypertension (htn) First Observed 6/7/2010 01:40PM
    Kite First Observed 6/24/2010 01:41AM
    Dental Problem First Observed 7/29/2010 12:00PM
    Chronic Care - F/u First Observed 8/27/2010 12:06PM


**Functional Status:**


**Medication(s):** *MIRTAZAPINE 45 MG TABLET, 1 TABS ORAL (PO) EVERY EVENING*
*ATARAX 50MG TABS, 1 TABS ORAL (PO) EVERY EVENING*
*HYDROCHLOROTHIAZIDE 25 MG TAB, 1 TABS ORAL (PO) DAILY*
*OA-OMEGA CAPSULE, 1 CAPS ORAL (PO) TWICE DAILY*
*CLONIDINE HCL 0.3 MG TABLET, 1 TABS ORAL (PO) TWICE DAILY*
*TOPROL XL 25 MG TABLET SA, 1 TABS ORAL (PO) DAILY*
*VERAPAMIL ER 240 MG TABLET, 1 TABS ORAL (PO) DAILY*

**Allergies:** *NO KNOWN ALLERGIES*

**Current vital signs:** 8/29/2010 *Blood Pressure: 171 / 111 (Sitting) , Temperature:, Pulse:70 (Sitting) , Respiration: 18 / min, O2Saturation: 100 %, Weight: , Height:*

Blood pressure reevaluated after last reading of 208/117 with heat rate of 72.  Patient is alert and oriented X3 and asymptomatic at this time.  Vitals as above.  MAP provider Wendy Joseph notified of current meds and history.  Orders received for verapamil 240mg daily X90 days.  First dose starting now.  Medications given as ordered.


**Disposition (type an 'X' in the square to the left to all that apply):**

| x | Back to tank | | ER | | Transfer | | Holdover |
|---|---|---|---|---|---|---|---|

The patient was educated on Plan of care, Follow up, Current medications, Access to care, all questions addressed and the patient verbalized understanding
Yes- patient voices understanding


**Order(s):** *Follow-up Plan, vitals, Finger stick Blood sugars, wound care, referrals, etc*
    *<Place Orders Here>*

1 of 2



| **Parkland Health & Hospital System**<br>**Dallas County Jail Health**<br>Dallas, Texas | Patient Name: <u>GREEN, GARY</u> |
|---|---|
| | Book-in Number: <u>09073266</u> |
| | Date of Birth: <u>03/14/1971</u>   Age: <u>39 year</u> |
| | Race: <u>B</u> |
| **NURSE NOTE** | Jail Tower: <u>NORTH TOWER 03E</u>  Tank: <u>3E03</u> |
| | AIS Number: <u>2643937</u> |
| | Parkland MRN: |
| | Date: <u>08/29/2010 22:52</u> |

Electronically Signed by WATKINS, COLBIE on 08/29/2010.
Electronically Signed by JOSEPH, WENDY P.A on 09/13/2010.
##And No Others##



| | |
|---|---|
| Parkland Health & Hospital System<br>Dallas County Jail Health<br>Dallas, Texas<br><br><br>**NURSING<br>KITE RESPONSE NOTE<br>(SICK CALL)**<br><br><br>Page 1 of 2 | Patient Name: <u>GREEN, GARY</u><br><br>Book-in Number: <u>09073266</u><br><br>Date of Birth: <u>03/14/1971</u>   Age: <u>39 year</u><br><br>Race: <u>B</u><br><br>Jail Tower: <u>NORTH TOWER 03E</u>   Tank: <u>3E03</u><br><br>AIS Number: <u>2643937</u><br><br>Date: <u>08/21/2010 03:01</u> |

**Current Medical/ Mental Health Conditions:**

     Miscellaneous First Observed 5/10/2010 05:12PM
     Adjustment Disorder With Depressed Mood First Observed 5/27/2010 10:53AM
     Depressive Disorder, Nos First Observed 5/27/2010 10:53AM
     Hypertension (htn)   First Observed 6/7/2010 01:40PM
     Kite First Observed 6/24/2010 01:41AM
     Dental Problem First Observed 7/29/2010 12:00PM

**Functional Status:**



**Medication(s):**
MIRTAZAPINE 45 MG TABLET, 1 TABS ORAL (PO) EVERY EVENING
ATARAX 50MG TABS, 1 TABS ORAL (PO) EVERY EVENING
CLONIDINE HCL 0.2 MG TABLET, 1 TABS ORAL (PO) TWICE DAILY
HYDROCHLOROTHIAZIDE 25 MG TAB, 1 TABS ORAL (PO) DAILY
SEA-OMEGA CAPSULE, 1 CAPS ORAL (PO) TWICE DAILY
IBUPROFEN 200 MG TABLET, 2 TABS ORAL (PO) TWICE DAILY

**Allergies:** *NO KNOWN ALLERGIES*

**Response to Kite(s) dated:**

**Patient seen in clinic for attached kite. No swelling noted to feet at this time.   Patient notified that provider had seen him on 7/26/2010 and HCTZ and ibuprofen was ordered for feet.   Patient currently ordered HCTZ at this time.   Patient educated to continue with meds as ordered.**

**OBJECTIVE:**
Today's Vitals: (Filled automatically)
8/21/2010:  BP:   163 / 102 (Sitting)   Pulse:   78 (Sitting)       Respirations: 16 / min Temperature:
ight:   Height:



| Parkland Health & Hospital System<br>Dallas County Jail Health<br>Dallas, Texas | Patient Name: GREEN, GARY |
|---|---|
| | Book-in Number: 09073266 |
| | Date of Birth: 03/14/1971   Age: 39 year |
| **NURSING**<br>**KITE RESPONSE NOTE**<br>**(SICK CALL)** | Race: B |
| | Jail Tower:  NORTH TOWER 03E   Tank:  3E03 |
| | AIS Number: 2643937 |
| | Date: 08/21/2010 03:01 |
| Page 2 of 2 | |

**ASSESSMENT:**

**PLAN:**

**ORDERS/FOLLOW-UP/ REFERRALS:**

| | List of all current medications was reviewed. |
|---|---|
| | Patient communicates understanding of the treatment plan including the importance of medication compliance and adherence to diet, exercise and all diagnostic procedures |

Electronically Signed by WATKINS, COLBIE on 08/21/2010.
##And No Others##



| | |
|---|---|
| Parkland Health & Hospital System<br>Dallas County Jail Health<br>Dallas, Texas | Patient Name: GREEN, GARY<br><br>Book-in Number: 09073266<br><br>Date of Birth: 03/14/1971   Age: 39 year<br><br>Race: B<br><br>Jail Tower:  NORTH TOWER 03E   Tank:  3E03<br><br>AIS Number: 2643937<br><br>Date: 08/21/2010 02:58 |
| **NURSING<br>KITE RESPONSE NOTE<br>(SICK CALL)**<br><br><br>Page 1 of 2 | |

**Current Medical/ Mental Health Conditions:**

   Miscellaneous First Observed 5/10/2010 05:12PM
   Adjustment Disorder With Depressed Mood First Observed 5/27/2010 10:53AM
   Depressive Disorder, Nos First Observed 5/27/2010 10:53AM
   Hypertension (htn)  First Observed 6/7/2010 01:40PM
   Kite First Observed 6/24/2010 01:41AM
   Dental Problem First Observed 7/29/2010 12:00PM

**Functional Status:**


**Medication(s):**
MIRTAZAPINE 45 MG TABLET, 1 TABS ORAL (PO) EVERY EVENING
ATARAX 50MG TABS, 1 TABS ORAL (PO) EVERY EVENING
CLONIDINE HCL 0.2 MG TABLET, 1 TABS ORAL (PO) TWICE DAILY
HYDROCHLOROTHIAZIDE 25 MG TAB, 1 TABS ORAL (PO) DAILY
SEA-OMEGA CAPSULE, 1 CAPS ORAL (PO) TWICE DAILY
IBUPROFEN 200 MG TABLET, 2 TABS ORAL (PO) TWICE DAILY

**Allergies:** *NO KNOWN ALLERGIES*

**Response to Kite(s) dated:**

**Vitals signs ordered BID.   Patient is alert and oriented X3 upon assessment and encouraged to continue medications as ordered until otherwise changed by provider.   Complains of dizziness when going from laying down to standing position.   Patient encourfed to sit upright, then place both feet on the floor for approximately 30 seconds to one minute prior to standing.   Will continue to monitor vitals.**


**OBJECTIVE:**
Today's Vitals: (Filled automatically)
8/21/2010:  BP:   163 / 102 (Sitting)  Pulse:   78 (Sitting)     Respirations: 16 / min Temperature:
ight:   Height:



| Parkland Health & Hospital System<br>Dallas County Jail Health<br>Dallas, Texas | Patient Name: GREEN, GARY |
|---|---|
| | Book-in Number: 09073266 |
| | Date of Birth: 03/14/1971   Age: 39 year |
| **NURSING**<br>**KITE RESPONSE NOTE**<br>**(SICK CALL)** | Race: B |
| | Jail Tower:  NORTH TOWER 03E   Tank:   3E03 |
| | AIS Number: 2643937 |
| | Date: 08/21/2010 02:58 |
| Page 2 of 2 | |

**ASSESSMENT:**

**PLAN:**

**ORDERS/FOLLOW-UP/ REFERRALS:**

| | List of all current medications was reviewed. |
|---|---|
| | Patient communicates understanding of the treatment plan including the importance of medication compliance and adherence to diet, exercise and all diagnostic procedures |

Electronically Signed by WATKINS, COLBIE on 08/21/2010.
##And No Others##



| Parkland Health & Hospital System<br>Dallas County Jail Health<br>Dallas, Texas | Patient Name: GREEN, GARY |
|---|---|
| | Book-in Number: 09073266 |
| | Date of Birth: 03/14/1971  Age: 39 year |
| | Race: B   Sex: male |
| **TOOTHACHE**<br>**GUIDELINE** | Jail Tower: NORTH TOWER 03E  Tank: 3E03 |
| | AIS Number: 2643937 |
| | Date: 08/17/2010 05:59 |

**Current Medical/ Mental Health Conditions:** <~ALL_ACTIVE_PROBLEMS~>

**Functional Status:**

**Medication(s):** *MIRTAZAPINE 45 MG TABLET, 1 TABS ORAL (PO) EVERY EVENING*
*ATARAX 50MG TABS, 1 TABS ORAL (PO) EVERY EVENING*
*CLONIDINE HCL 0.2 MG TABLET, 1 TABS ORAL (PO) TWICE DAILY*
*HYDROCHLOROTHIAZIDE 25 MG TAB, 1 TABS ORAL (PO) DAILY*
*SEA-OMEGA CAPSULE, 1 CAPS ORAL (PO) TWICE DAILY*

**Allergies:** *NO KNOWN ALLERGIES*

<u>**SUBJECTIVE:**</u>
Duration of tooth ache:2-3weeks

| N | Y | |
|---|---|---|
| x | | Is the tooth ache related to trauma |
| x | | Subjective fever |

<u>**OBJECTIVE:**</u>
**Current vital signs:** *8/13/2010:*  BP:  *146 / 105 (Sitting)*  Pulse:  *73 (Sitting)*   Respirations: *16 / min* Temperature: *96.7 (Oral)* Weight:  Height:

| N | Y | |
|---|---|---|
| | | List of all current medications was reviewed. |

<u>**ASSESSMENT (assess each indicator and check all that apply):**</u>
Indications for **IMMEDIATE** referral to provider:

| N | Y | |
|---|---|---|
| | | Temperature 101.0> F or greater |
| | | Pulse > 110 |
| | | Systolic blood pressure less than 90 mmHg |
| | | Purulent or bloody drainage |
| | | Severe facial swelling or edema |
| | | Facial erythema |

<u>**PLAN:**</u>
**Tooth ache WITH any of the above indications for IMMEDIATE referral to provider:**

| | |
|---|---|
| To provider clinic now, Time: | |
| Notify the provider on call (after hours, weekends and holidays). Name of provider notified: | |



| Parkland Health & Hospital System<br>Dallas County Jail Health<br>Dallas, Texas<br><br>**TOOTHACHE**<br>**GUIDELINE** | Patient Name: GREEN, GARY<br>Book-in Number: 09073266<br>Date of Birth: 03/14/1971  Age: 39 year<br>Race: B   Sex: male<br>Jail Tower: NORTH TOWER 03E  Tank: 3E03<br>AIS Number: 2643937<br>Date: 08/17/2010 05:59 |
| --- | --- |

**Tooth ache with possible dental abscess (mild swelling/ redness of the gums but without bleeding or purulent drainage):**
Please note that antibiotic therapy requires provider orders (signature or telephone order)

|   |   |
| --- | --- |
|   | If no penicillin allergy: Amoxicillin 500 mg by mouth three times daily for 7 days, may keep on person (KOP) |
|   | If penicillin allergy: Clindamycin 300 mg by mouth four times daily for 7 days, may keep on person (KOP) |
|   | If no allergy to aspirin: Ibuprofen 200mg two tablets by mouth twice daily for 5 days, may keep on person (KOP) |
|   | If allergic to aspirin: Acetaminophen 325 mg two tablets by mouth twice daily for 5 days, may keep on person (KOP) |
|   | Refer to dental clinic within 3 days.                    Date of dental clinic appointment: |
|   | Schedule daily nurse visits until seen by dental clinic or tooth ache resolved. |

**Tooth ache WITHOUT any of the above indications for IMMEDIATE referral to provider:**

|   |   |
| --- | --- |
| x | If no allergy to aspirin: Ibuprofen 200mg two tablets  by mouth twice daily for 5 days, may keep on person (KOP) |
|   | If allergic to aspirin: Acetaminophen 325 mg two tablets by mouth twice daily for 5 days, may keep on person (KOP) |

**Self care and patient teaching:**

|   |   |
| --- | --- |
| x | Take prescribed medications as directed and until finished |
| x | Drink plenty of fluids to maintain adequate hydration to keep secretions from thickening |
| x | Return to clinic or notify medical staff immediately if symptoms change in character or worsen in severity |
| x | Current impression and current treatment discussed with patient |
| x | Patient communicates understanding of the treatment plan including the importance of medication compliance and adherence to diet, exercise and all diagnostic procedures. |

**Comments:**
Electronically Signed by GILBERT, CAROLYNE on 08/17/2010.
##And No Others##

| Parkland Health & Hospital System<br>Dallas County Jail Health<br>Dallas, Texas<br><br>**NURSE NOTE** | Patient Name: GREEN, GARY |
| --- | --- |
| | Book-in Number: 09073266 |
| | Date of Birth: 03/14/1971   Age: 39 year |
| | Race: B |
| | Jail Tower: NORTH TOWER 03E   Tank: 3E03 |
| | AIS Number: 2643937 |
| | Parkland MRN: |
| | Date: 08/17/2010 05:53 |

**Current Medical/ Mental Health Conditions:**
- Miscellaneous First Observed 5/10/2010 05:12PM
- Adjustment Disorder With Depressed Mood First Observed 5/27/2010 10:53AM
- Depressive Disorder, Nos First Observed 5/27/2010 10:53AM
- Hypertension (htn)  First Observed 6/7/2010 01:40PM
- Kite First Observed 6/24/2010 01:41AM
- Dental Problem First Observed 7/29/2010 12:00PM

**Functional Status:**

**Medication(s):** *MIRTAZAPINE 45 MG TABLET, 1 TABS ORAL (PO) EVERY EVENING*
*ATARAX 50MG TABS, 1 TABS ORAL (PO) EVERY EVENING*
*CLONIDINE HCL 0.2 MG TABLET, 1 TABS ORAL (PO) TWICE DAILY*
*HYDROCHLOROTHIAZIDE 25 MG TAB, 1 TABS ORAL (PO) DAILY*
*3A-OMEGA CAPSULE, 1 CAPS ORAL (PO) TWICE DAILY*

**Allergies:** *NO KNOWN ALLERGIES*

**Current vital signs: 8/13/2010** *Blood Pressure: 146 / 105 (Sitting) , Temperature:96.7 (Oral) , Pulse:73 (Sitting) , Respiration: 16 / min, O2Saturation: 99 %, Weight: , Height:*

**Objective:**

**Assessment:**   since this was written patient has had dental work as requested in kite.

**Plan:**   kite issue resolved

**Disposition (type an 'X' in the square to the left to all that apply):**

| | Back to tank | | ER | | Transfer | | Holdover |
| --- | --- | --- | --- | --- | --- | --- | --- |

The patient was educated on Plan of care, Follow up, Current medications, Access to care, all questions addressed and the patient verbalized understanding

1 of 2



| **Parkland Health & Hospital System**<br>**Dallas County Jail Health**<br>Dallas, Texas<br><br><br>**NURSE NOTE** | Patient Name: <u>GREEN, GARY</u><br>Book-in Number: <u>09073266</u><br>Date of Birth: <u>03/14/1971</u>   Age: <u>39 year</u><br>Race: <u>B</u><br>Jail Tower: <u>NORTH TOWER 03E</u>  Tank: <u>3E03</u><br>AIS Number: <u>2643937</u><br>Parkland MRN:<br>Date: <u>08/17/2010 05:53</u> |
|---|---|

**Order(s):** *Follow-up Plan, vitals, Finger stick Blood sugars, wound care, referrals, etc*
**<Place Orders Here>**


Electronically Signed by GILBERT, CAROLYNE on 08/17/2010.
##And No Others##

```
PATIENT:          GREEN,GARY
                  415 KONAWARD
                  DALLAS, TX
MRN:              2643937
DOB:              03/14/1971
ROOM / BED:       3E03 / CN
User:             PATTERSON, GLENDA


MOTRIN 400MG TABS
Sig:              1 x TABS ORAL (PO) TWICE DAILY
Order Date:       10/02/2010 14:42
Start Date:       10/02/2010 14:00
Auto Stop Date:   10/07/2010 14:00
Special
Instructions:     TAKE  1 TABET BY MOUTH TWICE DAILY



Disp. #:          10  TABS
Refills:          None


Allow Generic - No product selection indicated
Rx Written On:    10/02/2010


Electronically Signed by ISIAKA, OLADOYIN P.A on 10/02/2010.
##And No Others##
```

c:\documents and settings\kadoug\local settings\temp\47508648.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-68   Filed 08/01/16   Page 40 of 138   PageID 7777

Scanned by LOERA, MARIA in facility DALLAS COUNTY JAIL on 09/01/2010 14:00

Parkland Health & Hospital System
Dallas County Jail Health
Dallas, Texas

**MEDICATION ADMINISTRATION RECORD**
**TEMPORARY**

Patient Name: GREEN, GARY

Book-in Number: 09073266

Date of Birth: 3/14/1971    Age: 39 year

Race: B

Jail Tower  NORTH TOWER 03E  Tank: 3E03

AIS Number: 2643937

Parkland MRN:

Date: 8/29/2010 10 57PM

Ordering Provider: Wendy Brown

(Print Provider Name)

Allergies: NO KNOWN ALLERGIES

| Drug Dose/ Route/ Frequency | Start Date | Stop Date | Day 1 | | | | Day 2 | | | | Day 3 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 0600-1159 | 1200-1759 | 1800-2359 | 2400-0659 | 0600-1159 | 1200-1759 | 1800-2359 | 2400-0659 | 0600-1159 | 1200-1759 | 1800-2359 | 2400-0659 |
| Verapamil 240 mg daily x 3 days | | | | | | | | | ✓ | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

Initial _____ Signature _____   Initial _____ Signature _____

Initial _____ Signature _____   Initial _____ Signature _____

Initial _____ Signature _____   Initial _____ Signature _____

**Attention:**
Please flag all temporary MARS with a "Post it Flag" and leave in the MAR book each day until the printed MAR arrives.
Please notify the pharmacy if a printed MAR has not been received by the third day a medication has been ordered.

1 of 1

c:\documents and settings\kddoug\local settings\temp\475o6646.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH   Document 24-68   Filed 08/01/16   Page 41 of 138   PageID 7778

Scanned by LOERA, MARIA in facility DALLAS COUNTY JAIL on 09/01/2010 14:00

Parkland Health & Hospital System
Dallas County Jail Health
Dallas, Texas

**MEDICATION ADMINISTRATION RECORD
TEMPORARY**

Patient Name: GREEN, GARY

Book-in Number: 09073266

Date of Birth: 3/14/1971    Age: 39 year

Race: B

Jail Tower  NORTH TOWER 03E  Tank: 3E03

AIS Number: 2643937

Parkland MRN:

Date: 8/29/2010 10 57PM

Ordering Provider: Wendy Egan

(Print Provider Name)

Allergies: *NO KNOWN ALLERGIES*

| Drug Dose/ Route/ Frequency | Start Date | Stop Date | Day 1 | | | | Day 2 | | | | Day 3 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 0600-1159 | 1200-1759 | 1800-2359 | 2400-0659 | 0600-1159 | 1200-1759 | 1800-2359 | 2400-0659 | 0600-1159 | 1200-1759 | 1800-2359 | 2400-0659 |
| Verapamil 240 mg daily x 30 days | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

Initial _____ Signature _____

Initial _____ Signature _____

Initial _____ Signature _____

Initial _____ Signature _____

Initial _____ Signature _____

Initial _____ Signature _____

**Attention:**
Please flag all temporary MARS with a "Post It Flag" and leave in the MAR book each day until the printed MAR arrives.
Please notify the pharmacy if a printed MAR has not been received by the third day a medication has been ordered.

I of 1

```
PATIENT:            GREEN,GARY
                    415 KONAWARD
                    DALLAS, TX
MRN:                2643937
DOB:                03/14/1971
ROOM / BED:         3E03 / CN
User:               WATKINS, COLBIE


VERAPAMIL HCL 240 MG TABS
Sig:                1 x TABS ORAL (PO) DAILY
Order Date:         08/29/2010 22:51
Start Date:         08/29/2010 22:51
Auto Stop Date:     11/26/2010 22:51
Special
Instructions:       GIVE FIRST DOSE NOW



Disp. #:            90  TABS
Refills:            None



Allow Generic - No product selection indicated
Rx Written On:    08/29/2010
```

    Electronically Signed by JOSEPH, WENDY P.A on 09/13/2010.
##And No Others##

MUHAMMAD AZEEM, M.D.

```
PATIENT:          GREEN,GARY
                  415 KONAWARD
                  DALLAS, TX
MRN:              2643937
DOB:              03/14/1971
ROOM / BED:       3E03 / CN
User:             AZEEM, MUHAMMAD M.D.


CATAPRES 0.3MG TABS
Sig:              1 x TABS ORAL (PO) TWICE DAILY
Order Date:       08/27/2010 12:13
Start Date:       08/27/2010 12:13
Auto Stop Date:   02/22/2011 12:13
Special
Instructions:     DC CLONIDINE 0.2


Disp. #:          360  TABS
Refills:          None


Allow Generic - No product selection indicated
Rx Written On:    08/27/2010




TOPROL XL 25MG TABS
Sig:              1 x TABS ORAL (PO) DAILY
Order Date:       08/27/2010 12:14
Start Date:       08/27/2010 12:14
Auto Stop Date:   02/22/2011 12:14


Disp. #:          180  TABS
Refills:          None


Allow Generic - No product selection indicated
Rx Written On:    08/27/2010


                        Prescription Electronically Signed
                        by MUHAMMAD  AZEEM, M.D.
```

```
PATIENT:           GREEN,GARY
                   415 KONAWARD
                   DALLAS, TX
MRN:               2643937
DOB:               03/14/1971
ROOM / BED:        3E03 / CN
User:              GILBERT, CAROLYNE


ADVIL 200MG TABS
Sig:               2 x TABS ORAL (PO) TWICE DAILY
Order Date:        08/17/2010 06:07
Start Date:        08/17/2010 06:07
Auto Stop Date:    08/22/2010 06:07
Special
Instructions:      TAKE AS DIRECTED


Disp. #:           20  TABS
Refills:           None


Allow Generic - No product selection indicated
Rx Written On:     08/17/2010


    Electronically Signed by PORSA, ESMAEIL M.D. on 08/17/2010.
  ##And No Others##
```

c:\documents and settings\kddoug\local settings\temp\4\362\5\7.tif printed by mivap. (Page 1 of 1)

Case 3:15-cv-02197-M-BH Document 24-68 Filed 08/01/16 Page 45 of 138 PageID 7782

Scanned by LOERA, MARIA in facility DALLAS COUNTY JAIL on 08/03/2010 08:57



| Parkland Health & Hospital System Dallas County Jail Health Dallas, Texas | Patient Name: GREEN, GARY |
|---|---|
| | Book-In Number: 09073266 |
| | Date of Birth: 3/14/1971    Age: 39 year |
| | Race: B |
| MEDICATION ADMINISTRATION RECORD TEMPORARY | Jail Tower  NORTH TOWER 03E  Tank: 3E03 |
| | AIS Number: 2643937 |
| | Parkland MRN: |
| | Date: 7/29/2010 09 00AM |

Ordering Provider: ___ T.~ Nordloff DMD ___
(Print Provider Name)

Allergies: *NO KNOWN ALLERGIES*

| Drug Dose/ Route/ Frequency | Start Date | Stop Date | Day 1 | | | | Day 2 | | | | Day 3 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 0600-1159 | 1200-1759 | 1800-2359 | 2400-0659 | 0600-1159 | 1200-1759 | 1800-2359 | 2400-0659 | 0600-1159 | 1200-1759 | 1800-2359 | 2400-0659 |
| Ibuprofen 800 mg/po/QID | 7/29/10 | 8/3/10 | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

Initial ____ Signature _____    __      Initial ____ Signature _____

Initial ____ Signature _____    __      Initial ____ Signature _____

Initial ____ Signature _____    __      Initial ____ Signature _____

**Attention:**
Please flag all temporary MARS with a "Post it Flag" and leave in the MAR book each day until the printed MAR arrives.
Please notify the pharmacy if a printed MAR has not been received by the third day a medication has been ordered.

1 of 1

VAISH IYER;

```
PATIENT:            GREEN,GARY
                    415 KONAWARD
                    DALLAS, TX
MRN:                2643937
DOB:                03/14/1971
ROOM / BED:         3E03 / CN
User:               IYER, VAISH


MOTRIN 800MG TABS
Sig:                1 x TABS ORAL (PO) FOUR TIMES DAILY      TAKE AS NEEDED
Order Date:         07/29/2010 11:59
Start Date:         07/29/2010 11:59
Auto Stop Date:     08/03/2010 11:59



Disp. #:            20  TABS
Refills:            None


Allow Generic - No product selection indicated
Rx Written On:      07/29/2010



                              Prescription Electronically Signed
                              by VAISH  IYER,
```

```
PATIENT:          GREEN, GARY
                  415 KONAWARD
                  DALLAS, TX
MRN:              2643937
DOB:              03/14/1971
ROOM / BED:       3E03 / CN
User:             AZEEM, MUHAMMAD M.D.
```

```
HYDRODIURIL 25MG TABS
Sig:              1 x TABS ORAL (PO) DAILY
Order Date:       07/26/2010 13:28
Start Date:       07/26/2010 13:28
Auto Stop Date:   01/21/2011 13:28
Special
Instructions:     DC AMLODIPINE 10 MG
```

```
Disp. #:          180  TABS
Refills:          1    Before: 01/21/2011 13:28
```

```
Allow Generic - No product selection indicated
Rx Written On:    07/26/2010
```

```
SEA-OMEGA  CAPS
Sig:              1 x CAPS ORAL (PO) TWICE DAILY
Order Date:       07/26/2010 13:29
Start Date:       07/26/2010 13:29
Auto Stop Date:   01/21/2011 13:29
```

```
Disp. #:          360  CAPS
Refills:          1    Before: 01/21/2011 13:29
```

```
Allow Generic - No product selection indicated
Rx Written On:    07/26/2010
```

```
                        Prescription Electronically Signed
                        by MUHAMMAD  AZEEM, M.D.
```

Scanned by RODRIGUEZ, MONICA in facility DALLAS COUNTY JAIL on 07/05/2010 14:37

Parkland Health & Hospital System
Dallas County Jail Health
Dallas, Texas

**MEDICATION ORDER FORM**

Patient Name: GREEN, GARY

Book-in Number: 09073266

Date of Birth: 3/14/1971   Age: 39 year

Race: B

Jail Tower  NORTH TOWER 03E  Tank: 3E03

AIS Number: 2643937

Parkland MRN:

Date: 6/25/2010 01 01PM

Ordering Provider (PRINT NAME) _Urey_

Allergies: NO KNOWN ALLERGIES

| DC | Chg | KOP | Drug | Dose | Route | Schedule | Duration-Days (Max 90) | Indication |
|----|-----|-----|------|------|-------|----------|------------------------|------------|
| | | ✓ | Amoxil | 500g | po | tid | 10 | Otitis Externa |
| | | ✓ | Cortispo~ | Otic | 3 drops | 4 x day | 5 day | " |
| | | ✓ | Tylenol | 625g | po | tid | 5 day | " |
| | | | | | | | | |

Signature of Healthcare Professional       Printed Name of Healthcare Professional       ID Number       Date/Time

Phone Number                              Pager Number                        Fax Number

*** Please Fax Orders to Parkland Jail Health Pharmacy 214-875-2459 * * *

TINA P/U

1 of 1

```
PATIENT:          GREEN,GARY
                  415 KONAWARD
                  DALLAS, TX
MRN:              2643937
DOB:              03/14/1971
ROOM / BED:       3E03 / CN
User:             AZEEM, MUHAMMAD


CATAPRES 0.2MG TABS
Sig:              1 x TABS ORAL (PO) TWICE DAILY
Order Date:       06/07/2010 13:42
Start Date:       06/07/2010 13:42
Auto.Stop Date:   12/03/2010 13:42



Disp. #:          360  TABS
Refills:          1    Before: 12/03/2010 13:42



Allow Generic - No product selection indicated
Rx Written On:    06/07/2010


                            Prescription Electronically Signed
                            by MUHAMMAD  AZEEM,
```

```
PATIENT:              GREEN,GARY
        .             415 KONAWARD
                      DALLAS, TX
MRN:                  2643937
DOB:                  03/14/1971
ROOM / BED:           3E03 / CN
User:                 UREY, DIANNE


BACTRIM DS 800-160MG TABS
Sig:                  1 x TABS ORAL (PO) TWICE DAILY
Order Date:           06/07/2010 08:16
Start Date:           06/07/2010 08:16
Auto Stop Date:       06/17/2010 08:16


Disp. #:              20  TABS
Refills:              1   Before: 06/17/2010 08:16


Allow Generic - No product selection indicated
Rx Written On:     06/07/2010




RIFADIN 300MG CAPS
Sig:                  1 x CAPS ORAL (PO) TWICE DAILY
Order Date:           06/07/2010 08:16
Start Date:           06/07/2010 08:16
Auto Stop Date:       06/17/2010 08:16


Disp. #:              20  CAPS
Refills:              1   Before: 06/17/2010 08:16


Allow Generic - No product selection indicated
Rx Written On:     06/07/2010



                         Prescription Electronically Signed
                         by DIANNE   UREY,
```

GODWIN  ADAMS,

```
PATIENT:          GREEN,GARY
                  415 KONAWARD
                  DALLAS, TX
MRN:              2643937
DOB:              03/14/1971
ROOM / BED:       3E03 / CN
User:             ADAMS, GODWIN
```

```
REMERON 45MG TABS
Sig:              1 x TABS ORAL (PO) EVERY EVENING
Order Date:       05/27/2010 11:09
Start Date:       05/27/2010 11:09
Auto Stop Date:   11/22/2010 11:09
Special
Instructions:     ADVANCE TO 45MG
```

```
Disp. #:          180  TABS
Refills:          1    Before: 11/22/2010 11:09
```

Allow Generic - No product selection indicated
Rx Written On:    05/27/2010

```
ATARAX 50MG TABS
Sig:              1 x TABS ORAL (PO) EVERY EVENING
Order Date:       05/27/2010 11:10
Start Date:       05/27/2010 11:10
Auto Stop Date:   11/22/2010 11:10
Special
Instructions:     CONTINUATION
```

```
Disp. #:          180  TABS
Refills:          1    Before: 11/22/2010 11:10
```

Allow Generic - No product selection indicated
Rx Written On:    05/27/2010

Prescription Electronically Signed
by GODWIN  ADAMS,

CLINICAL NOTE
DALLAS COUNTY JAIL

Patient Name: GREEN, GARY
MRN: 2643937
Social Security #: 465479293

MED - URGENT CARE MEDICAL PROVIDER VISIT - KITE Entered 10/04/2010 10:12 by HODGE, KRYSTAL

d/o crt

XRAY - CHEST - TB Entered 10/04/2010 11:00 by SOULE, JARROD

in court per DSO.

CLINICAL NOTE
DALLAS COUNTY JAIL

Patient Name: GREEN, GARY
MRN: 2643937
Social Security #: 465479293

MED - URGENT CARE MEDICAL PROVIDER VISIT - KITE Entered 09/29/2010 09:06 by HODGE, KRYSTAL

d/o crt

CLINICAL NOTE
DALLAS COUNTY JAIL

Patient Name: GREEN, GARY
MRN: 2643937
Social Security #: 465479293

NURSE - KITE VISIT Entered 09/24/2010 04:44 by GILBERT, CAROLYNE

kite completed.

**MAR Page**

**SYMBOL**
- 3 - BED HOLD
- H - HOSPITAL
- L - LEAVE OF ABSENCE
- N - NOT DUE
- X - NOT ADMINISTERED  See Nurse's Notes
- Ø - MISSED DOSE
- / - SELF ADMINISTERED
- IS -

33.

**SITE KEY:**
1. Orally
2. Right Dorsal Gluteus
3. Left Dorsal Gluteus
4. Right Ventral Gluteus
5. Left Ventral Gluteus
6. Right Lateral Thigh
7. Left Lateral Thigh
8. Right Deltoid
9. Left Deltoid
10. Right Upper Arm
11. Left Upper Arm
12. Right Anterior Thigh
13. Left Anterior Thigh
14. Upper Back Left
15. Upper Back Right
16. Upper Chest Left
17. Upper Chest Right
18. To Right and Above Umbilicus
19. To Left and Above Umbilicus
20. To Right and Below Umbilicus
21. To Left and Below Umbilicus
22. Mediport
23. Right Nare
24. Left Nare
25. Right Hip
26. Left Hip
27. Both Nares
28. Right Ear
29. Left Ear
30. Both Ears
31. Rectum
32. Other

AMLODIPINE BESYLATE 10MG TABS
3/2/2010
Generic for: NORVASC 10MG TABS
TAKE ONE TABLET(S) BY MOUTH DAILY

CLONIDINE HCL 0.2MG TABS  4/22/2010
Generic for: CATAPRES 0.2MG TABS
TAKE ONE TABLET(S) BY MOUTH
TWICE DAILY

HYDROCHLOROTHIAZIDE 25MG TABS
1/13/2009
Generic for: HYDRODIURIL 25MG TABS
TAKE ONE TABLET(S) BY MOUTH DAILY

HYDROXYZINE HCL 50MG TABS
5/20/2010
Generic for ATARAX 50MG TABS
TAKE ONE TABLET(S) BY MOUTH IN
THE EVENING

MIRTAZAPINE 45MG TABS  5/20/2010
Generic for: REMERON 45MG TABS
TAKE ONE TABLET(S) BY MOUTH IN
THE EVENING

PAROXETINE HCL 40MG TABS  4/1/2010
Generic for: PAXIL 40MG TABS
TAKE ONE TABLET(S) BY MOUTH DAILY
START ON 4/1/10

Resident: GARY GREEN
Diet: NONE
For: May 2010

MedRecNo: 2643937
Location: NORTH 1B3
Allergies: NO KNOWN DRUG ALLERGY
Diagnosis: NONE

Report created by Accu-Flo

Printed: 10/12/2010 12:51:14 PM

MAR   Page 2

Location: NORT 3tcc
Diagnosis: NONE

PRN Medication

A   ADVERSE REACTION (DESCRIBE IN NURSE'S NOTES)
N   SEE NURSE'S NOTES
I   INEFFECTIVE
E   EFFECTIVE

HYDROCORTISONE CR
1% TUBE
Generic for:
HYDROCORTISONE CR
30G 1% TUBE
TOP APPLY TO
AFFECTED AREA(S)
TWICE DAILY

Order Date   5/6/2010

*Result:

| | Hour | Result |
|---|---|---|

Instructions: Initial appropriate box when medication given. Circle initials when medication refused. Indicate injection mark. State reason for refusal of medication. State reason and mark for PRN medications.

| | FULL SIGNATURE AND TITLE | INIT | FULL SIGNATURE AND TITLE | INIT | FULL SIGNATURE AND TITLE | INIT | FULL SIGNATURE AND TITLE | INIT |
|---|---|---|---|---|---|---|---|---|
| b1b | Ouanesavang Tanin | | | | | | | |
| tzt | tami bebupla | | | | | | | |
| cg1 | Carolyn Gilbert | | | | | | | |
| jz | Lorelia Jamila | | | | | | | |
| tam | tameigna a maxwel | | | | | | | |
| ooo | Omolara Ogunade | | | | | | | |
| kd1 | Kepka Drobal | | | | | | | |
| ihi | Imaldun Oanjle | | | | | | | |

Resident: GARY GREEN
Diet: NONE

MedRecNo: 2843937

DALLAS COUNTY JAIL – ADULT
Allergies: NO KNOWN DRUG ALLERGY ^

For: May 2010

Report created by Accu-Flo

Printed: 10/122010 12:51:35 PM

**MAR Page**

Nurse's Me...ion Notes

See section 2 for Verifying Signatures

**Instructions:**
A. SUGGEST REFUSED/WITHHELD MEDICATION
B. WHEN PRN MEDICATIONS ARE GIVEN, EXPLAIN

**SITE KEY:**
1. Orally
2. Right Dorsal Gluteus
3. Left Dorsal Gluteus
4. Right Ventral Gluteus
5. Left Ventral Gluteus
6. Right Lateral Thigh
7. Left Lateral Thigh
8. Right Deltoid

9. Left Deltoid
10. Right Upper Arm
11. Left Upper Arm
12. Right Anterior Thigh
13. Left Anterior Thigh
14. Upper Back Left
15. Upper Back Right
16. Upper Chest Left

17. Upper Chest Right
18. To Right and Above Umbilicus
19. To Left and Above Umbilicus
20. To Right and Below Umbilicus
21. To Left and Below Umbilicus
22. Mediport
23. Right Nare
24. Left Nare

25. Right Hip
26. Left Hip
27. Both Nares
28. Right Ear
29. Left Ear
30. Both Ears
31. Rectum
32. Other

33.

| Date | Time | Init | Drug - Strength - Dosage | Site | Notes | Qty | Date | Time | Init | Drug - Strength - Dosage | Site | Notes |
|------|------|------|--------------------------|------|-------|-----|------|------|------|--------------------------|------|-------|
| 6/4/2010 | 0800 | l2 | AMLODIPINE BESYLATE 10MG | | No Show | | | | | | | |
| 6/4/2010 | 0800 | l2 | CLONIDINE HCL 0.2MG TABS | | No Show | | | | | | | |
| 6/4/2010 | 0800 | l2 | HYDROCHLOROTHIAZIDE | | No Show | | | | | | | |
| 6/4/2010 | 0800 | l2 | PAROXETINE HCL 40MG TABS | | No Show | | | | | | | |
| 5/25/2010 | 0800 | M1 | AMLODIPINE BESYLATE 10MG | | No Show | | | | | | | |
| 6/25/2010 | 0800 | M1 | CLONIDINE HCL 0.2MG TABS | | No Show | | | | | | | |
| 5/25/2010 | 0800 | M1 | PAROXETINE HCL 40MG TABS | | No Show | | | | | | | |

Resident: GARY GREEN
Diet: NONE

MedRecNo: 2843937

DALLAS COUNTY JAIL - ADULT
Allergies: NO KNOWN DRUG ALLERGY ^

Report created by Accu-Flo

Location: NORT  3Bx
Diagnosis: NONE

Printed: 10/12/2010 12:51:35 PA

For: May 2010

MAR  Page
SYMBOL

B - BED HOLD
H - HOSPITAL
L - LEAVE OF ABSENCE
X - NOT DUE
Ø - NOT ADMINISTERED See Nurse's Notes
I - MISSED DOSE
IS - SELF ADMINISTERED

SITE KEY:
1. Orally
2. Right Dorsal Gluteus
3. Left Dorsal Gluteus
4. Right Ventral Gluteus
5. Left Ventral Gluteus
6. Right Lateral Thigh
7. Left Lateral Thigh
8. Right Deltoid

9. Left Deltoid
10. Right Upper Arm
11. Left Upper Arm
12. Right Anterior Thigh
13. Left Anterior Thigh
14. Upper Back Left
15. Upper Back Right
16. Right Chest Left

17. Upper Chest Right
18. To Right and Above Umbilicus
19. To Left and Above Umbilicus
20. To Right and Below Umbilicus
21. To Left and Below Umbilicus
22. Mediport
23. Right Nare
24. Left Nare

25. Right Hip
26. Left Hip
27. Both Nares
28. Right Ear
29. Left Ear
30. Both Ears
31. Rectum
32. Other

33.

**Routine Med Order**

ACETAMINOPHEN 325MG TABS
6/20/2010
Generic for: TYLENOL 325MG TABS
TAKE TWO TABLET(S) THREE TIMES
DAILY BY MOUTH AS NEEDED

AMLODIPINE BESYLATE 10MG TABS
3/3/2010
Generic for: NORVASC 10MG TABS
TAKE ONE TABLET(S) BY MOUTH DAILY

D/C - 06/08/2010 3:56:35 PM

CLONIDINE HCL 0.2MG TABS  4/22/2010
Generic for: CATAPRES 0.2MG TABS
TAKE ONE TABLET(S) BY MOUTH
TWICE DAILY

CLONIDINE HCL 0.2MG TABS  6/10/2010
Generic for: CATAPRES 0.2MG TABS
TAKE ONE TABLET(S) BY MOUTH
TWICE DAILY

HYDROXYZINE HCL 50MG TABS
5/20/2010
Generic for: ATARAX 50MG TABS
TAKE ONE TABLET(S) BY MOUTH IN
THE EVENING

MIRTAZAPINE 45MG TABS  5/20/2010
Generic for: REMERON 45MG TABS
TAKE ONE TABLET(S) BY MOUTH IN
THE EVENING

PAROXETINE HCL 40MG TABS  4/1/2010
Generic for: PAXIL 40MG TABS
TAKE ONE TABLET(S) BY MOUTH DAILY -
START ON 4/1/10

**Routine Med Order**

Resident: GARY GREEN
Diet: NONE

MedRecNo: 2643937

DALLAS COUNTY JAIL - ADULT
Allergies: NO KNOWN DRUG ALLERGY

Location: NORTH TER
Diagnosis: NONE

For: June 2010

Report created by Accu-Flo

Printed: 10/12/2010 12:49:23 P

MAR Page

**SYMBOL**
- B - BED HOLD
- H - HOSPITAL
- L - LEAVE OF ABSENCE
- X - NOT DUE
- Ø - NOT ADMINISTERED See Nurse's Notes
- / - MISSED DOSE
- IS - SELF ADMINISTERED

33.

**SITE KEY:**
1. Orally
2. Right Dorsal Gluteus
3. Left Dorsal Gluteus
4. Right Ventral Gluteus
5. Left Ventral Gluteus
6. Right Lateral Thigh
7. Left Lateral Thigh
8. Right Deltoid

9. Left Deltoid
10. Right Upper Arm
11. Left Upper Arm
12. Right Anterior Thigh
13. Left Anterior Thigh
14. Upper Back Left
15. Upper Back Right
16. Upper Chest Left

17. Upper Chest Right
18. To Right and Above Umbilicus
19. To Left and Above Umbilicus
20. To Right and Below Umbilicus
21. To Left and Below Umbilicus
22. Mediport
23. Right Nare
24. Left Nare

25. Right Hip
26. Left Hip
27. Both Nares
28. Right Ear
29. Left Ear
30. Both Ears
31. Rectum
32. Other

**Routine Med Order**

RIFAMPIN 300MG CAPS  6/6/2010
Generic for: RIFADIN 300MG CAPS
TAKE ONE CAPSULE(S) BY MOUTH
TWICE DAILY

Freq. 08:00A / 08:00P

12/7/10

SULFAMETHOXAZOLE/TRIMETH 800-160MG TABS  6/6/2010
Generic for: BACTRIM DS 800-160MG TABS
TAKE ONE TABLET(S) BY MOUTH
TWICE DAILY

Freq. 08:00A / 08:00P

12/7/10

**Routine Med Order**

Resident: GARY GREEN
Diet: NONE

MedRecNo: 2843937

DALLAS COUNTY JAIL - ADULT
Allergies: NO KNOWN DRUG ALLERGY

Location: NORTH DE
Diagnosis: NOI

Report created by Accu-Flo

Printed: 10/12/2010 12:49:23 P

For: June 2010

MAR   Page 3

| PRN Medication | | EFFECTIVE | INEFFECTIVE | SEE NURSE'S NOTES | ADVERSE REACTION (DESCRIBE IN NURSE'S NOTES) |
|---|---|---|---|---|---|
| | | *Result: | E | N | A |

ACETAMINOPHEN 325MG
TABS
Generic for TYLENOL
KOP: TAKE TWO
TABLETS THREE TIMES
DAILY BY MOUTH FOR 5
DAYS
Order Date  6/26/2010

AMOXICILLIN
TRIHYDRATE 500MG
CAPS
Generic for AMOXIL
KOP: TAKE ONE
CAPSULE(S) THREE
TIMES DAILY BY MOUTH
FOR 7 DAYS
Order Date  6/25/2010

NEOMY SULFPOLYMYX B
SULFHC 3.5-10K-1 EAR
Generic for CORTISPORIN
ANTIBIOTIC EAR SUS
6 ML, 3.5-10K
KOP: INSTILL 1 DROP(S)
IN AFFECTED EAR(S)
FOUR TIMES A DAY FOR
5 DAYS
Order Date  6/26/2010

Resident: GARY GREEN              MedRecNo: 2643937
Diet: NONE

DALLAS COUNTY JAIL - ADULT
Allergies: NO KNOWN DRUG ALLERGY ^

Location: NORT  3rd
Diagnosis: NONE

Report created by Acqu-Flo

Printed: 10/12/2010 12:56:01 PM

For: June 2010

MAR   Pag
Nurse's ...ation Notes

See section 2 for Verifying
Signatures

**Instructions:**
A.   SUGGEST REFUSED/WITHHELD
     MEDICATION
B.   WHEN PRN MEDICATIONS ARE GIVEN,
     EXPLAIN

33.

**SITE KEY:**
1.  Orally
2.  Right Dorsal Gluteus
3.  Left Dorsal Gluteus
4.  Right Ventral Gluteus
5.  Left Ventral Gluteus
6.  Right Lateral Thigh
7.  Left Lateral Thigh
8.  Right Deltoid
9.  Left Deltoid
10. Right Upper Arm
11. Left Upper Arm
12. Right Anterior Thigh
13. Left Anterior Thigh
14. Upper Back Left
15. Upper Back Right
16. Upper Chest Left

17. Upper Chest Right
18. To Right and Above Umbilicus
19. To Left and Above Umbilicus
20. To Right and Below Umbilicus
21. To Left and Below Umbilicus
22. Mediport
23. Right Nare
24. Left Nare

25. Right Hip
26. Left Hip
27. Both Nares
28. Right Ear
29. Left Ear
30. Both Ears
31. Rectum
32. Other

| Date | Time | Init | Drug - Strength - Dosage | Site | Notes | On | Date | Time | Init | Drug - Strength - Dosage | Site | Notes |
|------|------|------|--------------------------|------|-------|-----|------|------|------|--------------------------|------|-------|

Resident: GARY GREEN
Diet: NONE

MedRecNo: 2643937

DALLAS COUNTY JAIL - ADULT
Allergies: NO KNOWN DRUG ALLERGY ^

Report created by Accu-Flo

For: June 2010

MAR    Page

**SYMBOL KEY**

B - BED HOLD
H - HOSPITAL
L - LEAVE OF ABSENCE
N - NOT DUE
X - NOT ADMINISTERED See Nurse's Notes
Ø - MISSED DOSE
/ - SELF ADMINISTERED
IS -

33.

**SITE KEY:**

1. Orally
2. Right Dorsal Gluteus
3. Left Dorsal Gluteus
4. Right Ventral Gluteus
5. Left Ventral Gluteus
6. Right Lateral Thigh
7. Left Lateral Thigh
8. Right Deltoid
9. Left Deltoid
10. Right Upper Arm
11. Left Upper Arm
12. Right Anterior Thigh
13. Left Anterior Thigh
14. Upper Back Left
15. Upper Back Right
16. Upper Chest Left

17. Upper Chest Right
18. To Right and Above Umbilicus
19. To Left and Above Umbilicus
20. To Right and Below Umbilicus
21. To Left and Below Umbilicus
22. Mediport
23. Right Nare
24. Left Nare
25. Right Hip
26. Left Hip
27. Both Nares
28. Right Ear
29. Left Ear
30. Both Ears
31. Rectum
32. Other

DALLAS COUNTY JAIL -- ADULT
Allergies: NO KNOWN DRUG ALLERGY ^

Report created by Accu-Flo

Location: NORTH E0
Diagnosis: NON

Printed: 10/12/2010 12:29:27 PM

**Routine Med Order**

AMLODIPINE BESYLATE 10MG TABS
5/22/2010
Generic for: NORVASC 10MG TABS
TAKE ONE TABLET(S) BY MOUTH
DAILY

CLONIDINE HCL 0.2MG TABS 6/10/2010
Generic for: CATAPRES 0.2MG TABS
TAKE ONE TABLET(S) BY MOUTH
TWICE DAILY

DOCOSAHEXAENOIC ACID/EPA CAPS
7/29/2010
Generic for: SEA-OMEGA CAPS
TAKE ONE CAPSULE(S) BY MOUTH
TWICE DAILY

HYDROCHLOROTHIAZIDE 25MG TABS
7/29/2010
Generic for: HYDRODIURIL 25MG TABS
TAKE ONE TABLET(S) BY MOUTH DAILY

HYDROXYZINE HCL 50MG TABS
5/30/2010
Generic for: ATARAX 50MG TABS
TAKE ONE TABLET(S) BY MOUTH IN
THE EVENING

MIRTAZAPINE 45MG TABS 5/30/2010
Generic for: REMERON 45MG TABS
TAKE ONE TABLET(S) BY MOUTH IN
THE EVENING

PAROXETINE HCL 40MG TABS 4/1/2010
Generic for: PAXIL 40MG TABS
TAKE ONE TABLET(S) BY MOUTH DAILY -
START ON 4/1/10

Resident: GARY GREEN
Diet: NONE

MedRecNo: 2843937

For: July 2010

DIC - 07/28/2010 2:28:46 PM

MAR   Page

**PRN Medication**

AMOXICILLIN
TRIHYDRATE 500MG
CAPS
Generic for: AMOXIL
500MG CAPS
KOP: TAKE ONE
CAPSULE(D) THREE
TIMES DAILY BY MOUTH
FOR 7 DAYS

Order Date  6/25/2010

*Result:   E  EFFECTIVE   I  INEFFECTIVE   N  SEE NURSE'S NOTES   A  ADVERSE REACTION (DESCRIBE IN NURSES NOTES)

Resident: GARY GREEN          MedRecNo: 2643937

Diet: NONE

DALLAS COUNTY JAIL - ADULT
Allergies: NO KNOWN DRUG ALLERGY

For: July 2010

Report created by Accu-Flo

Location: NORTH
Diagnostic:

Printed: 10/12/2010 12:30:00 P

MAR Page
Nurse's N_____ ation Notes

See section 2 for Verifying
Signatures

**Instructions:**
A. SUGGEST REFUSED/WITHHELD MEDICATION
B. WHEN PRN MEDICATIONS ARE GIVEN, EXPLAIN

**SITE KEY:**
1. Orally
2. Right Dorsal Gluteus
3. Left Dorsal Gluteus
4. Right Ventral Gluteus
5. Left Ventral Gluteus
6. Right Lateral Thigh
7. Left Lateral Thigh
8. Right Deltoid

9. Left Deltoid
10. Right Upper Arm
11. Left Upper Arm
12. Right Anterior Thigh
13. Left Anterior Thigh
14. Upper Back Left
15. Upper Back Right
16. Upper Chest Left

17. Upper Chest Right
18. To Right and Above Umbilicus
19. To Left and Above Umbilicus
20. To Right and Below Umbilicus
21. To Left and Below Umbilicus
22. Mediport
23. Right Nare
24. Left Nare

25. Right Hip
26. Left Hip
27. Both Nares
28. Right Ear
29. Left Ear
30. Both Ears
31. Rectum
32. Other

33.

| Date | Time | Init | Drug · Strength · Dosage | Site | Notes | | | | | | Date | Time | Init | Drug · Strength · Dosage | Site | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/23/2010 | 08:00 | Ba | AMLODIPINE BESYLATE 10MG | | No Show | | | | | | | | | | | |
| 7/23/2010 | 08:00 | Ba | CLONIDINE HCL 0.2MG TABS | | No Show | | | | | | | | | | | |
| 7/23/2010 | 08:00 | Ba | PAROXETINE HCL 40MG TABS | | No Show | | | | | | | | | | | |

Resident: GARY GREEN
Diet: NONE

MedRecNo: 2643937

DALLAS COUNTY JAIL – ADULT
Allergies: NO KNOWN DRUG ALLERGY ^

Location: NORD3E
Diagnosis: NO

For: July 2010

Report created by Accu-Flo

Printed: 10/12/2010 12:30:00 f

MAR  Page ___

**SYMBOL KEY**

| | |
|---|---|
| B - | BED HOLD |
| H - | HOSPITAL |
| L - | LEAVE OF ABSENCE |
| X - | NOT DUE |
| Ø - | NOT ADMINISTERED See Nurse's Notes |
| - | MISSED DOSE |
| IS - | SELF ADMINISTERED |

33.

**SITE KEY:**

1. Orally
2. Right Dorsal Gluteus
3. Left Dorsal Gluteus
4. Right Ventral Gluteus
5. Left Ventral Gluteus
6. Right Lateral Thigh
7. Left Lateral Thigh
8. Right Deltoid
9. Left Deltoid
10. Right Upper Arm
11. Left Upper Arm
12. Right Anterior Thigh
13. Left Anterior Thigh
14. Upper Back Left
15. Upper Back Right
16. Upper Chest Left
17. Upper Chest Right
18. To Right and Above Umbilicus
19. To Left and Above Umbilicus
20. To Right and Below Umbilicus
21. To Left and Below Umbilicus
22. Mediport
23. Right Nare
24. Left Nare
25. Right Hip
26. Left Hip
27. Both Nares
28. Right Ear
29. Left Ear
30. Both Ears
31. Rectum
32. Other

Routine Med Order

CLONIDINE 8/23/2010
PYXIS OVERRIDE: Give once

CLONIDINE 8/25/2010
PYXIS OVERRIDE: Give once

CLONIDINE 8/28/2010
PYXIS OVERRIDE: Give once

D/C - 08/27/2010 1:38:27 PM
CLONIDINE HCL 0.2MG TABS  6/10/2010
Generic for: CATAPRES 0.2MG TABS
TAKE ONE TABLET(S) BY MOUTH
TWICE DAILY

DOCOSAHEXANOIC ACIDSEPA CAPS
7/29/2010
Generic for: SEA-OMEGA CAPS
TAKE ONE CAPSULE(S) BY MOUTH
TWICE DAILY

HYDROCHLOROTHIAZIDE 8/23/2010
PYXIS OVERRIDE: Give once

HYDROCHLOROTHIAZIDE 8/28/2010
PYXIS OVERRIDE: Give once

Routine Med Order

Resident: GARY GREEN
Diet: NONE

MedRec№: 2843937

DALLAS COUNTY JAIL - ADULT
Allergies: NO KNOWN DRUG ALLERGY

Report created by Acu-Flo

For: August 2010

Location: NORTH TO
Diagnosis:

Printed: 10/12/2010 12:26:06 P

MAR Page

**SYMBOL**
- B - BED HOLD
- H - HOSPITAL
- L - LEAVE OF ABSENCE
- N - NOT DUE
- X - NOT DUE
- Ø - NOT ADMINISTERED See Nurse's Notes
- / - MISSED DOSE
- IS - SELF ADMINISTERED

33.

**SITE KEY:**
1. Orally
2. Right Dorsal Gluteus
3. Left Dorsal Gluteus
4. Right Ventral Gluteus
5. Left Ventral Gluteus
6. Right Lateral Thigh
7. Left Lateral Thigh
8. Right Deltoid
9. Left Deltoid
10. Right Upper Arm
11. Left Upper Arm
12. Right Anterior Thigh
13. Left Anterior Thigh
14. Upper Back Left
15. Upper Back Right
16. Upper Chest Left

17. Upper Chest Right
18. To Right and Above Umbilicus
19. To Left and Above Umbilicus
20. To Right and Below Umbilicus
21. To Left and Below Umbilicus
22. Medipor
23. Right Nare
24. Left Nare

25. Right Hip
26. Left Hip
27. Both Nares
28. Right Ear
29. Left Ear
30. Both Ears
31. Rectum
32. Other

**HYDROCHLOROTHIAZIDE 8/20/2010**
PYXIS OVERRIDE Give once
Routine Med Order

**HYDROCHLOROTHIAZIDE 8/31/2010**
PYXIS OVERRIDE Give once

**HYDROCHLOROTHIAZIDE 25MG TABS** 7/26/2010
Generic for: HYDRODIURIL 25MG TABS
TAKE ONE TABLET(S) BY MOUTH DAILY

**HYDROXYZINE HCL 50MG TABS** 5/30/2010
Generic for: ATARAX 50MG TABS
TAKE ONE TABLET(S) BY MOUTH IN THE EVENING

**IBUPROFEN 400MG TABS** 8/19/2010
Generic for: MOTRIN 400MG TABS
TAKE ONE TABLET(S) BY MOUTH TWICE DAILY

**IBUPROFEN 400MG UD** 8/8/2010
PYXIS OVERRIDE Give once

**IBUPROFEN 800MG TABS** 8/12/2010
Generic for: MOTRIN 800MG TABS
TAKE ONE TABLET(S) FOUR TIMES DAILY BY MOUTH AS NEEDED
Routine Med Order

Resident: GARY GREEN
Diet: NONE

For: August 2010

MedRecNo: 2843937

DALLAS COUNTY JAIL - ADULT
Allergies: NO KNOWN DRUG ALLERGY

Location: NORTH
Diagnosis:

Report created by Accu-Flo

Printed: 10/12/2010 12:26:06 P

MAR Page 2
SYMBOL KEY

- **-** BED HOLD
- **H -** HOSPITAL
- **L -** LEAVE OF ABSENCE
- **X -** NOT DUE
- **Ø -** NOT ADMINISTERED See Nurse's Notes
- **/ -** MISSED DOSE
- **IS -** SELF ADMINISTERED

33.

**SITE KEY:**
1. Orally
2. Right Dorsal Gluteus
3. Left Dorsal Gluteus
4. Right Ventral Gluteus
5. Left Ventral Gluteus
6. Right Lateral Thigh
7. Left Lateral Thigh
8. Right Deltoid
9. Left Deltoid
10. Right Upper Arm
11. Left Upper Arm
12. Right Anterior Thigh
13. Left Anterior Thigh
14. Upper Back Left
15. Upper Back Right
16. Upper Chest Left
17. Upper Chest Right
18. To Right and Above Umbilicus
19. To Left and Above Umbilicus
20. To Right and Below Umbilicus
21. To Left and Below Umbilicus
22. Mediport
23. Right Nare
24. Left Nare
25. Right Hip
26. Left Hip
27. Both Nares
28. Right Ear
29. Left Ear
30. Both Ears
31. Rectum
32. Other

**Routine Med Order** | Freq.

MIRTAZAPINE 45MG TABS  5/03/2010
Generic for: REMERON 45MG TABS
TAKE ONE TABLET(S) BY MOUTH IN
THE EVENING
Freq: 08:00P

PAROXETINE  8/23/2010
PYXIS OVERRIDE:  Give once
05:15A

2010002045722

PAROXETINE  8/26/2010
PYXIS OVERRIDE:  Give once
04:30A

2010002041419

PAROXETINE  8/31/2010
PYXIS OVERRIDE:  Give once
04:45A

2010002104248

PAROXETINE HCL 40MG TABS  4/1/2010
Generic for: PAXIL 40MG TABS
TAKE ONE TABLET(S) BY MOUTH DAILY -
START ON 4/7/10
Freq: 08:00A

B2012

TOPROL XL 25MG TABS  8/26/2010
Generic for: METOPROLOL SUCCINATE
25MG TABS
TAKE ONE TABLET(S) BY MOUTH DAILY
08:00A

171216

VERAPAMIL SR  8/26/2010
PYXIS OVERRIDE:  Give once
11:00P

2010002225317

**Routine Med Order** | Freq.

Resident: GARY GREEN
Diet: NONE

MedRecNo: 2643937

DALLAS COUNTY, JAIL - ADULT
Allergies: NO KNOWN DRUG ALLERGY

Location: NORTH TWR
Diagnosis: NONE

Report created by Accu-Flo

For: August 2010

MAR Page

**SYMBOL**

B - BED HOLD
H - HOSPITAL
L - LEAVE OF ABSENCE
X - NOT DUE
Ø - NOT ADMINISTERED See Nurse's Notes
/ - MISSED DOSE
IS - SELF ADMINISTERED

33.

**SITE KEY:**

0. Orally
1. Right Dorsal Gluteus
2. Left Dorsal Gluteus
3. Right Ventral Gluteus
4. Left Ventral Gluteus
5. Right Lateral Thigh
6. Left Lateral Thigh
7. Left Anterior Thigh
8. Right Deltoid

9. Left Deltoid
10. Right Upper Arm
11. Left Upper Arm
12. Right Anterior Thigh
13. Left Anterior Thigh
14. Upper Back Left
15. Upper Back Right
16. Upper Chest Left

17. Upper Chest Right
18. To Right and Above Umbilicus
19. To Left and Above Umbilicus
20. To Right and Below Umbilicus
21. To Left and Below Umbilicus
22. Mediport
23. Right Nare
24. Left Nare

25. Right Hip
26. Left Hip
27. Both Nares
28. Right Ear
29. Left Ear
30. Both Ears
31. Rectum
32. Other

| Routine Med Order | Freq. | Exp | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VERAPAMIL SR  8/20/2010 PYXIS OVERRIDE: Give once | 04:15A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | 2010082004001 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Routine Med Order | Freq. |

**Resident:** GARY GREEN
**Diet:** NONE

**MedRecNo:** 2643937

DALLAS COUNTY JAIL – ADULT
Allergies: NO KNOWN DRUG ALLERGY ^

Report created by Accu-Flo

Location: NOR...MEI
Diagnosis:...ION

Printed: 10/12/2010 12:26:06 P

For: August 2010

MAR   Page 5

PRN Medication | *Result: | E EFFECTIVE | I INEFFECTIVE | N SEE NURSE'S NOTES | A ADVERSE REACTION (DESCRIBE IN NURSE'S NOTES)

Hour / Nurse / Result / Conv

Location: NORT... SE...
Diagnosis: SDN
Printed: 10/12/2010 12:27:12 P

Instructions: Initial appropriate box when medication given. Circle initials when medication refused. Indicate injection sites. State reason and result for PRN medications.

| Int | Tablet Attest-Sete | FULL SIGNATURE AND TITLE | INT | FULL SIGNATURE AND TITLE | INT | FULL SIGNATURE AND TITLE | INT | FULL SIGNATURE AND TITLE |
|-----|--------------------|--------------------------|-----|--------------------------|-----|--------------------------|-----|--------------------------|
| tu1 | Kara Barber | | | | | | | |
| ht1 | Cabazia Dim | | | | | | | |
| ca1 | Mary Damons | | | | | | | |
| md1 | Israel Nahanyia | | | | | | | |
| kt1 | Carolyne Gilbert | | | | | | | |
| cg1 | Lenetta Amsbe | | | | | | | |
| l2 | Kelina Johnson-Sims | | | | | | | |
| kj | Tina King | | | | | | | |
| tk1 | Kayhe Oedari | | | | | | | |
| ka1 | Celine Watkins | | | | | | | |
| cw1 | | | | | | | | |

Resident: GARY GREEN   MedRecNo: 2843937

Diet: NONE

DALLAS COUNTY JAIL - ADULT
Allergies: NO KNOWN DRUG ALLERGY ^

For August 2010

Report created by Accu-Flo

MAR   Page

Nurse's M........tion Notes

See section 2 for Verifying Signatures

**Instructions:**
A. SUGGEST REFUSED/WITHHELD MEDICATION
B. WHEN PRN MEDICATIONS ARE GIVEN, EXPLAIN

**SITE KEY:**
1. Orally
2. Right Dorsal Gluteus
3. Left Dorsal Gluteus
4. Right Ventral Gluteus
5. Left Ventral Gluteus
6. Right Lateral Thigh
7. Left Lateral Thigh
8. Right Deltoid

9. Left Deltoid
10. Right Upper Arm
11. Left Upper Arm
12. Right Anterior Thigh
13. Left Anterior Thigh
14. Upper Back Left
15. Upper Back Right
16. Upper Chest Left

17. Upper Chest Right
18. To Right and Above Umbilicus
19. To Left and Above Umbilicus
20. To Right and Below Umbilicus
21. To Left and Below Umbilicus
22. Mediport
23. Right Nare
24. Left Nare

25. Right Hip
26. Left Hip
27. Both Nares
28. Right Ear
29. Left Ear
30. Both Ears
31. Rectum
32. Other

33.

| Date | Time | Init | Drug - Strength - Dosage | Site | Notes |
|------|------|------|--------------------------|------|-------|
| 8/2/2010 | 04:00 | ko1 | IBUPROFEN 800MG TABS | | PRN Medication |
| 8/9/2010 | 11:45 | j2 | IBUPROFEN 400MG UD | | medication reconciliation |
| 8/11/2010 | 08:00 | kf1 | CLONIDINE HCL 0.2MG TABS | | Court |
| 8/11/2010 | 08:00 | kf1 | DOCOSAHEXANOIC ACID/EPA | | Court |
| 8/11/2010 | 08:00 | kf1 | HYDROCHLOROTHIAZIDE | | Court |
| 8/11/2010 | 08:00 | kf1 | PAROXETINE HCL 40MG TABS | | Court |
| 8/22/2010 | 08:00 | j2 | CLONIDINE HCL 0.2MG TABS | | Court |
| 8/22/2010 | 08:00 | j2 | DOCOSAHEXANOIC ACID/EPA | | Court |
| 8/23/2010 | 08:00 | j2 | DOCOSAHEXANOIC ACID/EPA | | Court |
| 8/23/2010 | 08:00 | j2 | HYDROCHLOROTHIAZIDE | | Court |
| 8/23/2010 | 08:00 | j2 | IBUPROFEN 400MG TABS | | Court |
| 8/23/2010 | 08:00 | j2 | PAROXETINE HCL 40MG TABS | | Court |
| 8/24/2010 | 08:00 | j2 | CLONIDINE HCL 0.2MG TABS | | Court |
| 8/24/2010 | 08:00 | j2 | DOCOSAHEXANOIC ACID/EPA | | Court |
| 8/24/2010 | 08:00 | j2 | HYDROCHLOROTHIAZIDE | | Court |
| 8/24/2010 | 08:00 | j2 | IBUPROFEN 400MG TABS | | Court |
| 8/24/2010 | 08:00 | j2 | PAROXETINE HCL 40MG TABS | | Court |
| 8/25/2010 | 08:00 | kf1 | CLONIDINE HCL 0.2MG TABS | | No Show |
| 8/25/2010 | 08:00 | kf1 | DOCOSAHEXANOIC ACID/EPA | | No Show |
| 8/25/2010 | 08:00 | kf1 | HYDROCHLOROTHIAZIDE | | No Show |
| 8/25/2010 | 08:00 | kf1 | IBUPROFEN 400MG TABS | | No Show |
| 8/25/2010 | 08:00 | kf1 | PAROXETINE HCL 40MG TABS | | No Show |
| 8/26/2010 | 08:00 | kf1 | DOCOSAHEXANOIC ACID/EPA | | No Show |
| 8/26/2010 | 08:00 | ow1 | DOCOSAHEXANOIC ACID/EPA | | Not available (medication) |

Resident: GARY GREEN
Diet: NONE

MedRecNo: 2643937

DALLAS COUNTY JAIL – ADULT
Allergies: NO KNOWN DRUG ALLERGY ^

Report created by Accu-Flo

For: August 2010

Location: NORTH
Diagnosis:

Printed: 10/12/2010 12:27:12 P

MAR   Page

**SYMBOL**

| SYMBOL | |
|---|---|
| B - | BED HOLD |
| H - | HOSPITAL |
| L - | LEAVE OF ABSENCE |
| N - | NOT DUE |
| X - | NOT ADMINISTERED See Nurse's Notes |
| Ø - | NOT ADMINISTERED |
| / - | MISSED DOSE |
| IS - | SELF ADMINISTERED |

**SITE KEY:**

1. Orally
2. Right Dorsal Gluteus
3. Left Dorsal Gluteus
4. Right Ventral Gluteus
5. Left Ventral Gluteus
6. Right Anterior Thigh
7. Left Lateral Thigh
8. Right Deltoid
9. Left Deltoid
10. Right Upper Arm
11. Left Upper Arm
12. Right Anterior Thigh
13. Left Anterior Thigh
14. Upper Back Left
15. Upper Back Right
16. Upper Chest Left
17. Upper Chest Right
18. To Right and Above Umbilicus
19. To Left and Above Umbilicus
20. To Right and Below Umbilicus
21. To Left and Below Umbilicus
22. Mediport
23. Right Nare
24. Left Nare
25. Right Hip
26. Left Hip
27. Both Nares
28. Right Ear
29. Left Ear
30. Both Ears
31. Rectum
32. Other

33.

**ASPIRIN  8/1/2010**
PYXIS OVERRIDE:  Give once
12:56A

**ASPIRIN 81MG TABS  8/2/2010**
Generic for: ASPIRIN CHEWABLE 81MG
TABS
TAKE ONE TABLET(S) BY MOUTH DALY
08:00A

**CLONIDINE HCL 0.3MG TABS  8/2/2010**
Generic for: CATAPRES 0.3MG TABS
TAKE ONE TABLET(S) BY MOUTH
TWICE DAILY
08:00A / 08:00P

**DOCOSAHEXANOIC ACID/EPA  CAPS  7/29/2010**
Generic for: SEA-OMEGA  CAPS
TAKE ONE CAPSULE(S) BY MOUTH
TWICE DAILY
08:00A

**HYDROCHLOROTHIAZIDE  9/1/2010**
PYXIS OVERRIDE:  Give once
04:30A

**HYDROCHLOROTHIAZIDE  9/7/2010**
PYXIS OVERRIDE:  Give once
04:45A

**HYDROCHLOROTHIAZIDE  9/8/2010**
PYXIS OVERRIDE:  Give once
03:15A

Resident: GARY GREEN
Diet: NONE

MedRecNo: 2943937

DALLAS COUNTY JAIL - ADULT
Allergies: NO KNOWN DRUG ALLERGY ^

Report created by Accu-Flo

For: September 2010

Location: NOR33E
Diagnosis: UOI

Printed: 10/12/2010 12:20:29 I

MAR   Page

**SYMBOL**

B - BED HOLD
H - HOSPITAL
L - LEAVE OF ABSENCE
X - NOT DUE
Ø - NOT ADMINISTERED See Nurse's Notes
/ - MISSED DOSE
IS - SELF ADMINISTERED

**SITE KEY:**

1. Orally
2. Right Dorsal Gluteus
3. Left Dorsal Gluteus
4. Right Ventral Gluteus
5. Left Ventral Gluteus
6. Right Lateral Thigh
7. Left Lateral Thigh
8. Right Deltoid

9. Left Deltoid
10. Right Upper Arm
11. Left Upper Arm
12. Right Anterior Thigh
13. Left Anterior Thigh
14. Upper Back Left
15. Upper Back Right
16. Upper Chest Left

17. Upper Chest Right
18. To Right and Above Umbilicus
19. To Left and Above Umbilicus
20. To Right and Below Umbilicus
21. To Left and Below Umbilicus
22. Modiport
23. Right Nare
24. Left Nare

25. Right Hip
26. Left Hip
27. Both Nares
28. Right Ear
29. Left Ear
30. Both Ears
31. Rectum
32. Other

HYDROCHLOROTHIAZIDE 9/13/2010
PYXIS OVERRIDE: Give once

HYDROCHLOROTHIAZIDE 9/18/2010
PYXIS OVERRIDE: Give once

HYDROCHLOROTHIAZIDE 9/21/2010
PYXIS OVERRIDE: Give once

HYDROCHLOROTHIAZIDE 9/22/2010
PYXIS OVERRIDE: Give once

HYDROCHLOROTHIAZIDE 9/27/2010
PYXIS OVERRIDE: Give once

HYDROCHLOROTHIAZIDE 9/28/2010
PYXIS OVERRIDE: Give once

HYDROCHLOROTHIAZIDE 9/28/2010
PYXIS OVERRIDE: Give once

Resident: GARY GREEN
Diet: NONE

MedRecNo: 2543937

DALLAS COUNTY JAIL - ADULT
Allergies: NO KNOWN DRUG ALLERGY ^

For: September 2010

Report created by Accu-Flo

33.

MAR   Page 3 of 8
SYMBOL KEY:

BED HOLD
H- HOSPITAL
L- LEAVE OF ABSENCE
X- NOT DUE
Ø- NOT ADMINISTERED See Nurse's Notes
/- MISSED DOSE
IS- SELF ADMINISTERED

**SITE KEY:**
1. Orally
2. Right Dorsal Gluteus
3. Left Dorsal Gluteus
4. Right Ventral Gluteus
5. Left Ventral Gluteus
6. Right Lateral Thigh
7. Left Lateral Thigh
8. Right Deltoid
9. Left Deltoid
10. Right Upper Arm
11. Left Upper Arm
12. Right Anterior Thigh
13. Left Anterior Thigh
14. Upper Back Left
15. Upper Back Right
16. Upper Chest Left
17. Upper Chest Right
18. To Right and Above Umbilicaus
19. To Left and Above Umbilicaus
20. To Right and Below Umbilicaus
21. To Left and Below Umbilicaus
22. Medport
23. Right Nare
24. Left Nare
25. Right Hip
26. Left Hip
27. Both Nares
28. Right Ear
29. Left Ear
30. Both Ears
31. Rectum
32. Other

33.

Routine Med Order
HYDROCHLOROTHIAZIDE  9/30/2010
PYXIS OVERRIDE  Give once

HYDROCHLOROTHIAZIDE 25MG TABS
7/29/2010
Generic for: HYDRODIURIL 25MG TABS
TAKE ONE TABLET(S) BY MOUTH DAILY

HYDROXYZINE HCL 50MG TABS
5/30/2010
Generic for: ATARAX 50MG TABS
TAKE ONE TABLET(S) BY MOUTH IN THE EVENING

LISINOPRIL 20MG TABS  9/2/2010
Generic for: ZESTRIL 20MG TABS
TAKE ONE TABLET(S) BY MOUTH DAILY

METFORMIN  9/29/2010
PYXIS OVERRIDE  Give once

METFORMIN  9/29/2010
PYXIS OVERRIDE  Give once

METFORMIN  9/29/2010
PYXIS OVERRIDE  Give once

Routine Med Order

DALLAS COUNTY JAIL - ADULT
Allergies: NO KNOWN DRUG ALLERGY

Report created by Accu-Flo

Resident: GARY GREEN
Diet: NONE

MedRecNo: 2843897

or: September 2010

Location: NORT 3E03
Diagnosis: NONE

Printed: 10/12/2010 12:20:29 PM

**MAR   Page 4 of 4**

**SYMBOL KEY:**
- H - BED HOLD
- H - HOSPITAL
- L - LEAVE OF ABSENCE
- N - NOT DUE
- X - NOT ADMINISTERED See Nurse's Notes
- Ø - MISSED DOSE
- / - 
- IS - SELF ADMINISTERED

**SITE KEY:**
1. Orally
2. Right Dorsal Gluteus
3. Left Dorsal Gluteus
4. Right Ventral Gluteus
5. Left Ventral Gluteus
6. Right Lateral Thigh
7. Left Lateral Thigh
8. Right Deltoid

9. Left Deltoid
10. Right Upper Arm
11. Left Upper Arm
12. Right Anterior Thigh
13. Left Anterior Thigh
14. Upper Back Left
15. Upper Back Right
16. Upper Chest Left

17. Upper Chest Right
18. To Right and Above Umbilicus
19. To Left and Above Umbilicus
20. To Right and Below Umbilicus
21. To Left and Below Umbilicus
22. Mediport
23. Right Nare
24. Left Nare

25. Right Hip
26. Left Hip
27. Both Nares
28. Right Ear
29. Left Ear
30. Both Ears
31. Rectum
32. Other

**Routine Med Order**

METFORMIN HCL 850MG TABS   9/8/2010   9/8/2010
Generic for: GLUCOPHAGE 850MG TABS
TAKE ONE TABLET(S) BY MOUTH
TWICE DAILY

MIRTAZAPINE 45MG TABS   5/30/2010
Generic for: REMERON 45MG TABS
TAKE ONE TABLET(S) BY MOUTH IN
THE EVENING

PAROXETINE   9/1/2010
PYXIS OVERRIDE: Give once

PAROXETINE   9/2/2010
PYXIS OVERRIDE: Give once

PAROXETINE   9/8/2010
PYXIS OVERRIDE: Give once

PAROXETINE   9/13/2010
PYXIS OVERRIDE: Give once

PAROXETINE   9/16/2010
PYXIS OVERRIDE: Give once

**Routine Med Order**

Inmate: GARY GREEN
Allergies: NONE

MedRecNo: 2843937

DALLAS COUNTY JAIL - ADULT
Allergies: NO KNOWN DRUG ALLERGY

For: September 2010

Report created by Accu-Flo

33.

MAR   Page 5 of 8
SYMBOL KEY:

B - BED HOLD
H - HOSPITAL
L - LEAVE OF ABSENCE
X - NOT DUE
Ø - NOT ADMINISTERED See Nurse's Notes
/ - MISSED DOSE
IS - SELF ADMINISTERED

SITE KEY:
1. Orally
2. Right Dorsal Gluteus
3. Left Dorsal Gluteus
4. Right Ventral Gluteus
5. Left Ventral Gluteus
6. Right Anterior Thigh
7. Left Lateral Thigh
8. Right Deltoid
9. Left Deltoid
10. Right Upper Arm
11. Left Upper Arm
12. Right Anterior Thigh
13. Left Anterior Thigh
14. Upper Back Left
15. Upper Back Right
16. Upper Chest Left
17. Upper Chest Right
18. To Right and Above Umbilicus
19. To Left and Above Umbilicus
20. To Right and Below Umbilicus
21. To Left and Below Umbilicus
22. Mediport
23. Right Nare
24. Left Nare
25. Right Hip
26. Left Hip
27. Both Nares
28. Right Ear
29. Left Ear
30. Both Ears
31. Rectum
32. Other

Routine Med Order
PAROXETINE 8/21/2010
PYXIS OVERRIDE: Give once

PAROXETINE 8/22/2010
PYXIS OVERRIDE: Give once

PAROXETINE 8/23/2010
PYXIS OVERRIDE: Give once

PAROXETINE HCL 40MG TABS 4/1/2010
Generic for: PAXIL 40MG TABS
TAKE ONE TABLET(S) BY MOUTH DAILY -
START ON 4/1/10

TOPROL XL 25MG TABS 8/28/2010
Generic for: METOPROLOL SUCCINATE
25MG TABS
TAKE ONE TABLET(S) BY MOUTH DAILY

Routine Med Order

esident: GARY GREEN                    MedRecNo: 2643937
ial: NONE

DALLAS COUNTY JAIL - ADULT
Allergies: NO KNOWN DRUG ALLERGY ^

Report created by Accu-Flo

or: September 2010

Location: NORT 3E03
Diagnosis: NONE

Printed: 10/12/2010 12:30:29 PM

33.

MAR   Page 6 of



**PRN Medication** | *Result: | E EFFECTIVE | I INEFFECTIVE | N SEE NURSES NOTES | A ADVERSE REACTION (DESCRIBE IN NURSES NOTES)

Location: NORT 3E
Diagnosis: NONE

Printed: 10/12/2010 12:21:55 PM

Resident: GARY GREEN          MedRecNo: 2843937
Diet: NONE

DALLAS COUNTY JAIL - ADULT
Allergies: NO KNOWN DRUG ALLERGY

Report created by Accu-Flo

For: September 2010

| INIT | FULL SIGNATURE AND TITLE |
| --- | --- |
| kd1 | Carolyn Gilbert |
| cg1 | Lovella Jacobs |
| lp | Keche Jdenson-Silva |
| kj1 | Nwora McBride |
| nm1 | Keyana Owuori |
| ko1 | Jonathan Dougie |
| gp2 | Gerald Parkinson |
| wr1 | Walter Reeves |
| aka | Amanda K Brodhauser |

MAR  Page 7 ( ) in Notes
Nurse's Med ...

See section 2 for Verifying
Signatures

**Instructions:**
A. SUGGEST REFUSEDWITHHELD MEDICATION
B. WHEN PRN MEDICATIONS ARE GIVEN, EXPLAIN

**SITE KEY:**

| | | |
|---|---|---|
| 1. Orally | 9. Left Deltoid | 17. Upper Chest Right |
| 2. Right Dorsal Gluteus | 10. Right Upper Arm | 18. To Right and Above Umbilicus |
| 3. Left Dorsal Gluteus | 11. Left Upper Arm | 19. To Left and Above Umbilicus |
| 4. Right Ventral Gluteus | 12. Right Anterior Thigh | 20. To Right and Below Umbilicus |
| 5. Left Ventral Gluteus | 13. Left Anterior Thigh | 21. To Left and Below Umbilicus |
| 6. Right Lateral Thigh | 14. Upper Back Left | 22. Mediport |
| 7. Left Lateral Thigh | 15. Upper Back Right | 23. Right Nare |
| 8. Right Deltoid | 16. Upper Chest Left | 24. Left Nare |

| | |
|---|---|
| 25. Right Hip | |
| 26. Left Hip | |
| 27. Both Nares | |
| 28. Right Ear | |
| 29. Left Ear | |
| 30. Both Ears | |
| 31. Rectum | |
| 32. Other | |

33.

| Date | Time | Init | Drug - Strength - Dosage | On | Site | Notes |
|---|---|---|---|---|---|---|
| 9/7/2010 | 0800 | I2 | ASPIRIN 81MG TABS | | | Court |
| 9/7/2010 | 0800 | I2 | CLONIDINE HCL 0.3MG TABS | | | Court |
| 9/7/2010 | 0800 | I2 | DOCOSAHEXANOIC ACID/EPA | | | Court |
| 9/7/2010 | 0800 | I2 | HYDROCHLOROTHIAZIDE | | | Court |
| 9/7/2010 | 0800 | I2 | LISINOPRIL 20MG TABS | | | Court |
| 9/7/2010 | 0800 | I2 | METFORMIN HCL 850MG TABS | | | Court |
| 9/7/2010 | 0800 | I2 | PAROXETINE HCL 40MG TABS | | | Court |
| 9/7/2010 | 0800 | I2 | TOPROL XL 25MG TABS | | | Court |
| 9/8/2010 | 0800 | kh | ASPIRIN 81MG TABS | | | No Show |
| 9/8/2010 | 0800 | kh | CLONIDINE HCL 0.3MG TABS | | | No Show |
| 9/8/2010 | 0800 | kh | DOCOSAHEXANOIC ACID/EPA | | | No Show |
| 9/8/2010 | 0800 | kh | HYDROCHLOROTHIAZIDE | | | No Show |
| 9/8/2010 | 0800 | kh | LISINOPRIL 20MG TABS | | | No Show |
| 9/9/2010 | 0800 | kh | METFORMIN HCL 850MG TABS | | | No Show |
| 9/9/2010 | 0800 | kh | PAROXETINE HCL 40MG TABS | | | No Show |
| 9/9/2010 | 0800 | kh | TOPROL XL 25MG TABS | | | No Show |
| 9/10/2010 | 0800 | aia | ASPIRIN 81MG TABS | | | Court |
| 9/10/2010 | 0800 | aia | CLONIDINE HCL 0.3MG TABS | | | Court |
| 9/10/2010 | 0800 | aia | DOCOSAHEXANOIC ACID/EPA | | | Court |
| 9/10/2010 | 0800 | aia | HYDROCHLOROTHIAZIDE | | | Court |
| 9/10/2010 | 0800 | aks | LISINOPRIL 20MG TABS | | | Court |
| 9/10/2010 | 0800 | aks | METFORMIN HCL 850MG TABS | | | Court |
| 9/10/2010 | 0800 | aks | PAROXETINE HCL 40MG TABS | | | Court |
| 9/10/2010 | 0800 | aks | TOPROL XL 25MG TABS | | | Court |
| 9/13/2010 | 0800 | kh | ASPIRIN 81MG TABS | | | No Show |
| 9/13/2010 | 0800 | kh | CLONIDINE HCL 0.3MG TABS | | | No Show |
| 9/13/2010 | 0800 | kh | DOCOSAHEXANOIC ACID/EPA | | | No Show |
| 9/13/2010 | 0800 | kh | HYDROCHLOROTHIAZIDE | | | No Show |
| 9/13/2010 | 0800 | kh | LISINOPRIL 20MG TABS | | | No Show |
| 9/13/2010 | 0800 | kh | METFORMIN HCL 850MG TABS | | | No Show |

| On | Date | Time | Init | Drug - Strength - Dosage | Site | Notes |
|---|---|---|---|---|---|---|
| | 9/13/2010 | 0800 | kh | PAROXETINE HCL 40MG TABS | | No Show |
| | 9/13/2010 | 0800 | kh | TOPROL XL 25MG TABS | | No Show |
| | 9/14/2010 | 0800 | kh | ASPIRIN 81MG TABS | | No Show |
| | 9/14/2010 | 0800 | kh | CLONIDINE HCL 0.3MG TABS | | No Show |
| | 9/14/2010 | 0800 | kh | DOCOSAHEXANOIC ACID/EPA CAPS | | No Show |
| | 9/14/2010 | 0800 | kh | HYDROCHLOROTHIAZIDE 25MG TABS | | No Show |
| | 9/14/2010 | 0800 | kh | LISINOPRIL 20MG TABS | | No Show |
| | 9/14/2010 | 0800 | kh | METFORMIN HCL 850MG TABS | | No Show |
| | 9/14/2010 | 0800 | kh | PAROXETINE HCL 40MG TABS | | No Show |
| | 9/15/2010 | 0800 | kh | TOPROL XL 25MG TABS | | No Show |
| | 9/15/2010 | 0800 | I2 | ASPIRIN 81MG TABS | | Court |
| | 9/15/2010 | 0800 | I2 | CLONIDINE HCL 0.3MG TABS | | Court |
| | 9/16/2010 | 0800 | I2 | DOCOSAHEXANOIC ACID/EPA CAPS | | Court |
| | 9/16/2010 | 0800 | I2 | HYDROCHLOROTHIAZIDE 25MG TABS | | Court |
| | 9/16/2010 | 0800 | I2 | LISINOPRIL 20MG TABS | | Court |
| | 9/16/2010 | 0800 | I2 | METFORMIN HCL 850MG TABS | | Court |
| | 9/16/2010 | 0800 | I2 | PAROXETINE HCL 40MG TABS | | Court |
| | 9/16/2010 | 0800 | I2 | TOPROL XL 25MG TABS | | Court |
| | 9/20/2010 | 0800 | I2 | ASPIRIN 81MG TABS | | Court |
| | 9/20/2010 | 0800 | I2 | CLONIDINE HCL 0.3MG TABS | | Court |
| | 9/20/2010 | 0800 | I2 | DOCOSAHEXANOIC ACID/EPA CAPS | | Court |
| | 9/20/2010 | 0800 | I2 | HYDROCHLOROTHIAZIDE 25MG TABS | | Court |
| | 9/20/2010 | 0800 | I2 | LISINOPRIL 20MG TABS | | Court |
| | 9/20/2010 | 0800 | I2 | METFORMIN HCL 850MG TABS | | Court |
| | 9/20/2010 | 0800 | I2 | PAROXETINE HCL 40MG TABS | | Court |
| | 9/20/2010 | 0800 | I2 | TOPROL XL 25MG TABS | | Court |
| | 9/21/2010 | 0800 | I2 | ASPIRIN 81MG TABS | | Court |
| | 9/21/2010 | 0800 | I2 | CLONIDINE HCL 0.3MG TABS | | Court |
| | 9/21/2010 | 0800 | I2 | DOCOSAHEXANOIC ACID/EPA CAPS | | Court |
| | 9/21/2010 | 0800 | I2 | HYDROCHLOROTHIAZIDE 25MG TABS | | Court |

Resident: GARY GREEN
Diet: NONE
MedRecNo: 2843937

DALLAS COUNTY JAIL - ADULT
Allergies: NO KNOWN DRUG ALLERGY

Report created by Accu-Flo

Location: NORT 3503
Diagnosis: NONE

Printed: 10/12/2010 12:21:55 PM

For: September 2010

MAR   Page 8 of 9
Nurse's Medic... Notes

**Instructions:**
A. SUGGEST REFUSED/WITHHELD MEDICATION
B. WHEN PRN MEDICATIONS ARE GIVEN, EXPLAIN

See section 2 for Verifying Signatures

**SITE KEY:**

| | | |
|---|---|---|
| 1. Orally | 9. Left Deltoid | 17. Upper Chest Right | 25. Right Hip |
| 2. Right Dorsal Gluteus | 10. Right Upper Arm | 18. To Right and Above Umbilicus | 26. Left Hip |
| 3. Left Dorsal Gluteus | 11. Left Upper Arm | 19. To Left and Above Umbilicus | 27. Both Nares |
| 4. Right Ventral Gluteus | 12. Right Anterior Thigh | 20. To Right and Below Umbilicus | 28. Right Ear |
| 5. Left Ventral Gluteus | 13. Left Anterior Thigh | 21. To Left and Below Umbilicus | 29. Left Ear |
| 6. Right Lateral Thigh | 14. Upper Back Left | 22. Medizoot | 30. Both Ears |
| 7. Left Lateral Thigh | 15. Upper Back Right | 23. Right Nare | 31. Rectum |
| 8. Right Deltoid | 16. Upper Chest Left | 24. Left Nare | 32. Other |

33.

| Date | Time | Init. | Drug - Strength - Dosage | Site | Notes | Ob |
|---|---|---|---|---|---|---|
| 9/21/2010 | 08:00 | l2 | LISINOPRIL 20MG TABS | Court | | |
| 9/21/2010 | 08:00 | l2 | METFORMIN HCL 850MG | Court | | |
| 9/21/2010 | 08:00 | l2 | PAROXETINE HCL 40MG | Court | | |
| 9/21/2010 | 08:00 | l2 | TOPROL XL 25MG TABS | Court | | |
| 9/22/2010 | 08:00 | gp2 | ASPIRIN 81MG TABS | Court | | |
| 9/22/2010 | 08:00 | gp2 | CLONIDINE HCL 0.3MG TABS | Court | | |
| 9/22/2010 | 08:00 | gp2 | DOCOSAHEXANOIC | Court | | |
| 9/22/2010 | 08:00 | gp2 | HYDROCHLOROTHIAZIDE | Court | | |
| 9/22/2010 | 08:00 | gp2 | LISINOPRIL 20MG TABS | Court | | |
| 9/22/2010 | 08:00 | gp2 | METFORMIN HCL 850MG | Court | | |
| 9/22/2010 | 08:00 | gp2 | PAROXETINE HCL 40MG | Court | | |
| 9/22/2010 | 08:00 | gp2 | TOPROL XL 25MG TABS | Court | | |
| 9/23/2010 | 08:00 | gp2 | ASPIRIN 81MG TABS | Court | | |
| 9/23/2010 | 08:00 | gp2 | CLONIDINE HCL 0.3MG TABS | Court | | |
| 9/23/2010 | 08:00 | gp2 | DOCOSAHEXANOIC | Court | | |
| 9/23/2010 | 08:00 | gp2 | HYDROCHLOROTHIAZIDE | Court | | |
| 9/23/2010 | 08:00 | gp2 | LISINOPRIL 20MG TABS | Court | | |
| 9/23/2010 | 08:00 | gp2 | METFORMIN HCL 850MG | Court | | |
| 9/23/2010 | 08:00 | gp2 | PAROXETINE HCL 40MG | Court | | |
| 9/23/2010 | 08:00 | gp2 | TOPROL XL 25MG TABS | Court | | |
| 9/27/2010 | 08:00 | gp2 | ASPIRIN 81MG TABS | No Show | | |
| 9/27/2010 | 08:00 | gp2 | CLONIDINE HCL 0.3MG TABS | No Show | | |
| 9/27/2010 | 08:00 | gp2 | DOCOSAHEXANOIC | No Show | | |
| 9/27/2010 | 08:00 | gp2 | HYDROCHLOROTHIAZIDE | No Show | | |
| 9/27/2010 | 08:00 | gp2 | LISINOPRIL 20MG TABS | No Show | | |
| 9/27/2010 | 08:00 | gp2 | METFORMIN HCL 850MG | No Show | | |
| 9/27/2010 | 08:00 | gp2 | PAROXETINE HCL 40MG | No Show | | |
| 9/27/2010 | 08:00 | gp2 | TOPROL XL 25MG TABS | No Show | | |
| 9/28/2010 | 08:00 | l2 | ASPIRIN 81MG TABS | Court | | |

| Date | Time | Init. | Drug - Strength - Dosage | Site | Notes | Ob |
|---|---|---|---|---|---|---|
| 9/29/2010 | 08:00 | l2 | CLONIDINE HCL 0.3MG TABS | Court | | |
| 9/29/2010 | 08:00 | l2 | DOCOSAHEXANOIC ACID/EPA CAPS | Court | | |
| 9/29/2010 | 08:00 | l2 | HYDROCHLOROTHIAZIDE 25MG | Court | | |
| 9/29/2010 | 08:00 | l2 | LISINOPRIL 20MG TABS | Court | | |
| 9/29/2010 | 08:00 | l2 | METFORMIN HCL 850MG TABS | Court | | |
| 9/29/2010 | 08:00 | l2 | TOPROL XL 25MG TABS | Court | | |
| 9/30/2010 | 08:00 | l2 | ASPIRIN 81MG TABS | Court | | |
| 9/30/2010 | 08:00 | l2 | CLONIDINE HCL 0.3MG TABS | Court | | |
| 9/30/2010 | 08:00 | l2 | DOCOSAHEXANOIC ACID/EPA CAPS | Court | | |
| 9/30/2010 | 08:00 | l2 | HYDROCHLOROTHIAZIDE 25MG | Court | | |
| 9/30/2010 | 08:00 | l2 | LISINOPRIL 20MG TABS | Court | | |
| 9/30/2010 | 08:00 | l2 | METFORMIN HCL 850MG TABS | Court | | |
| 9/30/2010 | 08:00 | l2 | TOPROL XL 25MG TABS | Court | | |

Resident: GARY GREEN
Het: NONE
MedRecNo: 2643937

DALLAS COUNTY JAIL - ADULT
Allergies: NO KNOWN DRUG ALLERGY ^

Report created by Accu-Flo

For: September 2010

Location: NORT 3E03
Diagnosis: NONE

Printed: 10/12/2010 12:21:55 PM

WAR   Page 1 of
SYMBOL KEY

H - BED HOLD
H - HOSPITAL
L - LEAVE OF ABSENCE
N - NOT DUE
X - NOT ADMINISTERED See Nurse's Notes
Ø - MISSED DOSE
I - SELF ADMINISTERED
IS -

33.

**SITE KEY:**
1. Orally
2. Right Dorsal Gluteus
3. Left Dorsal Gluteus
4. Right Ventral Gluteus
5. Left Ventral Gluteus
6. Right Lateral Thigh
7. Left Lateral Thigh
8. Right Deltoid

9. Left Deltoid
10. Right Upper Arm
11. Left Upper Arm
12. Right Anterior Thigh
13. Left Anterior Thigh
14. Upper Back Left
15. Upper Back Right
16. Upper Chest Left

17. Upper Chest Right
18. To Right and Above Umbilicus
19. To Left and Above Umbilicus
20. To Right and Below Umbilicus
21. To Left and Below Umbilicus
22. Medport
23. Right Nare
24. Left Nare

26. Right Hip
26. Left Hip
27. Both Nares
28. Right Ear
29. Left Ear
30. Both Ears
31. Rectum
32. Other

Routine Med Order
ASPIRIN 81MG TABS  8/24/2010
Generic for: ASPIRIN CHEWABLE 81MG TABS
TAKE ONE TABLET(S) BY MOUTH DAILY

CLONIDINE HCL 0.3MG TABS  9/2/2010
Generic for: CATAPRES 0.3MG TABS
TAKE ONE TABLET(S) BY MOUTH
TWICE DAILY

DOCOSAHEXANOIC ACID/EPA CAPS  7/29/2010
Generic for: SEA-OMEGA CAPS
TAKE ONE CAPSULE(S) BY MOUTH
TWICE DAILY

HYDROCHLOROTHIAZIDE  10/1/2010
PYXIS OVERRIDE: Give once

HYDROCHLOROTHIAZIDE  10/4/2010
PYXIS OVERRIDE: Give once

HYDROCHLOROTHIAZIDE  10/7/2010
PYXIS OVERRIDE: Give once

HYDROCHLOROTHIAZIDE  10/8/2010
PYXIS OVERRIDE: Give once

Resident: GARY GREEN          MedRecNo: 2643937
Diet: NONE

DALLAS COUNTY JAIL - ADULT
Allergies: NO KNOWN DRUG ALLERGY

For: October 2010

Report created by Accu-Flo

Location: NORT 3N09
Diagnosis: NONE

Printed: 10/12/2010 12:18:11 PM

MAR   Page 2 of
**SYMBOL KEY**

| H- | BED HOLD |
| --- | --- |
| H- | HOSPITAL |
| L- | LEAVE OF ABSENCE |
| N- | NOT DUE |
| X- | NOT ADMINISTERED See Nurse's Notes |
| Ø- | MISSED DOSE |
| /- | SELF ADMINISTERED |
| IS- | |

**SITE KEY:**

| 1. Orally | 8. Left Deltoid | 17. Upper Chest Right | 25. Right Hip |
| --- | --- | --- | --- |
| 2. Right Dorsal Gluteus | 10. Right Upper Arm | 18. To Right and Above Umbilicus | 26. Left Hip |
| 3. Left Dorsal Gluteus | 11. Left Upper Arm | 19. To Left and Above Umbilicus | 27. Both Nares |
| 4. Right Ventral Gluteus | 12. Right Anterior Thigh | 20. To Right and Below Umbilicus | 28. Right Ear |
| 5. Left Ventral Gluteus | 13. Left Anterior Thigh | 21. To Left and Below Umbilicus | 29. Left Ear |
| 6. Right Lateral Thigh | 14. Upper Back Left | 22. Mediport | 30. Both Ears |
| 7. Left Lateral Thigh | 15. Upper Back Right | 23. Right Nare | 31. Rectum |
| 8. Right Deltoid | 16. Upper Chest Left | 24. Left Nare | 32. Other |

**HYDROCHLOROTHIAZIDE 10/11/2010**
PYXIS OVERRIDE: Give once
2010101102450

**HYDROCHLOROTHIAZIDE 10/12/2010**
PYXIS OVERRIDE: Give once
2010101200410

**HYDROCHLOROTHIAZIDE 25MG TABS**
7/29/2010
Generic for: HYDRODIURIL 25MG TABS
TAKE ONE TABLET(S) BY MOUTH DAILY

**HYDROXYZINE HCL 50MG TABS**
5/30/2010
Generic for: ATARAX 50MG TABS
TAKE ONE TABLET(S) BY MOUTH IN
THE EVENING

**IBUPROFEN 400MG TABS 10/9/2010**
Generic for: MOTRIN 400MG TABS
TAKE ONE TABLET(S) BY MOUTH
TWICE DAILY

**IBUPROFEN 400MG UD 10/3/2010**
PYXIS OVERRIDE: Give once
2010100303353

**LISINOPRIL 20MG TABS 8/2/2010**
Generic for: ZESTRIL 20MG TABS
TAKE ONE TABLET(S) BY MOUTH DAILY

Resident: GARY GREEN
Diet: NONE

MedRecNo: 2643937

DALLAS COUNTY JAIL - ADULT
Allergies: NO KNOWN DRUG ALLERGY ^

Report created by Accu-Flo

for: October 2010

Location: NORT  3E0
Diagnosis: NONE

Printed: 10/12/2010 12:18:11 PM

MAR    Page 3
**SYMBOL KEY**

- **BED HOLD**
- **H -    HOSPITAL**
- **L -    LEAVE OF ABSENCE**
- **X -    NOT DUE**
- **Ø -    NOT ADMINISTERED See Nurse's Notes**
- **/ -    MISSED DOSE**
- **IS -   SELF ADMINISTERED**

**SITE KEY:**
1. Orally
2. Right Dorsal Gluteus
3. Left Dorsal Gluteus
4. Right Ventral Gluteus
5. Left Ventral Gluteus
6. Right Lateral Thigh
7. Left Lateral Thigh
8. Right Deltoid
9. Left Deltoid
10. Right Upper Arm
11. Left Upper Arm
12. Right Anterior Thigh
13. Left Anterior Thigh
14. Right Back Left
15. Upper Back Right
16. Upper Chest Left

17. Upper Chest Right
18. To Right and Above Umbilicus
19. To Left and Above Umbilicus
20. To Right and Below Umbilicus
21. To Left and Below Umbilicus
22. Mediport
23. Right Nare
24. Left Nare

25. Right Hip
26. Left Hip
27. Both Nares
28. Right Ear
29. Left Ear
30. Both Ears
31. Rectum
32. Other

Routine Med Order
METFORMIN HCL 850MG TABS 9/27/2010
Generic for: GLUCOPHAGE 850MG TABS
TAKE ONE TABLET(S) BY MOUTH
TWICE DAILY

MIRTAZAPINE 10/12/2010
PYXIS OVERRIDE  Give once

MIRTAZAPINE 25MG TABS 9/20/2010
Generic for: REMERON 45MG TABS
TAKE ONE TABLET(S) BY MOUTH IN
THE EVENING

TOPROL XL 25MG TABS 8/26/2010
Generic for: METOPROLOL SUCCINATE
25MG TABS
TAKE ONE TABLET(S) BY MOUTH DAILY

VERAPAMIL SR 10/7/2010
PYXIS OVERRIDE  Give once

VERAPAMIL SR 10/9/2010
PYXIS OVERRIDE  Give once

Resident: GARY GREEN
Diet: NONE

MedRecNo: 2943937

DALLAS COUNTY JAIL - ADULT
Allergies: NO KNOWN DRUG ALLERGY

Location: NORT 3E318
Diagnosis: NONE

For: October 2010

Report created by Accu-Flo

WAR   Page 4 of

PRN Medication | *Result: | EFFECTIVE | INEFFECTIVE | SEE NURSES NOTES | ADVERSE REACTION (DESCRIBE IN NURSES NOTES)

E   I   N   A

Instructions: Initial appropriate box when medication taken. Circle initials when medication refused. Indicate injection route. State reason for refusal of medication. State reason and result for PRN medications.

| INT | FULL SIGNATURE AND TITLE | INT | FULL SIGNATURE AND TITLE | INT | FULL SIGNATURE AND TITLE | INT | FULL SIGNATURE AND TITLE |
|---|---|---|---|---|---|---|---|
| cg1 | Carolyne Gilbert | | | | | | |
| lj2 | Lovette Awole | | | | | | |
| sm2 | Susan Marlowe | | | | | | |
| ke1 | Kepra Ordall | | | | | | |
| gp2 | Glenda Patterson | | | | | | |

Resident: GARY GREEN        MedRecNo: 2843937

Diet: NONE

For: October 2010

DALLAS COUNTY JAIL – ADULT
Allergies: NO KNOWN DRUG ALLERGY

Location: NORT 3ER
Diagnosis: NONE

Printed: 10/12/2010 12:19:23 PM

Report created by Accu-Flo

MAR    Page 5 of

Nurse's Medication Notes

See section 2 for Verifying
Signatures

**Instructions:**

A.  SUGGEST REFUSED/WITHHELD
    MEDICATION
B.  WHEN PRN MEDICATIONS ARE GIVEN,
    EXPLAIN

**SITE KEY:**
1.  Orally
2.  Right Dorsal Gluteus
3.  Left Dorsal Gluteus
4.  Right Ventral Gluteus
5.  Left Ventral Gluteus
6.  Right Lateral Thigh
7.  Left Lateral Thigh
8.  Right Deltoid
9.  Left Deltoid
10. Right Upper Arm
11. Left Upper Arm
12. Right Anterior Thigh
13. Left Anterior Thigh
14. Upper Back Left
15. Upper Back Right
16. Upper Chest Left
17. Upper Chest Right
18. To Right and Above Umbilicus
19. To Left and Above Umbilicus
20. To Right and Below Umbilicus
21. To Left and Below Umbilicus
22. Mediport
23. Right Nare
24. Left Nare
25. Right Hip
26. Left Hip
27. Both Nares
28. Right Ear
29. Left Ear
30. Both Ears
31. Rectum
32. Other

33.

| Date | Time | Init | Drug - Strength - Dosage | Site | Notes | Qty | Date | Time | Init | Drug - Strength - Dosage | Site | Notes |
|------|------|------|--------------------------|------|-------|-----|------|------|------|--------------------------|------|-------|
| 10/1/2010 | 08:00 | gp2 | ASPIRIN 81MG TABS | Not In Cell | | | | | | | | |
| 10/1/2010 | 08:00 | gp2 | CLONIDINE HCL 0.3MG TABS | Not In Cell | | | | | | | | |
| 10/1/2010 | 08:00 | gp2 | DOCQSAHEXANOIC ACID/EPA | Not In Cell | | | | | | | | |
| 10/1/2010 | 08:00 | gp2 | HYDROCHLOROTHIAZIDE | Not In Cell | | | | | | | | |
| 10/1/2010 | 08:00 | gp2 | LISINOPRIL 20MG TABS | Not In Cell | | | | | | | | |
| 10/1/2010 | 08:00 | gp2 | METFORMIN HCL 850MG TABS | Not In Cell | | | | | | | | |
| 10/1/2010 | 08:00 | gp2 | TOPROL XL 25MG TABS | Not In Cell | | | | | | | | |
| 10/4/2010 | 08:00 | rg1 | METFORMIN HCL 850MG TABS | Not available (medication) | | | | | | | | |
| 10/4/2010 | 08:00 | gp2 | IBUPROFEN 400MG TABS | No Show | | | | | | | | |
| 10/7/2010 | 08:00 | gp2 | ASPIRIN 81MG TABS | No Show | | | | | | | | |
| 10/7/2010 | 08:00 | gp2 | CLONIDINE HCL 0.3MG TABS | No Show | | | | | | | | |
| 10/7/2010 | 08:00 | gp2 | DOCQSAHEXANOIC ACID/EPA | No Show | | | | | | | | |
| 10/7/2010 | 08:00 | gp2 | HYDROCHLOROTHIAZIDE | No Show | | | | | | | | |
| 10/7/2010 | 08:00 | gp2 | IBUPROFEN 400MG TABS | No Show | | | | | | | | |
| 10/7/2010 | 08:00 | gp2 | LISINOPRIL 20MG TABS | No Show | | | | | | | | |
| 10/7/2010 | 08:00 | gp2 | METFORMIN HCL 850MG TABS | No Show | | | | | | | | |
| 10/7/2010 | 08:00 | gp2 | TOPROL XL 25MG TABS | No Show | | | | | | | | |
| 10/8/2010 | 08:00 | l2 | ASPIRIN 81MG TABS | Court | | | | | | | | |
| 10/8/2010 | 08:00 | l2 | CLONIDINE HCL 0.3MG TABS | Court | | | | | | | | |
| 10/8/2010 | 08:00 | l2 | DOCQSAHEXANOIC ACID/EPA | Court | | | | | | | | |
| 10/8/2010 | 08:00 | l2 | HYDROCHLOROTHIAZIDE | Court | | | | | | | | |
| 10/8/2010 | 08:00 | l2 | IBUPROFEN 400MG TABS | Court | | | | | | | | |
| 10/8/2010 | 08:00 | l2 | LISINOPRIL 20MG TABS | Court | | | | | | | | |
| 10/8/2010 | 08:00 | l2 | METFORMIN HCL 850MG TABS | Court | | | | | | | | |
| 10/8/2010 | 08:00 | l2 | TOPROL XL 25MG TABS | Court | | | | | | | | |

Resident: GARY GREEN
Diet: NONE

MedRecNo: 2643937

Location: NORT 3E3B0
Diagnosis: NONE

DALLAS COUNTY JAIL - ADULT
Allergies: NO KNOWN DRUG ALLERGY ▲

For: October 2010

Report created by Acco-Flo

Printed: 10/12/2010 12:19:23 PM

1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 158

11                        Inmate Records

12                        (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

Texas Department of Criminal Justice
## INSTITUTIONAL DIVISION

# Inter-Office Communications

**To** _Use of Force_  **Date** _1-9-94_

**From** _K. Ashford COIII_  **Subject** _Officer Assault by_
_I/m Green, Crazy #553362_

On 1-9-94 at appx 1145 hrs I officer Ashford, K COIII was on C-side in the north Dayhall when inmate green during the course of me ordering said inmate to go to the Rollway and talk with Sgt. McDowell threw his tray at me striking me in the mid to lower body and during the time after that he was coming toward me in an aggressive manner at which time he kicked me in the left shin.

462-597-754

K Ashford COIII



STATE'S
EXHIBIT
158

Photocopy of OIG Case to:  Dallas Cty. DA –J. Spurger

Date sent: 9/28/09        Sent by: ce

Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

1

2

3

4

5

6

7

8

9

10           State's Exhibit Number 159

11              Disciplinary Records

12                (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

TDCJ-ID DISCIPLINARY REPORT AND HEARING RECORD

CASE: 940217424   TDCJ-ID: 553362   NAME: GREEN, GARY RENARD                    EA: 10.1
UNIT: B   HSNG: N-3   04       JOB: UNASGN PRE-HEARING                          IQ: 105
CLASS: S2   CUST: MO   PRIMARY LANGUAGE: ENGLISH       MHMR RESTRICTIONS: YES/NO
DATE: MA / JKJ   OFF.DATE: 08/03/94   07:00 PM   LOCATION: B K WING 1 ROW

OFFENSE DESCRIPTION
ON THE DATE AND TIME ABOVE, AND AT K-WING 1 ROW CELL 128, INMATE GREEN, GARY
RENARD, TDCJ-ID NO. 553362, ASSAULTED OFFICER C. BAKER BY THROWING A LIGHT BULB
AND STRIKING ME, OFFICER BAKER ON MY RIGHT LEG.

STATE'S
EXHIBIT
159

CHARGING OFFICER: BAKER, C                      SHIFT/CARD: 1 E
                                                            2 A

INMATE NOTIFICATION
TIME & DATE NOTIFIED: 8-4-94   1500       BY (PRINT) Moore
YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE.   INMATE NOTIFICATION SIGNATURE: X _____   DATE: _____
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24-HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.                        DATE: 8-4-94
INMATE WAIVER SIGNATURE: X _____
                                                                      129
HEARING INFORMATION
HEARING DATE: 8-11-94   TIME: 0857AM   TAPE: 795   SIDE: 2   START: 050   END: 236
EXPLAIN BELOW BY NUMBER: (1)IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING PART OF
HEARING, (2)IF ACCUSED INMATE WAS CONFINED IN PRE-HEARING DETENTION MORE THAN 72
HOURS PRIOR TO HEARING, (3)IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE EVIDENCE
STAGE, (4)IF ANY WITNESSES OR (5)DOCUMENTATION WAS EXCLUDED FROM HEARING, AND
IF INMATE WAS DENIED CONFRONTATION AND/OR CROSS-EXAMINATION OF A WITNESS AT
HEARING. (2) weekend - C.S. days off

OFFENSE CODES:                    | 03.0 |     |     |     |     |
INMATE PLEA: (G, NG, NONE) | N.G. |     |     |     |     |
FINDINGS:  (G, NG, DS)     |     |     |     |     |     |
REDUCED TO MINOR(PRIOR TO DOCKET)__ (DOCKET)__ (HEARING)__   BY:(INITIAL)_____
IF GUILTY, EVIDENCE PRESENTED, CONSIDERED, AND REASON(S) FOR DETERMINATION OF
GUILT: A)ADMISSION OF GUILT, (B)OFFICER'S REPORT, C)WITNESS TESTIMONY, (D)OTHER.
EXPLAIN IN DETAIL:_____
_____
HEARING LENGTH: 8 (MINUTES)

PUNISHMENT
LOSS OF PRIV(DAYS)____    REPRIMAND........_____ ____   SOLITARY(DAYS)........____
 *RECREATION(DAYS)____    EXTRA DUTY(HOURS).........____ REMAIN LINE 3.........
 *COMMISSARY(DAYS) 30     CONT.VISIT SUSP THRU __/__/__  REDUC.CLASS FROM S2 TO S3
 *PROPERTY(DAYS)..____    CELL RESTR(DAYS).........30   GOOD TIME LOST(DAYS).____
 *_____(DAYS)..____      SPECIAL CELL RESTR(DAYS)_____ DAMAGES..........$_____.__
SPECIFIC FACTUAL REASON(S) FOR PARTICULAR PUNISHMENT IMPOSED:_____
_____
CREDIT FOR PRE-HEARING DETENTION TIME? YES(DAYS)_____   NO / NA
DATE PLACED IN PRE-HEARING DETENTION: 8-3-94
INMATE SIGNATURE FOR RECEIPT OF FINAL REPORT:  Handcuffed
CAPT KOKI
HEARING OFFICER (PRINT)   WARDEN              STATE CLASS.COMMITTEE MEMBER
(FORM I-47MA)CONTACT YOUR CORRECTIONAL COUNS IF YOU DO NOT UNDERSTAND THIS FORM.
(REV. 03-90) COMUNIQUESE CON SU CONSEJERO CORRECCIONAL SI NO ENTIENDE ESTA FORMA

## TDCJ-ID DISCIPLINARY REPORT AND HEARING RECORD

CASE: 940144213 TDCJ-ID#: 553362 NAME: GREEN,GARY RENARD                    EA: 10.1
T: B   HSNG: K-2   31        JOB: KIT COOK i                                IQ: 105
CLASS: S2  CUST: MO  PRIMARY LANGUAGE: ENGLISH         MHMR RESTRICTIONS: YES/NO
GRADE: MI / JKJ  OFF.DATE: 04/22/94  10:40 AM  LOCATION: B  KITCHEN AREA

### OFFENSE DESCRIPTION

ON THE DATE AND TIME ABOVE, AND AT SOUTH COOKS LINE, INMATE GREEN, GARY RENARD,
TDCJ-ID NO. 553362, DID VIOLATE A POSTED TDCJ-ID RULE REQUIRING INMAES NOT TO
STORE ANY PERSONAL ITEMS IN THE VENTALATION HOODS, IN THAT SAID INMATE HAD HIS
SHOWER SHOES, SOAP AND SOAP DISH STORED IN THE HOOD.

CHARGING OFFICER: WEATHERLY, I.                        SHIFT/CARD: 1 H

### INMATE NOTIFICATION

TIME & DATE NOTIFIED: 0620   I G  4/29/94  BY: (PRINT) J GARCIA
YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE.  YOU HAVE THE RIGHT TO SUBMIT A WRITTEN STATEMENT AND MAKE A VERBAL
STATEMENT.
INMATE NOTIFICATION SIGNATURE: X _____ Green _____        DATE: 4/29/9
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24-HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
INMATE WAIVER SIGNATURE: _____        DATE: _____

### HEARING INFORMATION

HEARING DATE: 4-30-94  TIME: 0632
INMATE STATEMENT: _____ I keep my shoes their because they
keep getting stolen _____

| OFFENSE CODES: | 45.0 | | | |
|---|---|---|---|---|
| INMATE PLEA: (G, NG, NONE) | G | | | |
| FINDINGS: (G, NG, DS) | G | | | |

### PUNISHMENT

LOSS OF PRIV(DAYS)____    REPRIMAND.............____
 *RECREATION(DAYS)____    EXTRA DUTY(HOURS).......____
 *COMMISSARY(DAYS)_7_    CONT.VISIT SUSP THRU _/_/_
 *PROPERTY(DAYS)..____    CELL RESTR(DAYS).........____
 *_____(DAYS)..____

INMATE SIGNATURE FOR RECEIPT OF FINAL REPORT: X __ Green _____

_____         _____
HEARING OFFICER(PRINT)                  WARDEN

(FORM I-47MI)CONTACT YOUR CORRECTIONAL COUNS IF YOU DO NOT UNDERSTAND THIS FORM.

TDCJ-ID DISCIPLINARY REPORT AND HEARING RECORD

CASE: 910096500 TDCJ-ID#: 553362 NAME: GREEN,GARY RENARD          EA: 10.1
UNIT: B   HSNG: H-2   32   JOB: ORD HALL M 2                        IQ: 105
CLASS: S3 CUST: MI  PRIMARY LANGUAGE: ENGLISH    MHMR RESTRICTIONS: YES/NO
GRADE: UA / JDW  OFF.DATE: 06/29/91  02:50 PM  LOCATION: B  IJKL HALLWAY

### OFFENSE DESCRIPTION

ON THE DATE AND TIME ABOVE, AND AT IJKL HALLWAY, INMATE GREEN,GARY RENARD,
TDCJ-ID NO. 553362, WAS ORDERED BY SGT. HUSTON TO GIVE HEHIS I.D. CARD AND
SAID INMATE FAILED TO OBEY THE ORDER.

CHARGING OFFICER: HUSTON, D   7-17-91  8:35PM SHIFT/CARD: 2 S

### INMATE NOTIFICATION

TIME & DATE NOTIFIED: 0718   7-8-91   BY: (PRINT) _____
YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE.  INMATE NOTIFICATION SIGNATURE: X_____   DATE: 7-8-91
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24-HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
INMATE WAIVER SIGNATURE: Gary Green                    DATE: 7-8-91

### HEARING INFORMATION

HEARING DATE: 7/8/91 TIME: 2635 TAPE#: _____ SIDE#: _____ START#: _____ END#: _____
EXPLAIN BELOW BY NUMBER: (1)IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING PART OF
HEARING, (2)IF ACCUSED INMATE WAS CONFINED IN PRE-HEARING DETENTION MORE THAN 72
HOURS PRIOR TO HEARING, (3)IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE EVIDENCE
STAGE, (4)IF ANY WITNESSES OR (5)DOCUMENTATION WAS EXCLUDED FROM HEARING, AND
(6)IF INMATE WAS DENIED CONFRONTATION AND/OR CROSS-EXAMINATION OF A WITNESS AT
THE HEARING.
_____
_____

OFFENSE CODES:         | 24.0  |       |       |       |
INMATE PLEA: (G, NG, NONE) | NG |       |       |       |
FINDINGS: (G, NG, DS)      | G  |       |       |       |
REDUCED TO MINOR(PRIOR TO DOCKET)__ (DOCKET)__ (HEARING)__   BY:(INITIAL) GBF by N
IF GUILTY, EVIDENCE PRESENTED, CONSIDERED, AND REASON(S) FOR DETERMINATION OF
GUILT: A)ADMISSION OF GUILT, B)OFFICER'S REPORT, C)WITNESS TESTIMONY, D)OTHER.
EXPLAIN IN DETAIL: _____
_____

HEARING LENGTH: _____ (MINUTES)

### PUNISHMENT

LOSS OF PRIV(DAYS)____    REPRIMAND..............____    SOLITARY(DAYS)........____
*RECREATION(DAYS)____     EXTRA DUTY(HOURS).......____   REMAIN LINE 3.........____
*COMMISSARY(DAYS) 30      CONT.VISIT SUSP THRU __/__/__  REDUC.CLASS FROM __ TO __
*PROPERTY(DAYS)..____     CELL RESTR(DAYS).........30    GOOD TIME LOST(DAYS)..____
*_____(DAYS)..____        SPECIAL CELL RESTR(DAYS)____   DAMAGES........$_____.__
SPECIFIC FACTUAL REASON(S) FOR PARTICULAR PUNISHMENT IMPOSED: _____
_____
_____

CREDIT FOR PRE-HEARING DETENTION TIME? YES(DAYS)____   NO / NA
DATE PLACED IN PRE-HEARING DETENTION: __/__/__
INMATE SIGNATURE FOR RECEIPT OF FINAL REPORT X Gary Green
X _____   _____   _____
HEARING OFFICER (PRINT)   WARDEN        STATE CLASS.COMMITTEE MEMBER
(FORM I-47MA)CONTACT YOUR CORRECTIONAL COUNS IF YOU DO NOT UNDERSTAND THIS FORM.
(REV. 03-90) COMUNIQUESE CON SU CONSEJERO CORRECCIONAL SI NO ENTIENDE ESTA FORMA

TDCJ-ID DISCIPLINARY REPORT AND HEARING RECORD

CASE: 920068317 TDCJ-ID#: 553362 NAME: GREEN,GARY RENARD          EA: 10.1
UNIT: B   HSNG: H-2    32    JOB: REC. YARD JANITOR 2ND.          IQ: 105
SS: S3  CUST: MI  PRIMARY LANGUAGE: ENGLISH      MHMR RESTRICTIONS: YES/NO
GRADE: MA / RMF  OFF.DATE: 12/09/91  12:10 PM  LOCATION: B  H WING DAYROOM

OFFENSE DESCRIPTION
ON THE DATE AND TIME ABOVE, AND AT H WING DAYROOM, INMATE GREEN,GARY RENARD,
TDCJ-ID NO. 553362, DID ENGAGE IN A FIGHT WITHOUT A WEAPON WITH ROLAND,
REED #438087.

CHARGING OFFICER: CALHOUN, A              SHIFT/CARD: 1 A
INMATE NOTIFICATION
TIME & DATE NOTIFIED: 1140  12-13-91  BY:(PRINT) Bunnell
YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE.  INMATE NOTIFICATION SIGNATURE: X/Gary Green  DATE: 12-13-91
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24-HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
INMATE WAIVER SIGNATURE: _____ DATE: _____
HEARING INFORMATION
HEARING DATE: 12/18/91 TIME: 6:59 AM TAPE#: 191  SIDE#: 2 START#: 322 END#: 350
EXPLAIN BELOW BY NUMBER: (1)IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING PART OF
HEARING, (2)IF ACCUSED INMATE WAS CONFINED IN PRE-HEARING DETENTION MORE THAN 72
HOURS PRIOR TO HEARING, (3)IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE EVIDENCE
STAGE, (4)IF ANY WITNESSES OR (5)DOCUMENTATION WAS EXCLUDED FROM HEARING, AND
IF INMATE WAS DENIED CONFRONTATION AND/OR CROSS-EXAMINATION OF A WITNESS AT
THE HEARING. _____
_____
_____
_____

OFFENSE CODES:      |_21.0_|_____|_____|_____|
INMATE PLEA: (G, NG, NONE) |_G__|_____|_____|_____|
FINDINGS:  (G, NG, DS)   |_G__|_____|_____|_____|
REDUCED TO MINOR(PRIOR TO DOCKET)__ (DOCKET)__ (HEARING)__  BY:(INITIAL)_____
IF GUILTY, EVIDENCE PRESENTED, CONSIDERED, AND REASON(S) FOR DETERMINATION OF
GUILT: (A)ADMISSION OF GUILT, (B)OFFICER'S REPORT (C)WITNESS TESTIMONY, D)OTHER.
EXPLAIN IN DETAIL: _____
_____
HEARING LENGTH: __3_(MINUTES)
PUNISHMENT
LOSS OF PRIV(DAYS)____    REPRIMAND............. ____   SOLITARY(DAYS)..........____
*RECREATION(DAYS)____     EXTRA DUTY(HOURS)........    REMAIN LINE 3.........____
*COMMISSARY(DAYS) 10      CONT.VISIT SUSP THRU __/__/_  REDUC.CLASS FROM __ TO __
*PROPERTY(DAYS)..____     CELL RESTR(DAYS)..........    GOOD TIME LOST(DAYS).____
*_____(DAYS)..____       SPECIAL CELL RESTR(DAYS)._____ DAMAGES.........$_____.__
SPECIFIC FACTUAL REASON(S) FOR PARTICULAR PUNISHMENT IMPOSED: _____
_____Fighting if another inmate_____
_____
CDIT FOR PRE-HEARING DETENTION TIME? YES(DAYS)____ NO__ NA__
DATE PLACED IN PRE-HEARING DETENTION: __/__/__
INMATE SIGNATURE FOR RECEIPT OF FINAL REPORT: X/Gary Green
HEARING OFFICER (PRINT)  WARDEN              STATE CLASS.COMMITTEE MEMBER
(FORM I-47MA)CONTACT YOUR CORRECTIONAL COUNS IF YOU DO NOT UNDERSTAND THIS FORM.
(REV. 03-90) COMUNIQUESE CON SU CONSEJERO CORRECCIONAL SI NO ENTIENDE ESTA FORMA

## TDCJ-ID DISCIPLINARY REPORT AND HEARING RECORD

```
CASE: 940021976 TDCJ-ID#: 553362 NAME: GREEN,GARY RENARD          EA: 10.1
UNIT: B    HSNG: G-2    03       JOB: TVCC DRAFTING SCH           IQ: 105
CLASS: S2  CUST: MO  PRIMARY LANGUAGE: ENGLISH     MHMR RESTRICTIONS: YES/NO
GRADE: MI / JKJ  OFF.DATE: 10/02/93  02:15 PM  LOCATION: B  G WING DAYROOM
```

### OFFENSE DESCRIPTION

ON THE DATE AND TIME ABOVE, AND AT G WING DAYROOM, INMATE GREEN,GARY RENARD,
TDCJ-ID NO. 553362, DID ENGAGE IN A FIGHT WITHOUT A WEAPON WITH INMATE DAVIS,
REGINALD VAUGHN, #619430.

CHARGING OFFICER: LAMBRIGHT, C                    SHIFT/CARD: 2 C

### INMATE NOTIFICATION
TIME & DATE NOTIFIED: 2115 HRS  10-11-93   BY: (PRINT) D. ROGERS CO III.
YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE.  YOU HAVE THE RIGHT TO SUBMIT A WRITTEN STATEMENT AND MAKE A VERBAL
STATEMENT.
INMATE NOTIFICATION SIGNATURE: _____  DATE: _____
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24-HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
INMATE WAIVER SIGNATURE: _Gary B. Green_____  DATE: 10-11-93

### HEARING INFORMATION
HEARING DATE: 10/12/93  TIME: 1828 hrs
INMATE STATEMENT: _my disciplinary spoke for it self_____
_____
_____
_____

```
OFFENSE CODES:        |_21.0__|_____|_____|_____|
INMATE PLEA: (G, NG, NONE) |__G___|_____|_____|_____|
FINDINGS:  (G, NG, DS)  |__G___|_____|_____|_____|
```

### PUNISHMENT
```
LOSS OF PRIV(DAYS) 95    REPRIMAND ................. ____
*RECREATION(DAYS) 45     EXTRA DUTY(HOURS) .......... ____
*COMMISSARY(DAYS) 45     CONT.VISIT SUSP THRU __/__/__
*PROPERTY(DAYS) ..____    CELL RESTR(DAYS)............ ____
*_____(DAYS) ..____
```

INMATE SIGNATURE FOR RECEIPT OF FINAL REPORT: _Gary B. Green_____

_E. Winberry_____            _____
HEARING OFFICER(PRINT)                   WARDEN

(FORM I-47MI)CONTACT YOUR CORRECTIONAL COUNS IF YOU DO NOT UNDERSTAND THIS FORM.
(REV. 03-90) COMUNIQUESE CON SU CONSEJERO CORRECCIONAL SI NO ENTIENDE ESTA FORMA

## TDCJ-ID DISCIPLINARY REPORT AND HEARING RECORD

CASE: 920143791  TDCJ-ID#: 553362  NAME: GREEN,GARY RENARD          EA: 10.1
UNIT: B  HSNG: X-BAH  06         JOB: UNASGN PRE HEARING             IQ: 105
CLASS: S3  CUST: MI  PRIMARY LANGUAGE: ENGLISH     MHMR RESTRICTIONS: YES/NO
DE: MA / JKJ  OFF.DATE: 05/06/92  05:20 PM  LOCATION: B  H WING DAYROOM

### OFFENSE DESCRIPTION

ON THE DATE AND TIME ABOVE, AND AT H WING DAYROOM, INMATE GREEN,GARY RENARD,
TDCJ-ID NO. 553362, DID ASSAULT INMATE BOWEN, JAMES, #657224, WITHOUT A WEAPON.

CHARGING OFFICER: EMERSON, R                    SHIFT/CARD: 2 H

### INMATE NOTIFICATION

TIME & DATE NOTIFIED: 5/7/92  1240  BY:(PRINT) Snas
YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE.  INMATE NOTIFICATION SIGNATURE: Green          DATE: 05/7/92
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24-HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING
INMATE WAIVER SIGNATURE: Gary Green          DATE: 5/7/92

### HEARING INFORMATION

HEARING DATE: 5/8/92  TIME: 9:13 am  TAPE#: 271  SIDE#: 1  START#: 528  END#: 560
EXPLAIN BELOW BY NUMBER: (1)IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING PART OF
HEARING, (2)IF ACCUSED INMATE WAS CONFINED IN PRE-HEARING DETENTION MORE THAN 72
HOURS PRIOR TO HEARING, (3)IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE EVIDENCE
STAGE, (4)IF ANY WITNESSES OR (5)DOCUMENTATION WAS EXCLUDED FROM HEARING, AND
(6)IF INMATE WAS DENIED CONFRONTATION AND/OR CROSS-EXAMINATION OF A WITNESS AT
HEARING._____
_____
_____
_____

OFFENSE CODES:          |__21.0__|_____|_____|_____|
INMATE PLEA: (G, NG, NONE) |__G___|_____|_____|_____|
FINDINGS:  (G, NG, DS)  |__G___|_____|_____|_____|
REDUCED TO MINOR(PRIOR TO DOCKET)__ (DOCKET)__ (HEARING)__   BY:(INITIAL)_____
IF GUILTY, EVIDENCE PRESENTED, CONSIDERED, AND REASON(S) FOR DETERMINATION OF
GUILT  A)ADMISSION OF GUILT  B)OFFICER'S REPORT, C)WITNESS TESTIMONY, D)OTHER.
EXPLAIN IN DETAIL:_____
_____  cham m/s
HEARING LENGTH:__2__(MINUTES)

### PUNISHMENT

LOSS OF PRIV(DAYS)____   REPRIMAND................____   SOLITARY(DAYS)....____
*RECREATION(DAYS)____    EXTRA DUTY(HOURS)..........____  REMAIN LINE 3....3..____
*COMMISSARY(DAYS)____    CONT.VISIT SUSP THRU __/__/__   REDUC.CLASS FROM __ TO __
*PROPERTY(DAYS)..____    CELL RESTR(DAYS).....____       GOOD TIME LOST(DAYS)____
*_____(DAYS)..____    SPECIAL CELL RESTR(DAYS).____   DAMAGES........$_____.__
SPECIFIC FACTUAL REASON(S) FOR PARTICULAR PUNISHMENT IMPOSED:_____
_____
_____

CREDIT FOR PRE-HEARING DETENTION TIME? YES(DAYS)_____ NO___ NA___
DATE PLACED IN PRE-HEARING DETENTION: 5/6/92
INMATE SIGNATURE FOR RECEIPT OF FINAL REPORT:_____
HEARING OFFICER (PRINT)  WARDEN              STATE CLASS.COMMITTEE MEMBER
(FORM I-47MA)CONTACT YOUR CORRECTIONAL COUNS IF YOU DO NOT UNDERSTAND THIS FORM.
(REV. 03-90) COMUNIQUESE CON SU CONSEJERO CORRECCIONAL SI NO ENTIENDE ESTA FORMA

## TDCJ-ID DISC. INARY REPORT AND HEARING RECOR.

CASE: 920118516 TDCJ-ID#: 553362 NAME: GREEN,GARY RENARD          EA: 10.1
UNIT: B   HSNG: H-2   32       JOB: REC. YARD JANITOR 2ND.        IQ: 105
CLASS: S3  CUST: MI  PRIMARY LANGUAGE: ENGLISH      MHMR RESTRICTIONS: YES/NO
RADE: MA / RMF   OFF.DATE: 02/24/92   2:50 PM  LOCATION: B  T WING 2 ROW

### OFFENSE DESCRIPTION

ON THE DATE AND TIME ABOVE, AND AT TWO ROW 232, INMATE GREEN,GARY RENARD,
TDCJ-ID NO. 553362, DID EXPOSE HIS PENIS TO OFFICER CALHOUN  WITH INTENT TO
(GRATIFY) THE SEXUAL DESIRE OF INMATE GREEN.


CHARGING OFFICER: CALHOUN, CO III              SHIFT/CARD: 1 A

### INMATE NOTIFICATION

TIME & DATE NOTIFIED: 04:42 3-24-92   BY:(PRINT) _Patton CSS_
YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE.  INMATE NOTIFICATION SIGNATURE: _Gary Green_  DATE: 3/24/92
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24-HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
INMATE WAIVER SIGNATURE: _____  DATE:_____

### HEARING INFORMATION

HEARING DATE: 4/3/92  TIME 6:30 am TAPE#___  SIDE#_/_ START#_____ END#_____
EXPLAIN BELOW BY NUMBER: (1)IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING PART OF
HEARING, (2)IF ACCUSED INMATE WAS CONFINED IN PRE-HEARING DETENTION MORE THAN 72
HOURS PRIOR TO HEARING, (3)IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE EVIDENCE
STAGE, (4)IF ANY WITNESSES OR (5)DOCUMENTATION WAS EXCLUDED FROM HEARING, AND
(6)IF INMATE WAS DENIED CONFRONTATION AND/OR CROSS-EXAMINATION OF A WITNESS AT
THE HEARING.
_Statement - I was Changing into my jock strap._
_She saw me nacked, but I wasn't_
_mastorbating._
_____
OFFENSE CODES:      |_20.0_|_____|_____|_____|
INMATE PLEA: (G, NG, NONE) |_NG_|_____|_____|_____|
FINDINGS:  (G, NG, DS)     |_____|_____|_____|_____|
REDUCED TO MINOR(PRIOR TO DOCKET)__ (DOCKET)_/_(HEARING)__  BY:(INITIAL)_JDW_
IF GUILTY, EVIDENCE PRESENTED, CONSIDERED, AND REASON(S) FOR DETERMINATION OF
GUILT: A)ADMISSION OF GUILT, (B)OFFICER'S REPORT, C)WITNESS TESTIMONY, D)OTHER.
EXPLAIN IN DETAIL:_____
_____
HEARING LENGTH:__2_(MINUTES)

### PUNISHMENT

LOSS OF PRIV(DAYS)____  REPRIMAND.............._____  SOLITARY(DAYS)........_____
 *RECREATION(DAYS)____  EXTRA DUTY(HOURS)......._____  REMAIN LINE 3........._____
 *COMMISSARY(DAYS)____  CONT.VISIT SUSP THRU __/__/__  REDUC.CLASS FROM __ TO __
 *PROPERTY(DAYS)..____  CELL RESTR(DAYS)......._____  GOOD TIME LOST(DAYS)._____
 *_____(DAYS)._____  SPECIAL CELL RESTR(DAYS)._____  DAMAGES.........$_____.__
SPECIFIC FACTUAL REASON(S) FOR PARTICULAR PUNISHMENT IMPOSED:_____
_Expose himself to femal staff_
_____
CREDIT FOR PRE-HEARING DETENTION TIME? YES(DAYS)____  NO  NA
DATE PLACED IN PRE-HEARING DETENTION: _NA_
INMATE SIGNATURE FOR RECEIPT OF FINAL REPORT: _Gary Green_
_GWSmith_  _____
HEARING OFFICER (PRINT)    WARDEN          STATE CLASS.COMMITTEE MEMBER
(FORM I-47MA)CONTACT YOUR CORRECTIONAL COUNS IF YOU DO NOT UNDERSTAND THIS FORM.
(REV. 03-90) COMUNIQUESE CON SU CONSEJERO CORRECCIONAL SI NO ENTIENDE ESTA FORMA.

TDCJ-ID DISCIPLINARY REPORT AND HEARING RECORD

CASE: 920159377 TDCJ-ID#: 55336  NAME: GREEN,GARY RENARD        EA: 10.1
UNIT: B   HSNG: P-1   25  JOB: LIMITED FIELD 4              IQ: 105
CLASS: S4  CUST: ME  PRIMARY LANGUAGE: ENGLISH   MHMR RESTRICTIONS: YES/NO
GRADE: MI / ACJ  OFF.DATE: 06/03/92  07:00 AM  LOCATION: B  P WING DAYROOM

### OFFENSE DESCRIPTION

ON THE DATE AND TIME ABOVE, AND AT P WING DAYROOM, INMATE GREEN,GARY RENARD,
TDCJ-ID NO. 553362, REFUSED TO TURN OUT FOR HIS WORK ASSIGNMENT WITHOUT A
LEGITIMATE REASON.

CHARGING OFFICER: BERRYHILL, M                SHIFT/CARD: 1 H

### INMATE NOTIFICATION

TIME & DATE NOTIFIED: 1215  6-4-92 BY:(PRINT) K. Hightower COIII
YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE.  YOU HAVE THE RIGHT TO SUBMIT A WRITTEN STATEMENT AND MAKE A VERBAL
STATEMENT.
INMATE NOTIFICATION SIGNATURE: Gary Green      DATE: 6/4/92
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24-HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
INMATE WAIVER SIGNATURE: _____  DATE: _____

### HEARING INFORMATION

HEARING DATE 6-10-92 TIME 2:19
INMATE STATEMENT: _____
_____ I was inmate the info as a walk-in _____
_____

OFFENSE CODES:     | 25.0 |_____|_____|_____|
INMATE PLEA: (G, NG, NONE) | NG |_____|_____|_____|
FINDINGS:  (G, NG, DS)    | G |_____|_____|_____|

### PUNISHMENT

LOSS OF PRIV(DAYS)____   REPRIMAND.......... ____
 *RECREATION(DAYS)____   EXTRA DUTY(HOURS)........ ____
 *COMMISSARY(DAYS) 15__  CONT.VISIT SUSP THRU __/__/__
 *PROPERTY(DAYS)..____   CELL RESTR(DAYS).. ___.__ 15
 *_____(DAYS).____

INMATE SIGNATURE FOR RECEIPT OF FINAL REPORT Gary Green
_____
HEARING OFFICER(PRINT)                    WARDEN

(FORM I-47MI) CONTACT YOUR CORRECTIONAL COUNS IF YOU DO NOT UNDERSTAND THIS FORM.
(REV. 03-90) COMUNIQUESE CON SU CONSEJERO CORRECCIONAL SI NO ENTIENDE ESTA FORMA

TDCJ-ID DISCIPLINARY REPORT AND HEARING RECORD
CASE: 920013957 TDCJ-ID#: 553362 NAME: GREEN,GARY RENARD          EA: 10.1
UNIT: B   HSNG: H-2    32    JOB: REC. 3RD JANITOR 2ND          IQ: 105
CLASS: S3  CUST: MI  PRIMARY LANGUAGE: ENGLISH        MHMR RESTRICTIONS: YES/NO
GRADE: MI / HEK  OFF.DATE: 09/16/91  09:45 AM  LOCATION: B  INFIRMARY

## OFFENSE DESCRIPTION

ON THE DATE AND TIME ABOVE, AND AT INFIRMARY, INMATE GREEN,GARY RENARD, TDCJ-ID
NO. 553362, WAS ORDERED BY MEDICAL STAFF TO GO INTO HIS MEDICAL APPOINTMENT AND
SAID INMATE FAILED TO OBEY THE ORDER.

CHARGING OFFICER: RODRIGUEZ, D                    SHIFT/CARD: 1 L

### INMATE NOTIFICATION

TIME & DATE NOTIFIED: 0612  9-25-91     BY (PRINT) K Belock cath
YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE.  YOU HAVE THE RIGHT TO SUBMIT A WRITTEN STATEMTENT AND MAKE A VERBAL
STATEMENT.
INMATE NOTIFICATION SIGNATURE: X_____   DATE: 9-25-91
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24-HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING
INMATE WAIVER SIGNATURE: X Gary R Green                 DATE: 9-25-91

### HEARING INFORMATION

HEARING DATE: 9-28-91 TIME: 0822
INMATE STATEMENT: _____ I didn't receive a medical appt
_____
_____
_____

| OFFENSE CODES: | 24.0 | | | |
| INMATE PLEA: (G, NG, NONE) | NG | | | |
| FINDINGS: (G, NG, DS) | G | | | |

### PUNISHMENT

LOSS OF PRIV(DAYS)____    REPRIMAND............____
 *RECREATION(DAYS)____    EXTRA DUTY(HOURS)......____
 *COMMISSARY(DAYS)____    CONT.VISIT SUSP THRU __/__/__
 *PROPERTY(DAYS)..____    CELL RESTR(DAYS)........____
 *_____(DAYS)..____

INMATE SIGNATURE FOR RECEIPT OF FINAL REPORT: X Gary R Green
G Brect                                       _____
HEARING OFFICER(PRINT)                        WARDEN

(FORM I-47MI)CONTACT YOUR CORRECTIONAL COUNS IF YOU DO NOT UNDERSTAND THIS FORM.
(REV. 03-90) COMUNIQUESE CON SU CONSEJERO CORRECCIONAL SI NO ENTIENDE ESTA FORMA

## TDCJ-MI DISCIPLINARY REPORT AND HEARING RECORD

CASE: 910028556  TDCJ-ID#: 55 62  NAME: GREEN,GARY RENARD          EA: 10.1
UNIT: B    HSNG: H-2    32    JOB: ORD SEG R 2                    IQ: 105
CLASS: S3  CUST: MI  PRIMARY LANGUAGE: ENGLISH      MHMR RESTRICTIONS: YES/NO
GRADE: MI / RMF  OFF.DATE: 03/06/91  07:15 AM  LOCATION: B  H WING 2 ROW

### OFFENSE DESCRIPTION

ON THE DATE AND TIME ABOVE, AND AT H WING, INMATE GREEN,GARY RENARD, TDCJ-ID NO.
553362, WAS ORDERED BY OFFICER PARISH TO COME OUT FOR SCHOOL AND SAID INMATE
FAILED TO OBEY THE ORDER.

CHARGING OFFICER: PARISH, F                      SHIFT/CARD: 1 E

### INMATE NOTIFICATION

TIME & DATE NOTIFIED: 3-12-91 [ 12     BY:(PRINT) Hamill Cotti
YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE.  YOU HAVE THE RIGHT TO SUBMIT A WRITTEN STATEMENT AND MAKE A VERBAL
STATEMENT.
INMATE NOTIFICATION SIGNATURE: Gary V Green          DATE: 3-12-91
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24-HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
INMATE WAIVER SIGNATURE: _____     DATE: _____

### HEARING INFORMATION

HEARING DATE: 3-14-91  TIME: 10 25
INMATE STATEMENT: _____
_____
_____
_____
OFFENSE CODES:        | 24.0 |      |      |      |
INMATE PLEA: (G, NG, NONE) | N.G. |   |      |      |
FINDINGS: (G, NG, DS) |  G   |      |      |      |

### PUNISHMENT

LOSS OF PRIV(DAYS)____   REPRIMAND................
 *RECREATION(DAYS)____   EXTRA DUTY(HOURS)........
 *COMMISSARY(DAYS)____   CONT VISIT SUSP THRU //
 *PROPERTY(DAYS)..____   CELL RESTR(DAYS)........
 *_____(DAYS)..____

INMATE SIGNATURE FOR RECEIPT OF FINAL REPORT: X Gary Green

John Coyte                              WARDEN
HEARING OFFICER(PRINT)

(FORM I-47MI)CONTACT YOUR CORRECTIONAL COUNS IF YOU DO NOT UNDERSTAND THIS FORM.
(REV. 03-90) COMUNIQUESE CON SU CONSEJERO CORRECCIONAL SI NO ENTIENDE ESTA FORMA

TDCJ-ID  DISCIPLINARY REPORT AND HEARING RECORD

CASE: 920016503 TDCJ-ID#: 553362 NAME: GREEN,GARY RENARD          EA: 10.1
UNIT: B  HSNG: H-2   32    JOB: REC. YARD JANITOR 2ND.          IQ: 105
CLASS: S3  CUST: MI  PRIMARY LANGUAGE: ENGLISH     MHMR RESTRICTIONS: YES/NO
GRADE: MI / RMF  OFF.DATE: 09/20/91  01:00 PM  LOCATION: B  INFIRMARY

## OFFENSE DESCRIPTION

ON THE DATE AND TIME ABOVE, AND AT INFIRMARY, INMATE GREEN,GARY RENARD, TDCJ-ID
NO. 553362, WAS ORDERED BY MEDICAL STAFF TO GO INTO HIS MEDICAL APPOINTMENT, AND
SAID INMATE FAILED TO OBEY THE ORDER.

CHARGING OFFICER: RODRIGUEZ, D.              SHIFT/CARD: 1 L

## INMATE NOTIFICATION

TIME & DATE NOTIFIED: 10.1.9,  7:01    BY:(PRINT) A. N. Prence C.O.
YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE.  YOU HAVE THE RIGHT TO SUBMIT A WRITTEN STATEMENT AND MAKE A VERBAL
STATEMENT.
INMATE NOTIFICATION SIGNATURE: X Gary R. Green        DATE _____
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24-HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
INMATE WAIVER SIGNATURE: _____      DATE: _____

## HEARING INFORMATION

HEARING DATE: 10-9  TIME: 08-2
INMATE STATEMENT: _____ I was Not tired _____
_____
_____
_____
_____

OFFENSE CODES:     | 24.0 |_____|V_____|_____|_____|
INMATE PLEA: (G, NG, NONE) | NG |_____|_____|_____|_____|
FINDINGS:  (G, NG, DS)     | G  |_____|_____|_____|_____|

## PUNISHMENT

LOSS OF PRIV(DAYS)____    REPRIMAND..............____
 *RECREATION(DAYS)____    EXTRA DUTY(HOURS)........____
 *COMMISSARY(DAYS) 15     CONT.VISIT SUSP THRU __/__/__
 *PROPERTY(DAYS)..____    CELL RESTR(DAYS)..........____
 *_____(DAYS)..____

INMATE SIGNATURE FOR RECEIPT OF FINAL REPORT: X Gary R. Green

_____              _____
HEARING OFFICER(PRINT)            WARDEN

(FORM I-47MI)CONTACT YOUR CORRECTIONAL COUNS IF YOU DO NOT UNDERSTAND THIS FORM.
(REV. 03-90) COMUNIQUESE CON SU CONSEJERO CORRECCIONAL SI NO ENTIENDE ESTA FORMA

TDCJ-ID DISCIPLINARY REPORT AND HEARING RECORD

CASE: 910107549 TDCJ-ID#: 535409 NAME: GREEN,ROBERT ANDREW          EA: 1.6
UNIT: B  HSNG: T-1    22 I|S  JOB: HOE SQD 05                        IQ: 061
CLASS: L3  CUST: CC  PRIMARY LANGUAGE: ENGLISH     MHMR RESTRICTIONS: YES/NO
GRADE: MI / GBF  OFF.DATE: 07/17/91  09:00 AM  LOCATION: B  MISCELLANEOUS

## OFFENSE DESCRIPTION

ON THE DATE AND TIME ABOVE, AND AT SOUTH HARDEN BOTTOM, INMATE GREEN,ROBERT
ANDREW, TDCJ-ID NO. 535409, DID FAIL TO COMPLETE A REASONABLE AMOUNT OF HIS WORK
ASSIGNMENT IN THAT HE WAS HITTING THE GROUND ONE TIME WITH HIS GRUBBING HOE,
WHEN IN FACT HITTING THE GROUND FOUR TIMES WITH HIS TOOL WAS A REASONABLE
AMOUNT.

CHARGING OFFICER: MINTER, W                        SHIFT/CARD: 1 S

## INMATE NOTIFICATION

TIME & DATE NOTIFIED: 1:30  7-31-91     BY:(PRINT) W. T. Minter COTM
YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE.  YOU HAVE THE RIGHT TO SUBMIT A WRITTEN STATEMENT AND MAKE A VERBAL
STATEMENT.
INMATE NOTIFICATION SIGNATURE: V Robert Green        DATE: 7-31-91
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24-HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
INMATE WAIVER SIGNATURE: _____  DATE: _____

## HEARING INFORMATION

HEARING DATE 8-5-91  TIME 2:10
INMATE STATEMENT: _____
_____ NO Statement _____
_____

OFFENSE CODES:       | 28.0 |_____|_____|_____|
INMATE PLEA: (G, NG, NONE) | G |_____|_____|_____|
FINDINGS: (G, NG, DS) | G |_____|_____|_____|

## PUNISHMENT

LOSS OF PRIV(DAYS)____   REPRIMAND.................____
*RECREATION(DAYS)____   EXTRA DUTY(HOURS).........____
*COMMISSARY(DAYS) 15   CONT.VISIT SUSP THRU __/__/15
*PROPERTY(DAYS)..____   CELL RESTR(DAYS)..........____
*_____(DAYS)..____

INMATE SIGNATURE FOR RECEIPT OF FINAL REPORT V Robert Green
                                              TE Kuhn
HEARING OFFICER(PRINT) _____      WARDEN

(FORM I-47MI)CONTACT YOUR CORRECTIONAL COUNS IF YOU DO NOT UNDERSTAND THIS FORM.
(REV. 03-90) COMUNIQUESE CON SU CONSEJERO CORRECCIONAL SI NO ENTIENDE ESTA FORMA.

1

2

3

4

5

6

7

8

9

10              State's Exhibit Number 160

11              Parole Board Letter

12                  (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

Mr. & Mrs. Leon & Mary Simpson.
415 Kenand St..
Dallas Texas 75217
(214) 391-8229

Parole Board Members
Post Office Box 128
Beto One Unit
Tennessee Colony, Texas 75880

To whom it my concern;
We are the parents of Gary R. Green #553362, which we plan to see to it be be able to reestablish back in society. We plan to support him in any or all possible ways. Feel free to contact me for any questions or etc...
I look forward to see my son home soon, very soon...
I witnessed to changes within him over the years to grow into a better man or into a man. My son isn't the man he use to be.

Thank you

STATE'S
EXHIBIT
160
PENGAD 800-631-6989

Sincerely
The Simpsons

1
2
3
4
5
6
7
8
9
10                State's Exhibit Number 161

11                   Dr. Martinez Test

12                    (Copy Attached)

13
14
15
16
17
18
19
20
21
22
23
24
25





STATE'S
EXHIBIT
161

20

1

2

3

4

5

6

7

8

9

10            State's Exhibit Number 162

11                Dr. Martinez Test

12                 (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25





```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10              State's Exhibit Number 163
11                 Dr. Martinez Test
12                  (Copy Attached)
13
14
15
16
17
18
19
20
21
22
23
24
25
```

# TRAIL MAKING

2 50; – Avs

## Part A



SAMPLE





1

2

3

4

5

6

7

8

9

10          State's Exhibit Number 164

11                Trails A Test

12              (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



1

2

3

4

5

6

7

8

9

10          State's Exhibit Number 165

11              Trails B Test

12             (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 166

11                    Dr. Goodness Documents

12                         (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

# Dr. Goodness & Associates

## A Clinical and Forensic Psychology Practice

---

121 Olive Street
Keller, Texas 76248

(817) 379-4663
Facsimile (817) 379-0320

January 12, 2010

Gilbert Martinez, Ph.D.
South Texas Neuropsychological Associates, PLLC
3603 Paesanos Parkway
Suite 300
San Antonio, TX 78231

**Re: Gary Green, Cause No: F09-59380**

Dear Dr. Martinez:

Thank you for agreeing to evaluate Gary Green. Mr. Green is currently housed at the Dallas County Jail. Contact the Deputy Porforio Limones when you are ready to schedule the evaluation. I suggest requesting an office in the jail medical facility or staff meeting room. Should they present the defendant in shackles, please request that those be removed in order to prevent test invalidation. I do not anticipate that this will be a problem.

**Please do not discuss the alleged offense with the defendant.** You are not being asked to opine about any issue related to mental state at the time of the offense, or other strictly forensic issue. Instead, please conduct a thorough neuropsychological examination and issue a report detailing his social history, test results and your opinions regarding the following questions:

➢ Does the defendant possess any neuropsychological deficits?

    o If so, what is the extent and nature of the deficits?

    o How might the deficits affect his daily functioning, decision making ability and life choices?

    o Does the defendant have any attention or concentration deficits that would negatively impact his ability to participate meaningfully in a trial where his death is being sought?

STATE'S EXHIBIT 166

➢ Does the defendant possess any mental health diagnoses?

    o   Are there any indications of a psychotic disorder?

    o   Is the defendant a person with Mental Retardation?

➢ Please pay particular attention to effort to ensure the validity of your test results.


    I look forward to receiving your findings. Please let me know if you have any questions regarding the referral issues. Should you not receive a court order appointing you to this case, please contact Paul Johnson at (214) 202-8461.

Regards,

*Kelly R. Goodness, Phd.*

Kelly R. Goodness, Ph.D.
Clinical and Forensic Psychologist
License# 3-1223

KG/wp

CC:    Paul Johnson

# *Dr. Goodness & Associates*

## *A Clinical and Forensic Psychology Practice*

121 Olive Street
Keller, Texas 76248

(817) 379-4663
Facsimile (817) 379-0320

**Collateral Interview Summary – Nysasno Carter, the defendant's half-brother**

**June 14, 2010 – Dallas County Courthouse**

**The State of Texas vs. Gary Green**

- ➢ Nysasno now works for himself running two trucks. He does both short and long haul. He employs others.
- ➢ In the past, Nysasno has worked for his stepfather doing remodeling work, just as Gary did. Gary would become very jealous that Nysasno would bring home a paycheck from that work, though Gary frequently refused to go to the jobsite, or when he did go he was very clumsy and had no ability to follow the directions for even simple carpentry skills. Nysasno does not believe that Gary deliberately messed up jobs, rather he was incapable of being competent at the job.
  - o Gary was not able to perform basic tasks of carpentry, such as measuring wood and cutting it to the length needed. He would be shown how to do something over and over again, but couldn't do it. He was able to talk about doing a task, but he was never able to apply the principals he was taught.
- ➢ Nysasno also worked with Gary at Wal-Mart. Gary did a good job there as a night crew supervisor. At least he did so at first, but ended up not doing what was required of him or leaving before his shift was done. The managers began to ask Nysasno what was wrong with his brother. He didn't know what to tell them. Gary just seemed to flake out, and he has decline "from that point on over the years." That was when he was about 27 or 29.
- ➢ Other examples of Gary doing a bad job or just simply not understanding what was being taught to him involve their father teaching them to change the oil in a vehicle. Gary put the oil in a gas tank, seeming to truly believe that was what he was supposed to do. Nysasno believes that Gary has needed help since Nysasno was 9 years of age.
  - o Gary has always believed that somebody was out to get him.
  - o Gary talks to himself and you would swear someone was in the room with him. Nysasno would ask him who he was talking to and Gary would get defensive.
  - o At times, Gary talks and does not make sense. If Nysasno asks him questions to see if he is oriented, such as where he is, Gary gets mad. Nysasno sometimes asks him if he is drinking or high since he is not making sense, and Gary defensively responds "Are you drinking or high?"

> Gary frequently would withdraw into himself. Gary was always seen by others as being mad or acting crazy. A number of Nysasno's friends have mentioned that Gary was crazy. Some days they were scared to approach him. Those individuals include Rodney Haines, Levy Smith, Corey Foster, Jones Jernigan and Keith Perkins. (**NOTE**: *The private investigator should interview these individuals.*)

> Gary frequently seemed to say the opposite of what he should be saying.

> Gary frequently stated "No one ever understands me." He always talked about being stressed.

> Gary frequently perseverated on issues of death.

> Nysasno sees his brother as having at least three different personalities and frequently would ask Gary which one he "was dealing with today." You never knew how he was going to respond.

> Nysasno believed on numerous occasions that Gary should go to hospital and told him so. Gary was resistant. He does believe he received some kind of treatment during his incarceration.

> Gary always complained of being tired.

> Nysasno believes that Gary wants to die now and will deliberately do nothing to help himself in his case.

> Gary frequently "would just be staring at me" as if no one where home. He would shut down for no reason and have a zombie-like stare.

> On at least two occasions, Nysasno was speaking with Gary on the phone. They had no argument or problem, but Gary would simply put the phone down without warning. It was nonsensical.

> Nysasno felt that Gary's father and him were the same. Nysasno allowed his father to stay at Nysasno's home once and all he wanted to do was watch movies all day long and he seemed to act like Gary.

> Nysasno described loose associations.

> Gary never seemed invested in anything and never seemed like anything went right for him. He always said that no one would understand him, just as their father did.

> Gary frequently would not tell their mother much of anything of import because she always told him he was just like his father.

> When their father was on life support, Gary opened up and told him he hated him. He was crying and then their father passed. Gary hated their father for not being there for them. Nysasno has tried to get Gary to see that he needs to be there for his own children.

> Nysasno spend four and a half years in prison for aggravated robbery. He was out in 1997.

> Gary has asked Nysasno to get his son's name changed so Gary's action would not affect him. The child's teacher told him his daddy was a baby killer and the child threw a stapler. Gary being where he is for what he is there for is affecting the children.

> Jaden, Gary's daughter, appears to also have mental health problems. "She's different than my kids. She reminds me of him." She frequently forgets what she is doing. Loud noises bother her a lot, just like they do Gary.

> As children, Gary had difficulty accepting Mr. Carter as his stepfather. It was the typical stepchild mode, stating that his stepfather "ain't my father." Nysasno was disappointed with Gary for this because Mr. Carter was always kind to them. The arguments never got out of hand.

- ➢ Nysasno never knows how Gary is going to be. One minute you're having a regular conversation with him and then an hour later he's talking about how tired and depressed he is when he wasn't an hour before. Nysasno describes him as frequently "going off the deep end."
- ➢ In terms of family history of mental illness, Gary's paternal aunt, Pearlie Carter, was on many medications, though Nysasno is not sure what these were for.
- ➢ Gary has "ups and downs, highs and lows."
- ➢ Nysasno sees his brother and book smart, but he can't apply any concepts.
- ➢ All Nysasno knows about Gary's prior criminal history with Jennifer is that he took her to a park, tied her up and stabbed her. He threw her in a creek. He drove around and went back and took her to the hospital.
- ➢ Nysasno believes that Lavetta filing for divorce initiated the offense. Gary has told him he does not know why he stabbed the baby other than Lavetta grabbed the baby.
- ➢ After the offense, Nysasno spoke with Gary around 6:30 or 7 p.m. and asked what happened. Gary said he was cleaning up. Nysasno could tell he was not in the right frame of mind. He looked like death. He was aglow with death. He was not responding even when the police spoke with him.
    - o He kept saying he was tired of living.
- ➢ When Gary was first incarcerated, he became Muslim, but then he reconverted when he got it.
- ➢ Always wondered "what frame of Earth am I dealing with today" with Gary.
- ➢ He considered forcefully taking Gary to the hospital and instead repeatedly spent time talking to him about going to the hospital. Gary agreed multiple times but by the time morning would roll around would not go.
- ➢ He was not surprised with Gary went to Timberlawn.


## Nysasno Carter (defendant's half-brother)

- ➢ Family History:
    - o From the interview, it is known that Mr. Carter has children.
- ➢ Occupational History:
    - o Mr. Carter worked for his step-father, Mr. Sampson, doing remolding work as an adolescent.
    - o Mr. Carter worked at Wal-Mart about the same time the defendant.
    - o Mr. Carter now either works for or runs and owns a trucking company.
- ➢ Criminal History:
    - o Mr. Carter has been incarcerated one reported time for four years. He was released in 1997.


## Defendant's Family History:

➢ The defendant's father at the time lived in Fort Worth, Texas. He is reported to have acted just as Mr. Green did. He would "go off the deep end" like Mr. Green and couldn't apply concepts but was "book smart." He is now deceased.

➢ From the interview with Mr. Carter, it is known that the defendant has three daughters, one of which is now deceased, and a son, Gary Jr.

## Defendant's Mental Health History:

➢ Mr. Carter reports that the defendant suffers from depression and from times of highs and lows. "He has his ups and downs."

    o Reportedly, one minute the defendant would be having regular conversation and then an hour later begin talking about how tired and depressed. Mr. Carter explained it as "going off the deep end."

➢ Mr. Carter stated that the defendant talked about harming himself often and about always being tired.

    o The defendant now wants to die by doing nothing to help his case.

➢ It was reported that the defendant used marijuana.

➢ During a pervious incarceration, the defendant is reported to have been seeing a mental health professional, possibly a psychiatrist.

    o Mr. Carter had reason to believe that the defendant on numerous occasions should go to a hospital and receive some type of treatment.

➢ Mr. Carter reports of believing that the defendant had "three different personalities" and would frequently ask Mr. Green which one is he "dealing with today."

➢ "No one ever understands me" was a common statement made by the defendant to Mr. Carter and his mood or topic of discourse would be about death.

➢ Mr. Carter reported that the defendant acted as if someone was always out to get him.

➢ The defendant is reported to have been rebellious as an adolescent. Mr. Carter reports of the defendant entering "a typical step-child mode" and stating to his step-father, Mr. Sampson, "You ain't my father." Once Ms. Sampson became involved in these arguments though, it was reported that things would reconcile and the defendant would speak again to his step-father and things would be "normal".

➢ The defendant would withdrawal to himself a lot.

➢ The defendant reportedly would talk to himself and hear voices.

➢ Word salad is a reported symptom suffered by the defendant.

➢ Mr. Carter reported that the defendant and he had two dogs together, as children, and Mr. Green and a friend Marcus set fire to the dogs.

➢ The defendant was seen by other as always being mad or "crazy."

➢ Adaptive Functioning:

- o The defendant was unable to perform basic tasks such as measure wood and cut the length needed. After being show how to do something, Mr. Carter reported, it seemed he wasn't able to do it by himself. He was able to talk about doing something but was never able to apply the principle.
- o The defendant was seen as clumsy to Mr. Carter.

> Family History of Mental Illness:

- o The defendant's 7-year-old daughter is reported to experience attention difficulties.
- o The defendant's father's sister, Pearly Carter, is reported to be only many medications but Mr. Carter is unsure of what all these medications are used for.

## Defendant's Occupational History:

> The defendant is reported to have worked with Mr. Carter as an adolescent for Mr. Sampson doing on the side jobs of remodeling.

- o Mr. Carter states that the defendant would go but leave soon after going to the job site, never completing his day of work.
- o The defendant never was capable of doing the tasks required of this job.

> Worked at Wal-Mart as a night crew supervisor.

- o Even though it was reportedly a good opportunity for the defendant, he ended up not doing what was required of him and he ended up showing up to work but leaving before it was the end of his shift.

## Defendant's Educational History:

> The defendant was reported to be "book smart".

> "When he really wanted to do something, he'd do well in school, like cross country or track."

## Defendant's Criminal History:

> Mr. Carter reported that all he knew about an incident with a Jennifer was that "he took her to the park, tied her up, stabbed her, and threw her in the creek. He rolled around, went back and took her to the hospital."

## Information Pertaining to the Offense (reported by Mr. Carter):

> A divorce filing was the initiating event of the offense.

➢ It was stated that "she grabbed the baby" and he "doesn't know why he stabbed the baby."

1

2

3

4

5

6

7

8

9

10              Defendant's Exhibit Number 1

11                    Tylenol Package

12      (Not Attached - Retained by Physical Evidence Clerk)

13                   (Photo attached)

14

15

16

17

18

19

20

21

22

23

24

25



26

1

2

3

4

5

6

7

8

9

10              Defendant's Exhibit Number 2

11                   Inmate Records

12                   (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



TEXAS DEPARTMENT OF CRIMINAL JUSTICE

# OFFICE OF THE INSPECTOR GENERAL

John M. Moriarty
Inspector General

September 28, 2009

Lt. Jim Spurger
Investigation Division
Dallas District Attorney's Office
133 N. Industrial Blvd. LB 19
Dallas, Texas 75207-4399

RE: Gary R. Green, TDCJ# 553362, DOB 3.14.1971

Dear Lt. Spurger,

The Office of the Inspector General (OIG) has received your Grand Jury Subpoena Duces Tecum in the above named matter.

Please be advised that, after a thorough search of our records, we have found one case that is responsive to your subpoena. Please note that the OIG has attached Criminal Case Number 1994-0029 and a Business Records Affidavit.

Sincerely,

Open Records Section
Office of the Inspector General



Enclosures

**OFFICE OF THE INSPECTOR GENERAL**
**2503 Lake Road, Suite 5 • Huntsville, Texas 77340 • Phone (936) 437-5184 • Fax (936) 438-8443 • Email: oig@tdcj.state.tx.us**

IL-0620 (07/2005)



### TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INTERNAL AFFAIRS DIVISION

# CRIMINAL CASE INFORMATION WORKSHEET

(1) **94-0029TDCJ**    (2) **B1**    (3) **01-09-94**    (4) **01-19-94**
CRIMINAL CASE NUMBER (assigned by CASE MANAGEMENT) / UNIT OR LOCATION / DATE OF OFFENSE / DATE CASE OPENED (assigned by CASE MANAGEMENT)

(5)

| VICTIM, COMPLAINANT, OR WITNESS | V/C/W | TDC NUMBER / RANK | DOB | RACE | SEX | SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|---|
| **ASHFORD, KEVIN W.** | **V** | **CO3** | **04-09-70** | **W** | **M** | **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** |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

(6)

| SUSPECT'S NAME | TDC NUMBER / RANK | DOB | RACE | SEX | SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|
| **GREEN, GARY RENARD** | **553362** | **03-14-71** | **B** | **M** | **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** |
| | | | | | |
| | | | | | |

(7) <u>INMATE GREEN THREW HIS FOOD TRAY AT OFFICER ASHFORD STRIKING ASHFORD IN THE</u>

<u>ABDOMEN WITH THE TRAY. GREEN THEN ATTACKED ASHFORD, KICKING HIM IN THE LEFT</u>

<u>FOOT..</u>

SUMMARY OF OFFENSE

(8) EXACT LOCATION OF INCIDENT: <u>BETO I</u>

(9) VIOLATION OF STATE STATUTE(S): <u>22.02 AGG ASSAULT</u>

WHICH IS A <u>3rd</u>    DEGREE FELONY   or   A CLASS _____ MISDEMEANOR.

(10) INVESTIGATOR INITIALS: <u>JDV</u>

REQUEST FOR CASE OPENING

|  | Concur | Non-Concur | ( ) |
|---|---|---|---|
| TEAM CHIEF/C.I.O./C.I. | | | ( ) |
| INVESTIGATOR SIGNATURE          DATE | | | ( ) |
| A.D.I.A.D./C.I.O.B./C.I.A.S.E. | | | ( ) |

Photocopy of OIG Case File Dallas CV-CIA-Comply
Date sent: 9/28/09     Sent by: cs
Office of the Inspector General–Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Approved

IA-03C (Rev. 02/92)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
**INTERNAL AFFAIRS DIVISION**

## OFFENSE/INVESTIGATIVE REPORT

| OFFENSE | | CLASSIFICATION | IAD CASE NUMBER: |
|---|---|---|---|
| Aggravated Assault (PC 22.02) | | Felony | 94-0029TDCJ |

| LOCATION OCCURRED | COUNTY IN WHICH OFFENSE OCCURRED. | TYPE OF PREMISES: |
|---|---|---|
| Beto 1 Unit | Anderson | State Prison |

| DATE: | TIME: | DAY: | DATE REPORTED: | TIME REPORTED: | RECEIVED BY: |
|---|---|---|---|---|---|
| 01-09-94 | 11:45 A.M. | Thursday | 01-09-94 | 11:50 AM | LT. J. VANDERWERFF |

| PERSON REPORTING OFFENSE: | ADDRESS: |
|---|---|
| ASHFORD, Kevin, CO3 | Box 128 Tennessee Colony, Texas 75880 |

| BUSINESS PHONE: | RESIDENCE PHONE: |
|---|---|
| (903) 928-2217 | NA |

| VICTIM #1 NAME: (Last, First, MI) | ADDRESS: |
|---|---|
| ASHFORD, Kevin W. | Box 128 Tennessee Colony, Texas 75880 |

| BUSINESS PHONE: | RESIDENCE PHONE: |
|---|---|
| (903) 928-2217 | NA |

| OCCUPATION: | RACE: | SEX: | DOB: | EMPLOYED BY: |
|---|---|---|---|---|
| Corrections Officer | W | M | 04-09-70 | TDCJ-ID |

| VICTIM #2 NAME: (Last, First, MI) | ADDRESS: |
|---|---|
| | |

| BUSINESS PHONE: . | RESIDENCE PHONE: |
|---|---|
| | |

| OCCUPATION: | RACE: | SEX: | DOB: | EMPLOYED BY: |
|---|---|---|---|---|
| | | | | |

| SUBJECT #1 NAME: (Last, First, MI) | ADDRESS: |
|---|---|
| GREEN, Gary R. | Box 128 Tennessee Colony, Texas 75880 |

| SEX: | RACE: | DOB: | HEIGHT: | WEIGHT: | BUILD: | HAIR: | EYES: | COMPLEXION: | TDCJ-ID or SOCIAL SECURITY NUMBER: |
|---|---|---|---|---|---|---|---|---|---|
| M | B | 3-14-71 | 6-2 | 228 | Stocky | Blk | Bro | Dark | 553362 |

| TDCJ EMPLOYEE? | EMPLOYEE JOB TITLE: | EMPLOYEE JOB LOCATION: |
|---|---|---|
| YES / NO [X] | | |

| TDCJ INMATE? | PAROLEE? | SUBJECT #1 ADDITIONAL INFORMATION: |
|---|---|---|
| YES [X] / NO | YES / NO | |

| SUBJECT #2 NAME: (Last, First, MI) | ADDRESS: |
|---|---|
| | |

| SEX: | RACE: | DOB: | HEIGHT: | WEIGHT: | BUILD: | HAIR: | EYES: | COMPLEXION: | TDCJ-ID or SOCIAL SECURITY NUMBER: |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| TDCJ EMPLOYEE? | EMPLOYEE JOB TITLE: | EMPLOYEE JOB LOCATION: |
|---|---|---|
| YES / NO | | |

| TDCJ INMATE? | PAROLEE? | SUBJECT #1 ADDITIONAL INFORMATION: |
|---|---|---|
| YES / NO | YES / NO | |

| DRUG RELATED? | TYPE: | AMOUNT: |
|---|---|---|
| YES / NO [X] | | |

| BOOKED? | LOCATION: | BOND: | PROPERTY SEIZED/CONFISCATED? IF YES, DESCRIBE: |
|---|---|---|---|
| YES / NO [X] | | | YES / NO |

SUMMARY: Officer ASHFORD ordered Inmate GREEN out of the dining hall. Inmate GREEN threw his tray on a table which struck Officer ASHFORD. Inmate GREEN then kicked Officer ASHFORD in the left shin.

TEAM CHIEF INITIAL _____

CIOB INITIAL _____

INVESTIGATOR _____ DATE: _____

APPROVING AUTHORITY _____ DATE: _____

Photocopy of OIG Case to: Dallas Cty. DA -J. Spurger
Office of the Inspector General-Records Release Section

OFF-RPT (Rev.09/93.)

Supplemental Offense Report
Case # 94-0029TDCJ
February 25, 1994
Page 3

Officer ASHFORD sustained the following injuries:

1. Minor abrasion to the right knee.

2. Minor abrasion to the left knee.

3. Minor abrasion to the left elbow.

4. Minor abrasion to the left shin.

Inmate ASHFORD required no hospitalization for his injuries.

## VICTIM STATEMENT:

CO3 ASHFORD stated that on January 9, 1994, he was on C-side of the North inmate dining hall. He said that he approached and stopped Inmate Gary GREEN and told him to leave the dining hall and meet with Lieutenant McDOWELL in the hallway. CO3 ASHFORD stated that Inmate GREEN threw his food tray at ASHFORD, striking ASHFORD in the middle to lower body with the tray. ASHFORD further stated that Inmate GREEN then moved toward him aggressively, and then Inmate GREEN kicked ASHFORD in the left shin.

## SUSPECT STATEMENT:

Inmate GREEN was interviewed at Beto 1 Unit on February 3, 1994. Prior to questioning, Inmate GREEN was advised of his rights under the provisions of the Miranda Warning. Inmate GREEN indicated that he understood his rights verbally and by initialing and signing a Miranda Warning form. Inmate GREEN voluntarily waived his rights and made a verbal statement. Inmate GREEN declined to reduce his statement to writing. Inmate GREEN stated that Officer ASHFORD had been constantly giving him trouble since GREEN asked for a witness statement in December 1993. Inmate GREEN stated that on January 9, 1994, he was standing in the serving line when Officer ASHFORD approached him and walked beside him until GREEN attempted to sit at a table. GREEN stated that Officer ASHFORD ordered GREEN out of the dining hall for no apparent reason. GREEN stated that he argued with Officer ASHFORD briefly, but dropped his tray on a table and turned to leave the dining hall as ordered. GREEN stated that Officer ASHFORD grabbed him from behind and put him in a choke hold. Inmate GREEN stated that he was restrained by Officer ASHFORD and two other officers whom he could not identify. GREEN denied that he threw his tray at Officer ASHFORD or that he kicked Officer ASHFORD.

Photocopy of OIG Case to: Dallas Cty. DA-J. Spurger
Date sent: 9/28/09          Sent by: ce
Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Texas Department of Criminal Justice
**INSTITUTIONAL DIVISION**

## Inter-Office Communications

To _Use of Force_     Date _1-9-94_

From _K. Ashford CO III_     Subject _Officer Assault by_
_I/m Green, Craig #553362_

On 1-9-94 at appx 1145 hrs I officer Ashford, K CO III
was on C-side in the north Dayhall when inmate
green during the course of me ordering said inmate
to go to the Hallway and talk with Sgt. McDowell
threw his tray at me striking me in the mid to
lower body and during the time after that he was
coming toward me in an aggressive manner at
which time he kicked me in the left shin.

462597754
K. N—— CO III



STATE'S
EXHIBIT
158

PENGAD 800-631-6989

Photocopy of OIG Case to:  Dallas Cty. DA – J. Spurger
Date sent: 9/28/09          Sent by: ce
Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

SO-4

2

Texas Department of Criminal Justice
**INSTITUTIONAL DIVISION**

# Inter-Office Communications

To _Use OF Force_         Date _01-09-94_

From _J Williams CoIII_         Subject _Assault CoIII Ashford_

ON 01-09-94 at Aprox 1145 I, CoIII J Williams, saw
that Officer K Ashford was having A verbal conflict with inmate
Green Gary 553362. As I Approached the Area Inmate Green
threw his tray on the table scattering Food All over the
Floor And table. As inmate Green threw the tray I heard
some inmates yelling behind me so I turned in that directi.
I turned back in Ashfords direction I saw that he was
Attempting to restrain inmate Green. I then went to Assist
Officer Ashford And we Attempted to get Inmate Green to the
Floor both Physically And verbally. Inmate Green continued
to resist at which time I backed off And hit him
near the knees with my shoulder at which time All
three OF us went to the floor, Office J Dennis then
Arrived with handcuffs And gave them to Officer Ashford who placed
them on inmate green As Officer Dennis & I restrained inmate.
Officer Skains then escorted Inmate Green from dinning
Area with no futher incide

Photocopy of OIG Case to: Dallas Cty. DA—J. Spurger
Date sent: 9/28/09          Sent by: ce
Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

456-58-7

J Williams

J William

80-4

3

Texas Department of Criminal Justice
**INSTITUTIONAL DIVISION**

## Inter-Office Communications

To _USE of Force._     Date _1-9-94_

From _Officer Skains, Terry_     Subject _Incident in North Chowhall_

ON 1-9-94 Officer Skains, Terry was working D-Side North Chowhall when A incident Incident occured on C-Side North Chowhall. involving officers and a Inmate. I went to assist and notified the Door Boss. When I arrived the officers Ashford, Kevin, and Williams, James. had the Inmate Restrained. I then escorted the Inmate out of the Chowhall, then to Emergency Room for Physical, then to R-Wing showers Area. I then Removed the handcuffs with No Futher Incident occured.

Photocopy of OIG Case to: Dallas Cty. DA –J. Spurger
Date sent: 9/28/09     Sent by: ce
Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

SO-4       4

1

2

3

4

5

6

7

8

9

10          Defendant's Exhibit Number 3

11             DISD School Records

12               (Copy Attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

# BUSINESS RECORDS AFFIDAVIT

Before me, the undersigned authority, personally appeared _Susy Green_,
Who, being by me duly sworn, deposed as follows:

My name is _Belia Davis_, I am of sound mind, capable of making
this affidavit, and personally acquainted with the facts herein stated:

I am the custodian of the records of _Student Review Denve_
Attached hereto are __7__ pages of records from _Dalla DSD_
These said __7__ pages of records are kept by Dallas Independent School District in the
regular course of business, and it was the regular course of business of _Dalla DSD_
For an employee or representative of _Student Review_ with knowledge of the act, event,
condition, opinion, or diagnosis, recorded to make the record or to transmit information
there of to be included in such record; and the record was made at or near the time or
reasonably soon thereafter. The record attached hereto are the original or exact
duplicates of the original.

_Belia J. Davis_
Affiant

SWORN TO AND SUBSCRIBED before me on the _12th_ day of _January_,
2009.
10

_Barbara G. Wright_
Notary Public, State of Texas

My commission expires: _Feb. 7, 2010_

NOTARY PUBLIC
STATE OF TEXAS
BARBARA G. WRIGHT
Notary Public, State of Texas
My Commission Expires
February 07, 2010

DEFENDANT'S
EXHIBIT
3
PENGAD 800-631-6989



STUDENT'S NAME [illegible handwriting] RESIDENCE [illegible handwriting]

MOTHER'S NAME [illegible handwriting]

FATHER'S NAME [illegible handwriting]

## FALL — GRADE 7

I.D. NO 017 513905 GRADE 08 RACE N
NAME GREEN, GARY R SCHOOL YR 85/86
SCHOOL H GRADY SPRUCE SEMESTER FALL

| SUBJECT | 1 | 2 | 3 | EXAM | SEM | CRED | TEACHER |
|---|---|---|---|---|---|---|---|
| LANG ARTS 8 | 50 | 70 | 60 | 50 | 58 | NO | |
| READING IMPRV 8 | 70 | 86 | 87 | 50 | 73 | 0.0 | |
| U.S. HIST CTZ 8 | 50 | 70 | 78 | 70 | 67 | NO | |
| MATH 8 | 50 | 75 | 76 | 69 | 68 | NO | |
| EARTH SCI 8 | 70 | 50 | 70 | 72 | 66 | NO | |
| HMB FOODS LAB | 81 | 82 | 79 | 74 | 79 | 0.0 | |
| OCCUP INVEST | 60 | 70 | 100 | 88 | 80 | 0.0 | |

| ENTERED | SEM END/WD | ABS | SEM GPA | SEM CR | CUM GPA | CUM CR |
|---|---|---|---|---|---|---|
| | | | 0.0 | 0.0 | | |

MAKE UP

MAKE UP

## SPRING — GRADE 7

I.D. NO 017 513905 GRADE 08 RACE N
NAME GREEN, GARY R SCHOOL YR 85/86
SCHOOL H GRADY SPRUCE SEMESTER SPRG

| SUBJECT | 1 | 2 | 3 | EXAM | SEM | CRED | TEACHER |
|---|---|---|---|---|---|---|---|
| LANG ARTS 8 | 59 | 64 | 50 | 50 | 56 | NO | |
| U.S. HIST CTZ 8 | 76 | 72 | 81 | 74 | 76 | 0.0 | |
| MATH 8 | 77 | 83 | 79 | 64 | 76 | 0.0 | |
| EARTH SCI 8 | 70 | 70 | 73 | 72 | 71 | 0.0 | |
| THEAT ART 8 INT | 95 | 100 | 90 | 75 | 90 | 0.0 | |
| PHY EDUC 8 | 90 | 89 | 93 | 72 | 86 | 0.0 | |
| EXP IND ARTS II | 89 | 85 | 78 | 80 | 83 | 0.0 | |

| ENTERED | SEM END/WD | ABS | SEM GPA | SEM CR | CUM GPA | CUM CR |
|---|---|---|---|---|---|---|
| | | | 0.0 | 0.0 | | |

MAKE UP

MAKE UP

## ADDITIONAL STUDENT DATA

### TRANSCRIPTS SENT

| DATE | TO |
|---|---|
| | |

F513905 GREEN GARY RENARD M B 03/14/71

# PUPIL'S CUMULATIVE RECORD

DALLAS INDEPENDENT SCHOOL DISTRICT, DALLAS, TEXAS

RACE 1 Anglo (2) Black 3 M/A 4 Orient 5 Am. Ind 6 Other

Name: Green (Last), Gary (First), R (Middle) Sex: (M) F Birth Date: 3 (Month) 14 (Day) 71 (Year) Birth Place: Dallas (City), Texas (State)

Authority for Birth Record: Bus # 28156

Father: ____ (Last, First, Middle) Mother's Maiden Name: Green, Lee Mary (Last, First, Middle) Mother's Present Name: Carter, Lee Mary (Last, First, Middle)

Guardian: ____ Relation: ____ Father's Birthplace: ____ Mother's Birthplace: ____

With Whom Does Child Live? mother Last School Attended Before Coming to Dallas: ____ (Name, City, State) Years in School Before This Year: 0

| Session | Father's Step-Father's Home Address | Where Father Step-Father Works | Mother's Step-Mother's Home Address | Where Mother Step-Mother Works | No. | Other Children in the Family | Birth Date |
|---|---|---|---|---|---|---|---|
| Fall 76 | | | 7249 S. Loop 12 #2079 | Parkland Hospital | 1 | Nybasno Renard Carter | 9-14-75 |
| 77-78 | | | 7249 S. Loop 12 [illegible] | House [illegible] | 2 | | |
| 78-79 | | | 4966 St. Regis | [illegible] | 3 | | |
| 79-80 | | | [illegible] | [illegible] | 4 | | |
| 79-80 | 415 Kanawa | WCS Construction | 7901 Pond | Hilton | 5 | | |
| 80-81 | | Oklahoma Drywall | 415 Kanawa | [illegible] | 6 | | |
| | | | | | 7 | | |

Father's Business Telephone No. (1) [illegible] (2) [illegible] (3) (4) (5)
Mother's Business Telephone No. (1) 630-1700 (2) 827-5964 (3) 333-2271 (4) [illegible] (5)

81-82 415 Kanawa, Oklahoma Drywall, 415 Kanawa
82-83 415 Kanawa, Ext. 28 [illegible] Oklahoma Drywall

## SCHOOL HISTORY

| | K Fall 1 | K Fall 2 | K Winter 3 | K Winter 4 | K Spring 5 | K Spring 6 | 1st Fall 1 | 1st Fall 2 | 1st Winter 3 | 1st Winter 4 | 1st Spring 5 | 1st Spring 6 | 2nd Fall 1 | 2nd Fall 2 | 2nd Winter 3 | 2nd Winter 4 | 2nd Spring 5 | 2nd Spring 6 | 3rd Fall 1 | 3rd Fall 2 | 3rd Winter 3 | 3rd Winter 4 | 3rd Spring 5 | 3rd Spring 6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Address | 7249 S. Loop 12 #2079 | | same | | same | | 7249 [illegible] | | | | | | | | 4966 St. Regis | | | | 2966 St. Regis | | | | | |
| Address | | | | | | | | | | | | | | | | | | | 7901 Pond | | | | | |
| Telephone | 371-9530 | | 371-9530 | | same | | 371-7530 | | | | | | | | | | | | 10-22-79 | | | | | |
| Date Entered | 8-20-76 | | | | | | | | | | 1-23-78 | | | | 8-28-78 | | | | 5-27-79 | | | | | |
| Date Dropped | | | | | | | | | | | | [illegible] | | | | | | | | | | | | |
| Assigned to | KA | KA | KA | KA | KA | KA | 1F | 1F | | | | 1B | | | 2-C | | | | 2 | 3A | | | | |
| 1st Report Teacher | Merryal | Merryal | Metzal | Metzal | → | | Daugherty → | | | | | | | | Huitt | | | | Cosems | Schad | Michael | | | Michael |
| 2nd Report Teacher | | | | | | | | | | | Whittaker | 6 5 | | | | | | | | | Michael | | | |
| 3rd Report Teacher | | | | | | | | | | | | | | | | | | | | | | Michael | | |
| School Code No. | 249 | 249 | 249 | 249 | 246 | 244 | 249 | 249 | No | 389 | 389 | 389 | | | 389 | | | | 389 | 233 | 233 | 233 | 233 | 233 |
| School Name | K.C. Buckner | K.C. Buckner | → | | → | | Buck → | | grades | Ireland | Ireland | | | | | | | | | Blair | | | | |
| Days Present | 24 | 24 | 11 | 25 | 25 | 22 | 23 | 24 | \| | 22 | 25 | 25 | 29 | 28 | 25 | 25 | 24 | 26 | 29 | 23 | 27 | 27 | 27 | 26 |
| Days Absent | 5 | 5 | 13 | 4 | 5 | 12 | 6 | 5 | \| | 5 | 5 | 5 | 1 | 1 | 5 | 5 | 5 | 4 | 1 | 1 | 2 | 2 | 2 | 3 |
| Communications (Gr) | Satisfactory | Satisfactory | Satisfactory | Satisfactory | Satisfactory | Satisfactory | 4 | 3 | \| | | | | 4 | 4 | | | | | 3 | 3 | 3 | 3 | 3 | 3 |
| Basic Concepts | | | | | | | | | | | | | | | | | | | | | | | | |
| Aural (listening) | | | | | | | | | | | | | 3 | 3 | | | | | | | | | | |
| Oral language | | | | | | | | | | | | | 3 | 3 | | | | | | | | | | |
| Visual | | | | | | | | | | | | | | | | | | | | | | | | |
| Motor | | | | | | | | | | 3 | 4 | 4 | 4 | 4 | 4 | | | | | | | | | |
| Reading (if applicable) | | | | | | | | | | | | | 4 | 4 | | | | | 3 | | 4 | | | |
| Writing | | | | | | | 3 | 3 | | | | | 3 | 3 | | | | | | | | | | |
| Handwriting | | | | | | | | | | | | | | | | | | | | | | | | |
| Spelling | | | | | | | | | | | | | 4 | 4 | 4 | 4 | 4 | 4 | 3 | | | | | |
| Social Studies (Gr) | | | | | | | 3 | 3 | | 3 | 3 | 3 | 3 | 3 | 4 | 4 | 4 | 4 | 3 | 3 | 3 | 3 | 3 | 2 |
| Mathematics (Gr) | | | | | | | 4 | 3 | | 3 | 4 | 4 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 4 | 3 | 4 | 4 | 4 |
| Health Science (Gr) | | | | | | | 3 | 3 | | 3 | 3 | 3 | 3 | 3 | 4 | 4 | 4 | 4 | 3 | 3 | 3 | 3 | 3 | 4 |

25 × 10 32

# REQUEST FOR REVIEW OF STUDENT RECORD

Name of Student _Green, Gary L._ I.D.# _513905_

Student's Picture

To the Principal: _____

School _____

I, _____
*(Name of Person Requesting Record)*

(Spouse), of _____
*(Name of Student)*

(Parent) (Guardian) request a review

of the student records for my (Child) (Spouse).

It is my understanding that this review will be scheduled in consultation with you as a designated member of the professional staff of the Dallas Independent School District. The review will be scheduled at a mutually agreeable time, but in no case more than 45 days from this date.

I understand that I may review and inspect material in the student file and may copy such information, but that I may not remove information from the file. If, however, the file contains information which I believe should not be included, I understand that I may request a hearing (for the purpose of preserving my case for elimination of material from the student record).

I certify that I am the (Legal Guardian) (Spouse) (Student), and have the legal right to inspect these student records.

Date Request Received _____

Signature of Principal _____

Telephone Number _____

Address of Person Requesting Record _____

Date _____

Signature of Principal _____

Telephone Number _____

Signature of Person Requesting Record _____

## RECORD OF INSPECTION

Date Request Received _____

Signature of Person Requesting Record _____

Address of Person Requesting Record _____

Date Request Received _____

Signature of Principal _____

Telephone Number _____

Address of Person Requesting Record _____

Date Request Received _____

Signature of Principal _____

Signature of Person Requesting Record _____

Date _____

Date Request Received _____

Signature of Principal _____

Telephone Number _____

Address of Person Requesting Record _____

Case 3:15-cv-02187-M-BH Document 24-68 Filed 08/01/16 Page 137 of 138 PageID 7874

Name Green, Gary L. I. D. Number 513905 **SCHOOL HISTORY**

## Intermediate

| | FOURTH GRADE | | | | | | FIFTH GRADE | | | | | | SIXTH GRADE | | | | | | REPEAT | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Fall | | Winter | | Spring | | Fall | | Winter | | Spring | | Fall | | Winter | | Spring | | Fall | | Winter | | Spring | |
| | 1 | 2 | 3 | 4 | 5 | 6 | 1 | 2 | 3 | 4 | 5 | 6 | 1 | 2 | 3 | 4 | 5 | 6 | 1 | 2 | 3 | 4 | 5 | 6 |
| Address | 415 Kenaso[illegible] | | | | | | 415 Kenova | | Same | | Same | | 415 Kenova | | | | | | | | | | | |
| Address | | | | | | | | | | | | | | | | | | | | | | | | |
| Telephone | [illegible] | | | | | | [illegible] | | Same | | Same | | 398-4962 | | 398-4962 | | 398-4962 | | | | | | | |
| Date Entered | 2-25-80 | | | | | | 8-24-81 | | | 1-18-82 | | | 8-24-82 | 10-5-82 | 11-8-82 | 1-17-83 | 2-18-83 | 4/18/83 | | | | | | |
| Date Dropped | | | | | | | | | | | | | | | | | | | | | | | | |
| Assigned to | 4B | | | | | | 5D | 5D | 5D | 5D | 5D | 5D | 6B | 6B | 6B | 6B | 6B | 6B | | | | | | |
| 1st Report Teacher | White | | | | | | Phelps | | | Phelps | | | Marshall | | | Marshall | | | | | | | | |
| 2nd Report Teacher | " | | | | | | | Phelps | | | Phelps | | | Marshall | | | Marshall | | | | | | | |
| 3rd Report Teacher | " | | | | | | | | Phelps | | | Phelps | | | Marshall | | | Marshall | | | | | | |
| School Code No. | 233 | 233 | 233 | 233 | 233 | 233 | 233 | 233 | 233 | 233 | 233 | 233 | 233 | 233 | 233 | 233 | 233 | 233 | | | | | | |
| School Name | Blair | Blair | Blair | Blair | Blair | Blair | Blair | Blair | Blair | Blair | Blair | Blair | Blair | Blair | Blair | Blair | Blair | Blair | | | | | | |
| Days Present | 28 | 29 | 31 | 29 | 28 | 28 | 28 | 27 | 27 | 26 | 30 | 27 | 28 | [illegible] | 30 | 30 | 26 | 26 | | | | | | |
| Days Absent | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 2 | 4 | 0 | 3 | 0 | [illegible] | 1 | 0 | 2 | 3 | | | | | | |
| Lang. Arts (Grade) | | | | | | | | | | | | | | | | | | | | | | | | |
| Prog. In Reading | | | | | | | | | | | | | | | | | | | | | | | | |
| In Language | | | | | | | | | | | | | | | | | | | | | | | | |
| In Spelling | | | | | | | | | | | | | | | | | | | | | | | | |
| In Writing/Composition | | | | | | | | | | | | | | | | | | | | | | | | |
| Soc. Stud. (Grade) | | | | | | | | | | | | | | | | | | | | | | | | |
| Math (Grade) | | | | | | | | | | | | | | | | | | | | | | | | |
| Health Sci. (Grade) | | | | | | | | | | | | | | | | | | | | | | | | |

### Fourth Grade

| TEACHER | White | | | | | |
|---|---|---|---|---|---|---|
| INSTRUCTIONAL LEVELS | | | | | | |
| Reading | 2 | 2 | 2 | 2 | 2 | 2 |
| Mathematics | 4 | 4 | 4 | 4 | 4 | 4 |
| CURRICULUM AREAS | | | GRADES | | | |
| Language Arts: Reading | D | D | D | C | C | C |
| Spelling | D | D | D | C | C | C |
| Composition | D | D | D | D | C | C |
| Handwriting | C | C | C | C | C | C |
| Mathematics | F | F | D | D | D | C |
| Social Studies | D | D | D | D | C | C |
| Science/Health | F | F | F | F | D | D |
| Art | C | C | D | C | B | B |
| General Music | C | D | C | D | C | C |
| Piano/Band/Orch | | | | | | |
| Physical Education | B | B | A | A | A | A |

### Fifth Grade

| TEACHER | Phelps | | | | | |
|---|---|---|---|---|---|---|
| INSTRUCTIONAL LEVELS | | | | | | |
| Reading | 2 | 2 | 2 | 3 | 3 | 3 |
| Mathematics | 5 | 5 | 5 | 5 | 5 | 5 |
| CURRICULUM AREAS | | | GRADES | | | |
| Language Arts: Reading | C | D | D | D | C | C |
| Spelling | D | D | D | D | C | C |
| Composition | D | D | D | D | C | C |
| Handwriting | A | A | A | A | A | A |
| Mathematics | C | D | D | C | C | C |
| Social Studies | D | D | D | F | C | D |
| Science/Health | F | D | F | D | F | D |
| Art | B | C | B- | C | B- | B- |
| General Music | D | F | D | D | F | C |
| Piano/Band/Orch | | | | | | |
| Physical Education | A- | A- | A- | A | A- | B+ |

### Sixth Grade

| TEACHER | Marshall | | | | | |
|---|---|---|---|---|---|---|
| INSTRUCTIONAL LEVELS | | | | | | |
| Reading | 6 | 6 | 6 | 6 | 6 | 6 |
| Mathematics | 6 | 6 | 6 | 6 | 6 | 6 |
| CURRICULUM AREAS | | | GRADES | | | |
| Language Arts: Reading | C | B | C | C | C | C |
| Spelling | C | D | C | C | C | B |
| Composition | C | C | C | C | C | B |
| Handwriting | C | C | C | C | C | B |
| Mathematics | B | D | F | F | E | C |
| Social Studies | B | C | C | C | C | C |
| Science/Health | B | C | C | C | C | C |
| Art | B | C | C | C | B | B |
| General Music | B | C | C | C | B | A |
| Piano/Band/Orch | | | | | | |
| Physical Education | A | A | A | A | A | A |

| Date | ARD | | [illegible]ive Education Number |
|---|---|---|---|
| | | | |

Program Information (Title I and/or Other Special Programs)

| Date | | |
|---|---|---|
| | | |

25 x 10

32 x 10

Reporter's Certificate

1

2  THE STATE OF TEXAS:

3  COUNTY OF DALLAS:

4      I, Darline King LaBar, Deputy Official Court Reporter in

5  and for the 282nd District Court of Dallas County, State of

6  Texas, do hereby certify that the foregoing exhibits constitute

7  true and complete duplicates of the original exhibits,

8  excluding physical evidence, offered into evidence during the

9  jury trial in Cause No. F09-59380-S, The State of Texas vs.

10 GARY GREEN, as set out herein before the Honorable Judge Andy

11 Chatham, Judge of the 282nd District Court of Dallas County,

12 Texas.

13     I further certify that the total cost for the

14 preparation of this Reporter's Record is $40,423⁶² and will

15 be paid by Dallas County, Texas.

16     WITNESS MY OFFICIAL HAND this the Reporter's

17 Certificate on the 17th day of March, A.D. 2011.

18

19                    _____
                     DARLINE KING LABAR
20                    Official Court Reporter
                     363rd Judicial District Court
21                    Dallas County, Texas
                     133 North Riverfront Blvd., 5th Floor
22                    Dallas, Texas 75207-4313
                     hpdkfaith@msn.com
23                    (214) 653-5893

24

25 Certificate No:  1064
   Expiration Date:  12/31/2012

Darline King LaBar, Official Reporter