UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **GARY GREEN,**<br><br>*Petitioner*,<br><br>v.<br><br>**LORIE DAVIS,**<br><br>*Director, Texas Department of Criminal Justice, Institutions Division*,<br><br>*Respondent* | No. 3-15-CV-02197-M-BH<br><br><br><br>**Death Penalty Case** |

## NOTICE OF APPEAL

Petitioner Gary Green files this Notice of Appeal to the United States Court of Appeals for the Fifth Circuit from the *FINAL JUDGMENT* (ECF-61) signed on September 27, 2019; the MEMORANDUM OPINION AND ORDER (ECF-60) signed on September 27, 2019.

In addition, as part of this appeal since the orders below were not appealable on an interlocutory basis, Petitioner also appeals to the United States Court of Appeals for the Fifth Circuit the *ORDER DENYING MOTION FOR RECONSIDERATION* (ECF-59), the *ORDER OVERRULING OBJECTIONS AND ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE* (ECF-56), the *FINDINGS, CONCLUSIONS, AND RECOMMENDATION TO DENY POST-PETITION FUNDING* (ECF-52), the *ORDER OVERRULING OBJECTIONS AND ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED*

1

*STATES MAGISTRATE JUDGE* (ECF-22), and the *FINDINGS, CONLCUSION AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE* (ECF-14).

        Respectfully submitted,

Michael Mowla
P.O. Box 868
Cedar Hill, TX 75106
Phone: 972-795-2401
Fax: 972-692-6636
michael@mowlalaw.com
Texas Bar No. 24048680
Attorney for Gary Green

**/s/ Michael Mowla**
**Michael Mowla**

## Certificate of Service

    I certify that on October 19, 2019, this document was filed through the ECF-system and served on the Texas Attorney General.

**/s/ Michael Mowla**
**Michael Mowla**